**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Casey**<br>First name<br><br>**John**<br>Middle name<br><br>**Simon**<br>Last name and Suffix (Sr., Jr., II, III) | **Korrine**<br>First name<br><br>**Ellen**<br>Middle name<br><br>**Simon**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | **Korrine Ellen Perkins**<br>**Korrine Ellen Martinson** |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2768 | xxx-xx-1761 |

| Debtor 1 | **Casey John Simon** |
|---|---|
| Debtor 2 | **Korrine Ellen Simon** |

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5.  Where you live**

**2201 East Denise Avenue**
**Orange, CA 92867-1847**
Number, Street, City, State & ZIP Code

**Orange**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.**  Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if known)* _____

---

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | Debtor | | Relationship to you |
|---|---|---|---|
| | _____ | | _____ |
| | District | When | Case number, if known |
| | _____ | _____ | _____ |
| | Debtor | | Relationship to you |
| | _____ | | _____ |
| | District | When | Case number, if known |
| | _____ | _____ | _____ |

---

**11.** **Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | **Casey John Simon** | Case number *(if known)* |
|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.  What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number *(if known)*

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Casey John Simon** | | |
|---|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | | Case number *(if known)* |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

�**■** No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐**■** Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐**■** Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐**■** No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

| | | |
|---|---|---|
| ☐ 1-49 | ☐**■** 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐**■** $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐**■** $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Casey John Simon** | **/s/ Korrine Ellen Simon** |
|---|---|
| **Casey John Simon** | **Korrine Ellen Simon** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on    **February 29, 2016** | Executed on    **February 29, 2016** |
| MM / DD / YYYY | MM / DD / YYYY |

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| Debtor 2 | **Korrine Ellen Simon** |

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Kelly Zinser**                          Date   **February 29, 2016**
Signature of Attorney for Debtor                    MM / DD / YYYY

**Kelly Zinser**
Printed name

**Zinser Law Group**
Firm name

**18881 Von Karman Suite 1175**
**Irvine, CA 92612**
Number, Street, City, State & ZIP Code

Contact phone   **949-436-4981**            Email address   **kelly@zinserlawgroup.com**

_____
Bar number & State

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Debtor filed a Chapter 7 Voluntary Petition (Case No. 8:98-bk-16029-LR) in the Central District of California, Santa Ana Division. Case was filed on August 3, 1998 and was discharged in 1998.**

    **Eric Martinson, a business partner of Debtors, filed a Chapter 13 Voluntary Petition (Case No. 8:16-bk-10653-MW) in the Central District of California, Santa Ana Division. Case was filed on February 18, 2016 and is pending.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:     **February 29, 2016**

**/s/ Casey John Simon**
**Casey John Simon**
Signature of Debtor

**/s/ Korrine Ellen Simon**
**Korrine Ellen Simon**
 Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                      *Page 1*                      **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Korrine Ellen Simon** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1.    **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................................... | $          748,889.64 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................ | $          381,727.56 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $          1,130,617.20 |

### Part 2:    Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          4,299,022.05 |
| 3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $          249,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $          3,155,540.97 |
| **Your total liabilities** | $          7,703,563.02 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4.    *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................... | $          10,175.00 |
| 5.    *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $          11,949.64 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.    **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 249,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 249,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Korrine Ellen Simon** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

---

1.1

**2201 East Denise Avenue**
Street address, if available, or other description

| Orange | CA | 92867-1847 |
|---|---|---|
| City | State | ZIP Code |

**Orange**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $587,389.64 | $587,389.64 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

■ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Casey John Simon** |
|---|---|
| Debtor 2 | **Korrine Ellen Simon** |

Case number *(if known)* _____

---

**If you own or have more than one, list here:**

1.2

**Monarch Grand Vacations**
**23091 Millcreek Drive**
<small>Street address, if available, or other description</small>

**Laguna Hills**    **CA**    **92653-1258**
<small>City       State       ZIP Code</small>

**Orange**
<small>County</small>

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☑ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtors are current with HOA dues**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$500.00** | **$500.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Timeshare**

☑ **Check if this is community property**
<small>(see instructions)</small>

---

**If you own or have more than one, list here:**

1.3

**7599 Farmdale Avenue**
<small>Street address, if available, or other description</small>

**Hesperia**    **CA**    **92345-0000**
<small>City       State       ZIP Code</small>

**San Bernardino**
<small>County</small>

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Rental Property**
**After costs of sale ($175,000.00 x 8% = $14,000.00), there is no equity in the property.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$161,000.00** | **$161,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☑ **Check if this is community property**
<small>(see instructions)</small>

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.......................................................=>

**$748,889.64**

---

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if known)* _____

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| | | | | |
|---|---|---|---|---|
| 3.1 | Make: **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **F250** | ☐ Debtor 1 only | | |
| | Year: **2006** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **168,495** | ■ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | | ■ Check if this is community property (see instructions) | **$4,696.00** | **$4,696.00** |

| | | | | |
|---|---|---|---|---|
| 3.2 | Make: **Harley-Davidson** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **Street Glide FCHX** | ☐ Debtor 1 only | | |
| | Year: **2013** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **18,029** | ■ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | | ■ Check if this is community property (see instructions) | **$17,155.00** | **$17,155.00** |

| | | | | |
|---|---|---|---|---|
| 3.3 | Make: **Toyota** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **Tacoma** | ☐ Debtor 1 only | | |
| | Year: **2000** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **92,013** | ■ Debtor 1 and Debtor 2 only | | |
| | Other information: **The Vehicle is titled in Debtors' names but it is Debtors' son's Vehicle. Debtors' son pays for the use and maintenance of this Vehicle.** | ☐ At least one of the debtors and another | | |
| | | ■ Check if this is community property (see instructions) | **$5,422.00** | **$5,422.00** |

| | | | | |
|---|---|---|---|---|
| 3.4 | Make: **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **Edge** | ☐ Debtor 1 only | | |
| | Year: **2010** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **85,705** | ■ Debtor 1 and Debtor 2 only | | |
| | Other information: **Title held in the name of Exterior Specialists. The value of the Vehicle is included in Number 19 below as part of the value of the Corporation.** | ☐ At least one of the debtors and another | | |
| | | ■ Check if this is community property (see instructions) | **$0.00** | **$0.00** |

| | | | | |
|---|---|---|---|---|
| 3.5 | Make: **Honda** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| | Model: **125R Motorcycle** | ☐ Debtor 1 only | | |
| | Year: **2005** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **55,000** | ■ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | | ■ Check if this is community property (see instructions) | **$975.00** | **$975.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Casey John Simon** | | |
|---|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | Case number *(if known)* | |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>

$28,248.00

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Household furnishings and accessories | $2,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Televisions (3), computer and printer | $750.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

| Books, CD's, DVD's | $250.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes. Describe.....

| Hockey, camping and diving equipment | $400.00 |
|---|---|

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
■ Yes. Describe.....

| Shotgun | $500.00 |
|---|---|

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Casey John Simon** | |
|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | |
| | | Case number *(if known)* |

| Mens's, woman's and teenager's clothing and accessories | $300.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| Wedding rings | $600.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| Dogs (2) | $0.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
■ Yes. Give specific information.....

| Household hand tools and masonry tools. | $1,500.00 |
|---|---|

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here ........................................................................

| | $6,300.00 |
|---|---|

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.....................................................................................................

| Cash on hand | $80.00 |
|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................              Institution name:

| 17.1. | **Checking** | **Bank of America** | $326.03 |
|---|---|---|---|

| 17.2. | **Savings** | **Bank of America** | $76.08 |
|---|---|---|---|

| 17.3. | **Savings** | **Capital One Bank** | $337.57 |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Casey John Simon** |
|----------|----------------------|
| Debtor 2 | **Korrine Ellen Simon** |

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 17.4. | **Checking** | **U.S. Bank** | **$3.32** |
| 17.5. | **Savings** | **U.S. Bank** | **$25.00** |
| 17.6. | **Checking** | **Wells Fargo Bank**<br>**This account is held in son's name but**<br>**Debtors provide funds for this account.** | **$295.68** |
| 17.7. | **Savings** | **Wells Fargo Bank**<br>**This account is held in son's name but**<br>**Debtors provide funds for this account.** | **$2,346.88** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|-----------------|-----------------|---|---|
| **Exterior Specialists, dba Pacific Coast Home Solutions. Closing February 2016.**<br>**The current value is based on assets of the business which consist of:  (1) Two computers, one printer and two desks ($600.00), (2) Additional computer equipment/servers ($12,000.00),  (3) 2010 Ford Edge ($9,137.00), and (4)  accounts receivables ($26,655.00).  The debt of the corporation far exceeds the value of the assets rendering the stock valueless.** | **100%** | % | **$0.00** |
| **2R4M, Inc., dba First Regional Funding. Closing February 2016.**<br>**To the best of Co-Debtor's knowledge, this business has no assets or value. It is owned by The Proverbs 3:6 Promise Irrevocable Trust. Co-Debtor is the Trustee of this Trust. Accordingly, this business is not property of the Bankrupcy Estate but is listed herein for disclosure purposes.** | | % | **$0.00** |
| **CJS Properties Investments, LLC**<br>**The business has no assets or value.** | **100%** | % | **$0.00** |
| **2201 East Denise, LLC**<br>**The business has no assets or value.** | **100%** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them

Official Form 106A/B    Schedule A/B: Property    page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Casey John Simon** | | |
|---|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | | Case number *(if known)* |

Issuer name:

**21. Retirement or pension accounts**
  *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **Traditional IRA** | **Captial One;  Pursuant to Patterson v. Shumate, 504 U.S. 753 (1992), this account is not property of the bankruptcy estate; however it is listed herein for disclosure purposes.** | **$6,021.00** |
| **Simple IRA** | **Oppenheimer Funds; Pursuant to Patterson v. Shumate, 504 U.S. 753 (1992), this account is not property of the bankruptcy estate; however it is listed herein for dsclosure purposes.** | **$1,472.00** |
| **Solo K** | **Provident Trust Group; Pursuant to Patterson v. Shumate, 504 U.S. 753 (1992), this account is not property of the bankruptcy estate; however it is listed herein for disclosure purposes.** | **$23,141.00** |

**22. Security deposits and prepayments**
  Your share of all unused deposits you have made so that you may continue service or use from a company
  *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............       Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
  26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No
■ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | **American Funds** **Amount contributed in last 12 months: $1,100.00. Pursuant to 11 U.S.C. §541(b) and IRC §529(b)(1), the remaining balance on this account is not property of the bankruptcy estate; however it is listed herein for disclosure purposes.** | **$9,926.22** |
|---|---|---|

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
  *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
  *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

| Debtor 1 | **Casey John Simon** | | |
| Debtor 2 | **Korrine Ellen Simon** | Case number *(if known)* | |

| Contractor's  License; no cash value | $0.00 |
|---|---|

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

| Debtors do not anticipate receiving a 2015 federal and state refund | $0.00 |
|---|---|

**29.  Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30.  Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

**31.  Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Two term life insurance policies throughTransAmerica Occidental Life; no cash value** | **Casey Simon** | $0.00 |

**32.  Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

■ Yes.  Describe each claim.........

| Possible claims against Paul Thomas Gordy, Dr. Alfonso Bustamante,  Sok Shae Yi and Mija Yi, Laurie or Lauri Hampton, MHC Ventures Group, LLC, Music Plus Entertainment, and/or PrimarySource, Inc., regarding loans incurred for the business involving Exterior Specialists. | **Unknown** |
|---|---|

| Debtor 1 | **Casey John Simon** |
|---|---|
| Debtor 2 | **Korrine Ellen Simon** |

Case number *(if known)* _____

| | |
|---|---|
| **Possible claims against Eric Martinson involving the Debtor's businesses or as Co-Debtor's role as Trustee of The Proverb 3:6 Promise Irrevocable Trust.** | **$249,000.00** |

| | |
|---|---|
| **Possible claims against Brian Detrick regarding malpractice and representing parties with conflicting interests in the litigation described below in Item 34.** | **Unknown** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ☑ Yes. Describe each claim.........

| | |
|---|---|
| **Counter claims against mortgage lenders for usurius interest rates charged. Former attorney handling this lawsuit was Brian Detrick, 400 Oceangate, Ste 800, Long Beach, CA 90802, phone: 562-435-9102. Mr. Detrick has withdrawn from this lawsuit. Debtors intend to hire a new attorney.** | **Unknown** |

35. **Any financial assets you did not already list**
   ☐ No
   ☑ Yes. Give specific information..

| | |
|---|---|
| **Retainer with Bienert, Miller & Katzman, PLC** | **$7,921.00** |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...............................................................................................................** | **$300,971.78** |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ☐ No
   ☑ Yes. Describe.....

| | |
|---|---|
| **Unpaid wages, materials and labor owed to Debtors personally by Exterior Specialists, dba Pacific Coast Home Solutions.** | **$45,707.78** |

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☑ No
   ☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ☐ No
   ☑ Yes. Describe.....

| Debtor 1 | **Casey John Simon** | | |
|---|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | Case number *(if known)* | |

| **2013 DV Mfg. Trailer** | $500.00 |
|---|---|

41. **Inventory**
- ■ No
- ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
- ☐ No
- ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **"Debtor's brother-in-law invested in and ran 2R4M, Inc. which was a company that handled sales and marketing for Exterior Specialists. While these corporations worked together, Debtor remained the sole shareholder of Exterior Specialists, and The Proverb 3:6 Promise Irrevocable Trust remained the owner of 2R4M, Inc. There is no written partnership or joint venture but a related working relationship.** | % | $0.00 |

43. **Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

  - ■ No
  - ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
- ■ No
- ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................................................

| $46,207.78 |
|---|

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

| $0.00 |
|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if known)* _____

| **Part 8:** | List the Totals of Each Part of this Form |
| --- | --- |

55.  **Part 1: Total real estate, line 2** ...................................................................................................................... $748,889.64

56.  **Part 2: Total vehicles, line 5**                                         $28,248.00

57.  **Part 3: Total personal and household items, line 15**               $6,300.00

58.  **Part 4: Total financial assets, line 36**                            $300,971.78

59.  **Part 5: Total business-related property, line 45**                  $46,207.78

60.  **Part 6: Total farm- and fishing-related property, line 52**              $0.00

61.  **Part 7: Total other property not listed, line 54**          +              $0.00

62.  **Total personal property.** Add lines 56 through 61...    $381,727.56      Copy personal property total        $381,727.56

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                                     $1,130,617.20

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **Korrine Ellen Simon** |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2201 East Denise Avenue Orange, CA 92867-1847  Orange County After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.**<br>Line from *Schedule A/B*: **1.1** | $587,389.64 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Monarch Grand Vacations 23091 Millcreek Drive Laguna Hills, CA 92653-1258  Orange County Debtors are current with HOA dues**<br>Line from *Schedule A/B*: **1.2** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **2006 Ford F250 168,495 miles**<br>Line from *Schedule A/B*: **3.1** | $4,696.00 | ■ $4,696.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| **2000 Toyota Tacoma 92,013 miles The Vehicle is titled in Debtors' names but it is Debtors' son's Vehicle. Debtors' son pays for the use and maintenance of this Vehicle.**<br>Line from *Schedule A/B*: **3.3** | $5,422.00 | ■ $5,422.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2005 Honda 125R Motorcycle 55,000 miles**<br>Line from *Schedule A/B*: **3.5** | $975.00 | ■ $975.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Household furnishings and accessories**<br>Line from *Schedule A/B*: **6.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Televisions (3), computer and printer**<br>Line from *Schedule A/B*: **7.1** | $750.00 | ■ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Books, CD's, DVD's**<br>Line from *Schedule A/B*: **8.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Hockey, camping and diving equipment**<br>Line from *Schedule A/B*: **9.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Shotgun**<br>Line from *Schedule A/B*: **10.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Mens's, woman's and teenager's clothing and accessories**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Wedding rings**<br>Line from *Schedule A/B*: **12.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| **Household hand tools and masonry tools.**<br>Line from *Schedule A/B*: **14.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Cash on hand**<br>Line from *Schedule A/B*: **16.1** | $80.00 | ■ $80.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $326.03 | ■ $326.03<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Casey John Simon** |
|---|---|
| Debtor 2 | **Korrine Ellen Simon** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: Bank of America**<br>Line from *Schedule A/B*: **17.2** | $76.08 | ■ $76.08<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Savings: Capital One Bank**<br>Line from *Schedule A/B*: **17.3** | $337.57 | ■ $337.57<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking: U.S. Bank**<br>Line from *Schedule A/B*: **17.4** | $3.32 | ■ $3.32<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Savings: U.S. Bank**<br>Line from *Schedule A/B*: **17.5** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking: Wells Fargo Bank**<br>**This account is held in son's name but Debtors provide funds for this account.**<br>Line from *Schedule A/B*: **17.6** | $295.68 | ■ $295.68<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Savings: Wells Fargo Bank**<br>**This account is held in son's name but Debtors provide funds for this account.**<br>Line from *Schedule A/B*: **17.7** | $2,346.88 | ■ $2,346.88<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Traditional IRA: Captial One; Pursuant to Patterson v. Shumate, 504 U.S. 753 (1992), this account is not property of the bankruptcy estate; however it is listed herein for disclosure purposes.**<br>Line from *Schedule A/B*: **21.1** | $6,021.00 | ■ $6,021.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |
| **Simple IRA: Oppenheimer Funds; Pursuant to Patterson v. Shumate, 504 U.S. 753 (1992), this account is not property of the bankruptcy estate; however it is listed herein for dsclosure purposes.**<br>Line from *Schedule A/B*: **21.2** | $1,472.00 | ■ $1,472.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |
| **Solo K: Provident Trust Group; Pursuant to Patterson v. Shumate, 504 U.S. 753 (1992), this account is not property of the bankruptcy estate; however it is listed herein for disclosure purposes.**<br>Line from *Schedule A/B*: **21.3** | $23,141.00 | ■ $23,141.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Casey John Simon** | | | |
|---|---|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | | | |
| | | | Case number (if known) | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **American Funds**<br>**Amount contributed in last 12 months: $1,100.00. Pursuant to 11 U.S.C. §541(b) and IRC §529(b)(1), the remaining balance on this account is not property of the bankruptcy estate; however it is listed herein for disclosure purposes.**<br>Line from *Schedule A/B*: **24.1** | $9,926.22 | ■ | $1,100.00 | **C.C.P. § 703.140(b)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Retainer with Bienert, Miller & Katzman, PLC**<br>Line from *Schedule A/B*: **35.1** | $7,921.00 | ■ | $7,921.00 | **C.C.P. § 703.140(b)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2013 DV Mfg. Trailer**<br>Line from *Schedule A/B*: **40.1** | $500.00 | ■ | $500.00 | **C.C.P. § 703.140(b)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Korrine Ellen Simon** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

**2.** List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.1 | **Bank of America** | Describe the property that secures the claim: | $72,161.00 | $161,000.00 | $6,228.00 |
|---|---|---|---|---|---|

Creditor's Name

**7599 Farmdale Avenue Hesperia, CA 92345  San Bernardino County Rental Property
After costs of sale ($175,000.00 x 8% = $14,000.00), there is no equity in the property.**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**4909 Savarese Cir
Tampa, FL 33634**
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)     **Second Mortgage**

Date debt was incurred  **2005**          Last 4 digits of account number  **1822**

| 2.2 | **Bustamonte, Alfonso** | Describe the property that secures the claim: | $339,575.00 | $587,389.64 | $202,603.36 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County.
This debt is disputed.**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**819 N Spurgeon St
Santa Ana, CA
92701-3775**
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Debtor 1  **Casey John Simon**

First Name    Middle Name    Last Name

Debtor 2  **Korrine Ellen Simon**

First Name    Middle Name    Last Name

Case number *(if know)*

☐ **Check if this claim relates to a community debt**

■ **Other (including a right to offset)**    **Second Deed of Trust**

Date debt was incurred  **10/15/2013**    Last 4 digits of account number  **OCJC**

---

| 2.3 | **Hampton, Laurie** | Describe the property that secures the claim: | $75,000.00 | $587,389.64 | $75,000.00 |

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Fourth Deed of Trust**

Date debt was incurred  **11/25/2013**    Last 4 digits of account number  **OCJC**

---

| 2.4 | **Hampton, Laurie** | Describe the property that secures the claim: | $138,750.00 | $587,389.64 | $138,750.00 |

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County
After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Seventh Deed of Trust**

Date debt was incurred  **2/27/2014**    Last 4 digits of account number  **5946**

---

| 2.5 | **Hampton, Laurie** | Describe the property that secures the claim: | $138,750.00 | $587,389.64 | $138,750.00 |

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 16

| | | |
|---|---|---|
| Debtor 1 | **Casey John Simon** | |
| | First Name    Middle Name    Last Name | Case number (if know) _____ |
| Debtor 2 | **Korrine Ellen Simon** | |
| | First Name    Middle Name    Last Name | |

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Eight Deed of Trust**

Date debt was incurred **3/10/2014**    Last 4 digits of account number **9030**

---

| 2.6 | **Hampton, Laurie** | Describe the property that secures the claim: | $138,750.00 | $587,389.64 | $138,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**20680 Manzanita Ave
Yorba Linda, CA 92886**
Number, Street, City, State & Zip Code

**2201 East Denise Avenue Orange,
CA 92867-1847  Orange County.
This debt is disputed.**

As of the date you file, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Ninth Deed of Trust**

Date debt was incurred **3/17/2014**    Last 4 digits of account number **9530**

---

| 2.7 | **Hampton, Laurie** | Describe the property that secures the claim: | $102,500.00 | $587,389.64 | $102,500.00 |
|---|---|---|---|---|---|

Creditor's Name

**20680 Manzanita Ave
Yorba Linda, CA 92886**
Number, Street, City, State & Zip Code

**2201 East Denise Avenue Orange,
CA 92867-1847  Orange County.
This debt is disputed.**

As of the date you file, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Twelfth Deed of Trust**

Date debt was incurred **4/4/2014**    Last 4 digits of account number **7658**

---

| 2.8 | **Hampton, Laurie** | Describe the property that secures the claim: | $137,750.00 | $587,389.64 | $137,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**20680 Manzanita Ave
Yorba Linda, CA 92886**
Number, Street, City, State & Zip Code

**2201 East Denise Avenue Orange,
CA 92867-1847  Orange County.
This debt is disputed.**

As of the date you file, the claim is: Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Who owes the debt? Check one.

Nature of lien. Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Casey John Simon** | | | Case number *(if know)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Korrine Ellen Simon** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Thirteenth Deed of Trust**

Date debt was incurred    **4/11/2014**    Last 4 digits of account number    **8483**

---

| 2.9 | **Hampton, Laurie** | | $137,750.00 | $587,389.64 | $137,750.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Fourteenth Deed of Trust**

Date debt was incurred    **4/18/2014**    Last 4 digits of account number    7732

---

| 2.10 | **Hampton, Laurie** | | $82,850.00 | $587,389.64 | $82,850.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Seventeenth Deed of Trust**

Date debt was incurred    **5/21/2014**    Last 4 digits of account number    7821

---

| 2.11 | **Hampton, Laurie** | | $75,000.00 | $587,389.64 | $75,000.00 |
|---|---|---|---|---|---|

Describe the property that secures the claim:

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor 1 | **Casey John Simon** | | Case number *(if know)* |
| | First Name          Middle Name          Last Name | | |
| Debtor 2 | **Korrine Ellen Simon** | | |
| | First Name          Middle Name          Last Name | | |

---

Creditor's Name

**20680 Manzanita Ave
Yorba Linda, CA 92886**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

Date debt was incurred **5/21/2014**

**2201 East Denise Avenue Orange,
CA 92867-1847  Orange County.
This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Eighteenth Deed of Trust**

Last 4 digits of account number **7822**

---

| 2.1 2 | **Hampton, Laurie** | | $79,750.00 | $587,389.64 | $79,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**20680 Manzanita Ave
Yorba Linda, CA 92886**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:

**2201 East Denise Avenue Orange,
CA 92867-1847  Orange County.
This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Twenty-First Deed of Trust**

Date debt was incurred **7/11/2014**   Last 4 digits of account number **6106**

---

| 2.1 3 | **Hampton, Laurie** | | $83,700.00 | $587,389.64 | $83,700.00 |
|---|---|---|---|---|---|

Creditor's Name

**20680 Manzanita Ave
Yorba Linda, CA 92886**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the property that secures the claim:

**2201 East Denise Avenue Orange,
CA 92867-1847  Orange County
After costs of sale ($638,467.00 x
8% = $51,077.360), there is no equity
in the property.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Casey John Simon**

First Name        Middle Name        Last Name

Case number (if know) _____

Debtor 2  **Korrine Ellen Simon**

First Name        Middle Name        Last Name

☐ Check if this claim relates to a
   community debt

■ Other (including a right to offset)  **Twenty-Fifth Deed of Trust**

Date debt was incurred  **8/6/2014**        Last 4 digits of account number  **5616**

---

| 2.1<br>4 | **Harley-Davidson Credit Corp** | Describe the property that secures the claim: | $19,801.05 | $17,155.00 | $2,646.05 |
|---|---|---|---|---|---|

Creditor's Name

**2013 Harley-Davidson Street Glide
FCHX 18,029 miles**

**P.O. Box 22048
Carson City, NV
89721-2048**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Purchase Money Security**

Date debt was incurred  _____        Last 4 digits of account number  **6212**

---

| 2.1<br>5 | **MHC Ventures Group LLC** | Describe the property that secures the claim: | $137,750.00 | $587,389.64 | $137,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange,
CA 92867-1847  Orange County.
This debt is disputed.**

**5730 E Santa Ana Cyn Rd
G590
Anaheim, CA 92807**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

■ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Fifth Deed of Trust**

Date debt was incurred  **1/21/14**        Last 4 digits of account number  **OCJC**

---

| 2.1<br>6 | **MHC Ventures Group, LLC** | Describe the property that secures the claim: | $137,750.00 | $587,389.64 | $137,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange,
CA 92867-1847  Orange County.
This debt is disputed.**

**5730 E. Santa Ana
Canyon Rd G590
Anaheim, CA 92807**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

■ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1 **Casey John Simon**

     First Name       Middle Name       Last Name

Debtor 2 **Korrine Ellen Simon**

     First Name       Middle Name       Last Name

Case number (if know) _____

■ Debtor 1 and Debtor 2 only      ☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another      ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a      ■ Other (including a right to offset)    **Sixth Deed of Trust**
    community debt

Date debt was incurred   **2/21/2014**      Last 4 digits of account number    **4965**

---

| 2.1 7 | **MHC Ventures Group, LLC** | | $137,750.00 | $587,389.64 | $137,750.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**5730 E. Santa Ana Canyon Rd G590 Anaheim, CA 92807**

Number, Street, City, State & Zip Code

> **2201 East Denise Avenue Orange, CA 92867-1847 Orange County. This debt is disputed.**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Tenth Deed of Trust**

Date debt was incurred   **3/24/2014**      Last 4 digits of account number    **9804**

---

| 2.1 8 | **MHC Ventures Group, LLC** | | $137,750.00 | $587,389.64 | $137,750.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**5730 E. Santa Ana Canyon Rd G590 Anaheim, CA 92807**

Number, Street, City, State & Zip Code

> **2201 East Denise Avenue Orange, CA 92867-1847 Orange County. This debt is disputed.**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Sixteenth Deed of Trust**

Date debt was incurred   **5/12/2014**      Last 4 digits of account number    **3656**

---

| 2.1 9 | **MHC Ventures Group, LLC** | | $79,750.00 | $587,389.64 | $79,750.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**5730 E. Santa Ana Canyon Rd G590 Anaheim, CA 92807**

Number, Street, City, State & Zip Code

> **2201 East Denise Avenue Orange, CA 92867-1847 Orange County. This debt is disputed.**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 7 of 16

Debtor 1  **Casey John Simon**

    First Name          Middle Name        Last Name

Debtor 2  **Korrine Ellen Simon**

    First Name          Middle Name        Last Name

Case number (if know) _____

---

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)  **Nineteenth Deed of Trust**

Date debt was incurred  **6/9/2014**     Last 4 digits of account number  **2880**

---

| 2.2 0 | **MHC Ventures Group, LLC** | Describe the property that secures the claim: | $79,750.00 | $587,389.64 | $79,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.**

**5730 E. Santa Ana Canyon Rd G590 Anaheim, CA 92807**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)  **Twenty-Second Deed of Trust**

Date debt was incurred  **7/11/2014**     Last 4 digits of account number  **6107**

---

| 2.2 1 | **MHC Ventures Group, LLC** | Describe the property that secures the claim: | $79,750.00 | $587,389.64 | $79,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**5730 E. Santa Ana Canyon Rd G590 Anaheim, CA 92807**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)  **Twenty-Third Deed of Trust**

Date debt was incurred  **7/18/2014**     Last 4 digits of account number  **7013**

---

| 2.2 2 | **MHC Ventures Group, LLC** | Describe the property that secures the claim: | $135,000.00 | $587,389.64 | $135,000.00 |
|---|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 **Casey John Simon**

     First Name          Middle Name          Last Name

Debtor 2 **Korrine Ellen Simon**

     First Name          Middle Name          Last Name

Case number (if know) _____

---

Creditor's Name

**5730 E. Santa Ana
Canyon Rd G590
Anaheim, CA 92807**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred **8/15/2014**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Twenty-Sixth Deed of Trust**

Last 4 digits of account number  **0065**

---

| 2.2 3 | **MHC Ventures Group, LLC** | | $52,750.00 | $587,389.64 | $52,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**5730 E. Santa Ana
Canyon Rd G590
Anaheim, CA 92807**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred **9/5/2014**

Describe the property that secures the claim:

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Thirtieth Deed of Trust**

Last 4 digits of account number  **1574**

---

| 2.2 4 | **MHC Ventures Group, LLC** | | $53,750.00 | $587,389.64 | $53,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**5730 E. Santa Ana
Canyon Rd G590
Anaheim, CA 92807**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred **9/5/2014**

Describe the property that secures the claim:

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Thirty-First Deed of Trust**

Last 4 digits of account number  **1575**

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 9 of 16

| Debtor 1 | **Casey John Simon** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Korrine Ellen Simon** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.2 5 | **MHC Ventures Group, LLC** | | **$65,000.00** | **$587,389.64** | **$65,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**5730 E. Santa Ana Canyon Rd G590 Anaheim, CA 92807**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Thirty-Fourth Deed of Trust**

**Date debt was incurred**   **9/12/2014**       **Last 4 digits of account number**   **0960**

---

| 2.2 6 | **Music Plus Entertainment** | | **Unknown** | **$587,389.64** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. Business Debt - Lawsuit.**

**PO Box 231 North Hollywood, CA 91603**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**   **2/7/2014**       **Last 4 digits of account number**   **OCJC**

---

| 2.2 7 | **Music Plus Entertainment** | | **$91,700.00** | **$587,389.64** | **$91,700.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**PO Box 231 North Hollywood, CA 91603**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 16

Debtor 1    **Casey John Simon**
    First Name         Middle Name         Last Name

Debtor 2    **Korrine Ellen Simon**
    First Name         Middle Name         Last Name

Case number (if know) _____

☐ Check if this claim relates to a
   community debt    ■ Other (including a right to offset)    **Eleventh Deed of Trust**

Date debt was incurred    **3/31/2014**    Last 4 digits of account number    **9415**

---

| 2.28 | **Music Plus Entertainment** | | | | |
|---|---|---|---|---|---|

**Music Plus
Entertainment**
Creditor's Name

PO Box 231
North Hollywood, CA
91603
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Describe the property that secures the claim:**    $137,750.00    $587,389.64    $137,750.00

2201 East Denise Avenue Orange,
CA 92867-1847  Orange County.
This debt is disputed.

**As of the date you file, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Fifteenth Deed of Trust**

Date debt was incurred    **5/2/2014**    Last 4 digits of account number    **0124**

---

| 2.29 | **Music Plus Entertainment** | | | | |
|---|---|---|---|---|---|

**Music Plus
Entertainment**
Creditor's Name

PO Box 231
North Hollywood, CA
91603
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Describe the property that secures the claim:**    $79,750.00    $587,389.64    $79,750.00

2201 East Denise Avenue Orange,
CA 92867-1847  Orange County.
This debt is disputed.

**As of the date you file, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Twentieth Deed of Trust**

Date debt was incurred    **6/9/2014**    Last 4 digits of account number    **2881**

---

| 2.30 | **Music Plus Entertainment** | | | | |
|---|---|---|---|---|---|

**Music Plus
Entertainment**
Creditor's Name

PO Box 231
North Hollywood, CA
91603
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

**Describe the property that secures the claim:**    $49,300.00    $587,389.64    $49,300.00

2201 East Denise Avenue Orange,
CA 92867-1847  Orange County.
This debt is disputed.

**As of the date you file, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Casey John Simon**

First Name            Middle Name            Last Name

Debtor 2    **Korrine Ellen Simon**

First Name            Middle Name            Last Name

Case number (if know) _____

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
   community debt**

Date debt was incurred    **8/21/2014**

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Twenty-Eight Deed of Trust**

Last 4 digits of account number    **9523**

---

| 2.3 1 | **NGVOA** | | | $0.00 | $500.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**10600 W. Charleston
Las Vegas, NV
89135-1014**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a
   community debt**

Date debt was incurred    **December
2000**

Describe the property that secures the claim:

**Monarch Grand Vacations 23091
Millcreek Drive Laguna Hills, CA
92653-1258  Orange County
Debtors are current with HOA dues**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Homeowners Association Dues**

Last 4 digits of account number    **8711**

---

| 2.3 2 | **Ocwen Loan Servicing L** | | | $95,067.00 | $161,000.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**12650 Ingenuity Dr
Orlando, FL 32826**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
   community debt**

Date debt was incurred    **Opened
8/01/04
Last Active
12/30/15**

Describe the property that secures the claim:

**7599 Farmdale Avenue Hesperia, CA
92345  San Bernardino County
Rental Property
After costs of sale ($175,000.00 x
8% = $14,000.00), there is no equity
in the property.**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

Last 4 digits of account number    **0556**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Casey John Simon**

First Name          Middle Name          Last Name

Debtor 2 **Korrine Ellen Simon**

First Name          Middle Name          Last Name

Case number (if know) _____

---

| 2.3 3 | | | | |
|---|---|---|---|---|

**Primary Source Inc.**

Creditor's Name

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 7/29/2014

**Describe the property that secures the claim:**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. Business Debt - Lawsuit.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** OCJC

Unknown          $587,389.64          Unknown

---

| 2.3 4 | | | | |
|---|---|---|---|---|

**Primary Source, Inc.**

Creditor's Name

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 8/6/2014

**Describe the property that secures the claim:**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) Twenty-Fourth Deed of Trust

**Last 4 digits of account number** 5615

$83,700.00          $587,389.64          $83,700.00

---

| 2.3 5 | | | | |
|---|---|---|---|---|

**Primary Source, Inc.**

Creditor's Name

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the property that secures the claim:**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

$89,750.00          $587,389.64          $89,750.00

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 13 of 16

Debtor 1 **Casey John Simon**
First Name    Middle Name    Last Name

Case number (if know) _____

Debtor 2 **Korrine Ellen Simon**
First Name    Middle Name    Last Name

☐ **Check if this claim relates to a
community debt**

■ Other (including a right to offset) **Twenty-Seventh Deed of Trust**

Date debt was incurred **8/21/2014**    Last 4 digits of account number **8869**

---

| 2.3 6 | **Primary Source, Inc.** | Describe the property that secures the claim: | $138,750.00 | $587,389.64 | $138,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange,
CA 92867-1847 Orange County.
This debt is disputed.**

**20680 Manzanita Ave
Yorba Linda, CA 92886**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that
apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Twenty-Ninth Deed of Trust**

Date debt was incurred **8/28/2014**    Last 4 digits of account number **9202**

---

| 2.3 7 | **Primary Source, Inc.** | Describe the property that secures the claim: | $53,750.00 | $587,389.64 | $53,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange,
CA 92867-1847 Orange County.
This debt is disputed.**

**20680 Manzanita Ave
Yorba Linda, CA 92886**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that
apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Thirty-Second Deed of Trust**

Date debt was incurred **9/5/2014**    Last 4 digits of account number **1576**

---

| 2.3 8 | **Primary Source, Inc.** | Describe the property that secures the claim: | $53,750.00 | $587,389.64 | $53,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange,
CA 92867-1847 Orange County.
This debt is disputed.**

**20680 Manzanita Ave
Yorba Linda, CA 92886**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that
apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 14 of 16

| Debtor 1 | **Casey John Simon** | | | Case number (if know) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Korrine Ellen Simon** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Thirty-Third Deed of Trust**

Date debt was incurred   **9/5/2014**      Last 4 digits of account number   **1577**

---

| 2.3 9 | **Primary Source, Inc.** | Describe the property that secures the claim: | $53,750.00 | $587,389.64 | $53,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Thirty-Fifth Deed of Trust**

Date debt was incurred   **10/2/2014**      Last 4 digits of account number   **2401**

---

| 2.4 0 | **Primary Source, Inc.** | Describe the property that secures the claim: | $53,750.00 | $587,389.64 | $53,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Thirty-Sixth Deed of Trust**

Date debt was incurred   **10/2/2014**      Last 4 digits of account number   **2402**

---

| 2.4 1 | **Suntrust Mortgage/cc 5** | Describe the property that secures the claim: | $450,418.00 | $587,389.64 | $0.00 |
|---|---|---|---|---|---|

Debtor 1   **Casey John Simon**
    First Name          Middle Name         Last Name

Debtor 2   **Korrine Ellen Simon**
    First Name          Middle Name         Last Name

Case number (*if know*)

---

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Po Box 85526**
**Richmond, VA 23285**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **First Mortgage**

**Opened 11/01/06 Last Active**

Date debt was incurred   **1/15/16**     Last 4 digits of account number   **2677**

---

| 2.42 | **Yi, Sok Shae and Yi, Mija** | Describe the property that secures the claim: | $149,000.00 | $587,389.64 | $149,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

■ Unliquidated

■ Disputed

**9458 Danbury**
**Cypress, CA 90630**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Third Deed of Trust**

Date debt was incurred   **10/24/2013**     Last 4 digits of account number   **OCJC**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$4,299,022.05** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$4,299,022.05** |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified about debts in Part 1, do not fill out or submit this page.

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Korrine Ellen Simon** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:      List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Franchise Tax Board** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Personal Bankruptcy MS A 260**
**P.O. Box 2952**
**Sacramento, CA 95812-2951**

Number Street City State ZIp Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice Only**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                        48847                        Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 2.2 | | | | |
|---|---|---|---|---|
| | **Internal Revenue Service** | Last 4 digits of account number ____ ____ ____ ____ | **$249,000.00** | **$249,000.00** | **$0.00** |

Priority Creditor's Name
**Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101**
Number Street City State Zip Code

When was the debt incurred?  **2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify **2R4M penalites for unrecorded W2's. This Corporation is an asset of The Proverbs 3:6 Promise Irrevocable Trust; however it is listed herein for notice purposes.**

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | | | |
|---|---|---|---|
| | **A Work of Art Painting** | Last 4 digits of account number  **None** | **Unknown** |

Nonpriority Creditor's Name
**5827 Silver Leaf Road
San Jose, CA 95138**
Number Street City State Zip Code

When was the debt incurred?  **1/1/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 | **A-Abbot Locksmith** | Last 4 digits of account number | **9042** | $324.19 |

Nonpriority Creditor's Name

**1920 E Katella Ave Ste A**
**Orange, CA 92867**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?      **12/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 | **Aandrud, Karen** | Last 4 digits of account number | **0052** | Unknown |

Nonpriority Creditor's Name

**8882 Cypress Ave.**
**Cypress, CA 90630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?      **03/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 | **Abbinanti, Nick & Debbie** | Last 4 digits of account number | **0105** | $0.00 |

Nonpriority Creditor's Name

**22556 Gilmore St.**
**West Hills, CA 91307**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?      **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.5 | **Abellera, Cristeta** | Last 4 digits of account number | **0097** | $0.00 |

Nonpriority Creditor's Name
**515 Murray Ave.**
**Camarillo, CA 93101**

When was the debt incurred?  **09/14/10**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 | **Abesamis, Rosita & Romeo** | Last 4 digits of account number | **3057** | **Unknown** |

Nonpriority Creditor's Name
**1115 Willow Ave**
**La Puente, CA 91746**

When was the debt incurred?  **7/9/2013**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 | **Abeyta, Tom** | Last 4 digits of account number | **3139** | **Unknown** |

Nonpriority Creditor's Name
**4027 Armstrong St**
**San Diego, CA 92111**

When was the debt incurred?  **8/10/2013**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8 | **Abhyanker, Ramesh** | | Last 4 digits of account number | **1038** | **Unknown** |

Nonpriority Creditor's Name
**75571 Painted Desert Dr**
**Indian Wells, CA 92210**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**   **6/14/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 | **Abramson, Lisbeth** | | Last 4 digits of account number | **1040** | **Unknown** |

Nonpriority Creditor's Name
**4827 Sagina Ct.**
**Oceanside, CA 92057**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**   **10/4/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.10 | **Abrantes, Misty & Justin** | | Last 4 digits of account number | **0068** | **Unknown** |

Nonpriority Creditor's Name
**744 Rocky Loop**
**Crestline, CA 92325**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**   **11/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 1 | **Abundiz, Aurora** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**838 Pacific Ave.**
**San Jose, CA 95126**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3162**                    **Unknown**

**When was the debt incurred?**   **3/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 2 | **Abundiz, Aurora** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**838 Pacific Ave**
**San Jose, CA 95126**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2024**                    **Unknown**

**When was the debt incurred?**   **11/14/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 3 | **Abuseer , Ihab** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**125 N. Maude Ln.**
**Anaheim, CA 92807**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0043**                    **Unknown**

**When was the debt incurred?**   **03/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1 4**

**Acfalle, Joaquin**

Nonpriority Creditor's Name

**7654 Prairie Mound Wy.**
**San Diego, CA 92139**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1090**          **Unknown**

When was the debt incurred?    **12/13/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 5**

**Action, Gladys**

Nonpriority Creditor's Name

**2740 Mathews St**
**Berkeley, CA 94702**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4120**          **Unknown**

When was the debt incurred?    **7/8/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 6**

**Acuna, Bridget**

Nonpriority Creditor's Name

**18408 Saint Andrews Place**
**Torrance, CA 90504**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **9019**          **Unknown**

When was the debt incurred?    **10/02/09**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.17 | **Adame, Antonio & Agripina** | Last 4 digits of account number | **0127** | $0.00 |

Nonpriority Creditor's Name

**715 N. Foxworth Ave.**
**La Puente, CA 91744**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **08/10/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.18 | **Adamian, Alexandra** | Last 4 digits of account number | **1129** | Unknown |

Nonpriority Creditor's Name

**12607 Crewe St**
**North Hollywood, CA 91605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.19 | **Adams, Charles & Dupree-Adams, Mary Jo** | Last 4 digits of account number | **3104** | Unknown |

Nonpriority Creditor's Name

**34484 Arbor Way**
**Yucaipa, CA 92399**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/30/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 0 | **Adams, Charles & Mary** | Last 4 digits of account number | **3038** | **Unknown** |

Nonpriority Creditor's Name
**34484 Arbor Way**
**Yucaipa, CA 92399**
Number Street City State Zip Code

When was the debt incurred?  **9/20/2013**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.2 1 | **Adams, Elizabeth & Stanley** | Last 4 digits of account number | **4003** | **Unknown** |

Nonpriority Creditor's Name
**240 Elaine Way**
**Pismo Beach, CA 93449**
Number Street City State Zip Code

When was the debt incurred?  **9/22/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.2 2 | **Adams, James & Vivian** | Last 4 digits of account number | **3031** | **Unknown** |

Nonpriority Creditor's Name
**27498 Embassy St**
**Sun City, CA 92586**
Number Street City State Zip Code

When was the debt incurred?  **5/5/2013**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.2 3 | **Adams, Marilyn** | Last 4 digits of account number | **4069** | **Unknown** |

Nonpriority Creditor's Name

**1600 E. Vista Way #26**
**Vista, CA 92084**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **5/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 4 | **Adams, Richard & Catherine** | Last 4 digits of account number | **4007** | **Unknown** |

Nonpriority Creditor's Name

**4056 Hill St.**
**Huntington Park, CA 90255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **5/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 5 | **Adbell, Marilyn** | Last 4 digits of account number | **2097** | **Unknown** |

Nonpriority Creditor's Name

**70860 Jasmine Lane**
**Rancho Mirage, CA 92270**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **11/17/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2 6**

**Adderly, Lucrecia**

Nonpriority Creditor's Name

**44115 Fern Ave**
**Lancaster, CA 93534**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3063**                    **Unknown**

**When was the debt incurred?**   **10/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 7**

**Adelson, Janet**

Nonpriority Creditor's Name

**587 Pintura Drive**
**Santa Barbara, CA 93111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2052**                    **Unknown**

**When was the debt incurred?**   **2/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.2 8**

**Adjoyan, Aida**

Nonpriority Creditor's Name

**8115 Wilkinson**
**North Hollywood, CA 91605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2103**                    **Unknown**

**When was the debt incurred?**   **6/12/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

**4.29**

**Adkins, Melanie**

Nonpriority Creditor's Name

**34966 Dewey St**
**Yucaipa, CA 92499**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4076**    **Unknown**

When was the debt incurred?    **5/1/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.30**

**Adkins, Melanie & Robert**

Nonpriority Creditor's Name

**34966 Dewey Ave**
**Yucaipa, CA 92399**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3006**    **Unknown**

When was the debt incurred?    **9/19/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.31**

**Adkins, Robert**

Nonpriority Creditor's Name

**34966 Dewey Street**
**Yucaipa, CA 92399**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3098**    **Unknown**

When was the debt incurred?    **11/12/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 2 | **Adler, Sharon** | | Last 4 digits of account number | **0085** | **Unknown** |

Nonpriority Creditor's Name
**9715 Lanett Ave.**
**Whittier, CA 90605**
Number Street City State Zip Code

When was the debt incurred?    **07/06/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 3 | **Afflerbach, David & Kim** | | Last 4 digits of account number | **9029** | **Unknown** |

Nonpriority Creditor's Name
**701 Coastline Dr.**
**Seal Beach, CA 90740**
Number Street City State Zip Code

When was the debt incurred?    **03/02/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 4 | **Agbayai, Roy** | | Last 4 digits of account number | **4052** | **Unknown** |

Nonpriority Creditor's Name
**69569 Pleasant Grove**
**Cathedral City, CA 92234**
Number Street City State Zip Code

When was the debt incurred?    **4/28/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 5 | | | |

**Agin, Susie**
Nonpriority Creditor's Name
**10712 Montego Dr.**
**San Diego, CA 92124**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1024**       **Unknown**

**When was the debt incurred?**   **10/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 6 | | | |

**Agin, Susie**
Nonpriority Creditor's Name
**10712 Montego Dr**
**San Diego, CA 92124**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1070**       **Unknown**

**When was the debt incurred?**   **7/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 7 | | | |

**Agnone, Dione**
Nonpriority Creditor's Name
**3540 Brookhill St.**
**La Cresenta, CA 91214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1099**       **Unknown**

**When was the debt incurred?**   **3/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| **4.3 8** | **Aguero, Sandro** | Last 4 digits of account number | **3174** | **Unknown** |

Nonpriority Creditor's Name

**10440 Quill Ave #106**
**Sunland, CA 91040**

Number Street City State Zip Code

When was the debt incurred?  **11/25/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| **4.3 9** | **Aguilar, Gilbert & Margie** | Last 4 digits of account number | **4100** | **Unknown** |

Nonpriority Creditor's Name

**4439 Marigold Dr**
**Chino, CA 91710**

Number Street City State Zip Code

When was the debt incurred?  **5/29/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| **4.4 0** | **Aguilar, Pedro & Rosy** | Last 4 digits of account number | **4098** | **Unknown** |

Nonpriority Creditor's Name

**2357 Pageant St**
**Bakersfield, CA 93306**

Number Street City State Zip Code

When was the debt incurred?  **9/12/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.4 1 | | | |
|---|---|---|---|

**Aguilera, David & Diane**
Nonpriority Creditor's Name

**20225 Bedford Canyon Rd.**
**Corona, CA 92881**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1123**       **Unknown**

When was the debt incurred?   **5/17/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 2 | | | |
|---|---|---|---|

**Aguilera. David & Diane**
Nonpriority Creditor's Name

**20225 Bedford Canyon Rd.**
**Corona, CA 92881**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3077**       **Unknown**

When was the debt incurred?   **5/13/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 3 | | | |
|---|---|---|---|

**Aguirre, Heide**
Nonpriority Creditor's Name

**8705 Marina Wy**
**Garden Grove, CA 92844**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1028**       **Unknown**

When was the debt incurred?   **1/28/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 4 | | | |
|---|---|---|---|

**Aintablian, Hasmik**

Nonpriority Creditor's Name

**16 Logo Vista**

**Dana Point, CA 92629**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3109**          **Unknown**

When was the debt incurred?   **8/14/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 5 | | | |
|---|---|---|---|

**Aitken, Cheryl**

Nonpriority Creditor's Name

**5127 Bella Collina St**

**Oceanside, CA 92056**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1945**          **Unknown**

When was the debt incurred?   **5/15/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 6 | | | |
|---|---|---|---|

**Alami, Mohammed**

Nonpriority Creditor's Name

**18073 San Jacinto Ave**

**Fontana, CA 92336**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3106**          **Unknown**

When was the debt incurred?   **1/9/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.4 7** | **Alamos, Jess** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number | **1101** | **Unknown** |

**404 Pickering Way**
**Montebello, CA 90640**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **11/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 8** | **Alan Ray Architecture** | |

Nonpriority Creditor's Name

**580 Explorer St Unit B**
**Brea, CA 92821**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **None**          **$3,500.00**

**When was the debt incurred?**    **11/30/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 9** | **Alassal, Ahmed** | |

Nonpriority Creditor's Name

**305 S. Valley**
**Anaheim, CA 92804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4090**          **Unknown**

**When was the debt incurred?**    **11/3/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.50 | **Alba, Alejandro & Adela** | Last 4 digits of account number | **4106** | **Unknown** |

Nonpriority Creditor's Name

**1745 Dawn Place**
**Escondido, CA 92027**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **9/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.51 | **Alba, Ben & Rosie** | Last 4 digits of account number | **3045** | **Unknown** |

Nonpriority Creditor's Name

**1481 W. Lambert Road**
**La Habra, CA 90631**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **6/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.52 | **Albrecht, Peter** | Last 4 digits of account number | **CHNB** | **$2,750.00** |

Nonpriority Creditor's Name

**2339 Notre Dame**
**Costa Mesa, CA 92626**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2/8/2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.5 3 | **Albretsen, Vella** | Last 4 digits of account number | **3005** | **Unknown** |

Nonpriority Creditor's Name
**1116 Monaco Court**
**Grover Beach, CA 93433**

When was the debt incurred?  **6/22/2013**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 4 | **Albretson, Vella** | Last 4 digits of account number | **4027** | **Unknown** |

Nonpriority Creditor's Name
**676 Saratoga Ave**
**Grover Beach, CA 93433**

When was the debt incurred?  **7/21/2014**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 5 | **Alcala, Rafeal** | Last 4 digits of account number | **9013** | **Unknown** |

Nonpriority Creditor's Name
**26681 Paseo Loreto**
**San Juan Capistrano, CA 92675**

When was the debt incurred?  **10/23/09**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.5 6 | **Alcantar, Julio** | Last 4 digits of account number | **1104** | **Unknown** |

Nonpriority Creditor's Name
**3155 Sweetwood Street**
**San Diego, CA 92114**
Number Street City State Zip Code

When was the debt incurred?  **10/18/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 7 | **Aldana, Joe** | Last 4 digits of account number | **2051** | **Unknown** |

Nonpriority Creditor's Name
**825 W. Sola St.**
**Santa Barbara, CA 93101**
Number Street City State Zip Code

When was the debt incurred?  **5/22/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.5 8 | **Alderete, Enrique & Olga** | Last 4 digits of account number | **0096** | **Unknown** |

Nonpriority Creditor's Name
**2880 Via Suspiro**
**San Ysidro, CA 92173**
Number Street City State Zip Code

When was the debt incurred?  **11/30/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.5 9 | **ALDRETE, Angela** | Last 4 digits of account number **1069** | **Unknown** |

Nonpriority Creditor's Name
**1380 Serena Circle # 2**
**Chula Vista, CA 91910**
Number Street City State Zip Code

When was the debt incurred? **2/1/2011**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.6 0 | **Aldridge, Lelia** | Last 4 digits of account number **1008** | **Unknown** |

Nonpriority Creditor's Name
**6289 Childs Ave.**
**San Diego, CA 92139**
Number Street City State Zip Code

When was the debt incurred? **2/15/2011**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.6 1 | **Alejandre, Arthur** | Last 4 digits of account number **1950** | **Unknown** |

Nonpriority Creditor's Name
**11908 Cresson St**
**Norwalk, CA 90650**
Number Street City State Zip Code

When was the debt incurred? **6/12/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 2 | **Alex Aguirre** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**22102 Newbridge Dr**
**Lake Forest, CA 92630**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Proverbs 3:6 Promise Irrevocable Trust**

---

| 4.6 3 | **Alex, Nick** | Last 4 digits of account number **0119** | **Unknown** |

Nonpriority Creditor's Name
**5585 E. PCH. Unit 309**
**Long  Beach, CA 90804**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **08/10/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 4 | **Alexander, Florica** | Last 4 digits of account number **3084** | **Unknown** |

Nonpriority Creditor's Name
**298 Avenida Sevilla, Unit A,**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **1/3/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 5 | **Alexander, Reginald** | Last 4 digits of account number | **1002** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**5659-4 Arlington Blvd**

**San Pablo, CA 94806**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/27/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 6 | **Algie, Dennis** | Last 4 digits of account number | **0015** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1220 W. 159th**

**Gardena, CA 90247**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **09/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 7 | **Alicea, Jeffrey** | Last 4 digits of account number | **1976** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2750 Cedar Ave**

**Long Beach, CA 90806**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.68**

**Allbee, Debra**
Nonpriority Creditor's Name

**20 Westmoreland**
**Irvine, CA 92620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1121**                    **Unknown**

**When was the debt incurred?**   **4/17/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.69**

**Allegiance Premium Finance Company**
Nonpriority Creditor's Name

**44 West Harding Street Suite 306**
**Cedar City, UT 84720**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **7359**                    **$2,445.06**

**When was the debt incurred?**   **2/1/2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

**4.70**

**Allen, Beverly**
Nonpriority Creditor's Name

**827 B Via Alhambra**
**Laguana Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0125**                    **Unknown**

**When was the debt incurred?**   **08/10/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.7 1**

**Allen, David & Barbara**

Nonpriority Creditor's Name

**2134 B Via Puerta**
**Laguna Woods, CA 92637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3020**                          **Unknown**

When was the debt incurred?  **1/24/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.7 2**

**Allen, Gary**

Nonpriority Creditor's Name

**1075 Lincoln Ave.**
**San Diego, CA 92103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1073**                          **Unknown**

When was the debt incurred?  **5/10/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.7 3**

**Allen, Grace**

Nonpriority Creditor's Name

**5004 Fratus Dr**
**Temple City, CA 91780**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1966**                          **Unknown**

When was the debt incurred?  **3/18/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.7 4 | **Allen, Grace** | | Last 4 digits of account number | **1002** | **Unknown** |

Nonpriority Creditor's Name
**5004 Fratus Dr.**
**Temple City, CA 91780**
Number Street City State Zip Code

**When was the debt incurred?**    **4/12/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 5 | **Allen, Mary** | | Last 4 digits of account number | **2060** | **Unknown** |

Nonpriority Creditor's Name
**10112 Belfair Street**
**Bellflower, CA 90706**
Number Street City State Zip Code

**When was the debt incurred?**    **10/10/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.7 6 | **Alleyne, Josephus** | | Last 4 digits of account number | **3066** | **Unknown** |

Nonpriority Creditor's Name
**2159 E. Colunga St**
**Colton, CA 92324**
Number Street City State Zip Code

**When was the debt incurred?**    **9/30/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.7 7 | | | |
|---|---|---|---|
| | **Allied Building Products Corp.** | Last 4 digits of account number  **5716** | **$24,895.80** |

Nonpriority Creditor's Name
**PO Box 101087**
**Pasadena, CA 91189**
Number Street City State Zip Code

When was the debt incurred?  **11/13/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only        ☐ Contingent

☐ Debtor 2 only        ☐ Unliquidated

■ Debtor 1 and Debtor 2 only    ■ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify  **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.7 8 | | | |
|---|---|---|---|
| | **Ally Financial** | Last 4 digits of account number  **6** | **$10,151.50** |

Nonpriority Creditor's Name
**PO Box 380902**
**Bloomington, MN 55438**
Number Street City State Zip Code

When was the debt incurred?  **9/17/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only        ☐ Contingent

■ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a  community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify  **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.7 9 | | | |
|---|---|---|---|
| | **Almand, Charles** | Last 4 digits of account number  **9039** | **Unknown** |

Nonpriority Creditor's Name
**171 N. Paseo Rio Blanco**
**Anaheim, CA 92807**
Number Street City State Zip Code

When was the debt incurred?  **7/28/2009**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only        ■ Contingent

■ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ At least one of the debtors and another    ■ Disputed

☐ **Check if this claim is for a  community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.8 0 | **Almendares, Raymond and Joanne** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**9228 Elm Vista Dr**

**Downey, CA 90242**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **4016**                          **Unknown**

**When was the debt incurred?**    **3/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 1 | **Alsing , Judith** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**13850 Temple St.**

**Poway, CA 92064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **0105**                          **Unknown**

**When was the debt incurred?**    **07/27/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 2 | **Altavilla, Raquel & Shelton, Rudolph** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3446 Aveley PL**

**San Diego, CA 92111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **3010**                          **Unknown**

**When was the debt incurred?**    **4/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.8<br>3 | **Altieri, Anthony** | | |

Nonpriority Creditor's Name

**1993 Grandview Rd**
**Vista, CA 92084**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1032**            **Unknown**

**When was the debt incurred?**   **8/2/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8<br>4 | **Alto, Barbara & Raymond** | | |

Nonpriority Creditor's Name

**620 Pitman St**
**Escondido, CA 92027**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **3022**            **Unknown**

**When was the debt incurred?**   **4/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8<br>5 | **Alva, Rebecca & Garcia, Vincent** | | |

Nonpriority Creditor's Name

**4735 Knob Hill Dr.**
**Los Angeles, CA 90065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **9024**            **Unknown**

**When was the debt incurred?**   **11/03/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.8 6 | **Alvarado, Gilbert** | | Last 4 digits of account number | **2041** | **Unknown** |

Nonpriority Creditor's Name

**10112 Circle P Lane**

**Escondido, CA 92026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **5/9/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.8 7 | **Alvarado, Luis & Blanca** | | Last 4 digits of account number | **1956** | **Unknown** |

Nonpriority Creditor's Name

**37900 E. 29Th St**

**Palmdale, CA 93550**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **5/16/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 8 | **Alvarado, Rhina** | | Last 4 digits of account number | **2073** | **Unknown** |

Nonpriority Creditor's Name

**12031 Kenney Street**

**Norwalk, CA 90650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.89 | | |
|---|---|---|

**Alvarado, Teodora**
Nonpriority Creditor's Name

**2284 N. Wilkie Drive**
**Pomona, CA 91767**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3016**                    **Unknown**

**When was the debt incurred?**    **9/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.90 | | |
|---|---|---|

**Alvarez, Armando**
Nonpriority Creditor's Name

**13108 Gatehall Ave**
**Corona, CA 92879**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2001**                    **Unknown**

**When was the debt incurred?**    **10/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.91 | | |
|---|---|---|

**Alvarez, Artemio**
Nonpriority Creditor's Name

**771 S Vine**
**Rialto, CA 92376**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4030**                    **Unknown**

**When was the debt incurred?**    **9/9/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.9 2 | **Alvarez, George** | Last 4 digits of account number | **5115** | **Unknown** |

Nonpriority Creditor's Name

**3722 Olivehill Rd**
**Fallbrook, CA 92028**
Number Street City State Zip Code

**When was the debt incurred?**   **1/30/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 3 | **Alvarez, Guillermo & Lucy** | Last 4 digits of account number | **0009** | **Unknown** |

Nonpriority Creditor's Name

**1104 Nutwood Ave.**
**Fullerton, CA 92831**
Number Street City State Zip Code

**When was the debt incurred?**   **04/20/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 4 | **Alvarez, Hugo** | Last 4 digits of account number | **1931** | **Unknown** |

Nonpriority Creditor's Name

**3420 Pomona St**
**Los Angeles, CA 90031**
Number Street City State Zip Code

**When was the debt incurred?**   **9/11/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.9 5 | **Alvarez, Janette** | Last 4 digits of account number | **1044** | **Unknown** |

Nonpriority Creditor's Name
**529 Terrado Dr.**
**Monrovia, CA 91016**
Number Street City State Zip Code

**When was the debt incurred?**   **8/9/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 6 | **Alvarez, Lucy** | Last 4 digits of account number | **4093** | **Unknown** |

Nonpriority Creditor's Name
**3722 Olive Hill Rd**
**Fallbrook, CA 92028**
Number Street City State Zip Code

**When was the debt incurred?**   **2/1/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 7 | **Amagrande, Michael** | Last 4 digits of account number | **1992** | **Unknown** |

Nonpriority Creditor's Name
**3991 Redwood Dr**
**Riverside, CA 92501**
Number Street City State Zip Code

**When was the debt incurred?**   **3/26/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.98 | | | | |

**Amante, Ning & Canalas, Lysander**
Nonpriority Creditor's Name
**211 Panorama Ct.**
**Brea, CA 92821**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1043**                    **Unknown**

**When was the debt incurred?**  **7/12/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.99 | | | | |

**Amato, Raymond**
Nonpriority Creditor's Name
**2035 Ventana Way**
**El Cajon, CA 92020**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2071**                    **Unknown**

**When was the debt incurred?**  **2/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.100 | | | | |

**Ambrose, Donald & Betty**
Nonpriority Creditor's Name
**59019 Pueblo Trail**
**Yucca Valley, CA 92284**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2019**                    **Unknown**

**When was the debt incurred?**  **11/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1<br>01 | | | |
|---|---|---|---|

**American Express**
Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998-1535**
Number Street City State Zip Code

Last 4 digits of account number    **3** _____                    **$15,990.40**

When was the debt incurred?    **11/1/2015**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.1<br>02 | | | |
|---|---|---|---|

**American Express**
Nonpriority Creditor's Name
**P.O. Box 981535**
**El Paso, TX 79998-1535**
Number Street City State Zip Code

Last 4 digits of account number    _____                    **$7,061.46**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - CJS Properties**

---

| 4.1<br>03 | | | |
|---|---|---|---|

**American Home Design**
Nonpriority Creditor's Name
**555 Silver Oak Lane**
**Danville, CA 94506**
Number Street City State Zip Code

Last 4 digits of account number    **None** _____                    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 04 | | | |
|---|---|---|---|

**American Home Design**
Nonpriority Creditor's Name

Last 4 digits of account number   **None**                    **Unknown**

**555 Silver Oak Lane**
**Danville, CA 94506**
Number Street City State Zip Code

When was the debt incurred?   **1/1/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.1 05 | | | |
|---|---|---|---|

**Amezuca, Artxezin & Rosario**
Nonpriority Creditor's Name

Last 4 digits of account number   **1931**                    **Unknown**

**1478 Camino Caballo**
**Nipomo, CA 93444**
Number Street City State Zip Code

When was the debt incurred?   **1/8/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 06 | | | |
|---|---|---|---|

**Ammannito, Mike**
Nonpriority Creditor's Name

Last 4 digits of account number   **1051**                    **Unknown**

**9409 Almeria Ct**
**Fontana, CA 92316**
Number Street City State Zip Code

When was the debt incurred?   **7/5/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 07 | **Amores, Salvacion** | Last 4 digits of account number | **4074** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**15022 Chuparosa St**
**Victorville, CA 92394**
Number Street City State Zip Code

When was the debt incurred?   **9/8/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 08 | **Anaheim Business Campus** | Last 4 digits of account number | **itos** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**394 W Cerritos Avenue**
**Anaheim, CA 92805**
Number Street City State Zip Code

When was the debt incurred?   **10/1/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.1 09 | **Anaheim Public Utilities** | Last 4 digits of account number | **4003** | **$4,789.47** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 3222**
**Anaheim, CA 92803**
Number Street City State Zip Code

When was the debt incurred?   **9/17/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.1 10 | **Anaya, Jamie & Maria** | Last 4 digits of account number | **1988** | **Unknown** |

Nonpriority Creditor's Name

**5407 Challen Ave**
**Riverside, CA 92503**

Number Street City State Zip Code

When was the debt incurred?   **2/24/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 11 | **Ancheta, Mario & April** | Last 4 digits of account number | **1997** | **Unknown** |

Nonpriority Creditor's Name

**69125 Baristo Rd**
**Cathedral City, CA 92234**

Number Street City State Zip Code

When was the debt incurred?   **5/22/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 12 | **Anderson, Andy & Carolyn** | Last 4 digits of account number | **1006** | **Unknown** |

Nonpriority Creditor's Name

**42215 Palm Ave**
**Fremont, CA 94539**

Number Street City State Zip Code

When was the debt incurred?   **1/17/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (*if know*) _____

---

**4.1**
**13**

**Anderson, Bent  & Flauia**
Nonpriority Creditor's Name
**23858 Pasatiempo Ln**
**Harbor City, CA 90710**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1052**    **Unknown**

**When was the debt incurred?**    **11/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**14**

**Anderson, Bonnie**
Nonpriority Creditor's Name
**11039 Furman Court**
**Rancho Cucamonga, CA 91701**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1052**    **Unknown**

**When was the debt incurred?**    **1/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

**4.1**
**15**

**Anderson, Bryan**
Nonpriority Creditor's Name
**1630 Via Sage**
**San Clemete, CA 92673**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____    **Unknown**

**When was the debt incurred?**    **8/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1<br>16 | **Anderson, Bryan** | Last 4 digits of account number | **3186** | **Unknown** |

Nonpriority Creditor's Name

**1630 Via Sage**
**San Clemente, CA 92673**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>17 | **Anderson, Carolyn** | Last 4 digits of account number | **0009** | **Unknown** |

Nonpriority Creditor's Name

**3245 Virginia St.**
**Lynwood, CA 90262**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **02/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>18 | **Anderson, Dezra & Bryan** | Last 4 digits of account number | **3047** | **Unknown** |

Nonpriority Creditor's Name

**1630 Via Sage**
**San Clemente, CA 92673**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **4/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)*

---

| **4.1 19** | |
|---|---|

**Anderson, Einor & Judy**
Nonpriority Creditor's Name
**6846 Poppy View Dr**
**Oak Park, CA 91377**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **4044**                    **Unknown**

When was the debt incurred?    **12/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| **4.1 20** | |
|---|---|

**Anderson, Elizabeth**
Nonpriority Creditor's Name
**211 Huntington**
**Irvine, CA 92620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3041**                    **Unknown**

When was the debt incurred?    **6/12/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| **4.1 21** | |
|---|---|

**Anderson, Leah**
Nonpriority Creditor's Name
**3245 108th Stree**
**Inglewood, CA 90303**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3069**                    **Unknown**

When was the debt incurred?    **2/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 22 | | | |
|---|---|---|---|

**Anderson, Patricia**
Nonpriority Creditor's Name
**3341 E. Saint Francis**
**Long Beach, CA 90805**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1082**                    **Unknown**

When was the debt incurred?   **4/5/2011**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 23 | | | |
|---|---|---|---|

**Anderson, Renate**
Nonpriority Creditor's Name
**920 N. Sage Ave**
**Rialto, CA 92376**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1026**                    **Unknown**

When was the debt incurred?   **6/28/2011**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 24 | | | |
|---|---|---|---|

**Anderson, Robert**
Nonpriority Creditor's Name
**30450 De Caron Street**
**Murrieta, CA 92563**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3009**                    **Unknown**

When was the debt incurred?   **9/16/2013**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1 25 | **Anderson, Susana** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**16431 Grayville Dr.**
**La Mirada, CA 90638**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0132**                $0.00

**When was the debt incurred?**    **12/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 26 | **Andruskiewicz, Ray** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**13120 Meteor Dr.**
**Victorville, CA 92395**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2020**                Unknown

**When was the debt incurred?**    **1/6/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 27 | **Angel, Jose & Gertrude** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**239 W. Bluebell Ave.**
**Anaheim, CA 92802**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0092**                Unknown

**When was the debt incurred?**    **08/31/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 28 | **Angel, Joseph** | Last 4 digits of account number | **2019** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**110 Juana Maria**
**Santa Barbara, CA 93103**
Number Street City State Zip Code

When was the debt incurred?   **8/27/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 29 | **Angel, Silvia** | Last 4 digits of account number | **1958** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**110 Juana Maria Ave**
**Santa Barbara, CA 93103**
Number Street City State Zip Code

When was the debt incurred?   **1/15/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 30 | **Angel, Silvia** | Last 4 digits of account number | **3072** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**110 Juan Maria Ave**
**Santa Barbara, CA 93103**
Number Street City State Zip Code

When was the debt incurred?   **8/30/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
31**

**Anglin, Cecil**
Nonpriority Creditor's Name
**203 Price St**
**Bakersfield, CA 93307**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4079**                         **Unknown**

**When was the debt incurred?**   **4/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
32**

**Anlin Industries**
Nonpriority Creditor's Name
**1665 Tollhouse Road**
**Clovis, CA 93611**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1313**                         **$45,583.02**

**When was the debt incurred?**   **11/1/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

**4.1
33**

**Anzaldo, Liane**
Nonpriority Creditor's Name
**25 Saint Tropez**
**Newport Beach, CA 92660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1037**                         **Unknown**

**When was the debt incurred?**   **10/04/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 34 | | | |
|---|---|---|---|

**Apalategui, Frances**

Nonpriority Creditor's Name
**523 W. 4Th St**
**Azusa, CA 91702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2002**                          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 35 | | | |
|---|---|---|---|

**Aparicio, reynaldo & Esperanza**

Nonpriority Creditor's Name
**562 Shotwell St.**
**San Franscico, CA 94110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0051**                          **Unknown**

**When was the debt incurred?**  **11/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 36 | | | |
|---|---|---|---|

**Aqua Finance, Inc.**

Nonpriority Creditor's Name
**PO Box 844**
**Wausau, WI 54402-0844**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0287**                          **Unknown**

**When was the debt incurred?**  **1/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1 37 | | | |
|---|---|---|---|

**Araiza, Fernando**
Nonpriority Creditor's Name

**7618 E Newmark Ave**
**Rosemead, CA 91770**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4117**            **Unknown**

**When was the debt incurred?**    **3/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 38 | | | |
|---|---|---|---|

**Araiza, Fernando**
Nonpriority Creditor's Name

**7618 E. Newark Ave.**
**Rosemead, CA 91770**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1023**            **Unknown**

**When was the debt incurred?**    **5/3/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 39 | | | |
|---|---|---|---|

**Aramaki, David**
Nonpriority Creditor's Name

**9481 Sabre Lane**
**Westminster, CA 92683**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1096**            **Unknown**

**When was the debt incurred?**    **10/25/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 40 | | |
|---|---|---|

**Aravindashan, Rajesh**

Nonpriority Creditor's Name

**1195 Aschauer Ct**
**San Jose, CA 95131**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0154**          **Unknown**

**When was the debt incurred?**   **03/01/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 41 | | |
|---|---|---|

**Archer, Mary**

Nonpriority Creditor's Name

**3933 La Creseta Ave**
**Oakland, CA 94602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2010**          **Unknown**

**When was the debt incurred?**   **6/23/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 42 | | |
|---|---|---|

**Archer, Vickie & Don**

Nonpriority Creditor's Name

**564 Santa Angela Ln.**
**Monticeto, CA 93108**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0045**          **$0.00**

**When was the debt incurred?**   **10/26/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 43 | **Archibald II, Ed** | | Last 4 digits of account number | **27ll** | | **Unknown** |

Nonpriority Creditor's Name
**54812 Southern Hills**
**La Quinta, CA 92253**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **5/5/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 44 | **Archuleta, Daniel** | | Last 4 digits of account number | **3076** | | **Unknown** |

Nonpriority Creditor's Name
**535 Brookhaven Ave**
**Corona, CA 92879**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **9/3/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 45 | **Arciniega, Luis and Maria** | | Last 4 digits of account number | **3050** | | **Unknown** |

Nonpriority Creditor's Name
**1365 N. El Molino**
**Pasadena, CA 91104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **7/8/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 46 | **Arcuri, Dominick** | | Last 4 digits of account number | **2002** | | **Unknown** |

Nonpriority Creditor's Name

**2547 W. Cresent Avenue**
**Anaheim, CA 92801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **1/13/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 47 | **Arjomand, Farooq** | | Last 4 digits of account number | **0III** | | **Unknown** |

Nonpriority Creditor's Name

**49 Poppy Hill**
**Laguna Niguel, CA 92677**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **6/2/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 48 | **Arjomand, Marty & Kelly** | | Last 4 digits of account number | **3109** | | **Unknown** |

Nonpriority Creditor's Name

**2173 Peak Place**
**Thousand Oaks, CA 91362**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **9/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 49 | | | |
|---|---|---|---|

**Arjomand, Marty & Kelly**
Nonpriority Creditor's Name

**2173 Peak Place**
**Thousand Oaks, CA 91362**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0053**            **Unknown**

**When was the debt incurred?**   **06/08/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 50 | | | |
|---|---|---|---|

**Arland, Timothy & Singh, Ruby**
Nonpriority Creditor's Name

**25629 Rue De Lac**
**Escondido, CA 92026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4099**            **Unknown**

**When was the debt incurred?**   **2/24/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 51 | | | |
|---|---|---|---|

**Armendariz, Robert and Jaime**
Nonpriority Creditor's Name

**11545 School St**
**Bakersfield, CA 93307**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4012**            **Unknown**

**When was the debt incurred?**   **9/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 52 | | | |
|---|---|---|---|

**Armitage, Arthur**

Nonpriority Creditor's Name

**9386 Los Coches**
**Lakeside, CA 92040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1940**                    **Unknown**

**When was the debt incurred?**   **7/17/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 53 | | | |
|---|---|---|---|

**Armstead, Josie**

Nonpriority Creditor's Name

**4383 Cherokee Ave.**
**San Diego, CA 92104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0045**                    **Unknown**

**When was the debt incurred?**   **05/04/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 54 | | | |
|---|---|---|---|

**Armstead, Willie and Claudia**

Nonpriority Creditor's Name

**2525 Eastwind Way**
**Signal Hill, CA 90755**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1018**                    **Unknown**

**When was the debt incurred?**   **12/27/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 55 | **Armstrong, Beatrice** | Last 4 digits of account number | **1132** | **Unknown** |

Nonpriority Creditor's Name

**65 Majorca Dr.**
**Rancho Mirage, CA 92270**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **10/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 56 | **Armstrong, Dennis** | Last 4 digits of account number | **2062** | **Unknown** |

Nonpriority Creditor's Name

**954 S. Ambridge Ct**
**Anaheim, CA 92806**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **1/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 57 | **Armstrong, Edward** | Last 4 digits of account number | **1109** | **Unknown** |

Nonpriority Creditor's Name

**1960 Temple Hills Drive**
**Laguna Beach, CA 92651**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **9/14/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 58 | **Armstrong, William** | Last 4 digits of account number | **2010** | **Unknown** |

Nonpriority Creditor's Name

**1425 Santa Clara**
**Concord, CA 94518**
Number Street City State Zip Code

**When was the debt incurred?**   **12/21/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 59 | **Arnett, Ruth** | Last 4 digits of account number | **0121** | **Unknown** |

Nonpriority Creditor's Name

**425 Naples Street**
**Chula Vista, CA 91911**
Number Street City State Zip Code

**When was the debt incurred?**   **12/07/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 60 | **Arnold, Jim** | Last 4 digits of account number | **2084** | **Unknown** |

Nonpriority Creditor's Name

**8837 Digger Pine Dr**
**Riverside, CA 92508**
Number Street City State Zip Code

**When was the debt incurred?**   **8/1/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1 61 | **Arnold, Louise** | Last 4 digits of account number | **3104** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2425 Ellentown**
**La Jolla, CA 92037**
Number Street City State Zip Code

**When was the debt incurred?** **7/25/2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 62 | **Arnold, Veta** | Last 4 digits of account number | **0016** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1410 Bella Vista Crest**
**Redlands, CA 92373**
Number Street City State Zip Code

**When was the debt incurred?** **09/28/10**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 63 | **Arroyo, Andres** | Last 4 digits of account number | **0124** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**12970 Ramona Ave.**
**Chino, CA 91710**
Number Street City State Zip Code

**When was the debt incurred?** **12/14/10**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 64 | | | | |
|---|---|---|---|---|

**Arroyo, Betty & Phillip**

| | | **Unknown** |
|---|---|---|

Nonpriority Creditor's Name

**287 E. Calavery St.**
**Altadena, CA 91001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **0124**

**When was the debt incurred?**    **06/22/10**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 65 | | | | |
|---|---|---|---|---|

**Arroyo, Henry & Josephine**

| | | **Unknown** |
|---|---|---|

Nonpriority Creditor's Name

**12477 Sungrove St**
**Garden Grove, CA 92840**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **2031**

**When was the debt incurred?**    **9/17/2012**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 66 | | | | |
|---|---|---|---|---|

**Arroyo, Mary Ellen**

| | | **Unknown** |
|---|---|---|

Nonpriority Creditor's Name

**6516 Partridge**
**Ventura, CA 93003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **4083**

**When was the debt incurred?**    **2/27/2014**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 67 | | | |
|---|---|---|---|

**Arsenault, Daniel**
Nonpriority Creditor's Name

**4246 Los Coyotes Diag.**
**Lakewood, CA 90713**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **0009**

**When was the debt incurred?**    **02/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 68 | | | |
|---|---|---|---|

**Arteaga, Fred & Leona**
Nonpriority Creditor's Name

**17826 Gemini**
**La Puente, CA 91744**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **2004**

**When was the debt incurred?**    **12/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 69 | | | |
|---|---|---|---|

**Artero, James**
Nonpriority Creditor's Name

**2443 Blanchard**
**Camarillo, CA 93012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1985**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 70 | | | |
|---|---|---|---|

**Artuscheske, Margie**
Nonpriority Creditor's Name

**2923 Weldermyer**
**Arcadia, CA 91066**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0146**                    **Unknown**

**When was the debt incurred?**   **12/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.1 71 | | | |
|---|---|---|---|

**Arvanitis, Nancy**
Nonpriority Creditor's Name

**4212 Vista Del Rio Way #8**
**Oceanside, CA 92057**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1088**                    **Unknown**

**When was the debt incurred?**   **4/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.1 72 | | | |
|---|---|---|---|

**Asbell, Barbara**
Nonpriority Creditor's Name

**2043 Sunridge Dr**
**Ventura, CA 93003**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3018**                    **Unknown**

**When was the debt incurred?**   **3/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1 73 | **Ascencio, Victor & Gloria** | Last 4 digits of account number | **1044** | **Unknown** |

Nonpriority Creditor's Name
**12442 Kayreid Drive**
**Whittier, CA 90605**
Number Street City State Zip Code

When was the debt incurred?  **10/25/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 74 | **Asch, Sharon** | Last 4 digits of account number | **3113** | **Unknown** |

Nonpriority Creditor's Name
**4929 Bandera Street**
**Montclair, CA 91763**
Number Street City State Zip Code

When was the debt incurred?  **7/15/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 75 | **Ashbury, Wayne** | Last 4 digits of account number | **4069** | **Unknown** |

Nonpriority Creditor's Name
**1105 E Francis Dr**
**Palm Springs, CA 92264**
Number Street City State Zip Code

When was the debt incurred?  **9/8/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 76 | **Ashe, Gordon** | Last 4 digits of account number | **1431** | **Unknown** |

Nonpriority Creditor's Name
**3652 Bloomsbury Way**
**San Jose, CA 95132**
Number Street City State Zip Code

**When was the debt incurred?**   **11/25/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 77 | **Ashley, Gerald** | Last 4 digits of account number | **4083** | **Unknown** |

Nonpriority Creditor's Name
**1039 Old Chase Ave**
**El Cajon, CA 92020**
Number Street City State Zip Code

**When was the debt incurred?**   **6/2/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 78 | **Ashley, Gerald** | Last 4 digits of account number | **2102** | **Unknown** |

Nonpriority Creditor's Name
**1039 Old Chase Ave**
**El Cajon, CA 92020**
Number Street City State Zip Code

**When was the debt incurred?**   **2/17/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know)  _____

| | | |
|---|---|---|
| 4.1 79 | **Ashtakov, Nadia & Dimitry** | |

Nonpriority Creditor's Name
**17421 Sultana St**
**Hesperia, CA 92345**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1971**

**When was the debt incurred?**   **2/18/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| | | |
|---|---|---|
| 4.1 80 | **Ashton, Mike & Shirley** | |

Nonpriority Creditor's Name
**24722 Goya Ave.**
**Moreno Valley, CA 92551**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0087**

**When was the debt incurred?**   **02/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| | | |
|---|---|---|
| 4.1 81 | **Ashton, Shelly & Michael** | |

Nonpriority Creditor's Name
**24722 Goya Ave.**
**Moreno Valley, CA 92551**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **2103**

**When was the debt incurred?**   **12/14/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 82 | **Asten, Peter and Janet** | Last 4 digits of account number | **3016** | **Unknown** |

Nonpriority Creditor's Name
**26 Padron Way**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**When was the debt incurred?**   **1/25/2013**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 83 | **AT&T Mobility** | Last 4 digits of account number | **2** | **$154.95** |

Nonpriority Creditor's Name
**PO Box 1809**
**Paramus, NJ 07653-1809**
Number Street City State Zip Code

**When was the debt incurred?**   **11/1/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.1 84 | **Atanda, Modupe** | Last 4 digits of account number | **3112** | **Unknown** |

Nonpriority Creditor's Name
**1145 W Mesa Dr**
**Rialto, CA 92376**
Number Street City State Zip Code

**When was the debt incurred?**   **1/8/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 85 | **Athwall, Satgur** | Last 4 digits of account number | **1076** | **Unknown** |

Nonpriority Creditor's Name

**4780 Crest Ave**
**Riverside, CA 92503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **7/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 86 | **Atkinson, Leslie** | Last 4 digits of account number | **1011** | **Unknown** |

Nonpriority Creditor's Name

**2219 N. Towner Street**
**Santa Ana, CA 92706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **12/27/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 87 | **Atwood, Cary** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**16251 Oak Tree Xing**
**Chino Hills, CA 91709**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 88 | | | |
|---|---|---|---|

**Atwood, Cary**
Nonpriority Creditor's Name

**16251 Oak Tree Xing**
**Chino Hills, CA 91709**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **None**    **Unknown**

**When was the debt incurred?**  **1/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.1 89 | | | |
|---|---|---|---|

**Au, Harris & Brenda**
Nonpriority Creditor's Name

**10393 Noel Ave.**
**Cupertino, CA 95014**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1032**    **$0.00**

**When was the debt incurred?**  **07/26/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 90 | | | |
|---|---|---|---|

**Auguston , Rosalie**
Nonpriority Creditor's Name

**3300 Greenfield**
**Los Angelas, CA 90034**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1062**    **Unknown**

**When was the debt incurred?**  **11/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 91 | | | |

**Auguston, Rosalie**
Nonpriority Creditor's Name
**3300 Greenfield Ave**
**Los Angeles, CA 90034**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4084**                  **Unknown**

**When was the debt incurred?**   **5/23/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 92 | | | |

**Austin, Robert and Cheri**
Nonpriority Creditor's Name
**10602 Esmeraldas**
**San Diego, CA 92124**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3092**                  **Unknown**

**When was the debt incurred?**   **1/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 93 | | | |

**Autin, Dennis & Patricia**
Nonpriority Creditor's Name
**15021 Grenda St.**
**San Leandro, CA 94579**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3012**                  **Unknown**

**When was the debt incurred?**   **2/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 94 | **Avalos, Pedro** | | | | **Unknown** |

Nonpriority Creditor's Name

**1091 Suffolk Dr**
**Santa Rosa, CA 95401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4112**

When was the debt incurred?   **7/14/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 95 | **Avila, Bea Ann** | | | | **Unknown** |

Nonpriority Creditor's Name

**74131 Velardo Dr**
**Palm Desert, CA 92260**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4084**

When was the debt incurred?   **7/28/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 96 | **Avila, David & Patricia** | | | | **Unknown** |

Nonpriority Creditor's Name

**11510 Orion Street**
**Riverside, CA 92505**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3021**

When was the debt incurred?   **4/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1 97**

**Avila, Earnest & Rachel**
Nonpriority Creditor's Name
**848 Ventura St**
**Santa Paula, CA 93060**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2025**           **Unknown**

When was the debt incurred? **10/22/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

**4.1 98**

**Avila, George & Tina**
Nonpriority Creditor's Name
**40 Beachside Ct**
**Daly City, CA 94015**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2018**           **Unknown**

When was the debt incurred? **7/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

**4.1 99**

**Avila, Rachel & Ernie**
Nonpriority Creditor's Name
**848 E. Ventura St**
**Santa Paula, CA 93060**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **3034**           **Unknown**

When was the debt incurred? **7/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 00 | **Aviles, Adela** | Last 4 digits of account number | **1048** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**846 Cape Town  Pl
San Jose, CA 95133**
Number Street City State Zip Code

When was the debt incurred?   **07/19/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 01 | **Avlatum Construction** | Last 4 digits of account number | **None** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3241 De Anza Pl
San Ramon, CA 94583**
Number Street City State Zip Code

When was the debt incurred?   **1/1/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.2 02 | **Axt, Melvin & Faith** | Last 4 digits of account number | **3049** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**805 Lexington St.
Hemet, CA 92545**
Number Street City State Zip Code

When was the debt incurred?   **4/29/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 03 | | | |
|---|---|---|---|

**Ayers, Margaret**
Nonpriority Creditor's Name

**905 Wentworth Cir.**
**Vista, CA 92081**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1064**          **Unknown**

When was the debt incurred?   **2/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 04 | | | |
|---|---|---|---|

**Babayan, Saro**
Nonpriority Creditor's Name

**12533 Hart St.**
**North Hollywood, CA 91605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1032**          **Unknown**

When was the debt incurred?   **8/2/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 05 | | | |
|---|---|---|---|

**Babayan, Saro**
Nonpriority Creditor's Name

**12533 Hart St**
**North Hollywood, CA 91605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0037**          **$0.00**

When was the debt incurred?   **08/24/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 06 | **Baccam, Liane** | Last 4 digits of account number | **3011** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4221 Thorn St**
**San Diego, CA 92105**
Number Street City State Zip Code

When was the debt incurred?  **3/5/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 07 | **Bacskai, Desi** | Last 4 digits of account number | **1981** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4861 Glenview St**
**Chino Hills, CA 91709**
Number Street City State Zip Code

When was the debt incurred?  **6/29/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 08 | **Badger Daylighting Corp** | Last 4 digits of account number | **T011** | **$4,312.50** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**75 Remittance Dr Ste 3185**
**Chicago, IL 60675**
Number Street City State Zip Code

When was the debt incurred?  **8/31/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 09 | | | |
|---|---|---|---|

**Baer, Deborah & Robert**
Nonpriority Creditor's Name

**12695 La Tortola**
**San Diego, CA 92129**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3157**                      **Unknown**

When was the debt incurred?   **2/16/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 10 | | | |
|---|---|---|---|

**Bailey, James & Rebecca**
Nonpriority Creditor's Name

**7310 E. Stone Creek Ln.**
**Anaheim Hills, CA 92808**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0114**                      **Unknown**

When was the debt incurred?   **09/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 11 | | | |
|---|---|---|---|

**Bailon, Maria**
Nonpriority Creditor's Name

**12861 West St**
**Garden Grove, CA 92840**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4029**                      **Unknown**

When was the debt incurred?   **12/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

| | |
|---|---|
| 4.2 12 | |

**Bailon, Pauline & Olga**
Nonpriority Creditor's Name
**3999 Hare Ave**
**Riverside, CA 92509**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    **3054**                                    **Unknown**

When was the debt incurred?    **2/7/2013**

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| 4.2 13 | |

**Bains, Makhan**
Nonpriority Creditor's Name
**4070 Merganser Drive**
**Fremont, CA 94555**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    **1003**                                    **Unknown**

When was the debt incurred?    **9/7/2011**

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| 4.2 14 | |

**Bakaev, Alex**
Nonpriority Creditor's Name
**1408 Portesuello Ave**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number    **0851**                                    **Unknown**

When was the debt incurred?    **2/21/2012**

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>15 | **Baker, Alan & Cheryl** | Last 4 digits of account number    **1059** | **Unknown** |

Nonpriority Creditor's Name

**17401 Mira Loma**

**Huntington Beach, CA 92647**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **10/25/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>16 | **Baker, Clifford** | Last 4 digits of account number    **1070** | **Unknown** |

Nonpriority Creditor's Name

**1333 7 th st**

**Port Hueneme, CA 93041**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **5/31/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>17 | **Baker, Clifford & Sharon** | Last 4 digits of account number    **0057** | **Unknown** |

Nonpriority Creditor's Name

**1333 7th St.**

**Port Hueneme, CA 93041**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **04/27/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

**4.2
18**

**Baker, James and Johanna**

Nonpriority Creditor's Name

**3768 Long Board**
**San Jose, CA 95132**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4127**                    **Unknown**

**When was the debt incurred?**   **9/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
19**

**Baker, Marlene**

Nonpriority Creditor's Name

**2630 Ryan Road**
**Concord, CA 94518**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2020**                    **Unknown**

**When was the debt incurred?**   **8/8/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

**4.2
20**

**Baker, Richard**

Nonpriority Creditor's Name

**2638 Independence Ave.**
**Huntington PRK., CA 90255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1080**                    **Unknown**

**When was the debt incurred?**   **7/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 21 | **Bakoev, Alex** | | Last 4 digits of account number | **0852** | | **Unknown** |

Nonpriority Creditor's Name
**1408 Portesuello Ave**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

When was the debt incurred?   **2/17/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 22 | **Balas, John** | | Last 4 digits of account number | **1067** | | **Unknown** |

Nonpriority Creditor's Name
**1148 Act St.**
**Sun Valley, CA 91352**
Number Street City State Zip Code

When was the debt incurred?   **6/7/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 23 | **Balderama, Bruno** | | Last 4 digits of account number | **2012** | | **Unknown** |

Nonpriority Creditor's Name
**1114 E Chestnut**
**Orange, CA 92867**
Number Street City State Zip Code

When was the debt incurred?   **7/16/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 24 | |
|---|---|

**Baldwin, Gary & Joana**
Nonpriority Creditor's Name

**10747 Oak Creek Drive**
**Lakeside, CA 92040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4022**                    **Unknown**

When was the debt incurred?    **11/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 25 | |
|---|---|

**Baldwin, Gary & Joann**
Nonpriority Creditor's Name

**10747 Oak Creek Dr.**
**Lakeside, CA 92040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0098**                    **Unknown**

When was the debt incurred?    **09/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 26 | |
|---|---|

**Bales, Wilbur**
Nonpriority Creditor's Name

**6630 Falmouth Dr.**
**La Mesa, CA 91942**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0026**                    **Unknown**

When was the debt incurred?    **08/24/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know)

---

| 4.2 27 | **Ball, George** | Last 4 digits of account number | **2109** | **Unknown** |

Nonpriority Creditor's Name
**15639 Royal Lytham Square**
**San Diego, CA 92128**
Number Street City State Zip Code

When was the debt incurred?    **5/4/2012**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 28 | **Ball, Marion** | Last 4 digits of account number | **1026** | **Unknown** |

Nonpriority Creditor's Name
**10722 Kern Ave.**
**Garden Grove, CA 92843**
Number Street City State Zip Code

When was the debt incurred?    **4/26/2011**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 29 | **Ball, Mike & Linda** | Last 4 digits of account number | **1016** | **Unknown** |

Nonpriority Creditor's Name
**4605 Zamora Way**
**Oceanside, CA 92056**
Number Street City State Zip Code

When was the debt incurred?    **8/23/2011**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| 4.2 30 | **Ballard, Sharon** | |

Nonpriority Creditor's Name

**68605 Jarana Rd**
**Cathedral City, CA 92234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1954**            **Unknown**

**When was the debt incurred?**   **9/22/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.2 31 | **Ballou, Richard** | |

Nonpriority Creditor's Name

**1701 Avenida Segovia**
**Oceanside, CA 92056**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3131**            **Unknown**

**When was the debt incurred?**   **10/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.2 32 | **Baltazar, Robert** | |

Nonpriority Creditor's Name

**4016 Hill St**
**Huntington Park, CA 90255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3004**            **Unknown**

**When was the debt incurred?**   **3/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 33 | **Banda, Rafael & Claudia** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**83934 Core La Morada**
**Coachella, CA 92201**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **1965**          **Unknown**

When was the debt incurred?  **5/19/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 34 | **Bank of America** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 982238**
**El Paso, TX 79998**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **9817**          **$20,397.02**

When was the debt incurred?  **2008-2016**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| 4.2 35 | **Bank of America** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 982238**
**El Paso, TX 79998**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **7937**          **$20,434.48**

When was the debt incurred?  **2008-2016**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| 4.2 36 | | |

**Bank of America**

Nonpriority Creditor's Name

**Po Box 982238**

**El Paso, TX 79998**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **1865**                $7,652.55

**When was the debt incurred?**   **2014-2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Credit Card - Primarily Business Debt**

---

| | |
|---|---|
| 4.2 37 | |

**Bank of America**

Nonpriority Creditor's Name

**P.O. Box 982238**

**El Paso, TX 79998-2238**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   _____        $32,354.76

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - H.I. Systems, LLC**

---

| | |
|---|---|
| 4.2 38 | |

**Banks, Charles**

Nonpriority Creditor's Name

**324 Churchill Dr**

**Bakersfield, CA 93307**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **4009**        Unknown

**When was the debt incurred?**   **4/14/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 39 | | | |
|---|---|---|---|

**Banks, Cynthia**

Nonpriority Creditor's Name

**5770 La Luna**

**29 Palms, CA 92277**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1957**            **Unknown**

When was the debt incurred?    **8/22/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 40 | | | |
|---|---|---|---|

**Banks, Steven & Wendy**

Nonpriority Creditor's Name

**596 Magna Vista St**

**Goleta, CA 93110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3002**            **Unknown**

When was the debt incurred?    **10/9/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 41 | | | |
|---|---|---|---|

**Banks, Wendy**

Nonpriority Creditor's Name

**596 Magna Vista**

**Santa Barbara, CA 93110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3001**            **Unknown**

When was the debt incurred?    **5/16/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 42 | **Barajas, German & Flora** | Last 4 digits of account number | **2008** | **Unknown** |

Nonpriority Creditor's Name

**1660 Skyline Dr**
**Lemongrove, CA 91946**

Number Street City State Zip Code

When was the debt incurred?   **6/2/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 43 | **Baratti, Martin** | Last 4 digits of account number | **11CO** | **Unknown** |

Nonpriority Creditor's Name

**3391 Roxanne Ave.**
**Long Beach, CA 90808**

Number Street City State Zip Code

When was the debt incurred?   **10/23/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 44 | **Baratti, Martin & Judy** | Last 4 digits of account number | **9011** | **Unknown** |

Nonpriority Creditor's Name

**3391 Roxanne Ave.**
**Long Beach, CA 90808**

Number Street City State Zip Code

When was the debt incurred?   **10/23/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 45 | | | |
|---|---|---|---|

**Barkdull, Donna**
Nonpriority Creditor's Name

**887 Hansford**
**Pismo Beach, CA 93449**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1067**          **Unknown**

**When was the debt incurred?**   **7/12/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 46 | | | |
|---|---|---|---|

**Barkdull, Donna**
Nonpriority Creditor's Name

**887 Hanford**
**Pismo Beach, CA 93449**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0060**          **$0.00**

**When was the debt incurred?**   **11/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 47 | | | |
|---|---|---|---|

**Barker, Stephen**
Nonpriority Creditor's Name

**25 Whitman Ct**
**Irvine, CA 92617**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3095**          **Unknown**

**When was the debt incurred?**   **7/12/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 48 | **Barkley, Dale & Maxine** | Last 4 digits of account number | **0076** | **Unknown** |

Nonpriority Creditor's Name

**4927 Alameda Dr.**

**Oceanside, CA 92056**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

When was the debt incurred?  **06/15/10**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 49 | **Barlevy, Alan** | Last 4 digits of account number | **1083** | **Unknown** |

Nonpriority Creditor's Name

**13657 Beach Street**

**Cerritos, CA 90703**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

When was the debt incurred?  **9/7/2011**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 50 | **Barnard, Matt** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**1175 Vista Lomas Drive**

**Corona, CA 92882**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 51 | **Barnard, Matt** | Last 4 digits of account number | **None** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1175 Vista Lomas Drive**
**Corona, CA 92882**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **6/1/2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.2 52 | **Barnes, David & Karen** | Last 4 digits of account number | **5027** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4074 Green Wood St**
**Newbury Park, CA 91320**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **12/7/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 53 | **Barnes, Donald & Erikamai** | Last 4 digits of account number | **1056** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**467 La Jolla St.**
**Morro Bay, CA 93442**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **4/26/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>54 | **Barnet, Lois** | Last 4 digits of account number | **4081** | **Unknown** |

Nonpriority Creditor's Name
**4165 Kingsview Rd**
**Moorpark, CA 93021**
Number Street City State Zip Code

**When was the debt incurred?**  **10/24/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>55 | **Barnett, Lois** | Last 4 digits of account number | **3089** | **Unknown** |

Nonpriority Creditor's Name
**4165 Kingview Road**
**Moorpark, CA 93021**
Number Street City State Zip Code

**When was the debt incurred?**  **12/16/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>56 | **Barnett, Lois** | Last 4 digits of account number | **2028** | **Unknown** |

Nonpriority Creditor's Name
**4165 Kingview Rd**
**Moorpark, CA 93021**
Number Street City State Zip Code

**When was the debt incurred?**  **8/6/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 57 | | | |
|---|---|---|---|

**Barnett-Thomas, Forrest**
Nonpriority Creditor's Name

**3677 Hillside Ave.**
**Norco, CA 92860**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1013**                    **$0.00**

**When was the debt incurred?**   **05/24/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 58 | | | |
|---|---|---|---|

**Barney, Jim**
Nonpriority Creditor's Name

**79198 Arnold Palmer**
**La Quinta, CA 92253**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2083**                    **Unknown**

**When was the debt incurred?**   **4/13/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 59 | | | |
|---|---|---|---|

**Barney, Jim & Virginia**
Nonpriority Creditor's Name

**79698 Arnold Palmer**
**La Quinta, CA 92253**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3052**                    **Unknown**

**When was the debt incurred?**   **11/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.2 60 | **Barnhart, Jennifer** | Last 4 digits of account number | **2001** | **Unknown** |

Nonpriority Creditor's Name

**2777 Mcallister Street**
**San Francisco, CA 94118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **12/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 61 | **Barragan, Frank** | Last 4 digits of account number | **OCJC** | **$113,700.00** |

Nonpriority Creditor's Name

**8531 California Ave**
**Whittier, CA 90605-1518**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **7/30/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.2 62 | **Barraza, Isabel** | Last 4 digits of account number | **0140** | **$0.00** |

Nonpriority Creditor's Name

**7649 Dartmoor**
**Goleta, CA 93117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **09/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 63 | **Barrientos, Victor** | Last 4 digits of account number | **1016** | **Unknown** |

Nonpriority Creditor's Name

**17622 Cane Hill Ave**
**Bellflower, CA 90706**

Number Street City State Zip Code

**When was the debt incurred?**   **6/14/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 64 | **Barrios, Raul** | Last 4 digits of account number | **3089** | **Unknown** |

Nonpriority Creditor's Name

**843 E. Columbia**
**Pomona, CA 91767**

Number Street City State Zip Code

**When was the debt incurred?**   **7/20/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 65 | **Barron, Carol** | Last 4 digits of account number | **4004** | **Unknown** |

Nonpriority Creditor's Name

**938 Maria St**
**Spring Valley, CA 91977**

Number Street City State Zip Code

**When was the debt incurred?**   **9/26/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page **90** of **1623**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 66 | **Barron, Stewart** | | Last 4 digits of account number | **1014** | | **Unknown** |

Nonpriority Creditor's Name
**26219 Maplewood Court**
**San Juan Capistrano, CA 92675**

When was the debt incurred?  **3/13/2012**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Disputed
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

- ☐ Yes

---

| 4.2 67 | **Bartels, Peggy & Kerry** | | Last 4 digits of account number | **5121** | | **Unknown** |

Nonpriority Creditor's Name
**31224 Strawberry Tree**
**Temecula, CA 92592**

When was the debt incurred?  **08-14-152**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Contingent
- ☐ Unliquidated
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Disputed
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

- ☐ Yes

---

| 4.2 68 | **Barth, Robert & Melva** | | Last 4 digits of account number | **3019** | | **Unknown** |

Nonpriority Creditor's Name
**1985 Windsor Place.**
**Pomona, CA 91767**

When was the debt incurred?  **11/18/2013**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Contingent
- ☐ Unliquidated
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Disputed
- ☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

- ☐ Yes

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 69 | **Bartlett, Kenneth & Linda** | Last 4 digits of account number | **0052** | **Unknown** |

Nonpriority Creditor's Name
**506 Muriel Ln.**
**Escondido, CA 92025**

When was the debt incurred?  **11/23/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 70 | **Bartlett, Linda** | Last 4 digits of account number | **1008** | **Unknown** |

Nonpriority Creditor's Name
**506 MURIEL LN**
**ESCONDIDO, CA 92095**

When was the debt incurred?  **10/25/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 71 | **Bartley, Mike** | Last 4 digits of account number | **0039** | **Unknown** |

Nonpriority Creditor's Name
**532 E. Wilson Ave.**
**Orange, CA 92867**

When was the debt incurred?  **10/26/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 72 | **Basmajian, Susan** | Last 4 digits of account number | **3015** | **Unknown** |

Nonpriority Creditor's Name

**777 Old Mill Rd**
**Pasadena, CA 91108**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **6/4/2013**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 73 | **Bass, George & Wilda** | Last 4 digits of account number | **3001** | **Unknown** |

Nonpriority Creditor's Name

**1682 Grove Rd**
**El Cajon, CA 92020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **1/16/2013**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 74 | **Bass, Wila & George** | Last 4 digits of account number | **3040** | **Unknown** |

Nonpriority Creditor's Name

**1682 Grove Rd.**
**El Cajon, CA 92020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **7/26/2013**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 75 | **Bateman, Julie & Nelson, Rick** | Last 4 digits of account number | **4043** | **Unknown** |

Nonpriority Creditor's Name

**36732 Sulphur Springs Rd**

**Palmdale, CA 93552**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **1/30/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 76 | **Bates, Ronald & Ronda** | Last 4 digits of account number | **0069** | **Unknown** |

Nonpriority Creditor's Name

**4422 Josie Ave.**

**Lakewood, CA 90713**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 77 | **Batiste, Richard** | Last 4 digits of account number | **2100** | **Unknown** |

Nonpriority Creditor's Name

**47719 Avacado Ct #C-1**

**Indio, CA 92201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **4/23/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 78 | **Bauer, Scott** | Last 4 digits of account number | **4022** | **Unknown** |

Nonpriority Creditor's Name
**23930 Los Codona Ave #214**
**Torrance, CA 90505**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **6/13/2014**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 79 | **Bautisa, Mauro & Flores, Claudia** | Last 4 digits of account number | **0089** | **Unknown** |

Nonpriority Creditor's Name
**552 S. St. Louis St.**
**Los Angeles, CA 90033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **1/11/2011**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 80 | **Bautista, Mauro & Flores, Claudia** | Last 4 digits of account number | **0147** | **Unknown** |

Nonpriority Creditor's Name
**552 S. St. Louis St.**
**Los Angeles, CA 90033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **12/14/10**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 81 | |
|---|---|

**Baxter, John and Pamela**
Nonpriority Creditor's Name
**41 Santa Bella Rd**
**Rolling Hills Estates, CA 90274**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **3037**                                   **Unknown**

**When was the debt incurred?**    **6/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 82 | |
|---|---|

**Baxter, Sue**
Nonpriority Creditor's Name
**322 Faxon Ave.**
**San Francisco, CA 94115**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **0080**                                   **$0.00**

**When was the debt incurred?**    **11/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 83 | |
|---|---|

**Baxter, Terry**
Nonpriority Creditor's Name
**360 Apollo Dr**
**Vista, CA 92084**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **3028**                                   **Unknown**

**When was the debt incurred?**    **5/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.2 84 | **Bazabal, Robin & Juan** | Last 4 digits of account number | **3042** | **Unknown** |

Nonpriority Creditor's Name

**3966 Apore St.**
**La Mesa, CA 91941**
Number Street City State Zip Code

**When was the debt incurred?**    **12/4/2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

| 4.2 85 | **Beach, Sylvia** | Last 4 digits of account number | **4131** | **Unknown** |

Nonpriority Creditor's Name

**32196 Ave E**
**Yucaipa, CA 92399**
Number Street City State Zip Code

**When was the debt incurred?**    **7/7/2014**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

| 4.2 86 | **Beacon Roofing Supply, Inc.** | Last 4 digits of account number | **T011** | **$9,482.88** |

Nonpriority Creditor's Name

**PO Box 840163**
**Dallas, TX 75284-0163**
Number Street City State Zip Code

**When was the debt incurred?**    **3/1/2015**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Exterior Specialist - Personally Guaranteed**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 87 | **Beams, Terry** | | **Last 4 digits of account number** | **4056** | | **Unknown** |

Nonpriority Creditor's Name
**13643 Morgan St**
**Fontana, CA 92336**
Number Street City State Zlp Code

**When was the debt incurred?**   **10/1/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 88 | **Bean, Amelia** | | **Last 4 digits of account number** | **4135** | | **Unknown** |

Nonpriority Creditor's Name
**4937 Nipomo Dr**
**Carpinteria, CA 93013**
Number Street City State Zlp Code

**When was the debt incurred?**   **10/13/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 89 | **Bean, Lyn** | | **Last 4 digits of account number** | **2013** | | **Unknown** |

Nonpriority Creditor's Name
**1520 Alexander Ave**
**Lompoc, CA 93436**
Number Street City State Zlp Code

**When was the debt incurred?**   **11/21/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 90 | **Beard, David & Nancy** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6310 Sunrise Rd**

**29 Palms, CA 92277**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2056**                    **Unknown**

**When was the debt incurred?**    **8/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 91 | **Beasley, Marvin & Patricia** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**11783 Addison St**

**Yucaipa, CA 92399**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4162**                    **Unknown**

**When was the debt incurred?**    **2/16/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 92 | **Beaton, Kathleen** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1115 Harrison Ave**

**Venice, CA 90291**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3082**                    **Unknown**

**When was the debt incurred?**    **9/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 93 | **Beatty, Brian & Andrea** | Last 4 digits of account number | **4031** | **Unknown** |

Nonpriority Creditor's Name
**27 Bainbridge Ave**
**Ladera Ranch, CA 92694**
Number Street City State Zip Code

When was the debt incurred?   **3/24/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 94 | **Beauchamp, Jerry & Leila** | Last 4 digits of account number | **1017** | **Unknown** |

Nonpriority Creditor's Name
**31547 Palmas Dr.**
**Warner Springs, CA 92086**
Number Street City State Zip Code

When was the debt incurred?   **11/1/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 95 | **Beauchamp, Jerry & Liela** | Last 4 digits of account number | **0015** | **Unknown** |

Nonpriority Creditor's Name
**31547 Palmas Dr.**
**Warner Springs, CA 92086**
Number Street City State Zip Code

When was the debt incurred?   **10/19/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 96 | | | |
|---|---|---|---|
| **Beaudoin, Jason & Monica** | Last 4 digits of account number | **4100** | **Unknown** |

Nonpriority Creditor's Name

**3876 Pala Mesa Dr**
**Fallbrook, CA 92028**

When was the debt incurred? **6/6/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

| 4.2 97 | | | |
|---|---|---|---|
| **Beaudoin, Jason & Monica** | Last 4 digits of account number | **0116** | **Unknown** |

Nonpriority Creditor's Name

**3876 Pala Mesa Dr.**
**Fallbrook, CA 92028**

When was the debt incurred? **06/22/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

| 4.2 98 | | | |
|---|---|---|---|
| **Beaudry-Corbett, Donald & Marilyn** | Last 4 digits of account number | **1976** | **Unknown** |

Nonpriority Creditor's Name

**6200 Rockcliff Dr**
**Los Angeles, CA 90068**

When was the debt incurred? **3/20/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

■ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 99 | **Beaudry-Corbett, Marilyn** | Last 4 digits of account number | **3150** | **Unknown** |

Nonpriority Creditor's Name
**6200 Rockcliff Dr**
**Los Angeles, CA 90068**
Number Street City State Zip Code

When was the debt incurred?  **1/6/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.3 00 | **Beaumont, Paul** | Last 4 digits of account number | **3044** | **Unknown** |

Nonpriority Creditor's Name
**7413 Bear Creek Ct**
**Highland, CA 92346**
Number Street City State Zip Code

When was the debt incurred?  **6/4/2013**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.3 01 | **Beaver, Steven & Ellisa** | Last 4 digits of account number | **2066** | **Unknown** |

Nonpriority Creditor's Name
**13151 Stone Canyon Rd**
**Poway, CA 92064**
Number Street City State Zip Code

When was the debt incurred?  **7/15/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 02 | **Becerra, Carmin** | Last 4 digits of account number | **1951** | **Unknown** |

Nonpriority Creditor's Name

**251 Santa Catalina**

**Santa Barbara, CA 93109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **7/21/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 03 | **Becerra, Neal** | Last 4 digits of account number | **3143** | **Unknown** |

Nonpriority Creditor's Name

**3831 E. Sycamore**

**Orange, CA 92869**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **1/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 04 | **Becerra, Richard & Henrieta** | Last 4 digits of account number | **4026** | **Unknown** |

Nonpriority Creditor's Name

**1000 N 2Nd St**

**Colton, CA 92324**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 05 | |
|---|---|

**Bechman, Steve**
Nonpriority Creditor's Name

**5650 Ocean View Dr**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1033**          $0.00

When was the debt incurred?   **07/26/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 06 | |
|---|---|

**Beck, Mike**
Nonpriority Creditor's Name

**5646 Sunmist Dr.**
**Rancho Palos Verdes, CA 90275**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0037**          Unknown

When was the debt incurred?   **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 07 | |
|---|---|

**Beck, Patricia**
Nonpriority Creditor's Name

**714 E. Lemon Ave**
**Glendora, CA 91741**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3032**          Unknown

When was the debt incurred?   **4/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 08 | **Beck, Shaela** | **Last 4 digits of account number** | **2056** | **Unknown** |

Nonpriority Creditor's Name
**7025 Sherman Rd.**
**Twenty-nine Palms, CA 92277**
Number Street City State Zip Code

**When was the debt incurred?**   **1/12/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 09 | **Becker, Carolyn & Heinsheimer, Vicki** | **Last 4 digits of account number** | **4068** | **Unknown** |

Nonpriority Creditor's Name
**82393 Samantha Ct**
**Indio, CA 92201**
Number Street City State Zip Code

**When was the debt incurred?**   **5/28/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 10 | **Beckes, David & Kim** | **Last 4 digits of account number** | **3026** | **Unknown** |

Nonpriority Creditor's Name
**2667 Big Wagon Rd**
**Alpine, CA 91901**
Number Street City State Zip Code

**When was the debt incurred?**   **2/19/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 11 | **Becknell/Garcia, Kathy** | Last 4 digits of account number | **0007** | **Unknown** |

Nonpriority Creditor's Name
**544 W. Wiltshire**
**Fullerton, CA 92832**
Number Street City State Zip Code

When was the debt incurred?   **04/13/10**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 12 | **Beckwith, Lloyd** | Last 4 digits of account number | **1069** | **Unknown** |

Nonpriority Creditor's Name
**1728 Granda Ave**
**San Diego, CA 92102**
Number Street City State Zip Code

When was the debt incurred?   **12/6/2011**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 13 | **Bednarz, Diana** | Last 4 digits of account number | **0023** | **Unknown** |

Nonpriority Creditor's Name
**7960 Standish Ave.**
**Riverside, CA 92509**
Number Street City State Zip Code

When was the debt incurred?   **08/17/10**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 14 | **Bedolla, Leanardo & Lorane** | Last 4 digits of account number | **0110** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**6160 Ronald Dr.**

**Cypress, CA 90630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **1/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 15 | **Beeghley, Lars** | Last 4 digits of account number | **3053** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**28527 Amborella Way**

**Menifee, CA 92584**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **6/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 16 | **Beeler, Barbara** | Last 4 digits of account number | **2107** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8599 F Malladca**

**La Jolla, CA 92037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **8/25/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3<br>17 | **Beggs, Eugene** | Last 4 digits of account number | **2047** | **Unknown** |

Nonpriority Creditor's Name

**475 E Orange Grove**
**Sierra Madre, CA 91024**
Number Street City State Zip Code

**When was the debt incurred?**   **9/2/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3<br>18 | **Behm, Richard & La Donna** | Last 4 digits of account number | **1082** | **Unknown** |

Nonpriority Creditor's Name

**6842 Shadowood**
**Riverside, CA 92506**
Number Street City State Zip Code

**When was the debt incurred?**   **7/5/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>19 | **Behnen, Robert** | Last 4 digits of account number | **4032** | **Unknown** |

Nonpriority Creditor's Name

**16719 E Tudor St**
**Covina, CA 91722**
Number Street City State Zip Code

**When was the debt incurred?**   **4/22/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3 20**

**Behnen, Robert M.**

Nonpriority Creditor's Name

**16719 E. Tudor St.**

**Covina, CA 91722**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1031**                          **Unknown**

**When was the debt incurred?**   **6/28/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 21**

**Behounek, Deborah**

Nonpriority Creditor's Name

**2607 N White Ave.**

**La Verne, CA 91750**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3082**                          **Unknown**

**When was the debt incurred?**   **12/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 22**

**Beisegl, Richard & April**

Nonpriority Creditor's Name

**702 Latisha Pl.**

**El Cajon, CA 92021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0117**                          **Unknown**

**When was the debt incurred?**   **11/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 23 | | |
|---|---|---|

**Bejar, Carlos**

Nonpriority Creditor's Name

**980 Arroyo Dr**
**Chula Vista, CA 91910**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3077**          **Unknown**

**When was the debt incurred?**   **11/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 24 | | |
|---|---|---|

**Bejarno, Carol**

Nonpriority Creditor's Name

**6901 E. Gage Ave**
**Commerce, CA 90040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3091**          **Unknown**

**When was the debt incurred?**   **8/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 25 | | |
|---|---|---|

**Belfiore, John & Carol**

Nonpriority Creditor's Name

**8265 Adams Avenue**
**Lemon Grove, CA 91945**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1085**          **Unknown**

**When was the debt incurred?**   **8/23/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 26 | **Bell, Derek & Cindy** | | Last 4 digits of account number | **3067** | **Unknown** |

Nonpriority Creditor's Name
**260 Val Verde**
**Lane Arroyo Grande, CA 93420**
Number Street City State Zip Code

When was the debt incurred?  **8/3/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 27 | **Bell, Evelyn** | | Last 4 digits of account number | **1034** | **Unknown** |

Nonpriority Creditor's Name
**1266 E. McFadden Ave #D**
**Santa Ana, CA 92705**
Number Street City State Zip Code

When was the debt incurred?  **9/14/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 28 | **Bell, Sandra** | | Last 4 digits of account number | **2023** | **Unknown** |

Nonpriority Creditor's Name
**40010 Ridgemist St**
**Palmdale, CA 93591**
Number Street City State Zip Code

When was the debt incurred?  **7/9/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**
☐ Student loans
**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 29 | | | |
|---|---|---|---|

**Bell, Steve & Janice**

Nonpriority Creditor's Name

**25066 Rancho Santa Teresa Dr.**
**Ramona, CA 92065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1007**                    **Unknown**

When was the debt incurred?   **3/8/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 30 | | | |
|---|---|---|---|

**Bellah, Joanne**

Nonpriority Creditor's Name

**4118 Beethoven St.**
**Los Angeles, CA 90066**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0073**                    **Unknown**

When was the debt incurred?   **06/01/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 31 | | | |
|---|---|---|---|

**Beltz, Judy & Gerald**

Nonpriority Creditor's Name

**11762 Bluejay Lane**
**Garden Grove, CA 92841**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1012**                    **Unknown**

When was the debt incurred?   **10/4/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 32 | | |
|---|---|---|

**Ben'Nun, Jacques & Vivian**

Last 4 digits of account number    **4006**                          **Unknown**

Nonpriority Creditor's Name

**1458 Brixton Road**

**Pasadena, CA 91105**                    When was the debt incurred?    **2/19/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                         ■ Contingent

☐ Debtor 2 only                         ☐ Unliquidated

■ Debtor 1 and Debtor 2 only            ■ Disputed

☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**      ☐ Student loans

Is the claim subject to offset?          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                              ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

☐ Yes

---

| 4.3 33 | | |
|---|---|---|

**Benes, James & Janice**

Last 4 digits of account number    **3059**                          **Unknown**

Nonpriority Creditor's Name

**129 S. Rena St**

**Arroyo Grande, CA 93420**              When was the debt incurred?    **7/2/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                         ■ Contingent

☐ Debtor 2 only                         ☐ Unliquidated

■ Debtor 1 and Debtor 2 only            ☐ Disputed

☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**      ☐ Student loans

Is the claim subject to offset?          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                              ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

☐ Yes

---

| 4.3 34 | | |
|---|---|---|

**Benes, Janice**

Last 4 digits of account number    **4129**                          **Unknown**

Nonpriority Creditor's Name

**129 S. Rena St**

**Arroyo Grande, CA 93420**              When was the debt incurred?    **2/11/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                         ■ Contingent

☐ Debtor 2 only                         ☐ Unliquidated

■ Debtor 1 and Debtor 2 only            ■ Disputed

☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**      ☐ Student loans

Is the claim subject to offset?          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                              ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

☐ Yes

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 35 | **Benes, Janice** | Last 4 digits of account number | 4046 | **Unknown** |

Nonpriority Creditor's Name

**129 S Rena St**
**Arroyo Grande, CA 93420**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    3/8/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 36 | **Benes, Janice** | Last 4 digits of account number | 3001 | **Unknown** |

Nonpriority Creditor's Name

**129 S. Rena St**
**Arroyo Grande, CA 93420**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    6/7/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 37 | **Benes, Janice** | Last 4 digits of account number | 3135 | **Unknown** |

Nonpriority Creditor's Name

**129 S Rena St**
**Arroyo Grande, CA 93420**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    11/2/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 38 | **Benitez, Harld & Teresa** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**11611 Janette Ln.**
**Garden Grove, CA 92840**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1049**            **Unknown**

**When was the debt incurred?**   **12/6/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 39 | **Benitez, Maria** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**507 S. Laurinda Ln**
**Orange, CA 92869**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2019**            **Unknown**

**When was the debt incurred?**   **4/7/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 40 | **Benjamin, Nathan** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5013 Monomet**
**San Diego, CA 92113**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1053**            **Unknown**

**When was the debt incurred?**   **3/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.3 41** | **Benn, Donald & Joanne** | Last 4 digits of account number **0017** | **Unknown** |

Nonpriority Creditor's Name
**5066 San Julio Ave.**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** **04/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 42** | **Bennett, Dean & Jennifer** | Last 4 digits of account number **3008** | **Unknown** |

Nonpriority Creditor's Name
**36085 Provence Dr.**
**Murrieta, CA 92562**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** **4/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 43** | **Bennett, Lena** | Last 4 digits of account number **3161** | **Unknown** |

Nonpriority Creditor's Name
**163 E Cerritos St**
**Rialto, CA 92376**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** **11/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 44 | **Benson, Brian** | Last 4 digits of account number | **1004** | **Unknown** |

Nonpriority Creditor's Name
**103 Via Quito**
**Newport Beach, CA 92663**
Number Street City State Zip Code

When was the debt incurred?  **6/21/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 45 | **Benson, Bruce** | Last 4 digits of account number | **2039** | **Unknown** |

Nonpriority Creditor's Name
**2791 Painted Cave Road**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

When was the debt incurred?  **1/27/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 46 | **Benson, Patricia** | Last 4 digits of account number | **2021** | **Unknown** |

Nonpriority Creditor's Name
**4233 Biscayne St**
**Chino, CA 91710**
Number Street City State Zip Code

When was the debt incurred?  **8/30/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 47**

**Benson, Patricia**                                    Last 4 digits of account number   **1018**                    **Unknown**

Nonpriority Creditor's Name
**4233 Biscayne St.**                                   When was the debt incurred?   **3/22/2011**
**Chino, CA 91710**
Number Street City State Zip Code                       As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                         ■ Contingent
☐ Debtor 2 only                                         ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                            ■ Disputed
☐ At least one of the debtors and another               Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**            ☐ Student loans
**debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                         report as priority claims

■ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                        ■ Other. Specify  **Business Debt - Past Customer of Exterior**
☐ Yes                                                                     **Specialist**

---

**4.3 48**

**Bentley, Rosemary**                                   Last 4 digits of account number   **1003**                    **Unknown**

Nonpriority Creditor's Name
**11078 Puebla Dr.**                                    When was the debt incurred?   **9/27/2011**
**La Mesa, CA 91941**
Number Street City State Zip Code                       As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                         ■ Contingent
☐ Debtor 2 only                                         ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                            ■ Disputed
☐ At least one of the debtors and another               Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**            ☐ Student loans
**debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                         report as priority claims

■ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                        ■ Other. Specify  **Business Debt - Past Customer of Exterior**
☐ Yes                                                                     **Specialist**

---

**4.3 49**

**Benton, Joanne**                                      Last 4 digits of account number   **1094**                    **Unknown**

Nonpriority Creditor's Name
**4295 St. George Pl.**                                 When was the debt incurred?   **4/5/2011**
**Riverside, CA 92504**
Number Street City State Zip Code                       As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                         ■ Contingent
☐ Debtor 2 only                                         ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                            ■ Disputed
☐ At least one of the debtors and another               Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**            ☐ Student loans
**debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                         report as priority claims

☐ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                        ■ Other. Specify  **Business Debt - Past Customer of Exterior**
☐ Yes                                                                     **Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 50 | | | |
|---|---|---|---|

**Benton, Phil & Connie**

Last 4 digits of account number  **2007**                    **Unknown**

Nonpriority Creditor's Name

**4969 Sullivan Street**

**Ventura, CA 93003**          When was the debt incurred?  **6/23/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only          ■ Contingent

☐ Debtor 2 only          ☐ Unliquidated

■ Debtor 1 and Debtor 2 only          ■ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 51 | | | |
|---|---|---|---|

**Bentzinger, Garetta**

Last 4 digits of account number  **1075**                    **Unknown**

Nonpriority Creditor's Name

**706 W. Jonquil Road**

**Santa Ana, CA 92706**          When was the debt incurred?  **8/9/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only          ■ Contingent

☐ Debtor 2 only          ☐ Unliquidated

■ Debtor 1 and Debtor 2 only          ■ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 52 | | | |
|---|---|---|---|

**Berber, Angelina**

Last 4 digits of account number  **0001**                    **Unknown**

Nonpriority Creditor's Name

**2295 N Tustin Ave.**

**Orange, CA 92865**          When was the debt incurred?  **11/23/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only          ■ Contingent

☐ Debtor 2 only          ☐ Unliquidated

■ Debtor 1 and Debtor 2 only          ■ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.3 53** | **Beredeczky, Ann** | |

Nonpriority Creditor's Name
**177 Pearl #74**
**Laguna Niguel, CA 92677**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3009**          **Unknown**

**When was the debt incurred?**  **7/13/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 54** | **Berg, James** | |

Nonpriority Creditor's Name
**1517 E. Pine Ave**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3008**          **Unknown**

**When was the debt incurred?**  **4/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 55** | **Bergen, Lois** | |

Nonpriority Creditor's Name
**2 Churchill**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2066**          **Unknown**

**When was the debt incurred?**  **1/13/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1　**Casey John Simon**
Debtor 2　**Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 56 | | |
|---|---|---|

**Berger, Barbara**
Nonpriority Creditor's Name
**3037 Java Rd.**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___  **3024**　　　　　**Unknown**

**When was the debt incurred?**　**3/29/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 57 | | |
|---|---|---|

**Berger, Emma**
Nonpriority Creditor's Name
**624 Tumbleweed Ln.**
**Fallbrook, CA 92028**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___  **0038**　　　　　**Unknown**

**When was the debt incurred?**　**11/16/10**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 58 | | |
|---|---|---|

**Berger, TJ**
Nonpriority Creditor's Name
**52705 Avenida Obregon**
**La Quinta, CA 92253**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___  **1014**　　　　　**Unknown**

**When was the debt incurred?**　**8/16/2011**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 59 | **Bergeron, Donald** | Last 4 digits of account number | **2077** | **Unknown** |

Nonpriority Creditor's Name
**33298 Calle Alfredo**
**Temecula, CA 92592**

When was the debt incurred? **12/4/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 60 | **Bergholtz, Joseph Abadi** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name
**203 N. Carillo Rd Unit E**
**Ojai, CA 93023**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.3 61 | **Bergholtz, Joseph Abadi** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name
**203 N Carillo Rd Unit E**
**Ojai, CA 93023**

When was the debt incurred? **1/1/2009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.3 62 | | |
|---|---|---|

**Bermudez, Arthur**
Nonpriority Creditor's Name

Last 4 digits of account number  **0037**                    **Unknown**

**4556 Don Miguel Dr.**
**Los Angeles, CA 90008**
Number Street City State Zip Code

When was the debt incurred?  **09/28/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 63 | | |
|---|---|---|

**Bernal, Gustavo**
Nonpriority Creditor's Name

Last 4 digits of account number  **1941**                    **Unknown**

**4630 Pal Mal Ave**
**El Monte, CA 91731**
Number Street City State Zip Code

When was the debt incurred?  **4/14/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 64 | | |
|---|---|---|

**Bernal, Rudy**
Nonpriority Creditor's Name

Last 4 digits of account number  **9020**                    **Unknown**

**496 E. M St.**
**Colton, CA 92324**
Number Street City State Zip Code

When was the debt incurred?  **12/22/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 65 | **Bernard, Matt** | Last 4 digits of account number | **None** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4612 Plumosa Drive**

**Yorba Linda, CA 92886**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.3 66 | **Bernard, Matt** | Last 4 digits of account number | **None** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4612 Plumosa Drive**

**Yorba Linda, CA 92886**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **6/1/2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 67 | **Bernson, Bruce** | Last 4 digits of account number | **2006** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2791 Painted Cave Rd.**

**Santa Barbara, CA 93105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **12/27/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 68 | **Berquist, Joann** | Last 4 digits of account number | **4095** | **Unknown** |

Nonpriority Creditor's Name

**1476 Law St**

**San Diego, CA 92109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3/3/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 69 | **Berridge, Michael & Margaret** | Last 4 digits of account number | **4152** | **Unknown** |

Nonpriority Creditor's Name

**19948 Tinne Rd**

**Apple Valley, CA 92307**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2/12/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 70 | **Berry, Cora Lillian** | Last 4 digits of account number | **2053** | **Unknown** |

Nonpriority Creditor's Name

**2059 Albury Ave**

**Long Beach, CA 90815**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2/25/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 71 | | | |
|---|---|---|---|

**Berry, Marge**
Nonpriority Creditor's Name

**1120 Pepper Dr. #97**
**El Cajon, CA 92028**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3027**          **Unknown**

**When was the debt incurred?**   **5/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 72 | | | |
|---|---|---|---|

**Berry, Marge**
Nonpriority Creditor's Name

**1745 Gateway Dr**
**San Diego, CA 92105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1003**          **Unknown**

**When was the debt incurred?**   **7/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 73 | | | |
|---|---|---|---|

**Bertuzzi, Emist & Irene**
Nonpriority Creditor's Name

**8361 Cerulean Dr**
**Garden Grove, CA 92841**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2063**          **Unknown**

**When was the debt incurred?**   **3/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.3 74 | | | |
|---|---|---|---|

**Best, George**
Nonpriority Creditor's Name
**1175 N Weaver St**
**Banning, CA 92220**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **50CO**          **Unknown**

**When was the debt incurred?**   **5/20/2014**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.3 75 | | | |
|---|---|---|---|

**Best, Joshua & Jana**
Nonpriority Creditor's Name
**3764 Calle Posada**
**Newbury Park, CA 91320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0042**          **Unknown**

**When was the debt incurred?**   **04/27/10**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.3 76 | | | |
|---|---|---|---|

**Betty Martinson**
Nonpriority Creditor's Name
**1037 S. Dewcrest Dr**
**Anaheim Hills, CA 92808**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Proverbs 3:6 Promise Irrevocable Trust**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 77 | **Betz, David Arthur** | Last 4 digits of account number | **1010** | **Unknown** |

Nonpriority Creditor's Name
**1874 Sandcliff Rd**
**Palm Springs, CA 92264**
Number Street City State Zip Code

**When was the debt incurred?**   **6/28/2011**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 78 | **Bhagat, Prakash** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name
**3845 E Coronado Street**
**Anaheim, CA 92807**
Number Street City State Zip Code

**When was the debt incurred?**   **1/1/2011**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.3 79 | **Biamonte, Kathleen** | Last 4 digits of account number | **2059** | **Unknown** |

Nonpriority Creditor's Name
**198 N. Pennsylvania St**
**Lake Elsinore, CA 92530**
Number Street City State Zip Code

**When was the debt incurred?**   **2/3/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.3 80 | **Bibat, Prudencio & Josephine** | Last 4 digits of account number | **3121** | **Unknown** |

Nonpriority Creditor's Name
**1564 Shedden St**
**Loma Linda, CA 92354**
Number Street City State Zip Code

**When was the debt incurred?**   **11/14/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.3 81 | **Bicher, Deborah & Evan** | Last 4 digits of account number | **3120** | **Unknown** |

Nonpriority Creditor's Name
**1203 San Dieguito Dr**
**Encinitas, CA 92024**
Number Street City State Zip Code

**When was the debt incurred?**   **1/7/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.3 82 | **Bicher, Deborah & Ivan** | Last 4 digits of account number | **2063** | **Unknown** |

Nonpriority Creditor's Name
**1203 San Dieguito Dr**
**Encinitas, CA 92024**
Number Street City State Zip Code

**When was the debt incurred?**   **6/27/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| 4.3 83 | **Bielman, Stephen** | |

Nonpriority Creditor's Name
**9350 Mountain Blvd**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2021**                    **Unknown**

**When was the debt incurred?**   **8/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.3 84 | **Bienemann, James & Joanie** | |

Nonpriority Creditor's Name
**4 Sabatini**
**Aliso Viejo, CA 92656**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1011**                    **Unknown**

**When was the debt incurred?**   **9/27/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.3 85 | **Bigler, Mary** | |

Nonpriority Creditor's Name
**877 W. Wilson.**
**Costa Mesa, CA 92627**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0058**                    **Unknown**

**When was the debt incurred?**   **06/22/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 86 | | |
|---|---|---|

**Bigner, Fred & Joann**
Nonpriority Creditor's Name
**4879 Moon Crest Dr.**
**Corona, CA 92880**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3039**                    **Unknown**

**When was the debt incurred?**  **11/26/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 87 | | |
|---|---|---|

**Bigner, Henry & Joann**
Nonpriority Creditor's Name
**4879 Moon Crest Dr**
**Corona, CA 92880**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2011**                    **Unknown**

**When was the debt incurred?**  **9/25/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 88 | | |
|---|---|---|

**Billig, Susan**
Nonpriority Creditor's Name
**1693 Franceschi Rd.**
**Santa Barbara, CA 93103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2065**                    **Unknown**

**When was the debt incurred?**  **2/15/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 89 | **Billyzone, Euralary** | Last 4 digits of account number | **4097** | **Unknown** |

Nonpriority Creditor's Name

**542 E Avenue G**
**Lancaster, CA 93535**

When was the debt incurred?  **5/1/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 90 | **Binder, Ann** | Last 4 digits of account number | **0104** | **Unknown** |

Nonpriority Creditor's Name

**844 Ronda Mendoza Unti C.**
**Laguna Woods, CA 92637**

When was the debt incurred?  **08/10/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 91 | **Binding, Betty** | Last 4 digits of account number | **1028** | **Unknown** |

Nonpriority Creditor's Name

**122 S. Juanita Avenue**
**Redondo Beach, CA 90277**

When was the debt incurred?  **5/24/2011**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 92 | **Birrell, Justin** | Last 4 digits of account number | **1055** | **Unknown** |

Nonpriority Creditor's Name
**5260 Vista Montana**
**Yorba Linda, CA 92886**
Number Street City State Zip Code

When was the debt incurred?   **12/13/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 93 | **Bishoff, Barbara** | Last 4 digits of account number | **2062** | **Unknown** |

Nonpriority Creditor's Name
**1072 Covina Hills Rd.**
**Covina, CA 91724**
Number Street City State Zip Code

When was the debt incurred?   **10/26/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 94 | **Bishop, Daniel & Christine** | Last 4 digits of account number | **4005** | **Unknown** |

Nonpriority Creditor's Name
**7183 Dundee Ave**
**Highland, CA 92346**
Number Street City State Zip Code

When was the debt incurred?   **12/9/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 95 | | |
|---|---|---|

**Bishop, Leroy & Lourita**
Nonpriority Creditor's Name
**7545 Quimby Ave.**
**West Hills, CA 91307**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3199**          **Unknown**

**When was the debt incurred?**  **11/11/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 96 | | |
|---|---|---|

**Bittar , Dr. Daniel**
Nonpriority Creditor's Name
**1440 Highland Dr.**
**Solana Beach, CA 92075**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **0135**          **Unknown**

**When was the debt incurred?**  **12/14/10**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 97 | | |
|---|---|---|

**Bjazeuich, John**
Nonpriority Creditor's Name
**605 Shepard Rd.**
**San Pedro, CA 90731**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2012**          **Unknown**

**When was the debt incurred?**  **2/18/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 98 | **Blachly, Karen** | Last 4 digits of account number | **0028** | $0.00 |

Nonpriority Creditor's Name

**1003 E. Calaveras Street
Altadena, CA 91001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **08/17/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 99 | **Black, Catherine** | Last 4 digits of account number | **2070** | Unknown |

Nonpriority Creditor's Name

**7171 Emily Ln.
Goleta., CA 93117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2/24/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 00 | **Black, Clarence** | Last 4 digits of account number | **2121** | Unknown |

Nonpriority Creditor's Name

**1847 Nolden St
Los Angeles, CA 90042**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **6/7/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 01 | **Black, Seymour & Barbara** | Last 4 digits of account number | **1031** | **Unknown** |

Nonpriority Creditor's Name
**2164 Vista Entrada**
**Newport Beach, CA 92660**
Number Street City State Zip Code

**When was the debt incurred?**    **6/14/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 02 | **Blackburn, Dan** | Last 4 digits of account number | **2023** | **Unknown** |

Nonpriority Creditor's Name
**3611 Lowry Rd**
**Los Angeles, CA 90027**
Number Street City State Zip Code

**When was the debt incurred?**    **4/21/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 03 | **Blackwell, Larry and Rosa** | Last 4 digits of account number | **3047** | **Unknown** |

Nonpriority Creditor's Name
**361 Wales Ct**
**San Jacinto, CA 92583**
Number Street City State Zip Code

**When was the debt incurred?**    **6/6/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 04 | | | |
|---|---|---|---|

**Blain , Christina**
Nonpriority Creditor's Name

**21042 Horsetree Circle**
**Trabuco Canyon, CA 92679**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1090**    **Unknown**

When was the debt incurred?  **11/1/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 05 | | | |
|---|---|---|---|

**Blakemore, Frances**
Nonpriority Creditor's Name

**7453 Fulton St**
**San Diego, CA 92111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1105**    **Unknown**

When was the debt incurred?  **9/27/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 06 | | | |
|---|---|---|---|

**Blanchard, Dorothy**
Nonpriority Creditor's Name

**3501 Jordan Rd**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2004**    **Unknown**

When was the debt incurred?  **6/28/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 07 | **Bland, Janet** | Last 4 digits of account number | **4039** | **Unknown** |

Nonpriority Creditor's Name

**4929 Lexington Ct**
**Chino, CA 91710**

Number Street City State Zip Code

When was the debt incurred?   **5/8/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 08 | **Bland, Ron & Janet** | Last 4 digits of account number | **2003** | **Unknown** |

Nonpriority Creditor's Name

**4929 Lexington Ct**
**Chino, CA 91710**

Number Street City State Zip Code

When was the debt incurred?   **9/28/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 09 | **Bland, Rondalae & Janet** | Last 4 digits of account number | **4039** | **Unknown** |

Nonpriority Creditor's Name

**4929 Lexington Ct**
**Chino, CA 91710**

Number Street City State Zip Code

When was the debt incurred?   **4/10/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 10 | **Blaschke, Richard** | Last 4 digits of account number | **42CO** | **Unknown** |

Nonpriority Creditor's Name
**76310 Shoshone Dr**
**Indian Wells, CA 92210**
Number Street City State Zip Code

**When was the debt incurred?**   **12/31/2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 11 | **Blaschke, Richard** | Last 4 digits of account number | **3142** | **Unknown** |

Nonpriority Creditor's Name
**76310 Shoshone Dr**
**Indian Wells, CA 92210**
Number Street City State Zip Code

**When was the debt incurred?**   **11/22/2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 12 | **Blatman, Richard** | Last 4 digits of account number | **1123** | **Unknown** |

Nonpriority Creditor's Name
**5168 Belmez**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**When was the debt incurred?**   **5/31/2011**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 13 | **Blaylock, David & Joy** | Last 4 digits of account number | 1995 | **Unknown** |

Nonpriority Creditor's Name
**12646 Fuchsia Dr**
**Rancho Cucamonga, CA 91739**
Number Street City State Zip Code

**When was the debt incurred?**   3/25/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.4 14 | **Bloom, Lillie** | Last 4 digits of account number | 3112 | **Unknown** |

Nonpriority Creditor's Name
**1028 Prescott Ave**
**El Cajon, CA 92020**
Number Street City State Zip Code

**When was the debt incurred?**   7/27/2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.4 15 | **Bloom, Paul** | Last 4 digits of account number | 1105 | **Unknown** |

Nonpriority Creditor's Name
**11165 Wayne View Rd.**
**Vista, CA 92084**
Number Street City State Zip Code

**When was the debt incurred?**   3/15/2011

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 16 | **Blount, Travis** | Last 4 digits of account number | **2066** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3488 N Sundown Lane.**
**Oceanside, CA 92056**

When was the debt incurred?    **12/3/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 17 | **Blue, Kathy** | Last 4 digits of account number | **0029** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**18744 Keswick St.**
**Reseda, CA 91335**

When was the debt incurred?    **01/19/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 18 | **Blum I, Eric & Michele** | Last 4 digits of account number | **101I** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6870 Oak Springs Dr.**
**Oak Park, CA 91377**

When was the debt incurred?    **4/19/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 19 | **Blumke, Ann** | Last 4 digits of account number | **0093** | **$0.00** |

Nonpriority Creditor's Name
**183 E. Cypress St.**
**Covina, CA 91723**
Number Street City State Zip Code

When was the debt incurred?    **11/09/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 20 | **Bly, Clare** | Last 4 digits of account number | **3146** | **Unknown** |

Nonpriority Creditor's Name
**416 Blaisdell Dr.**
**Claremont, CA 91711**
Number Street City State Zip Code

When was the debt incurred?    **9/17/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 21 | **Boaman, Jeff & Quiroz, Kimberly** | Last 4 digits of account number | **2007** | **Unknown** |

Nonpriority Creditor's Name
**2424 Gehringer Dr.**
**Concord, CA 94520**
Number Street City State Zip Code

When was the debt incurred?    **11/1/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 22 | **Bobaly, Imre and Katalin** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**5222 Wood Ave**
**South Gate, CA 90280**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3107**

**When was the debt incurred?**  **8/3/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 23 | **Bock-Kaiser, Mary** | | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**5613 DARTFORD WAY**
**SAN DIEGO, CA 92120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1006**

**When was the debt incurred?**  **10/18/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 24 | **Boden, Ernest & Phylis** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**2108 Easton Drive**
**Burlingame, CA 94010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2009**

**When was the debt incurred?**  **7/14/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 25 | **Boechler, Carol** | Last 4 digits of account number | **2037** | **Unknown** |

Nonpriority Creditor's Name
**3422 W. Glen Holley Drive**
**Anaheim, CA 92804**

When was the debt incurred? **3/28/2012**

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 26 | **Boeing, Jerilynn** | Last 4 digits of account number | **2066** | **Unknown** |

Nonpriority Creditor's Name
**1820 Arlene Ave**
**Oxnard, CA 93036**

When was the debt incurred? **8/4/2012**

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 27 | **Boettcher-Lam, Leo** | Last 4 digits of account number | **0086** | **Unknown** |

Nonpriority Creditor's Name
**13392 McEvoy Ln**
**Garden Grove, CA 92845**

When was the debt incurred? **1/4/2011**

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 |
|-----|
| 28 |

**Bogan, James & Anna**

Last 4 digits of account number   **2061**                     **Unknown**

Nonpriority Creditor's Name

**706 N Acacia Ave**

**Fullerton, CA 92831**

When was the debt incurred?   **5/5/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 |
|-----|
| 29 |

**Bogart, Kay**

Last 4 digits of account number   **3022**                     **Unknown**

Nonpriority Creditor's Name

**34266 Camino El Molino**

**Capistrano Beach, CA 92624**

When was the debt incurred?   **1/20/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 |
|-----|
| 30 |

**Bogart, Kay**

Last 4 digits of account number   **1017**                     **Unknown**

Nonpriority Creditor's Name

**34266 Camino El Molino**

**Capistrano Beach, CA 92624**

When was the debt incurred?   **8/2/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 31 | **Boggs, James & Della** | Last 4 digits of account number | **9051** | **Unknown** |

Nonpriority Creditor's Name
**1654 Euclid**
**Upland, CA 91784**
Number Street City State Zip Code

**When was the debt incurred?**  **01/19/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 32 | **Bogle, Kathleen** | Last 4 digits of account number | **1039** | **Unknown** |

Nonpriority Creditor's Name
**49 Via Casitas**
**Bonsall, CA 92003**
Number Street City State Zip Code

**When was the debt incurred?**  **7/19/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 33 | **Boguta-Reeve, Karen** | Last 4 digits of account number | **3019** | **Unknown** |

Nonpriority Creditor's Name
**904 Seph Way**
**Escondido, CA 92027**
Number Street City State Zip Code

**When was the debt incurred?**  **4/20/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 34 | | |
|---|---|---|

**Bohnstedt, Wayne**

Nonpriority Creditor's Name

**1623 Halsey St.**
**Redlands, CA 92373**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1447**

When was the debt incurred?    **11/19/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 35 | | |
|---|---|---|

**Bohrnstedt, Wayne**

Nonpriority Creditor's Name

**1623 Halsey St**
**Redlands, CA 92373**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1993**

When was the debt incurred?    **3/26/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 36 | | |
|---|---|---|

**Bokov, Ruslan**

Nonpriority Creditor's Name

**1450 Calle Quarta**
**Lompoc, CA 93436**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4112**

When was the debt incurred?    **3/16/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 37 | | | |
|---|---|---|---|

**Bolinger, Mary Pauline**

Nonpriority Creditor's Name

**16673 Roca Dr.**

**San Diego, CA 92128**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2109**

**When was the debt incurred?**  **3/8/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| 4.4 38 | | | |
|---|---|---|---|

**Bolton, Maria**

Nonpriority Creditor's Name

**4538 E 5th St**

**Los Angeles, CA 90022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1063**

**When was the debt incurred?**  **8/2/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 39 | | | |
|---|---|---|---|

**Bolton, Penny**

Nonpriority Creditor's Name

**14807 Condon Ave. Unit# 106**

**Lawndale, CA 90260**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3070**

**When was the debt incurred?**  **12/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 40 | **Bolton, Yvette** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**21133 Nandina Ave**
**Perris, CA 92570**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1005**

When was the debt incurred?    **6/21/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 41 | **Boltze, George & Christina** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6262 Indigo Pl.**
**San Bernardino, CA 92407**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1007**

When was the debt incurred?    **1/11/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 42 | **Bond-Barney, Carol** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**730 W. Ana Pamu St.**
**Santa Barbara, CA 93101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2053**

When was the debt incurred?    **6/4/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 43 | | | |
|---|---|---|---|

**Bond-Marcus, Colleen**
Nonpriority Creditor's Name

**19255 Red Feather Rd**
**Apple Valley, CA 92307**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2019**                **Unknown**

**When was the debt incurred?**    **1/6/2015**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 44 | | | |
|---|---|---|---|

**Bonds, Lucy**
Nonpriority Creditor's Name

**5012 Garden Ave**
**Richmond, CA 94805**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1050**                **Unknown**

**When was the debt incurred?**    **05/10/11**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 45 | | | |
|---|---|---|---|

**Bonilla, Jerry & Vallerie**
Nonpriority Creditor's Name

**845 S. Teakwood Ave**
**Rialto, CA 92376**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0016**                **Unknown**

**When was the debt incurred?**    **08/17/10**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 46 | **Bonilla, Natalie & Erica** | Last 4 digits of account number | **3010** | **Unknown** |

Nonpriority Creditor's Name

**4303 Alema Terr. Unit TE**
**Freemont, CA 94536**
Number Street City State Zip Code

When was the debt incurred?  **3/14/2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.4 47 | **Boodram, David** | Last 4 digits of account number | **4030** | **Unknown** |

Nonpriority Creditor's Name

**1211 1/2 N Chester Ave**
**Inglewood, CA 90302**
Number Street City State Zip Code

When was the debt incurred?  **7/16/2014**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.4 48 | **Boonchum, Siriwan and Chalerm** | Last 4 digits of account number | **3008** | **Unknown** |

Nonpriority Creditor's Name

**9066 Varma Ave**
**Arleta, CA 91331**
Number Street City State Zip Code

When was the debt incurred?  **7/9/2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 49 | **Booth, Bill & Mary** | Last 4 digits of account number  **2003** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2177 Beverly Way**
**Upland, CA 91784**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **11/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 50 | **Borba, Patricia** | Last 4 digits of account number  **4002** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**7100 Navajoa Ave.**
**Atascadero, CA 93422**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **1/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 51 | **Borcherding, Allen** | Last 4 digits of account number  **2067** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**14821 Acorn St**
**Chino Hills, CA 91709**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **9/5/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4 52**

**Borden, Annie**
Nonpriority Creditor's Name
**8628 Kempstar Ave.**
**Fontana, CA 92335**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1019**   **Unknown**

**When was the debt incurred?**   **7/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 53**

**Borden, Annie**
Nonpriority Creditor's Name
**8628 Kempster Ave.**
**Fontana, CA 92335**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0067**   **Unknown**

**When was the debt incurred?**   **11/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 54**

**Borden, Cletta**
Nonpriority Creditor's Name
**3158 Belvedere Dr.**
**Riverside, CA 92507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3047**   **Unknown**

**When was the debt incurred?**   **5/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 55 | **Borden, Don** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**65 N. San Marcos Rd. Unit A**
**Santa Barbara, CA 93111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3025**          **Unknown**

**When was the debt incurred?**   **9/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 56 | **Borger, Ardee & Van Beek, Dorinda** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3924 Falcon Ave**
**Long Beach, CA 90807**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **17CO**          **Unknown**

**When was the debt incurred?**   **7/28/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 57 | **Borja, Emmanuel & Arminda** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**8631 Rancho Vista St**
**Paramount, CA 90723**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **76CO**          **Unknown**

**When was the debt incurred?**   **3/12/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | |
|---|---|
| **4.4 58** | |

**Bornemiza, Leclie**
Nonpriority Creditor's Name
**9253 Stargaze Ave.**
**San Diego, CA 92129**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0022**     **Unknown**

**When was the debt incurred?**  **03/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4 59** | |

**Borst, Bill and Jane**
Nonpriority Creditor's Name
**5505 E Monlaco Rd**
**Long Beach, CA 90808**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3031**     **Unknown**

**When was the debt incurred?**  **9/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4 60** | |

**Borst, William & Jane**
Nonpriority Creditor's Name
**5505 MONLACO RD.**
**LONG BEACH, CA 90808**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1014**     **Unknown**

**When was the debt incurred?**  **7/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 61 | | | |
|---|---|---|---|
| **Bortz, Damon** | | Last 4 digits of account number  **4182** | **Unknown** |

Nonpriority Creditor's Name

**4645 Gatetree**

**Pleasanton, CA 94566**

Number Street City State Zip Code

When was the debt incurred?  **7/7/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 62 | | | |
|---|---|---|---|
| **Bostian, Anne** | | Last 4 digits of account number  **4081** | **Unknown** |

Nonpriority Creditor's Name

**1329 Avenida Sebastiani**

**Sonoma, CA 95476**

Number Street City State Zip Code

When was the debt incurred?  **6/3/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 63 | | | |
|---|---|---|---|
| **Bottjer, Rob & Mary** | | Last 4 digits of account number  **4030** | **Unknown** |

Nonpriority Creditor's Name

**11518 Marcello Way**

**Rancho Cucamonga, CA 91701**

Number Street City State Zip Code

When was the debt incurred?  **12/9/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 64 | | |
|---|---|---|

**Bottorf, Lucinda**
Nonpriority Creditor's Name

**3060 Bradford Pl. Apt C**
**Santa Ana, CA 92707**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1003**          **Unknown**

**When was the debt incurred?**   **8/16/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 65 | | |
|---|---|---|

**Bourque, Phyllis**
Nonpriority Creditor's Name

**712 Lemon Ave**
**Vista, CA 92084**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1093**          **Unknown**

**When was the debt incurred?**   **6/21/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 66 | | |
|---|---|---|

**Bowe, Melody**
Nonpriority Creditor's Name

**3644 Arlington St.**
**San Diego, CA 92117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1079**          **Unknown**

**When was the debt incurred?**   **5/10/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 67 | **Bowen, David** | | Last 4 digits of account number | **2028** | **Unknown** |

Nonpriority Creditor's Name
**2620 Majella Ave**
**La Verne, CA 91750**
Number Street City State Zip Code

When was the debt incurred?   **2/13/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 68 | **Bowens, John & Gail** | | Last 4 digits of account number | **2038** | **Unknown** |

Nonpriority Creditor's Name
**227 Placer Dr**
**Goleta, CA 93117**
Number Street City State Zip Code

When was the debt incurred?   **6/29/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 69 | **Bowers, Jane** | | Last 4 digits of account number | **4050** | **Unknown** |

Nonpriority Creditor's Name
**40203 Ayer Lane**
**Temecula, CA 92591**
Number Street City State Zip Code

When was the debt incurred?   **9/12/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 70** | **Bowers, Lisa** | |

Nonpriority Creditor's Name

**1302 Chino Street**
**Santa Barbara, CA 93101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2071**     **Unknown**

**When was the debt incurred?**   **6/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 71** | **Bowers, Robert & Virginia** | |

Nonpriority Creditor's Name

**6528 Patridge Dr**
**Ventura, CA 93003**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2119**     **Unknown**

**When was the debt incurred?**   **6/5/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 72** | **Bowes, Howard & Marilyn** | |

Nonpriority Creditor's Name

**78297 Brookhaven LN**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3010**     **Unknown**

**When was the debt incurred?**   **4/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 73 | | | |
|---|---|---|---|

**Bowling, Sydney**

Nonpriority Creditor's Name

**3505 Oarfish**
**Oxnard, CA 93035**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **2054**          **Unknown**

**When was the debt incurred?**   **8/3/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 74 | | | |
|---|---|---|---|

**Bowman, Jacqueline**

Nonpriority Creditor's Name

**4433 E. Sinova Ave**
**Los Angeles, CA 90032**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **1960**          **Unknown**

**When was the debt incurred?**   **7/25/2015**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 75 | | | |
|---|---|---|---|

**Bowman, Jacquline**

Nonpriority Creditor's Name

**4433 Sinova St.**
**Los Angeles, CA 90032**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **0087**          **Unknown**

**When was the debt incurred?**   **06/22/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 76 | | | |
|---|---|---|---|

**Boyce, Berkley & Lourdes**
Nonpriority Creditor's Name

Last 4 digits of account number  **1961**

**Unknown**

**3936 Broadway**
**San Diego, CA 92102**
Number Street City State Zip Code

When was the debt incurred?  **5/19/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 77 | | | |
|---|---|---|---|

**Boyd, Amelia**
Nonpriority Creditor's Name

Last 4 digits of account number  **3065**

**Unknown**

**940 Briar Rose Ln**
**Nipomo, CA 93444**
Number Street City State Zip Code

When was the debt incurred?  **8/1/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 78 | | | |
|---|---|---|---|

**Boyd, David & Erin**
Nonpriority Creditor's Name

Last 4 digits of account number  **3019**

**Unknown**

**24962 Paseo Equestre**
**Lake Forest, CA 92630**
Number Street City State Zip Code

When was the debt incurred?  **2/12/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 79 | **Boyd, Frank** | Last 4 digits of account number | **3013** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**850 N Arquilla**
**Palm Springs, CA 92262**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **8/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 80 | **Boyd, Juanita** | Last 4 digits of account number | **0060** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**541 Royce St.**
**Alta Dena, CA 91001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **06/29/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 81 | **Boyd, Valerie** | Last 4 digits of account number | **3023** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**23347 Caminito Los Pacitos**
**Laguna Hills, CA 92653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3/6/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.4 82**

| | |
|---|---|
| **Boyd, William** | Last 4 digits of account number   **2021**        **Unknown** |
| Nonpriority Creditor's Name | |
| **44898 Tehachapi Pass** | When was the debt incurred?   **10/6/2012** |
| **Temecula, CA 92592** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

Who incurred the debt? Check one.

☐ Debtor 1 only                              ■ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                  ■ Disputed

☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                             ■ Other. Specify   **Business Debt - Past Customers of Exterior**
☐ Yes                                                           **Specialist**

---

**4.4 83**

| | |
|---|---|
| **Boykin, Virgie** | Last 4 digits of account number   **4030**        **Unknown** |
| Nonpriority Creditor's Name | |
| **2988 Wintergreen Dr** | When was the debt incurred?   **9/8/2014** |
| **Carlsbad, CA 92008** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

Who incurred the debt? Check one.

☐ Debtor 1 only                              ■ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                  ■ Disputed

☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                             ■ Other. Specify   **Business Debt - Past Customer of Exterior**
☐ Yes                                                           **Specialist**

---

**4.4 84**

| | |
|---|---|
| **Boynton, Frank & Heidi** | Last 4 digits of account number   **1054**        **Unknown** |
| Nonpriority Creditor's Name | |
| **4908 Icaria way** | When was the debt incurred?   **3/1/2011** |
| **Oceanside, CA 92056** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

Who incurred the debt? Check one.

☐ Debtor 1 only                              ■ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                  ■ Disputed

☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                             ■ Other. Specify   **Business Debt - Past Customer of Exterior**
☐ Yes                                                           **Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 85 | **Brackett, Sterling & Wanda** | | **Unknown** |

Nonpriority Creditor's Name
**1717 N. Benton Way**
**Los Angeles, CA 90026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   2012

**When was the debt incurred?**   11/29/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 86 | **Bradbury, Stanly** | | **Unknown** |

Nonpriority Creditor's Name
**12710 Brookpark Rd.**
**Oakland, CA 94619**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   2007

**When was the debt incurred?**   6/28/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 87 | **Bradford, Jack & Charlyce** | | **Unknown** |

Nonpriority Creditor's Name
**696 Rossmore Road**
**Goleta, CA 93117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   2063

**When was the debt incurred?**   11/13/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.4 88 | **Bradley & Riley PC, collection agency** | | | **Pacific Coast Home Solutions** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 2804**

**Cedar Rapids, IA 52406-2804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**  **12/2/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 89 | **Bradley, Kenneth & Gail** | | | | **Unknown** |

Nonpriority Creditor's Name

**807 Pacific Ave**

**Alameda, CA 94501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **2004**

**When was the debt incurred?**  **7/26/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 90 | **Bragg, Kevin & Andrea** | | | | **Unknown** |

Nonpriority Creditor's Name

**275 Van Buren St**

**. Colton, CA 92324**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **3169**

**When was the debt incurred?**  **8/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 91 | | | |
|---|---|---|---|

**Bragg, Matthew**
Nonpriority Creditor's Name
**135 Arlington Dr.**
**Pasadena, CA 91105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0127**                     **Unknown**

When was the debt incurred?    **11/30/10**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 92 | | | |
|---|---|---|---|

**Braham, Patricia**
Nonpriority Creditor's Name
**274 Darfo Dr.**
**Crestline, CA 92325**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0088**                     **Unknown**

When was the debt incurred?    **11/23/10**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 93 | | | |
|---|---|---|---|

**Braly, David & Donna**
Nonpriority Creditor's Name
**7017 Skyview Rd**
**Riverside, CA 92509**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3152**                     **Unknown**

When was the debt incurred?    **9/11/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 94 | **Brambila, Francisco** | Last 4 digits of account number | **4083** | **Unknown** |

Nonpriority Creditor's Name
**515 Ramona St**
**Ramona, CA 92065**
Number Street City State Zip Code

**When was the debt incurred?**  **5/1/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 95 | **Branden, Joshua** | Last 4 digits of account number | **1952** | **Unknown** |

Nonpriority Creditor's Name
**73289 Summit Dr**
**29 Palms, CA 92277**
Number Street City State Zip Code

**When was the debt incurred?**  **2/14/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 96 | **Brandt, Benjamin** | Last 4 digits of account number | **4044** | **Unknown** |

Nonpriority Creditor's Name
**703 E. Evans St**
**San Jacinto, CA 92583**
Number Street City State Zip Code

**When was the debt incurred?**  **4/29/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 97 | **Brandt, Martin & Liz** | Last 4 digits of account number | **2020** | **Unknown** |

Nonpriority Creditor's Name

**9188 Baseline Rd**

**Rancho Cucamonga, CA 91701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **6/13/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 98 | **Branom, Jean** | Last 4 digits of account number | **2035** | **Unknown** |

Nonpriority Creditor's Name

**14787 Caminito Orense Oeste**

**San Diego, CA 92129**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **6/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 99 | **Branstrom, Elizabeth** | Last 4 digits of account number | **2031** | **Unknown** |

Nonpriority Creditor's Name

**3546 Kite Street**

**San Diego, CA 92103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **3/24/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.5 00 | **Brantley, Charles** | Last 4 digits of account number | **4076** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1670 N Primrose Ave**
**Rialto, CA 92376**
Number Street City State ZIp Code

When was the debt incurred?    **5/22/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 01 | **Brastad, Carl** | Last 4 digits of account number | **Exterior Speciailst** | **$493.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 903**
**Thousand Palms, CA 92276**
Number Street City State ZIp Code

When was the debt incurred?    **1/1/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.5 02 | **Bratt, Peter** | Last 4 digits of account number | **2104** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6505 Camino Venturoso**
**Goleta, CA 93117**
Number Street City State ZIp Code

When was the debt incurred?    **5/14/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.5 03 | **Bray, Charlotte** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1578 Calle Primera**
**Lompoc, CA 93436**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3020**          **Unknown**

**When was the debt incurred?**   **3/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 04 | **Breckler, Stacy** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**10150 Dennis Ct.**
**San Jose, CA 95127**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2021**          **Unknown**

**When was the debt incurred?**   **10/27/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.5 05 | **Brenan, Russel** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**180 N. Ave. Cordoba**
**Anaheim, CA 92808**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1024**          **Unknown**

**When was the debt incurred?**   **7/26/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.5<br>06 | **Brethauer, Kay & Harvey** | Last 4 digits of account number  **0025** | **Unknown** |

Nonpriority Creditor's Name

**640 Leonard St.**
**Camarillo, CA 93010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **05/25/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.5<br>07 | **Brevig, David & Maria** | Last 4 digits of account number  **2061** | **Unknown** |

Nonpriority Creditor's Name

**156 Calle Redondel**
**San Clemente, CA 92672**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.5<br>08 | **Brevig, David & Maria** | Last 4 digits of account number  **2061** | **Unknown** |

Nonpriority Creditor's Name

**156 Calle Redondel**
**San Clemente, CA 92672**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **4/3/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| 4.5 09 | **Brewer, Norma** | Last 4 digits of account number | **1978** | **Unknown** |

Nonpriority Creditor's Name

**27391 Rustic Lane**
**Highland, CA 92346**
Number Street City State Zip Code

**When was the debt incurred?**    **3/24/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 10 | **Brewer, Norman** | Last 4 digits of account number | **3011** | **Unknown** |

Nonpriority Creditor's Name

**27391 Rustic Ln**
**Highland, CA 92346**
Number Street City State Zip Code

**When was the debt incurred?**    **6/21/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 11 | **Brewster, Loucille** | Last 4 digits of account number | **0006** | **Unknown** |

Nonpriority Creditor's Name

**15111 Capetown Ln.**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

**When was the debt incurred?**    **05/18/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.5 12**

**Breyette, William**

Nonpriority Creditor's Name

**22620 Enadia Way**

**West Hills, CA 91307**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0103**

When was the debt incurred?   **07/13/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

**4.5 13**

**Brice, William**

Nonpriority Creditor's Name

**2630 Borion Dr**

**Santa Barbara, CA 93109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2070**

When was the debt incurred?   **8/8/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

**4.5 14**

**Bridenbecker, Bruce**

Nonpriority Creditor's Name

**64451 Brae Burn Ave**

**Desert Hot Springs, CA 92240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4087**

When was the debt incurred?   **7/2/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.5 15 | **Bridges, Cheryl** | **Last 4 digits of account number** | **1076** | **Unknown** |

Nonpriority Creditor's Name

**20735 Lemay St**
**Winnetka, CA 91306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **5/31/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 16 | **Briggs, Alice & Eugene** | **Last 4 digits of account number** | **3108** | **Unknown** |

Nonpriority Creditor's Name

**12062 Adelphia Ave**
**San Fernando, CA 91340**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **9/3/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 17 | **Briggs, Arthur** | **Last 4 digits of account number** | **1087** | **Unknown** |

Nonpriority Creditor's Name

**23058 Bryce St.**
**Woodland Hills, CA 91364**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **6/21/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.5 18 | **Briggs, Marilyn** | Last 4 digits of account number | **2062** | **Unknown** |

Nonpriority Creditor's Name
**14360 Yukon Ave**
**Hawthorne, CA 90250**
Number Street City State Zip Code

**When was the debt incurred?**     **10/12/2012**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.5 19 | **Briggs, Martha** | Last 4 digits of account number | **0076** | **Unknown** |

Nonpriority Creditor's Name
**10444 Gidley St.**
**El Monte, CA 91731**
Number Street City State Zip Code

**When was the debt incurred?**     **08/31/10**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 20 | **Briscoe, Helen** | Last 4 digits of account number | **1029** | **Unknown** |

Nonpriority Creditor's Name
**6524 Aha Vista**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**When was the debt incurred?**     **03/08/11**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.5
21**

**Briseno, Gilbert**

Nonpriority Creditor's Name

**25271 Parthenon Ave**
**Mission Viejo, CA 92691**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1107**               **Unknown**

**When was the debt incurred?**    **9/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.5
22**

**Brito, Anthony & Diana**

Nonpriority Creditor's Name

**1194 Windmill Court**
**San Jose, CA 95121**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1027**               **$0.00**

**When was the debt incurred?**    **09/07/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.5
23**

**Britz, John & Florence**

Nonpriority Creditor's Name

**205 Channel Heights Ct**
**Ventura, CA 93003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1045**               **Unknown**

**When was the debt incurred?**    **4/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.5 24 | **Broadwater, Max** | Last 4 digits of account number | **2025** | **Unknown** |

Nonpriority Creditor's Name
**405 Redwood Dr.**
**Pasadena, CA 91105**
Number Street City State Zip Code

**When was the debt incurred?**    **1/21/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 25 | **Brooks, Alphonso & Carol** | Last 4 digits of account number | **1026** | **Unknown** |

Nonpriority Creditor's Name
**4867 Marblehead Bay Drive**
**Oceanside, CA 92057**
Number Street City State Zip Code

**When was the debt incurred?**    **11/22/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 26 | **Brooks, Bobbie** | Last 4 digits of account number | **2029** | **Unknown** |

Nonpriority Creditor's Name
**1839 Clevland St**
**San Bernardino, CA 92411**
Number Street City State Zip Code

**When was the debt incurred?**    **1/8/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.5 27 | | | |
|---|---|---|---|

**Brooks, Bobbie**
Nonpriority Creditor's Name
**1839 Cleveland St**
**San Bernardino, CA 92411**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4089**                    **Unknown**

**When was the debt incurred?**   **11/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 28 | | | |
|---|---|---|---|

**Brooks, Bobbie**
Nonpriority Creditor's Name
**1839 Cleveland St.**
**San Bernardino, CA 92411**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2035**                    **Unknown**

**When was the debt incurred?**   **1/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 29 | | | |
|---|---|---|---|

**Brooks, Esther**
Nonpriority Creditor's Name
**27002 Preciados Drive**
**Mission Viejo, CA 92691**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1042**                    **Unknown**

**When was the debt incurred?**   **8/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.5 30 | **Brooks, Francis** | Last 4 digits of account number | **4091** | **Unknown** |

Nonpriority Creditor's Name
**1059 N. Fremontia**
**Rialto, CA 92376**
Number Street City State Zip Code

**When was the debt incurred?**  **9/8/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 31 | **Brooks, Virgie** | Last 4 digits of account number | **0065** | **Unknown** |

Nonpriority Creditor's Name
**1120 Quail**
**San Diego, CA 92162**
Number Street City State Zip Code

**When was the debt incurred?**  **04/06/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 32 | **Brooks, William** | Last 4 digits of account number | **1042** | **Unknown** |

Nonpriority Creditor's Name
**310 S. Canyon Blvd**
**Monrovia, CA 91016**
Number Street City State Zip Code

**When was the debt incurred?**  **12/13/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.5 33**

**Brookshier, Chris**
Nonpriority Creditor's Name
**12003 Gridley Rd.**
**Norwalk, CA 90650**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0116**                     **Unknown**

**When was the debt incurred?**    **11/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.5 34**

**Brost, Gene**
Nonpriority Creditor's Name
**2540 E. Blueridge Ave.**
**Orange, CA 92867**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9008**                     **Unknown**

**When was the debt incurred?**    **10/09/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.5 35**

**Broughton, Marilyn**
Nonpriority Creditor's Name
**304 Larkspur Ave.**
**Corona Del Mar, CA 92625**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1051**                     **Unknown**

**When was the debt incurred?**    **6/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.5 36 | | |
|---|---|---|

**Broussard, Don & Faye**

Nonpriority Creditor's Name

**2724 Nicol Ave**
**Oakland, CA 94602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2003**          **Unknown**

**When was the debt incurred?**  **4/28/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.5 37 | | |
|---|---|---|

**Brown, Arthur & Valerie**

Nonpriority Creditor's Name

**5400 The Toledo #311**
**Long Beach, CA 90803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2059**          **Unknown**

**When was the debt incurred?**  **6/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.5 38 | | |
|---|---|---|

**Brown, Ashia Lee**

Nonpriority Creditor's Name

**4190 Mount Blanc Ct**
**Norco, CA 92860**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3138**          **Unknown**

**When was the debt incurred?**  **9/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.5 39 | | | |
|---|---|---|---|

**Brown, Audrey**
Nonpriority Creditor's Name
**723 E. 110th St.**
**Los Angeles, CA 90059**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3053**                                    **Unknown**

**When was the debt incurred?**   **6/13/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 40 | | | |
|---|---|---|---|

**Brown, Barbara**
Nonpriority Creditor's Name
**315 E. Wilson Ave.**
**Orange, CA 92867**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **9005**                                    **Unknown**

**When was the debt incurred?**   **10/09/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 41 | | | |
|---|---|---|---|

**Brown, Beverly**
Nonpriority Creditor's Name
**1028 Azale**
**Alhambra, CA 91801**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number   **1046**                                    **Unknown**

**When was the debt incurred?**   **3/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.5 42 | **Brown, Braden & Gina** | Last 4 digits of account number | **2008** | **Unknown** |

Nonpriority Creditor's Name

**11485 Mohawk Rd**
**Appley Valley, CA 92308**

Number Street City State Zip Code

When was the debt incurred?   **3/3/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 43 | **Brown, Carl & Ollene** | Last 4 digits of account number | **2106** | **Unknown** |

Nonpriority Creditor's Name

**5198 Pendleton St**
**San Diego, CA 92109**

Number Street City State Zip Code

When was the debt incurred?   **3/5/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.5 44 | **Brown, Clarence** | Last 4 digits of account number | **4082** | **Unknown** |

Nonpriority Creditor's Name

**5734 Maccall St**
**Oakland, CA 94609**

Number Street City State Zip Code

When was the debt incurred?   **5/1/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.5 45 | | | |
|---|---|---|---|

**Brown, Cynthia**
Nonpriority Creditor's Name
**2611 17th St.**
**Huntington Beach, CA 92648**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **0001**                    **Unknown**

When was the debt incurred?  **02/23/10**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 46 | | | |
|---|---|---|---|

**Brown, George**
Nonpriority Creditor's Name
**929 SANBORN AVE**
**LOS ANGELES, CA 90029**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3082**                    **Unknown**

When was the debt incurred?  **12/28/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.5 47 | | | |
|---|---|---|---|

**Brown, Helen**
Nonpriority Creditor's Name
**2330 Ashland Ave.**
**Santa Monica, CA 90405**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1011**                    **Unknown**

When was the debt incurred?  **5/24/2011**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.5 48 | **Brown, Jack & Mabel** | Last 4 digits of account number | **06CO** | **Unknown** |

Nonpriority Creditor's Name
**126 E. Campus View Dr**
**Riverside, CA 92507**
Number Street City State Zip Code

When was the debt incurred?   **7/21/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 49 | **Brown, John & Barbara** | Last 4 digits of account number | **0038** | **Unknown** |

Nonpriority Creditor's Name
**5260 Batavia Rd.**
**South Gate, CA 90280**
Number Street City State Zip Code

When was the debt incurred?   **03/02/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 50 | **Brown, John & Barbara** | Last 4 digits of account number | **0057** | **Unknown** |

Nonpriority Creditor's Name
**5260 Batavia Rd.**
**South Gate, CA 90280**
Number Street City State Zip Code

When was the debt incurred?   **03/09/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.5 51 | | | |

**Brown, Julia**
Nonpriority Creditor's Name
**340 Fireside St**
**Oceanside, CA 92058**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3202**          **Unknown**

**When was the debt incurred?**  **10/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 52 | | | |

**Brown, Juliana**
Nonpriority Creditor's Name
**340 Fireside St**
**Oceanside, CA 92058**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3144**          **Unknown**

**When was the debt incurred?**  **11/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 53 | | | |

**Brown, Kathryn**
Nonpriority Creditor's Name
**30127 Westbrook**
**Nuevo, CA 92567**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3016**          **Unknown**

**When was the debt incurred?**  **8/13/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.5 54 | | | |
|---|---|---|---|

**Brown, Lowell**

Nonpriority Creditor's Name

**3626 Glenwood Ave.**
**Redwood City, CA 94062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0097**      $0.00

When was the debt incurred?   **11/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 55 | | | |
|---|---|---|---|

**Brown, Lucille**

Nonpriority Creditor's Name

**10552 Bogardus Ave**
**Whittier, CA 90603**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2072**      Unknown

When was the debt incurred?   **6/27/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.5 56 | | | |
|---|---|---|---|

**Brown, Mabel**

Nonpriority Creditor's Name

**126 E. Campus View Dr**
**Riverside, CA 92507**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1064**      Unknown

When was the debt incurred?   **06/14/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.5 57 | **Brown, Oma** | | |

Nonpriority Creditor's Name

**26166 Windmere Way**
**Moreno Valley, CA 92555**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2009**                              **Unknown**

When was the debt incurred?  **6/8/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.5 58 | **Brown, Raymond & Sandra** | | |

Nonpriority Creditor's Name

**17281 Santa Fe St.**
**Hayward, CA 94541**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0115**                              **$0.00**

When was the debt incurred?  **11/16/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 59 | **Brown, Rev. Amos & Jane** | | |

Nonpriority Creditor's Name

**434 Bright St**
**San Francisco, CA 94132**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2025**                              **Unknown**

When was the debt incurred?  **10/19/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.5 60 | | | |
|---|---|---|---|

**Brown, Richard & Gale**

Last 4 digits of account number   **0003**          **Unknown**

Nonpriority Creditor's Name

**8811 Aberdeen Ln.**
**Garden Grove, CA 92841**

When was the debt incurred?   **10/12/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 61 | | | |
|---|---|---|---|

**Brown, Robert and Judy**

Last 4 digits of account number   **3009**          **Unknown**

Nonpriority Creditor's Name

**4525 Temescal Ave**
**Norco, CA 92860**

When was the debt incurred?   **7/15/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 62 | | | |
|---|---|---|---|

**Brown, Ronald**

Last 4 digits of account number   **2005**          **Unknown**

Nonpriority Creditor's Name

**4025 State St # 4**
**Santa Barbara, CA 93110**

When was the debt incurred?   **5/9/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.5 63 | **Brown, Roy** | | | |

Nonpriority Creditor's Name

**414 Jeffenson St.**
**Chowchilla, CA 93610**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0061**                    **Unknown**

When was the debt incurred?   **10/12/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 64 | **Brown, Sally** | | | |

Nonpriority Creditor's Name

**10820 La Terraza Ave**
**Fountain Valley, CA 92708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4005**                    **Unknown**

When was the debt incurred?   **5/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 65 | **Browne, Gary** | | | |

Nonpriority Creditor's Name

**45005 Carla Court**
**Lake Elsinore, CA 92532**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                    **Unknown**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.5<br>66 | **Browne, Gary** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**45005 Carla Court**

**Lake Elsinore, CA 92532**

Number Street City State Zip Code

When was the debt incurred?   **1/1/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.5<br>67 | **Brueckner , Daneil J.** | Last 4 digits of account number | **1028** | **Unknown** |

Nonpriority Creditor's Name

**2814 La Costa**

**Carlsbad, CA 92009**

Number Street City State Zip Code

When was the debt incurred?   **7/26/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5<br>68 | **Brummel, Lori** | Last 4 digits of account number | **3147** | **Unknown** |

Nonpriority Creditor's Name

**990 Phillips St.**

**Vista, CA 92035**

Number Street City State Zip Code

When was the debt incurred?   **10/15/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.5 69 | | | |
|---|---|---|---|

**Brunell, Chris**

Nonpriority Creditor's Name

**10438 Colima Rd.**
**Whittier, CA 90604**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **9006**              **Unknown**

**When was the debt incurred?**    **12/22/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 70 | | | |
|---|---|---|---|

**Bruyn, Richard**

Nonpriority Creditor's Name

**272 Spruce Dr.**
**Goleta, CA 93117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1128**              **Unknown**

**When was the debt incurred?**    **9/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 71 | | | |
|---|---|---|---|

**Bryant , Jack**

Nonpriority Creditor's Name

**30905 GANADO DR**
**Rancho Palos Verdes, CA 90275**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1045**              **Unknown**

**When was the debt incurred?**    **11/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.5 72 | | | |
|---|---|---|---|

**Bryant, Betty**
Nonpriority Creditor's Name

**78976 Spirito Ct**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2061**           **Unknown**

When was the debt incurred?   **10/23/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

| 4.5 73 | | | |
|---|---|---|---|

**Bryant, Devin**
Nonpriority Creditor's Name

**201 Camelia Lane**
**Costa Mesa, CA 92627**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2002**           **Unknown**

When was the debt incurred?   **9/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.5 74 | | | |
|---|---|---|---|

**Bryant, Devin**
Nonpriority Creditor's Name

**201 Camellia Ln.**
**Costa Mesa, CA 92627**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2002**           **Unknown**

When was the debt incurred?   **10/8/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.5 75 | | | |
|---|---|---|---|

**Bryant, Margaret**

Nonpriority Creditor's Name

**1028 Lantana Dr.**

**Los Angeles, CA 09026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1009**                           **Unknown**

**When was the debt incurred?**      **3/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 76 | | | |
|---|---|---|---|

**Bryce, Glenda**

Nonpriority Creditor's Name

**1907 Birch Ave**

**Antioch, CA 94509**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2011**                           **Unknown**

**When was the debt incurred?**      **10/24/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.5 77 | | | |
|---|---|---|---|

**Buan, Edwin & Zenadia**

Nonpriority Creditor's Name

**20112 Arminta St.**

**Winnetka, CA 91306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0015**                           **$0.00**

**When was the debt incurred?**      **08/24/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.5 78 | | | |
|---|---|---|---|

**Buchanan, Pat**
Nonpriority Creditor's Name

**5372 Acacia Ave.**
**Garden Grove, CA 92845**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **9018**          **Unknown**

**When was the debt incurred?**  **11/10/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 79 | | | |
|---|---|---|---|

**Bucher, Henry**
Nonpriority Creditor's Name

**3244 Michigan Ave.**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2034**          **Unknown**

**When was the debt incurred?**  **1/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 80 | | | |
|---|---|---|---|

**Bucher, Michael**
Nonpriority Creditor's Name

**16296 Rostrata Hill Rd**
**Poway, Ca 92064, CA 92064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4099**          **Unknown**

**When was the debt incurred?**  **7/28/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| 4.5 81 | **Bucher, Mike** | |

Nonpriority Creditor's Name

**16296 Rostrata Hill Rd.**
**Poway, CA 92064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **1970**        **Unknown**

**When was the debt incurred?**  **2/3/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.5 82 | **Buckley, Allen** | |

Nonpriority Creditor's Name

**6870 Brooklyn Ave**
**San Diego, CA 92114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **4139**        **Unknown**

**When was the debt incurred?**  **6/12/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.5 83 | **Buckley, Cory & Rose** | |

Nonpriority Creditor's Name

**31133 Via Gilberto**
**Temecula, CA 92592**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **4024**        **Unknown**

**When was the debt incurred?**  **2/26/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.5 84**

**Buenaventura, Elvira**

Nonpriority Creditor's Name

**2124 101St. Ave**
**Oakland, CA 94603**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2005**                  **Unknown**

**When was the debt incurred?**   **2/23/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.5 85**

**Buff, Diane**

Nonpriority Creditor's Name

**55742 Mountain View Trail**
**Yucca Valley, CA 92284**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3114**                  **Unknown**

**When was the debt incurred?**   **11/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.5 86**

**Bugh, Vernon**

Nonpriority Creditor's Name

**3208 Laurel Canyon**
**Santa Barbara, CA 93105**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2026**                  **Unknown**

**When was the debt incurred?**   **3/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.5 87 | **Bujnak, Bernard** | | |

Nonpriority Creditor's Name

**740 Thomas St**
**Oak View, CA 93022**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4029**          **Unknown**

**When was the debt incurred?**   **9/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 88 | **Bujnak, Bernard** | | |

Nonpriority Creditor's Name

**740 Thomas St**
**Oak View, CA 93022**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3134**          **Unknown**

**When was the debt incurred?**   **11/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 89 | **Bullock, Henry & Lisa** | | |

Nonpriority Creditor's Name

**2282 Alsacia Ct**
**San Diego, CA 92139**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4039**          **Unknown**

**When was the debt incurred?**   **5/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.5 90 | **Bullock, Ruth** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3365 Suncrest Ave**
**San Jose, CA 95132**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1037**          **Unknown**

When was the debt incurred?   **03/08/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.5 91 | **Bumroongchart, Kor & Kristine** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2361 Valley View Place**
**Escondido, CA 92026**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **2007**          **Unknown**

When was the debt incurred?   **1/28/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.5 92 | **Bunn, Harold & Valerie** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**612 Village View Place**
**Fallbrock, CA 92028**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1028**          **Unknown**

When was the debt incurred?   **1/18/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.5 93**

**Bunn, Nancy**
Nonpriority Creditor's Name
**11 Half Moon Bay Dr.**
**Corona Del Mar, CA 92625**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1074**                          **Unknown**

When was the debt incurred?   **12/13/2011**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.5 94**

**Bunnell, Jo & Mark**
Nonpriority Creditor's Name
**475 Pulmar St**
**Milpitas, CA 95035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2020**                          **Unknown**

When was the debt incurred?   **10/12/2012**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.5 95**

**Burden, Joe**
Nonpriority Creditor's Name
**41819 55Th Street W**
**Lancaster, CA 93531**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1936**                          **Unknown**

When was the debt incurred?   **8/25/2015**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.5 96**

**Burden, Kim & Lisa**

Nonpriority Creditor's Name

**12244 Queensbury Dr**
**Rancho Cucamonga, CA 91739**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3102**                    **Unknown**

When was the debt incurred?   **11/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.5 97**

**Burdett, James**

Nonpriority Creditor's Name

**7765 Tapia Rd.**
**29 Palms, CA 92277**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3046**                    **Unknown**

When was the debt incurred?   **12/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.5 98**

**Burdich, Al**

Nonpriority Creditor's Name

**1268 Salem Dr**
**Corona, CA 92881**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1963**                    **Unknown**

When was the debt incurred?   **8/25/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.5 99**

**Burdick, Howard**

Nonpriority Creditor's Name

**10463 Crosscreek Terrace**
**San Diego, CA 92131**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **2006**          **Unknown**

When was the debt incurred?   **5/12/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

**4.6 00**

**Burgett, Cecil & Linda**

Nonpriority Creditor's Name

**12570 Michigan St**
**Grand Terrace, CA 92313**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **3185**          **Unknown**

When was the debt incurred?   **9/24/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.6 01**

**Burgett, Sylvia**

Nonpriority Creditor's Name

**321 Sacramento Ave.**
**Spring Valley, CA 91977**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1055**          **Unknown**

When was the debt incurred?   **3/29/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 02 | |
|---|---|

**Burguan, Lee & Marie**
Nonpriority Creditor's Name
**3167 Washington Ave.**
**El Monte, CA 91231**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0115**                    **Unknown**

**When was the debt incurred?**   **05/25/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 03 | |
|---|---|

**Burke, Allen**
Nonpriority Creditor's Name
**7257 Leonard Ave**
**Citrus Heights, CA 95610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4184**                    **Unknown**

**When was the debt incurred?**   **6/24/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 04 | |
|---|---|

**Burkett, Barbara**
Nonpriority Creditor's Name
**151 Buckingham Dr. #283**
**Santa Clara, CA 95051**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0099**                    **Unknown**

**When was the debt incurred?**   **01/11/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 05 | **Burkett, Michael & Sarah** | Last 4 digits of account number | **2060** | **Unknown** |

Nonpriority Creditor's Name
**41429 Serrai Ct**
**Murrieta, CA 92562**
Number Street City State Zip Code

When was the debt incurred?   **5/5/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.6 06 | **Burkholder, Nancy** | Last 4 digits of account number | **1076** | **Unknown** |

Nonpriority Creditor's Name
**107-H Via Estrada**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

When was the debt incurred?   **5/3/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 07 | **Burnett, Chris** | Last 4 digits of account number | **3119** | **Unknown** |

Nonpriority Creditor's Name
**11640 Malden St.**
**Cypress, CA 90630**
Number Street City State Zip Code

When was the debt incurred?   **8/31/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.6 08 | | | |
|---|---|---|---|

**Burnett, Jeanine**
Nonpriority Creditor's Name

**18733 Mescal St.**
**Rowland Heights, CA 91748**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0065**                    **Unknown**

**When was the debt incurred?**    **11/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 09 | | | |
|---|---|---|---|

**Burnham, John & Vickie**
Nonpriority Creditor's Name

**795 S. Quail Circle**
**Anaheim Hills, CA 92807**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1036**                    **Unknown**

**When was the debt incurred?**    **1/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.6 10 | | | |
|---|---|---|---|

**Burns, Beverly**
Nonpriority Creditor's Name

**29177 Carmel Dr**
**Menifee, CA 92586**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4157**                    **Unknown**

**When was the debt incurred?**    **2/26/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.6 11 | | | |
|---|---|---|---|

**Burns, Beverly**
Nonpriority Creditor's Name

**29177 Carmel Rd**
**Sun City, CA 92586**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3035**          **Unknown**

**When was the debt incurred?**  **10/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 12 | | | |
|---|---|---|---|

**Burns, Eleanor**
Nonpriority Creditor's Name

**41851 Elm Ave**
**Greenfield, CA 93927**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1016**          **Unknown**

**When was the debt incurred?**  **03/15/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 13 | | | |
|---|---|---|---|

**Burns, Jean**
Nonpriority Creditor's Name

**73164 Bill Tilden Ln**
**Palm Desert, CA 92260**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4156**          **Unknown**

**When was the debt incurred?**  **2/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 14 | | | |
|---|---|---|---|

**Burns, John**

Nonpriority Creditor's Name

**1630 Boulder Creek Rd.**

**Oceanside, CA 92056**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2019**                    **Unknown**

**When was the debt incurred?**  **1/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 15 | | | |
|---|---|---|---|

**Burns, Mary**

Nonpriority Creditor's Name

**5605 Split Mountain Rd.**

**Borrego Springs, CA 92004**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3009**                    **Unknown**

**When was the debt incurred?**  **5/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 16 | | | |
|---|---|---|---|

**Burns, Thomas**

Nonpriority Creditor's Name

**5323 Bahia Blanca Way P Unit**

**Laguna Woods, CA 92637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0104**                    **Unknown**

**When was the debt incurred?**  **07/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| 4.6 17 | **Busang, Rosita** | **Unknown** |

Nonpriority Creditor's Name

**1115 11th St**
**Ramona, CA 92065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** 3056

**When was the debt incurred?** 10/25/2013

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.6 18 | **Busarac, Melissa** | **Unknown** |

Nonpriority Creditor's Name

**3850 E. Camino San Miguel**
**Palm Springs, CA 92264**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** 1950

**When was the debt incurred?** 5/15/2015

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.6 19 | **Bush , Karen** | **Unknown** |

Nonpriority Creditor's Name

**8398 New Salem St.**
**San Diego, CA 92126**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** 1030

**When was the debt incurred?** 10/25/2011

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 20 | **Bush, Connie** | Last 4 digits of account number | **2051** | **Unknown** |

Nonpriority Creditor's Name
**5521 Dollar Dr.**
**Huntington Beach, CA 92647**

When was the debt incurred?  **12/31/2012**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 21 | **Buss, Carol** | Last 4 digits of account number | **3026** | **Unknown** |

Nonpriority Creditor's Name
**2868 Chillon Way**
**Laguna Beach, CA 92651**

When was the debt incurred?  **1/21/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 22 | **Bustamante, Edwardo & April** | Last 4 digits of account number | **4080** | **Unknown** |

Nonpriority Creditor's Name
**128 Playa Crt**
**Hemet, CA 92545**

When was the debt incurred?  **3/14/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.6<br>23 | **Busto, Dolores & Jose** | | | | **Unknown** |

Nonpriority Creditor's Name

**6653 Galeta**
**Twenty-nine Palms, CA 92277**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **2007**

**When was the debt incurred?**   **8/18/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.6<br>24 | **Butcher, James & Shirley** | | | | **Unknown** |

Nonpriority Creditor's Name

**4264 Paseo De Plata**
**Cyrpess, CA 90630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **0109**

**When was the debt incurred?**   **07/13/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6<br>25 | **Butler, Otis** | | | | **Unknown** |

Nonpriority Creditor's Name

**49296 Vista Dr**
**Morongo Valley, CA 92256**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **2011**

**When was the debt incurred?**   **5/9/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 26 | **Butler, Veronica** | | Last 4 digits of account number | **1054** | | **Unknown** |

Nonpriority Creditor's Name
**1309 Watwood Road**
**San Diego, CA 92114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **1/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.6 27 | **Buys, Barbara** | | Last 4 digits of account number | **3135** | | **Unknown** |

Nonpriority Creditor's Name
**1234 Camus Ct**
**Upland, CA 91784**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **10/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 28 | **Buzer, Joseph** | | Last 4 digits of account number | **0094** | | **Unknown** |

Nonpriority Creditor's Name
**981 S. Joliet Circle**
**Anahiem, CA 92807**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **05/11/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 29 | |
|---|---|

**Byers, Roger**

Nonpriority Creditor's Name

**11460 Rocoso Rd.**

**Lakeside, CA 92040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1015**            **Unknown**

When was the debt incurred?   **8/23/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 30 | |
|---|---|

**Byrd, Frank & Sandra**

Nonpriority Creditor's Name

**1324 Palmer Ave.**

**Camarillo, CA 93010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0024**            **Unknown**

When was the debt incurred?   **06/08/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 31 | |
|---|---|

**Byrne, Rosanne**

Nonpriority Creditor's Name

**19771 Quiet Bay Ln**

**Huntington Beach, CA 92648**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1007**            **Unknown**

When was the debt incurred?   **8/16/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.6 32 | **C&W Investments, Inc. dba Pacific M&M** | Last 4 digits of account number | **None** | **$321,388.72** |

Nonpriority Creditor's Name

**PO Box 5060**

**Orange, CA 92863**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2/1/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.6 33 | **Cabading, Madeline & Leon** | Last 4 digits of account number | **1010** | **Unknown** |

Nonpriority Creditor's Name

**65 Potomac St**

**San Francisco, CA 94117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2/11/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 34 | **Cabanas, Ursula** | Last 4 digits of account number | **3086** | **Unknown** |

Nonpriority Creditor's Name

**13386 Gelbourne**

**Del Mar, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **9/8/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 35 | **Cabezas, Sal & Livier** | Last 4 digits of account number | **0005** | **$0.00** |

Nonpriority Creditor's Name
**1704 N. Pepper St.**
**Burbank, CA 91505**
Number Street City State Zip Code

When was the debt incurred?  **11/16/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 36 | **Cabigao, Victoria** | Last 4 digits of account number | **4038** | **Unknown** |

Nonpriority Creditor's Name
**5959 Jackson Dr**
**La Mesa, CA 91942**
Number Street City State Zip Code

When was the debt incurred?  **6/25/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 37 | **Cabreles, Gabriel** | Last 4 digits of account number | **1049** | **Unknown** |

Nonpriority Creditor's Name
**6835 Valmont St.**
**Tujunga, CA 91042**
Number Street City State Zip Code

When was the debt incurred?  **2/22/2011**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.6 38 | **Cadavid, Cynthia** | Last 4 digits of account number | **0069** | **Unknown** |

Nonpriority Creditor's Name
**9521 Foster Rd.**
**Downey, CA 90242**
Number Street City State Zip Code

When was the debt incurred?     **3/15/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 39 | **Caetano, Maria** | Last 4 digits of account number | **4115** | **Unknown** |

Nonpriority Creditor's Name
**11649 East 169Th St**
**Artesia, CA 90701**
Number Street City State Zip Code

When was the debt incurred?     **7/30/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 40 | **Cage, Mark** | Last 4 digits of account number | **2008** | **Unknown** |

Nonpriority Creditor's Name
**4303 Pampas Ave**
**Oakland, CA 94619**
Number Street City State Zip Code

When was the debt incurred?     **6/13/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.6 41** | **Cahill, Sandra** | **Unknown** |

Nonpriority Creditor's Name

**17451 Matinal**
**San Diego, CA 92127**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **2001**

**When was the debt incurred?**   **1/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.6 42** | **Caine & Weiner, collection agency** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 5010**
**Woodland Hills, CA 91365-5010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **6411**

**When was the debt incurred?**   **1/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.6 43** | **Caison, Roy** | **Unknown** |

Nonpriority Creditor's Name

**3767 Grayburn Ave**
**Los Angeles, CA 90018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **2043**

**When was the debt incurred?**   **5/26/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 44 | | | |
|---|---|---|---|

**Calabrese, Marie**
Nonpriority Creditor's Name

**19616 Rolling Green Dr**
**Apple Valley, CA 92308**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2010**                Unknown

**When was the debt incurred?**   **8/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 45 | | | |
|---|---|---|---|

**Calderon, Armando**
Nonpriority Creditor's Name

**6320 Pullman Crt**
**Riverside, CA 92505**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1023**                Unknown

**When was the debt incurred?**   **8/23/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 46 | | | |
|---|---|---|---|

**Calderon, Juan**
Nonpriority Creditor's Name

**10663 Fern Ave**
**Stanton, CA 90680**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2015**                Unknown

**When was the debt incurred?**   **11/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**                                              Case number (if know)

---

| 4.6 47 | **Calderon, Juan & Mirna** | Last 4 digits of account number | **4088** | **Unknown** |

Nonpriority Creditor's Name

**10336 Fern Ave**
**Stanton, CA 90680**

Number Street City State Zip Code

When was the debt incurred?    **7/11/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 48 | **calderon, M** | Last 4 digits of account number | **9023** | **Unknown** |

Nonpriority Creditor's Name

**300 N. 20th St.**
**Montebello, CA 90640**

Number Street City State Zip Code

When was the debt incurred?    **12/08/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 49 | **Caldwell, David** | Last 4 digits of account number | **0059** | **Unknown** |

Nonpriority Creditor's Name

**815 Park Street**
**Alameda, CA 94501**

Number Street City State Zip Code

When was the debt incurred?    **01/11/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 50 | | | |
|---|---|---|---|

**Caldwell, David**
Nonpriority Creditor's Name
**815 Park St.**
**Alameda, CA 94501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **0070**                    **$0.00**

**When was the debt incurred?**   **09/14/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 51 | | | |
|---|---|---|---|

**Caldwell, Edward & Melanie**
Nonpriority Creditor's Name
**8776 Tourmaune Ct**
**Riverside, CA 92509**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **4113**                    **Unknown**

**When was the debt incurred?**   **5/29/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 52 | | | |
|---|---|---|---|

**Caldwell, Ronnie**
Nonpriority Creditor's Name
**2144 104th Ave**
**Oakland, CA 94603**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **1050**                    **Unknown**

**When was the debt incurred?**   **05/10/11**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.6 53 | **Caldwell, Stanley** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**22407 Charlotte Dr.**
**Torrance, CA 90505**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1002**                    **Unknown**

**When was the debt incurred?**   **9/27/2011**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.6 54 | **Calhoun, Martha** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**732 Dorado Dr.**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **0003**                    **Unknown**

**When was the debt incurred?**   **03/09/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.6 55 | **Caliber Garage Doors** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**8926 Benson Ave  Suite K**
**Montclair, CA 91763**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **Pacific Coast Home Solutions**     **$120.00**

**When was the debt incurred?**   **12/19/2015**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.6 56 | | | |
|---|---|---|---|

**Calica, Nena**
Nonpriority Creditor's Name

**1521 Verde Vista**
**Monterey Park, CA 91754**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number **1031**                  **Unknown**

**When was the debt incurred?**  **3/15/2012**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.6 57 | | | |
|---|---|---|---|

**California First**
Nonpriority Creditor's Name

**1221 Broadway 4th Fl**
**Oakland, CA 94612**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number **None**                  **Unknown**

**When was the debt incurred?**  **6/1/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt - Exterior Specialist - Personally Guaranteed**

| 4.6 58 | | | |
|---|---|---|---|

**Calkin, Landon**
Nonpriority Creditor's Name

**12740 10th Street**
**Yucaipa, CA 92399**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number **2090**                  **Unknown**

**When was the debt incurred?**  **5/28/2012**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 59 | **Calkins, Sascha** | Last 4 digits of account number | **3014** | **Unknown** |

Nonpriority Creditor's Name

**14492 Morning Glory Rd**
**Tustin, CA 92780**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **8/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 60 | **Callicoatte, Derrick** | Last 4 digits of account number | **1091** | **Unknown** |

Nonpriority Creditor's Name

**3827 Dagnan**
**Los Angeles, CA 90008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **11/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 61 | **Calvin, Sharon** | Last 4 digits of account number | **0008** | **$0.00** |

Nonpriority Creditor's Name

**757 California St.**
**El Segundo, CA 90245**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **10/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.6 62 | |
|---|---|

**Calvin, Theadore & Noreen**
Nonpriority Creditor's Name
**1512 Falcon Ave**
**Bakersfield, CA 93304**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4107**       **Unknown**

**When was the debt incurred?**   **9/15/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 63 | |
|---|---|

**Camacho, Pedro**
Nonpriority Creditor's Name
**962 Agua Tibia Ave.**
**Chula Vista, CA 91911**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3129**       **Unknown**

**When was the debt incurred?**   **1/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 64 | |
|---|---|

**Cameron, Charles & Rita**
Nonpriority Creditor's Name
**1555 Hillcrest Lane**
**Fallbrook, CA 92028**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1075**       **Unknown**

**When was the debt incurred?**   **8/23/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6<br>65 | **Cameron, James** | Last 4 digits of account number | **1053** | **Unknown** |

Nonpriority Creditor's Name
**6050 Henderson Drive #13**
**La Mesa, CA 91942**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **11/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6<br>66 | **Cameron, Lilian** | Last 4 digits of account number | **3043** | **Unknown** |

Nonpriority Creditor's Name
**7866 Hemingway Ave**
**San Diego, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **8/20/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6<br>67 | **Cameron, Lilian** | Last 4 digits of account number | **3020** | **Unknown** |

Nonpriority Creditor's Name
**7866 Hemingway Ave.**
**San Diego, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **4/29/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.6 68 | | | |
|---|---|---|---|

**Cameron, Lillian**                     Last 4 digits of account number   **4010**                          **Unknown**
Nonpriority Creditor's Name
**7866 Hemingway Ave**                   When was the debt incurred?   **8/10/2014**
**San Diego, CA 92120**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                          ■ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ■ Other. Specify  **Business Debt - Past Customer of Exterior**
☐ Yes                                                      **Specialist**

| 4.6 69 | | | |
|---|---|---|---|

**Campbell, David & Laurel**             Last 4 digits of account number   **2083**                          **Unknown**
Nonpriority Creditor's Name
**39434 Salinas Dr**                     When was the debt incurred?   **2/11/2012**
**Murrieta, CA 92563**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                          ■ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ■ Other. Specify  **Business Debt - Past Customer of Exterior**
☐ Yes                                                      **Specialist**

| 4.6 70 | | | |
|---|---|---|---|

**Campbell, Georgianne**                 Last 4 digits of account number   **1049**                          **Unknown**
Nonpriority Creditor's Name
**1864 Marber Avenue**                   When was the debt incurred?   **10/25/2011**
**Long Beach, CA 90815**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                          ■ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ■ Other. Specify  **Business Debt - Past Customer of Exterior**
☐ Yes                                                      **Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.6 71**

**Campbell, Joan**
Nonpriority Creditor's Name
**1598 Minorca Dr**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2017**          **Unknown**

When was the debt incurred?   **11/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.6 72**

**Campbell, Lavonne**
Nonpriority Creditor's Name
**1679 Buena Vista Avenue**
**Anaheim, CA 92802**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2117**          **Unknown**

When was the debt incurred?   **11/5/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.6 73**

**Campbell, Michael**
Nonpriority Creditor's Name
**14811 Woodland Drive**
**Fontana, CA 92337**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1021**          **Unknown**

When was the debt incurred?   **5/24/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.6 74 | **Campbell, Pleas & Katie** | | **Unknown** |

Nonpriority Creditor's Name

**1146 S. Oxford Ave**
**Los Angeles, CA 90006**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**Last 4 digits of account number**   **2025**

**When was the debt incurred?**   **9/9/2015**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 75 | **Campbell, Sharon** | | **Unknown** |

Nonpriority Creditor's Name

**591 Knowell Pl**
**Costa Mesa, CA 92627**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**Last 4 digits of account number**   **4094**

**When was the debt incurred?**   **5/23/2014**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 76 | **Campos, Jenny** | | **Unknown** |

Nonpriority Creditor's Name

**932 Philadelphia St**
**Pomona, CA 91766**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**Last 4 digits of account number**   **3062**

**When was the debt incurred?**   **9/24/2013**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.6 77 | **Campton, Nick & Charlene** | | Last 4 digits of account number | **4060** | **Unknown** |

Nonpriority Creditor's Name

**2034 Las Lomas**
**Concord, CA 94519**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/12/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 78 | **Canizalez, Dolores** | | Last 4 digits of account number | **1044** | **Unknown** |

Nonpriority Creditor's Name

**566 Bonita Street**
**San Pedro, CA 90731**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **7/26/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 79 | **Cannon, Gerald & Jeane** | | Last 4 digits of account number | **3022** | **Unknown** |

Nonpriority Creditor's Name

**1555 Washington St**
**Ramona, CA 92065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **5/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| | |
|---|---|
| 4.6<br>80 | |

**Cano, Francisco**
Nonpriority Creditor's Name

**84-620 Sunrise Ave**
**Coachella, CA 92236**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2081**               **Unknown**

**When was the debt incurred?**   **7/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| 4.6<br>81 | |

**Cantlin, Josephine**
Nonpriority Creditor's Name

**15370 Carfax Ave**
**Bellflower, CA 90706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2010**               **Unknown**

**When was the debt incurred?**   **4/3/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| 4.6<br>82 | |

**Cantu, Richard & Adilia**
Nonpriority Creditor's Name

**19524 Gravina St**
**Rowland Heights, CA 91748**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4030**               **Unknown**

**When was the debt incurred?**   **2/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 83 | | | |
|---|---|---|---|

**Caplen-Smith, Cameron & Rachel**                          **Unknown**
Nonpriority Creditor's Name

**2299 N. Legion Dr. #204**
**Signal Hills, CA 90755**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1120**

When was the debt incurred?   **3/15/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 84 | | | |
|---|---|---|---|

**Cappa, Albert**                          **Unknown**
Nonpriority Creditor's Name

**3019 5th st.**
**National City, CA 91950**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0034**

When was the debt incurred?   **07/27/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 85 | | | |
|---|---|---|---|

**Capparelli, Pete**                          **Unknown**
Nonpriority Creditor's Name

**43468 San Pascual**
**Palm Desert, CA 92260**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3004**

When was the debt incurred?   **4/3/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 86 | **Capporelli, Pete & Suzy** | Last 4 digits of account number | **4038** | **Unknown** |

Nonpriority Creditor's Name

**43468 San Pascual Ave.**
**Palm Desert, CA 92260**

When was the debt incurred?   **2/7/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.6 87 | **Caprara, Lia** | Last 4 digits of account number | **1028** | **Unknown** |

Nonpriority Creditor's Name

**3500 Emerald Isle Dr.**
**Glendale, CA 91206**

When was the debt incurred?   **4/12/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.6 88 | **Caracoza, David** | Last 4 digits of account number | **026l** | **Unknown** |

Nonpriority Creditor's Name

**25674 Palm Meadows**
**Moreno Valley, CA 92557**

When was the debt incurred?   **9/14/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 89 | **Carbajal, Ingrid** | | Last 4 digits of account number | **2088** | **Unknown** |

Nonpriority Creditor's Name

**2269 Erwing St**
**Los Angeles, CA 90039**
Number Street City State Zip Code

**When was the debt incurred?**     **8/17/2012**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 90 | **Cardarelli, Karen** | | Last 4 digits of account number | **0061** | **Unknown** |

Nonpriority Creditor's Name

**26272 Palisades**
**Mission Viejo, CA 92692**
Number Street City State Zip Code

**When was the debt incurred?**     **1/4/2011**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 91 | **Cardenas, Yolanda** | | Last 4 digits of account number | **3081** | **Unknown** |

Nonpriority Creditor's Name

**8991 San Gabriel**
**Southgate, CA 90280**
Number Street City State Zip Code

**When was the debt incurred?**     **7/15/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 92 | |
|---|---|

**Cardenas, Yolanda**
Nonpriority Creditor's Name
**8991 San Gabriel Ave**
**South Gate, CA 90280**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3081**                      **Unknown**

When was the debt incurred?   **7/23/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 93 | |
|---|---|

**Cardenas, Yolanda**
Nonpriority Creditor's Name
**8991 San Gabriel Ave**
**South Gate, CA 90280**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2083**                      **Unknown**

When was the debt incurred?   **11/11/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 94 | |
|---|---|

**CARDINAL, Terri & Kenneth**
Nonpriority Creditor's Name
**1167 E. 26th St.**
**San Bernardino, CA 92404**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1008**                      **Unknown**

When was the debt incurred?   **1/18/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.6 95 | **Cardona, Nelie** | Last 4 digits of account number | **1051** | **Unknown** |

Nonpriority Creditor's Name

**11215 Lucas Street**
**Cerritos, CA 90703**

Number Street City State Zip Code

When was the debt incurred?  **1/5/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 96 | **Cardwell, Edason** | Last 4 digits of account number | **1016** | **Unknown** |

Nonpriority Creditor's Name

**6012 Albermarie**
**San Diego, CA 92139**

Number Street City State Zip Code

When was the debt incurred?  **8/23/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.6 97 | **Carillo, April** | Last 4 digits of account number | **3002** | **Unknown** |

Nonpriority Creditor's Name

**10430 Wagon Road**
**Corona, CA 92883**

Number Street City State Zip Code

When was the debt incurred?  **3/20/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.6 98**

**Carlson, Majorie**
Nonpriority Creditor's Name

**11444 Zelzah Avenue**
**Granda Hills, CA 91344**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1025**          **Unknown**

**When was the debt incurred?**   **10/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.6 99**

**Carmell, Bonnie**
Nonpriority Creditor's Name

**10013 Sunningdale**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4026**          **Unknown**

**When was the debt incurred?**   **4/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.7 00**

**Carmell, Bonnie**
Nonpriority Creditor's Name

**10013 Sunning Dale Dr.**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3045**          **Unknown**

**When was the debt incurred?**   **4/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.7 01 | | |
|---|---|---|

**Carney, Neil**
Nonpriority Creditor's Name
**1522 Lily Ave**
**El Cajon, CA 92021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3178**                    **Unknown**

**When was the debt incurred?**   **8/13/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.7 02 | | |
|---|---|---|

**Carney, Neil**
Nonpriority Creditor's Name
**1522  Lily Ave**
**El Cajon, CA 92021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1030**                    **Unknown**

**When was the debt incurred?**   **11/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.7 03 | | |
|---|---|---|

**Carpenter, Pat & Marin**
Nonpriority Creditor's Name
**5225 Duncan Way**
**South Gate, CA 90280**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4094**                    **Unknown**

**When was the debt incurred?**   **3/5/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.7 04 | **Carpenter, Patrocinio** | Last 4 digits of account number | **1003** | **Unknown** |

Nonpriority Creditor's Name
**5225 Duncan Way**
**South Gate, CA 90280**
Number Street City State Zip Code

When was the debt incurred?   **3/15/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 05 | **Carpenter, Ralph** | Last 4 digits of account number | **3021** | **Unknown** |

Nonpriority Creditor's Name
**7807 Camino Glorita**
**San Diego, CA 92122**
Number Street City State Zip Code

When was the debt incurred?   **5/7/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 06 | **Carpenter, Robert** | Last 4 digits of account number | **0028** | **Unknown** |

Nonpriority Creditor's Name
**1802 Washington St.**
**Long Beach, CA 90805**
Number Street City State Zip Code

When was the debt incurred?   **11/02/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.7 07**

**Carr, Donna**
Nonpriority Creditor's Name
**1201 Sidonia St.**
**Encinitas, CA 92024**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **4074**                        **Unknown**

When was the debt incurred?   **2/1/2014**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.7 08**

**Carrillo, Diane**
Nonpriority Creditor's Name
**630 Saratoga St.**
**Fillmore, CA 93015**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **0105**                        **$0.00**

When was the debt incurred?   **08/10/10**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.7 09**

**Carroll, Juana**
Nonpriority Creditor's Name
**3602 Maxson Rd. Apt. E**
**El Monte, CA 91732**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **1092**                        **Unknown**

When was the debt incurred?   **3/8/2011**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.7 10 | |
|---|---|

**Carroll, Linda**
Nonpriority Creditor's Name
**2428 Alder Dr.**
**Ontario, CA 91761**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3092**                    **Unknown**

**When was the debt incurred?**   **12/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 11 | |
|---|---|

**Carroll, Nancy**
Nonpriority Creditor's Name
**810 S. Longwood**
**Los Angeles, CA 90005**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1128**                    **Unknown**

**When was the debt incurred?**   **5/3/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 12 | |
|---|---|

**Carrougher, Glenn**
Nonpriority Creditor's Name
**42705 Baracoa**
**Indio, CA 92203**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2021**                    **Unknown**

**When was the debt incurred?**   **5/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.7 13 | **Cartagena, Edwin** | | | **Unknown** |

Nonpriority Creditor's Name
**1104 Cedar Ave**
**Redlands, CA 92373**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1997**

**When was the debt incurred?**    **3/27/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 14 | **Cascante, Roberto** | | | **Unknown** |

Nonpriority Creditor's Name
**1624 N. Althea Ave.**
**Rialto, CA 92376**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **0112**

**When was the debt incurred?**    **08/17/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 15 | **Case, Kirby** | | | **Unknown** |

Nonpriority Creditor's Name
**1940 Heywood St.**
**Simi Valley, CA 93065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **0011**

**When was the debt incurred?**    **05/18/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**                                    Case number *(if know)* _____

| 4.7 16 | **Casey, Jim & Donna** | Last 4 digits of account number | **1098** | **Unknown** |

Nonpriority Creditor's Name

**5842 E. Parapet Street**
**Long Beach, CA 90808**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **12/6/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 17 | **Casey, Josipa** | Last 4 digits of account number | **0002** | **$0.00** |

Nonpriority Creditor's Name

**621 E. Plymouth St.**
**Glendora, CA 91740**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 18 | **Casey, Thomas & Kathy** | Last 4 digits of account number | **3008** | **Unknown** |

Nonpriority Creditor's Name

**1886 Sandcliff Rd. #4**
**Palm Springs, CA 92264**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **5/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.7 19 | | | |
|---|---|---|---|

**Cason, Tanya**
Nonpriority Creditor's Name

**29495 Rivera Court**
**San Juan Capistrano, CA 92675**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2017**          **Unknown**

When was the debt incurred?   **1/28/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 20 | | | |
|---|---|---|---|

**CASPER, David**
Nonpriority Creditor's Name

**6144 Lawrence St.**
**Cypress, CA 90630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1067**          **Unknown**

When was the debt incurred?   **2/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 21 | | | |
|---|---|---|---|

**Cassani, Dorothy**
Nonpriority Creditor's Name

**20965 San Maguel Ave**
**Castro Valley, CA 94546**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4152**          **Unknown**

When was the debt incurred?   **6/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.7 22**

**Cassett, John**

Nonpriority Creditor's Name

**2354 Roycroft.**
**Long Beach, CA 90815**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1032**          **Unknown**

**When was the debt incurred?**   **6/14/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.7 23**

**Cassett, John & Lucille**

Nonpriority Creditor's Name

**2354 Roycroft Ave.**
**Long Beach, CA 90815**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0116**          **Unknown**

**When was the debt incurred?**   **05/11/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.7 24**

**Castaneda, Enestina**

Nonpriority Creditor's Name

**3675 32nd St.**
**San Diego, CA 92104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0123**          **Unknown**

**When was the debt incurred?**   **05/18/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.7 25 | **Castaneda, Ernestina** | Last 4 digits of account number | **4115** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3675 32Nd St**

**San Diego, CA 92104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **6/9/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 26 | **Castaneda, Tomasa** | Last 4 digits of account number | **4076** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**12631 Sylvan St.**

**Garden Grove, CA 92845**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **1/28/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 27 | **Castello, Emily** | Last 4 digits of account number | **4077** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**648 E Shaver St**

**San Jacinto, CA 92583**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **5/19/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.7
28**

**Castiglione, Francesa**

Nonpriority Creditor's Name

**15 Pineoak #100**
**Aliso Viejo, CA 92656**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4046**                              **Unknown**

**When was the debt incurred?**   **11/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior
Specialist**

---

**4.7
29**

**Castiglione, francesca**

Nonpriority Creditor's Name

**15 Pine Oak Unit 100**
**Aliso Viejo, CA 92656**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0089**                              **Unknown**

**When was the debt incurred?**   **11/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior
Specialist**

---

**4.7
30**

**Castilleja, Faye**

Nonpriority Creditor's Name

**14505 Zircon Cir.**
**Palm Dessert, CA 92260**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1140**                              **Unknown**

**When was the debt incurred?**   **4/26/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior
Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.7 31 | | | |
|---|---|---|---|

**Castillejo, Luis & Emily**
Nonpriority Creditor's Name
**2866 S. Whispering Lakes Ln**
**Ontario, CA 91761**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **Unknown**

**When was the debt incurred?**  **9/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 32 | | | |
|---|---|---|---|

**Castillejo, Luis & Emily**
Nonpriority Creditor's Name
**2866 S. Whispering Lakes ln.**
**Ontario, CA 91761**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   3058   **Unknown**

**When was the debt incurred?**  **12/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 33 | | | |
|---|---|---|---|

**Castorena, Elva**
Nonpriority Creditor's Name
**1423 S. Primrose Ave**
**Alhambra, CA 91803**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   1434   **Unknown**

**When was the debt incurred?**  **12/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.7 34 | **Castorena, Elva** | | | Last 4 digits of account number | **1935** | **Unknown** |

Nonpriority Creditor's Name
**1423 S. Primrose**
**Alhambra, CA 91803**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**     **11/26/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 35 | **Castro, Arturo & Leticia** | | | Last 4 digits of account number | **1976** | **Unknown** |

Nonpriority Creditor's Name
**43550 Main St**
**Indio, CA 92201**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**     **5/20/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 36 | **Castro, Gary** | | | Last 4 digits of account number | **0005** | **Unknown** |

Nonpriority Creditor's Name
**603 S. Eastbury Ave.**
**West Covina, CA 91726**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**     **01/26/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.7 37 | **Castro, John & Theresa** | Last 4 digits of account number | **4076** | **Unknown** |

Nonpriority Creditor's Name

**11511 Oasis Rd**

**Pinon Hills, CA 92372**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **4/2/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 38 | **Castro, Mr. & Mrs.** | Last 4 digits of account number | **4067** | **Unknown** |

Nonpriority Creditor's Name

**1724 Truman Circle**

**Placentia, CA 92870**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 39 | **Castro, Victor** | Last 4 digits of account number | **1018** | **Unknown** |

Nonpriority Creditor's Name

**15708 Golden Star Ave**

**Riverside, CA 92506**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **6/28/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.7 40 | | | |
|---|---|---|---|

**Caswell, Raymond**

Nonpriority Creditor's Name

**4286 Mt Putman**
**San Diego, CA 92107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1089**                           **Unknown**

When was the debt incurred?    **1/13/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 41 | | | |
|---|---|---|---|

**Cate, Jeanne**

Nonpriority Creditor's Name

**3425 Mt. Everest**
**San Diego, CA 92111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1047**                           **Unknown**

When was the debt incurred?    **7/26/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 42 | | | |
|---|---|---|---|

**Cate, Jeanne**

Nonpriority Creditor's Name

**3425 Mount Everest Blvd**
**San Diego, CA 92111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2068**                           **Unknown**

When was the debt incurred?    **10/16/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.7 43 | | | |
|---|---|---|---|

**Catlett, Thomas**

Nonpriority Creditor's Name

**12368 16th St**
**Yucaipa, CA 92399**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3071**        **Unknown**

**When was the debt incurred?**    **10/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 44 | | | |
|---|---|---|---|

**Cavaness, David**

Nonpriority Creditor's Name

**13119 Cliffshire Ave**
**Corona, CA 92879**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2011**        **Unknown**

**When was the debt incurred?**    **7/7/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 45 | | | |
|---|---|---|---|

**Cavazos , Hector**

Nonpriority Creditor's Name

**524 Stanley Dr.**
**Santa Barbara, CA 93105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0095**        **Unknown**

**When was the debt incurred?**    **05/04/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.7 46 | | | |
|---|---|---|---|

**Cavin, Sharon**

Nonpriority Creditor's Name

**757 California Street**

**El Segundo, CA 90245**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2093**                    **Unknown**

**When was the debt incurred?**   **8/13/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 47 | | | |
|---|---|---|---|

**Cavin, Sharon**

Nonpriority Creditor's Name

**757 California St.**

**El Segundo, CA 90245**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0008**                    **Unknown**

**When was the debt incurred?**   **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 48 | | | |
|---|---|---|---|

**CCB Credit Services**

Nonpriority Creditor's Name

**5300 S 6th St**

**Springfield, IL 62703-5184**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number   **9**                    **Unknown**

**When was the debt incurred?**   **8/29/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.7 49 | **Ceballos, Jacqueline** | Last 4 digits of account number | **4062** | **Unknown** |

Nonpriority Creditor's Name
**31215 Slate St**
**Mentone, CA 92359**
Number Street City State Zip Code

**When was the debt incurred?**  **1/17/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 50 | **Ceballos, Mary** | Last 4 digits of account number | **4052** | **Unknown** |

Nonpriority Creditor's Name
**8972 Carob St.**
**Fontana, CA 92335**
Number Street City State Zip Code

**When was the debt incurred?**  **1/20/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 51 | **Ceballos, Robin & Jackie** | Last 4 digits of account number | **0078** | **Unknown** |

Nonpriority Creditor's Name
**31215 Slate St.**
**Mentone, CA 92359**
Number Street City State Zip Code

**When was the debt incurred?**  **1/4/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.7
52**

**Cecil, Jeffrey**
Nonpriority Creditor's Name
**16281 Magellanan Lane**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2025**                    **Unknown**

**When was the debt incurred?**    **6/20/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.7
53**

**Cedillo, Joseph**
Nonpriority Creditor's Name
**13336 Sandra Pl.**
**Garden Grove, CA 92843**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1095**                    **Unknown**

**When was the debt incurred?**    **5/10/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.7
54**

**Cedillos, Rudy**
Nonpriority Creditor's Name
**20710 Schoenborn St**
**Winnetka, CA 91306**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____                    **Unknown**

**When was the debt incurred?**    **7/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.7 55 | **Cedillos, Rudy & Patty** | | Last 4 digits of account number | **3095** | **Unknown** |

Nonpriority Creditor's Name

**20710 Schoenborn**

**Winnetka, CA 91306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **9/30/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 56 | **Centeno, Angel** | | Last 4 digits of account number | **4030** | **Unknown** |

Nonpriority Creditor's Name

**837 S Melrose St**

**Placentia, CA 92708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **10/15/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 57 | **Centeno, Ron & Edith** | | Last 4 digits of account number | **4041** | **Unknown** |

Nonpriority Creditor's Name

**17353 Ruette Aberto**

**San Diego, CA 92127**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.7 58 | **Centerline Construction Management Co** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**17456 Covello Street**
**Van Nuys, CA 91406**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **None**                    **Unknown**

When was the debt incurred?  **1/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.7 59 | **Ceriale, Billie** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**115 Santa Ana Ave.**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0063**                    **$0.00**

When was the debt incurred?  **08/03/10**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 60 | **Cerna, Hector & Lupita** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6424 Wheeler Ave**
**La Verne, CA 91750**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2067**                    **Unknown**

When was the debt incurred?  **12/5/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

| | |
|---|---|
| **4.7 61** | |

**Ceron, Jorge**
Nonpriority Creditor's Name
**420 E. 120Th St**
**Los Angeles, CA 90061**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **2012**          **Unknown**

When was the debt incurred?   **8/6/2015**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.7 62** | |

**Cerruti, Joe & Mayda**
Nonpriority Creditor's Name
**3527 Wild Flower Way**
**Concord, CA 94518**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **97CO**          **Unknown**

When was the debt incurred?   **4/10/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.7 63** | |

**Cervantes, Salvador**
Nonpriority Creditor's Name
**6165 Springvale Dr.**
**Los Angeles, CA 90042**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **0011**          **Unknown**

When was the debt incurred?   **02/16/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.7 64 | | | |
|---|---|---|---|

**Cervantez, Mary**
Nonpriority Creditor's Name

**81147 Mariposa Circle**
**Indio, CA 92201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4047**          **Unknown**

When was the debt incurred?   **5/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 65 | | | |
|---|---|---|---|

**Chabot, Ray and Theresa**
Nonpriority Creditor's Name

**9925 Balmoral**
**Whittier, CA 90601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3021**          **Unknown**

When was the debt incurred?   **8/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 66 | | | |
|---|---|---|---|

**Chacon, Angel & Elizabeth**
Nonpriority Creditor's Name

**8535 Cherokee Dr**
**Downey, CA 90241**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1091**          **Unknown**

When was the debt incurred?   **2/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| | |
|---|---|
| 4.7 67 | |

**Chacon, Angel & Elizabeth**

Nonpriority Creditor's Name

**8535 Cherokee Dr.**
**Downey, CA 90241**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1091**          **Unknown**

When was the debt incurred?  **3/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| 4.7 68 | |

**Chahinian, Leon**

Nonpriority Creditor's Name

**10281 Parliament Ave.**
**Garden Grove, CA 92840**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0075**          **Unknown**

When was the debt incurred?  **05/04/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| 4.7 69 | |

**Chaidez, Lilia**

Nonpriority Creditor's Name

**9165 Cecilia St**
**Downey, CA 90241**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4134**          **Unknown**

When was the debt incurred?  **5/14/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.7 70 | **Chaloux, Joyce** | | | | Last 4 digits of account number | **1087** | | **Unknown** |

Nonpriority Creditor's Name

**11601 Stanford Ave**
**Garden Grove, CA 92840**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **1/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 71 | **Chamberlain, Greg** | | | | Last 4 digits of account number | **1009** | | **Unknown** |

Nonpriority Creditor's Name

**330 Olinda Ave.**
**La Habra, CA 90631**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **8/16/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 72 | **Chambers, Robert** | | | | Last 4 digits of account number | **3002** | | **Unknown** |

Nonpriority Creditor's Name

**11439 Laurel Crest Dr.**
**Studio City, CA 91604**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **9/28/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.7 73 | **Chan, Darly & Hilda** | Last 4 digits of account number | **0044** | **Unknown** |

Nonpriority Creditor's Name
**8249 Lorain Rd.**
**San Gabriel, CA 91775**
Number Street City State Zip Code

**When was the debt incurred?**    **11/16/10**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 74 | **Chan, Robert** | Last 4 digits of account number | **1006** | **Unknown** |

Nonpriority Creditor's Name
**1643 45th Ave**
**San Francisco, CA 94122**
Number Street City State Zip Code

**When was the debt incurred?**    **1/10/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 75 | **Chandler, Charles & Bush, Donald** | Last 4 digits of account number | **43CO** | **Unknown** |

Nonpriority Creditor's Name
**1117 Via Verde**
**Cathedral City, CA 92224**
Number Street City State Zip Code

**When was the debt incurred?**    **3/25/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.7 76 | **Chandler, Charles & Bush, Donald** | Last 4 digits of account number | 2043 | **Unknown** |

Nonpriority Creditor's Name
**1117 Via Verde**
**Cathedral City, CA 92224**
Number Street City State Zip Code

When was the debt incurred?    **9/28/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only

■ Contingent
☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 77 | **Chaney, Byron** | Last 4 digits of account number | 2039 | **Unknown** |

Nonpriority Creditor's Name
**1042 E. Apache Rd.**
**Palm Springs, CA 92264**
Number Street City State Zip Code

When was the debt incurred?    **1/16/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only

■ Contingent
☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 78 | **Chaney, Kellie** | Last 4 digits of account number | 2586 | **Unknown** |

Nonpriority Creditor's Name
**1214 W. Chestnut Ave**
**Santa Ana, CA 92703**
Number Street City State Zip Code

When was the debt incurred?    **3/28/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only

■ Contingent
☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

**4.7 79**

**Chang, John**
Nonpriority Creditor's Name
**1312 Harvard Street**
**Santa Monica, CA 90404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1086**          **Unknown**

**When was the debt incurred?**  **8/9/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.7 80**

**Chapa, Raul and Florienz**
Nonpriority Creditor's Name
**31146 Old Train Cir**
**Murrieta, CA 92563**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3023**          **Unknown**

**When was the debt incurred?**  **7/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.7 81**

**Chapel, Peter & Patricia**
Nonpriority Creditor's Name
**1243 Princeton Street**
**Santa Monica, CA 90404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1009**          **Unknown**

**When was the debt incurred?**  **11/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.7 82 | | |
|---|---|---|

**Chaplinski, Julie**
Nonpriority Creditor's Name

**1108 S. Postiano Ave.**
**Anaheim, CA 92808**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0019**            **Unknown**

**When was the debt incurred?**   **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 83 | | |
|---|---|---|

**Chapman, Birdia**
Nonpriority Creditor's Name

**2923 W. 140Th St**
**Gardena, CA 90249**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4008**            **Unknown**

**When was the debt incurred?**   **10/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 84 | | |
|---|---|---|

**Chapman, James & Birdia**
Nonpriority Creditor's Name

**2923 W, 140Th St**
**Gardena, CA 90249**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2020**            **Unknown**

**When was the debt incurred?**   **10/14/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.7 85 | **Chapman, Kathryn** | Last 4 digits of account number | **91CO** | **Unknown** |

Nonpriority Creditor's Name

**75 Unit P Calle Aragon**
**Laguna Woods, CA 92637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **1/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 86 | **Charles, Fay** | Last 4 digits of account number | **3003** | **Unknown** |

Nonpriority Creditor's Name

**1734 2nd St.**
**Richmond, CA 94801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **1/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 87 | **Charles, Rashanda** | Last 4 digits of account number | **4013** | **Unknown** |

Nonpriority Creditor's Name

**37244 Titan St**
**Palmdale, CA 93550**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **9/9/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.7 88 | | | |
|---|---|---|---|

**Charney, Norm & Bonnie**

Nonpriority Creditor's Name

**64428 Spyglass Ave**
**Desert Hot Springs, CA 92240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1939**       **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 89 | | | |
|---|---|---|---|

**Chausse, Ronald**

Nonpriority Creditor's Name

**20391 Bayview Ave.**
**Newport Beach, CA 92660**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0068**       **Unknown**

**When was the debt incurred?**   **02/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 90 | | | |
|---|---|---|---|

**Chavarin, Guadalupe**

Nonpriority Creditor's Name

**2857 S Fairview Suite D**
**Santa Ana, CA 92704**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **OCJC**       **$41,500.00**

**When was the debt incurred?**   **5/3/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Exterior Specialist - Personally Guaranteed**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.7 91 | **Chavez, Michael A.** | | Last 4 digits of account number | **1111** | **Unknown** |

Nonpriority Creditor's Name
**7011 Surfside Dr.**
**Ventura, CA 93001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **5/17/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 92 | **Chavez, Rose** | | Last 4 digits of account number | **0125** | **Unknown** |

Nonpriority Creditor's Name
**16268 Sierra Ridge Way**
**Hacienda Hights, CA 91745**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **05/18/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 93 | **Chavez, Tony** | | Last 4 digits of account number | **9019** | **Unknown** |

Nonpriority Creditor's Name
**16612 Cooper Lane**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **11/24/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.7 94 | **Cheryl Solomon** | Last 4 digits of account number | **4082** | **Unknown** |

Nonpriority Creditor's Name

**9946 Beverly St.**
**Bellflower, CA 90706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **8/23/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 95 | **Cheshire, Jeannine & Howie** | Last 4 digits of account number | **4119** | **Unknown** |

Nonpriority Creditor's Name

**311 Fuego Ave**
**Pomona, CA 91767**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.7 96 | **Chesmore, Theresa** | Last 4 digits of account number | **2008** | **Unknown** |

Nonpriority Creditor's Name

**3216 Via Altamira**
**Fallbrook, CA 92028**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/9/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.7 97 | **Cheung, Eilee** | Last 4 digits of account number | **0122** | $0.00 |

Nonpriority Creditor's Name

**2402 Emily Ln.**
**San Francisco, CA 94080**
Number Street City State Zip Code

When was the debt incurred?  **10/19/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.7 98 | **Chiappe, Martha** | Last 4 digits of account number | **0031** | Unknown |

Nonpriority Creditor's Name

**1211 Oneonta Ave.**
**Imperial Beach, CA 91932**
Number Street City State Zip Code

When was the debt incurred?  **06/22/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.7 99 | **Chicaul, Lee & Nicole** | Last 4 digits of account number | **4109** | Unknown |

Nonpriority Creditor's Name

**7856 Cottonwood Ave**
**Hesperia, CA 92345**
Number Street City State Zip Code

When was the debt incurred?  **7/28/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.8 00 | | | |
|---|---|---|---|

**Chifos, Bobbi**
Nonpriority Creditor's Name

**7563 La Jolla Blvd**
**La Jolla, CA 92037**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2108**                                    **Unknown**

When was the debt incurred?   **3/13/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 01 | | | |
|---|---|---|---|

**Child, Craig & Corinne**
Nonpriority Creditor's Name

**12967 Falcon Place**
**Chino, CA 91710**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1045**                                    **Unknown**

When was the debt incurred?   **8/23/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 02 | | | |
|---|---|---|---|

**Child, Craig & Corinne**
Nonpriority Creditor's Name

**12967 Falcon Place**
**Chino, CA 91710**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1045**                                    **Unknown**

When was the debt incurred?   **8/30/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8 03 | **Childress, Patty** | Last 4 digits of account number | **3114** | **Unknown** |

Nonpriority Creditor's Name
**75393 Spyglass Dr**
**Indian Wells, CA 92210**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **9/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 04 | **Childs, Janet** | Last 4 digits of account number | **3062** | **Unknown** |

Nonpriority Creditor's Name
**3079 Cresta Way**
**Laguna Beach, CA 92651**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 05 | **Chism, Douglas & Cherly** | Last 4 digits of account number | **0041** | **Unknown** |

Nonpriority Creditor's Name
**15725 Gundry Ave.**
**Paramount, CA 90723**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **03/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.8 06 | **Chism, Sadie** | Last 4 digits of account number | 4012 | **Unknown** |

Nonpriority Creditor's Name

**15617 Delcombre Ave**
**Paramount, CA 90723**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   9/20/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 07 | **Chitraroff, Stephen & Leslie** | Last 4 digits of account number | 2057 | **Unknown** |

Nonpriority Creditor's Name

**42190 B Street**
**Murrieta, CA 92562**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   9/5/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 08 | **Cho, Andrew & Eunice** | Last 4 digits of account number | 2033 | **Unknown** |

Nonpriority Creditor's Name

**13427 Pheasant Knoll Rd**
**Corona, CA 92880**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   7/26/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8 09 | **Cho, Kenneth** | Last 4 digits of account number | **0129** | **Unknown** |

Nonpriority Creditor's Name
**3336 Punta Alta Ave. Unit 3B**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**When was the debt incurred?**   **09/21/10**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 10 | **Chochrane, Ivy** | Last 4 digits of account number | **3007** | **Unknown** |

Nonpriority Creditor's Name
**220 E Bradrick Dr**
**Carson, CA 90745**
Number Street City State Zip Code

**When was the debt incurred?**   **10/15/2013**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 11 | **Chon-Mcdonough, Kumil** | Last 4 digits of account number | **1006** | **Unknown** |

Nonpriority Creditor's Name
**1425 Bretmoor Way**
**San Jose, CA 95129**
Number Street City State Zip Code

**When was the debt incurred?**   **03/08/11**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know)

---

| 4.8 12 | | | |
|---|---|---|---|

**Chorak, Michael**

Nonpriority Creditor's Name

**37449 Briarwood Dr**
**Fremont, CA 94536**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4008**                    **Unknown**

**When was the debt incurred?**   **5/27/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 13 | | | |
|---|---|---|---|

**Chow, Kin & Sara**

Nonpriority Creditor's Name

**18914 Elizondo St**
**West Covina, CA 91792**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4057**                    **Unknown**

**When was the debt incurred?**   **8/12/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 14 | | | |
|---|---|---|---|

**Chrikjian, Arseen**

Nonpriority Creditor's Name

**1890 Rush Cir**
**Thousand Oaks., CA 91362**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0027**                    **Unknown**

**When was the debt incurred?**   **03/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.8 15**

**Christensen, James M.**
Nonpriority Creditor's Name

**1207 Saga St.**
**Glendora, CA 91741**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0113**                    **Unknown**

**When was the debt incurred?**   **10/19/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.8 16**

**Christensen, Kathrine**
Nonpriority Creditor's Name

**32946 9th St.**
**Winchester, CA 92596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0085**                    **Unknown**

**When was the debt incurred?**   **11/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.8 17**

**Christensen, Louetta**
Nonpriority Creditor's Name

**10611 Jamul Rd**
**Apple Valley, CA 92308**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1958**                    **Unknown**

**When was the debt incurred?**   **4/20/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8 18 | **Christensen, Russell & Heather** | Last 4 digits of account number | **3029** | **Unknown** |

Nonpriority Creditor's Name
**9116 Woolley St.**
**Temple City, CA 91780**
Number Street City State Zip Code

When was the debt incurred?   **1/17/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 19 | **Christensen, Russell & Heather** | Last 4 digits of account number | **3115** | **Unknown** |

Nonpriority Creditor's Name
**9116 Wooley St**
**Temple City, CA 91780**
Number Street City State Zip Code

When was the debt incurred?   **10/28/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 20 | **Christensen, Twila** | Last 4 digits of account number | **0048** | **Unknown** |

Nonpriority Creditor's Name
**1747 Calle Boca Del Canon**
**Santa Barbara, CA 93101**
Number Street City State Zip Code

When was the debt incurred?   **04/27/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.8 21 | **Christensen, Wynn** | | Last 4 digits of account number | **4058** | | **Unknown** |

Nonpriority Creditor's Name

**4751 Libra Pl**
**Yorba Linda, CA 92886**
Number Street City State Zip Code

**When was the debt incurred?**   **4/14/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

| 4.8 22 | **Christian, Charles** | | Last 4 digits of account number | **0017** | | **$0.00** |

Nonpriority Creditor's Name

**2127 Red Rose**
**Santa Barbara, CA 93109**
Number Street City State Zip Code

**When was the debt incurred?**   **11/30/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

| 4.8 23 | **Christiansen, Margaret** | | Last 4 digits of account number | **3009** | | **Unknown** |

Nonpriority Creditor's Name

**78987 Chardonnay Way**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**When was the debt incurred?**   **4/23/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.8 24**

**Christine, Edna & Algene**
Nonpriority Creditor's Name
**45 Wabash Terrace**
**San Francisco, CA 94134**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **2028**                     **Unknown**

When was the debt incurred?  **1/11/2013**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.8 25**

**Christopherson, Elizabeth**
Nonpriority Creditor's Name
**3839 Vista Campana S. #63.**
**Oceanside, CA 92057**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **0001**                     **Unknown**

When was the debt incurred?  **03/09/10**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.8 26**

**Christov, Harry**
Nonpriority Creditor's Name
**390 Darryl Drive**
**Campbell, CA 95008**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **1408**                     **Unknown**

When was the debt incurred?  **12/8/2014**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| 4.8 27 | | | |
|---|---|---|---|

**Chu, Amy**

Nonpriority Creditor's Name

**21 Entrada West**
**Irvine, CA 92602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2036**                    **Unknown**

When was the debt incurred?    **7/13/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.8 28 | | | |
|---|---|---|---|

**Chu, Narisa**

Nonpriority Creditor's Name

**3338 Prairie Ct**
**Newbury Park, CA 91329**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3012**                    **Unknown**

When was the debt incurred?    **8/14/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.8 29 | | | |
|---|---|---|---|

**Chu, Narisa**

Nonpriority Creditor's Name

**3338 Prarie Ct.**
**Newbury Park, CA 91320**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0126**                    **$0.00**

When was the debt incurred?    **10/12/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8 30 | **Chu, Sin** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**766 Ruby Ln**
**Anaheim, CA 92807**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4062**        **Unknown**

**When was the debt incurred?**   **6/9/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 31 | **Chuchvara, Thomas** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4437 Bakman Ave**
**Studio City, CA 91602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1116**        **Unknown**

**When was the debt incurred?**   **7/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 32 | **Chun, Joann** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2146 Princeton Avenue**
**Los Angeles, CA 90026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **103l**        **Unknown**

**When was the debt incurred?**   **5/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| 4.8 33 | | | |
|---|---|---|---|

**CHUN, Matthew & Arlene**
Nonpriority Creditor's Name

**22326 Naples Dr.**
**Moreno Valley, CA 92557**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0105**                                   **Unknown**

**When was the debt incurred?**    **2/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 34 | | | |
|---|---|---|---|

**Ciani, Hedy**
Nonpriority Creditor's Name

**424 Mt Holyoke**
**Pacific Palisades, CA 90272**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4043**                                   **Unknown**

**When was the debt incurred?**    **4/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 35 | | | |
|---|---|---|---|

**Ciani, Hedy**
Nonpriority Creditor's Name

**424 N. Horyoke Ave.**
**Pacific Palisades, CA 90272**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2036**                                   **Unknown**

**When was the debt incurred?**    **1/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.8 36 | **Cimino, Vincent & Lynne** | Last 4 digits of account number | **2033** | **Unknown** |

Nonpriority Creditor's Name
**39853 Avenida Palizada**
**Murrieta, CA 92563**
Number Street City State Zip Code

When was the debt incurred?   **6/19/2012**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 37 | **Cipriani, Carlo** | Last 4 digits of account number | **1001** | **Unknown** |

Nonpriority Creditor's Name
**2 Tumbleweed St**
**Trabuco Canyon, CA 92679**
Number Street City State Zip Code

When was the debt incurred?   **6/21/2011**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 38 | **Cipriani, Maria Grazia** | Last 4 digits of account number | **3021** | **Unknown** |

Nonpriority Creditor's Name
**2 Tumbleweed St.**
**Trabuco Canyon, CA 92679**
Number Street City State Zip Code

When was the debt incurred?   **12/10/2013**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8 39 | **Cirner, Andrew** | Last 4 digits of account number | **3002** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**13935 Mark Drive**

**Desert Hot Springs, CA 92240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 40 | **Cisneros, Andrea** | Last 4 digits of account number | **1438** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**12549 Dormouse St**

**San Diego, CA 92129**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **11/19/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 41 | **City of Los Angeles** | Last 4 digits of account number | **0013** | **$301.15** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 53233**

**Los Angeles, CA 90053-0233**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12/31/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.8 42 | | |
|---|---|---|

**Civello, David & Cheryl**

Nonpriority Creditor's Name

**43340 Yale Ct.**
**Lancaster, CA 93536**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4089**                    **Unknown**

**When was the debt incurred?**  **2/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 43 | | |
|---|---|---|

**Clark, Brad**

Nonpriority Creditor's Name

**542 Ripley St**
**Santa Barbara, CA 93111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2028**                    **Unknown**

**When was the debt incurred?**  **1/30/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 44 | | |
|---|---|---|

**Clark, Kathleen**

Nonpriority Creditor's Name

**3395 Corsica Way**
**Oceanside, CA 92056**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1028**                    **Unknown**

**When was the debt incurred?**  **9/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.8 45 | **Clark, Kim & Susan** | Last 4 digits of account number | **4082** | **Unknown** |

Nonpriority Creditor's Name

**225 Fountain Ave**
**Redlands, CA 92373**

When was the debt incurred?   **10/11/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 46 | **Clark, William** | Last 4 digits of account number | **3148** | **Unknown** |

Nonpriority Creditor's Name

**2815 Somerset Dr**
**Los Angeles, CA 90016**

When was the debt incurred?   **11/7/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 47 | **Clark-Frieze, Ron & Jayne** | Last 4 digits of account number | **2098** | **Unknown** |

Nonpriority Creditor's Name

**5841 Richman Ave**
**Garden Grove, CA 92845**

When was the debt incurred?   **6/6/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.8 48 | **Clark-Reed, Roxanne** | Last 4 digits of account number | **2022** | **Unknown** |

Nonpriority Creditor's Name
**861 39Th Street**
**San Diego, CA 92102**
Number Street City State Zip Code

When was the debt incurred?  **7/9/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 49 | **Clarke, Benjamin** | Last 4 digits of account number | **0041** | **Unknown** |

Nonpriority Creditor's Name
**26864 Tropicana Dr.**
**Sun City, CA 92585**
Number Street City State Zip Code

When was the debt incurred?  **11/02/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 50 | **Clarke, Benjamin & Patricia** | Last 4 digits of account number | **1964** | **Unknown** |

Nonpriority Creditor's Name
**26884 Tropicana Dr**
**Sun City, CA 93585**
Number Street City State Zip Code

When was the debt incurred?  **1/16/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8 51 | | | |
|---|---|---|---|

**Clarke, Elizabeth**

Nonpriority Creditor's Name

**429 Begonia Ave.**
**Corona Del Mar, CA 92628**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3177**                     **Unknown**

**When was the debt incurred?**   **8/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 52 | | | |
|---|---|---|---|

**Clarke, John & Elizabeth**

Nonpriority Creditor's Name

**429 Begonia Ave**
**Corona Del Mar, CA 92625**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2069**                     **Unknown**

**When was the debt incurred?**   **7/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 53 | | | |
|---|---|---|---|

**Classic Consulting**

Nonpriority Creditor's Name

**26500 W  Agoura Rd Suite 102**
**Calabasas, CA 91302**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **None**                     **Unknown**

**When was the debt incurred?**   **6/1/2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8 54 | | | |
|---|---|---|---|

**Claunch, Katherine**

Nonpriority Creditor's Name

**4230 W. 328th Street**
**Torrance, CA 90505**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2014**

When was the debt incurred?   **1/28/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.8 55 | | | |
|---|---|---|---|

**Clavell, Jake & Hollie**

Nonpriority Creditor's Name

**11633 Treviso Way**
**Rancho Cucamonga, CA 91701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3061**

When was the debt incurred?   **7/9/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.8 56 | | | |
|---|---|---|---|

**Clawson, Heather & Roger**

Nonpriority Creditor's Name

**44 Mancera**
**Rancho Santa Margarita, CA 92688**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2099**

When was the debt incurred?   **12/20/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.8 57 | **Clay, Katherine** | Last 4 digits of account number | **1450** | **Unknown** |

Nonpriority Creditor's Name

**63135 Celesta Circle**
**Joshua Tree, CA 92252**
Number Street City State Zip Code

When was the debt incurred?   **11/26/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 58 | **Clear Energy Solutions** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**4101 Brompton Avenue**
**Bell, CA 90201**
Number Street City State Zip Code

When was the debt incurred?   **1/1/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.8 59 | **Cleary, Marc** | Last 4 digits of account number | **4114** | **Unknown** |

Nonpriority Creditor's Name

**18 Charca**
**Rancho Santa Margarita, CA 92688**
Number Street City State Zip Code

When was the debt incurred?   **2/11/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8 60 | | | |
|---|---|---|---|

**Cleary, Vincent**
Nonpriority Creditor's Name

**907 Gastine St**
**Torrance, CA 90502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3071**                    **Unknown**

**When was the debt incurred?**    **8/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 61 | | | |
|---|---|---|---|

**Clemmons, John**
Nonpriority Creditor's Name

**8612 Via Huerte**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3188**                    **Unknown**

**When was the debt incurred?**    **3/18/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 62 | | | |
|---|---|---|---|

**Cliver, james**
Nonpriority Creditor's Name

**4029 Jones Ave.**
**Riverside, CA 92505**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0035**                    **Unknown**

**When was the debt incurred?**    **02/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8<br>63 | **Clough, Jack** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**15420 Old Hwy 80, Sp 183**
**El Cajon, CA 92021**
Number Street City State Zlp Code

When was the debt incurred?  **1/1/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8<br>64 | **Clough, Jack & Speights, Kathleen** | Last 4 digits of account number  **4039** | **Unknown** |

Nonpriority Creditor's Name
**15420 Olde Highway 80 #183**
**El Cajon, CA 92021**
Number Street City State Zlp Code

When was the debt incurred?  **7/26/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8<br>65 | **Coates** | Last 4 digits of account number  **3183** | **Unknown** |

Nonpriority Creditor's Name
**12209 Tunbridge Ct.**
**Rancho Cucamonga, CA 91739**
Number Street City State Zlp Code

When was the debt incurred?  **11/15/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.8 66 | | | |
|---|---|---|---|

**Cobian, Javier**
Nonpriority Creditor's Name
**6862 Skyview DR**
**Huntington Beach, CA 92627**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0075**          **Unknown**

When was the debt incurred?   **11/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 67 | | | |
|---|---|---|---|

**Cobian, Javier & Cherris**
Nonpriority Creditor's Name
**6862 Skyview**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3092**          **Unknown**

When was the debt incurred?   **9/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 68 | | | |
|---|---|---|---|

**Coe, Edward**
Nonpriority Creditor's Name
**5366 Colony Park Cir.**
**San Jose, CA 95123**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3009**          **Unknown**

When was the debt incurred?   **4/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8 69 | **Coffey, Bill** | Last 4 digits of account number | **1020** | **Unknown** |

Nonpriority Creditor's Name

**3393 Rancho Miguel Rd**
**Jamul, CA 91935**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **7/12/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 70 | **Cohen-Dechter, Nancy** | Last 4 digits of account number | **1008** | **Unknown** |

Nonpriority Creditor's Name

**3325 Cabo Way**
**Carlsbad, CA 92009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **8/2/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 71 | **Cole, Carol** | Last 4 digits of account number | **4105** | **Unknown** |

Nonpriority Creditor's Name

**6900 Pembroke Ave**
**Bakersfield, CA 93308**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **4/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8 72 | **Cole, Elva & James** | Last 4 digits of account number | **2004** | **Unknown** |

Nonpriority Creditor's Name
**11820 Bullis Road**
**Lynwood, CA 90262**
Number Street City State Zip Code

**When was the debt incurred?**   **9/1/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 73 | **Coleman, Aubrey** | Last 4 digits of account number | **0056** | **Unknown** |

Nonpriority Creditor's Name
**766 Calle Aragon Unit Q.**
**Laguna Woods, CA 92653**
Number Street City State Zip Code

**When was the debt incurred?**   **12/07/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 74 | **Coleman, Paul** | Last 4 digits of account number | **2004** | **Unknown** |

Nonpriority Creditor's Name
**73553 Burch Oak Rd**
**Thousand Palms, CA 92276**
Number Street City State Zip Code

**When was the debt incurred?**   **4/9/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.8 75 | **Coleman, sheila** | | Last 4 digits of account number | **1053** | **Unknown** |

Nonpriority Creditor's Name
**5901 Canterbury Drive #23**
**Culver City, CA 90230**
Number Street City State Zip Code

When was the debt incurred?   **8/9/2011**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 76 | **Coles, Kim & Wohs, Steve** | | Last 4 digits of account number | **3176** | **Unknown** |

Nonpriority Creditor's Name
**1438 Diamond Ct.**
**Redlands, CA 92374**
Number Street City State Zip Code

When was the debt incurred?   **11/15/2013**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 77 | **Coles, Suzanne** | | Last 4 digits of account number | **1031** | **Unknown** |

Nonpriority Creditor's Name
**5183 Goldenwest Ave**
**Riverside, CA 92509**
Number Street City State Zip Code

When was the debt incurred?   **7/5/2011**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8 78 | **Coley, Michael** | Last 4 digits of account number | **4016** | **Unknown** |

Nonpriority Creditor's Name

**2072 El Monte Dr**
**Thousand Oaks, CA 91302**

When was the debt incurred?  **12/15/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 79 | **Collado, Jason** | Last 4 digits of account number | **1129** | **Unknown** |

Nonpriority Creditor's Name

**620 Boxcove Place**
**Diamond Bar, CA 91765**

When was the debt incurred?  **11/15/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 80 | **Collado, Jason & Lyn** | Last 4 digits of account number | **4128** | **Unknown** |

Nonpriority Creditor's Name

**620 Box Cove Pl**
**Diamond Bar, CA 91765**

When was the debt incurred?  **5/12/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.8 81 | **Collier, Robert** | Last 4 digits of account number | **1018** | **Unknown** |

Nonpriority Creditor's Name
**2645 Easy Ave.**
**Long Beach, CA 90810**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **2/22/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 82 | **Collier, Rose** | Last 4 digits of account number | **9007** | **Unknown** |

Nonpriority Creditor's Name
**801 W. Jade Way**
**Anaheim, CA 92805**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **11/24/09**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 83 | **Collingwood, Dales** | Last 4 digits of account number | **1973** | **Unknown** |

Nonpriority Creditor's Name
**440 Debra Lane**
**Ridgecrest, CA 93555**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **3/22/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.8
84**

**Collins, Charles & Lorilei**
Nonpriority Creditor's Name
**534 Delvalle Ave**
**La Puente, CA 91744**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number    **4129**                          **Unknown**

When was the debt incurred?    **5/1/2014**

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.8
85**

**Collins, Geneva**
Nonpriority Creditor's Name
**83546 Dillon Ave**
**Indio, CA 92201**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number    **4013**                          **Unknown**

When was the debt incurred?    **3/17/2014**

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.8
86**

**Collins, Harold L.**
Nonpriority Creditor's Name
**42890 Avenida Perris**
**Murrieta, CA 92562**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number    **0489**                          **$240,485.00**

When was the debt incurred?    **12/3/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt - Exterior Specialist - Personally Guaranteed**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.8 87 | **Collins, Jewel** | Last 4 digits of account number | **2048** | **Unknown** |

Nonpriority Creditor's Name

**2828 S. Harvard Blvd**
**Los Angeles, CA 90018**

When was the debt incurred?  **10/2/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 88 | **Collins, Pearl** | Last 4 digits of account number | **4073** | **Unknown** |

Nonpriority Creditor's Name

**10411 Carlyle Ct.**
**Cypress, CA 90630**

When was the debt incurred?  **2/3/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 89 | **Collins, Pearl** | Last 4 digits of account number | **3087** | **Unknown** |

Nonpriority Creditor's Name

**10411 Carlyle Ct.**
**Cypress, CA 90630**

When was the debt incurred?  **8/24/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know)

---

| 4.8 90 | **Collins, Pearl** | | Unknown |

Nonpriority Creditor's Name
**10411 Carlyle ct**
**Cypress, CA 90630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1057**

**When was the debt incurred?**   **11/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 91 | **Colon, Juan & Erma** | | Unknown |

Nonpriority Creditor's Name
**31575 Monte Vista Way**
**Thousand Palms, CA 92276**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **3040**

**When was the debt incurred?**   **12/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.8 92 | **Colter, Phyllis** | | Unknown |

Nonpriority Creditor's Name
**8739 Gracilior Place**
**Escondido, CA 92026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **3001**

**When was the debt incurred?**   **3/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.8 93**

**Coltrin, Gary & Debbie**
Nonpriority Creditor's Name
**1171 Bondmark Dr.**
**Ojai, CA 93023**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0128**          **Unknown**

**When was the debt incurred?**   **05/18/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.8 94**

**Colwell, Bill & Sandra**
Nonpriority Creditor's Name
**18091 Las Lomas**
**Sonoma, CA 95476**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4028**          **Unknown**

**When was the debt incurred?**   **7/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.8 95**

**Compton, Brian & Mary**
Nonpriority Creditor's Name
**82742 Mountain View Ave**
**Indio, CA 92807**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2087**          **Unknown**

**When was the debt incurred?**   **11/7/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.8 96 | **Comstock, Carl & Margaret** | Last 4 digits of account number | **4018** | **Unknown** |

Nonpriority Creditor's Name
**74855 Serrano Dr**
**29 Palms, CA 92277**

When was the debt incurred?   **3/26/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 97 | **cone, Judy** | Last 4 digits of account number | **9026** | **Unknown** |

Nonpriority Creditor's Name
**862 N. Redlands Dr**
**Anaheim, CA 92801**

When was the debt incurred?   **12/22/09**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.8 98 | **Connolly, Evelyn** | Last 4 digits of account number | **0091** | **Unknown** |

Nonpriority Creditor's Name
**9725 Brock Ave.**
**Downey, CA 90240**

When was the debt incurred?   **05/11/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.8 99**

**Connolly, James & Rose**
Nonpriority Creditor's Name
**6032 Lorelei**
**Lakewood, CA 90712**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1038**                    **Unknown**

**When was the debt incurred?**    **9/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.9 00**

**Conrad, Matthew**
Nonpriority Creditor's Name
**19910 Piedra Dr**
**Tehachapi, CA 93561**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **4152**                    **Unknown**

**When was the debt incurred?**    **9/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.9 01**

**Contractors State Licensing Board**
Nonpriority Creditor's Name
**9821 Business Park Drive**
**Sacramento, CA 95827**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    _____            **Unknown**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Fines**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.9 02 | | | |
|---|---|---|---|

**Contreras, delfina**
Nonpriority Creditor's Name

**700 W. Avenida De La Merced**
**Montebello, CA 90640**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0059**                    **Unknown**

When was the debt incurred?    **04/27/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 03 | | | |
|---|---|---|---|

**Contreras, Gail**
Nonpriority Creditor's Name

**6050 Buell**
**Bell Gardens, CA 90201**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3137**                    **Unknown**

When was the debt incurred?    **10/12/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 04 | | | |
|---|---|---|---|

**Contreras, Olivia**
Nonpriority Creditor's Name

**1747 Ash Dr.**
**Monterey Park, CA 91755**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0038**                    **Unknown**

When was the debt incurred?    **01/26/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 05 | **Contreras, Steve & Juditha** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1881 Lansdown Ave.**
**Los Angeles, CA 90032**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3041**          **Unknown**

**When was the debt incurred?**   **4/3/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 06 | **Conway, Carol** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**7118 Haworth St**
**San Diego, CA 92122**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2071**          **Unknown**

**When was the debt incurred?**   **10/25/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 07 | **Cook, Chuck & Linda** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1683 N. Sycamore St.**
**Orange, CA 92867**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0044**          **Unknown**

**When was the debt incurred?**   **03/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 08 | |
|---|---|

**Cook, Deborah**
Nonpriority Creditor's Name

**2030 Citrus View Ave**
**Duarte, CA 91010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 09 | |
|---|---|

**Cook, John**
Nonpriority Creditor's Name

**1584 W. Ridge Crest Ct.**
**San Bernardino, CA 92405**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** **4126**          **Unknown**

**When was the debt incurred?** **4/1/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 10 | |
|---|---|

**COOK, John & Kim**
Nonpriority Creditor's Name

**18959 Chickory Dr.**
**Riverside, CA 92904**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** **0152**          **Unknown**

**When was the debt incurred?** **1/18/2011**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 11 | | | |

**Cook, Kathy**
Nonpriority Creditor's Name
**2225 Olivine Drive**
**Chino Hills, CA 91709**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0140**                        **Unknown**

When was the debt incurred?  **08/10/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 12 | | | |

**Cook, Lawrence**
Nonpriority Creditor's Name
**31992 Paseo Amante**
**San Juan Capistrano, CA 92675**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4040**                        **Unknown**

When was the debt incurred?  **4/14/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 13 | | | |

**Cook, Lawrence**
Nonpriority Creditor's Name
**31992 Paseo Amante**
**San Juan Capistrano, CA 92675**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **9018**                        **Unknown**

When was the debt incurred?  **12/15/09**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)*

---

| 4.9 14 | **Cook, Mike & Ida** | Last 4 digits of account number | **5102** | **Unknown** |

Nonpriority Creditor's Name

**13053 Shenandoah Dr**
**Lakeside, CA 92040**

When was the debt incurred?   **2/28/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Contingent
- ☐ Debtor 1 and Debtor 2 only
- ☐ Unliquidated
- ☐ At least one of the debtors and another
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans
- **Is the claim subject to offset?**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 15 | **Cool, Bill** | Last 4 digits of account number | **1124** | **Unknown** |

Nonpriority Creditor's Name

**430 Dahlia Ave.**
**Corona Del Mar, CA 92625**

When was the debt incurred?   **3/15/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Contingent
- ■ Debtor 1 and Debtor 2 only
- ☐ Unliquidated
- ☐ At least one of the debtors and another
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans
- **Is the claim subject to offset?**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 16 | **Cooley, Judith** | Last 4 digits of account number | **1976** | **Unknown** |

Nonpriority Creditor's Name

**511 S. "M" Street**
**Lompoc, CA 93436**

When was the debt incurred?   **2/20/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Contingent
- ■ Debtor 1 and Debtor 2 only
- ☐ Unliquidated
- ☐ At least one of the debtors and another
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans
- **Is the claim subject to offset?**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 17 | |
|---|---|

**Cooley, Judith**
Nonpriority Creditor's Name
**511 S. M St**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **4033**          **Unknown**

When was the debt incurred?  **1/28/2014**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 18 | |
|---|---|

**Cooley, Judith**
Nonpriority Creditor's Name
**511 S M St**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3010**          **Unknown**

When was the debt incurred?  **3/30/2013**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 19 | |
|---|---|

**Cooper, Brent & Nancy**
Nonpriority Creditor's Name
**6247 Indigo Ave**
**Rancho Cucamonga, CA 91701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3099**          **Unknown**

When was the debt incurred?  **3/28/2014**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.9 20 | **Cooper, Joel** | | | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**323 S Walker**
**San Pedro, CA 90732**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   3077

**When was the debt incurred?**   10/1/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.9 21 | **Coots, Charles** | | | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**34562 Calle Naranja**
**Capo Beach, CA 92624**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   0116

**When was the debt incurred?**   12/07/10

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.9 22 | **Cope, Danna** | | | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**8219  Reading Ave**
**Los Angeles, CA 90045**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   3172

**When was the debt incurred?**   9/16/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.9<br>23 | **Cope, Danna** | Last 4 digits of account number | **0058** | **Unknown** |

Nonpriority Creditor's Name

**8219 Reading Ave.**
**Los Angeles, CA 90045**
Number Street City State Zip Code

When was the debt incurred?   **05/04/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9<br>24 | **Coplin, Glenn** | Last 4 digits of account number | **3100** | **Unknown** |

Nonpriority Creditor's Name

**2160 Miles Ct**
**Colton, CA 92324**
Number Street City State Zip Code

When was the debt incurred?   **11/16/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9<br>25 | **Coppola, Don & Claude** | Last 4 digits of account number | **0041** | **Unknown** |

Nonpriority Creditor's Name

**17821 San Leandro**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

When was the debt incurred?   **03/16/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.9 26**

**Corbett, Marilyn**
Nonpriority Creditor's Name
**6200 Rockcliff Dr**
**Los Angeles, CA 90068**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3025**        **Unknown**

When was the debt incurred?   **1/27/2013**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.9 27**

**Cordoza, Janice & David**
Nonpriority Creditor's Name
**2803 W. Branch Dr.**
**San Jose, CA 95148**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1005**        **Unknown**

When was the debt incurred?   **12/20/2011**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.9 28**

**Corella, Yolanda**
Nonpriority Creditor's Name
**2927 Calle Gaucho**
**San Clemente, CA 92673**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2039**        **Unknown**

When was the debt incurred?   **8/18/2012**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 29 | **Corey, Janet** | Last 4 digits of account number | **3115** | **Unknown** |

Nonpriority Creditor's Name
**13612 Tucker Ave.**
**Chino, CA 91710**

When was the debt incurred?   **3/6/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 30 | **Cormier, Gloria** | Last 4 digits of account number | **1094** | **Unknown** |

Nonpriority Creditor's Name
**10843 Morning Ridge Dr**
**Moreno Valley, CA 92557**

When was the debt incurred?   **2/21/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 31 | **Cormier, Gloria** | Last 4 digits of account number | **1094** | **Unknown** |

Nonpriority Creditor's Name
**10843 Morning Ridge Dr.**
**Moreno Valley, CA 92557**

When was the debt incurred?   **3/8/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.9
32**

**Corn, Harkey**                          Last 4 digits of account number    **0136**                              **Unknown**

Nonpriority Creditor's Name

**8572 Onalaska Ave.**                    When was the debt incurred?    **09/21/10**
**San Diego, CA 92123**

Number Street City State Zip Code         **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                           ■ Contingent

☐ Debtor 2 only                           ☐ Unliquidated

■ Debtor 1 and Debtor 2 only              ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims

■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

                                          **Business Debt - Past Customer of Exterior**
☐ Yes                                     ■ Other. Specify  **Specialist**

---

**4.9
33**

**Corona, Lucilia**                       Last 4 digits of account number    **1982**                              **Unknown**

Nonpriority Creditor's Name

**2989 Garilee St**                       When was the debt incurred?    **4/27/2015**
**San Bernardino, CA 92404**

Number Street City State Zip Code         **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                           ■ Contingent

☐ Debtor 2 only                           ☐ Unliquidated

■ Debtor 1 and Debtor 2 only              ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims

■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

                                          **Business Debt - Past Customer of Exterior**
☐ Yes                                     ■ Other. Specify  **Specialist**

---

**4.9
34**

**Corona, Raul**                          Last 4 digits of account number    **0059**                              **Unknown**

Nonpriority Creditor's Name

**400 Trent Lane**                        When was the debt incurred?    **06/22/10**
**Santa Paula, CA 93060**

Number Street City State Zip Code         **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                           ■ Contingent

☐ Debtor 2 only                           ☐ Unliquidated

■ Debtor 1 and Debtor 2 only              ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims

■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

                                          **Business Debt - Past Customer of Exterior**
☐ Yes                                     ■ Other. Specify  **Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| 4.9 35 | **Corral, Delores & Jose** | |

Nonpriority Creditor's Name

**5739 Alondra Drive**
**Goleta, CA 93117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2056**        **Unknown**

**When was the debt incurred?**   **7/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.9 36 | **Correa, Pedro** | |

Nonpriority Creditor's Name

**10936 Bryant Rd.**
**El Monte, CA 91731**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0044**        **Unknown**

**When was the debt incurred?**   **07/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.9 37 | **Correa, Sylvia** | |

Nonpriority Creditor's Name

**14826 Midcrest**
**Whittier, CA 90604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3008**        **Unknown**

**When was the debt incurred?**   **9/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 38 | | | |
|---|---|---|---|

**Cortez, Alexis & Maria**

Nonpriority Creditor's Name

**1407 W. Pottery St**

**Lake Elsinore, CA 92530**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3008**                    **Unknown**

**When was the debt incurred?**   **5/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 39 | | | |
|---|---|---|---|

**Corvinus, Phillip**

Nonpriority Creditor's Name

**74605 Stage Line Dr**

**Thousand Palms, CA 92276**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **2013**                    **Unknown**

**When was the debt incurred?**   **4/28/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 40 | | | |
|---|---|---|---|

**Costa, Steve & Yolanda**

Nonpriority Creditor's Name

**1851 Baseline**

**Laverne, CA 91750**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **9031**                    **Unknown**

**When was the debt incurred?**   **11/10/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| 4.9 41 | **Costell, Theresa** | |

Nonpriority Creditor's Name

**2265 Crestwood Lane**
**Anaheim, CA 92804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **1039**                                   **Unknown**

**When was the debt incurred?**   **8/23/2011**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.9 42 | **Costello, Robert & Lenora** | |

Nonpriority Creditor's Name

**1626 Wildwood Dr**
**Los Angeles, CA 90041**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **4092**                                   **Unknown**

**When was the debt incurred?**   **5/20/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.9 43 | **Cote, Raymond** | |

Nonpriority Creditor's Name

**11009 Horizon Hills Dr**
**El Cajon, CA 92020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **1949**                                   **Unknown**

**When was the debt incurred?**   **1/13/2015**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 44 | **Cote, Raymond** | Last 4 digits of account number | **3018** | **Unknown** |

Nonpriority Creditor's Name
**11009 Horizon Hills Dr.**
**El Cajon, CA 92020**
Number Street City State Zip Code

When was the debt incurred?  **4/10/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 45 | **Cote, Raymond** | Last 4 digits of account number | **2020** | **Unknown** |

Nonpriority Creditor's Name
**11009 Horizon Hills Dr.**
**El Cajon, CA 92020**
Number Street City State Zip Code

When was the debt incurred?  **11/27/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 46 | **Cotner, Donald & Jean** | Last 4 digits of account number | **2013** | **Unknown** |

Nonpriority Creditor's Name
**25972 Calle Aspero**
**San Juan Capistrano, CA 92675**
Number Street City State Zip Code

When was the debt incurred?  **1/28/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.9 47**

**Couch, Holly Danell**
Nonpriority Creditor's Name
**333 Franklin St #6**
**Mountain View, CA 94040**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **None**                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

**4.9 48**

**Couch, Holly Danell**
Nonpriority Creditor's Name
**333 Franklin St Suite 6**
**Mountain View, CA 94040**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **None**                    **Unknown**

When was the debt incurred?   **1/1/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

**4.9 49**

**Countee, Yvette**
Nonpriority Creditor's Name
**12210 S. Berando Ave**
**Los Angeles, CA 90044**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1942**                    **Unknown**

When was the debt incurred?   **7/18/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 50 | | | |
|---|---|---|---|

**Courson, Tonya**
Nonpriority Creditor's Name
**119 Woodrow Ave**
**Bakersfield, CA 93308**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4026**          **Unknown**

**When was the debt incurred?**   **3/29/2014**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 51 | | | |
|---|---|---|---|

**Covington, William**
Nonpriority Creditor's Name
**1164 Nimrod Circle**
**Corona, CA 92880**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3609**          **$7,075.00**

**When was the debt incurred?**   **12/21/2015**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.9 52 | | | |
|---|---|---|---|

**Cowan, Anne**
Nonpriority Creditor's Name
**1351 Gamble St**
**Escondido, CA 92026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4039**          **Unknown**

**When was the debt incurred?**   **4/23/2014**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 53 | **Cowan, Don & Sherry** | Last 4 digits of account number | **0083** | **Unknown** |

Nonpriority Creditor's Name
**2267 Kelmscott Ct.**
**Thousand Oaks, CA 91361**
Number Street City State Zip Code

When was the debt incurred?   **06/15/10**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 54 | **Cowden, Christina & Raymond** | Last 4 digits of account number | **1959** | **Unknown** |

Nonpriority Creditor's Name
**4470 San Jacinto Ave**
**Atascadero, CA 93422**
Number Street City State Zip Code

When was the debt incurred?   **2/16/2015**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 55 | **Cowen, Howard Douglas** | Last 4 digits of account number | **0065** | **Unknown** |

Nonpriority Creditor's Name
**2204 Finethorn Glen**
**Escondido, CA 92027**
Number Street City State Zip Code

When was the debt incurred?   **1/4/2011**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)*

---

| | |
|---|---|
| **4.9 56** | **Cowin, Betty** |

Nonpriority Creditor's Name

**866 W. 4th St.**
**Ontario, CA 91762**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **0056**    **Unknown**

**When was the debt incurred?**    **02/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.9 57** | **Cox, Erika** |

Nonpriority Creditor's Name

**1786 Messina Dr.**
**San Jose, CA 95132**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **2004**    **Unknown**

**When was the debt incurred?**    **12/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.9 58** | **Coxon, Essie** |

Nonpriority Creditor's Name

**9017 Ferndale Ave.**
**Fontana, CA 92335**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1135**    **Unknown**

**When was the debt incurred?**    **4/12/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 59 | **Coy, Francis & Cecilia** | Last 4 digits of account number | **0051** | **Unknown** |

Nonpriority Creditor's Name

**466 8th Street**
**Imperial Beach, CA 91932**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **04/06/10**

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

■ Contingent

☐ At least one of the debtors and another

☐ Unliquidated

☐ **Check if this claim is for a community debt**

■ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 60 | **Coy, Frank & Silva** | Last 4 digits of account number | **0039** | **Unknown** |

Nonpriority Creditor's Name

**466 8th St.**
**Imperial Beach, CA 91932**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **05/04/10**

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

■ Contingent

☐ At least one of the debtors and another

☐ Unliquidated

☐ **Check if this claim is for a community debt**

■ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 61 | **Crahan, Caryl** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**830 Woodland Drive**
**Santa Barbara, CA 93108**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?   **8/31/2015**

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

■ Contingent

☐ At least one of the debtors and another

☐ Unliquidated

☐ **Check if this claim is for a community debt**

■ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.9 62 | |
|---|---|

**Craig, Marcella**

Nonpriority Creditor's Name

**4959 Round Up Rd**
**Norco, CA 92860**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2085**          **Unknown**

**When was the debt incurred?**    **7/23/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 63 | |
|---|---|

**Craig, Theodore & Christine**

Nonpriority Creditor's Name

**129 Raymond St Unit B.**
**Alhambra, CA 91801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3105**          **Unknown**

**When was the debt incurred?**    **2/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 64 | |
|---|---|

**Crane, Shirley**

Nonpriority Creditor's Name

**24201 Paseo Del Campo**
**Laguna Niguel, CA 92677**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2004**          **Unknown**

**When was the debt incurred?**    **11/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.9 65 | |
|---|---|

**Crask, Geoffrey**
Nonpriority Creditor's Name

**3680 Azure Cir**
**Carlsbad, CA 92008**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3011**                    **Unknown**

**When was the debt incurred?**   **12/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.9 66 | |
|---|---|

**Craviotto, Marcella**
Nonpriority Creditor's Name

**1148 N. Patterson Avenue**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1091**                    **Unknown**

**When was the debt incurred?**   **7/12/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 67 | |
|---|---|

**Craviotto, Marcello**
Nonpriority Creditor's Name

**1148 N. Patterson**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1935**                    **Unknown**

**When was the debt incurred?**   **2/11/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 68 | **Crawford Broadcasting Company** | Last 4 digits of account number | **1558** | $23,701.25 |

Nonpriority Creditor's Name
**3183 D Airway Avenue**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

When was the debt incurred?   **6/30/2014**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.9 69 | **Crawford, William** | Last 4 digits of account number | **1066** | Unknown |

Nonpriority Creditor's Name
**24081 Del Amo Road**
**Ramona, CA 92065**
Number Street City State Zip Code

When was the debt incurred?   **10/4/2011**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 70 | **Credico, Daryl & Laura** | Last 4 digits of account number | **4079** | Unknown |

Nonpriority Creditor's Name
**39657 Old Springs Rd**
**Murrieta, CA 92563**
Number Street City State Zip Code

When was the debt incurred?   **9/8/2014**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 71 | **Crews, Laura** | Last 4 digits of account number | **4038** | **Unknown** |

Nonpriority Creditor's Name
**6133 El Capitan Ct**
**Rancho Cucam., CA 91737**

When was the debt incurred? **8/9/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 72 | **Crickard-Rosen, Rebecca** | Last 4 digits of account number | **2059** | **Unknown** |

Nonpriority Creditor's Name
**5029 Havenwood Ave**
**San Diego, CA 92120**

When was the debt incurred? **6/17/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 73 | **Crider, Richard** | Last 4 digits of account number | **0097** | **Unknown** |

Nonpriority Creditor's Name
**1286 Tobias Dr.**
**Chula Vista, CA 91911**

When was the debt incurred? **10/26/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 74 | | |
|---|---|---|

**Cripe, Katheryn**
Nonpriority Creditor's Name

**6673 Sueno Rd**
**Goleta, CA 93117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2048**                **Unknown**

**When was the debt incurred?**   **6/30/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 75 | | |
|---|---|---|

**Crippen, John**
Nonpriority Creditor's Name

**#7 Champagne Circle**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3001**                **Unknown**

**When was the debt incurred?**   **5/29/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 76 | | |
|---|---|---|

**Crisp, Billy & Cleta**
Nonpriority Creditor's Name

**13312 Marty Lane, Garden Grove, CA 92843**
**CA 92843**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0017**                **Unknown**

**When was the debt incurred?**   **05/25/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.9 77 | **Criswell, James** | | | |

Nonpriority Creditor's Name

**771 Kemp St.**
**Riverside, CA 92501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0010**                    **Unknown**

**When was the debt incurred?**   **02/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 78 | **Crocci, Patricia** | | | |

Nonpriority Creditor's Name

**828 Dickson Hill Dr.**
**Petaluma, CA 94952**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0136**                    **$0.00**

**When was the debt incurred?**   **12/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 79 | **Crockett, Robert & Delfina** | | | |

Nonpriority Creditor's Name

**43683 Alcoba Dr.**
**Temecula, CA 92592**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0086**                    **Unknown**

**When was the debt incurred?**   **11/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 80 | **Cromwell, Diane** | | |

Nonpriority Creditor's Name

**13664 Willow Road**
**Lakeside, CA 92040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1046**      **Unknown**

**When was the debt incurred?**   **9/27/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 81 | **Cronin, John & Deanna** | | |

Nonpriority Creditor's Name

**1149 S. Fleetwell Ave.**
**West Covina, CA 91791**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0109**      **Unknown**

**When was the debt incurred?**   **06/22/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 82 | **Cronin, John & Deanna** | | |

Nonpriority Creditor's Name

**1149 S. Fleetwell Ave.**
**West Covina, CA 91791**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0091**      **Unknown**

**When was the debt incurred?**   **06/29/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.9 83 | | | |
|---|---|---|---|

**Croot, Deborah**
Nonpriority Creditor's Name

**2095 Linda Ln**
**Carlsbad, CA 92008**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2058**          **Unknown**

**When was the debt incurred?**  **7/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 84 | | | |
|---|---|---|---|

**Crouch, Mr & Mrs**
Nonpriority Creditor's Name

**545 Via Vista Dr.**
**Redlands, CA 92373**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3008**          **Unknown**

**When was the debt incurred?**  **1/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 85 | | | |
|---|---|---|---|

**Cruikshank, Jack & Galitski, Hayes**
Nonpriority Creditor's Name

**122 W Fairfield Dr**
**Claremont, CA 91711**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3112**          **Unknown**

**When was the debt incurred?**  **11/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.9 86 | | | |
|---|---|---|---|

**Crusberg, Harry**
Nonpriority Creditor's Name
**1015 Syrus Ln.**
**Arcadia, CA 91006**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **3043**                          **Unknown**

**When was the debt incurred?**   **7/8/2013**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 87 | | | |
|---|---|---|---|

**Cruz , Arlene**
Nonpriority Creditor's Name
**1437 Las Positas Place**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **0017**                          **Unknown**

**When was the debt incurred?**   **03/16/10**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 88 | | | |
|---|---|---|---|

**Cruz, Thelma**
Nonpriority Creditor's Name
**3508 Loma ln.**
**Baldwin Park, CA 91706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **3032**                          **Unknown**

**When was the debt incurred?**   **11/19/2013**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 89 | **Cryer, Jeanne** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**39152 Sandy Dr**
**Palm Desert, CA 92211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **4183**           **Unknown**

**When was the debt incurred?**   **7/2/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 90 | **Cuarisma, Chris & Paquette, Colleen** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**35560 Desert Rose Way**
**Lake Elsinore, CA 92532**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **4011**           **Unknown**

**When was the debt incurred?**   **3/11/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 91 | **Cuevas, Patricia** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1358 Bothwell St**
**Colton, CA 92324**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2014**           **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.9 92 | **Cuevas, Rosenia** | Last 4 digits of account number    **4034** | **Unknown** |

Nonpriority Creditor's Name

**237 Beegum Way**
**San Jose, CA 95123**
Number Street City State Zip Code

When was the debt incurred?    **7/28/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 93 | **Cuevas-Moreno, Jesus** | Last 4 digits of account number    **0097** | **Unknown** |

Nonpriority Creditor's Name

**12030 Kenney**
**Norwalk, CA 90650**
Number Street City State Zip Code

When was the debt incurred?    **08/10/10**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 94 | **Culp, Mary** | Last 4 digits of account number    **1033** | **Unknown** |

Nonpriority Creditor's Name

**10327 Crossing Green Cir**
**Moreno Valley, CA 92557**
Number Street City State Zip Code

When was the debt incurred?    **6/28/2011**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.9 95**

**Culver, Alberta**                                    Last 4 digits of account number    **1004**                          **Unknown**

Nonpriority Creditor's Name

**706 E. 55th St.**                                    When was the debt incurred?    **2/22/2011**

**Los Angeles, CA 90011**

Number Street City State Zip Code

**Who incurred the debt? Check one.**                 As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                       ■ Contingent

☐ Debtor 2 only                                       ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                          ■ Disputed

☐ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**         ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                      ■ Other. Specify  **Business Debt - Past Customer of Exterior**
☐ Yes                                                                    **Specialist**

---

**4.9 96**

**Cummings, Dorothy C.**                              Last 4 digits of account number    **1057**                          **Unknown**

Nonpriority Creditor's Name

**3728 Southridge Way**                               When was the debt incurred?    **10/11/2011**

**Oceanside, CA 92056**

Number Street City State Zip Code

**Who incurred the debt? Check one.**                 As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                       ■ Contingent

☐ Debtor 2 only                                       ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                          ■ Disputed

☐ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**         ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                      ■ Other. Specify  **Business Debt - Past Customer of Exterior**
☐ Yes                                                                    **Specialist**

---

**4.9 97**

**Cummings, William**                                 Last 4 digits of account number    **1047**                          **Unknown**

Nonpriority Creditor's Name

**14514 Langhill Drive**                              When was the debt incurred?    **10/25/2011**

**Hacienda Heights, CA 91745**

Number Street City State Zip Code

**Who incurred the debt? Check one.**                 As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                       ■ Contingent

☐ Debtor 2 only                                       ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                          ■ Disputed

☐ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**         ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                      ■ Other. Specify  **Business Debt - Past Customer of Exterior**
☐ Yes                                                                    **Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.9 98 | | | |
|---|---|---|---|

**Cummins, Maria**
Nonpriority Creditor's Name
**1406 Brett Pl Unit 215**
**San Pedro, CA 90732**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4132**                    **Unknown**

When was the debt incurred?   **2/12/2014**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.9 99 | | | |
|---|---|---|---|

**Cunningham, Norma**
Nonpriority Creditor's Name
**16336 Athol**
**Fontana, CA 92335**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3088**                    **Unknown**

When was the debt incurred?   **8/20/2013**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 000 | | | |
|---|---|---|---|

**Curlee, Charles & Alma**
Nonpriority Creditor's Name
**1460 Clock Ave**
**Redlands, CA 92374**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4098**                    **Unknown**

When was the debt incurred?   **3/1/2014**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 001 | **Currie, Wallace** | | Last 4 digits of account number | **2029** | **Unknown** |

Nonpriority Creditor's Name

**4595 Barbara St**

**29 Palms, CA 92277**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **9/10/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 002 | **Currie, Wallace & Rene** | | Last 4 digits of account number | **4073** | **Unknown** |

Nonpriority Creditor's Name

**4595 Barbara Lane**

**29 Palms, CA 92277**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **5/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 003 | **Curtier, Sandra & Robert** | | Last 4 digits of account number | **4013** | **Unknown** |

Nonpriority Creditor's Name

**1430 W. Kettering St**

**Lancaster, CA 93534**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/3/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.1 004 | | | |
|---|---|---|---|

**Curzi, Cesar**
Nonpriority Creditor's Name
**703 Graymont Cir.**
**Concord, CA 94518**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3009**                    **Unknown**

**When was the debt incurred?**    **3/13/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 005 | | | |
|---|---|---|---|

**Cutruzzula, Linda**
Nonpriority Creditor's Name
**1026 Edgecomb St.**
**Covina, CA 91724**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1018**                    **Unknown**

**When was the debt incurred?**    **10/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 006 | | | |
|---|---|---|---|

**Cutruzzula, Linda**
Nonpriority Creditor's Name
**1026 Edgecomb St.**
**Covina, CA 91724**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **18CO**                    **Unknown**

**When was the debt incurred?**    **10/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.1 007 | **Cutts, Steve** | Last 4 digits of account number | **0050** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**296 Oakwood Cir.**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **10/05/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 008 | **Czerkie, Lawrence** | Last 4 digits of account number | **2005** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1812 Autumn Oak Drive**
**Livermore, CA 94551**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **7/26/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 009 | **Czimbal , John** | Last 4 digits of account number | **0008** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3990 Gordon Way**
**Riverside, CA 92509**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **03/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 010 | **D'Alessio, Richard** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2821 Angelo Dr**

**Los Angeles, CA 90077**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **2121**

**When was the debt incurred?**    **2/17/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 011 | **D'Ambra, Gail** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**40847 Andpiper Court**

**Palm Desert, CA 92260**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1974**

**When was the debt incurred?**    **2/20/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 012 | **D'amelia, Fred & Patricia** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**8191 Briarwood St**

**Stanton, CA 90680**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1043**

**When was the debt incurred?**    **7/12/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**013**

**D'Amelia, Fredrick & Patricia**
Nonpriority Creditor's Name

**8191 Briarwood St.**
**Stanton, CA 90680**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0003**          **Unknown**

When was the debt incurred?   **06/15/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**014**

**Dahlquist, Charles**
Nonpriority Creditor's Name

**1531 Glenoaks**
**Glendale, CA 91206**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2092**          **Unknown**

When was the debt incurred?   **3/8/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**015**

**Dalessi, Mary**
Nonpriority Creditor's Name

**408 Cannon Ln**
**Fullerton, CA 92831**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2020**          **Unknown**

When was the debt incurred?   **7/24/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 016 | **Dallin, Olivia** | Last 4 digits of account number | **2016** | **Unknown** |

Nonpriority Creditor's Name
**829 S Bancroft St**
**San Diego, CA 92113**
Number Street City State Zip Code

When was the debt incurred?   **7/21/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 017 | **Daly, Deana & Duane** | Last 4 digits of account number | **2064** | **Unknown** |

Nonpriority Creditor's Name
**7075 Sunny Vista Rd.**
**Joshua Tree, CA 92252**
Number Street City State Zip Code

When was the debt incurred?   **12/8/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 018 | **Damato, Earl** | Last 4 digits of account number | **3004** | **Unknown** |

Nonpriority Creditor's Name
**26123 Clemente Garden**
**Hemet, CA 92544**
Number Street City State Zip Code

When was the debt incurred?   **6/10/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 019 | **Damsbo, Ann** | | Last 4 digits of account number | **1090** | **Unknown** |

Nonpriority Creditor's Name
**1062 W 5th Street**
**Escondido, CA 90205**

When was the debt incurred?   **1/25/2012**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 020 | **Daniel, William & Skoot** | | Last 4 digits of account number | **2009** | **Unknown** |

Nonpriority Creditor's Name
**1525 Luneta Dr**
**Del Mar, CA 92014**

When was the debt incurred?   **10/18/2012**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 021 | **Danielly, Marion** | | Last 4 digits of account number | **3046** | **Unknown** |

Nonpriority Creditor's Name
**2942 L St**
**San Diego, CA 92102**

When was the debt incurred?   **10/22/2013**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.1 022** | **Daniels, Danita** | Unknown |

Nonpriority Creditor's Name
**6542 Tillamook Ave**
**Westminster, CA 92683**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **4065**

**When was the debt incurred?**   **3/14/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1 023** | **Daniels, Eloyce** | Unknown |

Nonpriority Creditor's Name
**1006 Oakwater**
**Torrance, CA 90502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **COII**

**When was the debt incurred?**   **7/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1 024** | **Daniels, Eloyce** | Unknown |

Nonpriority Creditor's Name
**1006 Oakwater St.**
**Torrance, CA 90502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0111**

**When was the debt incurred?**   **11/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1 025**

**Daniels, Eloyce**

Nonpriority Creditor's Name

**1006 Oakwater St.**
**Torrance, CA 90502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0111**          **Unknown**

**When was the debt incurred?**   **11/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 026**

**Daniels, Patricia**

Nonpriority Creditor's Name

**15386 Otomian Rd**
**Apple Valley, CA 92307**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1944**          **Unknown**

**When was the debt incurred?**   **11/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 027**

**Daniels, Robert & Rosie**

Nonpriority Creditor's Name

**32165 Sherman Rd**
**Menifee, CA 92584**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4124**          **Unknown**

**When was the debt incurred?**   **6/4/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
028**

**Daniels, Steven & Becky**
Nonpriority Creditor's Name
**5340 Bell Ave**
**Riverside, CA 92509**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **4088**                 **Unknown**

When was the debt incurred?   **1/31/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
029**

**Daniels, Steven & Becky**
Nonpriority Creditor's Name
**5340 Bell Ave**
**Riverside, CA 92509**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **3086**                 **Unknown**

When was the debt incurred?   **10/18/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
030**

**Daood, Mohammad**
Nonpriority Creditor's Name
**18154 Medley Dr.**
**Encino, CA 91316**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0123**                 **$0.00**

When was the debt incurred?   **08/26/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 031 | **Daood, Mohammad & Salem** | Last 4 digits of account number | **0123** | **Unknown** |

Nonpriority Creditor's Name
**18154 Medley Dr.**
**Encino, CA 91316**
Number Street City State Zip Code

When was the debt incurred?   **12/14/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 032 | **Daquioag, Priscilla** | Last 4 digits of account number | **2007** | **Unknown** |

Nonpriority Creditor's Name
**1523 Leeward Dr**
**San Jose, CA 95122**
Number Street City State Zip Code

When was the debt incurred?   **8/29/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 033 | **Darrough, Ruby** | Last 4 digits of account number | **2031** | **Unknown** |

Nonpriority Creditor's Name
**2006 Lomita Dr.**
**San Leandro, CA 94578**
Number Street City State Zip Code

When was the debt incurred?   **11/26/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.1 034 | **Datillo, Dan & Daniel** | Last 4 digits of account number | **0060** | **Unknown** |

Nonpriority Creditor's Name
**21100 Seekly Pl.**
**Lakewood, CA 90715**
Number Street City State Zip Code

When was the debt incurred?   **04/27/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 035 | **Datko, Larry** | Last 4 digits of account number | **1017** | **Unknown** |

Nonpriority Creditor's Name
**16072 Marjan Lane**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

When was the debt incurred?   **10/25/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 036 | **Datko, Larry** | Last 4 digits of account number | **1117** | **Unknown** |

Nonpriority Creditor's Name
**16072 Marjan Lane**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

When was the debt incurred?   **11/1/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1<br>037 | **Dauby, Jordan** | Last 4 digits of account number | **3087** | **Unknown** |

Nonpriority Creditor's Name
**67285 Quijo Rd**
**Cathedral City, CA 92230**
Number Street City State Zip Code

When was the debt incurred?   **10/8/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>038 | **Daugbjerg, Jorn** | Last 4 digits of account number | **2031** | **Unknown** |

Nonpriority Creditor's Name
**163 La Lomita**
**Escondido, CA 92036**
Number Street City State Zip Code

When was the debt incurred?   **8/27/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>039 | **Daughbjerg, John** | Last 4 digits of account number | **1011** | **Unknown** |

Nonpriority Creditor's Name
**163 La Lomita Dr.**
**Escondido, CA 92026**
Number Street City State Zip Code

When was the debt incurred?   **7/26/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.1 040** | **Davenport, Aljean** | |

Nonpriority Creditor's Name

**8261 Calmosa Ave**

**Whittier, CA 90602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0127**          **Unknown**

**When was the debt incurred?**   **09/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1 041** | **Davenport, Daniel** | |

Nonpriority Creditor's Name

**12829 Sierra Creek Rd**

**Victorville, CA 92395**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4030**          **Unknown**

**When was the debt incurred?**   **12/27/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1 042** | **David, Faulkner & Travis, Linda** | |

Nonpriority Creditor's Name

**5549 Hamill Ave.**

**San Diego, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0069**          **Unknown**

**When was the debt incurred?**   **04/06/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 043 | **David, William** | Last 4 digits of account number | **9041** | **Unknown** |

Nonpriority Creditor's Name
**5923 El Mio Drive**
**Los Angeles, CA 90042**
Number Street City State Zip Code

**When was the debt incurred?**  **10/09/09**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 044 | **Davidians, Lida & Rober** | Last 4 digits of account number | **1014** | **Unknown** |

Nonpriority Creditor's Name
**8340 Glencrest Dr.**
**Sun Valley, CA 91352**
Number Street City State Zip Code

**When was the debt incurred?**  **4/19/2011**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 045 | **Davila, Anthony** | Last 4 digits of account number | **4130** | **Unknown** |

Nonpriority Creditor's Name
**1317 Richland Ave**
**Santa Ana, CA 92703**
Number Street City State Zip Code

**When was the debt incurred?**  **8/16/2014**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 046 | **Davis Jr., Curtis L.** | Last 4 digits of account number | **2071** | **Unknown** |

Nonpriority Creditor's Name

**517 Mitre Ct.**
**Spring Valley, CA 91977**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/7/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 047 | **Davis, Carl** | Last 4 digits of account number | **2005** | **Unknown** |

Nonpriority Creditor's Name

**2191 E Calle Papagayo**
**Palm Springs, CA 92262**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **5/25/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 048 | **Davis, Carlos** | Last 4 digits of account number | **4015** | **Unknown** |

Nonpriority Creditor's Name

**2201 Manley Ct**
**Bakersfield, CA 93306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **4/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
049**

**Davis, Charles & Jeannie**
Nonpriority Creditor's Name

**2009 5Th Street**
**La Verne, CA 91750**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **1948** | **Unknown** |

**When was the debt incurred?**    **1/12/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
050**

**Davis, Cynthia**
Nonpriority Creditor's Name

**23001 Vesper Rd.**
**Lake Forest, CA 97630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **0062** | **Unknown** |

**When was the debt incurred?**    **03/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
051**

**DAVIS, Dorie**
Nonpriority Creditor's Name

**1202 N. Miller**
**Santa Ana, CA 93454**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **1012** | **Unknown** |

**When was the debt incurred?**    **2/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1 052**

**Davis, Herb**

Nonpriority Creditor's Name

**18804 Terecita Place**
**Tujunga, CA 91042**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3200**          **Unknown**

**When was the debt incurred?**   **9/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 053**

**Davis, Herb**

Nonpriority Creditor's Name

**10804 Terecita Place**
**Tugunga, CA 91043**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0083**          **Unknown**

**When was the debt incurred?**   **02/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 054**

**Davis, James and Yolanda**

Nonpriority Creditor's Name

**206 Baymeadows Dr**
**Placentia, CA 92870**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3060**          **Unknown**

**When was the debt incurred?**   **6/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 055 | **Davis, Jesse** | | Last 4 digits of account number    **3010** | | **Unknown** |

Nonpriority Creditor's Name
**4577 Don Ricardo Dr.**
**Los Angeles, CA 90008**

When was the debt incurred?    **11/21/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 056 | **Davis, Jim & Helen** | | Last 4 digits of account number    **3008** | | **Unknown** |

Nonpriority Creditor's Name
**23 Six Flags Cir**
**Buelton, CA 93422**

When was the debt incurred?    **3/25/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 057 | **Davis, Karen** | | Last 4 digits of account number    **2006** | | **Unknown** |

Nonpriority Creditor's Name
**530 Palmar**
**San Jose, CA 95128**

When was the debt incurred?    **10/3/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

■ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.1**<br>**058** | **Davis, Karen** | **Unknown** |

Nonpriority Creditor's Name

**530 Pamlar Ave**
**San Jose, CA 95128**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   2016

**When was the debt incurred?**   10/12/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1**<br>**059** | **Davis, Linda** | **Unknown** |

Nonpriority Creditor's Name

**2620 Pearson Avenue**
**Fullerton, CA 92831**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   2082

**When was the debt incurred?**   2/22/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1**<br>**060** | **Davis, Marcus** | **Unknown** |

Nonpriority Creditor's Name

**1219 Walnut Street**
**Inglewood, CA 90301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   1956

**When was the debt incurred?**   8/22/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 061 | **Davis, Muriel & Ray** | | | | Last 4 digits of account number | **3140** | **Unknown** |

Nonpriority Creditor's Name

**3159 Maine Ave.**
**Long Beach, CA 90806**

When was the debt incurred?   **8/8/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 062 | **Davis, Patsy & Gilbert** | | | | Last 4 digits of account number | **3081** | **Unknown** |

Nonpriority Creditor's Name

**530 W. 105 St.**
**Los Angeles, CA 90044**

When was the debt incurred?   **3/15/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 063 | **Davis, Ray & Muriel** | | | | Last 4 digits of account number | **1009** | **Unknown** |

Nonpriority Creditor's Name

**3159 Maine**
**Long Beach, CA 90806**

When was the debt incurred?   **1/4/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 064 | **Davis, Samuel** | | |

Nonpriority Creditor's Name
**1018 Palm Ave**
**National City, CA 91950**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **4092**          **Unknown**

**When was the debt incurred?**   **4/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 065 | **DavRenn Construction** | | |

Nonpriority Creditor's Name
**15834 Leffingwell Rd**
**Whittier, CA 90604**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **None**          **Unknown**

**When was the debt incurred?**   **1/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.1 066 | **Day, Elizabeth** | | |

Nonpriority Creditor's Name
**1357 Manzana Way**
**San Diego, CA 92139**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **2087**          **Unknown**

**When was the debt incurred?**   **3/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.1**
**067**

| | |
|---|---|
| **Day, Mary** | |

Nonpriority Creditor's Name

**625 W. G St.**

**Ontario, CA 91762**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1083**                    **Unknown**

**When was the debt incurred?**   **5/10/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**068**

| | |
|---|---|
| **Day, Mary** | |

Nonpriority Creditor's Name

**625 W G St**

**Ontario, CA 91762**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **2059**                    **Unknown**

**When was the debt incurred?**   **10/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**069**

| | |
|---|---|
| **Day, Robert** | |

Nonpriority Creditor's Name

**1568 Tioga Trail**

**Fallbrook, CA 92028**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Last 4 digits of account number**   **2106**                    **Unknown**

**When was the debt incurred?**   **1/24/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
070**

**Daymon, Grant**

Nonpriority Creditor's Name

**6022 Canehill Ave.**
**Lakewood, CA 90713**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0020**          **Unknown**

When was the debt incurred?     **07/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
071**

**De Anda, Alice**

Nonpriority Creditor's Name

**3315 Bell Isle Drive**
**San Diego, CA 92105**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1013**          **Unknown**

When was the debt incurred?     **12/21/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
072**

**De La Torre, Charlie**

Nonpriority Creditor's Name

**15101 Norton Ln.**
**Moreno Valley, CA 92551**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0002**          **Unknown**

When was the debt incurred?     **12/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 073 | **De La Torre, Nick** | Last 4 digits of account number | **0015** | **Unknown** |

Nonpriority Creditor's Name

**15101 Norton Ln.**
**Moreno Valley, CA 92551**
Number Street City State Zip Code

When was the debt incurred?    **11/23/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 074 | **DEAN, Charles & Linda** | Last 4 digits of account number | **1114** | **Unknown** |

Nonpriority Creditor's Name

**2331 Lassen St.**
**Oxnard, CA 93003**
Number Street City State Zip Code

When was the debt incurred?    **2/15/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 075 | **Dean, John** | Last 4 digits of account number | **1076** | **Unknown** |

Nonpriority Creditor's Name

**4745 E. Walnut Ave**
**Orange, CA 92689**
Number Street City State Zip Code

When was the debt incurred?    **10/4/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 076 | **Dean, Lucille** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**17391 Rainier Dr**
**Santa Ana, CA 92705**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **2080**

**When was the debt incurred?**  **9/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 077 | **Deboer, Orwyn & Susan** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**1213 La Paloma Glen**
**Escondido, CA 92026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **3041**

**When was the debt incurred?**  **10/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 078 | **DeCasas, Maricella** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**4439 Pacific Ave**
**Riverside, CA 92509**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **4123**

**When was the debt incurred?**  **9/30/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 079 | | | |
|---|---|---|---|

**Dechter, Nancy**

Nonpriority Creditor's Name

**3325 Cabow Way**

**Carlsbad, CA 92672**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0096**           **Unknown**

**When was the debt incurred?**   **05/18/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 080 | | | |
|---|---|---|---|

**Declines, Lea**

Nonpriority Creditor's Name

**1699 Creekside Ct**

**Fairfield, CA 94534**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4089**           **Unknown**

**When was the debt incurred?**   **6/27/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 081 | | | |
|---|---|---|---|

**DeCoursey, Patrick**

Nonpriority Creditor's Name

**3405 Florida St # 408**

**San Diego, CA 92104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3056**           **Unknown**

**When was the debt incurred?**   **9/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
082**

**Decter, Dorothy**

Nonpriority Creditor's Name

**5901 Centerbury Drive
Culver City, CA 90230**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1078**          **Unknown**

When was the debt incurred?   **11/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
083**

**DEDMAN, Trudy & Basil**

Nonpriority Creditor's Name

**6023 Lawrence St.
Cypress, CA 90630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0149**          **Unknown**

When was the debt incurred?   **1/25/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
084**

**Deepchandi, Paul**

Nonpriority Creditor's Name

**1332 E Lido Circle
Palm Springs, CA 92262**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2041**          **Unknown**

When was the debt incurred?   **8/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 085 | **DeFelice, Patricia** | Last 4 digits of account number | **3037** | **Unknown** |

Nonpriority Creditor's Name

**1602 N. Rosewood Ave**
**Santa Ana, CA 92706**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **7/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 086 | **Deibert, Vicky & Randall** | Last 4 digits of account number | **3098** | **Unknown** |

Nonpriority Creditor's Name

**74593 Cactus**
**Twenty-nine Palms, CA 92277**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **7/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 087 | **Delachmit, Leslie & Jan** | Last 4 digits of account number | **3033** | **Unknown** |

Nonpriority Creditor's Name

**73747 Manana Dr.**
**29 Palms, CA 92277**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **12/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 088 | | | |
|---|---|---|---|

**DeLaFlor, Leslie**

Nonpriority Creditor's Name

**720 S. Ruby Lane**
**Anaheim, CA 92807**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2111**                    **Unknown**

**When was the debt incurred?**   **6/23/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 089 | | | |
|---|---|---|---|

**Delagarza, Emilio**

Nonpriority Creditor's Name

**3032 E. Walnut**
**Ontario, CA 91761**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2018**                    **Unknown**

**When was the debt incurred?**   **2/6/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 090 | | | |
|---|---|---|---|

**Delaney, Brian**

Nonpriority Creditor's Name

**311 Marinella Aisle**
**Irvine, CA 92606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **0006**                    **Unknown**

**When was the debt incurred?**   **10/26/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 091 | **Delaney, Diane** | Last 4 digits of account number | **4107** | **Unknown** |

Nonpriority Creditor's Name
**2530 Selrose Lane**
**Santa Barbara, CA 93109**
Number Street City State Zip Code

When was the debt incurred?   **6/23/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 092 | **Delaney, Paul & Diane** | Last 4 digits of account number | **0054** | **Unknown** |

Nonpriority Creditor's Name
**2530 Selrose Ln.**
**Santa Barbara, CA 93109**
Number Street City State Zip Code

When was the debt incurred?   **03/30/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 093 | **Delashmit, Leslie** | Last 4 digits of account number | **4060** | **Unknown** |

Nonpriority Creditor's Name
**73747 Manana Dr**
**29 Palms, CA 92277**
Number Street City State Zip Code

When was the debt incurred?   **7/17/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.1 094 | **Delavega, Horacio & Julie** | | **Unknown** |

Nonpriority Creditor's Name

**5369 Achilles Cir**
**La Palma, CA 90625**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **4057**

**When was the debt incurred?**    **10/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 095 | **DELAY, Linda** | | **Unknown** |

Nonpriority Creditor's Name

**15609 Pohez Rd**
**Apple Valley, CA 92307**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **4009**

**When was the debt incurred?**    **7/23/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 096 | **Delcid, Felix** | | **Unknown** |

Nonpriority Creditor's Name

**6711 Tyrone Ave.**
**Van Nuys, CA 91405**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1062**

**When was the debt incurred?**    **6/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (*if know*) _____

| | | |
|---|---|---|
| **4.1 097** | **Delconte, Paula** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number | **1071** | **Unknown** |

**23400 Haynes st.**
**West Hills, CA 91307**
Number Street City State Zip Code

**When was the debt incurred?** **6/28/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1 098** | **Delgado, Dave** | |

Nonpriority Creditor's Name

**Last 4 digits of account number** **0121**   **Unknown**

**1410 Manitou Rd.**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**When was the debt incurred?** **06/15/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1 099** | **Delgado, Miguel** | |

Nonpriority Creditor's Name

**Last 4 digits of account number** **1936**   **Unknown**

**4402 Tulane Ave**
**Long Beach, CA 90808**
Number Street City State Zip Code

**When was the debt incurred?** **10/21/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 100 | **Delille, Charlotte** | | |

Nonpriority Creditor's Name

**13661 Loretta Drive**
**Tustin, CA 92790**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1005**                    **Unknown**

**When was the debt incurred?**   **11/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 101 | **Dellarsina, John** | | |

Nonpriority Creditor's Name

**1952 Ventana Way**
**El Cajon, CA 92020**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **4075**                    **Unknown**

**When was the debt incurred?**   **2/12/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 102 | **DeLong, Sally** | | |

Nonpriority Creditor's Name

**1119 Seal Ct.**
**Ventura, CA 93001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **0079**                    **$0.00**

**When was the debt incurred?**   **09/28/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 103 | | | |
|---|---|---|---|

**Delpippo, Robert**

Nonpriority Creditor's Name

**324 Sierra Blvd**
**Roseville, CA 95678**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2018**                    **Unknown**

When was the debt incurred?    **11/28/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 104 | | | |
|---|---|---|---|

**DELSIO, Jim & Trudi**

Nonpriority Creditor's Name

**7439 Canyon Peak Ln.**
**San Diego, CA 92126**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0158**                    **Unknown**

When was the debt incurred?    **1/25/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 105 | | | |
|---|---|---|---|

**DeLucia, Carl & Patricia**

Nonpriority Creditor's Name

**3441 Birdsong Ave.**
**Thousand Oaks, CA 91360**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3009**                    **Unknown**

When was the debt incurred?    **1/28/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 106 | **Delzeich, Darrin** | Last 4 digits of account number | **0063** | **Unknown** |

Nonpriority Creditor's Name

**2101 Belford Ave.**
**Placentia, CA 92870**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?  **02/23/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 107 | **Dement, Derwin** | Last 4 digits of account number | **4051** | **Unknown** |

Nonpriority Creditor's Name

**4960 Tyler St**
**Oceanside, CA 92057**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?  **6/4/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 108 | **Dement, Pauline & Darwin** | Last 4 digits of account number | **4051** | **Unknown** |

Nonpriority Creditor's Name

**4960 Tyler St**
**Oceanside, CA 92057**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?  **4/11/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 109 | | | |
|---|---|---|---|

**Demeo, Patricia**

**Unknown**

Nonpriority Creditor's Name

**908 Langford St.**
**Oceanside, CA 92058**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0112**

When was the debt incurred?  **09/07/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 110 | | | |
|---|---|---|---|

**Deneal, Adam & Jordan**

**Unknown**

Nonpriority Creditor's Name

**14895 Rembrandt Dr**
**Moreno Valley, CA 92553**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4154**

When was the debt incurred?  **9/24/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 111 | | | |
|---|---|---|---|

**Deng-Lee, Rosaline**

**Unknown**

Nonpriority Creditor's Name

**337 Vista Marazul**
**Oceanside, CA 92057**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3161**

When was the debt incurred?  **8/20/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 112 | **Denina, Nimfa** | Last 4 digits of account number | **0035** | **Unknown** |

Nonpriority Creditor's Name
**1930 Kensington Ln.**
**Oxnard, CA 93030**

When was the debt incurred?   **06/01/10**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 113 | **Dennis, Ray** | Last 4 digits of account number | **2025** | **Unknown** |

Nonpriority Creditor's Name
**4700 Clair Del #550**
**Long Beach, CA 90807**

When was the debt incurred?   **11/21/2012**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 114 | **Dequer, Steve** | Last 4 digits of account number | **3172** | **Unknown** |

Nonpriority Creditor's Name
**483 University Cr**
**Claremont, CA 91711**

When was the debt incurred?   **8/13/2013**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1<br>115 | **Derigat, Armand** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**3168 Dona Sarita Place**
**Studio City, CA 91604**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1094**

**When was the debt incurred?**   **1/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>116 | **Derkeverkian, Andre** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**315 Cameron Pl, Unit 2**
**Glendale, CA 91207**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1972**

**When was the debt incurred?**   **3/20/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>117 | **Derwin, Audrey** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**3849 Marlesta Dr.**
**San Diego, CA 92111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **0027**

**When was the debt incurred?**   **05/18/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 118 | | | |
|---|---|---|---|

**Descoteaux, Betty**
Nonpriority Creditor's Name

**24609 Singer St**
**Moreno Valley, CA 92557**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2021**          **Unknown**

**When was the debt incurred?**   **3/13/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 119 | | | |
|---|---|---|---|

**Desjarlais, Gloria**
Nonpriority Creditor's Name

**4167 Casa Grande Ct**
**San Jose, CA 95118**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1032**          **Unknown**

**When was the debt incurred?**   **03/15/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 120 | | | |
|---|---|---|---|

**Destatoff, Margaret & James**
Nonpriority Creditor's Name

**4340 Lindsey Ave.**
**Pico Rivera, CA 90660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1010**          **Unknown**

**When was the debt incurred?**   **5/17/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 121 | **Dettmer, Joan** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**415 Maple Street**
**Mill Valley, CA 94941**
Number Street City State Zip Code

**When was the debt incurred?**  **7/30/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 122 | **Dever, John & Belinda** | Last 4 digits of account number **2093** | **Unknown** |

Nonpriority Creditor's Name
**3844 Cedar Avenue**
**Long Beach, CA 90807**
Number Street City State Zip Code

**When was the debt incurred?**  **3/12/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 123 | **Devers, Allen** | Last 4 digits of account number **1089** | **Unknown** |

Nonpriority Creditor's Name
**13094 Sleepy Wind Street**
**Moorpark, CA 93021**
Number Street City State Zip Code

**When was the debt incurred?**  **8/9/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 124 | **Devers, Allen & Megan** | | **Unknown** |

Nonpriority Creditor's Name
**13094 Sleepy Wind St**
**Moorpark, CA 93021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4093**

**When was the debt incurred?**  **5/12/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 125 | **Devine, Corrine** | | **Unknown** |

Nonpriority Creditor's Name
**10187 Camberley Lane**
**Cupertino, CA 95014**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4031**

**When was the debt incurred?**  **7/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 126 | **Devine, Corrine** | | **Unknown** |

Nonpriority Creditor's Name
**10187 Camberley Ave.**
**Cupertino, CA 95014**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2022**

**When was the debt incurred?**  **12/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**127**

**Devore, Gail & Harvey**
Nonpriority Creditor's Name
**1110 Community Bldg Rd**
**Dulzura, CA 91917**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **3070**                    **Unknown**

When was the debt incurred? **8/9/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**128**

**Devore, Wayne & Quinta**
Nonpriority Creditor's Name
**8571 Grand Ave.**
**Buena Park, CA 90620**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **0021**                    **Unknown**

When was the debt incurred? **12/28/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**129**

**Devore, Wayne & Quinta**
Nonpriority Creditor's Name
**8571 Grand Ave.**
**Buena Park, CA 90620**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **0021**                    **Unknown**

When was the debt incurred? **12/14/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 130 | | | |
|---|---|---|---|

**Deyoung, Robert**
Nonpriority Creditor's Name
**12259 Custer St.**
**Yucaipa, CA 92399**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0074**          **Unknown**

**When was the debt incurred?**   **08/31/10**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 131 | | | |
|---|---|---|---|

**Dhillon, Bagwants & Dermit**
Nonpriority Creditor's Name
**3756 Hidden Springs Ct**
**El Sobrante, CA 94803**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2009**          **Unknown**

**When was the debt incurred?**   **7/11/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 132 | | | |
|---|---|---|---|

**Dhillon, Bagwants & Dermit**
Nonpriority Creditor's Name
**3756 Hidden Springs Court**
**El Sobrante, CA 94803**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2009**          **Unknown**

**When was the debt incurred?**   **10/18/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| | |
|---|---|
| **4.1 133** | |

**Diaz, Eleuterio**
Nonpriority Creditor's Name
**233 East Ave P1**
**Palmdale, CA 93550**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **4024**                    **Unknown**

**When was the debt incurred?** **12/22/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.1 134** | |

**Diaz, Frank & Pat**
Nonpriority Creditor's Name
**4849 130st**
**Hawthorne, CA 90250**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **9013**                    **Unknown**

**When was the debt incurred?** **11/24/09**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.1 135** | |

**Diaz, Frank & Patricia**
Nonpriority Creditor's Name
**4849 W 130 St**
**Hawthorne, CA 90250**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **3117**                    **Unknown**

**When was the debt incurred?** **9/25/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 136 | **Diaz, John** | Last 4 digits of account number | **2023** | **Unknown** |

Nonpriority Creditor's Name
**4076 Johnson Drive**
**Oceanside, CA 92056**
Number Street City State Zip Code

When was the debt incurred? **3/2/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 137 | **Diaz, Lilia** | Last 4 digits of account number | **0010** | **$0.00** |

Nonpriority Creditor's Name
**390 Englurt Ct.**
**San Jose, CA 95133**
Number Street City State Zip Code

When was the debt incurred? **09/07/10**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 138 | **Diaz, Maria** | Last 4 digits of account number | **3011** | **Unknown** |

Nonpriority Creditor's Name
**817 Camino Los Banos**
**San Jacinto, CA 92583**
Number Street City State Zip Code

When was the debt incurred? **2/2/2013**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1<br>139 | **Diaz, Maria** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2171 Hayward Ct**
**San Diego, CA 92139**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **2042**        **Unknown**

**When was the debt incurred?**    **7/23/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>140 | **Diaz, Sotero & Gloria** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**26976 Delgado Rd.**
**Capistrano Beach, CA 92624**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1107**        **Unknown**

**When was the debt incurred?**    **4/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>141 | **DICKERSON, Micheal** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1107 Rambling Rd.**
**Simi Valley, CA 93065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1035**        **Unknown**

**When was the debt incurred?**    **1/25/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.1
142**

**Dickinson, Gerri**

Nonpriority Creditor's Name

**1029 Cornell Dr**
**Burbank, CA 91504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3040**                    **Unknown**

**When was the debt incurred?**    **10/24/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
143**

**Dickson, Michele & Stephen**

Nonpriority Creditor's Name

**1650 Calle Don Juan**
**La Habra, CA 90631**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4081**                    **Unknown**

**When was the debt incurred?**    **3/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
144**

**Dickson, Stephen & Michelle**

Nonpriority Creditor's Name

**1650 Calle Don Juan**
**La Habra, CA 90631**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3026**                    **Unknown**

**When was the debt incurred?**    **7/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 145 | |
|---|---|

**Diebel, Elinor**
Nonpriority Creditor's Name

**3105 Barnett St**
**Bakersfield, CA 93308**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4021**                    **Unknown**

When was the debt incurred?    **3/18/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 146 | |
|---|---|

**Diehl, Maurita**
Nonpriority Creditor's Name

**19435 Shirley Ct**
**Tarzana, CA 91356**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4101**                    **Unknown**

When was the debt incurred?    **7/24/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 147 | |
|---|---|

**Diehl, Maurita**
Nonpriority Creditor's Name

**19435  Shirley Ct**
**Tarzana, CA 91356**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3096**                    **Unknown**

When was the debt incurred?    **9/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.1
148**

**Diehl, Maurita**
Nonpriority Creditor's Name

**19435 shirley ct.**
**Tarzana, CA 91356**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **1001**                    **Unknown**

When was the debt incurred?   **3/15/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
149**

**Diem, Don & Janet**
Nonpriority Creditor's Name

**28649 Mt. Whitney**
**Rancho Palos Verdes, CA 90275**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **2034**                    **Unknown**

When was the debt incurred?   **5/24/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
150**

**Dietiker, Walter**
Nonpriority Creditor's Name

**456 Vista Roma**
**Newport, CA 92660**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **1001**                    **Unknown**

When was the debt incurred?   **9/7/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 151 | **Dieudonne, Larcina** | Last 4 digits of account number | **3006** | **Unknown** |

Nonpriority Creditor's Name
**2972 Rochester Cir**
**Corona, CA 92879**
Number Street City State Zip Code

When was the debt incurred?  **4/27/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 152 | **Difranco, V & J** | Last 4 digits of account number | **2052** | **Unknown** |

Nonpriority Creditor's Name
**6926 MayCroft Dr**
**Rancho Palos Verdes, CA 90275**
Number Street City State Zip Code

When was the debt incurred?  **6/8/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 153 | **Diggs, Nolen** | Last 4 digits of account number | **2005** | **Unknown** |

Nonpriority Creditor's Name
**7811 Dartmouth Ave**
**Rancho Cucomonga, CA 91730**
Number Street City State Zip Code

When was the debt incurred?  **1/17/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 154 | **Dilley, Mary** | | | | Last 4 digits of account number | **0051** | **Unknown** |

Nonpriority Creditor's Name

**21225 Davan St.**
**Dimond Bar, CA 91789**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **04/27/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 155 | **Dillon, Daniel** | | | | Last 4 digits of account number | **3206** | **Unknown** |

Nonpriority Creditor's Name

**402 S Tracy Lane**
**Orange, CA 92869**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **9/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 156 | **Dillon, Herbert** | | | | Last 4 digits of account number | **3002** | **Unknown** |

Nonpriority Creditor's Name

**954 Hickory View Circle**
**Camarillo, CA 93012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| Debtor 1 | **Casey John Simon** |
|---|---|
| Debtor 2 | **Korrine Ellen Simon** |

Case number (*if know*)

---

**4.1
157**

**Dillon, Wayne**
Nonpriority Creditor's Name

**264 Dellbrook**
**San Francisco, CA 94131**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1044**        **Unknown**

**When was the debt incurred?**   **01/18/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
158**

**Dinger, Harlan**
Nonpriority Creditor's Name

**9340 Fortune Dr.**
**La Mesa, CA 91941**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1008**        **Unknown**

**When was the debt incurred?**   **6/28/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
159**

**Dinger, Harlan**
Nonpriority Creditor's Name

**9340 Fortune Dr.**
**La Mesa, CA 91941**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1009**        **Unknown**

**When was the debt incurred?**   **6/14/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 160 | | | |
|---|---|---|---|

**Discover Fin Svcs Llc**

Nonpriority Creditor's Name

**Po Box 15316**

**Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** 2471

**When was the debt incurred?** 2009-2016

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

$8,813.86

---

| 4.1 161 | | | |
|---|---|---|---|

**Discover Fin Svcs Llc**

Nonpriority Creditor's Name

**Po Box 15316**

**Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** 6279

**When was the debt incurred?** 2009-2016

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

$2,893.35

---

| 4.1 162 | | | |
|---|---|---|---|

**Dishong, William**

Nonpriority Creditor's Name

**3761 Anza Way**

**San Leandro, CA 94578**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** 2004

**When was the debt incurred?** 8/28/2012

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
163**

**Disney Destinations LLC**
Nonpriority Creditor's Name

**1375 Buena Vista Drive**
**Orlando, FL 32830**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **2738**                    $583.30

When was the debt incurred?   **2015-2016**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**
**Credit Card**

---

**4.1
164**

**Dixion, Shelly & Julian**
Nonpriority Creditor's Name

**5999 Rancho Mission Rd**
**San Diego, CA 92108**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **1011**                    $0.00

When was the debt incurred?   **06/28/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior**
**Specialist**

---

**4.1
165**

**Dixon, Earl & Lilie**
Nonpriority Creditor's Name

**52960 Avenida Vallejo**
**La Quinta, CA 92253**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **1941**                    Unknown

When was the debt incurred?   **5/14/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior**
**Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**166**

**Dixon, John & Charline**
Nonpriority Creditor's Name
**618 Falconer Rd.**
**Escondido, CA 92027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2006**                              **Unknown**

**When was the debt incurred?**    **12/21/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**167**

**DMV Renewal**
Nonpriority Creditor's Name
**PO Box 942897**
**Sacramento, CA 94297-0897**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4199**                              **$294.00**

**When was the debt incurred?**    **3/1/2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

**4.1**
**168**

**DMV-Vehicle Registr. Collections**
Nonpriority Creditor's Name
**PO Box 419001**
**Rancho Cordova, CA 95741-9001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2015**                              **$294.00**

**When was the debt incurred?**    **1/15/2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 169 | **Doan, Ivy & Nguyen, Chau** | Last 4 digits of account number | **0089** | **Unknown** |

Nonpriority Creditor's Name

**2226 Cotter St.**

**Santa Ana, CA 92706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **04/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 170 | **Dobbins, Keith & Laura** | Last 4 digits of account number | **3069** | **Unknown** |

Nonpriority Creditor's Name

**6016 Ridgegate Dr.**

**Chino Hills, CA 91709**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3/13/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 171 | **Dobbs, Mary** | Last 4 digits of account number | **1971** | **Unknown** |

Nonpriority Creditor's Name

**138 Fir Terrace**

**Cedar Glenn, CA 92321**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **4/24/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
172**

**Dodd, Adeline**                           Last 4 digits of account number   **1077**                    **Unknown**
Nonpriority Creditor's Name
**13442 Standish Drive**                    **When was the debt incurred?**   **5/15/2012**
**Poway, CA 92064**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                             ■ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
                                            ■ Other. Specify  **Business Debt - Past Customer of Exterior**
☐ Yes                                                         **Specialist**

---

**4.1
173**

**Dodd, Angela**                            Last 4 digits of account number   **3133**                    **Unknown**
Nonpriority Creditor's Name
**4839 Luna Dr**                            **When was the debt incurred?**   **10/15/2013**
**Oceanside, CA 92057**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                             ■ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
                                            ■ Other. Specify  **Business Debt - Past Customer of Exterior**
☐ Yes                                                         **Specialist**

---

**4.1
174**

**Dodge, Jefferey**                         Last 4 digits of account number   **2089**                    **Unknown**
Nonpriority Creditor's Name
**45692 San Gabriel**                       **When was the debt incurred?**   **4/10/2012**
**St. Indio, CA 92201**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                             ■ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
                                            ■ Other. Specify  **Business Debt - Past Customer of Exterior**
☐ Yes                                                         **Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 175 | **Dolin, Svanhild** | Last 4 digits of account number | **2010** | **Unknown** |

Nonpriority Creditor's Name
**905 Inverness Dr.**
**Rancho Mirage, CA 92270**

When was the debt incurred?   **1/5/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.1 176 | **Dollentas, Jose & Darlene** | Last 4 digits of account number | **3185** | **Unknown** |

Nonpriority Creditor's Name
**2760 Santa Fe Ave**
**Long Beach, CA 90810**

When was the debt incurred?   **8/16/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.1 177 | **Dolphin, Steven & Michelle** | Last 4 digits of account number | **4085** | **Unknown** |

Nonpriority Creditor's Name
**2323 S. Cutty Way #57**
**Anaheim, CA 92082**

When was the debt incurred?   **5/20/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 178 | **Domencini, John and Kathleen** | Last 4 digits of account number | **2016** | **Unknown** |

Nonpriority Creditor's Name

**8211 Munster Dr**
**Huntington Beach, CA 92646**

Number Street City State Zip Code

When was the debt incurred?   **6/24/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 179 | **Domingo, Joyce** | Last 4 digits of account number | **0010** | **Unknown** |

Nonpriority Creditor's Name

**184 Avenida Majorca #P**
**Laguna Woods, CA 92637**

Number Street City State Zip Code

When was the debt incurred?   **08/17/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 180 | **Dominguez, Carlos & Isabella** | Last 4 digits of account number | **3005** | **Unknown** |

Nonpriority Creditor's Name

**563 S. Dos Caminos Ave.**
**Ventura, CA 93003**

Number Street City State Zip Code

When was the debt incurred?   **2/12/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 181 | | | |
|---|---|---|---|

**Dominguez, Cynthia**
Nonpriority Creditor's Name

**9250 Pecan Ave**
**Hesperia, CA 92345**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1946**          **Unknown**

**When was the debt incurred?**    **8/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 182 | | | |
|---|---|---|---|

**Dominguez, Elias & Gertrude**
Nonpriority Creditor's Name

**606 N. Meridian St.**
**Hemet, CA 92544**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0116**          **Unknown**

**When was the debt incurred?**    **09/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 183 | | | |
|---|---|---|---|

**Dominguez, John & Connie**
Nonpriority Creditor's Name

**8545 Matterhorn Drive**
**Santee, CA 92071**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3136**          **Unknown**

**When was the debt incurred?**    **12/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| | | |
|---|---|---|
| **4.1 184** | **Dominguez, Rebecca** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number | **0086** |
| **1720 Dover St.** | | **Unknown** |
| **Oxnard, CA 93030** | When was the debt incurred? | **04/20/10** |
| Number Street City State Zip Code | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1 185** | **donaldson, Norma** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number | **9042** |
| **22696 Arliss Dr.** | | **Unknown** |
| **Grand Terrace, CA 92313** | When was the debt incurred? | **01/04/10** |
| Number Street City State Zip Code | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1 186** | **Dong, John** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number | **0141** |
| **270 15th Ave.** | | **$0.00** |
| **San Francisco, CA 94118** | When was the debt incurred? | **10/05/10** |
| Number Street City State Zip Code | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1<br>187 | **Dorsey, Patrick & Terri** | Last 4 digits of account number | **3030** | **Unknown** |

Nonpriority Creditor's Name
**1512 Via Buena**
**La Verne, CA 91750**
Number Street City State Zip Code

When was the debt incurred?    **10/29/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>188 | **Dorsey, Ralph & Deborah** | Last 4 digits of account number | **4112** | **Unknown** |

Nonpriority Creditor's Name
**1587 Buckboard Dr**
**Oceanside, CA 92057**
Number Street City State Zip Code

When was the debt incurred?    **4/30/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>189 | **Dos Santos, Flavio** | Last 4 digits of account number | **5100** | **Unknown** |

Nonpriority Creditor's Name
**18233 Van Ness Ave**
**Torrance, CA 90504**
Number Street City State Zip Code

When was the debt incurred?    **5/15/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 190 | **Doss, Paula** | Last 4 digits of account number | **0025** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1024 Gallery Dr.**
**Oceanside, CA 92087**
Number Street City State Zip Code

**When was the debt incurred?**   **08/24/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 191 | **Doub, Cathy M.** | Last 4 digits of account number | **0115** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**140 E. Francis Ave.**
**La Habra, CA 90631**
Number Street City State Zip Code

**When was the debt incurred?**   **06/15/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 192 | **Douglas, Henry** | Last 4 digits of account number | **4054** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**920 W Lavrel St**
**Compton, CA 90220**
Number Street City State Zip Code

**When was the debt incurred?**   **6/28/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 193 | **Douglas, Rosalyn** | Last 4 digits of account number | **0021** | **Unknown** |

Nonpriority Creditor's Name
**9058 Scott St.**
**Bellflower, CA 90706**
Number Street City State Zip Code

When was the debt incurred?  **06/22/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 194 | **Dow, Fred** | Last 4 digits of account number | **1032** | **Unknown** |

Nonpriority Creditor's Name
**914 Steel**
**Brea, CA 92831**
Number Street City State Zip Code

When was the debt incurred?  **8/9/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 195 | **Dowd, Dave & Judy** | Last 4 digits of account number | **0012** | **$0.00** |

Nonpriority Creditor's Name
**2950 Rosette St.**
**Simi Valley, CA 93065**
Number Street City State Zip Code

When was the debt incurred?  **12/14/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 196 | **Dowd, David** | Last 4 digits of account number | **1002** | **Unknown** |

Nonpriority Creditor's Name
**2950 Rosette St.**
**Simi Valley, CA 93065**
Number Street City State Zip Code

**When was the debt incurred?**  **5/17/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 197 | **Dowd, Pauline** | Last 4 digits of account number | **4132** | **Unknown** |

Nonpriority Creditor's Name
**8514 Camelia Dr**
**Riverside, CA 92504**
Number Street City State Zip Code

**When was the debt incurred?**  **7/2/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 198 | **Downs, Jeannie** | Last 4 digits of account number | **3078** | **Unknown** |

Nonpriority Creditor's Name
**4186 Taos Dr.**
**San Diego, CA 92117**
Number Street City State Zip Code

**When was the debt incurred?**  **7/10/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1 199 | **Downs, Ron** | Last 4 digits of account number | **1036** | **$0.00** |

Nonpriority Creditor's Name

**8236 Seranata**
**Whittier, CA 90603**

Number Street City State Zip Code

**When was the debt incurred?**  **06/14/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 200 | **Doyle, Tim Aaron** | Last 4 digits of account number | **4023** | **Unknown** |

Nonpriority Creditor's Name

**1717 Cedar St**
**Berkeley, CA 94703**

Number Street City State Zip Code

**When was the debt incurred?**  **5/27/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 201 | **Draeger, Truman** | Last 4 digits of account number | **3025** | **Unknown** |

Nonpriority Creditor's Name

**633 El Rancho Dr**
**El Cajon, CA 92019**

Number Street City State Zip Code

**When was the debt incurred?**  **4/22/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1 202 | **Drake, Dawn** | | **Last 4 digits of account number** | **3014** | **Unknown** |

Nonpriority Creditor's Name
**100 N. X Street**
**Lompoc, CA 93436**
Number Street City State Zip Code

**When was the debt incurred?**   **3/5/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 203 | **Dray, James & Paula** | | **Last 4 digits of account number** | **1078** | **Unknown** |

Nonpriority Creditor's Name
**1917 Nelson Avenue Unit A**
**Redondo Beach, CA 90278**
Number Street City State Zip Code

**When was the debt incurred?**   **1/14/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 204 | **Dreher, Betty** | | **Last 4 digits of account number** | **1938** | **Unknown** |

Nonpriority Creditor's Name
**3062 Monroe**
**Riverside, CA 92504**
Number Street City State Zip Code

**When was the debt incurred?**   **6/11/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 205 | | | |
|---|---|---|---|

**Dreisbach, Elizabeth**
Nonpriority Creditor's Name

**1264 Paseo Dorado**
**San Dimas, CA 91773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3057**          **Unknown**

**When was the debt incurred?**  **2/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 206 | | | |
|---|---|---|---|

**Dressler, Marie**
Nonpriority Creditor's Name

**883 Bear Creek**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2096**          **Unknown**

**When was the debt incurred?**  **6/17/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 207 | | | |
|---|---|---|---|

**Drewry, Maty & Harry**
Nonpriority Creditor's Name

**430 Camino Mateo**
**San Marcos, CA 92069**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1065**          **Unknown**

**When was the debt incurred?**  **10/4/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 208 | **Driesen, Art & Diane** | Last 4 digits of account number | **3192** | **Unknown** |

Nonpriority Creditor's Name

**3781 Hillside Ave**

**Norcom, CA 92860**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 209 | **Drinkwater, William** | Last 4 digits of account number | **2012** | **Unknown** |

Nonpriority Creditor's Name

**55559 Lum Lane**

**Landers, CA 92285**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 210 | **Drinnon, Concepcion** | Last 4 digits of account number | **3014** | **Unknown** |

Nonpriority Creditor's Name

**41 Center St.**

**Chula Vista, CA 91910**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 211 | **Driskill, Cecile** | Last 4 digits of account number | **2056** | **Unknown** |

Nonpriority Creditor's Name

**3126 Via Serena North Unit B**
**Laguna Woods, CA 92637**

Number Street City State Zip Code

**When was the debt incurred?**   **4/20/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 212 | **Drzanek, Amanda** | Last 4 digits of account number | **4079** | **Unknown** |

Nonpriority Creditor's Name

**527 Missouri Ave**
**Placentia, CA 92870**

Number Street City State Zip Code

**When was the debt incurred?**   **6/25/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 213 | **Duarte, Erika** | Last 4 digits of account number | **4123** | **Unknown** |

Nonpriority Creditor's Name

**2057 Eveningside Dr**
**West Covina, CA 91792**

Number Street City State Zip Code

**When was the debt incurred?**   **11/20/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 214 | **Duarte, Helen** | Last 4 digits of account number | **1040** | **Unknown** |

Nonpriority Creditor's Name
**1923 Jones St.**
**Los Angeles, CA 90032**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **3/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 215 | **Dubnicka, Dixie** | Last 4 digits of account number | **1004** | **Unknown** |

Nonpriority Creditor's Name
**11251 Fremont St.**
**Yucaipa, CA 92399**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **4/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 216 | **Dubois, Charles** | Last 4 digits of account number | **4003** | **Unknown** |

Nonpriority Creditor's Name
**3048 Victoria Ave**
**Los Angeles, CA 90016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **3/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 217 | | | |
|---|---|---|---|

**Dubose, Lafayette & Dorothy**

Nonpriority Creditor's Name

**4226 La Pinata Way #228**
**Oceanside, CA 92057**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4023**                        **Unknown**

**When was the debt incurred?**   **10/18/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 218 | | | |
|---|---|---|---|

**Dubrick, Patsy**

Nonpriority Creditor's Name

**3022 N. Peoria Ave**
**Simi Valley, CA 93063**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **91CO**                        **Unknown**

**When was the debt incurred?**   **4/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 219 | | | |
|---|---|---|---|

**Ducolon, Nan**

Nonpriority Creditor's Name

**7667 Lantana Dr**
**Buena Park, CA 90620**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1050**                        **Unknown**

**When was the debt incurred?**   **06/21/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 220 | | | |
|---|---|---|---|

**Duff, Tom**
Nonpriority Creditor's Name

**1622 Gatewood Ct**
**Brea, CA 92821**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2068**

When was the debt incurred?   **11/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 221 | | | |
|---|---|---|---|

**Duffy, Cecelia**
Nonpriority Creditor's Name

**78962 Foundtain Hill Dr**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1991**

When was the debt incurred?   **5/15/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 222 | | | |
|---|---|---|---|

**Duffy, Cecilia**
Nonpriority Creditor's Name

**78962 Fountain Hills Dr**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4111**

When was the debt incurred?   **7/30/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 223 | **Duffy, Vanzola** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**535 St. John Place**
**Inglewood, CA 90801**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1099**              **Unknown**

When was the debt incurred?    **8/9/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 224 | **Duhn, Charlotte** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1881 St. John Rd. #37 B**
**Seal Beach, CA 90740**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **9029**              **Unknown**

When was the debt incurred?    **11/10/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 225 | **Duhon, Jane** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**19923 Bernist Ave.**
**Torrance, CA 90503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0008**              **$0.00**

When was the debt incurred?    **07/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
226**

**Duke, James**

Nonpriority Creditor's Name

**15520 Bixler Ave.**
**Paramount, CA 90723**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0009**            **Unknown**

**When was the debt incurred?**   **06/22/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
227**

**Dulany, Roland**

Nonpriority Creditor's Name

**284 N Burton St**
**Nipomo, CA 93444**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4141**            **Unknown**

**When was the debt incurred?**   **2/9/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
228**

**Dunbar, George & Brenda**

Nonpriority Creditor's Name

**7709 E. Fieldcrest**
**Orange, CA 92869**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2069**            **Unknown**

**When was the debt incurred?**   **6/9/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 229 | | | |
|---|---|---|---|

**Duncan, Ted & Cheryl**

Nonpriority Creditor's Name

**3307 Park Vista Dr**

**La Crescenta, CA 91214**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4128**                        **Unknown**

When was the debt incurred?    **8/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 230 | | | |
|---|---|---|---|

**Duncan, Ted & Cheryl**

Nonpriority Creditor's Name

**3307 Park Vista Dr**

**La Crescenta, CA 91214**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3084**                        **Unknown**

When was the debt incurred?    **10/29/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 231 | | | |
|---|---|---|---|

**Duncan, Tracey**

Nonpriority Creditor's Name

**25893 Margaret Ave**

**Moreno Valley, CA 92551**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3120**                        **Unknown**

When was the debt incurred?    **11/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)*

---

**4.1**
**232**

**Dundas, Terry & Mary**

Nonpriority Creditor's Name

**3808 Earle Ave.**
**Rosemead, CA 91770**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0094**                    **Unknown**

**When was the debt incurred?**   **07/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**233**

**Dunham, Gerri & Scott**

Nonpriority Creditor's Name

**22065 Woodcreek Lane**
**Wildomar, CA 92595**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4054**                    **Unknown**

**When was the debt incurred?**   **5/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**234**

**Dunham, Scott & Neal, Geri**

Nonpriority Creditor's Name

**22065 Woodcreek Ln**
**Wildomar, CA 92595**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number   **3122**                    **Unknown**

**When was the debt incurred?**   **11/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 235 | **Dunne, Bob** | Last 4 digits of account number | **3011** | **Unknown** |

Nonpriority Creditor's Name

**27645 Avenida Interno**
**Menifee, CA 92585**

Number Street City State Zip Code

**When was the debt incurred?**   **10/29/2013**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 236 | **Dunnick, Everett & Olivia** | Last 4 digits of account number | **2027** | **Unknown** |

Nonpriority Creditor's Name

**38445 Rancho Height Way**
**Pala, CA 92059**

Number Street City State Zip Code

**When was the debt incurred?**   **9/6/2012**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 237 | **Dupont, Armando & Lourdes** | Last 4 digits of account number | **2124** | **Unknown** |

Nonpriority Creditor's Name

**1330 Hidden Springs Dr**
**Corona, CA 92811**

Number Street City State Zip Code

**When was the debt incurred?**   **6/26/2012**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.1<br>238 | **Dupree, Judith** | Last 4 digits of account number | **3061** | **Unknown** |

Nonpriority Creditor's Name
**4413 Maxson Rd**
**El Monte, CA 91732**
Number Street City State Zip Code

**When was the debt incurred?**   **10/23/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>239 | **Dupree, Judith** | Last 4 digits of account number | **2102** | **Unknown** |

Nonpriority Creditor's Name
**4413 Maxson Road**
**El Monte, CA 91732**
Number Street City State Zip Code

**When was the debt incurred?**   **12/10/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>240 | **Duran, Daniel** | Last 4 digits of account number | **1087** | **Unknown** |

Nonpriority Creditor's Name
**1611 Ricardo St.**
**Los Angeles, CA 90033**
Number Street City State Zip Code

**When was the debt incurred?**   **3/8/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 241 | | | |
|---|---|---|---|

**Duran, Erlinda**
Nonpriority Creditor's Name
**15828 Juarez St.**
**Irwindale, CA 91706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4021**                     **Unknown**

**When was the debt incurred?**   **1/16/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 242 | | | |
|---|---|---|---|

**Duran, Linda**
Nonpriority Creditor's Name
**4180 Cleveland Ave #4**
**San Diego, CA 92103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4034**                     **Unknown**

**When was the debt incurred?**   **1/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 243 | | | |
|---|---|---|---|

**Durbin, Heather E.**
Nonpriority Creditor's Name
**10307 Flora Vista**
**Bellflower, CA 90706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0016**                     **Unknown**

**When was the debt incurred?**   **01/19/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 244 | **Durham, Christina** | Last 4 digits of account number | **0019** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2718 N Kenneth Rd.**
**Burbank, CA 91504**

Number Street City State Zlp Code

**When was the debt incurred?**   **1/25/2011**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 245 | **Duron, Janice** | Last 4 digits of account number | **0070** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**701 Bryce Cyn**
**Oxnard, CA 93033**

Number Street City State Zlp Code

**When was the debt incurred?**   **12/07/10**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 246 | **Durst, Virgil** | Last 4 digits of account number | **4060** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**109 S. 58Th St**
**San Diego, CA 92114**

Number Street City State Zlp Code

**When was the debt incurred?**   **5/22/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 247 | **Duvall, Parris** | **Last 4 digits of account number** | **0056** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**8534 Owensmouth Ave.**
**Canoga Park, CA 91304**
Number Street City State Zip Code

**When was the debt incurred?**   **10/26/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 248 | **Dwyer, Robert** | **Last 4 digits of account number** | **0048** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6125 Laport St.**
**La Mesa, CA 91942**
Number Street City State Zip Code

**When was the debt incurred?**   **11/23/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 249 | **Dyas, Ron & Shirley June** | **Last 4 digits of account number** | **2032** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**7664 Woodsboro Avenue**
**Anaheim, CA 92807**
Number Street City State Zip Code

**When was the debt incurred?**   **4/27/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 250 | **Dyson, Deb & Howard** | Last 4 digits of account number | **3012** | **Unknown** |

Nonpriority Creditor's Name

**1459 Serene Rd.**

**Oceanside, CA 92057**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**  **5/31/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 251 | **Dyson, Howard** | Last 4 digits of account number | **4034** | **Unknown** |

Nonpriority Creditor's Name

**1459 Serene Rd**

**Oceanside, CA 92057**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**  **7/23/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 252 | **Ealer, George** | Last 4 digits of account number | **3203** | **Unknown** |

Nonpriority Creditor's Name

**3618 W Estates Ln #C**

**Rolling Hills Estates, CA 90274**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**  **10/4/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| | | |
|---|---|---|
| **4.1 253** | **Earhart, Patrick & Carol** | |

Nonpriority Creditor's Name
**6324 Pomegranate Ct**
**Corona, CA 92880**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 3089          **Unknown**

**When was the debt incurred?** 3/24/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1 254** | **Early, James** | |

Nonpriority Creditor's Name
**2609 Bernice Dr**
**Bakersfield, CA 93304**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 4038          **Unknown**

**When was the debt incurred?** 4/10/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1 255** | **East, James** | |

Nonpriority Creditor's Name
**2327 Casitas Way**
**Palm Springs, CA 92264**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 3149          **Unknown**

**When was the debt incurred?** 1/17/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.1 256**

**Eaves, Dorcas**

Nonpriority Creditor's Name

**21351 Eastglen Dr**
**Trabuco Canyon, CA 92679**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **3108**            **Unknown**

**When was the debt incurred?**  **10/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 257**

**Eaves, Dorcas**

Nonpriority Creditor's Name

**21351 Eastglen Drive**
**Trabuco Canyon, CA 92679**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **2092**            **Unknown**

**When was the debt incurred?**  **6/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 258**

**Eaves, Dorcas M.**

Nonpriority Creditor's Name

**21351 Eastglen Drive**
**Trabucco Canyon, CA 92679**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1087**            **Unknown**

**When was the debt incurred?**  **9/14/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.1
259**

**Ebaugh, Patricia**

Nonpriority Creditor's Name

**38050 Vista Dr.**
**Cathedral City, CA 92234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1118**          **Unknown**

**When was the debt incurred?**   **9/14/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
260**

**Eberlein, Richard**

Nonpriority Creditor's Name

**1324 Brewley Ln.**
**Vista, CA 92081**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1023**          **$0.00**

**When was the debt incurred?**   **10/11/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
261**

**Echeverria, Hector & Bertha**

Nonpriority Creditor's Name

**323 E. Alberta**
**Anaheim, CA 92805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1991**          **Unknown**

**When was the debt incurred?**   **2/26/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
262**

**Eckerlin, Jack**

Nonpriority Creditor's Name

**314 Ruby Drive**
**Placentia, CA 92870**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2016**          **Unknown**

**When was the debt incurred?**   **4/18/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
263**

**Edlin, Michelle**

Nonpriority Creditor's Name

**2103 Starburst Ln**
**San Diego, CA 92154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4021**          **Unknown**

**When was the debt incurred?**   **4/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
264**

**Edmund, Deborah**

Nonpriority Creditor's Name

**1662 Orange Grove**
**Los Angeles, CA 90019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0011**          **Unknown**

**When was the debt incurred?**   **12/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 265 | **Edwards, Avis** | | Last 4 digits of account number | **3045** | **Unknown** |

Nonpriority Creditor's Name
**12182 Winton St.**
**Garden Grove, CA 92845**
Number Street City State Zip Code

**When was the debt incurred?**  **2/26/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 266 | **Edwards, Franki** | | Last 4 digits of account number | **4102** | **Unknown** |

Nonpriority Creditor's Name
**2115 Myrtle Street**
**Oakland, CA 94607**
Number Street City State Zip Code

**When was the debt incurred?**  **4/10/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 267 | **Edwards, Lynn** | | Last 4 digits of account number | **1103** | **Unknown** |

Nonpriority Creditor's Name
**8201 Denver Street**
**Ventura, CA 93004**
Number Street City State Zip Code

**When was the debt incurred?**  **2/22/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| | |
|---|---|
| **4.1**<br>**268** | |

**Edwards, Virgina**
Nonpriority Creditor's Name

**622 Greenwood Ct**
**Redlands, CA 92373**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3164**          **Unknown**

**When was the debt incurred?**    **8/12/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.1**<br>**269** | |

**Egenes, Jay & Gail**
Nonpriority Creditor's Name

**2291 Quartz**
**Riverside, CA 92507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2048**          **Unknown**

**When was the debt incurred?**    **5/14/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.1**<br>**270** | |

**Egenes, Jay & Gail**
Nonpriority Creditor's Name

**2291 Quartz**
**Riverside, CA 92507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2048**          **Unknown**

**When was the debt incurred?**    **5/29/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 |
|-----|
| 271 |

**Eggers, William & Lisa**
Nonpriority Creditor's Name
**69 LASSEN DR**
**SANTA BARBARA, CA 93111**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3023**                              **Unknown**

When was the debt incurred?   **12/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 |
|-----|
| 272 |

**Eicher, Noel & Victoria**
Nonpriority Creditor's Name
**10749 Ballystock Ct**
**San Diego, CA 92131**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3130**                              **Unknown**

When was the debt incurred?   **10/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 |
|-----|
| 273 |

**Eisleben, Val**
Nonpriority Creditor's Name
**6890 Via Irana**
**Stanton, CA 90680**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2021**                              **Unknown**

When was the debt incurred?   **7/28/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.1 274 | **Eissler, Suzette** | Last 4 digits of account number | **3007** | **Unknown** |

Nonpriority Creditor's Name

**30356 Sterling Rd**
**Cathedral City, CA 92234**

Number Street City State Zip Code

When was the debt incurred?  **3/8/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 275 | **Eivers, Emma** | Last 4 digits of account number | **1007** | **Unknown** |

Nonpriority Creditor's Name

**4812 Pacific Ave**
**Long Beach, CA 90805**

Number Street City State Zip Code

When was the debt incurred?  **04/12/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 276 | **Elder, Ruthie** | Last 4 digits of account number | **4065** | **Unknown** |

Nonpriority Creditor's Name

**7432 Dumosa**
**Yucca Valley, CA 92284**

Number Street City State Zip Code

When was the debt incurred?  **4/30/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**277**

**Elkins, Kathleen**

Nonpriority Creditor's Name

**176 Yale Ln**
**Seal Beach, CA 90740**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **4110**          **Unknown**

**When was the debt incurred?**    **7/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**278**

**Elkins, Kathleen**

Nonpriority Creditor's Name

**176 Yale Lane**
**Seal Beach, CA 90740**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0085**          **Unknown**

**When was the debt incurred?**    **03/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**279**

**Elkins, Kathy**

Nonpriority Creditor's Name

**176 Yale Lane**
**Seal Beach, CA 90740**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **5102**          **Unknown**

**When was the debt incurred?**    **3/30/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 280 | | | |
|---|---|---|---|

**Ellerbrook, Fern**
Nonpriority Creditor's Name

**81270 Sirocco Avenue**
**Indio, CA 92201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3008**                    **Unknown**

**When was the debt incurred?**    **2/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 281 | | | |
|---|---|---|---|

**Elliott, April**
Nonpriority Creditor's Name

**31975 Camino Molnar**
**Temecula, CA 92592**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3081**                    **Unknown**

**When was the debt incurred?**    **8/30/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 282 | | | |
|---|---|---|---|

**Elliott, Kathern**
Nonpriority Creditor's Name

**5302 Grantland Dr**
**Covina, CA 91722**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4070**                    **Unknown**

**When was the debt incurred?**    **3/15/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 283 | **Elliott, Mike** | Last 4 digits of account number | **1074** | **Unknown** |

Nonpriority Creditor's Name

**3925 Alicia Rd**
**San Diego, CA 92107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **1/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 284 | **Ellis, Daniel** | Last 4 digits of account number | **1101** | **Unknown** |

Nonpriority Creditor's Name

**2211 S. 8th Ave**
**Arcadia, CA 91006**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/6/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 285 | **Ellis, Richard & Barbara** | Last 4 digits of account number | **2014** | **Unknown** |

Nonpriority Creditor's Name

**3870 Cadden Way**
**San Diego, CA 92117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/29/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 286 | **Ellison, George & Elizabeth** | Last 4 digits of account number | **3146** | **Unknown** |

Nonpriority Creditor's Name

**3546 Kite St**

**San Diego, CA 92103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **8/24/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 287 | **Elvers, Emma** | Last 4 digits of account number | **0116** | **Unknown** |

Nonpriority Creditor's Name

**4812 Pacific Ave.**

**Long Beach, CA 90805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 288 | **Emery, Barbara** | Last 4 digits of account number | **4004** | **Unknown** |

Nonpriority Creditor's Name

**6280 Sunstone Ave.**

**Rancho Cucamonga, CA 91701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **1/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**289**

**Emery, Barbara**
Nonpriority Creditor's Name

**6280 Sunstone Ave**
**Rancho Cucamonga, CA 91701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3064**          **Unknown**

**When was the debt incurred?**   **7/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**290**

**Emery, Richard**
Nonpriority Creditor's Name

**9841 Palo Alto St**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3126**          **Unknown**

**When was the debt incurred?**   **11/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**291**

**Emick, Cathy**
Nonpriority Creditor's Name

**25213 Filaree Ave**
**Moreno Valley, CA 92551**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1935**          **Unknown**

**When was the debt incurred?**   **2/6/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 292 | **Emmerling, Doris** | Last 4 digits of account number | **3141** | **Unknown** |

Nonpriority Creditor's Name
**7321 Ponce Ave**
**West Hills, CA 91307**
Number Street City State Zip Code

When was the debt incurred?    **10/3/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 293 | **Enciso, Sylvia** | Last 4 digits of account number | **3088** | **Unknown** |

Nonpriority Creditor's Name
**9755 Almeria Ave**
**Fontana, CA 92335**
Number Street City State Zip Code

When was the debt incurred?    **11/5/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 294 | **England, Glen** | Last 4 digits of account number | **1039** | **Unknown** |

Nonpriority Creditor's Name
**10810 Wildwood Drive**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

When was the debt incurred?    **12/27/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 295 | **Enis, Gerald & Shirley** | Last 4 digits of account number | **0004** | **Unknown** |

Nonpriority Creditor's Name
**1405 Avenida Colina**
**San Dimas, CA 91773**
Number Street City State Zip Code

**When was the debt incurred?**    **05/25/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 296 | **Enos, Cal** | Last 4 digits of account number | **9015** | **Unknown** |

Nonpriority Creditor's Name
**9318 Grace St.**
**Fontana, CA 92335**
Number Street City State Zip Code

**When was the debt incurred?**    **11/03/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 297 | **Enriquez, Gordon** | Last 4 digits of account number | **3113** | **Unknown** |

Nonpriority Creditor's Name
**1157 6th St.**
**Redlands, CA 92374**
Number Street City State Zip Code

**When was the debt incurred?**    **8/31/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.1**
**298**

**Enriquez, Gordon & Donna**
Nonpriority Creditor's Name
**1157 6Th St.**
**Redlands, CA 92374**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3036**                    **Unknown**

When was the debt incurred?    **1/11/2014**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**299**

**Enriquez, sarita**
Nonpriority Creditor's Name
**1708 Vulcan St.**
**El Cajon, CA 92021**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1138**                    **Unknown**

When was the debt incurred?    **4/12/2011**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**300**

**Enriquez, Sarita**
Nonpriority Creditor's Name
**1708 Vulcan St.**
**El Cajon, CA 92021**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0083**                    **Unknown**

When was the debt incurred?    **10/26/10**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 301 | **Entwhistle, Bill** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**831 Ronda Mendoza Unit #D
Laguna Woods, CA 92637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3040**            **Unknown**

**When was the debt incurred?**   **5/3/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.1 302 | **Entwhistle, Wilson** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**831 Ronda Mendoza Unit #9
Laguna Woods, CA 92637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4012**            **Unknown**

**When was the debt incurred?**   **2/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.1 303 | **Eoff, Ronald H.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1223 Via Presa San Clemente
CA 92672, CA 92672**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0058**            **Unknown**

**When was the debt incurred?**   **10/05/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 304 | | |
|---|---|---|

**Eppen, Joan & Eugene**
Nonpriority Creditor's Name

**1454 Valley High**
**Thousand Oaks, CA 91362**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0062**          **Unknown**

**When was the debt incurred?**  **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 305 | | |
|---|---|---|

**Eppen, Joan & Eugene**
Nonpriority Creditor's Name

**1454 Valley High Ave.**
**Thousand Oaks, CA 91302**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0062**          **$0.00**

**When was the debt incurred?**  **10/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 306 | | |
|---|---|---|

**Epsilon Data Management, LLC**
Nonpriority Creditor's Name

**25925 Telegraph Rd  Suite 300**
**Southfield, MI 48033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4500**          **$7,758.23**

**When was the debt incurred?**  **1/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 307 | **Epstein, Arlene** | | | | Last 4 digits of account number | **2070** | **Unknown** |

Nonpriority Creditor's Name

**365 North Vista Street**

**Los Angeles, CA 90036**

Number Street City State Zip Code

When was the debt incurred?  **5/9/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 308 | **Equifax** | | | | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**P.O. Box 30035**

**Tampa, FL 33630-3035**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Notice Only**

---

| 4.1 309 | **Equifax Information Services LLC** | | | | Last 4 digits of account number | **0125** | **$2,359.29** |

Nonpriority Creditor's Name

**PO Box 105835**

**Atlanta, GA 30348-5835**

Number Street City State Zip Code

When was the debt incurred?  **1/7/2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 310 | **Erick, Julie** | Last 4 digits of account number | **3073** | **Unknown** |

Nonpriority Creditor's Name
**1218 N. Stanford Ave**
**Fullerton, CA 92831**

When was the debt incurred?   **9/18/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 311 | **Erick, Julie** | Last 4 digits of account number | **1141** | **Unknown** |

Nonpriority Creditor's Name
**1218 N. Stanford Ave**
**Fullerton, CA 92831**

When was the debt incurred?   **4/19/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 312 | **Erickson, Donna** | Last 4 digits of account number | **1091** | **Unknown** |

Nonpriority Creditor's Name
**624 Acacia Avenue**
**Garden Grove, CA 92645**

When was the debt incurred?   **8/9/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**313**

**Erickson, Luvia**
Nonpriority Creditor's Name

**20001 Hemmingway St.**
**Winnetka, CA 91306**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | **1071** | **Unknown** |

**When was the debt incurred?**   **10/4/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**314**

**Erickson, Terri**
Nonpriority Creditor's Name

**3420 Elmwood Dr.**
**Riverside, CA 92506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | **2096** | **Unknown** |

**When was the debt incurred?**   **5/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**315**

**Erlegaldos, Jacqueline**
Nonpriority Creditor's Name

**59400 Belfair Dr**
**Yucca Valley, CA 92286**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | **2011** | **Unknown** |

**When was the debt incurred?**   **2/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1 316 | | | |
|---|---|---|---|

**Ervin, Joyce**

Nonpriority Creditor's Name

**10227 Southridge Dr**
**Rcho Cucamonga, CA 91737**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2006**                    **Unknown**

When was the debt incurred?   **10/6/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 317 | | | |
|---|---|---|---|

**Eschen, Janet & Marty**

Nonpriority Creditor's Name

**24 Diablo Court**
**Danville, CA 94520**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2010**                    **Unknown**

When was the debt incurred?   **12/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 318 | | | |
|---|---|---|---|

**Escobar, Pete & Erlyne**

Nonpriority Creditor's Name

**1600 E Vista Way #22**
**Vista, CA 92084**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2010**                    **Unknown**

When was the debt incurred?   **9/12/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1<br>319 | **Escovar, Edward** | Last 4 digits of account number | **0055** | **Unknown** |

Nonpriority Creditor's Name

**18908 Patronella Ave.**
**Torrance, CA 90504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **04/06/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>320 | **Eslava, Amparo** | Last 4 digits of account number | **3039** | **Unknown** |

Nonpriority Creditor's Name

**1220 E. Orange Grove Ave**
**Glendale, CA 91205**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **5/31/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>321 | **Esparza, Sandra** | Last 4 digits of account number | **1959** | **Unknown** |

Nonpriority Creditor's Name

**1147 Lark Ellen Ave**
**Covina, CA 91791**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **1/15/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**322**

**Espedal, Stanford** | Last 4 digits of account number   **1033** | **$0.00**

Nonpriority Creditor's Name

**8818 Cherry Rd.**
**Lakeside, CA 92040**

When was the debt incurred?   **10/04/11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**323**

**Espinosa, Fermin & Mary** | Last 4 digits of account number   **3127** | **Unknown**

Nonpriority Creditor's Name

**2151 E Mission**
**Escondido, CA 92027**

When was the debt incurred?   **10/1/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**324**

**Espinosa, Mary & Fermin** | Last 4 digits of account number   **3017** | **Unknown**

Nonpriority Creditor's Name

**2151 E. Mission Ave.**
**Escondido, CA 92027**

When was the debt incurred?   **3/15/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 325 | | | |
|---|---|---|---|

**Esposito, Carmela**

Nonpriority Creditor's Name

**315 Eagle Ridge St.**
**Newbury Park, CA 91320**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **0071**                    **$0.00**

When was the debt incurred?     **11/02/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 326 | | | |
|---|---|---|---|

**Essex, Jack**

Nonpriority Creditor's Name

**80174 Barcelona**
**Indio, CA 92201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **59CO**                    **Unknown**

When was the debt incurred?     **6/5/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 327 | | | |
|---|---|---|---|

**Essley, Willa**

Nonpriority Creditor's Name

**1202 Carlsbad St**
**Spring Valley, CA 91977**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **4016**                    **Unknown**

When was the debt incurred?     **4/16/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1 328 | | |
|---|---|---|

**Estacio, Sarah**
Nonpriority Creditor's Name

**18092 Randall Ave**
**Fontana, CA 92335**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **3131**                    **Unknown**

**When was the debt incurred?**    **12/12/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 329 | | |
|---|---|---|

**Estacio, Sarah**
Nonpriority Creditor's Name

**9278 Locust Ave**
**Fontana, CA 92335**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **3131**                    **Unknown**

**When was the debt incurred?**    **12/12/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 330 | | |
|---|---|---|

**Estrada, Jamie**
Nonpriority Creditor's Name

**7591 Melrose St**
**Buena Park, CA 90621**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **1090**                    **Unknown**

**When was the debt incurred?**    **10/4/2011**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 331 | **Estrada, Luis** | Last 4 digits of account number | **0081** | **Unknown** |

Nonpriority Creditor's Name
**5391 Pembury Dr.**
**La Palma, CA 90623**
Number Street City State Zip Code

When was the debt incurred?  **06/08/10**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 332 | **Estrada, Mary-Ann** | Last 4 digits of account number | **4036** | **Unknown** |

Nonpriority Creditor's Name
**1204 Baseline Rd**
**La Verne, CA 91750**
Number Street City State Zip Code

When was the debt incurred?  **6/27/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 333 | **Ethier, Charles & Marile** | Last 4 digits of account number | **3145** | **Unknown** |

Nonpriority Creditor's Name
**1624 Wagon Wheel Dr.**
**Oceanside, CA 92057**
Number Street City State Zip Code

When was the debt incurred?  **3/5/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | |
|---|---|
| **4.1**<br>**334** | |

**Evanoff, Michael**
_____
Nonpriority Creditor's Name
**311 Tava Lane**
**Palm Desert, CA 92211**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **2084**

**When was the debt incurred?**  **5/7/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| | |
|---|---|
| **4.1**<br>**335** | |

**Evans, Alice**
_____
Nonpriority Creditor's Name
**5935 Arden Ave.**
**Highland, CA 92346**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1091**

**When was the debt incurred?**  **5/10/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| | |
|---|---|
| **4.1**<br>**336** | |

**Evans, Am**
_____
Nonpriority Creditor's Name
**14819 Cookacre St**
**Compton, CA 90021**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **2027**

**When was the debt incurred?**  **7/11/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 337 | | |
|---|---|---|

**Evans, Annette**
Nonpriority Creditor's Name
**14 La Cueva**
**Rancho Santa Margarita, CA 92688**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **3034**                    **Unknown**

When was the debt incurred?  **4/6/2013**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 338 | | |
|---|---|---|

**Evans, Linda**
Nonpriority Creditor's Name
**21824 Sioux Road**
**Apple Valley, CA 92308**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **0951**                    **Unknown**

When was the debt incurred?  **11/1/2014**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 339 | | |
|---|---|---|

**Evans, Patrick**
Nonpriority Creditor's Name
**15769 Smoketree Ln**
**Fontana, CA 92337**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **3182**                    **Unknown**

When was the debt incurred?  **9/17/2013**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.1**
**340**

**Ewers, Ralph**
_____
Nonpriority Creditor's Name

**15102 Caulfield**
**Norwalk, CA 90650**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0010**      **Unknown**

When was the debt incurred?   **12/21/10**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**341**

**Ewing, Aaron**
_____
Nonpriority Creditor's Name

**45534 Sancroft**
**Lancaster, CA 93535**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2007**      **Unknown**

When was the debt incurred?   **2/5/2015**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**342**

**Excell, Gerry & Arthella**
_____
Nonpriority Creditor's Name

**231 Robelini Drive**
**Vista, CA 92083**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1130**      **Unknown**

When was the debt incurred?   **9/7/2011**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 343 | **Experian** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 2002**

**Allen, TX 75013-2002**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice Only**

---

| 4.1 344 | **Eymmert, Andrew** | Last 4 digits of account number  4039 | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**12526 5Th St**

**Yucaipa, CA 92399**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  6/3/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 345 | **Fadron, Anita** | Last 4 digits of account number  2022 | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**671 Lidford**

**La Puente, CA 91744**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  10/16/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**346**

**Fakes, Bryce & Catherine**

Nonpriority Creditor's Name

**6821 Sage Wren Ct**
**Corona, CA 92880**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4116**          **Unknown**

**When was the debt incurred?**   **7/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**347**

**Fakes, Bryce and Cathy**

Nonpriority Creditor's Name

**6821 Sage Wren Ct**
**Corona, CA 92880**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3062**          **Unknown**

**When was the debt incurred?**   **3/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**348**

**Fanning, Deborah**

Nonpriority Creditor's Name

**13929 Eastern St.**
**Poway, CA 92064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3016**          **Unknown**

**When was the debt incurred?**   **5/20/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1<br>349 | **Farias, Antonio** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3165 E. Cesar E Chavez Ave**
**Los Angeles, CA 90063**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1029**          **Unknown**

**When was the debt incurred?**  **6/21/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>350 | **Farkas, Clarice** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**687 Avenida Sevilla Unit A**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0029**          **Unknown**

**When was the debt incurred?**  **10/26/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>351 | **Farmer, Norma** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**371 E 56Th St.**
**Los Angeles, CA 90011**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4137**          **Unknown**

**When was the debt incurred?**  **2/14/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.1**<br>**352** | **Farmer, William & Lisa** | Last 4 digits of account number  **9006**    **Unknown** |

Nonpriority Creditor's Name
**16381 Birdie Lane**
**Huntington Beach, CA 92649**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **10/16/09**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1**<br>**353** | **Farnham, Thomas & Julie** | Last 4 digits of account number  **3064**    **Unknown** |

Nonpriority Creditor's Name
**14114 Mandeville Ct**
**Corona, CA 92880**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **3/29/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1**<br>**354** | **Farnham, Thomas and Julie** | Last 4 digits of account number  **3064**    **Unknown** |

Nonpriority Creditor's Name
**6821 Sage Wren Ct**
**Corona, CA 92880**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **4/8/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 355 | | | |

**Farnsworth, Danny**
Nonpriority Creditor's Name

**555 Ladera Pl.**
**Arroyo Grande, CA 93420**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3008**            **Unknown**

When was the debt incurred?  **6/25/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 356 | | | |

**Farnum, Dale & Lorna**
Nonpriority Creditor's Name

**3305 Druid Lane**
**Rossmoor, CA 90720**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1079**            **Unknown**

When was the debt incurred?  **1/31/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 357 | | | |

**Farran, Barbara**
Nonpriority Creditor's Name

**10699 San Diego Mission Rd Unit 203**
**San Diego, CA 92108**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **4035**            **Unknown**

When was the debt incurred?  **11/25/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (*if know*) _____

---

**4.1
358**

**Farrell, Richard**

Nonpriority Creditor's Name

**26012 Oakbay Road**
**Torrance, CA 90505**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1055**

When was the debt incurred?    **10/25/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

**4.1
359**

**Farrington, Bill**

Nonpriority Creditor's Name

**1634 LANDQUIST DR**
**ENCINITAS, CA 92024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3037**

When was the debt incurred?    **6/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

**4.1
360**

**Fascio, Guillermo & Camerina**

Nonpriority Creditor's Name

**2711 Walnut St.**
**Huntington Park, CA 91255**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0056**

When was the debt incurred?    **05/25/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 361 | **Faubion, Pat** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**3214 Idaho Place**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 362 | **Faucett, Dr & Mrs.** | Last 4 digits of account number **3009** | **Unknown** |

Nonpriority Creditor's Name
**2363 Crescent Dr**
**San Diego, CA 92103**
Number Street City State Zip Code

**When was the debt incurred?**  **1/29/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 363 | **Faucett, Ralph** | Last 4 digits of account number **2003** | **Unknown** |

Nonpriority Creditor's Name
**2363 Crescent Dr**
**San Diego, CA 92103**
Number Street City State Zip Code

**When was the debt incurred?**  **10/15/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 364 | **Faulkner, Don** | Last 4 digits of account number | **2032** | **Unknown** |

Nonpriority Creditor's Name

**71795 Jaquar Way**
**Palm Desert, CA 92260**
Number Street City State Zip Code

**When was the debt incurred?**    **9/15/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 365 | **Faust, Jerine & Hernandez, Defila** | Last 4 digits of account number | **3019** | **Unknown** |

Nonpriority Creditor's Name

**12353 Winter Gardens Dr.**
**Lakeside, CA 92040**
Number Street City State Zip Code

**When was the debt incurred?**    **5/5/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 366 | **Favela, Roy** | Last 4 digits of account number | **4120** | **Unknown** |

Nonpriority Creditor's Name

**8744 Kempster Ave**
**Fontana, CA 92335**
Number Street City State Zip Code

**When was the debt incurred?**    **7/29/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 367 | **Favela, Roy & Linda** | Last 4 digits of account number | **4078** | **Unknown** |

Nonpriority Creditor's Name
**8774 Kempster Ave**
**Fontana, CA 92335**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **8/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 368 | **Fayad, Kari** | Last 4 digits of account number | **0071** | **Unknown** |

Nonpriority Creditor's Name
**13003 S. Hoover St.**
**Gardena, CA 90247**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **06/15/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 369 | **Feagin, Joan** | Last 4 digits of account number | **3015** | **Unknown** |

Nonpriority Creditor's Name
**806 Leland Pl**
**El Cajon, CA 92019**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 370 | |
|---------|--|

**Fears, Cheryl**
Nonpriority Creditor's Name

**2008 Thoreau St.**
**Los Angeles, CA 90047**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0129**                 **Unknown**

When was the debt incurred?   **08/10/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 371 | |
|---------|--|

**Feathersome, George & Sandra**
Nonpriority Creditor's Name

**572 Blue Bloosom**
**Buelton, CA 93427**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3184**                 **Unknown**

When was the debt incurred?   **8/19/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 372 | |
|---------|--|

**Featherstone, Goldvester**
Nonpriority Creditor's Name

**1721 S. Ogden Dr**
**Los Angeles, CA 90019**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4117**                 **Unknown**

When was the debt incurred?   **3/18/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1<br>373 | **Federal Express** | **Last 4 digits of account number** | 2113 | $26.32 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 7221**
**Pasadena, CA 91109-7321**
Number Street City State Zip Code

**When was the debt incurred?**    9/1/2015

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

| 4.1<br>374 | **Feher, Peter** | **Last 4 digits of account number** | 0012 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**10713 Turnbow Drive**
**Sunland, CA 91040**
Number Street City State Zip Code

**When was the debt incurred?**    08/31/10

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>375 | **Feldman, Rick & Sheila** | **Last 4 digits of account number** | 0025 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**19811 Archwood St.**
**Winnetka, CA 91306**
Number Street City State Zip Code

**When was the debt incurred?**    11/16/10

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 376 | **Feldstein, Mary K.** | Last 4 digits of account number | **9042** | **Unknown** |

Nonpriority Creditor's Name

**285 W. Campus View Dr.**

**Riverside, CA 92502**

Number Street City State Zip Code

**When was the debt incurred?** **10/02/09**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 377 | **Fellwock, Frank** | Last 4 digits of account number | **2016** | **Unknown** |

Nonpriority Creditor's Name

**3333 Bancroft St.**

**San Diego, CA 92104**

Number Street City State Zip Code

**When was the debt incurred?** **1/11/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 378 | **Felten, Randy & Laura** | Last 4 digits of account number | **4165** | **Unknown** |

Nonpriority Creditor's Name

**10995 Cabo Ct**

**Santee, CA 92071**

Number Street City State Zip Code

**When was the debt incurred?** **3/17/2014**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 379 | **Fenn, Lyle** | | | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**20927  S. Denker Ave.**
**Torrance, CA 90501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**   **9043**

**When was the debt incurred?**   **01/19/10**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 380 | **Ferguson, Christy** | | | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**774 La Mirada**
**Orange, CA 92865**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**   **2024**

**When was the debt incurred?**   **7/23/2012**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 381 | **Ferguson, Darly** | | | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3422 Addison St.**
**San Diego, CA 92106**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**   **1088**

**When was the debt incurred?**   **2/22/2011**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| | | | |
|---|---|---|---|
| 4.1 382 | **Ferguson, Judi** | Last 4 digits of account number  **2120** | **Unknown** |

Nonpriority Creditor's Name
**84250 Indio Springs Dr.**
**Indio, CA 92203**

When was the debt incurred?  **11/14/2012**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.1 383 | **Ferguson, William** | Last 4 digits of account number  **4129** | **Unknown** |

Nonpriority Creditor's Name
**1336 E Walnut Creek Parkway**
**West Covina, CA 91790**

When was the debt incurred?  **7/3/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.1 384 | **Ferguson, Yvonne** | Last 4 digits of account number  **3067** | **Unknown** |

Nonpriority Creditor's Name
**7146 Emily Lane**
**Goleta, CA 93117**

When was the debt incurred?  **7/6/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 385 | **Fernandez, Adoifo** | Last 4 digits of account number | **0100** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**7742 Ventura Canyon**
**Panorama City, CA 91402**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**     **07/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 386 | **Fernandez, Leticia** | Last 4 digits of account number | **0039** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1294 Ahart Street**
**Simi Valley, CA 93065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**     **08/17/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 387 | **Fernandez, Margarita** | Last 4 digits of account number | **2108** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**13318 Beaty Ave.**
**Whittier, CA 90605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**     **11/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 388 | | | |
|---|---|---|---|

**Ferrell, Peggy**
Nonpriority Creditor's Name

**1305 Bakersfield St**
**Lemon Grove, CA 91945**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **2073**         **Unknown**

When was the debt incurred?   **8/31/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 389 | | | |
|---|---|---|---|

**Festini, Star**
Nonpriority Creditor's Name

**8432 Eucalyptus St**
**Downey, CA 90242**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **1970**         **Unknown**

When was the debt incurred?   **6/23/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 390 | | | |
|---|---|---|---|

**Fetters, Fannie**
Nonpriority Creditor's Name

**4981 Mt. Frissell**
**San Diego, CA 92117**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **5108**         **Unknown**

When was the debt incurred?   **1/29/1949**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 391 | | | |
|---|---|---|---|

**Fick, Alan**

Nonpriority Creditor's Name

**9501 Penfield Ave.**

**Chatsworth, CA 91311**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0064**          **$0.00**

When was the debt incurred?   **01/04/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 392 | | | |
|---|---|---|---|

**Fiddick, Shirley**

Nonpriority Creditor's Name

**1870 SandCliff Rd.**

**Palm Springs, CA 92264**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0061**          **Unknown**

When was the debt incurred?   **04/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 393 | | | |
|---|---|---|---|

**Fields, Sheila**

Nonpriority Creditor's Name

**4303 Trost Ave**

**Studio City, CA 91604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1973**          **Unknown**

When was the debt incurred?   **2/19/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 394 | **Figeria, Jeruselina** | Last 4 digits of account number | **2050** | **Unknown** |

Nonpriority Creditor's Name

**6966 John Drive**
**Riverside, CA 92509**

Number Street City State Zip Code

When was the debt incurred?    **3/1/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 395 | **Figueroa, Carmen & Ruben & Laura** | Last 4 digits of account number | **3018** | **Unknown** |

Nonpriority Creditor's Name

**511 Cherry Vista Drive**
**Perris, CA 92571**

Number Street City State Zip Code

When was the debt incurred?    **5/23/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 396 | **Figueroa, Charles & Erlinda** | Last 4 digits of account number | **2005** | **Unknown** |

Nonpriority Creditor's Name

**201 W. Alton #C**
**Santa Ana, CA 92707**

Number Street City State Zip Code

When was the debt incurred?    **9/1/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 397 | **Figueroa, Fernando & Marina** | | Last 4 digits of account number | **0071** | **Unknown** |

Nonpriority Creditor's Name
**832 Hershey Ave.**
**Monterey Park, CA 91755**
Number Street City State Zip Code

**When was the debt incurred?**  **02/23/10**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 398 | **Figueroa, Ruben** | | Last 4 digits of account number | **0038** | **Unknown** |

Nonpriority Creditor's Name
**1030 W. 187th Pl.**
**Gardena, CA 90248**
Number Street City State Zip Code

**When was the debt incurred?**  **05/25/10**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 399 | **Figueroa, Ruben A.** | | Last 4 digits of account number | **0091** | **Unknown** |

Nonpriority Creditor's Name
**1030 W. 187th Pl., Gardena, CA 90248**
**CA 90248**
Number Street City State Zip Code

**When was the debt incurred?**  **09/28/10**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 400 | **Fike, Betty** | Last 4 digits of account number | **3029** | **Unknown** |

Nonpriority Creditor's Name
**52- 280 Avenida Monte Zuma**
**La Quinta, CA 92253**
Number Street City State Zip Code

**When was the debt incurred?**   **7/21/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 401 | **Filer, Myona** | Last 4 digits of account number | **0085** | **Unknown** |

Nonpriority Creditor's Name
**1951 Ave De La Cruz**
**San Diego, CA 92173**
Number Street City State Zip Code

**When was the debt incurred?**   **04/13/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 402 | **Fillingame, Collin & Esther** | Last 4 digits of account number | **2025** | **Unknown** |

Nonpriority Creditor's Name
**9771 Aragon Rd**
**Victorville, CA 92392**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 403 | | | |
|---|---|---|---|

**Finn, Anthony**

Nonpriority Creditor's Name

**10728 Green Castle St.**
**San Diego, CA 92071**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1031**                    **Unknown**

**When was the debt incurred?**  **12/27/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 404 | | | |
|---|---|---|---|

**Finnell, Cletus**

Nonpriority Creditor's Name

**2911 Brando Dr.**
**San Diego, CA 92154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **4059**                    **Unknown**

**When was the debt incurred?**  **1/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 405 | | | |
|---|---|---|---|

**Finney, Dave**

Nonpriority Creditor's Name

**1252 Dela Guerra Rd.**
**Santa Barbra, CA 93103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0037**                    **Unknown**

**When was the debt incurred?**  **06/08/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.1<br>406 | **Finney, Ron & Jacqueline** | Last 4 digits of account number | **4080** | **Unknown** |

Nonpriority Creditor's Name

**11260 Overland Ave 18C**
**Culver City, CA 90230**

Number Street City State Zip Code

When was the debt incurred?   **9/22/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior
Specialist**

---

| 4.1<br>407 | **Fino Construction** | Last 4 digits of account number | **Becerra** | **$5,025.00** |

Nonpriority Creditor's Name

**251 Santa Catalina**
**Santa Barbara, CA 93109**

Number Street City State Zip Code

When was the debt incurred?   **8/21/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior
Specialist**

---

| 4.1<br>408 | **Fintel, Bill & Linda** | Last 4 digits of account number | **0074** | **Unknown** |

Nonpriority Creditor's Name

**1151 E. Redoak Pl.**
**Camarillo, CA 93010**

Number Street City State Zip Code

When was the debt incurred?   **05/11/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior
Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 409 | | |
|---|---|---|

**Fisher , Gary**

Nonpriority Creditor's Name

**20018 Dalfsen Ave.**
**Carson, CA 90746**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0047**     **Unknown**

**When was the debt incurred?**   **03/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 410 | | |
|---|---|---|

**Fisher, Gary & Alice**

Nonpriority Creditor's Name

**202 Alameda Del Las Polgas**
**Redwood City, CA 94062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2013**     **Unknown**

**When was the debt incurred?**   **10/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 411 | | |
|---|---|---|

**Fisher, Patricia**

Nonpriority Creditor's Name

**13866 Red Mahogany**
**Moreno Valley, CA 92553**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4021**     **Unknown**

**When was the debt incurred?**   **10/14/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 412 | | | |
|---|---|---|---|

**Fisher, Patricia**

Nonpriority Creditor's Name

**13866 Red Mahogany Dr**
**Moreno Valley, CA 92553**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1441**

When was the debt incurred?  **9/24/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 413 | | | |
|---|---|---|---|

**Fisher, Patricia**

Nonpriority Creditor's Name

**13866 Red Mahogany Dr**
**Moreno Valley, CA 92553**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3150**

When was the debt incurred?  **11/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 414 | | | |
|---|---|---|---|

**Fitch, Angel**

Nonpriority Creditor's Name

**16299 Scotch Pine Ave.**
**Fountain Valley, CA 92708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3009**

When was the debt incurred?  **4/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
415**

| | |
|---|---|
| **Fitch, Ed & Joyce** | |

Nonpriority Creditor's Name

**16299 Scotch Pine Ave.
Fountain Valley, CA 92708**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 1091            **Unknown**

**When was the debt incurred?** 6/7/2011

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
416**

| | |
|---|---|
| **Fitch, Linda** | |

Nonpriority Creditor's Name

**22045 Dolores St.
Carson, CA 90745**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 2111            **Unknown**

**When was the debt incurred?** 2/10/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
417**

| | |
|---|---|
| **Fitchhorn, Don & Arlene** | |

Nonpriority Creditor's Name

**245 Via Oro Verde
Fallbrook, CA 92028**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 2039            **Unknown**

**When was the debt incurred?** 7/3/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1<br>418 | **Fite, Richard** | Last 4 digits of account number | **2020** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**39376 Prospect Ave**
**Forest Falls, CA 92339**

When was the debt incurred?   **12/4/2014**

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>419 | **Fitzpatrick, Carol** | Last 4 digits of account number | **3125** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**34565 Mesquite Tree Dr.**
**Thousand Palms, CA 92276**

When was the debt incurred?   **8/10/2013**

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>420 | **Fitzpatrick, Carol** | Last 4 digits of account number | **2097** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**34565 Mesquite Tree Drive**
**Thousand Palms, CA 92276**

When was the debt incurred?   **5/21/2012**

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 421 | | |
|---|---|---|

**Flaherty, Waymona**
Nonpriority Creditor's Name

**6142 Laird**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2014**                    **Unknown**

**When was the debt incurred?**  **4/6/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 422 | | |
|---|---|---|

**Flaherty, Waymona**
Nonpriority Creditor's Name

**6142 Laird Ave**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4060**                    **Unknown**

**When was the debt incurred?**  **9/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 423 | | |
|---|---|---|

**Flaherty, Waymora**
Nonpriority Creditor's Name

**6142 Laird Ave**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number  **2018**                    **Unknown**

**When was the debt incurred?**  **8/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 424 | **Flanagan, Joseph & Julie** | Last 4 digits of account number | **3010** | **Unknown** |

Nonpriority Creditor's Name

**26622 Whitehorn Dr.**
**Rancho Palos Verdes, CA 90275**

Number Street City State Zip Code

When was the debt incurred?    **5/16/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 425 | **Flattery, David** | Last 4 digits of account number | **3019** | **Unknown** |

Nonpriority Creditor's Name

**1015 Diamond Crest Ct**
**Santa Barbara, CA 93110**

Number Street City State Zip Code

When was the debt incurred?    **3/2/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 426 | **Fleming, Marilee** | Last 4 digits of account number | **4050** | **Unknown** |

Nonpriority Creditor's Name

**44027 Higbee Ave**
**Lancaster, CA 93534**

Number Street City State Zip Code

When was the debt incurred?    **9/15/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 427 | **Fleshman, Matthew** | Last 4 digits of account number | **2012** | **Unknown** |

Nonpriority Creditor's Name
**9421 E. Heaney Cir**
**Santee, CA 92071**
Number Street City State Zip Code

When was the debt incurred?    **4/4/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 428 | **Flores, Amir & Rebekah** | Last 4 digits of account number | **3146** | **Unknown** |

Nonpriority Creditor's Name
**37981 Cresta Del Reyo**
**Murrieta, CA 92563**
Number Street City State Zip Code

When was the debt incurred?    **10/11/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 429 | **Flores, Chris & Becky** | Last 4 digits of account number | **0068** | **Unknown** |

Nonpriority Creditor's Name
**43320 Castile Cyn.**
**San Jacinto, CA 92581**
Number Street City State Zip Code

When was the debt incurred?    **04/27/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 430 | | | |
|---|---|---|---|

**Flores, Daniel**

| Last 4 digits of account number | **0129** | **Unknown** |
|---|---|---|

Nonpriority Creditor's Name

**11240 Keith Dr.**
**Whittier, CA 90606**

**When was the debt incurred?**   **12/07/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 431 | | | |
|---|---|---|---|

**Flores, Felipe**

| Last 4 digits of account number | **3151** | **Unknown** |
|---|---|---|

Nonpriority Creditor's Name

**1174 North Commonwealth**
**Los Angeles, CA 90029**

**When was the debt incurred?**   **8/3/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 432 | | | |
|---|---|---|---|

**Flores, Florinda**

| Last 4 digits of account number | **0064** | **$0.00** |
|---|---|---|

Nonpriority Creditor's Name

**850 Meads Ave.**
**San Francisco, CA 94124**

**When was the debt incurred?**   **08/03/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 433 | **Flores, Janet** | Last 4 digits of account number | **2013** | **Unknown** |

Nonpriority Creditor's Name

**14809 Wiley St**

**San Leandro, CA 94579**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?     **3/12/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 434 | **Flores, Lorainne & Miguel** | Last 4 digits of account number | **4106** | **Unknown** |

Nonpriority Creditor's Name

**632 25Th St**

**San Diego, CA 92102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?     **9/30/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 435 | **Flores, Lupe** | Last 4 digits of account number | **2014** | **Unknown** |

Nonpriority Creditor's Name

**29545 Lorelli Dr**

**Barstow, CA 92311**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?     **7/7/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 436 | |
|---|---|

**Flores, Pablo & Teresa**

Nonpriority Creditor's Name

**851 Albany Avenue**

**Ventura, CA 93004**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1024**                        **Unknown**

**When was the debt incurred?**    **4/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 437 | |
|---|---|

**Flores, Ric & Lori**

Nonpriority Creditor's Name

**1522 Wilson Rd**

**Romona, CA 92065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2124**                        **Unknown**

**When was the debt incurred?**    **2/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 438 | |
|---|---|

**Flores, Sandra**

Nonpriority Creditor's Name

**4220 Morales**

**Corona, CA 92883**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3055**                        **Unknown**

**When was the debt incurred?**    **6/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 439 | **Flores-Garcia** | Last 4 digits of account number | **4108** | **Unknown** |

Nonpriority Creditor's Name
**3232 Baker Street**
**Berkeley, CA 94702**
Number Street City State Zip Code

**When was the debt incurred?**    **8/24/2014**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 440 | **Floriano, Norma** | Last 4 digits of account number | **3066** | **Unknown** |

Nonpriority Creditor's Name
**515 LANDS END WAY #175**
**OCEANSIDE, CA 92058**
Number Street City State Zip Code

**When was the debt incurred?**    **12/16/2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 441 | **Floyd, Ruth** | Last 4 digits of account number | **2011** | **Unknown** |

Nonpriority Creditor's Name
**845 Ferrelo Pl**
**Santa Barbara, CA 93103**
Number Street City State Zip Code

**When was the debt incurred?**    **12/15/2012**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 442 | **Flynn, Diana** | Last 4 digits of account number | **0037** | **Unknown** |

Nonpriority Creditor's Name
**26582 Sinforosa Dr.**
**Mission Viejo, CA 92691**
Number Street City State Zip Code

When was the debt incurred?  **03/02/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 443 | **Foerschler, Bill & Maggie** | Last 4 digits of account number | **0081** | **Unknown** |

Nonpriority Creditor's Name
**13230 Medallion Ln.**
**Lakeside, CA 92040**
Number Street City State Zip Code

When was the debt incurred?  **11/30/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 444 | **Foley, Catherine** | Last 4 digits of account number | **2006** | **Unknown** |

Nonpriority Creditor's Name
**1630 Flowerdale St**
**Simi Valley, CA 93013**
Number Street City State Zip Code

When was the debt incurred?  **9/19/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**445**

**Fonad, Sandor**
Nonpriority Creditor's Name
**20201 Verta St.**
**Perris, CA 92570**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3061**          **Unknown**

**When was the debt incurred?**   **5/14/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**446**

**Fonda, Matt**
Nonpriority Creditor's Name
**33541 Marigold Lane**
**Murrieta, CA 92563**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4081**          **Unknown**

**When was the debt incurred?**   **3/3/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**447**

**Fong, Tina**
Nonpriority Creditor's Name
**21151 Via Santiago**
**Yorba Linda, CA 92887**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1933**          **Unknown**

**When was the debt incurred?**   **4/11/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 448 | | | |
|---|---|---|---|

**Forbes, John**

Last 4 digits of account number  **3018**                    **Unknown**

Nonpriority Creditor's Name
**14262 Raintree Rd.**
**Tustin, CA 92780**

When was the debt incurred?  **4/30/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 449 | | | |
|---|---|---|---|

**Ford, Annie**

Last 4 digits of account number  **1964**                    **Unknown**

Nonpriority Creditor's Name
**295 E. 34Th Street**
**San Bernardino, CA 92404**

When was the debt incurred?  **7/27/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 450 | | | |
|---|---|---|---|

**Ford, Carolyn**

Last 4 digits of account number  **1100**                    **Unknown**

Nonpriority Creditor's Name
**4349 Robbins St.**
**San Diego, CA 92122**

When was the debt incurred?  **4/5/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 451 | | | |
|---|---|---|---|

**Ford, Janice & Charles**
Nonpriority Creditor's Name

**2350 Osbun Rd.**
**San Bernardino, CA 92404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1004**          **Unknown**

**When was the debt incurred?**  **6/28/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 452 | | | |
|---|---|---|---|

**Ford, Jimmy**
Nonpriority Creditor's Name

**22640 Eton Dr**
**Grand Terrace, CA 92313**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3054**          **Unknown**

**When was the debt incurred?**  **8/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 453 | | | |
|---|---|---|---|

**Ford, John**
Nonpriority Creditor's Name

**165 Bryant St**
**Palo Alto, CA 94301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2016**          **Unknown**

**When was the debt incurred?**  **4/6/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**454**

**Ford, John**                          Last 4 digits of account number   **1432**          **Unknown**

Nonpriority Creditor's Name
**165 Bryant St**                       **When was the debt incurred?**   **8/4/2014**
**Palo Alto, CA 94301**
Number Street City State Zip Code       **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                         ■ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
■ Debtor 1 and Debtor 2 only            ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                        **Business Debt - Past Customer of Exterior**
☐ Yes                                   ■ Other. Specify  **Specialist**

---

**4.1**
**455**

**Ford, Ronald & Cheryl**               Last 4 digits of account number   **3042**          **Unknown**

Nonpriority Creditor's Name
**1407 E Shamwood St**                  **When was the debt incurred?**   **12/30/2013**
**West Covina, CA 91791**
Number Street City State Zip Code       **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                         ■ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
■ Debtor 1 and Debtor 2 only            ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                        **Business Debt - Past Customers of Exterior**
☐ Yes                                   ■ Other. Specify  **Specialist**

---

**4.1**
**456**

**Foreman, Tom**                        Last 4 digits of account number   **2085**          **Unknown**

Nonpriority Creditor's Name
**417 Conifer Glen**                    **When was the debt incurred?**   **4/5/2012**
**Escondido, CA 92026**
Number Street City State Zip Code       **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                         ■ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
■ Debtor 1 and Debtor 2 only            ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                        **Business Debt - Past Customer of Exterior**
☐ Yes                                   ■ Other. Specify  **Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.1**<br>**457** | **Forher, Jeffrey** | |

Nonpriority Creditor's Name

**5422 Kenilworth Dr.**
**Huntington Beach, CA 92649**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0036**            **Unknown**

**When was the debt incurred?**    **01/26/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1**<br>**458** | **Forman, Lonnie & Nancy** | |

Nonpriority Creditor's Name

**12002 Richeon Ave.**
**Downey, CA 90242**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1040**            **Unknown**

**When was the debt incurred?**    **8/2/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1**<br>**459** | **Fornason, Vivian** | |

Nonpriority Creditor's Name

**9367 Aldabra Ct**
**San Diego, CA 92129**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4112**            **Unknown**

**When was the debt incurred?**    **7/24/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 460 | | |
|---|---|---|

**Fornason, Vivian**
Nonpriority Creditor's Name

**9367 Aldabra Court**
**San Diego, CA 92129**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1049**              **Unknown**

When was the debt incurred?    **5/31/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 461 | | |
|---|---|---|

**Fort, Andy**
Nonpriority Creditor's Name

**14001 Arcturus Avenue**
**Gardena, CA 90249**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1086**              **Unknown**

When was the debt incurred?    **10/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 462 | | |
|---|---|---|

**Fortier, Nuria**
Nonpriority Creditor's Name

**2500 Mountain Ln.**
**Upland, CA 91784**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1134**              **Unknown**

When was the debt incurred?    **4/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 463 | | | |
|---|---|---|---|

**Fortune, Violeta**

Nonpriority Creditor's Name

**4522 Jutland Dr**

**San Diego, CA 92117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **2030**                          **Unknown**

**When was the debt incurred?**    **8/18/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 464 | | | |
|---|---|---|---|

**Forward Line**

Nonpriority Creditor's Name

**21700 Oxnard Suite 1450**

**Woodland Hills, CA 91367**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **5**                          **$15,746.47**

**When was the debt incurred?**    **3/1/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.1 465 | | | |
|---|---|---|---|

**Foss, Dorothy**

Nonpriority Creditor's Name

**7661 Beechwood**

**Stanton, CA 90680**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1015**                          **Unknown**

**When was the debt incurred?**    **12/20/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 466 | **Foss, Shirley & Philip** | | | | **Unknown** |

Nonpriority Creditor's Name

**6684 Via Allegra**
**29 Palms, CA 92277**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **4028**

**When was the debt incurred?**   **3/31/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 467 | **Foster, Joe** | | | | **Unknown** |

Nonpriority Creditor's Name

**755 E. Spencer Dr**
**Palm Springs, CA 92262**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1967**

**When was the debt incurred?**   **8/27/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 468 | **Foundation Finance** | | | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 437**
**Schofield, WI 54476**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0294**

**When was the debt incurred?**   **1/1/2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 469 | **Fournier, Eleanor** | Last 4 digits of account number | **0032** | **Unknown** |

Nonpriority Creditor's Name
**353 F Avenue**
**Coronado, CA 92118**
Number Street City State Zip Code

When was the debt incurred?    **12/28/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 470 | **Fouse, Sarah** | Last 4 digits of account number | **4020** | **Unknown** |

Nonpriority Creditor's Name
**1324 Freeman St**
**Santa Ana, CA 92706**
Number Street City State Zip Code

When was the debt incurred?    **8/15/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 471 | **Fowler, Anne & Clark** | Last 4 digits of account number | **1964** | **Unknown** |

Nonpriority Creditor's Name
**20807 Us Highway 18**
**Apple Valley, CA 92307**
Number Street City State Zip Code

When was the debt incurred?    **2/17/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1<br>472 | **Fowler, Lorraine** | Last 4 digits of account number | **4154** | **Unknown** |

Nonpriority Creditor's Name

**14300 Jeremiah St**
**Adelanto, CA 92301**
Number Street City State Zip Code

When was the debt incurred?  **2/26/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>473 | **Fox, Dan & Sally** | Last 4 digits of account number | **4149** | **Unknown** |

Nonpriority Creditor's Name

**5767 Linda Lee Dr**
**Yucca Valley, CA 92284**
Number Street City State Zip Code

When was the debt incurred?  **9/20/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>474 | **Fox, Felicia Clair** | Last 4 digits of account number | **1955** | **Unknown** |

Nonpriority Creditor's Name

**436 Debra Lane**
**Ridgecrest, CA 93555**
Number Street City State Zip Code

When was the debt incurred?  **2/26/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 475 | | | |
|---|---|---|---|

**Fox, Jerry & Tilly**
Nonpriority Creditor's Name

**24091 Via Perlita**
**Murrieta, CA 92562**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0029**                    **Unknown**

**When was the debt incurred?**  **08/24/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 476 | | | |
|---|---|---|---|

**Franceshi, Frances**
Nonpriority Creditor's Name

**347 Moscow St.**
**San Francisco, CA 94112**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0134**                    **$0.00**

**When was the debt incurred?**  **10/12/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 477 | | | |
|---|---|---|---|

**Franco, Bertha**
Nonpriority Creditor's Name

**14068 Mountain High**
**Fontana, CA 92337**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2018**                    **Unknown**

**When was the debt incurred?**  **12/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | |
|---|---|
| **4.1**<br>**478** | |

**Franco, Bertha**
Nonpriority Creditor's Name

**14068 Mountain High**
**Fontana, CA 92337**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1938**                    **Unknown**

When was the debt incurred?    **11/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.1**<br>**479** | |

**Franco, Bertha**
Nonpriority Creditor's Name

**14068 Mountain High Dr.**
**Fontana, CA 92337**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1104**                    **Unknown**

When was the debt incurred?    **5/10/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.1**<br>**480** | |

**Franco, Lucy**
Nonpriority Creditor's Name

**15319 Dittman Dr**
**Whittier, CA 90603**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3079**                    **Unknown**

When was the debt incurred?    **7/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 481 | **Franco, Maria** | Last 4 digits of account number | **1966** | **Unknown** |

Nonpriority Creditor's Name

**4318 W. 153Rd Street**
**Lawndale, CA 90260**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **9/29/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 482 | **Franco, Michael** | Last 4 digits of account number | **1977** | **Unknown** |

Nonpriority Creditor's Name

**13493 Mesquite Rd**
**Apple Valley, CA 92308**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **3/23/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 483 | **Franco, Teodoro** | Last 4 digits of account number | **0020** | **Unknown** |

Nonpriority Creditor's Name

**3537 W. 115th St.**
**Inglewood, CA 90303**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **03/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 484 | **Frank, John** | Last 4 digits of account number | **0170** | $0.00 |

Nonpriority Creditor's Name

**1001 Yerba Buena**
**Oakland, CA 94608**

Number Street City State Zip Code

**When was the debt incurred?**  **12/14/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 485 | **Franke, Ken** | Last 4 digits of account number | **4063** | Unknown |

Nonpriority Creditor's Name

**11111 Greenlawn Ave.**
**Culver City, CA 90230**

Number Street City State Zip Code

**When was the debt incurred?**  **2/3/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 486 | **Franke, Ken** | Last 4 digits of account number | **2008** | Unknown |

Nonpriority Creditor's Name

**11111 Greenlawn Ave.**
**Culver City, CA 90230**

Number Street City State Zip Code

**When was the debt incurred?**  **11/14/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 487 | **Frankeny, Raymond & Kellie** | Last 4 digits of account number | **0074** | **Unknown** |

Nonpriority Creditor's Name

**17660 San Simeon**
**Fountain Valley, CA 92708**

Number Street City State Zip Code

When was the debt incurred?    **12/28/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 488 | **Franklin, Jim & Audrey** | Last 4 digits of account number | **0091** | **Unknown** |

Nonpriority Creditor's Name

**4028 Jones Ave.**
**Riverside, CA 92505**

Number Street City State Zip Code

When was the debt incurred?    **08/03/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 489 | **Franson, Art & Jan** | Last 4 digits of account number | **3189** | **Unknown** |

Nonpriority Creditor's Name

**2700 Santa Barbara Ave.**
**Solvang, CA 93463**

Number Street City State Zip Code

When was the debt incurred?    **11/18/2013**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 490 | | | |
|---|---|---|---|
| **Franson, Jan & Art** | Last 4 digits of account number | **2115** | **Unknown** |
| Nonpriority Creditor's Name | | | |
| **2700 Santa Barbara Ave** | **When was the debt incurred?** | **11/15/2012** | |
| **Los Olivos, CA 93463** | | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 491 | | | |
|---|---|---|---|
| **Franzen, Kurt** | Last 4 digits of account number | **0159** | **$0.00** |
| Nonpriority Creditor's Name | | | |
| **1062 W. Knickerbocker** | **When was the debt incurred?** | **12/28/10** | |
| **Sunnyvale, CA 94087** | | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 492 | | | |
|---|---|---|---|
| **Fraser, Gary & Joann** | Last 4 digits of account number | **4071** | **Unknown** |
| Nonpriority Creditor's Name | | | |
| **5 Vista Diablo** | **When was the debt incurred?** | **7/11/2014** | |
| **Pittsburg, CA 94565** | | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 493 | | | |
|---|---|---|---|

**Fraund, Manfred**

Nonpriority Creditor's Name

**1616 S. Mayflower Avenue**
**Monrovia, CA 91016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0173**                    **Unknown**

**When was the debt incurred?**   **3/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 494 | | | |
|---|---|---|---|

**Frausto, Mariela**

Nonpriority Creditor's Name

**27843 Cresta Del Reyo**
**Murrieta, CA 92563**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3054**                    **Unknown**

**When was the debt incurred?**   **7/13/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 495 | | | |
|---|---|---|---|

**Frazier, Ruth A.**

Nonpriority Creditor's Name

**335 University Drive**
**Costa Mesa, CA 92627**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1104**                    **Unknown**

**When was the debt incurred?**   **11/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 496 | | | |
|---|---|---|---|

**Frederickson, Nancy**
Nonpriority Creditor's Name
**677 S. Thornhill Rd.**
**Palm Springs, CA 92264**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0044**                    **Unknown**

When was the debt incurred?    **12/28/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 497 | | | |
|---|---|---|---|

**Fredricks , William & Patricia**
Nonpriority Creditor's Name
**5555 Diane Ave.**
**San Diego, CA 92117**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0069**                    **Unknown**

When was the debt incurred?    **03/30/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 498 | | | |
|---|---|---|---|

**Freeman, Buinas**
Nonpriority Creditor's Name
**17405 Stark Ave.**
**Cerritos, CA 90703**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1020**                    **Unknown**

When was the debt incurred?    **9/20/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.1 499 | | | |
|---|---|---|---|

**Freiberg, Jeffrey & Linda**
Nonpriority Creditor's Name

**13880 Sarita Drive**
**Desert Hot Springs, CA 92240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1072**

When was the debt incurred?  **1/10/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 500 | | | |
|---|---|---|---|

**Freidel, Richard**
Nonpriority Creditor's Name

**2001 Robinson St**
**Redondo Beach, CA 90278**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1025**

When was the debt incurred?  **09/27/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

| 4.1 501 | | | |
|---|---|---|---|

**Freissen, Delbert**
Nonpriority Creditor's Name

**9181 Willhelm Cir.**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **9028**

When was the debt incurred?  **11/17/09**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 502 | **Freitas, Timothy & Guadalupe** | Last 4 digits of account number | **0075** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**10891 Flaxton St.**
**Culver City, CA 90230**
Number Street City State Zip Code

When was the debt incurred?  **08/31/10**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 503 | **Freund, Royle & Michael** | Last 4 digits of account number | **2050** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**34770 Mission Hills Dr**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

When was the debt incurred?  **12/3/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 504 | **Frias, Cruz** | Last 4 digits of account number | **2011** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**28291 Avenida La Mancha**
**San Juan Capistrano, CA 92675**
Number Street City State Zip Code

When was the debt incurred?  **8/5/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 505 | | | |
|---|---|---|---|

**Frice, Charles**

Nonpriority Creditor's Name

**474 Arizona St.**

**Chula Vista, CA 91911**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4007**          **Unknown**

**When was the debt incurred?**   **1/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 506 | | | |
|---|---|---|---|

**Frick, Helen**

Nonpriority Creditor's Name

**6401 Wynkoop St**

**Los Angeles, CA 90045**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3049**          **Unknown**

**When was the debt incurred?**   **4/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 507 | | | |
|---|---|---|---|

**Friederich, John**

Nonpriority Creditor's Name

**6296 Promontory Lane**

**Riverside, CA 92506**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3050**          **Unknown**

**When was the debt incurred?**   **6/6/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 508 | **Friedman, Ann & Freda** | Last 4 digits of account number | **0103** | **Unknown** |

Nonpriority Creditor's Name

**844 Rhonda Mendoza. Unit C**
**Laguna Woods, CA 92637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **08/10/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 509 | **Friedrich, John** | Last 4 digits of account number | **4053** | **Unknown** |

Nonpriority Creditor's Name

**6296 Promontory Ln**
**Riverside, CA 92506**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **8/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 510 | **Friesen, Delbert** | Last 4 digits of account number | **9028** | **Unknown** |

Nonpriority Creditor's Name

**9181 Willhelm Cir.**
**Huntington Beach, CA 92646**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/10/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 511 | **Frisby, Bernice** | Last 4 digits of account number | **1077** | **Unknown** |

Nonpriority Creditor's Name
**470 Terra Way**
**Lompoc, CA 93436**
Number Street City State Zip Code

When was the debt incurred?   **10/11/2011**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 512 | **Frisinger, Noni & Laddi** | Last 4 digits of account number | **3074** | **Unknown** |

Nonpriority Creditor's Name
**6281 Turnberry Cir**
**Huntington Beach, CA 92648**
Number Street City State Zip Code

When was the debt incurred?   **3/22/2013**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 513 | **Fritz, Bruce & Teresa** | Last 4 digits of account number | **4145** | **Unknown** |

Nonpriority Creditor's Name
**8813 Clydsdaly St**
**Bakersfield, CA 93307**
Number Street City State Zip Code

When was the debt incurred?   **9/19/2014**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 514 | **Fry's Siding & Decking** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name
**11710 Jerry Street**
**Cerritos, CA 90703**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 1/1/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Creditor of Exterior Specialist**

---

| 4.1 515 | **Fry, Mike** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name
**11710 Jerry Street**
**Cerritos, CA 90703**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 6/1/2009

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Creditor of Exterior Specialist**

---

| 4.1 516 | **Fuentes, Connie** | Last 4 digits of account number | **1019** | **Unknown** |

Nonpriority Creditor's Name
**3390 Wyoca Road**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 3/2/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 517 | **Fuentes, Mr. & Mrs.** | Last 4 digits of account number | **9031** | **Unknown** |

Nonpriority Creditor's Name
**4200 W. 171st Street**
**Lawndale, CA 90260**

When was the debt incurred?   **10/02/09**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 518 | **Fujioka, Yoshio** | Last 4 digits of account number | **2098** | **Unknown** |

Nonpriority Creditor's Name
**4428 Corliss St.**
**Los Angeles, CA 90041**

When was the debt incurred?   **4/13/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 519 | **Fuller, sanda** | Last 4 digits of account number | **0099** | **Unknown** |

Nonpriority Creditor's Name
**6343 Camellia Ave.**
**North Hollywood, CA 91606**

When was the debt incurred?   **09/07/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 520 | **Fuller, sanda** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6343 Camellia Ave.**
**North Hollywood, CA 91606**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **99CO**      **Unknown**

**When was the debt incurred?**   **09/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 521 | **Funke, Richard & Patrice** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4517 Birchwood Ave.**
**Seal Beach, CA 90740**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0004**      **Unknown**

**When was the debt incurred?**   **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 522 | **Gabor, Peter & Ellen** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**610 Creekside Ave.**
**Oceanside, CA 92057**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0145**      **Unknown**

**When was the debt incurred?**   **1/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 523 | |
|---|---|

**Gabriel, Amalia**
Nonpriority Creditor's Name
**17632 Filbert St**
**Fontana, CA 92335**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1979**

When was the debt incurred?  **4/25/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

| 4.1 524 | |
|---|---|

**Gadim, Akbar**
Nonpriority Creditor's Name
**6422 Lamirada Ave**
**Los Angeles, CA 90038**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1103**

When was the debt incurred?  **11/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

| 4.1 525 | |
|---|---|

**Gafney, Tom & Carol**
Nonpriority Creditor's Name
**9370 Alta Loma Dr**
**Alta Loma, CA 91701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2023**

When was the debt incurred?  **11/21/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 526 | **Gahn, Gary** | Last 4 digits of account number | 3031 | **Unknown** |

Nonpriority Creditor's Name

**2510 Fairway Dr**
**Costa Mesa, CA 92627**

Number Street City State Zip Code

**When was the debt incurred?**  1/3/2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 527 | **Gaidarenko, Dmitri & Natalie** | Last 4 digits of account number | 3125 | **Unknown** |

Nonpriority Creditor's Name

**14601 Silverset St**
**Poway, CA 92064**

Number Street City State Zip Code

**When was the debt incurred?**  11/11/2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 528 | **Gaitan, Mario** | Last 4 digits of account number | 1017 | **Unknown** |

Nonpriority Creditor's Name

**2921 Kansas Avenue**
**South Gate, CA 90280**

Number Street City State Zip Code

**When was the debt incurred?**  1/7/2012

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 529 | | | |
|---|---|---|---|

**Galbreath, Billy & Brooks**
Nonpriority Creditor's Name

**2341 Sherwood Dr**
**Lemon Grove, CA 91945**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number     **4036**                                **Unknown**

**When was the debt incurred?**     **9/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 530 | | | |
|---|---|---|---|

**Gale, Michael & Sandy**
Nonpriority Creditor's Name

**2228 Valley Lake Dr.**
**El Cajon, CA 92020**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number     **3080**                                **Unknown**

**When was the debt incurred?**     **2/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 531 | | | |
|---|---|---|---|

**Galen, Ron**
Nonpriority Creditor's Name

**2543 Gaynor Ave.**
**Richmond, CA 94804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number     **0088**                                **Unknown**

**When was the debt incurred?**     **01/25/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 |
| 532 |

**Gall, Gary & Michelle**
Nonpriority Creditor's Name
**5469 Chia Ave**
**29 Palms, CA 92277**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4067**                        **Unknown**

**When was the debt incurred?**    **9/16/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 |
| 533 |

**Gallagher, Bill & Dolly**
Nonpriority Creditor's Name
**1025 Monte Verde Dr**
**Menlo Park, CA 94025**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0053**                        **Unknown**

**When was the debt incurred?**    **02/08/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 |
| 534 |

**Gallo, Jose J.**
Nonpriority Creditor's Name
**4943 Buffington Rd.**
**El Monte, CA 91732**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0036**                        **Unknown**

**When was the debt incurred?**    **04/27/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1 535**

**Gallo, Richard**
Nonpriority Creditor's Name

**242 G Calle Aragon**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0034**      **Unknown**

When was the debt incurred?   **07/27/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 536**

**Galvan, Lena**
Nonpriority Creditor's Name

**8236 Guava Ave**
**Buena Park, CA 90620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2001**      **Unknown**

When was the debt incurred?   **9/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 537**

**Gamble, Phyllis**
Nonpriority Creditor's Name

**4521 S. A. St**
**Oxnard, CA 93033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4176**      **Unknown**

When was the debt incurred?   **6/9/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
538**

**Gamble, Phyllis**

Nonpriority Creditor's Name

**4521 South A St.**
**Oxnard, CA 93033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0030**                    $0.00

**When was the debt incurred?**  **09/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
539**

**Gann, Earl**

Nonpriority Creditor's Name

**26524 McCall Blvd.**
**Sun City, CA 92586**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0131**                    Unknown

**When was the debt incurred?**  **11/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
540**

**Gansen, Gladys**

Nonpriority Creditor's Name

**946 Sea View Drive**
**El Cerrito, CA 94530**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1095**                    Unknown

**When was the debt incurred?**  **03/22/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1 541**

**Gant, Yolanda**

Nonpriority Creditor's Name

**379 W. Avenida Cerca**
**Palm Springs, CA 92262**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2012**                    **Unknown**

When was the debt incurred?      **12/20/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 542**

**Garcia**

Nonpriority Creditor's Name

**2441 Beaufort Dr.**
**Oxnard, CA 93033**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2007**                    **Unknown**

When was the debt incurred?      **1/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 543**

**Garcia, Alfred & Cora**

Nonpriority Creditor's Name

**2596 San Antonio Ave**
**Pomona, CA 91766**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1931**                    **Unknown**

When was the debt incurred?      **10/20/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 544 | **Garcia, Armondo & Olivia** | Last 4 digits of account number | **3041** | **Unknown** |

Nonpriority Creditor's Name
**6810 Johnson Ave.**
**Long Beach, CA 90805**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **7/7/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 545 | **Garcia, Benjamin** | Last 4 digits of account number | **1002** | **Unknown** |

Nonpriority Creditor's Name
**12441 Magnolia**
**El Monte, CA 91732**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **10/18/2011**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 546 | **Garcia, Benjamin** | Last 4 digits of account number | **1006** | **Unknown** |

Nonpriority Creditor's Name
**139 S. Hollenback Avenue**
**Covina, CA 91723**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **12/20/2011**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 547 | **Garcia, Carlos** | Last 4 digits of account number | **0026** | **Unknown** |

Nonpriority Creditor's Name

**16455 San Bernardino Ave.**
**Fontana, CA 92335**

When was the debt incurred?    **02/23/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 548 | **Garcia, Dora** | Last 4 digits of account number | **4006** | **Unknown** |

Nonpriority Creditor's Name

**1651 Waltham Rd**
**Concord, CA 94520**

When was the debt incurred?    **7/16/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 549 | **Garcia, Ed** | Last 4 digits of account number | **9034** | **Unknown** |

Nonpriority Creditor's Name

**1045 S. Pine St.**
**San Gabriel, CA 91776**

When was the debt incurred?    **10/09/09**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**550**

**Garcia, Esther**
Nonpriority Creditor's Name

**801 Cypress Ave.**
**Los Angeles, CA 90065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0135**                    **Unknown**

When was the debt incurred?   **1/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**551**

**Garcia, Francesca**
Nonpriority Creditor's Name

**13000 S. Willowbrook**
**Compton, CA 90222**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2009**                    **Unknown**

When was the debt incurred?   **7/6/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**552**

**Garcia, Gilbert & Mary**
Nonpriority Creditor's Name

**892 Valencia Dr**
**Colton, CA 92324**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3111**                    **Unknown**

When was the debt incurred?   **10/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**553**

**Garcia, Irene**

Nonpriority Creditor's Name

**9481 Dorrington Ave**
**Arleta, CA 91331**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3018**                          **Unknown**

When was the debt incurred?    **10/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**554**

**Garcia, Javier & Rosa**

Nonpriority Creditor's Name

**3540 Fensmuir St.**
**Riverside, CA 92503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1062**                          **Unknown**

When was the debt incurred?    **4/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**555**

**Garcia, John & Virginia**

Nonpriority Creditor's Name

**11753 Calabash Ave.**
**Fontana, CA 92337**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3093**                          **Unknown**

When was the debt incurred?    **12/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | | |
|---|---|---|---|
| **4.1 556** | **Garcia, Jose** | Last 4 digits of account number  **2007** | **Unknown** |

Nonpriority Creditor's Name

**84455 Rosal Avenue**
**Coachella, CA 92236**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **4/15/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.1 557** | **Garcia, Joseph** | Last 4 digits of account number  **2005** | **Unknown** |

Nonpriority Creditor's Name

**3557 Windsong St**
**Corona, CA 92879**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **8/30/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.1 558** | **Garcia, Larry** | Last 4 digits of account number  **2103** | **Unknown** |

Nonpriority Creditor's Name

**9152 Orangewood Ave.**
**Garden Grove, CA 92841**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **11/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 |
|-----|
| 559 |

**Garcia, Manuel & Emily**

Nonpriority Creditor's Name

**4869 Lincoln Ave**

**Chino, CA 91710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **4080**            **Unknown**

**When was the debt incurred?**   **5/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 |
|-----|
| 560 |

**Garcia, Maria**

Nonpriority Creditor's Name

**30 Ellis St.**

**Long Beach, CA 90805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1077**            **Unknown**

**When was the debt incurred?**   **3/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 |
|-----|
| 561 |

**Garcia, Mary Helen**

Nonpriority Creditor's Name

**4136  S Lindell**

**Pico Rivera, CA 90660**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1102**            **Unknown**

**When was the debt incurred?**   **10/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | | |
|---|---|---|---|
| **4.1**<br>**562** | **Garcia, Rolando** | Last 4 digits of account number    **1034** | **Unknown** |

Nonpriority Creditor's Name

**556 Rancho De Oro Road**
**Escondido, CA 92026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **1/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.1**<br>**563** | **Garcia, Rosa** | Last 4 digits of account number    **4146** | **Unknown** |

Nonpriority Creditor's Name

**3540 Fensmuir St**
**Riverside, CA 92503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **8/30/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.1**<br>**564** | **Garcia, Susan & Maria** | Last 4 digits of account number    **3133** | **Unknown** |

Nonpriority Creditor's Name

**4727 Kenmore Terrace**
**San Diego, CA 92116**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **8/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 565 | **Garcia, Thomas** | | Last 4 digits of account number | **4066** | **Unknown** |

Nonpriority Creditor's Name

**396 Davos Dr**
**Crestline, CA 92325**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **5/31/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 566 | **Gard, Derek & Nora** | | Last 4 digits of account number | **1036** | **Unknown** |

Nonpriority Creditor's Name

**26561 Via Gaviota**
**Mission Viejo, CA 92691**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **9/20/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 567 | **Gardner, Jeanne** | | Last 4 digits of account number | **4057** | **Unknown** |

Nonpriority Creditor's Name

**438 Senator Ave**
**Sacramento, CA 95833**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **6/26/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
568**

**Gardner, Theola**

Nonpriority Creditor's Name

**9426 S. 4th Ave
Inglewood, CA 90305**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3024**                    **Unknown**

**When was the debt incurred?**    **8/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
569**

**Garner, Ida**

Nonpriority Creditor's Name

**2277 Grafton St.
Simi Valley, CA 93063**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0114**                    **$0.00**

**When was the debt incurred?**    **10/12/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
570**

**Garner, Sonja**

Nonpriority Creditor's Name

**2314 N Park Blvd
Santa Ana, CA 92706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4048**                    **Unknown**

**When was the debt incurred?**    **3/6/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 571 | |
|---|---|

**Garner, Tracy**
Nonpriority Creditor's Name

**2315 Ocean**
**Long Beach, CA 90803**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **9028**          **Unknown**

**When was the debt incurred?**  **10/02/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 572 | |
|---|---|

**Garnet, James & Jan**
Nonpriority Creditor's Name

**3912 Cirro Vista Way**
**Fallbrook, CA 92028**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1941**          **Unknown**

**When was the debt incurred?**  **2/12/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 573 | |
|---|---|

**Garnett, James**
Nonpriority Creditor's Name

**3912 Cirro Vista Way**
**Fallbrook, CA 92028**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **4111**          **Unknown**

**When was the debt incurred?**  **7/28/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 574 | | | |
|---|---|---|---|

**Garret, Virginia**
Nonpriority Creditor's Name

**10250 Avanti Ave.**
**Santee, CA 92071**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0041**                    **Unknown**

**When was the debt incurred?**    **12/28/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 575 | | | |
|---|---|---|---|

**Garrett, Bud & Margie**
Nonpriority Creditor's Name

**1800 Camino Centroloma**
**Fullerton, CA 92833**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **9010**                    **Unknown**

**When was the debt incurred?**    **02/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 576 | | | |
|---|---|---|---|

**Garrett, Diane**
Nonpriority Creditor's Name

**14098 Sweet Grass Ln.**
**Chino Hills, CA 91709**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3144**                    **Unknown**

**When was the debt incurred?**    **1/18/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 577 | **Garrett, Diane** | Last 4 digits of account number | **2001** | **Unknown** |

Nonpriority Creditor's Name
**14098 Sweet Grass**
**Chino Hills, CA 91709**
Number Street City State Zip Code

When was the debt incurred?   **7/24/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 578 | **Garrison-Freeman, Elizabeth** | Last 4 digits of account number | **3103** | **Unknown** |

Nonpriority Creditor's Name
**216 N. Shattuck Pl**
**Orange, CA 92866**
Number Street City State Zip Code

When was the debt incurred?   **8/6/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 579 | **Garrity, John & Sarah** | Last 4 digits of account number | **1092** | **Unknown** |

Nonpriority Creditor's Name
**1239 Calle Candelero**
**Chula Vista, CA 91910**
Number Street City State Zip Code

When was the debt incurred?   **11/22/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.1 580 | **Garth, Dianne** | Last 4 digits of account number   **0036** | **$0.00** |

Nonpriority Creditor's Name
**91 S. Main St.**
**Templeton, CA 93465**
Number Street City State Zip Code

When was the debt incurred?   **12/28/10**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.1 581 | **Gartner, Lawrence** | Last 4 digits of account number   **3074** | **Unknown** |

Nonpriority Creditor's Name
**10353 Bart Way**
**Santee, CA 92071**
Number Street City State Zip Code

When was the debt incurred?   **7/16/2013**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.1 582 | **Garza, Eric & Jen** | Last 4 digits of account number   **2076** | **Unknown** |

Nonpriority Creditor's Name
**24329 Saradella Ct**
**Murrieta, CA 92562**
Number Street City State Zip Code

When was the debt incurred?   **8/14/2012**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 583 | **Garza, Eric & Jennifer** | | | **Unknown** |

Nonpriority Creditor's Name

**24329 Saradella Ct**
**Murrieta, CA 92562**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4044**

**When was the debt incurred?**   **8/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 584 | **Garza, Robert & Elvira** | | | **Unknown** |

Nonpriority Creditor's Name

**849 N. Greenpark Avenue**
**Covina, CA 91724**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1054**

**When was the debt incurred?**   **8/2/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 585 | **Gashen, Daniel** | | | **Unknown** |

Nonpriority Creditor's Name

**45835 Vista Doroda**
**Indian Wells, CA 92210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2053**

**When was the debt incurred?**   **8/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 586 | |
|---|---|

**Gaskell, Hazel**

Nonpriority Creditor's Name

**471 E. Calle Cadiz**

**Laguna Woods, CA 92627**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0071**                    **Unknown**

When was the debt incurred?   **1/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 587 | |
|---|---|

**Gaskin, James**

Nonpriority Creditor's Name

**1526 W. Burnett St.**

**Long Beach, CA 90801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0012**                    **Unknown**

When was the debt incurred?   **03/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 588 | |
|---|---|

**Gasper, Barbara**

Nonpriority Creditor's Name

**9721 Azalea Cir.**

**Fountain Valley, CA 92708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0115**                    **Unknown**

When was the debt incurred?   **08/10/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 589 | | | |
|---|---|---|---|

**Gasteiger, Don**
Nonpriority Creditor's Name
**39685 Ridge Crest Street**
**Murrieta, CA 92563**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number **2063**          **Unknown**

When was the debt incurred?  **3/8/2012**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 590 | | | |
|---|---|---|---|

**Gaston, Gracie & Leonard**
Nonpriority Creditor's Name
**3203 Flaxton St**
**Pomona, CA 91767**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number **38CO**          **Unknown**

When was the debt incurred?  **6/3/2014**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 591 | | | |
|---|---|---|---|

**Gates, George & Marie**
Nonpriority Creditor's Name
**2124 D Ronda Granada**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number **0102**          **Unknown**

When was the debt incurred?  **08/10/10**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
592**

**Gatlin, Boyd**

Nonpriority Creditor's Name

**24442 Blackfoot Dr**
**Lake Forest, CA 92630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1093**                **Unknown**

When was the debt incurred?   **11/8/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
593**

**Gaunce, Susan**

Nonpriority Creditor's Name

**2553 Luciernan St**
**Carlsbad, CA 92009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1051**                **$0.00**

When was the debt incurred?   **08/02/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
594**

**Gawboy, Barton & Joanna**

Nonpriority Creditor's Name

**3000 Beach Avenue**
**Venice, CA 90291**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1044**                **Unknown**

When was the debt incurred?   **5/24/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 595 | | | |
|---|---|---|---|

**Gazit, Salit**
Nonpriority Creditor's Name

**528 Than Way Building H**
**Palo Alto, CA 94306**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2079**            **Unknown**

**When was the debt incurred?**   **6/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 596 | | | |
|---|---|---|---|

**GC Services Limited Partnership**
Nonpriority Creditor's Name

**6330 Gulfton**
**Houston, TX 77081**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2**            **Unknown**

**When was the debt incurred?**   **10/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.1 597 | | | |
|---|---|---|---|

**Gebray, Yodit**
Nonpriority Creditor's Name

**653 Lashburn St.**
**Sylmar, CA 91342**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1112**            **Unknown**

**When was the debt incurred?**   **9/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.1**
**598**

| | |
|---|---|
| **Gee, Sharon** | |
| Nonpriority Creditor's Name | |
| **1241 Stallcup Ln** | |
| **Lompoc, CA 93436** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2090**          **Unknown**

**When was the debt incurred?**   **6/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**599**

| | |
|---|---|
| **Gentz, Nella** | |
| Nonpriority Creditor's Name | |
| **1072 Loma Vista** | |
| **Pomona, CA 91768** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2004**          **Unknown**

**When was the debt incurred?**   **10/17/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**600**

| | |
|---|---|
| **Gentzein, John** | |
| Nonpriority Creditor's Name | |
| **2225 Dawn Ct** | |
| **Thousand Oaks, CA 91362** | |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4084**          **Unknown**

**When was the debt incurred?**   **9/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 601 | | |
|---|---|---|

**George, Dennis & Georgia**
Nonpriority Creditor's Name
**19816 Septo St.**
**Chatsworth, CA 91311**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0025**                          **$0.00**

**When was the debt incurred?**    **07/27/10**

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 602 | | |
|---|---|---|

**George, Ronald & Marjorie**
Nonpriority Creditor's Name
**12712 Glenshire Road**
**Downey, CA 90242**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3149**                          **Unknown**

**When was the debt incurred?**    **10/26/2013**

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 603 | | |
|---|---|---|

**Gerberich, Gart**
Nonpriority Creditor's Name
**4949 Alejo St.**
**San Diego, CA 92124**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1096**                          **Unknown**

**When was the debt incurred?**    **6/21/2011**

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| 4.1 604 | **Gerlach, Rudolph & Grady, Mary** | |

Nonpriority Creditor's Name

**2651 Hope Street**
**Huntington Park, CA 90255**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1060**    **Unknown**

**When was the debt incurred?**    **5/3/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.1 605 | **German, Annette** | |

Nonpriority Creditor's Name

**19085 Canyon Terrance**
**Trabucco Canyon, CA 92979**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **0090**    **Unknown**

**When was the debt incurred?**    **09/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.1 606 | **Germann, Tim & Consuelo** | |

Nonpriority Creditor's Name

**15001 Mission Hills Rd**
**Mission Hills, CA 91345**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **3010**    **Unknown**

**When was the debt incurred?**    **10/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 607 | **Gerold, Mark** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**19318 Chamblee Ave.**
**Cerritos, CA 90703**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  0053

**When was the debt incurred?**  04/27/10

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 608 | **Gerold, Mark** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**13722 Redhill Ave. # 74**
**Tustin, CA 92780**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  9039

**When was the debt incurred?**  10/02/09

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 609 | **Gerrish, William & Nancy** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1421 Coolidge Ave**
**National City, CA 91950**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  1022

**When was the debt incurred?**  11/22/2011

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 610 | **Gerth, Gayle** | Last 4 digits of account number | **3046** | **Unknown** |

Nonpriority Creditor's Name

**32762 Mediteranea Dr**
**Dana Point, CA 92629**

When was the debt incurred?   **2/18/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 611 | **Gerwitz, Paul & Betty** | Last 4 digits of account number | **2016** | **Unknown** |

Nonpriority Creditor's Name

**3424 Sunset Hill Dr**
**West Covina, CA 91791**

When was the debt incurred?   **3/15/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 612 | **Geston, Anita** | Last 4 digits of account number | **2057** | **Unknown** |

Nonpriority Creditor's Name

**1286 Discovery**
**San Marcos, CA 92078**

When was the debt incurred?   **7/5/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 613 | | |
|---|---|---|

**Ghaly, Fouad & Nagla**
Nonpriority Creditor's Name

**31335 Marne Dr**
**Rancho Palos Verdes, CA 90275**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1123**         **Unknown**

**When was the debt incurred?**   **7/26/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 614 | | |
|---|---|---|

**Giacoletto, Richard & Ruby**
Nonpriority Creditor's Name

**228 Loch Lomond Rd**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4022**         **Unknown**

**When was the debt incurred?**   **4/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 615 | | |
|---|---|---|

**Giacone, William**
Nonpriority Creditor's Name

**38180 Via Taffia**
**Murrieta, CA 92563**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2040**         **Unknown**

**When was the debt incurred?**   **10/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 616 | **Giamboni, Mary** | Last 4 digits of account number | **0058** | **Unknown** |

Nonpriority Creditor's Name

**5414 Via Carrizo**
**Laguna Woods, CA 92637**

When was the debt incurred?   **08/03/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 617 | **Gibbons, Fredella** | Last 4 digits of account number | **3035** | **Unknown** |

Nonpriority Creditor's Name

**6225 Colony Ct.**
**Rancho Cucamonga, CA 91739**

When was the debt incurred?   **1/21/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 618 | **Gibbs, Thomas** | Last 4 digits of account number | **0055** | **$0.00** |

Nonpriority Creditor's Name

**1596 Santa Ana Ave.**
**Costa Mesa, CA 92667**

When was the debt incurred?   **08/24/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1<br>619 | **Gibbs, William** | Last 4 digits of account number | **1438** | **Unknown** |

Nonpriority Creditor's Name

**202 Baywood Rd**
**Alameda, CA 94502**

Number Street City State Zip Code

When was the debt incurred?   **11/28/2014**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>620 | **Gibbs, William** | Last 4 digits of account number | **1119** | **Unknown** |

Nonpriority Creditor's Name

**202 Baywood Rd**
**Alameda, CA 94502**

Number Street City State Zip Code

When was the debt incurred?   **04/19/11**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>621 | **Gibson, Barbara** | Last 4 digits of account number | **3058** | **Unknown** |

Nonpriority Creditor's Name

**663 Locust St.**
**Corona, CA 92879**

Number Street City State Zip Code

When was the debt incurred?   **3/12/2013**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)*  _____

---

**4.1
622**

**Giddens, Steve**                                    Last 4 digits of account number   **0021**                     **Unknown**

Nonpriority Creditor's Name

**10737 Groveland Ave**                             When was the debt incurred?   **10/1/2010**
**Whittier, CA 90603**

Number Street City State Zip Code

Who incurred the debt? Check one.                  As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                    ■ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                       ■ Disputed

☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   **Business Debt - Past Customer of Exterior**
☐ Yes                                              ■ Other. Specify  **Specialist**

---

**4.1
623**

**Giddens, Steve**                                    Last 4 digits of account number   **0021**                     **Unknown**

Nonpriority Creditor's Name

**10737 Groveland Ave.**                            When was the debt incurred?   **10/26/10**
**Whittier, CA 90603**

Number Street City State Zip Code

Who incurred the debt? Check one.                  As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                    ■ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                       ■ Disputed

☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   **Business Debt - Past Customer of Exterior**
☐ Yes                                              ■ Other. Specify  **Specialist**

---

**4.1
624**

**Gilbert , Michael & Clair**                         Last 4 digits of account number   **0070**                     **Unknown**

Nonpriority Creditor's Name

**1245 N. Park Hill Ln.**                           When was the debt incurred?   **03/16/10**
**Escondido, CA 92025**

Number Street City State Zip Code

Who incurred the debt? Check one.                  As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                    ■ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                       ■ Disputed

☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

☐ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                   **Business Debt - Past Customer of Exterior**
☐ Yes                                              ■ Other. Specify  **Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.1**<br>**625** | **Gilchrist, Nancy** | |

Nonpriority Creditor's Name

**3476 Ashwood Ave.**
**Los Angeles, CA 90066**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1090**                          **Unknown**

**When was the debt incurred?**    **5/3/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| | | |
|---|---|---|
| **4.1**<br>**626** | **Giles, Meredith** | |

Nonpriority Creditor's Name

**3003 Alamany Blvd**
**San Francisco, CA 94122**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1005**                          **Unknown**

**When was the debt incurred?**    **1/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| | | |
|---|---|---|
| **4.1**<br>**627** | **Gilmore, Frank** | |

Nonpriority Creditor's Name

**8926 S. Denker**
**Los Angeles, CA 90047**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1032**                          **$0.00**

**When was the debt incurred?**    **06/14/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 628 | | | |
|---|---|---|---|

**Gilmore, Wendy**
Nonpriority Creditor's Name

**12232 Arkley Dr**
**Garden Grove, CA 92840**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2014**

When was the debt incurred?  **7/21/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 629 | | | |
|---|---|---|---|

**Gingold, Susan**
Nonpriority Creditor's Name

**36 Vista Del Mar Dr.**
**Santa Barbara, CA 93109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0074**

When was the debt incurred?  **04/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 630 | | | |
|---|---|---|---|

**Ginn, Cathrine**
Nonpriority Creditor's Name

**2620 Montros Pl.**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1062**

When was the debt incurred?  **11/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 631 | | | |
|---|---|---|---|

**Ginos, Gale & Tammy**

Nonpriority Creditor's Name

**1128 Sunbright Dr.**
**Oceanside, CA 92056**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3093**                              **Unknown**

**When was the debt incurred?**   **4/5/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 632 | | | |
|---|---|---|---|

**Giovanelli, Robert & Paula**

Nonpriority Creditor's Name

**2229 Avon St**
**Los Angeles, CA 90026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3165**                              **Unknown**

**When was the debt incurred?**   **9/14/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 633 | | | |
|---|---|---|---|

**Glantz, William**

Nonpriority Creditor's Name

**18933 Blackhawk St.**
**Porter Ranch, CA 91326**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0156**                              **Unknown**

**When was the debt incurred?**   **1/25/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**634**

**Glaser, Sandy**

Nonpriority Creditor's Name

**30773 Mainmast Dr.**
**Agoura Hills, CA 91301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **0096** |
| | **$0.00** |

**When was the debt incurred?**   **08/10/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**635**

**Glass, Gary**

Nonpriority Creditor's Name

**13 Alsace**
**Laguna Niguel, CA 92677**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **2063** |
| | **Unknown** |

**When was the debt incurred?**   **10/7/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**636**

**Glass, Majorie**

Nonpriority Creditor's Name

**10221 S. 7th Ave**
**Inglewood, CA 90303**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **1035** |
| | **Unknown** |

**When was the debt incurred?**   **11/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 |
|-----|
| 637 |

**Glenn, Cathy**
Nonpriority Creditor's Name

**12602 Springbrook Dr, Unit C**
**San Diego, CA 92128**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4148**                                    **Unknown**

When was the debt incurred?    **7/28/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 |
|-----|
| 638 |

**Glenn, Edith & Stanley**
Nonpriority Creditor's Name

**5246 James Rd.**
**Santa Barbra, CA 93111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0104**                                    **Unknown**

When was the debt incurred?    **05/04/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 |
|-----|
| 639 |

**Glenn, Gale & Beth**
Nonpriority Creditor's Name

**23365 S. Village St**
**Crestline, CA 92325**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number    **2023**                                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 640 | **Glenn, Joy** | | Last 4 digits of account number | **2045** | **Unknown** |

Nonpriority Creditor's Name
**12232 Santiago**
**San Diego, CA 92128**
Number Street City State Zip Code

When was the debt incurred?   **5/29/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 641 | **Glenn, Sammy & Margaret** | | Last 4 digits of account number | **0157** | **Unknown** |

Nonpriority Creditor's Name
**2561 Lolnes St**
**San Jose, CA 95121**
Number Street City State Zip Code

When was the debt incurred?   **01/18/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 642 | **Glenore, Denis** | | Last 4 digits of account number | **0150** | **Unknown** |

Nonpriority Creditor's Name
**17100 Scottsdale Rd.**
**Riverside, CA 92504**
Number Street City State Zip Code

When was the debt incurred?   **1/18/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1<br>643 | **Glover, Mary** | Last 4 digits of account number | **1048** | **Unknown** |

Nonpriority Creditor's Name
**1815 Blue Bonnet Pl.**
**Encinitas, CA 92024**
Number Street City State Zip Code

**When was the debt incurred?**  **5/31/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>644 | **Glover, Pandora** | Last 4 digits of account number | **2007** | **Unknown** |

Nonpriority Creditor's Name
**4545 Ellen Street**
**Oakland, CA 94601**
Number Street City State Zip Code

**When was the debt incurred?**  **2/22/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>645 | **Gluyas, Donald** | Last 4 digits of account number | **0089** | **$0.00** |

Nonpriority Creditor's Name
**422 Dana Point**
**Ventura, CA 93004**
Number Street City State Zip Code

**When was the debt incurred?**  **10/05/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 646 | **Glynn, Ronald & Darla** | Last 4 digits of account number | **2004** | **Unknown** |

Nonpriority Creditor's Name
**2523 Broken Lance Dr
Norco, CA 92860**
Number Street City State Zip Code

When was the debt incurred?  **3/29/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 647 | **GM-ET Roofing Removal & Constr** | Last 4 digits of account number | **ARREAZA** | **$27,781.42** |

Nonpriority Creditor's Name
**2500 E Imperial Hwy Suite 201
Brea, CA 92821**
Number Street City State Zip Code

When was the debt incurred?  **11/13/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.1 648 | **Goad, Clarence & Kathleen** | Last 4 digits of account number | **3062** | **Unknown** |

Nonpriority Creditor's Name
**21002 Ponderosa St.
Mission Viejo, CA 92692**
Number Street City State Zip Code

When was the debt incurred?  **2/14/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 649 | |
|---|---|

**Godager, Bennie**
Nonpriority Creditor's Name

**1406 Gerry way**
**Roseville, CA 95661**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3003**            **Unknown**

**When was the debt incurred?**   **2/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 650 | |
|---|---|

**Goddard, Victoria**
Nonpriority Creditor's Name

**1122 S. La Peer Dr.**
**Los Angeles, CA 90035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3082**            **Unknown**

**When was the debt incurred?**   **8/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 651 | |
|---|---|

**Goddard, Victoria**
Nonpriority Creditor's Name

**1122 S. La Peer Dr.**
**Los Angeles, CA 90035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0028**            **Unknown**

**When was the debt incurred?**   **03/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 652 | |
|---|---|

**Godfrey, Judith**
Nonpriority Creditor's Name
**1910 Kingston**
**Escondido, CA 92027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2070**                    **Unknown**

When was the debt incurred?   **9/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 653 | |
|---|---|

**Godinez, Joshua**
Nonpriority Creditor's Name
**8216 Mondavi Pl**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2085**                    **Unknown**

When was the debt incurred?   **9/29/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 654 | |
|---|---|

**Godinez, Richard & Debbie**
Nonpriority Creditor's Name
**69125 San Helena**
**Cathedral City, CA 92234**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2083**                    **Unknown**

When was the debt incurred?   **8/7/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 655 | |
|---|---|

**Godinez, Robert**
Nonpriority Creditor's Name
**2903 Norsewood Dr**
**. Rowland Hts, CA 91748**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1037**                    **Unknown**

When was the debt incurred?    **3/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 656 | |
|---|---|

**Gold, Sheila**
Nonpriority Creditor's Name
**1462 Kimberly Dr**
**San Jose, CA 95118**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1037**                    **$0.00**

When was the debt incurred?    **08/09/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 657 | |
|---|---|

**Gold, Stanley**
Nonpriority Creditor's Name
**25 Lincoln Place**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **4015**                    **Unknown**

When was the debt incurred?    **7/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know)    _____

---

| 4.1 658 | **Goldberg, Andrew & Karen** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6315 Green Valley Cir #102**
**Culver City, CA 90230**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3071**        **Unknown**

**When was the debt incurred?**    **10/14/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 659 | **Goldberg, Susan** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**27402 Trabuco Circle**
**Mission Viejo, CA 92692**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1097**        **Unknown**

**When was the debt incurred?**    **11/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 660 | **Goldberg, Susan & Gerald** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**27402 Trabuco Cir**
**Mission Viejo, CA 92692**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3073**        **Unknown**

**When was the debt incurred?**    **8/29/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 661 | | | |
|---|---|---|---|

**Golden, Leon**
Nonpriority Creditor's Name
**212 Gardenia**
**Palo Alto, CA 94303**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0035**          **$0.00**

**When was the debt incurred?**   **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 662 | | | |
|---|---|---|---|

**Golden, Robert & Evelyn**
Nonpriority Creditor's Name
**1798 Kramer Dr.**
**Carson, CA 90746**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0037**          **Unknown**

**When was the debt incurred?**   **02/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 663 | | | |
|---|---|---|---|

**Golden, Roert & Evelyn**
Nonpriority Creditor's Name
**1798 E. Kramer**
**Carson, CA 90746**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1016**          **$0.00**

**When was the debt incurred?**   **06/14/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1<br>664 | **Goldstein, Jason** | Last 4 digits of account number | **1030** | **Unknown** |

Nonpriority Creditor's Name

**6 Cloveblossom**
**Irvine, CA 92604**

Number Street City State Zip Code

When was the debt incurred?  **11/8/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>665 | **Goldstein, Raymond** | Last 4 digits of account number | **1934** | **Unknown** |

Nonpriority Creditor's Name

**450 N. Mc Cadden Pl**
**Los Angeles, CA 90004**

Number Street City State Zip Code

When was the debt incurred?  **10/20/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>666 | **Goldston, Kim** | Last 4 digits of account number | **3027** | **Unknown** |

Nonpriority Creditor's Name

**43470 Bath point Ct**
**Bermuda Dunes, CA 92203**

Number Street City State Zip Code

When was the debt incurred?  **2/12/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1<br>667 | **Goles, Mark & Karen** | Last 4 digits of account number | **1009** | **Unknown** |

Nonpriority Creditor's Name
**1984 Vanguard Dr.**
**Camarillo, CA 93010**
Number Street City State Zip Code

**When was the debt incurred?**   **3/15/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>668 | **Gomez, Arlene** | Last 4 digits of account number | **4090** | **Unknown** |

Nonpriority Creditor's Name
**1347 W Congress St**
**San Bernardino, CA 92410**
Number Street City State Zip Code

**When was the debt incurred?**   **3/4/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>669 | **Gomez, Irene** | Last 4 digits of account number | **2023** | **Unknown** |

Nonpriority Creditor's Name
**4701 Calle Estrella**
**Oceanside, CA 92057**
Number Street City State Zip Code

**When was the debt incurred?**   **1/7/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.1 670**

**Gomez, Raul**
Nonpriority Creditor's Name

**1821 E. Kay Street**
**Compton, CA 90221**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **1944**          **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 671**

**Gomez, Tony & Gay**
Nonpriority Creditor's Name

**3421 E. Salisbury Circle # E**
**Orange, CA 92869**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **2017**          **Unknown**

When was the debt incurred?  **7/24/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 672**

**Gonzales, Anita**
Nonpriority Creditor's Name

**316 N. 20th St.**
**Montebello, CA 90640**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **0042**          **Unknown**

When was the debt incurred?  **02/02/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1 673 | **Gonzales, Ann** | Last 4 digits of account number | **0034** | **Unknown** |

Nonpriority Creditor's Name
**15037 Rosalita Drive**
**La Mirada, CA 90638**

When was the debt incurred?   **04/06/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 674 | **Gonzales, Joe** | Last 4 digits of account number | **4002** | **Unknown** |

Nonpriority Creditor's Name
**217 Wood St**
**Bakersfield, CA 93307**

When was the debt incurred?   **9/2/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 675 | **Gonzales, John & Kim** | Last 4 digits of account number | **0078** | **Unknown** |

Nonpriority Creditor's Name
**13882 Claremont**
**Westminster, CA 92683**

When was the debt incurred?   **02/16/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 676 | | | |
|---|---|---|---|

**Gonzales, Jose**

Nonpriority Creditor's Name

**820  Tennis Dr.**
**San Francisco, CA 94080**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0026**

**When was the debt incurred?**   **02/08/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

| 4.1 677 | | | |
|---|---|---|---|

**Gonzales, Lucille**

Nonpriority Creditor's Name

**868 E. La Verne Ave.**
**Pomona, CA 91767**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0013**

**When was the debt incurred?**   **03/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 678 | | | |
|---|---|---|---|

**Gonzales, Manual & Micaela**

Nonpriority Creditor's Name

**3420 Lou St.**
**National City, CA 91950**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1108**

**When was the debt incurred?**   **7/12/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1<br>679 | **Gonzales, Melissa** | Last 4 digits of account number | **1092** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**761 Keenan St.**
**Montebello, CA 90640**
Number Street City State Zip Code

**When was the debt incurred?**    **2/15/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>680 | **Gonzales, Ruben** | Last 4 digits of account number | **0106** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**916 Calle Abierta**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**When was the debt incurred?**    **11/30/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>681 | **Gonzales, Steven & Flores, Anna** | Last 4 digits of account number | **4003** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**281 Val Verde Drive**
**Hemet, CA 92543**
Number Street City State Zip Code

**When was the debt incurred?**    **11/1/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.1 682 | **Gonzalez, Alexander** | Last 4 digits of account number | **2011** | **Unknown** |

Nonpriority Creditor's Name
**10247 Ambassador Ave.**
**San Diego, CA 92126**

When was the debt incurred?  **12/31/2012**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 683 | **Gonzalez, Anna** | Last 4 digits of account number | **1063** | **Unknown** |

Nonpriority Creditor's Name
**40 Bache St**
**San Francisco, CA 94110**

When was the debt incurred?  **02/15/11**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 684 | **Gonzalez, Carlos & Maria** | Last 4 digits of account number | **4039** | **Unknown** |

Nonpriority Creditor's Name
**7568 Shiloh Way**
**Fontana, CA 92336**

When was the debt incurred?  **8/30/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 685 | | | |
|---|---|---|---|

**Gonzalez, Esperanza**

Nonpriority Creditor's Name

**4957 Nipomo Dr.**
**Carpinteria, CA 93013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **4070**

When was the debt incurred? **4/22/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 686 | | | |
|---|---|---|---|

**Gonzalez, Francisco & Martha**

Nonpriority Creditor's Name

**1828 Fir St.**
**Corona, CA 92882**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **3048**

When was the debt incurred? **12/5/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| 4.1 687 | | | |
|---|---|---|---|

**Gonzalez, Jack & Donna**

Nonpriority Creditor's Name

**4537 Saddleback St.**
**Montclair, CA 91763**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **3066**

When was the debt incurred? **8/9/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 688 | |
|---|---|

**Gonzalez, Maria**
Nonpriority Creditor's Name

**4277 Landis St**
**San Diego, CA 92105**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4137**          **Unknown**

**When was the debt incurred?**   **6/19/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 689 | |
|---|---|

**Gonzalez, Martha**
Nonpriority Creditor's Name

**928 Fullerton Ave**
**Corona, CA 92879**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4130**          **Unknown**

**When was the debt incurred?**   **9/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 690 | |
|---|---|

**Gonzalez, Octavio**
Nonpriority Creditor's Name

**43736 Towne St**
**Indo, CA 92201**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4073**          **Unknown**

**When was the debt incurred?**   **11/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 691 | **Gonzalez, Olga** | | | | Unknown |

Nonpriority Creditor's Name

**1324 W. Olive Avenue**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **2048**

**When was the debt incurred?**   **3/2/2012**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 692 | **Goodfella's Plumbing** | | | | $1,600.00 |

Nonpriority Creditor's Name

**8721 Adan St**
**Garden Grove, CA 92841**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **Ward**

**When was the debt incurred?**   **12/11/2015**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.1 693 | **Goodman, Louise L.** | | | | Unknown |

Nonpriority Creditor's Name

**7643 Circle Drive**
**Lemon Grove, CA 91945**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **1080**

**When was the debt incurred?**   **5/17/2011**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 694 | **Goodman, Robert** | Last 4 digits of account number | **3004** | **Unknown** |

Nonpriority Creditor's Name

**8753 Bigford
Spring Valley, CA 91977**

Number Street City State Zip Code

**When was the debt incurred?**    **11/20/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 695 | **Goodpaster, Diane** | Last 4 digits of account number | **1971** | **Unknown** |

Nonpriority Creditor's Name

**15751 Willet Lane
Huntington Beach, CA 92647**

Number Street City State Zip Code

**When was the debt incurred?**    **8/18/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 696 | **Goodpaster, Diane** | Last 4 digits of account number | **3027** | **Unknown** |

Nonpriority Creditor's Name

**15751 Willet Lane
Huntington Beach, CA 92647**

Number Street City State Zip Code

**When was the debt incurred?**    **11/1/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1 697**

**Goodwalt, Vernon**
Nonpriority Creditor's Name
**4377 Mapleweed Pl**
**Riverside, CA 92506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **1060** | **$0.00** |

**When was the debt incurred?**  **07/19/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 698**

**Goodwin, Gregory & Janice**
Nonpriority Creditor's Name
**9581 Cecilwood Dr.**
**Santee, CA 92071**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **2056** | **Unknown** |

**When was the debt incurred?**  **10/30/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 699**

**Goodwin, Mikel**
Nonpriority Creditor's Name
**7605 Cortez Ave.**
**Atascadero, CA 93423**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **3103** | **Unknown** |

**When was the debt incurred?**  **1/6/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1 700 | | | |
|---|---|---|---|

**Goodwin, Rick**
Nonpriority Creditor's Name
**740 Rigsby Street**
**La Habra, CA 90631**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1058**                    **Unknown**

**When was the debt incurred?**    **7/26/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 701 | | | |
|---|---|---|---|

**Goodyear cbna**
Nonpriority Creditor's Name
**Po Box 6497**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **7950**                    **$976.00**

**When was the debt incurred?**    **2015-2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.1 702 | | | |
|---|---|---|---|

**Gorden, William**
Nonpriority Creditor's Name
**883 Gwyne Ave.**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0059**                    **Unknown**

**When was the debt incurred?**    **06/08/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1<br>703 | **Gordon, James** | | |

Nonpriority Creditor's Name

**1208 W. Palm Ave.**
**Redlands, CA 92373**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3070**                              **Unknown**

**When was the debt incurred?**   **3/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>704 | **Gordy, Paul Thomas** | | |

Nonpriority Creditor's Name

**20680 Manzanita Ave**
**Yorba Linda, CA 92886**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **None**                              **Unknown**

**When was the debt incurred?**   **10/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.1<br>705 | **Gorecki, Donald & Janet** | | |

Nonpriority Creditor's Name

**9697 Madrona Dr**
**Fontana, CA 92355**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Last 4 digits of account number**   **4032**                              **Unknown**

**When was the debt incurred?**   **1/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 706 | | | |
|---|---|---|---|

**Gough, Janice**

Nonpriority Creditor's Name

**13569 Overlook Dr**
**Desert Hot Springs, CA 92240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1934**

When was the debt incurred?  **7/14/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 707 | | | |
|---|---|---|---|

**Gould, Dianna**

Nonpriority Creditor's Name

**17241 Iris Ave**
**Riverside, CA 92504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4109**

When was the debt incurred?  **7/19/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 708 | | | |
|---|---|---|---|

**Gould, Gail & John**

Nonpriority Creditor's Name

**6618 Dillman Street**
**Lakewood, CA 90713**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2003**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 709 | **Goulde, Carole** | Last 4 digits of account number | **1101** | **Unknown** |

Nonpriority Creditor's Name
**1 Palos**
**Irvine, CA 92612**
Number Street City State Zip Code

When was the debt incurred?   **10/25/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 710 | **Grabhorn, Jennifer** | Last 4 digits of account number | **3136** | **Unknown** |

Nonpriority Creditor's Name
**9959 Dandelion**
**Fountain Valley, CA 92708**
Number Street City State Zip Code

When was the debt incurred?   **8/9/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 711 | **Grace, Jack** | Last 4 digits of account number | **2043** | **Unknown** |

Nonpriority Creditor's Name
**1156 Alexandria Drive**
**San Diego, CA 92107**
Number Street City State Zip Code

When was the debt incurred?   **4/28/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1 712**

**Grade, Diane**

Nonpriority Creditor's Name

**2021 Sherer Lane**
**Glendale, CA 91208**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   **1031**

When was the debt incurred?   **5/31/2011**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

**4.1 713**

**Grady , James**

Nonpriority Creditor's Name

**28109 Ella Road**
**Rancho Palos Verdes, CA 90275**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   **1035**

When was the debt incurred?   **4/26/2011**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

**4.1 714**

**Grady, Gerald**

Nonpriority Creditor's Name

**277 Robin Hood Court**
**Costa Mesa, CA 92627**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   **1006**

When was the debt incurred?   **10/11/2011**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**715**

**Graenicher, Robert**

Nonpriority Creditor's Name

**12924 Warren Ave.**
**Los Angeles, CA 90066**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0003**                              **Unknown**

When was the debt incurred?  **05/18/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**716**

**Graft, Walter**

Nonpriority Creditor's Name

**994 N. Shaffer St.**
**Orange, CA 92867**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0052**                              **Unknown**

When was the debt incurred?  **11/02/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**717**

**Graham, Dianna**

Nonpriority Creditor's Name

**2581 Alne Dr**
**Hemet, CA 92545**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3053**                              **Unknown**

When was the debt incurred?  **5/8/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.1 718** | **Graham, Lawrence** | |

| | | |
|---|---|---|
| Last 4 digits of account number | **0080** | **Unknown** |

Nonpriority Creditor's Name
**2436 W. Gramercy**
**Anaheim, CA 92801**

When was the debt incurred? **07/06/10**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1 719** | **Grames, Jalene** | |

| | | |
|---|---|---|
| Last 4 digits of account number | **0127** | **Unknown** |

Nonpriority Creditor's Name
**140 CSM Dr**
**San Mateo, CA 94462**

When was the debt incurred? **03/08/11**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1 720** | **Granath, Patricia** | |

| | | |
|---|---|---|
| Last 4 digits of account number | **0032** | **Unknown** |

Nonpriority Creditor's Name
**12061 Nutwood St.**
**Garden Grove, CA 92840**

When was the debt incurred? **05/04/10**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 721 | **Granath, Patricia** | | |

Nonpriority Creditor's Name

**12061 Nutwood St.**
**Garden Grove, CA 92840**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0032**                    **Unknown**

**When was the debt incurred?**   **05/11/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 722 | **Granillo, Ruby & Gil** | | |

Nonpriority Creditor's Name

**12035 Chesterton St**
**Norwalk, CA 90650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3005**                    **Unknown**

**When was the debt incurred?**   **10/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 723 | **Grantham, Kay & Dunn, Russell** | | |

Nonpriority Creditor's Name

**6765 Rolando Knolls Dr**
**La Mesa, CA 91942**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1966**                    **Unknown**

**When was the debt incurred?**   **4/23/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
724**

**Grassman, Mary**                                     Last 4 digits of account number    **4138**                          **Unknown**

Nonpriority Creditor's Name

**9 Park Mirage Lane**                                 When was the debt incurred?    **2/19/2014**
**Rancho Mirage, CA 92270**

Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                        ■ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                           ■ Disputed

☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community             ☐ Student loans
debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                       ■ Other. Specify   **Business Debt - Past Customer of Exterior**
☐ Yes                                                                     **Specialist**

---

**4.1
725**

**Grasty, Joan**                                       Last 4 digits of account number    **1077**                          **Unknown**

Nonpriority Creditor's Name

**345 N. Loop**                                         When was the debt incurred?    **1/16/2012**
**Camarillo, CA 93010**

Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                        ■ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                           ■ Disputed

☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community             ☐ Student loans
debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                       ■ Other. Specify   **Business Debt - Past Customer of Exterior**
☐ Yes                                                                     **Specialist**

---

**4.1
726**

**Gratch, Steven**                                     Last 4 digits of account number    **1002**                          **Unknown**

Nonpriority Creditor's Name

**640-101 Brocton Court**                              When was the debt incurred?    **1/6/2012**
**Long Beach, CA 90803**

Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                        ■ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                           ■ Disputed

☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community             ☐ Student loans
debt**
                                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                       ■ Other. Specify   **Business Debt - Past Customer of Exterior**
☐ Yes                                                                     **Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 |
| 727 |

**Gratz, Will & Cyndee**
Nonpriority Creditor's Name
**3275 Old Post Rd**
**Fallbrook, CA 92028**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **3030**          **Unknown**

When was the debt incurred?   **7/24/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 |
| 728 |

**Graves, Jim & Nancy**
Nonpriority Creditor's Name
**550 Tuttle Ln.**
**El Cajon, CA 92021**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0118**          **Unknown**

When was the debt incurred?   **11/30/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 |
| 729 |

**Gray, Alicia**
Nonpriority Creditor's Name
**2364 Canyada Ave**
**Alta Dena, CA 91001**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **2016**          **Unknown**

When was the debt incurred?   **6/5/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 730 | **Gray, Armster** | Last 4 digits of account number | **1061** | **Unknown** |

Nonpriority Creditor's Name
**3146 W. 108th St.**
**Inglewood, CA 90303**
Number Street City State Zip Code

**When was the debt incurred?**   **7/5/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 731 | **Gray, Clinton** | Last 4 digits of account number | **1944** | **Unknown** |

Nonpriority Creditor's Name
**5759 Marker Street**
**San Diego, CA 92114**
Number Street City State Zip Code

**When was the debt incurred?**   **7/18/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 732 | **Gray, Devona** | Last 4 digits of account number | **0050** | **Unknown** |

Nonpriority Creditor's Name
**5592 Temple City Blvd.**
**Temple City, CA 91780**
Number Street City State Zip Code

**When was the debt incurred?**   **05/04/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1 733**

**Gray, Ermalee**
Nonpriority Creditor's Name
**9600 Texhoma Ave**
**Northridge, CA 91325**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **0083**          **Unknown**

When was the debt incurred?    **07/13/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 734**

**Gray, Marlane**
Nonpriority Creditor's Name
**29487 E. Trancas Dr.**
**Cathedral Cty, CA 92234**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **0165**          **Unknown**

When was the debt incurred?    **1/11/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 735**

**Graypoint Construction, Inc.**
Nonpriority Creditor's Name
**390 W Cerritos Ave**
**Anaheim, CA 92805**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **Exterior Speciailst**          **Unknown**

When was the debt incurred?    **11/13/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 736 | | | |
|---|---|---|---|

**greaves, Timothy & Thelda**                   Last 4 digits of account number   **9039**          **Unknown**

Nonpriority Creditor's Name

**1860 Via Del Rey**                             When was the debt incurred?   **12/08/09**

**South Pasadena, CA 91030**

Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                 ■ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                    ■ Disputed

☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                ■ Other. Specify   **Business Debt - Past Customer of Exterior**
☐ Yes                                           **Specialist**

---

| 4.1 737 | | | |
|---|---|---|---|

**Green, Charles**                              Last 4 digits of account number   **4079**          **Unknown**

Nonpriority Creditor's Name

**70355 Mottle Circle**                          When was the debt incurred?   **11/1/2014**

**Rancho Mirage, CA 92270**

Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                 ■ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                    ■ Disputed

☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                ■ Other. Specify   **Business Debt - Past Customer of Exterior**
☐ Yes                                           **Specialist**

---

| 4.1 738 | | | |
|---|---|---|---|

**Green, Charllelia**                           Last 4 digits of account number   **2029**          **Unknown**

Nonpriority Creditor's Name

**883 W. Gateway Dr**                            When was the debt incurred?   **4/20/2012**

**Palm Springs, CA 92262**

Number Street City State Zip Code               As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                 ■ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                    ■ Disputed

☐ At least one of the debtors and another       Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                 report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                ■ Other. Specify   **Business Debt - Past Customer of Exterior**
☐ Yes                                           **Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 739 | **Green, David & Sue** | Last 4 digits of account number | **2018** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2461 Summerhill Lane**
**Fallbrook, CA 92025**
Number Street City State Zip Code

**When was the debt incurred?**    **1/24/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 740 | **Green, Frannie** | Last 4 digits of account number | **3043** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1958 Paloma St.**
**Pasadena, CA 91104**
Number Street City State Zip Code

**When was the debt incurred?**    **2/8/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 741 | **Green, John** | Last 4 digits of account number | **0029** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**5341 Dressage Dr.**
**Bonita, CA 91902**
Number Street City State Zip Code

**When was the debt incurred?**    **09/28/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.1 742**

**Green, Randy**
Nonpriority Creditor's Name

**11161 Arlington Ave.**
**Riverside, CA 92505**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3153**                    **Unknown**

When was the debt incurred?   **8/14/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 743**

**Green, Randy**
Nonpriority Creditor's Name

**11161 Arlington**
**Riverside, CA 92505**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2093**                    **Unknown**

When was the debt incurred?   **6/2/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 744**

**Greenberg, Dennise**
Nonpriority Creditor's Name

**1299 Armando**
**Upland, CA 91786**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1110**                    **Unknown**

When was the debt incurred?   **5/10/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
745**

**Greenburg, Diana**
Nonpriority Creditor's Name

**9712 Hibiscus Dr.**
**Garden Grove, CA 92841**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0074**                    **Unknown**

**When was the debt incurred?**   **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
746**

**Greenfield, Martin**
Nonpriority Creditor's Name

**3081 Longview Ln**
**Santa Ynez, CA 93460**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2007**                    **Unknown**

**When was the debt incurred?**   **3/24/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
747**

**Greenhill, Cynthia**
Nonpriority Creditor's Name

**2679 Marigold St**
**Pomona, CA 91767**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3044**                    **Unknown**

**When was the debt incurred?**   **4/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
748**

**Greenhill, Cynthia**
Nonpriority Creditor's Name

**2079 Marigold St.**
**Pomona, CA 91767**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1111**                        **Unknown**

When was the debt incurred?    **4/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
749**

**Greensky Credit**
Nonpriority Creditor's Name

**7797 North E Expressway Ste 100**
**Atlanta, GA 30329**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0442**                        **Unknown**

When was the debt incurred?    **6/1/2009**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

**4.1
750**

**Greenwood, Roger & Carolyn**
Nonpriority Creditor's Name

**6633 Bellingham Ave.**
**North Hollywood, CA 91606**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0003**                        **Unknown**

When was the debt incurred?    **02/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 751 | | | |

**Gresham, Casrolyn**

Nonpriority Creditor's Name

**3716 W. 59Th St**
**Los Angeles, CA 90043**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2025**          **Unknown**

**When was the debt incurred?**   **6/6/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 752 | | | |

**Greshan, Martha**

Nonpriority Creditor's Name

**1301 Blue Sky Dr.**
**Cardiff by the Sea, CA 92007**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3005**          **Unknown**

**When was the debt incurred?**   **6/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 753 | | | |

**Grewatz, Wanda**

Nonpriority Creditor's Name

**1184 Twin Oaks Ave.**
**Chula Vista, CA 91911**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1004**          **Unknown**

**When was the debt incurred?**   **1/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
754**

**Grez-Terrazas, Linda**

Nonpriority Creditor's Name

**9339 Guess St.
Rosemead, CA 91770**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0051**                        **$0.00**

**When was the debt incurred?**   **11/08/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
755**

**griesser, Dennis**

Nonpriority Creditor's Name

**6736 San Bruno Dr.
Buena Park, CA 90620**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9027**                        **Unknown**

**When was the debt incurred?**   **01/04/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
756**

**Griffin, Dolores**

Nonpriority Creditor's Name

**1831 Clyde Ave
Los Angeles, CA 90013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2074**                        **Unknown**

**When was the debt incurred?**   **9/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| | | | |
|---|---|---|---|
| **4.1 757** | **Griffin, Gary** | Last 4 digits of account number   **3156** | **Unknown** |

Nonpriority Creditor's Name
**11777 Kenworth**
**Yucaipa, CA 92339**
Number Street City State Zip Code

**When was the debt incurred?**   **12/27/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.1 758** | **Griffin, Ike & Mickey** | Last 4 digits of account number   **1009** | **Unknown** |

Nonpriority Creditor's Name
**150 Alma #312**
**Menlo Park, CA 94025**
Number Street City State Zip Code

**When was the debt incurred?**   **2/16/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.1 759** | **Griffin, Richard & Harriet** | Last 4 digits of account number   **1059** | **Unknown** |

Nonpriority Creditor's Name
**1641 E. 20th St**
**Oakland, CA 94606**
Number Street City State Zip Code

**When was the debt incurred?**   **02/22/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 760 | | | |
|---|---|---|---|

**Griffith, Craig & Glenda**
Nonpriority Creditor's Name

**2287 Via Puerta Unit O**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **3060**          **Unknown**

**When was the debt incurred?**  **5/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 761 | | | |
|---|---|---|---|

**Griffith, Harriette**
Nonpriority Creditor's Name

**635 S. Pine**
**Brea, CA 92821**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **2095**          **Unknown**

**When was the debt incurred?**  **3/3/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 762 | | | |
|---|---|---|---|

**Griffith, Patricia**
Nonpriority Creditor's Name

**2215 Terrace Wood Lane**
**Escondido, CA 92024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **0086**          **Unknown**

**When was the debt incurred?**  **05/11/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**763**

**Grimes, Gary**

Nonpriority Creditor's Name

**900 Carson St**
**Barstow, CA 92311**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1941**                **Unknown**

**When was the debt incurred?**    **8/15/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**764**

**Grimes, John**

Nonpriority Creditor's Name

**44345 Buttercup Lane**
**La Quinta, CA 92253**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **4044**                **Unknown**

**When was the debt incurred?**    **2/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**765**

**Grimes, John & Anita**

Nonpriority Creditor's Name

**44345 Buttercup Ln**
**La Quinta, CA 92253**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3114**                **Unknown**

**When was the debt incurred?**    **8/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 766 | **Grimes, Lori & Doug** | | Last 4 digits of account number | **4088** | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**2424 Smokewood Pl**
**Escondido, CA 92026**
Number Street City State Zip Code

**When was the debt incurred?**    **9/15/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 767 | **Grimmet, Dixie** | | Last 4 digits of account number | **0111** | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**5322 Kenilworth Dr.**
**Huntington Beach, CA 92649**
Number Street City State Zip Code

**When was the debt incurred?**    **11/09/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 768 | **Grimmett, Dixie** | | Last 4 digits of account number | **3072** | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**5322 Kenilworth Dr**
**Huntington Beach, CA 92649**
Number Street City State Zip Code

**When was the debt incurred?**    **9/14/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 769 | | | |
|---|---|---|---|

**Grine, Victor**

Nonpriority Creditor's Name

**13928 Dahlia Dr**
**Victorville, CA 92392**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4079**                    **Unknown**

**When was the debt incurred?**    **7/3/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 770 | | | |
|---|---|---|---|

**Griswold, Clacy & Carol**

Nonpriority Creditor's Name

**6425 La Vanco Ct**
**Carlsbad, CA 92009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3071**                    **Unknown**

**When was the debt incurred?**    **11/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 771 | | | |
|---|---|---|---|

**Gritman, Donna**

Nonpriority Creditor's Name

**14705 Libra Dr.**
**La Mirada, CA 90638**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3002**                    **Unknown**

**When was the debt incurred?**    **3/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.1<br>772 | **Groen, Case & Elizabeth** | Last 4 digits of account number | **3022** | **Unknown** |

Nonpriority Creditor's Name

**6114 Clover Court**
**Chino, CA 91710**

Number Street City State Zip Code

When was the debt incurred?   **6/26/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>773 | **Gross, Larry & Ellen** | Last 4 digits of account number | **3030** | **Unknown** |

Nonpriority Creditor's Name

**1935 W. Elm Pl**
**Anaheim, CA 92804**

Number Street City State Zip Code

When was the debt incurred?   **3/30/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>774 | **Grossberg Properties, L.T.D. Corp** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**20680 Manzanita Ave**
**Yorba Linda, CA 92886-3164**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 775 | **Grossberg Properties, L.T.D. Corp** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**20680 Manzanita Ave**

**Yorba Linda, CA 92886-3164**

When was the debt incurred?   **10/1/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.1 776 | **Groves, Kathryn** | Last 4 digits of account number | **1063** | **Unknown** |

Nonpriority Creditor's Name

**10229 Deveron**

**Whittier, CA 90601**

When was the debt incurred?   **3/29/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 777 | **Grube, Dave & Alicia** | Last 4 digits of account number | **2026** | **Unknown** |

Nonpriority Creditor's Name

**10728 Puebla Dr**

**La Mesa, CA 91941**

When was the debt incurred?   **7/27/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1 778 | **Gruebl, Noreen Bryce** | Last 4 digits of account number | **inyl** | **Unknown** |

Nonpriority Creditor's Name

**273 N. Bobwhite Way**
**Orange, CA 92869**
Number Street City State Zip Code

When was the debt incurred? **2/22/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 779 | **Gruener, Frederick & Stella** | Last 4 digits of account number | **2052** | **Unknown** |

Nonpriority Creditor's Name

**18311 Hartlund St.**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

When was the debt incurred? **5/2/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 780 | **Grundman, Linda** | Last 4 digits of account number | **2013** | **Unknown** |

Nonpriority Creditor's Name

**167 El Camino Pequeno**
**El Cajon, CA 92019**
Number Street City State Zip Code

When was the debt incurred? **7/26/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 781 | **Guerra, Maria** | Last 4 digits of account number | **0112** | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**1114 Magnolia Ave.**

**Ontario, CA 91762**

Number Street City State Zip Code

When was the debt incurred?   **01/04/11**

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [■] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [■] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [■] Contingent
- [ ] Unliquidated
- [■] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [■] Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 782 | **Guerra, Mario & Maldonado, Brenda** | Last 4 digits of account number | **4013** | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**25623 Palo Cedro Dr**

**Moreno Valley, CA 92551**

Number Street City State Zip Code

When was the debt incurred?   **12/11/2014**

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [■] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [■] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [■] Contingent
- [ ] Unliquidated
- [■] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [■] Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 783 | **Guerra, Mary & Lopez, Cathrine** | Last 4 digits of account number | **1086** | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**6521 Quail St.**

**Ventura, CA 93003**

Number Street City State Zip Code

When was the debt incurred?   **7/5/2011**

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [■] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [■] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [■] Contingent
- [ ] Unliquidated
- [■] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [■] Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 784 | | | |
|---|---|---|---|
| **Guerra, Rick & Becky** | Last 4 digits of account number | **4081** | **Unknown** |
| Nonpriority Creditor's Name | | | |
| **16229 Janine Dr** | When was the debt incurred? | **4/7/2014** | |
| **Whittier, CA 90603** | | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 785 | | | |
|---|---|---|---|
| **Guerrero** | Last 4 digits of account number | **1018** | **$0.00** |
| Nonpriority Creditor's Name | | | |
| **25969 Margaret Ave** | When was the debt incurred? | **07/19/11** | |
| **Moreno Valley, CA 92551** | | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 786 | | | |
|---|---|---|---|
| **Guerrero, Mario & Diane** | Last 4 digits of account number | **4084** | **Unknown** |
| Nonpriority Creditor's Name | | | |
| **3225 Mt Vernon Ave** | When was the debt incurred? | **7/23/2014** | |
| **Riverside, CA 92507** | | | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 787 | **Guerrero, Vincent** | Last 4 digits of account number | **1003** | **Unknown** |

Nonpriority Creditor's Name
**220 N. Sunkist Ave.**
**West Covina, CA 91790**
Number Street City State Zip Code

When was the debt incurred?   **2/15/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 788 | **Guild, Woody & Pattie** | Last 4 digits of account number | **0050** | **$0.00** |

Nonpriority Creditor's Name
**4103 Wilson Ln.**
**Concord, CA 94521**
Number Street City State Zip Code

When was the debt incurred?   **11/30/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 789 | **Guiliani, Angela** | Last 4 digits of account number | **2015** | **Unknown** |

Nonpriority Creditor's Name
**2238 West Hedding St.**
**San Jose, CA 95128**
Number Street City State Zip Code

When was the debt incurred?   **1/5/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 790 | **Guillen, Aurora** | | | **Unknown** |

Nonpriority Creditor's Name
**26470 Willow Dale Ct**
**Moreno Valley, CA 92555**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4077**

**When was the debt incurred?**   **10/6/2014**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 791 | **Guillen, Jose & Martha** | | | **Unknown** |

Nonpriority Creditor's Name
**15969 Picton St.**
**La Puenta, CA 91744**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0045**

**When was the debt incurred?**   **06/01/10**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 792 | **Guinn, Edgar & Sheila** | | | **Unknown** |

Nonpriority Creditor's Name
**32484 Apricot Tree Rd**
**Winchester, CA 92596**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3030**

**When was the debt incurred?**   **8/27/2013**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 793 | | | |
|---|---|---|---|

**Guisinger, Robert**
Nonpriority Creditor's Name

**210 E. Colorado Blvd**
**Monrovia, CA 91016**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **5101**          **Unknown**

**When was the debt incurred?**  **2/27/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 794 | | | |
|---|---|---|---|

**Gundlock, John**
Nonpriority Creditor's Name

**24922 Avenida Bancal**
**Lake Forest, CA 92630**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1042**          **Unknown**

**When was the debt incurred?**  **8/23/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 795 | | | |
|---|---|---|---|

**Gundlock, John**
Nonpriority Creditor's Name

**24922 Avenida Bancal**
**Lake Forest, CA 92630**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1042**          **Unknown**

**When was the debt incurred?**  **8/30/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 796 | **Gundlock, John** | |
|---|---|---|

Nonpriority Creditor's Name

**24922 Avenida Bancal.**
**Lake Forest, CA 92630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0045**                          **Unknown**

**When was the debt incurred?**   **02/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 797 | **Gunnell, Dorothy & Calvin** | |
|---|---|---|

Nonpriority Creditor's Name

**10152 Beverly Dr.**
**Huntington Beach, CA 92646**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1005**                          **$0.00**

**When was the debt incurred?**   **09/20/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 798 | **GURROLA, Leo & Sandra** | |
|---|---|---|

Nonpriority Creditor's Name

**110 Hampden Terrace**
**Alhambra, CA 91801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4177**                          **Unknown**

**When was the debt incurred?**   **6/16/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1 799 | **Gushue, Helen** | Last 4 digits of account number | **0120** | **Unknown** |

Nonpriority Creditor's Name

**4818 Lehrer Dr.**
**San Diego, CA 92117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **05/11/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 800 | **Gustafson, Dolores** | Last 4 digits of account number | **3007** | **Unknown** |

Nonpriority Creditor's Name

**1423 La Canada Dr**
**Brea, CA 92821**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **5/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 801 | **Gustafson, Dolores & Oley** | Last 4 digits of account number | **3060** | **Unknown** |

Nonpriority Creditor's Name

**1423 La Canada Dr**
**Brea, CA 92821**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **10/29/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 802 | **Guthrie, Liman** | | |

Nonpriority Creditor's Name

**704 Windward Dr.**
**Rodeo, CA 94572**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0021**                            **$0.00**

**When was the debt incurred?**  **11/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 803 | **Guthrie, Martin** | | |

Nonpriority Creditor's Name

**24202 Vista D'onde**
**Dana Point, CA 92629**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1099**                            **Unknown**

**When was the debt incurred?**  **12/13/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 804 | **Gutierrez, Heidi** | | |

Nonpriority Creditor's Name

**9805 Bryson Ave**
**South Gate, CA 90280**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2014**                            **Unknown**

**When was the debt incurred?**  **9/4/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

**4.1**
**805**

**Gutierrez, Loretta**

Nonpriority Creditor's Name

**1300 Saratoga Avenue #1310**
**Ventura, CA 93003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2007**                          **Unknown**

When was the debt incurred?   **7/14/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**806**

**Gutierrez, Lynn**

Nonpriority Creditor's Name

**6166 Walnut Ave**
**Chino, CA 91710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1408**                          **Unknown**

When was the debt incurred?   **11/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**807**

**Gutierrez, Rita**

Nonpriority Creditor's Name

**2328 Berger St**
**Bakersfield, CA 93305**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4179**                          **Unknown**

When was the debt incurred?   **6/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.1**<br>**808** | **Guzman, Jesse** | **Unknown** |

Nonpriority Creditor's Name
**73370 San Carlos Dr.**
**Thousand Palms, CA 92276**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **3004**

**When was the debt incurred?**   **6/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1**<br>**809** | **Guzman, Shawn & Cathy** | **Unknown** |

Nonpriority Creditor's Name
**1514 Veronica Pl.**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0011**

**When was the debt incurred?**   **05/25/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.1**<br>**810** | **Guzzardi, Susan** | **Unknown** |

Nonpriority Creditor's Name
**7260 Lubao Ave.**
**Winnetka, CA 91306**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1110**

**When was the debt incurred?**   **7/12/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 811 | **Gva, Elena** | Last 4 digits of account number | **1013** | **Unknown** |

Nonpriority Creditor's Name
**1658 Chestnut Street**
**San Francisco, CA 94123**
Number Street City State Zip Code

When was the debt incurred?  **2/2/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 812 | **H K G, LLP** | Last 4 digits of account number | **PacificCoastHomeSolutions** | **$3,500.00** |

Nonpriority Creditor's Name
**50 E Foothill Blvd Third Floor**
**Arcadia, CA 91006**
Number Street City State Zip Code

When was the debt incurred?  **1/1/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.1 813 | **Haas, Diane** | Last 4 digits of account number | **1951** | **Unknown** |

Nonpriority Creditor's Name
**617 E. Erna**
**La Habra, CA 90631**
Number Street City State Zip Code

When was the debt incurred?  **4/18/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 814 | **Haetchel, Manfred** | Last 4 digits of account number | **3036** | **Unknown** |

Nonpriority Creditor's Name
**2319 Lone Oak Ln.**
**Vista, CA 92084**
Number Street City State ZIp Code

When was the debt incurred?   **6/25/2013**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 815 | **Hagar, Gary & Consuelo** | Last 4 digits of account number | **3128** | **Unknown** |

Nonpriority Creditor's Name
**1593 Ransom Pl.**
**Riverside, CA 92506**
Number Street City State ZIp Code

When was the debt incurred?   **12/19/2013**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 816 | **Hagedorn, Ryan** | Last 4 digits of account number | **9027** | **Unknown** |

Nonpriority Creditor's Name
**13722 Redhill Ave. # 74, Tustin, CA 9278**
**CA 92780**
Number Street City State ZIp Code

When was the debt incurred?   **10/16/09**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 817 | | | |
|---|---|---|---|

**Hagel, Lydia**
Nonpriority Creditor's Name
**7637 Walsh Way**
**Sacramento, CA 95832**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2008**               **Unknown**

When was the debt incurred?   **11/16/2012**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 818 | | | |
|---|---|---|---|

**Hagopian, Peter**
Nonpriority Creditor's Name
**1329 23rd Street**
**Oceano, CA 93445**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3184**               **Unknown**

When was the debt incurred?   **9/10/2013**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 819 | | | |
|---|---|---|---|

**Haight, Maurice & Anabelle**
Nonpriority Creditor's Name
**898 Red Blush Rd.**
**Escondido, CA 92027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0105**               **Unknown**

When was the debt incurred?   **10/05/10**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
820**

**Hainley, Harold**
Nonpriority Creditor's Name

**4901 Twain Ave**
**San Diego, CA 92120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **16CO**                               **Unknown**

When was the debt incurred?   **2/2/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
821**

**Hainley, Harold & Elizabeth**
Nonpriority Creditor's Name

**4901 Twain Ave.**
**San Diego, CA 92120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2001**                               **Unknown**

When was the debt incurred?   **12/12/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
822**

**Hajhussein, Eyad**
Nonpriority Creditor's Name

**4730 Larwin Ave.**
**Cypress, CA 90630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0059**                               **Unknown**

When was the debt incurred?   **03/09/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.1 823 | **Hake, Harryette** | Last 4 digits of account number | **4181** | **Unknown** |

Nonpriority Creditor's Name
**652 Orange Grove**
**Alhambra, CA 91803**
Number Street City State Zip Code

**When was the debt incurred?**  **6/4/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 824 | **Hake, Harryette** | Last 4 digits of account number | **1070** | **Unknown** |

Nonpriority Creditor's Name
**652 Orange Grove Ave.**
**Alhambra, CA 91803**
Number Street City State Zip Code

**When was the debt incurred?**  **2/1/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 825 | **Hald, Andrew & Rebecca** | Last 4 digits of account number | **0080** | **$0.00** |

Nonpriority Creditor's Name
**3329 Henry Dr.**
**Newbury Park, CA 91320**
Number Street City State Zip Code

**When was the debt incurred?**  **08/03/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
826**

**Halder, Robert**
Nonpriority Creditor's Name

**32016 Del Cielo Este**
**Bonsall, CA 92003**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2101**            **Unknown**

When was the debt incurred?   **3/16/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
827**

**Hall, Christina**
Nonpriority Creditor's Name

**5043 Roundup Rd**
**Norco, CA 92860**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2061**            **Unknown**

When was the debt incurred?   **8/6/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
828**

**Hall, David & Laurie**
Nonpriority Creditor's Name

**841 Gill Ave**
**Port Hueneme, CA 93041**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4159**            **Unknown**

When was the debt incurred?   **2/20/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1 829**

**Hall, David & Laurie**
Nonpriority Creditor's Name

**841 Gill Ave**
**Port Hueneme, CA 93041**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3017**          **Unknown**

**When was the debt incurred?**   **10/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 830**

**Hall, Geraldine**
Nonpriority Creditor's Name

**919 Sprucelake Drive**
**Harbor City, CA 90710**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3023**          **Unknown**

**When was the debt incurred?**   **2/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1 831**

**Hall, Joseph R.**
Nonpriority Creditor's Name

**8053 Blossom Ln.**
**Lemon Grove, CA 91945**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0137**          **Unknown**

**When was the debt incurred?**   **08/10/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 832 | **Hall, Roberrt & Suzanne** | | |

Nonpriority Creditor's Name
**6115 McKinley Ave.**
**South Gate, CA 90280**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1070**                        **Unknown**

**When was the debt incurred?**    **8/23/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 833 | **Hall, Robert & Suzanne** | | |

Nonpriority Creditor's Name
**6115 McKinley Ave.**
**South Gate, CA 90280**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3044**                        **Unknown**

**When was the debt incurred?**    **11/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 834 | **Hall, Tasmin** | | |

Nonpriority Creditor's Name
**141 Rawhide Ct**
**Norco, CA 92860**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2084**                        **Unknown**

**When was the debt incurred?**    **9/17/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 835 | | | |
|---|---|---|---|

**Hallmark, Robert**

Nonpriority Creditor's Name

**10765 Valor Pl**
**Santee, CA 92071**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2025**                    **Unknown**

**When was the debt incurred?**   **8/15/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 836 | | | |
|---|---|---|---|

**Hallowell, Ted**

Nonpriority Creditor's Name

**4322 Date Avenue**
**La Mesa, CA 91941**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1057**                    **Unknown**

**When was the debt incurred?**   **9/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 837 | | | |
|---|---|---|---|

**Halstead, Whitfield**

Nonpriority Creditor's Name

**4260 Manuela Ave**
**Palo Alto, CA 94306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2010**                    **Unknown**

**When was the debt incurred?**   **3/3/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 838 | **Hamad, Samy** | Last 4 digits of account number | **4034** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**7311 Colombia Dr**

**Buena Park, CA 90620**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **9/26/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 839 | **Hamaker, Robert & Kathline** | Last 4 digits of account number | **0126** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1937 W. Cris Ave.**

**Anahiem, CA 92804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **05/11/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 840 | **Hamblin, Aileen** | Last 4 digits of account number | **2008** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8520 Val Vista Dr**

**Santee, CA 92071**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **1/3/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 841 | | | |
|---|---|---|---|

**Hamblin, Christine**
Nonpriority Creditor's Name
**2738 Tonto Way**
**San Diego, CA 92117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1070**                    **Unknown**

**When was the debt incurred?**   **11/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 842 | | | |
|---|---|---|---|

**Hamby, Audrey**
Nonpriority Creditor's Name
**1016 W. Oak Ave**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3150**                    **Unknown**

**When was the debt incurred?**   **8/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 843 | | | |
|---|---|---|---|

**Hamby, Audry**
Nonpriority Creditor's Name
**1016 West Oak Ave**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1025**                    **Unknown**

**When was the debt incurred?**   **12/13/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 844 | | |
|---|---|---|

**Hamel, Michael**
Nonpriority Creditor's Name

**764 Camphor Wy**
**Upland, CA 91786**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **2037**          **Unknown**

When was the debt incurred?   **1/5/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 845 | | |
|---|---|---|

**Hamilton, Paul & Dorothea**
Nonpriority Creditor's Name

**1086 Moreno Ave**
**Palo Alto, CA 94303**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **2002**          **Unknown**

When was the debt incurred?   **3/22/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 846 | | |
|---|---|---|

**Hamilton, Robin**
Nonpriority Creditor's Name

**9684 Doreen Dr.**
**Cypress, CA 90630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0014**          **Unknown**

When was the debt incurred?   **10/05/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1<br>847 | **Hamilton, Rossana** | Last 4 digits of account number | **3118** | **Unknown** |

Nonpriority Creditor's Name

**7040 E Viewpoint**
**Anaheim, CA 92807**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>848 | **Hamlet, Cathy** | Last 4 digits of account number | **2022** | **Unknown** |

Nonpriority Creditor's Name

**414 Nova Court**
**Ventura, CA 93003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **9/9/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>849 | **Hamlin, Charles** | Last 4 digits of account number | **4116** | **Unknown** |

Nonpriority Creditor's Name

**38853 Sagetree St**
**Palmdale, CA 93551**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **4/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 850 | **Hammel, Ric** | Last 4 digits of account number | **3032** | **Unknown** |

Nonpriority Creditor's Name
**16359 Stevens St.**
**Lake Elsinore, CA 92530**
Number Street City State Zip Code

When was the debt incurred?    **7/12/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 851 | **Hammernick, Josef** | Last 4 digits of account number | **0027** | **Unknown** |

Nonpriority Creditor's Name
**12433 Ironbark**
**Rancho Cucamonga, CA 91739**
Number Street City State Zip Code

When was the debt incurred?    **12/21/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 852 | **Hammill, Janice** | Last 4 digits of account number | **3174** | **Unknown** |

Nonpriority Creditor's Name
**414 S Fernhill Ln**
**Anaheim, CA 92807**
Number Street City State Zip Code

When was the debt incurred?    **9/7/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 |
|-----|
| 853 |

**Hammond, Art**
_____
Nonpriority Creditor's Name
**4381 Berkeley St.**
**Montclair, CA 91763**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **0076**  **Unknown**

**When was the debt incurred?**  **02/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 |
|-----|
| 854 |

**Hampsten, Kenneth**
_____
Nonpriority Creditor's Name
**3036 Kerckhoff**
**San Pedro, CA 90731**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **0039**  **Unknown**

**When was the debt incurred?**  **11/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 |
|-----|
| 855 |

**Hampton, Janet**
_____
Nonpriority Creditor's Name
**3230 E. 67th St.**
**Long Beach, CA 90805**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1068**  **$0.00**

**When was the debt incurred?**  **08/02/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 856 | | | |
|---|---|---|---|

**Hampton, Lanore**
Nonpriority Creditor's Name

**3730 Arbor Road**
**Lakewood, CA 90712**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1045**                    **Unknown**

**When was the debt incurred?**  **6/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 857 | | | |
|---|---|---|---|

**Hampton, Sandra**
Nonpriority Creditor's Name

**1690 Dwight Ave.**
**Camarillo, CA 93010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **0077**                    **Unknown**

**When was the debt incurred?**  **04/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 858 | | | |
|---|---|---|---|

**Hamson, Robert**
Nonpriority Creditor's Name

**774 Barbara Ave**
**Solana Beach, CA 92075**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2095**                    **Unknown**

**When was the debt incurred?**  **9/18/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.1
859**

**Han, Michael**

Nonpriority Creditor's Name

**27418 Elmbridge Dr.**
**Rancho Palos Verdes, CA 90275**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3067**                    **Unknown**

When was the debt incurred?   **11/25/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

**4.1
860**

**Hanke, Harold**

Nonpriority Creditor's Name

**78739 Putting Green Dr.**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3002**                    **Unknown**

When was the debt incurred?   **1/17/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
861**

**Hanna, Bradly**

Nonpriority Creditor's Name

**24623 Santa Clara St**
**Hayward, CA 94544**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2004**                    **Unknown**

When was the debt incurred?   **5/21/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 862 | **Hanover, Robert & Ladoma** | Last 4 digits of account number | **0092** | **Unknown** |

Nonpriority Creditor's Name
**4769 Gabriel Way**
**La Mesa, CA 91941**
Number Street City State Zip Code

When was the debt incurred?   **08/17/10**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 863 | **Hanover, Robert & Ladoma** | Last 4 digits of account number | **0092** | **Unknown** |

Nonpriority Creditor's Name
**4769 Gabriel Way**
**La Mesa, CA 91941**
Number Street City State Zip Code

When was the debt incurred?   **08/03/10**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 864 | **Hansen, Gordon** | Last 4 digits of account number | **2062** | **Unknown** |

Nonpriority Creditor's Name
**37825 Bankside Drive**
**Cathedral City, CA 92234**
Number Street City State Zip Code

When was the debt incurred?   **1/17/2013**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 865 | **Hansen, John** | Last 4 digits of account number | **1002** | **Unknown** |

Nonpriority Creditor's Name
**5572 #B Luz Del Sol**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**When was the debt incurred?**  **1/18/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.1 866 | **Hansford, Theresa** | Last 4 digits of account number | **2023** | **Unknown** |

Nonpriority Creditor's Name
**19112 Goleta St**
**Hesperia, CA 92345**
Number Street City State Zip Code

**When was the debt incurred?**  **4/8/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.1 867 | **Happer, Paula** | Last 4 digits of account number | **5101** | **Unknown** |

Nonpriority Creditor's Name
**1039 S. Rice Rd**
**Ojai, CA 93023**
Number Street City State Zip Code

**When was the debt incurred?**  **1/27/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 868 | | | |
|---|---|---|---|

**Happy, Penny & Phil**
Nonpriority Creditor's Name

**3143 Via Vista #7**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number **1012**          $0.00

**When was the debt incurred?**   **07/26/11**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 869 | | | |
|---|---|---|---|

**Hardesty, Luther**
Nonpriority Creditor's Name

**839 Begonia Street**
**Escondido, CA 92027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number **1006**          $0.00

**When was the debt incurred?**   **07/19/11**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 870 | | | |
|---|---|---|---|

**Hardin, Fannie**
Nonpriority Creditor's Name

**3718 Santa Rita St**
**Oakland, CA 94601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number **2001**          Unknown

**When was the debt incurred?**   **5/19/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 871 | **Hardman, Nathan & Shirley** | Last 4 digits of account number | **0009** | **Unknown** |

Nonpriority Creditor's Name

**20805 Calora St. #G8**
**Covina, CA 91724**

When was the debt incurred?   **07/20/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 872 | **Hardwick, Carolann** | Last 4 digits of account number | **1002** | **Unknown** |

Nonpriority Creditor's Name

**10450 N. Glaney Ave**
**Capertino, CA 95014**

When was the debt incurred?   **12/6/2011**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 873 | **Harms, norman & Janet** | Last 4 digits of account number | **0043** | **Unknown** |

Nonpriority Creditor's Name

**1850 W. Green Leaf Unit H**
**Anaheim, CA 92801**

When was the debt incurred?   **11/09/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.1 874 | | | |
|---|---|---|---|

**Harpenau, Sharon**

Nonpriority Creditor's Name

**6105 Henderson Dr**
**La Mesa, CA 91942**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2010**

When was the debt incurred?   **8/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.1 875 | | | |
|---|---|---|---|

**Harper, Marsha**

Nonpriority Creditor's Name

**2323 Joane Dr.**
**Santa Ana, CA 92705**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1002**

When was the debt incurred?   **08/02/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

| 4.1 876 | | | |
|---|---|---|---|

**Harper, Walter**

Nonpriority Creditor's Name

**7446 Santa Rosa Way**
**Riverside, CA 92504**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2020**

When was the debt incurred?   **10/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | |
|---|---|
| **4.1**<br>**877** | |

**Harper, Walter**
Nonpriority Creditor's Name
**7446 Santa Rosa Way**
**Riverside, CA 92504**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **3065**

**Unknown**

**When was the debt incurred?**   **10/1/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.1**<br>**878** | |

**Harrington, Jeannette**
Nonpriority Creditor's Name
**3093 Loramie**
**Riverside, CA 92506**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **065l**

**Unknown**

**When was the debt incurred?**   **6/1/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.1**<br>**879** | |

**Harris, Anthony & Charlene**
Nonpriority Creditor's Name
**1125 Armacost**
**San Diego, CA 92114**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1012**

**Unknown**

**When was the debt incurred?**   **10/18/2011**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
880**

**Harris, Charlotte**

Nonpriority Creditor's Name

**875 West Highway 246
Buelton, CA 93427**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **3098**            **Unknown**

When was the debt incurred?    **10/4/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
881**

**Harris, Charlotte**

Nonpriority Creditor's Name

**875 W. Hwy 246
Buelton, CA 93427**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **1046**            **Unknown**

When was the debt incurred?    **11/29/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
882**

**Harris, James & Patricia**

Nonpriority Creditor's Name

**1226 244th St.
Harbor City, CA 90710**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **0151**            **Unknown**

When was the debt incurred?    **1/25/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 883 | **Harris, Jerome** | Last 4 digits of account number | **3043** | **Unknown** |

Nonpriority Creditor's Name

**8019 S. 8th Ave**
**Inglewood, CA 90305**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **12/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.1 884 | **Harris, Kavin & Kelly** | Last 4 digits of account number | **0051** | **Unknown** |

Nonpriority Creditor's Name

**14853 New Foal Trail**
**Fontana, CA 92336**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **02/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 885 | **Harris, Mavis** | Last 4 digits of account number | **2020** | **Unknown** |

Nonpriority Creditor's Name

**2660 Chestnut Ave**
**Long Beach, CA 90806**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **6/4/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 886 | **Harris, Ronald & Martha** | Last 4 digits of account number | **2054** | **Unknown** |

Nonpriority Creditor's Name
**3530 Burritt Way**
**La Cresenta, CA 91214**
Number Street City State Zip Code

When was the debt incurred?  **1/28/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 887 | **Harris, Victor** | Last 4 digits of account number | **0084** | **Unknown** |

Nonpriority Creditor's Name
**955 Fern Ave.**
**Imperial Beach, CA 91932**
Number Street City State Zip Code

When was the debt incurred?  **11/02/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 888 | **Harrison, Emerson** | Last 4 digits of account number | **2025** | **Unknown** |

Nonpriority Creditor's Name
**69261 Vera Dr**
**Cathedral City, CA 92234**
Number Street City State Zip Code

When was the debt incurred?  **3/24/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 889 | |
|---|---|

**Harrison, Melba**
Nonpriority Creditor's Name

**957 Amarillo Ave**
**Palo Alto, CA 94303**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   2012          Unknown

When was the debt incurred?   3/9/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 890 | |
|---|---|

**Harrison, Myra**
Nonpriority Creditor's Name

**1459 Wigeon Dr.**
**Corona, CA 92882**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   3017          Unknown

When was the debt incurred?   4/3/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 891 | |
|---|---|

**Harrison, Sherman**
Nonpriority Creditor's Name

**15 E. Junipero St.**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   0108          $0.00

When was the debt incurred?   07/20/10

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.1 892 | **Harrison, Thomas** | Last 4 digits of account number | **1113** | **Unknown** |

Nonpriority Creditor's Name
**2038 Adams St.**
**San Bernardino, CA 92407**
Number Street City State Zip Code

**When was the debt incurred?**     **2/22/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 893 | **Harrison, Verna** | Last 4 digits of account number | **1041** | **Unknown** |

Nonpriority Creditor's Name
**21421 Mineehaha St.**
**Chatsworth, CA 91311**
Number Street City State Zip Code

**When was the debt incurred?**     **6/7/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 894 | **Harrison, Verna** | Last 4 digits of account number | **41CO** | **Unknown** |

Nonpriority Creditor's Name
**21421 Mineehaha St.**
**Chatsworth, CA 91311**
Number Street City State Zip Code

**When was the debt incurred?**     **7/12/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 895 | **Hart, Harvey** | | | **Unknown** |

Nonpriority Creditor's Name

**1064 Apple Blossom**

**Corona, CA 92881**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3017**

**When was the debt incurred?**   **3/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 896 | **Hartman, Paul** | | | **Unknown** |

Nonpriority Creditor's Name

**2504 Coronado Pl**

**Vista, CA 92081**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1121**

**When was the debt incurred?**   **10/4/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 897 | **Hartman, Paul** | | | **Unknown** |

Nonpriority Creditor's Name

**2504 Coronado Pl**

**Vista, CA 92081**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1023**

**When was the debt incurred?**   **11/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 898 | **Hartman, Richard** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1674 Hermosita Dr.**
**San Marcos, CA 92028**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1101**          **Unknown**

**When was the debt incurred?**  **5/17/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 899 | **Haruki, Steven** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3396 Calle Azul, Unit B**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2001**          **Unknown**

**When was the debt incurred?**  **4/8/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 900 | **Harvey, Stanley** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**254 El Camino Ave**
**Sacramento, CA 95817**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2024**          **Unknown**

**When was the debt incurred?**  **1/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 901 | | |
|---|---|---|

**Haskin Roy & beverley**

Nonpriority Creditor's Name

**1496 La Linda Dr.**
**San Marcos, CA 92078**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0110**          **Unknown**

When was the debt incurred?  **05/18/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 902 | | |
|---|---|---|

**Hassit, James**

Nonpriority Creditor's Name

**435 Tennyson Ave**
**Palo Alto, CA 94301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2009**          **Unknown**

When was the debt incurred?  **10/25/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 903 | | |
|---|---|---|

**Hasty, Blake & Joana**

Nonpriority Creditor's Name

**41193 Engelmann Oak**
**Murrieta, CA 92562**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3072**          **Unknown**

When was the debt incurred?  **3/6/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1<br>904 | **Hatch, William** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2130 La Granada Dr**
**Thousand Oaks, CA 91362**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1957**               **Unknown**

**When was the debt incurred?**   **9/22/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>905 | **Hatfeild, Robert** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3812 Tiara St**
**San Diego, CA 92111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1126**               **Unknown**

**When was the debt incurred?**   **9/20/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1<br>906 | **Hatfield, Don & Doug** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5415 Coral Reef Ave.**
**La Jolla, CA 92037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **0139**               **Unknown**

**When was the debt incurred?**   **09/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 907 | | |
|---|---|---|

**Hauber, Rene & Isa**

Nonpriority Creditor's Name

**9193 La Colonia Avenue**
**Fountain Valley, CA 92708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **2023**                    **Unknown**

When was the debt incurred?  **1/16/2012**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 908 | | |
|---|---|---|

**Haug, Deborah & Paul**

Nonpriority Creditor's Name

**1190 Deertrail Lane**
**Solvang, CA 93463**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **2046**                    **Unknown**

When was the debt incurred?  **3/3/2012**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 909 | | |
|---|---|---|

**Hauptman, August**

Nonpriority Creditor's Name

**4920 N. Nearglen Avenue**
**Covina, CA 91724**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **1062**                    **Unknown**

When was the debt incurred?  **8/16/2011**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| | | | |
|---|---|---|---|
| 4.1 910 | **Hauptman, August** | Last 4 digits of account number  **0007** | **Unknown** |

Nonpriority Creditor's Name

**4920 Nearglen Ave.**
**Covina, CA 91724**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?  **10/19/10**

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

■ Contingent

☐ At least one of the debtors and another

☐ Unliquidated

☐ **Check if this claim is for a community debt**

■ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.1 911 | **Havlik, Laura** | Last 4 digits of account number  **1961** | **Unknown** |

Nonpriority Creditor's Name

**6051 Hayter Ave**
**Lakewood, CA 90712**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?  **7/25/2015**

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

■ Contingent

☐ At least one of the debtors and another

☐ Unliquidated

☐ **Check if this claim is for a community debt**

■ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.1 912 | **Havlin, Julie & Grace** | Last 4 digits of account number  **2078** | **Unknown** |

Nonpriority Creditor's Name

**1750 Avenida Sevilla**
**Oceanside, CA 90256**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred?  **11/5/2012**

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 and Debtor 2 only

■ Contingent

☐ At least one of the debtors and another

☐ Unliquidated

☐ **Check if this claim is for a community debt**

■ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 913 | **Hawkins, Delbert** | Last 4 digits of account number | **2011** | **Unknown** |

Nonpriority Creditor's Name

**5041 Cornell St.**

**Westminister, CA 92683**

When was the debt incurred?    **1/15/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 914 | **Hawley, Jack & Linda** | Last 4 digits of account number | **1028** | **Unknown** |

Nonpriority Creditor's Name

**6438 Ridge Manor Ave.**

**San Diego, CA 92120**

When was the debt incurred?    **8/23/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 915 | **Hawley, Jack & Linda** | Last 4 digits of account number | **1028** | **Unknown** |

Nonpriority Creditor's Name

**6438 Ridge Manor Ave.**

**San Diego, CA 92120**

When was the debt incurred?    **8/30/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
916**

**Hawley, Jack & Linda**

Nonpriority Creditor's Name

**6438 Ridgemanor Ave.**
**San Diego, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0012**    **Unknown**

**When was the debt incurred?**   **04/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
917**

**Haws, Peter**

Nonpriority Creditor's Name

**65 Manzanita Dr**
**Solvang, CA 93463**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2026**    **Unknown**

**When was the debt incurred?**   **9/24/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
918**

**Haws, Richard & Dawn**

Nonpriority Creditor's Name

**12520 Benson Ave.**
**Chino, CA 91710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3177**    **Unknown**

**When was the debt incurred?**   **11/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**919**

**Hayden, Floyd**
Nonpriority Creditor's Name

**16138 Village 16**
**Camarillo, CA 93012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1093**        **Unknown**

**When was the debt incurred?**   **6/14/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**920**

**Hayes, Helen**
Nonpriority Creditor's Name

**14 Villa Ct S**
**San Francisco, CA 94080**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2005**        **Unknown**

**When was the debt incurred?**   **11/27/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**921**

**Hayes, Ken**
Nonpriority Creditor's Name

**56481 Anaconda Dr.**
**Yucca Valley, CA 92284**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3087**        **Unknown**

**When was the debt incurred?**   **1/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 922 | | | |
|---|---|---|---|

**Hayes, Mollie**

Last 4 digits of account number  **3014**          **Unknown**

Nonpriority Creditor's Name
**3 Pursuit #227**
**Aliso Viejo, CA 92656**

When was the debt incurred?  **9/24/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 923 | | | |
|---|---|---|---|

**Haynes, John & Ruth**

Last 4 digits of account number  **0045**          **Unknown**

Nonpriority Creditor's Name
**1161 W. 23rd St.**
**Upland, CA 91784**

When was the debt incurred?  **3/1/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 924 | | | |
|---|---|---|---|

**Haynes, Viola**

Last 4 digits of account number  **2002**          **Unknown**

Nonpriority Creditor's Name
**1634 Grove St**
**San Francisco, CA 94117**

When was the debt incurred?  **2/3/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| | | |
|---|---|---|
| 4.1 925 | **Haynes, Viola** | |

| | | |
|---|---|---|
| **Last 4 digits of account number** | **2002** | **Unknown** |

Nonpriority Creditor's Name

**1634 Grove St**
**San Francisco, CA 94117**

**When was the debt incurred?**  **4/19/2012**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.1 926 | **Hays, Maxine** | |

| | | |
|---|---|---|
| **Last 4 digits of account number** | **1119** | **Unknown** |

Nonpriority Creditor's Name

**935 N. Fairview St.**
**Anaheim, CA 92801**

**When was the debt incurred?**  **4/5/2011**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.1 927 | **Hazelwood, Kenneth** | |

| | | |
|---|---|---|
| **Last 4 digits of account number** | **1128** | **$0.00** |

Nonpriority Creditor's Name

**2646 Klamath Ct**
**Riverside, CA 92503**

**When was the debt incurred?**  **07/05/11**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 928 | | | |
|---|---|---|---|

**Head, Lynne**
Nonpriority Creditor's Name

**6052 Patmos Way**
**Oceanside, CA 92056**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3003**                          **Unknown**

**When was the debt incurred?**    **1/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 929 | | | |
|---|---|---|---|

**Headly, Lenore**
Nonpriority Creditor's Name

**18821 Corday Avenue**
**Torrance, CA 90504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2105**                          **Unknown**

**When was the debt incurred?**    **3/3/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 930 | | | |
|---|---|---|---|

**Heath , Joe**
Nonpriority Creditor's Name

**3629 Pine Ave**
**Long Beach, CA 90807**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1012**                          **$0.00**

**When was the debt incurred?**    **07/05/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 931 | **Heath, Joe** | Last 4 digits of account number | **1025** | **Unknown** |

Nonpriority Creditor's Name
**3629 Pine Ave**
**Long Beach, CA 90807**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **7/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 932 | **Hecksel, Eugene** | Last 4 digits of account number | **4047** | **Unknown** |

Nonpriority Creditor's Name
**4555 71St St Unit 2**
**La Mesa, CA 91942**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **12/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 933 | **hedy, Danny & Judy** | Last 4 digits of account number | **0049** | **Unknown** |

Nonpriority Creditor's Name
**8686 Merced Cir. # 1008-A**
**Huntington Beach, CA 92646**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **07/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (*if know*)

---

| 4.1 934 | |
|---|---|

**hedy, Danny & Judy**
Nonpriority Creditor's Name

**8686 Merced Cir. # 1008-A**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **9019**          **Unknown**

When was the debt incurred?    **12/08/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 935 | |
|---|---|

**Hegbloom, Mark A.**
Nonpriority Creditor's Name

**2015 Chapperal West**
**Covina, CA 91791**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1141**          **Unknown**

When was the debt incurred?    **12/13/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 936 | |
|---|---|

**Heitzman, Sylvia**
Nonpriority Creditor's Name

**1383 La Jolla Rancho Rd.**
**La Jolla, CA 92037**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1024**          **Unknown**

When was the debt incurred?    **9/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.1 937 | **Helder, Cora** | | Last 4 digits of account number | **3049** | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**1414 Bella Vista Crest**
**Redlands, CA 92373**
Number Street City State Zip Code

**When was the debt incurred?**    **3/1/2013**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 938 | **Heller, Paul** | | Last 4 digits of account number | **2029** | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**866 S. Eureka Ave**
**Big Bear, CA 92315**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 939 | **Helmuth, John & Camille** | | Last 4 digits of account number | **0105** | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**5240 Coruna Court**
**Santa Barbra, CA 93111**
Number Street City State Zip Code

**When was the debt incurred?**    **05/11/10**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 940 | **Hembree, Loyd & Sharon** | Last 4 digits of account number | **3180** | **Unknown** |

Nonpriority Creditor's Name

**1467 Wolverton Ave**
**Camarillo, CA 93010**

Number Street City State Zip Code

When was the debt incurred?    **9/11/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 941 | **Henderson, Lynn** | Last 4 digits of account number | **1996** | **Unknown** |

Nonpriority Creditor's Name

**16370 Shasta Ave**
**Fountain Valley, CA 92708**

Number Street City State Zip Code

When was the debt incurred?    **3/27/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 942 | **Heng, Malee** | Last 4 digits of account number | **4042** | **Unknown** |

Nonpriority Creditor's Name

**7567 Isla Street**
**Hemet, CA 92545**

Number Street City State Zip Code

When was the debt incurred?    **11/19/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1**
**943**

**Henn, Nona Irene**

Nonpriority Creditor's Name

**163 Aspen St.**
**Arroyo Grande, CA 93420**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3119**          **Unknown**

**When was the debt incurred?**   **8/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**944**

**Henn, Nona-Irene**

Nonpriority Creditor's Name

**163 Aspen St.**
**Arroyo Grande, CA 93420**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3095**          **Unknown**

**When was the debt incurred?**   **1/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1**
**945**

**Henry, Ada M.**

Nonpriority Creditor's Name

**1370 Via Escuela**
**Palm Springs, CA 92262**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1050**          **Unknown**

**When was the debt incurred?**   **2/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.1
946**

**Henry, Audrey**
Nonpriority Creditor's Name
**5200 Irvine Blvd Sp 511
Irvine, CA 92620**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **4041**                    **Unknown**

When was the debt incurred?   **1/27/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
947**

**Henry, Dwain & Regina**
Nonpriority Creditor's Name
**1427 W. 123 Rd St.
Los Angeles, CA 90047**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **0033**                    **Unknown**

When was the debt incurred?   **06/08/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
948**

**Hensley, Julia**
Nonpriority Creditor's Name
**1589 Mesa Verde
Vista, CA 92684**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **00CO**                    **Unknown**

When was the debt incurred?   **4/10/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 949 | | |
|---|---|---|

**Hensley, Larry**
Nonpriority Creditor's Name
**2666 Oregon**
**Long Beach, CA 90806**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1002**                    **$0.00**

**When was the debt incurred?**  **09/20/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 950 | | |
|---|---|---|

**Henson, Angelina**
Nonpriority Creditor's Name
**1273 Bothwell Ave.**
**Colton, CA 92324**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **9035**                    **Unknown**

**When was the debt incurred?**  **10/09/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 951 | | |
|---|---|---|

**Hentzchel, Gary & Valerie**
Nonpriority Creditor's Name
**20111 West Point Dr.**
**Riverside, CA 92507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1065**                    **Unknown**

**When was the debt incurred?**  **5/3/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 952 | |
|---|---|

**Hermestroff, Helen**

Nonpriority Creditor's Name

**5620 Keynote Street**

**Long Beach, CA 90808**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0057**          **Unknown**

**When was the debt incurred?**     **5/13/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 953 | |
|---|---|

**Hermestroff, Helen**

Nonpriority Creditor's Name

**5620 Keynote St.**

**Long Beach, CA 90808**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0057**          **Unknown**

**When was the debt incurred?**     **08/17/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 954 | |
|---|---|

**Hernandez, Alfonso**

Nonpriority Creditor's Name

**15539 Le Floss Ave**

**Norwalk, CA 90650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**          **Unknown**

**When was the debt incurred?**     **1/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 955 | | | |
|---|---|---|---|

**Hernandez, Bob & Arlene**

Nonpriority Creditor's Name

**21602 Linda Dr.**
**Torrence, CA 90503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **9006**          **Unknown**

**When was the debt incurred?** **11/24/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 956 | | | |
|---|---|---|---|

**Hernandez, Dawn**

Nonpriority Creditor's Name

**4887 W. Ramona Pl.**
**Ontario, CA 91762**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **3178**          **Unknown**

**When was the debt incurred?** **11/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 957 | | | |
|---|---|---|---|

**Hernandez, Edward & Lupe**

Nonpriority Creditor's Name

**3165 Estara Ave.**
**Los Angeles, CA 90065**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **1085**          **Unknown**

**When was the debt incurred?** **3/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 958 | | |
|---|---|---|

**Hernandez, Elizabeth**
Nonpriority Creditor's Name
**6117 Parkside Ave**
**San Diego, CA 92134**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1939**                **Unknown**

When was the debt incurred?    **6/10/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 959 | | |
|---|---|---|

**Hernandez, Jose & Rosa**
Nonpriority Creditor's Name
**25201 Filaree Ave**
**Moreno Valley, CA 92557**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4151**                **Unknown**

When was the debt incurred?    **6/4/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 960 | | |
|---|---|---|

**Hernandez, Josefina**
Nonpriority Creditor's Name
**11128 Van Owen St. N.**
**Hollywood, CA 91605**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0119**                **Unknown**

When was the debt incurred?    **1/4/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 961 | |
|---|---|

**Hernandez, Marie**
Nonpriority Creditor's Name
**2040 Via Veneto**
**Escondido, CA 92027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0076**                    **Unknown**

**When was the debt incurred?**   **10/19/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 962 | |
|---|---|

**Hernandez, Robert & Zenaida**
Nonpriority Creditor's Name
**83305 Rosa Ave.**
**Thermal, CA 92274**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3130**                    **Unknown**

**When was the debt incurred?**   **1/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 963 | |
|---|---|

**Hernandez, Roman & Angela**
Nonpriority Creditor's Name
**818 Pioneer Avenue**
**Wilmington, CA 90744**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1099**                    **Unknown**

**When was the debt incurred?**   **4/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 964 | **Hernandez-Kruspodin, Mark** | Last 4 digits of account number | **0074** | **$0.00** |

Nonpriority Creditor's Name

**16630 Knollwood
Granada Hills, CA 91344**
Number Street City State Zip Code

When was the debt incurred?   **09/17/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 965 | **Hero Program** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**15073 Avenue of Science
San Diego, CA 92128**
Number Street City State Zip Code

When was the debt incurred?   **1/1/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.1 966 | **Herrera, Albert & Darlene** | Last 4 digits of account number | **0107** | **Unknown** |

Nonpriority Creditor's Name

**2856 N.Crescent
San Bernardino, CA 92405**
Number Street City State Zip Code

When was the debt incurred?   **08/10/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 967 | **Herrera, Alice** | | Last 4 digits of account number | **4038** | **Unknown** |

Nonpriority Creditor's Name

**3518 Greenglade Ave**

**Pico Rivera, CA 90660**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **6/2/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 968 | **Herrera, David** | | Last 4 digits of account number | **1100** | **Unknown** |

Nonpriority Creditor's Name

**10102 Maroon Street**

**El Monte, CA 91733**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 969 | **Herring, Kathleen** | | Last 4 digits of account number | **3153** | **Unknown** |

Nonpriority Creditor's Name

**51930 Avenida Martinez**

**La Quinta, CA 92253**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **8/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.1** **970** | **Hersh, Susan & Brian** | |

| | | |
|---|---|---|
| Last 4 digits of account number | 0034 | **Unknown** |

Nonpriority Creditor's Name
**379 Princton Ave.**
**Goleta, CA 93111**
Number Street City State Zip Code

**When was the debt incurred?**   07/06/10

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| | | |
|---|---|---|
| **4.1** **971** | **Hess, Linda** | |

| | | |
|---|---|---|
| Last 4 digits of account number | 0004 | **Unknown** |

Nonpriority Creditor's Name
**1165 Stovall**
**Hacienda Heights, CA 91745**
Number Street City State Zip Code

**When was the debt incurred?**   12/14/10

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| | | |
|---|---|---|
| **4.1** **972** | **Heyes, Darcie** | |

| | | |
|---|---|---|
| Last 4 digits of account number | 0071 | **$0.00** |

Nonpriority Creditor's Name
**31455 Lobo Canyon**
**Agoura Hills, CA 91301**
Number Street City State Zip Code

**When was the debt incurred?**   08/10/10

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 973 | **Hicks, Curtis & Lorna** | Last 4 digits of account number | **3035** | **Unknown** |

Nonpriority Creditor's Name

**29612 Rossiter Rd**
**Murrieta, CA 92563**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **4/12/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 974 | **Hicks, Darrow & April** | Last 4 digits of account number | **1015** | **Unknown** |

Nonpriority Creditor's Name

**975 Shelly Street**
**Alta Dena, CA 91001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **11/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 975 | **Highfill, Carol** | Last 4 digits of account number | **3097** | **Unknown** |

Nonpriority Creditor's Name

**5522 Encelia Dr.**
**Twenty-nine Palms, CA 92277**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **7/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 976 | | | |
|---|---|---|---|

**Highfill, Thomas & Carol**
Nonpriority Creditor's Name

**5522 Encelia Dr**
**Twentyine Palms, CA 92277**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4004**          **Unknown**

When was the debt incurred?   **11/22/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 977 | | | |
|---|---|---|---|

**Hildebrand, Helen**
Nonpriority Creditor's Name

**10333 El Matador Ln**
**Santee, CA 92071**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3003**          **Unknown**

When was the debt incurred?   **2/18/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 978 | | | |
|---|---|---|---|

**Hildebrand, Michael**
Nonpriority Creditor's Name

**3925 Via San Jose**
**Riverside, CA 92504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1074**          **$0.00**

When was the debt incurred?   **07/19/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 979 | | | |
|---|---|---|---|

**Hill, Charles & Bettymarie**
Nonpriority Creditor's Name

**9771 Devon St**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4001**                         **Unknown**

**When was the debt incurred?**   **7/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 980 | | | |
|---|---|---|---|

**Hill, Charles & Bettymaryee**
Nonpriority Creditor's Name

**9771 Devon Street**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4200**                         **Unknown**

**When was the debt incurred?**   **7/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 981 | | | |
|---|---|---|---|

**Hill, Cynthia**
Nonpriority Creditor's Name

**4049 Aragon Dr**
**San Diego, CA 92115**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3111**                         **Unknown**

**When was the debt incurred?**   **8/3/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 982 | | | |
|---|---|---|---|

**Hill, John & Mariam**

Nonpriority Creditor's Name

**24772 Camino Villa**
**Lake Forest, CA 92630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1969**          **Unknown**

**When was the debt incurred?**    **8/27/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 983 | | | |
|---|---|---|---|

**Hill, John & Miriam**

Nonpriority Creditor's Name

**24772 Camino Villa**
**Lake Forest, CA 92630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **5069**          **Unknown**

**When was the debt incurred?**    **8/27/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 984 | | | |
|---|---|---|---|

**Hill, Kevin & Darlin**

Nonpriority Creditor's Name

**2925 Griffen Cir.**
**Corona, CA 92879**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3023**          **Unknown**

**When was the debt incurred?**    **4/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 985 | **Hill, Marlin & Ellie** | Last 4 digits of account number | **0117** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**164 N. Madrid Ave.**
**Newbury Park, CA 91320**

When was the debt incurred?    **08/31/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 986 | **Hillstrom, Ann** | Last 4 digits of account number | **1049** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4005 Calle Sorona Oeste**
**Laguna Woods, CA 92637**

When was the debt incurred?    **2/1/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 987 | **Hindin, Martha** | Last 4 digits of account number | **4151** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**40341 Pebble Beach Cir**
**Palm Desert, CA 92211**

When was the debt incurred?    **2/13/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 988 | **Hines, Dorothy** | Last 4 digits of account number | **0023** | **Unknown** |

Nonpriority Creditor's Name
**1009 Belfort Ave.**
**Pomona, CA 91767**
Number Street City State Zip Code

When was the debt incurred?  **02/23/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 989 | **Hino, Lance & Nancy** | Last 4 digits of account number | **1967** | **Unknown** |

Nonpriority Creditor's Name
**322 N. Resh St**
**Anaheim, CA 92805**
Number Street City State Zip Code

When was the debt incurred?  **5/15/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 990 | **Hinson, Bryan & Jennifer** | Last 4 digits of account number | **4069** | **Unknown** |

Nonpriority Creditor's Name
**2040 Coolcrest Ave.**
**Upland, CA 91784**
Number Street City State Zip Code

When was the debt incurred?  **2/18/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know)  _____

---

**4.1
991**

**Hipper , Audrey**
Nonpriority Creditor's Name

**11183 Caminito Vista Serena
San Diego, CA 92131**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3006**                    **Unknown**

When was the debt incurred?    **7/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
992**

**Hipper, Audrey**
Nonpriority Creditor's Name

**11183 Caminito Vista Serena
San Diego, CA 92131**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3086**                    **Unknown**

When was the debt incurred?    **3/18/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.1
993**

**Hirshberg, Sheila**
Nonpriority Creditor's Name

**5379 C. Avenida Sosiega
Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1107**                    **Unknown**

When was the debt incurred?    **4/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.1 994 | |
|---|---|

**Ho, Ellen**
Nonpriority Creditor's Name
**19017 enslow dr.**
**Carson, CA 90746**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0028**                        **Unknown**

When was the debt incurred?   **06/22/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 995 | |
|---|---|

**Hocum, John & Diane**
Nonpriority Creditor's Name
**4920 Taft St.**
**Chino, CA 91710**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4070**                        **Unknown**

When was the debt incurred?   **1/29/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 996 | |
|---|---|

**Hodgson, Martha**
Nonpriority Creditor's Name
**19532 Kendall Dr**
**San Bernardino, CA 92407**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1037**                        **$0.00**

When was the debt incurred?   **06/14/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.1 997 | | | |
|---|---|---|---|

**Hoff, Sheryn**
Nonpriority Creditor's Name
**1922 Volk Ave.**
**Long Beach, CA 90815**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0056**          **Unknown**

**When was the debt incurred?**    **06/29/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 998 | | | |
|---|---|---|---|

**Hoffer, Margo & Mr.**
Nonpriority Creditor's Name
**5624 Azure Way**
**Long Beach, CA 90803**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3054**          **Unknown**

**When was the debt incurred?**    **1/3/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.1 999 | | | |
|---|---|---|---|

**Hoffman, Chad & Nicole**
Nonpriority Creditor's Name
**11902 Bexley Drive**
**Whittier, CA 90606**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1103**          **Unknown**

**When was the debt incurred?**    **9/14/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 000 | **Hoffman, Nolan** | | |

Nonpriority Creditor's Name

**31991 Paseo Amante**
**San Juan Capistrano, CA 92693**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **9037**          **Unknown**

When was the debt incurred?  **01/19/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 001 | **Hoffman, Richard & Lori** | | |

Nonpriority Creditor's Name

**3119 Yellowstone Dr.**
**Costa Mesa, CA 92626**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3008**          **Unknown**

When was the debt incurred?  **1/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 002 | **Hogue, Milton & Joan** | | |

Nonpriority Creditor's Name

**8602 Rancho Vista**
**Paramount, CA 90723**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0067**          **Unknown**

When was the debt incurred?  **06/15/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| Debtor 1 | **Casey John Simon** | |
|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | |
| | | Case number (if know) |

---

**4.2 003**

**Holder, Elaine**
Nonpriority Creditor's Name
**7436 Fillmore Dr.**
**Buena Park, CA 90620**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number      **0039**      **Unknown**

When was the debt incurred?      **06/29/10**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 004**

**Holdren, Randy**
Nonpriority Creditor's Name
**6682 Berry Ave.**
**Buena Park, CA 90620**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number      **0077**      **Unknown**

When was the debt incurred?      **02/16/10**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 005**

**Holguin, Gloria**
Nonpriority Creditor's Name
**2620 W. Fron Street**
**Alhambra, CA 91803**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number      **1093**      **Unknown**

When was the debt incurred?      **3/15/2011**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 006 | **Hollander, Barbara** | | | **Unknown** |

Nonpriority Creditor's Name

**83440 Ella Ave**
**Thermal, CA 92274**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1972**

**When was the debt incurred?**  **8/28/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 007 | **Hollenbeck, Hans & Emilia** | | | **Unknown** |

Nonpriority Creditor's Name

**3210 Oatwood Dr.**
**Julian, CA 92036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3019**

**When was the debt incurred?**  **5/29/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 008 | **Hollenstein, Al** | | | **Unknown** |

Nonpriority Creditor's Name

**2225 Famplona Way**
**Carlsbad, CA 92209**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2005**

**When was the debt incurred?**  **12/27/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 009 | **Holliman, Tom & Irene** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**720 E. Elsmere Dr
Carson, CA 90746**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2015**                   **Unknown**

**When was the debt incurred?**   **6/3/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 010 | **Hollister , Edith** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4592 Via Clarice.
Santa Barbara, CA 93111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0067**                   **Unknown**

**When was the debt incurred?**   **03/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 011 | **Holly, Daphne** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**360 N. 17th Street
San Jose, CA 95112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2027**                   **Unknown**

**When was the debt incurred?**   **1/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>012 | **Holmstrom, Mark** | Last 4 digits of account number | **1002** | **Unknown** |

Nonpriority Creditor's Name

**24 Faculty Ct.**
**Thousand Oaks, CA 91360**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>013 | **Holster, Elizabeth** | Last 4 digits of account number | **1945** | **Unknown** |

Nonpriority Creditor's Name

**306 Molokai Drive**
**Placentia, CA 92870**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **9/18/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>014 | **Home Depot** | Last 4 digits of account number | **6557** | **$2,054.34** |

Nonpriority Creditor's Name

**PO Box 790328**
**Saint Louis, MO 63179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2014-2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 015 | **Home Depot** | Last 4 digits of account number  **6** | $38,000.00 |

Nonpriority Creditor's Name
**PO Box 790328**
**St Louis, MO 63179**

When was the debt incurred?  **9/30/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.2 016 | **Honma, Eric** | Last 4 digits of account number  **9007** | Unknown |

Nonpriority Creditor's Name
**170 E. 36th Street**
**Long Beach, CA 90807**

When was the debt incurred?  **12/15/09**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 017 | **Honsayco, Chris & Leilani** | Last 4 digits of account number  **0128** | Unknown |

Nonpriority Creditor's Name
**5 Lillano**
**Irvine, CA 92614**

When was the debt incurred?  **5/10/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | |
|---|---|
| **4.2 018** | **Hook, Sherrie** |

Nonpriority Creditor's Name

**280 Parkview Dr.**
**Lake Elsinore, CA 92530**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  0023                     **Unknown**

**When was the debt incurred?**  10/26/10

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.2 019** | **Hooker, Cathy** |

Nonpriority Creditor's Name

**6142 Beeman Ave**
**N. Hollywood, CA 91606**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  3087                     **Unknown**

**When was the debt incurred?**  12/4/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| | |
|---|---|
| **4.2 020** | **Hopkins, Julie** |

Nonpriority Creditor's Name

**17202 Golden View Ln**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  3089                     **Unknown**

**When was the debt incurred?**  10/23/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.2 021 | **Horn, Isaac** | Last 4 digits of account number    **0054** | **Unknown** |

Nonpriority Creditor's Name
**13627 Lighthouse Ct.**
**Fontana, CA 92336**
Number Street City State Zip Code

**When was the debt incurred?**    **11/30/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.2 022 | **Horn, Megan** | Last 4 digits of account number    **4022** | **Unknown** |

Nonpriority Creditor's Name
**1494 14Th St**
**Imperial Beach, CA 91932**
Number Street City State Zip Code

**When was the debt incurred?**    **3/3/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.2 023 | **Hornbeck, Linda** | Last 4 digits of account number    **0043** | **Unknown** |

Nonpriority Creditor's Name
**29772 Preston Dr.**
**Laguna Niguel, CA 92677**
Number Street City State Zip Code

**When was the debt incurred?**    **06/22/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 024 | **Hornbeck, Linda** | Last 4 digits of account number | **0133** | **Unknown** |

Nonpriority Creditor's Name
**29772 Preston Dr.**
**Laguna Niguel, CA 92677**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **10/19/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 025 | **Horta, Juan & Maria** | Last 4 digits of account number | **4167** | **Unknown** |

Nonpriority Creditor's Name
**2511 Cedar Ave**
**Long Beach, CA 90806**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **2/5/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 026 | **Horton, Kathleen** | Last 4 digits of account number | **1959** | **Unknown** |

Nonpriority Creditor's Name
**554 N. Mill St**
**Santa Paula, CA 93060**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **9/23/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 027 | **Horton, Michael & Cynthia** | Last 4 digits of account number | **4023** | **Unknown** |

Nonpriority Creditor's Name
**405 N 3Rd St**
**Lompoc, CA 93436**
Number Street City State Zip Code

When was the debt incurred?   **5/8/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 028 | **Horton, Michael & Cynthial** | Last 4 digits of account number | **3080** | **Unknown** |

Nonpriority Creditor's Name
**405 N. 3rd St**
**Lompoc, CA 93436**
Number Street City State Zip Code

When was the debt incurred?   **7/15/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 029 | **Horvath, Michael** | Last 4 digits of account number | **0121** | **$0.00** |

Nonpriority Creditor's Name
**17304 Kingsbury St.**
**Granada Hills, CA 91344**
Number Street City State Zip Code

When was the debt incurred?   **09/07/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 030 | **Hosmer, Bill & Arlene** | Last 4 digits of account number | **3043** | **Unknown** |

Nonpriority Creditor's Name

**2034 Avenue of the Tree**
**Carlsbad, CA 92008**

When was the debt incurred?  **10/25/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 031 | **House, Alan** | Last 4 digits of account number | **3010** | **Unknown** |

Nonpriority Creditor's Name

**3040 N. Victoria Dr.**
**Alpine, CA 91901**

When was the debt incurred?  **2/5/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 032 | **Householder, Kathy** | Last 4 digits of account number | **2009** | **Unknown** |

Nonpriority Creditor's Name

**804 W. Monterey Rd**
**Corona, CA 92882**

When was the debt incurred?  **11/10/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 033 | **Housh, Stella** | | | Last 4 digits of account number | **0009** | | **Unknown** |

Nonpriority Creditor's Name
**8614 Anrol Ave.**
**San Diego, CA 92123**
Number Street City State Zip Code

When was the debt incurred?   **06/22/10**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 034 | **Houston, Shirley** | | | Last 4 digits of account number | **5Jun** | | **Unknown** |

Nonpriority Creditor's Name
**4008 Stichman Ave**
**Baldwin Park, CA 91706**
Number Street City State Zip Code

When was the debt incurred?   **6/16/2015**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 035 | **Houston, Shirley** | | | Last 4 digits of account number | **1958** | | **Unknown** |

Nonpriority Creditor's Name
**4008 Stichman Ave**
**Baldwin Park, CA 91706**
Number Street City State Zip Code

When was the debt incurred?   **6/16/2015**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 036 | |
|---|---|

**Houy, Leo**
Nonpriority Creditor's Name
**8122 San Miguel**
**Buena Park, CA 90620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4010**          **Unknown**

When was the debt incurred?   **2/14/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 037 | |
|---|---|

**Hovious, Patricia**
Nonpriority Creditor's Name
**1539 Deodora St.**
**Simim Valley, CA 93065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1060**          **Unknown**

When was the debt incurred?   **6/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 038 | |
|---|---|

**Howard, Robert & Erica**
Nonpriority Creditor's Name
**3575 Newland Rd**
**Oceanside, CA 92058**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number   **4018**          **Unknown**

When was the debt incurred?   **2/24/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 039 | **Howell** | Last 4 digits of account number | **1024** | $0.00 |

Nonpriority Creditor's Name
**7032 Tiara Ave**
**Highland, CA 92346**
Number Street City State Zip Code

**When was the debt incurred?**  **06/14/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 040 | **Howell, Doris** | Last 4 digits of account number | **1109** | Unknown |

Nonpriority Creditor's Name
**3483 N Fair Oaks Ave**
**Altadena, CA 91001**
Number Street City State Zip Code

**When was the debt incurred?**  **7/19/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 041 | **Howell, Dorothea** | Last 4 digits of account number | **1045** | Unknown |

Nonpriority Creditor's Name
**14925 Binney St.**
**Hacienda Hieghts, CA 91745**
Number Street City State Zip Code

**When was the debt incurred?**  **7/5/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 042 | **Howell, Gerald & Dorothea** | Last 4 digits of account number | **0059** | **Unknown** |

Nonpriority Creditor's Name
**14925 Binney St.**
**Hacienda Heights, CA 91745**
Number Street City State Zip Code

When was the debt incurred?   **03/09/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.2 043 | **Howell, Gerald & Dorothy** | Last 4 digits of account number | **0058** | **Unknown** |

Nonpriority Creditor's Name
**14925 Binney St.**
**Hacienda Heights, CA 91745**
Number Street City State Zip Code

When was the debt incurred?   **03/02/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.2 044 | **Howerton, Lonnie** | Last 4 digits of account number | **3036** | **Unknown** |

Nonpriority Creditor's Name
**24232 Solonica Ave.**
**Mission Viejo, CA 92691**
Number Street City State Zip Code

When was the debt incurred?   **3/2/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 045 | **Howie, Doris** | Last 4 digits of account number | **3001** | **Unknown** |

Nonpriority Creditor's Name
**893 Spinosa**
**Sunnyvale, CA 94087**
Number Street City State Zip Code

When was the debt incurred?   **5/20/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 046 | **Hoxel, Mike** | Last 4 digits of account number | **1012** | **$0.00** |

Nonpriority Creditor's Name
**9726 Caminito Doha**
**San Diego, CA 92131**
Number Street City State Zip Code

When was the debt incurred?   **12/13/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 047 | **Hoyle, Ralph** | Last 4 digits of account number | **3010** | **Unknown** |

Nonpriority Creditor's Name
**554 E. Fairfield**
**Ontario, CA 91761**
Number Street City State Zip Code

When was the debt incurred?   **12/23/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | | |
|---|---|---|---|
| 4.2 048 | **Hristov, Ray & Deniza** | Last 4 digits of account number  **1972** | **Unknown** |

Nonpriority Creditor's Name

**36950 Ferber**

**Rancho Mirage, CA 92270**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.2 049 | **Hsiung, Joy** | Last 4 digits of account number  **1045** | **Unknown** |

Nonpriority Creditor's Name

**325 S Del Loma Ave.**

**San Gabriel, CA 91776**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **7/26/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.2 050 | **Huang, Rose** | Last 4 digits of account number  **1015** | **Unknown** |

Nonpriority Creditor's Name

**2607 45th Ave**

**San Francisco, CA 94116**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **02/01/11**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 051 | **Hubbard, Terance** | | Last 4 digits of account number | **2018** | **Unknown** |

Nonpriority Creditor's Name
**21351 Markham Street**
**Perris, CA 92570**
Number Street City State Zip Code

When was the debt incurred?    **10/13/2015**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 052 | **Huber, Charlotte** | | Last 4 digits of account number | **0029** | **Unknown** |

Nonpriority Creditor's Name
**366-C Avenida Castilla.**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

When was the debt incurred?    **07/27/10**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 053 | **Huber, Hildegard** | | Last 4 digits of account number | **1043** | **Unknown** |

Nonpriority Creditor's Name
**17602 Fonticello Way**
**San Diego, CA 92128**
Number Street City State Zip Code

When was the debt incurred?    **12/6/2011**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 054 | **Huckler, Lori** | Last 4 digits of account number | **4018** | **Unknown** |

Nonpriority Creditor's Name
**705 Packsaddle Ln**
**Walnut, CA 91789**
Number Street City State Zip Code

When was the debt incurred?   **10/10/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.2 055 | **Hudgeons, Car & Melanson, Gloria** | Last 4 digits of account number | **3017** | **Unknown** |

Nonpriority Creditor's Name
**113 Date Ave**
**Imperial Beach, CA 91932**
Number Street City State Zip Code

When was the debt incurred?   **4/1/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.2 056 | **Hudgeons, Carl** | Last 4 digits of account number | **4071** | **Unknown** |

Nonpriority Creditor's Name
**113 Date Ave**
**Imperial Beach, CA 91932**
Number Street City State Zip Code

When was the debt incurred?   **11/1/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | |
|---|---|
| **4.2 057** | |

**Hudgeons, Gloria & Carl**
Nonpriority Creditor's Name
**113 Date Ave**
**Imperial Beach, CA 91932**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3017**                    **Unknown**

When was the debt incurred?   **3/1/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.2 058** | |

**Hudnall, Sharon**
Nonpriority Creditor's Name
**6373 Lambanda Dr.**
**San Diego, CA 92120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1120**                    **Unknown**

When was the debt incurred?   **4/5/2011**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.2 059** | |

**Huereque, Grey**
Nonpriority Creditor's Name
**5355 Zola Ave.**
**Pico Rivera, CA 90660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0032**                    **Unknown**

When was the debt incurred?   **03/09/10**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.2 060 | **Huereque, Grey & Delores** | Last 4 digits of account number | **0032** | **Unknown** |

Nonpriority Creditor's Name
**5355 Zola Ave**
**Pico Rivera, CA 90660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **2/1/2010**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 061 | **Huff, Sally** | Last 4 digits of account number | **0005** | **$0.00** |

Nonpriority Creditor's Name
**44249 11th E. St.**
**Lancaster, CA 93535**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **08/17/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 062 | **Huffman, Gertrude** | Last 4 digits of account number | **3020** | **Unknown** |

Nonpriority Creditor's Name
**5727 Plumas St**
**San Diego, CA 92139**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **3/5/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 063 | **Huggnale, Rich** | | Last 4 digits of account number | **3058** | **Unknown** |

Nonpriority Creditor's Name

**10282 Overhill Dr**
**Santa Ana, CA 92705**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/12/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 064 | **Huggins, Harold & Clemie** | | Last 4 digits of account number | **1092** | **Unknown** |

Nonpriority Creditor's Name

**27120 Stanford Ave**
**Madera, CA 93637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **08/23/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 065 | **Hughes, Charles & Linda** | | Last 4 digits of account number | **3010** | **Unknown** |

Nonpriority Creditor's Name

**1402 N Deerhaven Ln**
**Anaheim, CA 92801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **5/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*)

---

| 4.2 066 | **Hughes, Mike** | Last 4 digits of account number | **2008** | **Unknown** |

Nonpriority Creditor's Name

**2261 Las Palomas Dr**
**La Habra Heights, CA 90631**
Number Street City State Zip Code

**When was the debt incurred?**   **1/8/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 067 | **Hughues/Kuwitzly, Bernice** | Last 4 digits of account number | **0054** | **Unknown** |

Nonpriority Creditor's Name

**314 Jacaranda**
**Fullerton, CA 92832**
Number Street City State Zip Code

**When was the debt incurred?**   **04/27/10**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 068 | **Huitrado, Gilbert & Anne** | Last 4 digits of account number | **3037** | **Unknown** |

Nonpriority Creditor's Name

**1142 LELAND AVE**
**WHITTIER, CA 90605**
Number Street City State Zip Code

**When was the debt incurred?**   **12/23/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 069 | **Humphrey, Jacqueline** | Last 4 digits of account number | **1111** | **Unknown** |

Nonpriority Creditor's Name
**2146 W. Imperial Hwy**
**Hawthorne, CA 90250**
Number Street City State Zip Code

**When was the debt incurred?**  **9/27/2011**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 070 | **Hunley, Allen** | Last 4 digits of account number | **4043** | **Unknown** |

Nonpriority Creditor's Name
**10350 Escadera Drive**
**Lakeside, CA 92040**
Number Street City State Zip Code

**When was the debt incurred?**  **11/1/2014**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 071 | **Hunley, Allen** | Last 4 digits of account number | **4043** | **Unknown** |

Nonpriority Creditor's Name
**10350 Escadera Dr**
**Lakeside, CA 92040**
Number Street City State Zip Code

**When was the debt incurred?**  **12/14/2014**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 072 | **Hunt, Paul & Diane** | Last 4 digits of account number **4082** | **Unknown** |

Nonpriority Creditor's Name
**10463 Caminito Banyon**
**San Diego, CA 92131**
Number Street City State Zip Code

When was the debt incurred?   **11/4/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 073 | **Hunter, Debra** | Last 4 digits of account number **1115** | **Unknown** |

Nonpriority Creditor's Name
**5208 W. 54th Street**
**Los Angeles, CA 90056**
Number Street City State Zip Code

When was the debt incurred?   **11/8/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 074 | **Hunter, Toya** | Last 4 digits of account number **2001** | **Unknown** |

Nonpriority Creditor's Name
**727 112Th St**
**Los Angeles, CA 90059**
Number Street City State Zip Code

When was the debt incurred?   **7/1/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 075 | | |
|---|---|---|

**Huntley, Norman**
Nonpriority Creditor's Name

**26625 Salamanca Dr.**
**Santa Monica, CA 92691**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1132**                    **Unknown**

When was the debt incurred?   **11/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 076 | | |
|---|---|---|

**Hurtado, Salvador**
Nonpriority Creditor's Name

**4074 Market Street**
**Piru, CA 93040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1043**                    **Unknown**

When was the debt incurred?   **2/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 077 | | |
|---|---|---|

**Hutchinson, Duane**
Nonpriority Creditor's Name

**14729 Loyola St**
**Moorpark, CA 93021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3006**                    **Unknown**

When was the debt incurred?   **3/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 078 | **Huynh, Tung & Tong, Bachyen** | Last 4 digits of account number | **3154** | **Unknown** |

Nonpriority Creditor's Name
**7448 Mason Heights**
**San Diego, CA 92126**
Number Street City State Zip Code

When was the debt incurred?   **2/16/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 079 | **Hyman, Ken** | Last 4 digits of account number | **1064** | **Unknown** |

Nonpriority Creditor's Name
**660 Walnut Park Lane**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

When was the debt incurred?   **10/11/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 080 | **I.Q. Data International, Inc, collection** | Last 4 digits of account number | **5523** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 2130**
**Everett, WA 98213-0130**
Number Street City State Zip Code

When was the debt incurred?   **1/1/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*)

---

**4.2 081**

**Iacometti, Jim**
Nonpriority Creditor's Name

**33681 Calle Conejo**
**San Juan Capistrano, CA 92675**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1059**                    **Unknown**

When was the debt incurred?    **11/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 082**

**Ibarra, Jose & Mirella**
Nonpriority Creditor's Name

**13629 S. Catalina Avenue**
**Gardena, CA 90247**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1054**                    **Unknown**

When was the debt incurred?    **9/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 083**

**Iglesias, Elezar**
Nonpriority Creditor's Name

**818 S Main Street**
**Santa Ana, CA 92701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **OCJC**                    **$52,500.00**

When was the debt incurred?    **7/21/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 084 | | | |
|---|---|---|---|

**Ilenstine, Bob & Sarah**
Nonpriority Creditor's Name
**949 W. Harding Ave.**
**Santa Maria, CA 93458**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0013**

**When was the debt incurred?**   **12/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

| 4.2 085 | | | |
|---|---|---|---|

**Imberi, Leroy & Lee**
Nonpriority Creditor's Name
**1918 N. Silverwood St.**
**Orange, CA 92865**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0066**

**When was the debt incurred?**   **08/03/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 086 | | | |
|---|---|---|---|

**IMG Coating & Painting**
Nonpriority Creditor's Name
**PO Box 39131**
**Downey, CA 90239**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **None**

**When was the debt incurred?**   **1/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| 4.2 087 | **Imrich, Rudolph** | |

Nonpriority Creditor's Name

**11406 Lower Azusa Rd**
**El Monte, CA 91732**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **4083**          **Unknown**

**When was the debt incurred?**   **9/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.2 088 | **Indermill, Basil** | |

Nonpriority Creditor's Name

**3825 Bay Leaf Way**
**Oceanside, CA 92057**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0061**          **Unknown**

**When was the debt incurred?**   **12/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.2 089 | **Infante, Johanna & Gilbert** | |

Nonpriority Creditor's Name

**2128 Chianti Dr**
**Santa Rosa, CA 95403**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **4105**          **Unknown**

**When was the debt incurred?**   **7/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2 090**

**Infinity Contact, Inc.**
Nonpriority Creditor's Name

**4700 Tama Street Drive SE**
**Cedar Rapids, IA 52403**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **6833**          **$2,280.71**

**When was the debt incurred?**   **12/2/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

**4.2 091**

**Ingram, Mike**
Nonpriority Creditor's Name

**5716 Berkeley Rd.**
**Goleta, CA 93117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **0010**          **Unknown**

**When was the debt incurred?**   **04/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 092**

**Innocenti, Margaret**
Nonpriority Creditor's Name

**205 W. Brucker Road**
**Oxnard, CA 93033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **0083**          **$0.00**

**When was the debt incurred?**   **09/28/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 093 | **Irby, Thonmas** | Last 4 digits of account number | **0013** | **Unknown** |

Nonpriority Creditor's Name

**6061 Montecito Dr.**
**Huntington Beach, CA 92647**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **02/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

| 4.2 094 | **Irogoyen, Juan** | Last 4 digits of account number | **0082** | **Unknown** |

Nonpriority Creditor's Name

**1308 Phillips**
**Long Beach, CA 90805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **07/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

| 4.2 095 | **iRoof** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**18242 McDurmott W  Ste G**
**Irvine, CA 92614**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **7/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 096 | | | |
|---|---|---|---|

**Irrarragorri, Carmen**

Nonpriority Creditor's Name

**144 Cero Street**

**Encinitas, CA 92024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1041**

**When was the debt incurred?**  **11/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 097 | | | |
|---|---|---|---|

**Irvine, Darold & Dianna**

Nonpriority Creditor's Name

**23835 Via Segovia**

**Murrieta, CA 92562**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2015**

**When was the debt incurred?**  **1/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 098 | | | |
|---|---|---|---|

**Irwin, Carol**

Nonpriority Creditor's Name

**2371 Rutgers Dr.**

**Costa Mesa, CA 92676**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0050**

**When was the debt incurred?**  **06/22/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 099 | **Irwin, William** | Last 4 digits of account number | **3035** | **Unknown** |

Nonpriority Creditor's Name
**28543 Via Las Flores**
**Murrieta, CA 92563**
Number Street City State Zip Code

When was the debt incurred?   **2/27/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 100 | **Isaac, Steve** | Last 4 digits of account number | **1084** | **Unknown** |

Nonpriority Creditor's Name
**1306 Morning Glory Lane**
**Vista, CA 92084**
Number Street City State Zip Code

When was the debt incurred?   **9/20/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 101 | **Isaacson, James** | Last 4 digits of account number | **1008** | **Unknown** |

Nonpriority Creditor's Name
**18629 Vanowen St.**
**Reseda, CA 91335**
Number Street City State Zip Code

When was the debt incurred?   **10/25/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2<br>102 | **Ismail, Daniel & Dana** | Last 4 digits of account number | **1074** | **Unknown** |

Nonpriority Creditor's Name
**5806 Camber Dr.**
**San Diego, CA 92117**
Number Street City State Zip Code

When was the debt incurred?  **6/7/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>103 | **Iversen, Dolores** | Last 4 digits of account number | **3005** | **Unknown** |

Nonpriority Creditor's Name
**13275 Mountain View Rd.**
**Desert Hot Springs, CA 92240**
Number Street City State Zip Code

When was the debt incurred?  **2/27/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>104 | **Jackson** | Last 4 digits of account number | **1014** | **$0.00** |

Nonpriority Creditor's Name
**633 Ventura**
**Altadena, CA 91001**
Number Street City State Zip Code

When was the debt incurred?  **09/27/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2<br>105 | **Jackson , Ron** | Last 4 digits of account number | **1061** | **Unknown** |

Nonpriority Creditor's Name

**9641 Glenbrook**
**Cypress, CA 90630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **10/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.2<br>106 | **Jackson, Albert & Riley, Nora** | Last 4 digits of account number | **3069** | **Unknown** |

Nonpriority Creditor's Name

**3868 Chelsea Dr**
**La Verne, CA 91750**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **7/31/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.2<br>107 | **Jackson, Darnella** | Last 4 digits of account number | **4083** | **Unknown** |

Nonpriority Creditor's Name

**11896 Meadow Wood Way**
**Moreno Valley, CA 92577**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **6/24/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>108 | **Jackson, Louise** | Last 4 digits of account number | **3044** | **Unknown** |

Nonpriority Creditor's Name
**17902 Oldglen Ln**
**Huntington Beach, CA 92649**
Number Street City State Zip Code

When was the debt incurred?   **8/29/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>109 | **Jackson, Marie** | Last 4 digits of account number | **0052** | **Unknown** |

Nonpriority Creditor's Name
**22872 Rockress St.**
**Corona, CA 92883**
Number Street City State Zip Code

When was the debt incurred?   **05/04/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>110 | **Jackson, Paul & Valeria** | Last 4 digits of account number | **1985** | **Unknown** |

Nonpriority Creditor's Name
**14378 Nantucket St**
**Hesperia, CA 92344**
Number Street City State Zip Code

When was the debt incurred?   **5/27/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 111 | **Jackson, Ron & Marilyn** | Last 4 digits of account number | **1035** | **Unknown** |

Nonpriority Creditor's Name

**9641 Glenbrook Street**
**Cypress, CA 90630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **9/20/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 112 | **Jackson, Terrean** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**874 Derby Street**
**Corona, CA 92887**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **9/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 113 | **Jackson, Walter & Myra** | Last 4 digits of account number | **3088** | **Unknown** |

Nonpriority Creditor's Name

**5319 Kalmia St**
**San Diego, CA 92105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **10/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 114 | **Jacobs, Mary** | Last 4 digits of account number | **4021** | **Unknown** |

Nonpriority Creditor's Name
**42429 52Nd St**
**Lancaster, CA 93536**
Number Street City State Zip Code

When was the debt incurred?    **10/12/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 115 | **Jacobson, Virginia & Sanford** | Last 4 digits of account number | **1044** | **Unknown** |

Nonpriority Creditor's Name
**78298 Sunrise Canyon Ave.**
**Palm Desert, CA 92211**
Number Street City State Zip Code

When was the debt incurred?    **9/14/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 116 | **Jadalla, Ahlam** | Last 4 digits of account number | **0085** | **Unknown** |

Nonpriority Creditor's Name
**4580 Larwinn Street**
**Cypress, CA 90630**
Number Street City State Zip Code

When was the debt incurred?    **1/4/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 117 | | | |
|---|---|---|---|
| **Jaeger, Joan** | Last 4 digits of account number | **1007** | **$0.00** |

Nonpriority Creditor's Name

**2278 Vestal Ave**
**Castro Valley, CA 94546**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **06/21/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 118 | | | |
|---|---|---|---|
| **Jagger, Randall & Helen** | Last 4 digits of account number | **3045** | **Unknown** |

Nonpriority Creditor's Name

**5530 E Pageantry St.**
**Long Beach, CA 90808**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 119 | | | |
|---|---|---|---|
| **Jagger, Randy** | Last 4 digits of account number | **0036** | **Unknown** |

Nonpriority Creditor's Name

**5530 Pageantry**
**Long Beach, CA 90808**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **09/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.2 120 | **Jahn, Wolfgang & Elke** | Last 4 digits of account number | **1082** | **Unknown** |

Nonpriority Creditor's Name
**12606 Stanwood Pl.**
**Los Angeles, CA 90066**
Number Street City State Zip Code

When was the debt incurred? **6/7/2011**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt - Past Customer of Exterior Specialist**

| 4.2 121 | **James, Arvis** | Last 4 digits of account number | **0085** | **$0.00** |

Nonpriority Creditor's Name
**1214 W. Hemlock**
**Oxnard, CA 93033**
Number Street City State Zip Code

When was the debt incurred? **09/14/10**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt - Past Customer of Exterior Specialist**

| 4.2 122 | **James, Christian** | Last 4 digits of account number | **1063** | **Unknown** |

Nonpriority Creditor's Name
**1920 Gateway Dr.**
**San Diego, CA 92105**
Number Street City State Zip Code

When was the debt incurred? **5/3/2011**

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 123 | | | |
|---|---|---|---|

**James, Everett**
Nonpriority Creditor's Name
**1744 Kingston Circle**
**Redlands, CA 92374**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1993**           **Unknown**

When was the debt incurred?   **1/24/2015**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 124 | | | |
|---|---|---|---|

**James, James**
Nonpriority Creditor's Name
**7494 Blackhawk Cir**
**Buena Park, CA 90620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3051**           **Unknown**

When was the debt incurred?   **5/21/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 125 | | | |
|---|---|---|---|

**James, Morgan**
Nonpriority Creditor's Name
**37867 Birchtree Ln**
**Palmdale, CA 93550**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **4074**           **Unknown**

When was the debt incurred?   **4/2/2014**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 126 | | | |
|---|---|---|---|

**James, Morgan**
Nonpriority Creditor's Name

**37867 Birch Tree Ln.**
**Palmdale, CA 93550**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3001**                          **Unknown**

**When was the debt incurred?**   **8/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 127 | | | |
|---|---|---|---|

**James, Rita**
Nonpriority Creditor's Name

**703 Harbor Rd**
**Alameda, CA 94502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1038**                          **Unknown**

**When was the debt incurred?**   **04/26/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 128 | | | |
|---|---|---|---|

**Janek, Gloria**
Nonpriority Creditor's Name

**3251 Barry Ave**
**Los Angeles, CA 90066**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1097**                          **Unknown**

**When was the debt incurred?**   **10/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 | | | |
|---|---|---|---|
| 129 | **Jarbo, Nicole** | Last 4 digits of account number    **3089** | **Unknown** |

Nonpriority Creditor's Name

**27852 Aberdeen**

**Mission Viejo, CA 92961**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **10/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 | | | |
|---|---|---|---|
| 130 | **Jarnoski, Claudine** | Last 4 digits of account number    **0080** | **Unknown** |

Nonpriority Creditor's Name

**27355 Harlan Lane**

**Highland, CA 92346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **06/01/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 | | | |
|---|---|---|---|
| 131 | **Jasso's Construction** | Last 4 digits of account number    **None** | **Unknown** |

Nonpriority Creditor's Name

**10725 Forest St**

**Santa Fe Springs, CA 90670**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **1/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 132 | |
|---|---|

**Jauregui, Adriana**
Nonpriority Creditor's Name
**11229 Mina Ave**
**Whittier, CA 90605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1956**          **Unknown**

**When was the debt incurred?**    **7/23/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 133 | |
|---|---|

**Jauregui, Ortensia & Ramon**
Nonpriority Creditor's Name
**266 Montgomery St**
**Chula Vista, CA 91911**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4061**          **Unknown**

**When was the debt incurred?**    **12/9/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 134 | |
|---|---|

**Jax, Peter**
Nonpriority Creditor's Name
**1030 Fathom Ave**
**Seal Beach, CA 90740**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2011**          **Unknown**

**When was the debt incurred?**    **5/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.2 135 | | |
|---|---|---|

**JCI World Marketing**
Nonpriority Creditor's Name
**11867 Kathyann Street**
**Lakeview Terrace, CA 91342**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **None**                 **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.2 136 | | |
|---|---|---|

**JCI World Marketing**
Nonpriority Creditor's Name
**11867 Kathyann Street**
**Lakeview Terrace, CA 91342**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **None**                 **Unknown**

**When was the debt incurred?**   **1/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.2 137 | | |
|---|---|---|

**Jeffers, Derek & Ester**
Nonpriority Creditor's Name
**3405 Flordia St.**
**San Diego, CA 92104**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3154**                 **Unknown**

**When was the debt incurred?**   **8/20/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 138 | **Jefferson, Bernard & Marijka** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5452 Saint Marys Cir**
**Westminister, CA 92683**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4164**                    **Unknown**

**When was the debt incurred?**   **2/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 139 | **Jeffries, Emmaline** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**13114 Ballestros Ave**
**Chino, CA 91710**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2100**                    **Unknown**

**When was the debt incurred?**   **10/26/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 140 | **Jelesko, Myrna** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**872 Betlin Ave**
**Cupertino, CA 95014**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1028**                    **Unknown**

**When was the debt incurred?**   **03/15/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| | | | |
|---|---|---|---|
| **4.2**<br>**141** | **Jenkins, Ethel** | Last 4 digits of account number  **0032** | **Unknown** |

Nonpriority Creditor's Name

**392 E. 17th St.**

**San Bernardino, CA 92405**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.2**<br>**142** | **Jenkins, Joan** | Last 4 digits of account number  **0071** | **Unknown** |

Nonpriority Creditor's Name

**1763 Pentuckett Ave.**

**San Diego, CA 92104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **05/04/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.2**<br>**143** | **Jerdee  , Douglas** | Last 4 digits of account number  **1025** | **$0.00** |

Nonpriority Creditor's Name

**5526 Chateau**

**San Diego, CA 92117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **07/26/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 144 | |
|---|---|

**Jerge, James**

Nonpriority Creditor's Name

**2588 Rymar Lane**
**San Jose, CA 95133**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2025**                    **Unknown**

**When was the debt incurred?**   **1/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 145 | |
|---|---|

**Jevremov, Victor & Peggy**

Nonpriority Creditor's Name

**3640 Vista De La Canada**
**Escondido, CA 92029**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3007**                    **Unknown**

**When was the debt incurred?**   **5/20/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 146 | |
|---|---|

**Jewell, Michael Shawn & Tamara**

Nonpriority Creditor's Name

**3485 Pine St.**
**Santa Ynez, CA 93460**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4087**                    **Unknown**

**When was the debt incurred?**   **2/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 147 | **Jimenez , Carlos & Marisela** | Last 4 digits of account number | **1045** | **Unknown** |

Nonpriority Creditor's Name
**66699 Desert View Ave.**
**Desert Hot Springs, CA 92240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred?  **3/1/2011**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 148 | **Jimenez, Angela** | Last 4 digits of account number | **2032** | **Unknown** |

Nonpriority Creditor's Name
**290 Fox Hollow Circle**
**Morgan Hill, CA 95037**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred?  **1/5/2013**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 149 | **Jimenez, Yolanda & John** | Last 4 digits of account number | **0064** | **Unknown** |

Nonpriority Creditor's Name
**9161 Neath St.**
**Ventura, CA 93004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

When was the debt incurred?  **11/23/10**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 150 | | | |
|---|---|---|---|

**Jin, Yi & Janet**
Nonpriority Creditor's Name

**33 Colonial**
**Irvine, CA 92620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1006**                          **$0.00**

**When was the debt incurred?**   **06/14/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 151 | | | |
|---|---|---|---|

**Johansen, Marieann**
Nonpriority Creditor's Name

**66040 Acoma**
**Desert Hot Springs, CA 92240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3008**                          **Unknown**

**When was the debt incurred?**   **4/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 152 | | | |
|---|---|---|---|

**Johansen, Marieann**
Nonpriority Creditor's Name

**66040 Acoma Ave.**
**Desert Hot Springs, CA 92240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1074**                          **Unknown**

**When was the debt incurred?**   **8/2/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 153 | **Johns, Jay** | | | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**35061 Vaquero Rd.**
**Cathedral City, CA 92234**
Number Street City State Zlp Code

Last 4 digits of account number   **3009**

When was the debt incurred?   **5/2/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 154 | **Johnson , Wayne & Joanne** | | | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**4571 Jamboree St.**
**Oceanside, CA 92057**
Number Street City State Zlp Code

Last 4 digits of account number   **0053**

When was the debt incurred?   **03/23/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 155 | **Johnson, Barbara** | | | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**707 G Avenida Majorca**
**Laguna Woods, CA 92637**
Number Street City State Zlp Code

Last 4 digits of account number   **0134**

When was the debt incurred?   **08/17/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.2
156**

**Johnson, Clif & Kendall**

Nonpriority Creditor's Name

**3628 Walnut Ave**
**Concord, CA 94519**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4062**                          **Unknown**

**When was the debt incurred?**    **2/19/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
157**

**Johnson, Donald & Delores**

Nonpriority Creditor's Name

**3310 Florecita Dr.**
**Pasadena, CA 91001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0150**                          **Unknown**

**When was the debt incurred?**    **1/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
158**

**Johnson, Emmy & Marvin**

Nonpriority Creditor's Name

**6470 Thornhill Dr.**
**Oakland, CA 94611**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3009**                          **Unknown**

**When was the debt incurred?**    **2/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 159 | **Johnson, Janet** | Last 4 digits of account number | **3055** | **Unknown** |

Nonpriority Creditor's Name
**2387 Casitas Way**
**Palm Springs, CA 92264**
Number Street City State Zip Code

**When was the debt incurred?**    **12/2/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 160 | **Johnson, Jeanne & Jeffrey** | Last 4 digits of account number | **3052** | **Unknown** |

Nonpriority Creditor's Name
**53800 Avenida Ramirez**
**La Quinta, CA 92253**
Number Street City State Zip Code

**When was the debt incurred?**    **3/1/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 161 | **Johnson, Jennifer** | Last 4 digits of account number | **3022** | **Unknown** |

Nonpriority Creditor's Name
**72032 Desert Air Dr.**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**When was the debt incurred?**    **8/5/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 162 | **Johnson, Joann** | Last 4 digits of account number | **4129** | **Unknown** |

Nonpriority Creditor's Name
**642 Roskilde Rd**
**Solvang, CA 93463**
Number Street City State Zip Code

When was the debt incurred?    **7/21/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 163 | **Johnson, Lawrence** | Last 4 digits of account number | **1035** | **Unknown** |

Nonpriority Creditor's Name
**1727 30th St.**
**San Diego, CA 92102**
Number Street City State Zip Code

When was the debt incurred?    **3/1/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 164 | **Johnson, Mary** | Last 4 digits of account number | **1075** | **Unknown** |

Nonpriority Creditor's Name
**627 Glendale Terrace**
**Glendale, CA 91206**
Number Street City State Zip Code

When was the debt incurred?    **3/8/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 165 | **Johnson, Mel & Barbara** | Last 4 digits of account number | **0028** | **Unknown** |

Nonpriority Creditor's Name

**319 E. Florence Ave.**
**La Habra, CA 90631**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **04/27/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 166 | **Johnson, Olga** | Last 4 digits of account number | **3003** | **Unknown** |

Nonpriority Creditor's Name

**1650 N. Verde Ave**
**Rialto, CA 92376**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **7/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 167 | **Johnson, Ruma** | Last 4 digits of account number | **0015** | **Unknown** |

Nonpriority Creditor's Name

**528 Hibiscus Court**
**Chula Vista, CA 91911**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **03/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 168 | | |
|---|---|---|

**Johnson, Sam**

Nonpriority Creditor's Name

**8019 Bolton Ave**

**Riverside, CA 92503**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3036**          **Unknown**

**When was the debt incurred?**   **4/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 169 | | |
|---|---|---|

**Johnson, Sam**

Nonpriority Creditor's Name

**8019 Bolton Ave**

**Riverside, CA 92503**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3070**          **Unknown**

**When was the debt incurred?**   **10/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 170 | | |
|---|---|---|

**Johnson, Scott & Tara**

Nonpriority Creditor's Name

**28808 Evening Passage Drive**

**Menifee, CA 92584**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3050**          **Unknown**

**When was the debt incurred?**   **1/2/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2 171**

**Johnson, Terry**
Nonpriority Creditor's Name

**17 Skygate**
**Aliso Viejo, CA 92656**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **$3,020.00**

When was the debt incurred?   **8/15/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

**4.2 172**

**Johnson, William & Ellen**
Nonpriority Creditor's Name

**1837 Miramar Street**
**Perris, CA 92571**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **3086**    **Unknown**

When was the debt incurred?   **7/12/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 173**

**Johnson-Chisolm, Alma**
Nonpriority Creditor's Name

**755 Authirium Ave.**
**Perris, CA 92571**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **3001**    **Unknown**

When was the debt incurred?   **4/20/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 174 | **Johnston, Clint & Karen** | Last 4 digits of account number | **4108** | **Unknown** |

Nonpriority Creditor's Name
**1711 Monte Vista Dr**
**Vista, CA 92084**

When was the debt incurred?   **2/5/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 175 | **Johnston, Karen & Robert** | Last 4 digits of account number | **1987** | **Unknown** |

Nonpriority Creditor's Name
**1711 Monte Vista Ave**
**Vista, CA 92084**

When was the debt incurred?   **2/24/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 176 | **Joiner, Margaret** | Last 4 digits of account number | **2012** | **Unknown** |

Nonpriority Creditor's Name
**1679 Melrose Ave Unit #B**
**Chula Vista, CA 91911**

When was the debt incurred?   **2/11/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | |
|---|---|

<table>
<tr><td>4.2<br>177</td><td></td></tr>
</table>

**Jonathan Neil & Assoc.-collection agency**
Nonpriority Creditor's Name
**18321 Ventura Blvd  Ste 1000**
**Tarzana, CA 91356**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **fing**                    **Unknown**

When was the debt incurred?    **3/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

<table>
<tr><td>4.2<br>178</td><td></td></tr>
</table>

**Jones, Beverley & Dorathy**
Nonpriority Creditor's Name
**525 Brossard Dr.**
**Thousand Oaks, CA 91360**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0065**                    **Unknown**

When was the debt incurred?    **06/01/10**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

<table>
<tr><td>4.2<br>179</td><td></td></tr>
</table>

**Jones, Chrystal**
Nonpriority Creditor's Name
**2414 W. Corydon St**
**Compton, CA 90220**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4045**                    **Unknown**

When was the debt incurred?    **12/15/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 180 | **Jones, Danny** | Last 4 digits of account number | **3087** | **Unknown** |

Nonpriority Creditor's Name

**15439 Hartsville St**
**La Puente, CA 91744**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **3/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 181 | **Jones, David & Tinelle** | Last 4 digits of account number | **4038** | **Unknown** |

Nonpriority Creditor's Name

**17720 Regency Cir**
**Bellflower, CA 90706**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **6/3/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 182 | **Jones, Ellen** | Last 4 digits of account number | **0138** | **Unknown** |

Nonpriority Creditor's Name

**17652 webster Ave.**
**Irvine, CA 92614**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **3/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2<br>183 | **Jones, Ellen** | Last 4 digits of account number | **0138** | **Unknown** |

Nonpriority Creditor's Name
**17652 webster Ave.**
**Irvine, CA 92614**
Number Street City State Zip Code

**When was the debt incurred?**   **12/14/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>184 | **Jones, Judy** | Last 4 digits of account number | **9036** | **Unknown** |

Nonpriority Creditor's Name
**16201 Ballantine Ln.**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

**When was the debt incurred?**   **10/16/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>185 | **Jones, Leona** | Last 4 digits of account number | **3018** | **Unknown** |

Nonpriority Creditor's Name
**4729 Lorelei Ave.**
**Long Beach, CA 90808**
Number Street City State Zip Code

**When was the debt incurred?**   **3/1/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 186 | **Jones, Lisa** | Last 4 digits of account number | **4007** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**8232 Santa Inez Dr.
Buena Park, CA 90620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **10/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

| 4.2 187 | **Jones, Mary** | Last 4 digits of account number | **3002** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1645 La Corta St
Lemon Grove, CA 91945**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **3/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

| 4.2 188 | **Jones, Melford** | Last 4 digits of account number | **1946** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1443 W. 95Th St
Los Angeles, CA 90047**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **9/18/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 189 | **Jones, Michael** | Last 4 digits of account number | **4063** | **Unknown** |

Nonpriority Creditor's Name

**1542 S. 10Th Ave**

**Arcadia, CA 91006**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **9/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 190 | **Jones, Milo & Jeanne** | Last 4 digits of account number | **0091** | **Unknown** |

Nonpriority Creditor's Name

**5901 Price Dr.**

**Huntington Beach, CA 92649**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **2/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 191 | **Jones, Pearl** | Last 4 digits of account number | **1964** | **Unknown** |

Nonpriority Creditor's Name

**7875 Whelan Dr**

**San Diego, CA 92119**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **5/19/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 192 | | | |
|---|---|---|---|

**Jones, R.M.**
Nonpriority Creditor's Name

**72326 El Paseo Drive**
**29 Palms, CA 92277**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1946**                    **Unknown**

**When was the debt incurred?**   **8/18/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 193 | | | |
|---|---|---|---|

**Jones, Roger**
Nonpriority Creditor's Name

**1362 Bullard Lane**
**Tustin, CA 92780**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **5100**                    **Unknown**

**When was the debt incurred?**   **2/27/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 194 | | | |
|---|---|---|---|

**Jones, Shawn & Rose**
Nonpriority Creditor's Name

**6459 Falcon Ave.**
**Long Beach, CA 90805**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0028**                    **Unknown**

**When was the debt incurred?**   **04/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 195 | **Jones, Shawn & Rose** | Last 4 digits of account number | **0030** | **Unknown** |

Nonpriority Creditor's Name

**6459 Falcon Ave.**
**Long Beach, CA 90805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **04/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 196 | **Jordan, Birgit** | Last 4 digits of account number | **3114** | **Unknown** |

Nonpriority Creditor's Name

**8852 Marylee Dr**
**Garden Grove, CA 92841**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **9/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 197 | **Jordan, birgit** | Last 4 digits of account number | **9038** | **Unknown** |

Nonpriority Creditor's Name

**925 Carlson Drive**
**Brea, CA 92821**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**  **12/15/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 198 | **Jordan, Dan** | Last 4 digits of account number | **1077** | **Unknown** |

Nonpriority Creditor's Name

**4626 Barrington Ct.**
**Bonita, CA 92002**

Number Street City State Zip Code

When was the debt incurred?   **7/5/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 199 | **Jordan, Gary & Rebecca** | Last 4 digits of account number | **4124** | **Unknown** |

Nonpriority Creditor's Name

**2282 Valley View Blvd**
**El Cajon, CA 92019**

Number Street City State Zip Code

When was the debt incurred?   **7/18/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 200 | **Jordan, George & Kathleen** | Last 4 digits of account number | **3014** | **Unknown** |

Nonpriority Creditor's Name

**5489 C Paseo Del Lago W**
**Laguna Woods, CA 92637**

Number Street City State Zip Code

When was the debt incurred?   **3/16/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2<br>201 | **Jordan, Louis & Joleen** | Last 4 digits of account number | **4033** | **Unknown** |

Nonpriority Creditor's Name

**11484 Palito Ct**
**San Diego, CA 92127**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **3/26/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>202 | **Jordan, Percy** | Last 4 digits of account number | **0060** | **Unknown** |

Nonpriority Creditor's Name

**5489-C Paseo Del Lago W.**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **12/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>203 | **Jordan, Richard & Isabelle** | Last 4 digits of account number | **2011** | **Unknown** |

Nonpriority Creditor's Name

**7209 Farmdale St**
**San Diego, CA 92114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **3/3/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 204 | **Jordan, Robert** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2271 Mardivado Place**
**Fallbrook, CA 92028**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **1011**                    **$0.00**

**When was the debt incurred?**  **11/08/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 205 | **Jost, Ryan & Jamie** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**7791 Pajonia Cir**
**Buena Park, CA 90620**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **4026**                    **Unknown**

**When was the debt incurred?**  **2/1/2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 206 | **Jost, Ryan & Jamie** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**7791 Pajonia Cir**
**Buena Park, CA 90620**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **4026**                    **Unknown**

**When was the debt incurred?**  **11/19/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 207 | | | |
|---|---|---|---|
| **Joujon-Roche, Pierre & Nancy** | Last 4 digits of account number | 0038 | **Unknown** |

Nonpriority Creditor's Name

**10710 Lugo Way**
**Culver City, CA 90230**

When was the debt incurred?    07/27/10

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 208 | | | |
|---|---|---|---|
| **Joujon-Roche, Pierre & Nancy** | Last 4 digits of account number | 4116 | **Unknown** |

Nonpriority Creditor's Name

**10710 Lugo Way**
**Culver City, CA 90230**

When was the debt incurred?    9/2/2014

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 209 | | | |
|---|---|---|---|
| **Journigan, Gary & Shelly** | Last 4 digits of account number | 3209 | **Unknown** |

Nonpriority Creditor's Name

**560 Glover Ave**
**Chula Vista, CA 91910**

When was the debt incurred?    9/25/2013

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 210 | **Joy, Julie** | Last 4 digits of account number | **1071** | **Unknown** |

Nonpriority Creditor's Name
**28124 st Kitts**
**Mission Viejo, CA 92692**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?      **5/31/2011**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 211 | **Juanzemis** | Last 4 digits of account number | **1059** | **Unknown** |

Nonpriority Creditor's Name
**330 Bungalow Drive**
**El Segundo, CA 90245**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?      **03/01/11**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 212 | **Juarez, Leo** | Last 4 digits of account number | **3045** | **Unknown** |

Nonpriority Creditor's Name
**1377 Bowen St.**
**Upland, CA 91786**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?      **2/4/2013**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.2<br>213 | **Jucevic, Betty** | Last 4 digits of account number | **4020** | **Unknown** |

Nonpriority Creditor's Name

**648 24Th Place**
**Hermosa, CA 90254**

When was the debt incurred?   **8/12/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>214 | **Jucevic, Betty** | Last 4 digits of account number | **1135** | **Unknown** |

Nonpriority Creditor's Name

**648 24th Pl**
**Hermosa Beach, CA 90254**

When was the debt incurred?   **11/8/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>215 | **Julian, Arthur** | Last 4 digits of account number | **1133** | **Unknown** |

Nonpriority Creditor's Name

**12751 Tunstall Street**
**Garden Grove, CA 92845**

When was the debt incurred?   **11/8/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 216 | | |
|---|---|---|

**Jun, Mark**
Nonpriority Creditor's Name
**4484 Los Serranos Blvd.**
**Chino Hills, CA 91709**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0075**                          **Unknown**

When was the debt incurred?   **06/08/10**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 217 | | |
|---|---|---|

**Jures, Pam**
Nonpriority Creditor's Name
**944 14th Place**
**Escondido, CA 92025**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3035**                          **Unknown**

When was the debt incurred?   **6/8/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 218 | | |
|---|---|---|

**Jurisich, Ryan & Sokolis, Raven**
Nonpriority Creditor's Name
**5247 Grand Ave**
**Yucca Valley, CA 92284**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3142**                          **Unknown**

When was the debt incurred?   **11/18/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2
219**

**Kadley, Kamala**
Nonpriority Creditor's Name

**3048 Via Serena Street # Q
Laguna Woods, CA 92637**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1059**                    **Unknown**

When was the debt incurred?    **9/14/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
220**

**Kairuz, Salino**
Nonpriority Creditor's Name

**33006 Adelante
Temecula, CA 92592**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3026**                    **Unknown**

When was the debt incurred?    **3/26/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
221**

**Kaiser Permanente**
Nonpriority Creditor's Name

**PO Box 23219
San Diego, CA 92193-9921**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **5251**                    **$1,054.04**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical Bill**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 222 | | |
|---|---|---|

**Kalim, Abdullah**

Nonpriority Creditor's Name

**2351 Medlar Rd.**
**Tustin, CA 92780**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0044**        **Unknown**

**When was the debt incurred?**  **1/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 223 | | |
|---|---|---|

**Kaltenburn, Richard**

Nonpriority Creditor's Name

**422 Sierra Vista**
**Redondo Beach, CA 90277**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1049**        **Unknown**

**When was the debt incurred?**  **8/23/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 224 | | |
|---|---|---|

**Kama, David & Connie**

Nonpriority Creditor's Name

**32182 Fall River Road**
**Trabuco Canyon, CA 92679**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3007**        **Unknown**

**When was the debt incurred?**  **12/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2 225**

**Kama, David & Connie**
Nonpriority Creditor's Name
**32182 Fall River Road**
**Trabuco Canyon, CA 92679**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1004**          **$0.00**

When was the debt incurred?   **07/19/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 226**

**Kameda, Tadoa**
Nonpriority Creditor's Name
**4214 Ruthelma Ave**
**Palo Alto, CA 94306**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1047**          **Unknown**

When was the debt incurred?   **03/08/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 227**

**Kanasardas Investment, LLC**
Nonpriority Creditor's Name
**3845 E Coronado Street**
**Anaheim, CA 92807**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **CUBC**          **$301,469.00**

When was the debt incurred?   **8/1/2013**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed. Lawsuit/Breach of Contact.**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2<br>228 | **Kanatzar, Ivy** | Last 4 digits of account number | **4136** | **Unknown** |

Nonpriority Creditor's Name

**618 E. Pacific St**
**Carson, CA 90745**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **5/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>229 | **Kanatzar, Ivy** | Last 4 digits of account number | **36CO** | **Unknown** |

Nonpriority Creditor's Name

**618 E Pacific St**
**Carson, CA 90745**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **6/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>230 | **Kaneko, Tsuneo** | Last 4 digits of account number | **3053** | **Unknown** |

Nonpriority Creditor's Name

**620 N. Holyoke Ave**
**Pacific Palisades, CA 90272**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **12/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 231 | **Kapadia, Kirit** | Last 4 digits of account number | **3020** | **Unknown** |

Nonpriority Creditor's Name
**10627 Matinal Cir**
**San Diego, CA 92127**
Number Street City State Zip Code

When was the debt incurred?  **3/29/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 232 | **Kaplan, Dave** | Last 4 digits of account number | **1071** | **$0.00** |

Nonpriority Creditor's Name
**436 Stonehedge Pl**
**San Marcos, CA 92069**
Number Street City State Zip Code

When was the debt incurred?  **07/19/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 233 | **Kaplan, Dean** | Last 4 digits of account number | **9002** | **Unknown** |

Nonpriority Creditor's Name
**12432 Fairfield St.**
**Garden Grove, CA 92845**
Number Street City State Zip Code

When was the debt incurred?  **10/16/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.2 234** | **Kaplow, Harry & Elaine** | |

Nonpriority Creditor's Name

**363 W. Laurel Ave.**
**Glendora, CA 91741**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0019**                              **$0.00**

**When was the debt incurred?**   **11/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 235** | **Karlin, Patsy** | |

Nonpriority Creditor's Name

**31299 Bocaw Circle**
**Temecula, CA 92592**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **4134**                              **Unknown**

**When was the debt incurred?**   **5/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 236** | **Karlin, Patsy** | |

Nonpriority Creditor's Name

**31299 Bocaw Cr**
**Temecula, CA 92592**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **4134**                              **Unknown**

**When was the debt incurred?**   **6/3/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 237 | **Karlin, Patsy** | Last 4 digits of account number | **3018** | **Unknown** |

Nonpriority Creditor's Name
**31299 Bocaw Cir**
**Temecula, CA 92592**
Number Street City State Zip Code

When was the debt incurred?    **7/24/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 238 | **Kasberg, Kris & Lisa** | Last 4 digits of account number | **4078** | **Unknown** |

Nonpriority Creditor's Name
**3188 Bear Creek Dr**
**Newbury Park, CA 91320**
Number Street City State Zip Code

When was the debt incurred?    **9/8/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 239 | **Katasky, Victor & Tatiana** | Last 4 digits of account number | **0006** | **Unknown** |

Nonpriority Creditor's Name
**12 Colony Way**
**Aliso Viejo, CA 92656**
Number Street City State Zip Code

When was the debt incurred?    **1/25/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 240 | **Katz, Sylvan** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4003 Calle Sonora Oeste Unit 3G**
**Laguna Woods, CA 92637**
**92637-0000**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1097**                    **Unknown**

When was the debt incurred?   **3/8/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 241 | **Kaur, Daljit** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**26682 6th St.**
**Highland, CA 92346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3033**                    **Unknown**

When was the debt incurred?   **12/2/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 242 | **Kay, Earl** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**15472 Vermont**
**Westminster, CA 92683**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0003**                    **Unknown**

When was the debt incurred?   **04/13/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 243 | **Kay, Helen & Larry** | Last 4 digits of account number | **0082** | **Unknown** |

Nonpriority Creditor's Name
**6137 Chester oark Dr.**
**Lakewood, CA 90713**
Number Street City State Zip Code

When was the debt incurred?   **04/27/10**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 244 | **Kay, Martin & Susana** | Last 4 digits of account number | **0079** | **Unknown** |

Nonpriority Creditor's Name
**1051 Bradcliff**
**Santa Ana, CA 92705**
Number Street City State Zip Code

When was the debt incurred?   **06/01/10**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 245 | **Kaysarn, John** | Last 4 digits of account number | **9009** | **Unknown** |

Nonpriority Creditor's Name
**1060 W. Princeton St.**
**Ontario, CA 91762**
Number Street City State Zip Code

When was the debt incurred?   **11/03/09**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2 246**

**Keane, Catherine**
Nonpriority Creditor's Name

**675 Diamond Way Unit #239**
**Vista, CA 92083**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4023**            **Unknown**

When was the debt incurred?   **11/5/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 247**

**Kearney, Jeff & Laura**
Nonpriority Creditor's Name

**7340 E. Skyline Drive**
**Orange, CA 92867**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1123**            **$0.00**

When was the debt incurred?   **06/14/11**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 248**

**Keeble, Robin & New, Carol**
Nonpriority Creditor's Name

**5487 Twin Lakes Dr**
**Cypress, CA 90630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **61CO**            **Unknown**

When was the debt incurred?   **7/14/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 |
|-----|
| 249 |

**Keech, Helen**
Nonpriority Creditor's Name
**27900 Ridgebluff Ct**
**Rancho Palos Verdes, CA 90275**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1053**                    **Unknown**

When was the debt incurred?   **9/27/2011**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 |
|-----|
| 250 |

**Keenan, Yuliya**
Nonpriority Creditor's Name
**665 Languid Ln.**
**Simi Valley, CA 93065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1124**                    **Unknown**

When was the debt incurred?   **4/19/2011**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 |
|-----|
| 251 |

**Keener, Ernie & Gail**
Nonpriority Creditor's Name
**940 N. San Marcos Rd**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3007**                    **Unknown**

When was the debt incurred?   **3/1/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 252 | **Keil, Dean & Karen** | Last 4 digits of account number | **3065** | **Unknown** |

Nonpriority Creditor's Name

**3042 Paula Dr**
**Santa Monica, CA 90405**
Number Street City State Zip Code

**When was the debt incurred?**   **10/30/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 253 | **Keith, Dennis** | Last 4 digits of account number | **1083** | **Unknown** |

Nonpriority Creditor's Name

**7460 Margerum Ave**
**San Diego, CA 92120**
Number Street City State Zip Code

**When was the debt incurred?**   **9/23/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 254 | **Keith, Dennis** | Last 4 digits of account number | **1083** | **Unknown** |

Nonpriority Creditor's Name

**7460 Margerum Ave.**
**San Diego, CA 92120**
Number Street City State Zip Code

**When was the debt incurred?**   **10/11/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 255 | **Keivens, Tom & Linda** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**3621 Armitage St.**
**San Diego, CA 92117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  3004                          **Unknown**

**When was the debt incurred?**  3/1/2013

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 256 | **Kelley, Cindy** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**15151 Tuba St.**
**Mission Hills, CA 91345**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  3055                          **Unknown**

**When was the debt incurred?**  11/26/2013

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 257 | **Kelley, Cynthia** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**15151 Tuba Street**
**Mission Hills, CA 91345**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  1989                          **Unknown**

**When was the debt incurred?**  3/25/2015

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 258 | **Kellogg, Ron & Sonya** | | |

Nonpriority Creditor's Name

**6265 Roundhill Dr**

**Whittier, CA 90601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3095**          **Unknown**

**When was the debt incurred?**   **11/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 259 | **Kelly, Cameron** | | |

Nonpriority Creditor's Name

**1932 Vista Grande Way**

**Porter Ranch, CA 91326**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0037**          **$0.00**

**When was the debt incurred?**   **08/24/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 260 | **Kelly, Doris F.** | | |

Nonpriority Creditor's Name

**74-441 Zircon Cir.**

**Palm Desert, CA 92260**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1096**          **Unknown**

**When was the debt incurred?**   **3/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 261 | **Kelly, Jennifer** | Last 4 digits of account number   **3104** | **Unknown** |

Nonpriority Creditor's Name
**720 DeWitt Ave**
**Encinitas, CA 92024**
Number Street City State Zip Code

**When was the debt incurred?**   **9/27/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 262 | **Kelly, Renee** | Last 4 digits of account number   **3148** | **Unknown** |

Nonpriority Creditor's Name
**4409 Howard St.**
**Montclair, CA 91763**
Number Street City State Zip Code

**When was the debt incurred?**   **10/11/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 263 | **Kelly, Renee** | Last 4 digits of account number   **48CO** | **Unknown** |

Nonpriority Creditor's Name
**4409 Howard St.**
**Montclair, CA 91763**
Number Street City State Zip Code

**When was the debt incurred?**   **1/15/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 264 | **Kelly, William & Gladys** | | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3772 Carlin Ave.**
**Lynwood, CA 90262**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **0032**

**When was the debt incurred?**   **06/22/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 265 | **Kelsch, Ralph** | | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2604 E. Santa Clara**
**Fullerton, CA 92831**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **0101**

**When was the debt incurred?**   **05/11/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 266 | **Kemp, Steven** | | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**56425 Scandia Ave**
**Yucca Valley, CA 92284**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **2005**

**When was the debt incurred?**   **4/2/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 267 | | | |
|---|---|---|---|

**Kennedy, Don & Kaycee**
Nonpriority Creditor's Name

**11082 Iris Dr.**
**Garden Grove, CA 92840**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **3117**

**When was the debt incurred?**  **8/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 268 | | | |
|---|---|---|---|

**Kennedy, Roger**
Nonpriority Creditor's Name

**7 Vista Sabana**
**Rancho Santa Margarita, CA 92688**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **0091**

**When was the debt incurred?**  **07/06/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 269 | | | |
|---|---|---|---|

**Kent, Beverly**
Nonpriority Creditor's Name

**19855 Vista Hermosa Dr.**
**Walnut, CA 91789**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **3096**

**When was the debt incurred?**  **1/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.2 270** | **Kent, Gordon** | |

Nonpriority Creditor's Name

**1180 Rancheros Pl.**
**Pasadena, CA 91103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1030**                    **Unknown**

**When was the debt incurred?**   **2/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 271** | **Kenworthy, James** | |

Nonpriority Creditor's Name

**5849 Guatemala**
**Buena Park, CA 90620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1023**                    **$0.00**

**When was the debt incurred?**   **07/26/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 272** | **KenWorthy, James & Teena** | |

Nonpriority Creditor's Name

**5849 Guatemala way**
**Buena Park, CA 90620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0053**                    **Unknown**

**When was the debt incurred?**   **06/29/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 273 | **Kerrigan, Joanna** | Last 4 digits of account number | **1003** | **$0.00** |

Nonpriority Creditor's Name
**13 Coach Rd.**
**Rancho Palos Verdes, CA 90275**
Number Street City State Zip Code

When was the debt incurred?   **09/20/11**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 274 | **Kessler, Betty** | Last 4 digits of account number | **1043** | **Unknown** |

Nonpriority Creditor's Name
**3 Lassin Place**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

When was the debt incurred?   **6/28/2011**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 275 | **Kessler, Joan** | Last 4 digits of account number | **1098** | **Unknown** |

Nonpriority Creditor's Name
**1409 Dorita Ct.**
**Upland, CA 91786**
Number Street City State Zip Code

When was the debt incurred?   **4/12/2011**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 276 | **Kessler, Mariann** | Last 4 digits of account number | **2002** | **Unknown** |

Nonpriority Creditor's Name

**570 High Eagle Ct**
**Walnut Creek, CA 94595**
Number Street City State Zip Code

**When was the debt incurred?**   **12/10/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 277 | **Kewal, Sejay** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**922 Rock Canyon**
**San Jose, CA**
Number Street City State Zip Code

**When was the debt incurred?**   **11/3/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 278 | **Key Equipment Finance** | Last 4 digits of account number | **5** | **$8,642.07** |

Nonpriority Creditor's Name

**11030 Circle Point Rd.  2nd Fl**
**Westminster, CO 90020**
Number Street City State Zip Code

**When was the debt incurred?**   **3/1/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Exterior Specialist - Personally Guaranteed**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2
279**

**Khachukova, Galina**

Nonpriority Creditor's Name

**13092 Newland St.**
**Garden Grove, CA 92844**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **0024**                    **Unknown**

When was the debt incurred?    **07/06/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
280**

**Khouri, Dorian**

Nonpriority Creditor's Name

**3556 Beverlyridge**
**Sherman Oaks, CA 91423**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1005**                    **Unknown**

When was the debt incurred?    **11/8/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
281**

**Killinger, George**

Nonpriority Creditor's Name

**2745 S. Foose Rd.**
**Malibu, CA 90265**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1090**                    **Unknown**

When was the debt incurred?    **4/5/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 282 | | |
|---|---|---|

**Killion, Robert**
Nonpriority Creditor's Name

**5459 Candlelight Dr**
**La Jolla, CA 92037**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3135**          **Unknown**

When was the debt incurred?  **7/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 283 | | |
|---|---|---|

**Killion, Robert**
Nonpriority Creditor's Name

**5459 Candlelight Dr**
**La Jolla, CA 92037**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3135**          **Unknown**

When was the debt incurred?  **9/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 284 | | |
|---|---|---|

**Kim, Tae & Hannah**
Nonpriority Creditor's Name

**2459 W. Chanticleer Rd**
**Anaheim, CA 92804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **4119**          **Unknown**

When was the debt incurred?  **4/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 285 | **King, Lee** | | Last 4 digits of account number | **0025** | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**2317 Keegan Way**
**Santa Ana, CA 92705**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **10/19/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 286 | **King, Simon & Kristine** | | Last 4 digits of account number | **0026** | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**15303 Ojai Rd.**
**Santa Paula, CA 93060**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **06/08/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 287 | **King, Toyia** | | Last 4 digits of account number | **4057** | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**15783 Patricia St**
**Moreno Valley, CA 92551**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **5/28/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.2
288**

**Kirchner, Jeanette**

Nonpriority Creditor's Name

**3868 Bass St
La Mesa, CA 91941**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4003**                    **Unknown**

**When was the debt incurred?**   **5/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
289**

**Kirchner, Jeanette**

Nonpriority Creditor's Name

**3868 Bass Street
La Mesa, CA 91941**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3040**                    **Unknown**

**When was the debt incurred?**   **12/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.2
290**

**Kirchner, Jeanette**

Nonpriority Creditor's Name

**3868 Bass St.
La Mesa, CA 91941**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1024**                    **$0.00**

**When was the debt incurred?**   **09/07/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 291 | **Kirkbride, Serena & Craig** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2433 Jasper Glen**
**Escondido, CA 92029**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3015**

**When was the debt incurred?**   **6/28/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 292 | **Kirkhart, Jerry & Judie** | | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**2350 Inyo Dr.**
**Los Osos, CA 93402**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0031**

**When was the debt incurred?**   **12/28/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 293 | **Kirkheart, Jerry & Judy** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2350 Indio Dr**
**Los Osos, CA 93402**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4001**

**When was the debt incurred?**   **7/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 294 | **Kirklen, Karen** | | Last 4 digits of account number | **0060** | **Unknown** |

Nonpriority Creditor's Name
**1241 Sunflower Lane**
**PalmSprings, CA 92262**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **04/06/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 295 | **Kirkpatrick, James** | | Last 4 digits of account number | **1022** | **Unknown** |

Nonpriority Creditor's Name
**9187 Cockatoo Ave**
**Fountain Valley, CA 92708**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **6/21/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 296 | **Kirwan, Janet** | | Last 4 digits of account number | **1058** | **$0.00** |

Nonpriority Creditor's Name
**511 Walnut Dr**
**Milpitas, CA 95035**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **07/05/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 297 | **Kittrell, Jack** | | Last 4 digits of account number | **3008** | **Unknown** |

Nonpriority Creditor's Name

**42236 20th St W**
**Lancaster, CA 93534**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **8/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 298 | **Kitzman, Andrew** | | Last 4 digits of account number | **4099** | **Unknown** |

Nonpriority Creditor's Name

**114 Zorana Pl**
**San Pedro, CA 90732**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **5/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 299 | **Kleist, Fred & Karen** | | Last 4 digits of account number | **1074** | **Unknown** |

Nonpriority Creditor's Name

**25252 Las Bolsas**
**Laguna Hills, CA 92653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **10/25/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 300 | **Klejeski, Richard** | Last 4 digits of account number | **3148** | **Unknown** |

Nonpriority Creditor's Name
**3962 Spica Way**
**Lompoc, CA 93437**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**      **9/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 301 | **Kline, Marie** | Last 4 digits of account number | **1129** | **Unknown** |

Nonpriority Creditor's Name
**451 Walters St.**
**Colton, CA 92324**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**      **4/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 302 | **Klingensmith, Laura & William** | Last 4 digits of account number | **3065** | **Unknown** |

Nonpriority Creditor's Name
**77054 California Dr.**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**      **7/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Official Form 106 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 769 of 1623

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

| | | | |
|---|---|---|---|
| 4.2 303 | **Klinghoffer, William** | Last 4 digits of account number   **1021** | **$0.00** |

Nonpriority Creditor's Name
**3715 Avolencia Dr.**
**Fullerton, CA 92835**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **10/11/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.2 304 | **Kloessner, Maria** | Last 4 digits of account number   **1065** | **$0.00** |

Nonpriority Creditor's Name
**23676 Sorsina**
**Laguna Hills, CA 92653**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **07/12/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.2 305 | **Klose, Joan** | Last 4 digits of account number   **9015** | **Unknown** |

Nonpriority Creditor's Name
**132 Via Trieste**
**Newport Beach, CA 92663**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **11/03/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 306 | | | |
|---|---|---|---|

**Klunder, Joan**
Nonpriority Creditor's Name

**28872 Via Buena Vista**
**San Juan Capistrano, CA 92675**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3063**                    **Unknown**

When was the debt incurred?    **7/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 307 | | | |
|---|---|---|---|

**Klunder, Joan**
Nonpriority Creditor's Name

**28872 Via Buena Vista**
**San Juan Capistrano, CA 92675**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4069**                    **Unknown**

When was the debt incurred?    **3/3/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 308 | | | |
|---|---|---|---|

**Knight, Dylan & Dara**
Nonpriority Creditor's Name

**9157 Sebastiane Way**
**Sacramento, CA 95829**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0018**                    **$0.00**

When was the debt incurred?    **08/31/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 309 | **Knight, Jeffrey** | | | | Unknown |

Nonpriority Creditor's Name

**2143 Saxe Court.**
**Thousand Oaks, CA 91360**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1103**

When was the debt incurred?  **7/12/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 310 | **Knobbe, Loretta Jean** | | | | Unknown |

Nonpriority Creditor's Name

**4650 Jeri Way**
**El Cajon, CA 92020**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4072**

When was the debt incurred?  **4/4/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 311 | **Knoblauch, Renate Burns** | | | | Unknown |

Nonpriority Creditor's Name

**42585 Devonshire St**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number  **3003**

When was the debt incurred?  **3/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 312 | **Knorr, Robert & Pat** | Last 4 digits of account number | **0048** | **Unknown** |

Nonpriority Creditor's Name

**20451 School Kraft St.**
**Winnetka, CA 90306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **04/06/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 313 | **Knoth, Charlie & Sallie** | Last 4 digits of account number | **3072** | **Unknown** |

Nonpriority Creditor's Name

**7112 Betty Dr**
**Huntington Beach, CA 92647**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **1/31/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 314 | **Knox, Brandon & Kim** | Last 4 digits of account number | **3029** | **Unknown** |

Nonpriority Creditor's Name

**29523 Hyperion Street**
**Murrietta, CA 92563**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 315 | **Kobata, Keith & Robin** | Last 4 digits of account number | **0163** | **Unknown** |

Nonpriority Creditor's Name

**24265 Park St.**
**Torrance, CA 90505**
Number Street City State Zip Code

**When was the debt incurred?**    **12/14/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 316 | **Koch, Horst** | Last 4 digits of account number | **2043** | **Unknown** |

Nonpriority Creditor's Name

**31371 Alta Vista**
**Redlands, CA 92373**
Number Street City State Zip Code

**When was the debt incurred?**    **1/8/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 317 | **Koch, Virginia** | Last 4 digits of account number | **3004** | **Unknown** |

Nonpriority Creditor's Name

**24029 Pico Ave**
**Sun City, CA 92585**
Number Street City State Zip Code

**When was the debt incurred?**    **8/12/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 318 | **Koch, Woody & Marti** | Last 4 digits of account number | **0090** | **Unknown** |

Nonpriority Creditor's Name

**2413 Hartford Ave.**
**Fullerton, CA 92835**

When was the debt incurred?   **06/15/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 319 | **Kochman, Thomas** | Last 4 digits of account number | **4136** | **Unknown** |

Nonpriority Creditor's Name

**777 Greenleaf Canyon Rd**
**Topanga, CA 90290**

When was the debt incurred?   **9/8/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 320 | **Koerselman. Hanriette** | Last 4 digits of account number | **1072** | **Unknown** |

Nonpriority Creditor's Name

**12527 Fallcreek Ln**
**Cerritos, CA 90703**

When was the debt incurred?   **3/1/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>321 | **Kohls** | Last 4 digits of account number | **7570** | $154.73 |

Nonpriority Creditor's Name

**N56 W 17000 Ridgewood Dr**
**Menomonee Falls, WI 53051**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2012-2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.2<br>322 | **Konkol, Bill & Cathy** | Last 4 digits of account number | **0107** | Unknown |

Nonpriority Creditor's Name

**560 Dalton Way**
**Goleta, CA 93117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **05/18/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>323 | **Kosin, Carolyn & Beaver, Peter** | Last 4 digits of account number | **1057** | Unknown |

Nonpriority Creditor's Name

**1941 Lave Ave.**
**Long Beach, CA 90815**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 324 | **Kovacs, Tim** | Last 4 digits of account number | **1035** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**9507 E. Camino Real**
**Arcadia, CA 91007**

When was the debt incurred?  **07/19/11**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 325 | **Kowalski, John** | Last 4 digits of account number | **4082** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2080 Alexander Dr**
**Escondido, CA 92025**

When was the debt incurred?  **6/3/2014**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 326 | **Kowalski, John & Sandy** | Last 4 digits of account number | **0137** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**938 Taft Ave.**
**El Cajon, CA 92020**

When was the debt incurred?  **11/16/10**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2
327**

**Kozonis, Lynda Harris**
Nonpriority Creditor's Name

**24820 Valecrest Drive**
**Moreno Valley, CA 92557**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2024**          **Unknown**

When was the debt incurred?   **8/10/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
328**

**Kraus, Susan**
Nonpriority Creditor's Name

**1772 Amherst Rd.**
**Tustin, CA 92780**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0063**          **Unknown**

When was the debt incurred?   **12/28/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
329**

**Krentz, Donald & Jan**
Nonpriority Creditor's Name

**13828 Pequot Drive**
**Poway, CA 92064**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1975**          **Unknown**

When was the debt incurred?   **2/20/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 330 | **Krentz, Donald & Jan** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**13828 Peguot Dr**
**Poway, CA 92064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4036**                    **Unknown**

**When was the debt incurred?**   **9/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 331 | **Krentz, Ryan & Tanya** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**143 Willow Grove Place**
**Escondido, CA 92027**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3098**                    **Unknown**

**When was the debt incurred?**   **1/14/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 332 | **Kress, Steve & Allison** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2629 Fawn Cir**
**La Verne, CA 91750**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3030**                    **Unknown**

**When was the debt incurred?**   **1/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 333 | **Krickhahn, Herbert & Marcia** | Last 4 digits of account number | **3097** | **Unknown** |

Nonpriority Creditor's Name
**5603 Stallion Oaks**
**El Cajon, CA 92019**
Number Street City State Zip Code

When was the debt incurred?  **8/9/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 334 | **Krischen, Alice** | Last 4 digits of account number | **3062** | **Unknown** |

Nonpriority Creditor's Name
**26570 San Fransisco Crt**
**Highland, CA 92346**
Number Street City State Zip Code

When was the debt incurred?  **8/18/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 335 | **Kroeze, Scott** | Last 4 digits of account number | **2002** | **Unknown** |

Nonpriority Creditor's Name
**4358 Tulane Ave**
**Long Beach, CA 90808**
Number Street City State Zip Code

When was the debt incurred?  **8/1/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 336 | **Krogh, Auis** | Last 4 digits of account number | **1001** | **$0.00** |

Nonpriority Creditor's Name

**2241 Avenita Del Diablo**
**Escondido, CA 92029**

When was the debt incurred?  **10/18/11**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 337 | **Krolik, Georgia** | Last 4 digits of account number | **2007** | **Unknown** |

Nonpriority Creditor's Name

**9768 Hinsdale St.**
**Santee, CA 92071**

When was the debt incurred?  **12/29/2012**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 338 | **Krueger, Lawrence** | Last 4 digits of account number | **2029** | **Unknown** |

Nonpriority Creditor's Name

**8845 Camphor Ave**
**Hesperia, CA 92345**

When was the debt incurred?  **2/26/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 339 | **krug, Lillian** | | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8458 Carnation Drive**
**Buena Park, CA 90620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9048**

**When was the debt incurred?**   **01/12/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 340 | **Krumm, Theodor** | | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1020 San Bernardino Avenue**
**Spring Valley, CA 91977**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1032**

**When was the debt incurred?**   **11/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 341 | **Kruspodin, Mark** | | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**15910 Ventura Blvd. #800**
**Encino, CA 91344**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0074**

**When was the debt incurred?**   **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | |
|---|---|
| **4.2**<br>**342** | **Kryger, Robert** |

Nonpriority Creditor's Name

**888 S Lemon St.**
**Anaheim, CA 92805**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **3115**                    **Unknown**

**When was the debt incurred?**   **1/3/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.2**<br>**343** | **Kubiak, Marie** |

Nonpriority Creditor's Name

**121 Stanford Ln.**
**Seal Beach, CA 90740**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0124**                    **Unknown**

**When was the debt incurred?**   **08/17/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.2**<br>**344** | **Kuderna, Jerome & Fleming, Marilyn** |

Nonpriority Creditor's Name

**1431 Glendale Ave**
**Berkeley, CA 94708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **4019**                    **Unknown**

**When was the debt incurred?**   **3/10/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 |
|-----|
| 345 |

**Kuhlmeyer, April & Ed**
Nonpriority Creditor's Name

**6929 Mautonya Rd**
**29 Palms, CA 92277**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4158**        **Unknown**

When was the debt incurred?   **8/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 |
|-----|
| 346 |

**Kuhlmeyer, Edward & April**
Nonpriority Creditor's Name

**6929 Mantonya Dr.**
**29 Palms, CA 92277**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3021**        **Unknown**

When was the debt incurred?   **12/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 |
|-----|
| 347 |

**Kulpa, John**
Nonpriority Creditor's Name

**1 Bowe RD**
**Rolling Hills, CA 90274**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1008**        **Unknown**

When was the debt incurred?   **10/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2 348**

**Kunsman, Steve & Gloria**
Nonpriority Creditor's Name

**1111 San Pasquale Valley**
**Escondido, CA 92027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **3075**                **Unknown**

**When was the debt incurred?**    **7/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 349**

**Kuoppamaki, Lauri & Jeri**
Nonpriority Creditor's Name

**2830 Anna Street**
**Riverside, CA 92506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1079**                **Unknown**

**When was the debt incurred?**    **8/9/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 350**

**Kurtz, Curt & Sandy**
Nonpriority Creditor's Name

**20514 Sylvanwood Ave**
**Lakewood, CA 90715**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **4118**                **Unknown**

**When was the debt incurred?**    **8/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 |
|-----|
| 351 |

**Kurtz, Kurt & Sandra**                                  **Unknown**

Nonpriority Creditor's Name

**20514 Sylvanwood Ave**
**Lakewood, CA 90715**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4118**

**When was the debt incurred?**    **9/5/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 |
|-----|
| 352 |

**Kutansky, Tom**                                  **Unknown**

Nonpriority Creditor's Name

**16725 Ivy Ave.**
**Fontana, CA 92335**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3007**

**When was the debt incurred?**    **4/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 |
|-----|
| 353 |

**Kuykendall, Floyd**                                  **Unknown**

Nonpriority Creditor's Name

**305 Morey Ave**
**Sacramento, CA 95838**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4113**

**When was the debt incurred?**    **9/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 354 | **La Fevre, Charles** | | |

Nonpriority Creditor's Name

**12591 Aspen Wood Ln**
**Garden Grove, CA 92840**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **4051**          **Unknown**

**When was the debt incurred?**   **8/28/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 355 | **La Pointe, Mark** | | |

Nonpriority Creditor's Name

**1047 E. Grinnell**
**Burbank, CA 91501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **3084**          **Unknown**

**When was the debt incurred?**   **7/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 356 | **La Pointe, Mark** | | |

Nonpriority Creditor's Name

**1047 E Grinnell Dr**
**Burbank, CA 91501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **3039**          **Unknown**

**When was the debt incurred?**   **10/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2<br>357 | **Labbee, Eileen** | Last 4 digits of account number | **1030** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1201 N Rancho Ave.**
**Colton, CA 92324**

When was the debt incurred?   **5/24/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>358 | **Labrinto, Adoracion & Francis** | Last 4 digits of account number | **1013** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**9031 Dunabe Ln.**
**San Diego, CA 92126**

When was the debt incurred?   **1/25/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>359 | **Ladner, Marvin** | Last 4 digits of account number | **0002** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**5905 Meadowbrook Ln.**
**Riverside, CA 92504**

When was the debt incurred?   **08/17/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 360 | | | |
|---|---|---|---|

**Lagaspi, Alicia**
Nonpriority Creditor's Name

**6114 Senda Anagosta**
**Bonita, CA 91902**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  1034            $0.00

**When was the debt incurred?**  08/02/11

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 361 | | | |
|---|---|---|---|

**Lagos, Benito**
Nonpriority Creditor's Name

**57 Chaparral Rd.**
**Oak View, CA 93022**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  0132            $0.00

**When was the debt incurred?**  10/19/10

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 362 | | | |
|---|---|---|---|

**Lagreau, Shari**
Nonpriority Creditor's Name

**633 San Felipe**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  4049            Unknown

**When was the debt incurred?**  11/21/2014

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| Debtor 1 | **Casey John Simon** |
|---|---|
| Debtor 2 | **Korrine Ellen Simon** |

Case number (*if know*)

---

<table>
<tr><td>4.2<br>363</td><td></td></tr>
</table>

**Laguna Woods Village**

Nonpriority Creditor's Name

**PO Box 2220**
**Laguna Hills, CA 92654**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number       **PacificCoas tHomeSolut ions**

When was the debt incurred?       **6/1/2009**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify       **Business Debt - Creditor of Exterior Specialist**

**Unknown**

---

<table>
<tr><td>4.2<br>364</td><td></td></tr>
</table>

**Laird, Rand**

Nonpriority Creditor's Name

**262 Grand Ave**
**Monrovia, CA 92016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number       **2016**

When was the debt incurred?       **11/9/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify       **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

<table>
<tr><td>4.2<br>365</td><td></td></tr>
</table>

**Lake, Diane**

Nonpriority Creditor's Name

**69765 Indio Ave.**
**Mountian Center, CA 92561**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number       **4020**

When was the debt incurred?       **2/24/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify       **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.2**
**366**

**Lake, Merrill**
Nonpriority Creditor's Name
**812 W College Ave**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1049**                    **Unknown**

When was the debt incurred?    **11/1/2011**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**367**

**Lake, Merrill**
Nonpriority Creditor's Name
**812 W College Ave**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1004**                    **Unknown**

When was the debt incurred?    **11/22/2011**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**368**

**Laliberte, Thomas**
Nonpriority Creditor's Name
**16 Chandra Lane**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3002**                    **Unknown**

When was the debt incurred?    **4/29/2013**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 369 | | |
|---|---|---|
| **Lalonde, Thomas** | Last 4 digits of account number   **4025** | **Unknown** |

Nonpriority Creditor's Name

**1625 W. Oak Ave**
**Fullerton, CA 92833**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **1/13/2014**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 370 | | |
|---|---|---|
| **Lalonde, Tom** | Last 4 digits of account number   **3062** | **Unknown** |

Nonpriority Creditor's Name

**1625 W Oak**
**Fullerton, CA 92833**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **4/15/2013**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 371 | | |
|---|---|---|
| **Lambert, Alice** | Last 4 digits of account number   **0171** | **Unknown** |

Nonpriority Creditor's Name

**21112 Windchild Ln.**
**Huntington Beach, CA 92646**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12/14/10**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 372 | **lamp, Harlan & Deborah** | Last 4 digits of account number | **9049** | **Unknown** |

Nonpriority Creditor's Name

**1601 E. Arbolita**
**La Habra, CA 90631**

When was the debt incurred?    **01/12/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 373 | **Landford, Maurice** | Last 4 digits of account number | **2008** | **Unknown** |

Nonpriority Creditor's Name

**39990 Buffy Way**
**Murrietta, CA 92563**

When was the debt incurred?    **12/19/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 374 | **Landinguin, Cecilia & Douglas** | Last 4 digits of account number | **4099** | **Unknown** |

Nonpriority Creditor's Name

**2275 Farringdon Ave**
**Pomona, CA 91768**

When was the debt incurred?    **9/29/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 375 | **Landinguin, Cecilia & Douglas** | Last 4 digits of account number | **4099** | **Unknown** |

Nonpriority Creditor's Name

**2275 Farringdon Ave**
**Pomona, CA 91768**

Number Street City State Zip Code

When was the debt incurred?   **10/6/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 376 | **Landry, Robert** | Last 4 digits of account number | **4056** | **Unknown** |

Nonpriority Creditor's Name

**8636 Via Mallorca**
**La Jolla, CA 92037**

Number Street City State Zip Code

When was the debt incurred?   **5/1/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 377 | **Landry, Robert** | Last 4 digits of account number | **1066** | **Unknown** |

Nonpriority Creditor's Name

**8636 Via Mallorca**
**La Jolla, CA 92037**

Number Street City State Zip Code

When was the debt incurred?   **9/7/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 378 | | | |
|---|---|---|---|

**Lane, Sondra**
Nonpriority Creditor's Name

**1565 W. Arrow Hwy. #D11**
**Upland, CA 91786**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2041**                    **Unknown**

**When was the debt incurred?**    **1/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 379 | | | |
|---|---|---|---|

**Lang, Marilyn**
Nonpriority Creditor's Name

**7155 Mission Grove Pkwy**
**Riverside, CA 92506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3081**                    **Unknown**

**When was the debt incurred?**    **5/30/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 380 | | | |
|---|---|---|---|

**Lange, John**
Nonpriority Creditor's Name

**28164 Via Bonalde**
**Mission Viejo, CA 92692**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0054**                    **Unknown**

**When was the debt incurred?**    **02/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 381 | **Langford, Constrance** | | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**14544 Central Rd**

**Apple Valley, CA 92307**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1970**

**When was the debt incurred?**    **8/27/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 382 | **Lanterman, Betty** | | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**12570 Oaks North**

**San Diego, CA 92128**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1077**

**When was the debt incurred?**    **08/16/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 383 | **Lapalucci, Frances** | | | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**42684 Edessa**

**Palm Desert, CA 92211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **3168**

**When was the debt incurred?**    **11/12/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 384 | **Lapointe, Mark** | Last 4 digits of account number | **0081** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1047 E. Grinnell Dr.**
**Burbank, CA 91504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **08/31/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 385 | **Lara, Javier** | Last 4 digits of account number | **3044** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**12445 Avenida Alta Loma**
**Desert Hot Springs, CA 92240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **7/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 386 | **Lara, Josephine** | Last 4 digits of account number | **3012** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**15522 Talbot Drive**
**La Mirada, CA 90638**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **6/24/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 387 | | | |
|---|---|---|---|

**Laramie, John**
Nonpriority Creditor's Name

**1855 Bagpipe**
**San Jose, CA 95121**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0038**          **Unknown**

**When was the debt incurred?** **01/18/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 388 | | | |
|---|---|---|---|

**Larsen, Monte**
Nonpriority Creditor's Name

**480 Park St.**
**Buellton, CA 93427**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0104**          **Unknown**

**When was the debt incurred?** **1/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 389 | | | |
|---|---|---|---|

**Larsen, Pat**
Nonpriority Creditor's Name

**2926 Humphrey**
**Richmond, CA 94804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1062**          **Unknown**

**When was the debt incurred?** **02/15/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 390 | **Larsen, Raymond & Mrs.** | Last 4 digits of account number | **3078** | **Unknown** |

Nonpriority Creditor's Name
**3415 Borreson St**
**San Diego, CA 92117**
Number Street City State Zip Code

When was the debt incurred?   **10/30/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 391 | **Lasaca, Ted** | Last 4 digits of account number | **3164** | **Unknown** |

Nonpriority Creditor's Name
**10817 Dakota Ranch Rd**
**Santee, CA 92071**
Number Street City State Zip Code

When was the debt incurred?   **9/10/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 392 | **Lashbrook, Art** | Last 4 digits of account number | **1968** | **Unknown** |

Nonpriority Creditor's Name
**4585 Essex Court**
**San Diego, CA 92010**
Number Street City State Zip Code

When was the debt incurred?   **3/15/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 393 | |
|---|---|

**Laszewski, Dolores**
Nonpriority Creditor's Name
**1331 N Date St.**
**Escondido, CA 92026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4078**                          **Unknown**

**When was the debt incurred?**   **2/4/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 394 | |
|---|---|

**Latham, Marcus & Linda**
Nonpriority Creditor's Name
**2215 Mayfair Court**
**Costa Mesa, CA 92627**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4107**                          **Unknown**

**When was the debt incurred?**   **4/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 395 | |
|---|---|

**Latin Affair, Inc.**
Nonpriority Creditor's Name
**8351 Stewart and Gray Rd**
**Downey, CA 90241**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number   **None**                          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)*

---

| 4.2 396 | |
|---|---|

**Latin Affair, Inc.**
Nonpriority Creditor's Name

**8351 Stewart and Gray Rd**
**Downey, CA 90241**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **None**                        **Unknown**

**When was the debt incurred?**   **5/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.2 397 | |
|---|---|

**Laughlin, Willis & Elsie**
Nonpriority Creditor's Name

**2868 Bayside Walk, Unit B**
**San Diego, CA 92109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1947**                        **Unknown**

**When was the debt incurred?**   **2/13/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 398 | |
|---|---|

**Laurent, Craig & Patricia**
Nonpriority Creditor's Name

**6360 Eisenhower Court**
**Chino, CA 91710**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **4093**                        **Unknown**

**When was the debt incurred?**   **5/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 399 | **Lautenschlager, Carole** | Last 4 digits of account number | **3002** | **Unknown** |

Nonpriority Creditor's Name

**6655 Brewster Ct.**

**Cypress, CA 90630**

When was the debt incurred?    **2/7/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 400 | **Lavere, Tom** | Last 4 digits of account number | **4108** | **Unknown** |

Nonpriority Creditor's Name

**1101 S Hilda St**

**Anahiem, CA 92806**

When was the debt incurred?    **6/3/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 401 | **Lavery, Adrian & Sarah** | Last 4 digits of account number | **3003** | **Unknown** |

Nonpriority Creditor's Name

**2266 Karendale Circle**

**Riverside, CA 92506**

When was the debt incurred?    **6/1/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 402 | | |
|---|---|---|

**Lavery, Adrian & Sarah**

Nonpriority Creditor's Name

**2266 Karendale Cir**

**Riverside, CA 92506**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3003**      **Unknown**

**When was the debt incurred?**   **7/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 403 | | |
|---|---|---|

**Lawlor, Leslie & Neil**

Nonpriority Creditor's Name

**2142 Dover Way**

**Pittsburg, CA 94565**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **4063**      **Unknown**

**When was the debt incurred?**   **6/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 404 | | |
|---|---|---|

**Lawrence, Kevin**

Nonpriority Creditor's Name

**13383 Harper Pl**

**Fontana, CA 92336**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3027**      **Unknown**

**When was the debt incurred?**   **6/3/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 405 | | |
|---|---|---|

**Lawrence, Michael**
Nonpriority Creditor's Name

**4258 West Dale Rd.**
**Moorpark, CA 93021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1088**

**When was the debt incurred?**   **11/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 406 | | |
|---|---|---|

**Lawrence, Mike & Linda**
Nonpriority Creditor's Name

**4258 Westdale Road**
**Moorpark, CA 93021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4105**

**When was the debt incurred?**   **2/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 407 | | |
|---|---|---|

**Lawson, Carol**
Nonpriority Creditor's Name

**5635 Severin Dr.**
**La Mesa, CA 91942**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0024**

**When was the debt incurred?**   **03/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 408 |
|---|

**Lax, Robert**
Nonpriority Creditor's Name
**12091 Barnes Court**
**Moreno Valley, CA 92557**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **None**        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.2 409 |
|---|

**Lax, Robert**
Nonpriority Creditor's Name
**12091 Barnes Court**
**Moreno Valley, CA 92557**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **None**        **Unknown**

**When was the debt incurred?**    **1/1/2015**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.2 410 |
|---|

**LBA Realty**
Nonpriority Creditor's Name
**3347 Michelson Dr. Ste 210**
**Irvine, CA 92612**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **a500**        **$8,994.60**

**When was the debt incurred?**    **3/1/2016**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Exterior Specialist - Personally Guaranteed**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.2
411**

**Le, Hung**
Nonpriority Creditor's Name

**13426 Parkview Terr.**
**Chino Hills, CA 91709**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0019**

When was the debt incurred?   **03/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

**4.2
412**

**Le, Jenny**
Nonpriority Creditor's Name

**12235 Pine Ave**
**Norwalk, CA 90650**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2051**

When was the debt incurred?   **12/27/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

**4.2
413**

**Leaf, Dan & Delia**
Nonpriority Creditor's Name

**2280 Rolling Ridge Dr**
**Chula Vista, CA 91914**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1933**

When was the debt incurred?   **1/8/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| Debtor 2 | **Korrine Ellen Simon** |

Case number (if know) _____

---

**4.2**
**414**

**Leary, Fredrick & Margaret**

Nonpriority Creditor's Name

**4905 E. Brookside Ave.**
**Orange, CA 92867**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number     **0024**                    **Unknown**

When was the debt incurred?     **02/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**415**

**Leavitt, Jean & Matthew**

Nonpriority Creditor's Name

**2005 W. Lumber St**
**Lancaster, CA 93536**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number     **4066**                    **Unknown**

When was the debt incurred?     **9/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**416**

**Leavitt, Matthew**

Nonpriority Creditor's Name

**2005 W. Lumber St**
**Lancaster, CA 93536**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number     **4066**                    **Unknown**

When was the debt incurred?     **9/18/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 417 | | | |
|---|---|---|---|

**Leavitt, Matthew**

Nonpriority Creditor's Name

**2005 W Lumber St**
**Lancaster, CA 93536**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**   **4066**

**When was the debt incurred?**   **9/23/2014**

As of the date you file, the claim is: Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 418 | | | |
|---|---|---|---|

**Leavitt-So. Calif. Insur Svcs-Agent**

Nonpriority Creditor's Name

**1820 E 1st St 500**
**Santa Ana, CA 92705-4069**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**   **Exterior Specialist**

**When was the debt incurred?**   **1/1/2014**

As of the date you file, the claim is: Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

**Unknown**

---

| 4.2 419 | | | |
|---|---|---|---|

**Lebron, Yvonne**

Nonpriority Creditor's Name

**2973 Blakeman Ave.**
**Rowland Heights, CA 91748**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number**   **0084**

**When was the debt incurred?**   **02/16/10**

As of the date you file, the claim is: Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 420 | **Lechner, Ana** | Last 4 digits of account number | **0006** | **Unknown** |

Nonpriority Creditor's Name

**6742 Defiance Dr.**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

**When was the debt incurred?**   **02/16/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 421 | **Lechner, Ana** | Last 4 digits of account number | **9002** | **Unknown** |

Nonpriority Creditor's Name

**6742 Defiance Dr.**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

**When was the debt incurred?**   **11/24/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 422 | **Lecompte, Eunice** | Last 4 digits of account number | **0082** | **Unknown** |

Nonpriority Creditor's Name

**831 S. Hampstead St.**
**Anaheim, CA 92802**
Number Street City State Zip Code

**When was the debt incurred?**   **10/26/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 423 | |
|---|---|

**Leday, Michael & Claudette**

Nonpriority Creditor's Name

**138 Arran Ave**
**San Diego, CA 91977**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3023**                          **Unknown**

When was the debt incurred?   **6/29/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 424 | |
|---|---|

**Ledbetter, Jan & Earl**

Nonpriority Creditor's Name

**8496 Rosewell St.**
**Ventura, CA 93004**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0051**                          **$0.00**

When was the debt incurred?   **08/10/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 425 | |
|---|---|

**Ledbetter, Mary**

Nonpriority Creditor's Name

**9507 Kessler Ave.**
**Chatsworth, CA 91311**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3002**                          **Unknown**

When was the debt incurred?   **5/20/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 426 | **Lee (Shaw), Kenneth** | Last 4 digits of account number | **1041** | **Unknown** |

Nonpriority Creditor's Name

**240 N Coronado Str**

**Los Angeles, CA 90026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **10/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 427 | **Lee, James** | Last 4 digits of account number | **2025** | **Unknown** |

Nonpriority Creditor's Name

**19139 Live Oak St**

**Hesperia, CA 92345**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **4/8/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 428 | **Lee, Joan** | Last 4 digits of account number | **0126** | **$0.00** |

Nonpriority Creditor's Name

**17053 April Ln.**

**Santa Paula, CA 93060**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **10/19/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2**
**429**

**Lee, Joanmae**

Nonpriority Creditor's Name

**1888 Timber Trail**
**Vista, CA 92081**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4105**                    **Unknown**

**When was the debt incurred?**   **8/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**430**

**Lee, Joanmae**

Nonpriority Creditor's Name

**1888 Timber Trail**
**Vista, CA 92081**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4015**                    **Unknown**

**When was the debt incurred?**   **9/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**431**

**Lee, Samuella**

Nonpriority Creditor's Name

**9060 65th Street**
**Jurupa Valley, CA 92509**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3003**                    **Unknown**

**When was the debt incurred?**   **9/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 432 | | |
|---|---|---|

**Lee, Taryn**
Nonpriority Creditor's Name

**2634 La Paloma Cir.**
**Thousand Oaks, CA 91360**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  0110

**When was the debt incurred?**  06/29/10

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 433 | | |
|---|---|---|

**Leedy, Gordon**
Nonpriority Creditor's Name

**2447 N. Mountain Ave**
**Upland, CA 91784**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  3050

**When was the debt incurred?**  12/12/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 434 | | |
|---|---|---|

**Leedy, Gordon**
Nonpriority Creditor's Name

**2447 N Mountain Ave**
**Upland, CA 91784**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  3050

**When was the debt incurred?**  1/7/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2
435**

**LeFevre, Chuck & Beverly**
Nonpriority Creditor's Name

**12591 Aspenwood Ln.**
**Garden Grove, CA 92840**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0093**                    **Unknown**

**When was the debt incurred?**    **05/04/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
436**

**Leinen, Christine**
Nonpriority Creditor's Name

**2304 Indian Avenue**
**Perris, CA 92571**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1077**                    **Unknown**

**When was the debt incurred?**    **8/9/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
437**

**Lejmi, Sonia & Samir**
Nonpriority Creditor's Name

**235 Perry St.**
**Milpitas, CA 95035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3002**                    **Unknown**

**When was the debt incurred?**    **2/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.2 438** | **Lenhausen, Ron & Cindy** | |

Nonpriority Creditor's Name

**13701 Moreno Way**
**Moreno Valley, CA 92553**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **60CO**          **Unknown**

**When was the debt incurred?**   **9/27/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 439** | **Lennon, Jeffrey** | |

Nonpriority Creditor's Name

**2416 Grand Cana**
**Irvine, CA 92620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **None**          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 440** | **Lennon, Jeffrey** | |

Nonpriority Creditor's Name

**2416 Grand Canal**
**Irvine, CA 92620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **None**          **Unknown**

**When was the debt incurred?**   **1/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 441 | **Lennon, Nancy** | Last 4 digits of account number | **0082** | **Unknown** |

Nonpriority Creditor's Name
**4148 Marwick Ave.**
**Lakewood, CA 90713**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **02/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 442 | **Lenoci, Angelo & Barbara** | Last 4 digits of account number | **0004** | **Unknown** |

Nonpriority Creditor's Name
**4895 Sevilla Way**
**Carlsbad, CA 92008**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **2/1/2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 443 | **Lenoci, Angelo & Barbara** | Last 4 digits of account number | **0004** | **Unknown** |

Nonpriority Creditor's Name
**4895 Sevilla Way**
**Carlsbad, CA 92008**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **02/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2<br>444 | | | |
|---|---|---|---|

**Lents, James & Pamela**
Nonpriority Creditor's Name

**39978 Golfers Dr**
**Palmdale, CA 93551**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4056**                        **Unknown**

**When was the debt incurred?**   **7/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>445 | | | |
|---|---|---|---|

**Leon, Irene**
Nonpriority Creditor's Name

**20505 E. Covina Hills Rd**
**Covina, CA 91724**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3082**                        **Unknown**

**When was the debt incurred?**   **7/12/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>446 | | | |
|---|---|---|---|

**Leon, Tony**
Nonpriority Creditor's Name

**7360 Peach Blosson Ct**
**Highland, CA 92346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1046**                        **$0.00**

**When was the debt incurred?**   **07/12/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.2 447** | **Leong, Mary & William** | Last 4 digits of account number **3135** | **Unknown** |

Nonpriority Creditor's Name
**113 Donchain Circle**
**Montebello, CA 90640**
Number Street City State Zlp Code

When was the debt incurred? **4/1/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 448** | **Leovy, Patricia** | Last 4 digits of account number **3083** | **Unknown** |

Nonpriority Creditor's Name
**10665 Caminito Cascara**
**San Diego, CA 92108**
Number Street City State Zlp Code

When was the debt incurred? **11/4/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 449** | **Leovy, Patricia** | Last 4 digits of account number **4091** | **Unknown** |

Nonpriority Creditor's Name
**10665 Caminito Cascara**
**San Diego, CA 92108**
Number Street City State Zlp Code

When was the debt incurred? **4/2/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.2 450**

**Lesaca, Theodore**                                    Last 4 digits of account number  **4027**                    **Unknown**
Nonpriority Creditor's Name
**10817 Dakota Ranch Rd.**                             When was the debt incurred?  **4/18/2014**
**Santee, CA 92071**
Number Street City State ZIp Code
Who incurred the debt? Check one.                      As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                           ■ Disputed
☐ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       **Business Debt - Past Customer of Exterior**
☐ Yes                                                  ■ Other. Specify  **Specialist**

---

**4.2 451**

**Lesher, Sheila**                                     Last 4 digits of account number  **3062**                    **Unknown**
Nonpriority Creditor's Name
**9881 Paseo Montalban**                               When was the debt incurred?  **12/7/2013**
**San Diego, CA 92129**
Number Street City State ZIp Code
Who incurred the debt? Check one.                      As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                           ■ Disputed
☐ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       **Business Debt - Past Customers of Exterior**
☐ Yes                                                  ■ Other. Specify  **Specialist**

---

**4.2 452**

**Levine II, Barry**                                   Last 4 digits of account number  **35II**                    **Unknown**
Nonpriority Creditor's Name
**3058 Foothill Rd.**                                  When was the debt incurred?  **12/20/2011**
**Santa Barbara, CA 93105**
Number Street City State ZIp Code
Who incurred the debt? Check one.                      As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                           ■ Disputed
☐ At least one of the debtors and another             Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                       **Business Debt - Past Customer of Exterior**
☐ Yes                                                  ■ Other. Specify  **Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 453 | | | |
|---|---|---|---|

**Levine, Melvin & Gloria**
Nonpriority Creditor's Name

**3247 N. San Amadeo.**
**Laguna Woods, CA 92653**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0032**                **Unknown**

When was the debt incurred?   **07/20/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 454 | | | |
|---|---|---|---|

**Levinson, Mimi**
Nonpriority Creditor's Name

**2119 29th St.**
**San Diego, CA 92104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0101**                **Unknown**

When was the debt incurred?   **11/30/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 455 | | | |
|---|---|---|---|

**Levitt, Esther**
Nonpriority Creditor's Name

**3500 #3D Bahia Blanca W.**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0033**                **Unknown**

When was the debt incurred?   **07/20/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 456 | **Levshin, Oleg** | | **Unknown** |

Nonpriority Creditor's Name

**5715 Baltimore Dr. #143**
**La Mesa, CA 91942**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**   **1119**

**When was the debt incurred?**   **9/20/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 457 | **Lew, Susan** | | **Unknown** |

Nonpriority Creditor's Name

**322 Los Higos St.**
**Alhambra, CA 91801**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**   **3033**

**When was the debt incurred?**   **1/31/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 458 | **Lewellyn, Karen** | | **Unknown** |

Nonpriority Creditor's Name

**1102 Aha St**
**Redlands, CA 92374**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**   **4006**

**When was the debt incurred?**   **8/8/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 459 | | | |
|---|---|---|---|

**Lewis, Curtis**
Nonpriority Creditor's Name

**8790 Regency Rd.**
**San Diego, CA 92123**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1036**                  **$0.00**

When was the debt incurred?    **09/07/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 460 | | | |
|---|---|---|---|

**Lewis, Erma**
Nonpriority Creditor's Name

**77660 Delaware**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3006**                  **Unknown**

When was the debt incurred?    **6/3/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 461 | | | |
|---|---|---|---|

**Lewis, Geraldine**
Nonpriority Creditor's Name

**76 Surry Place**
**Goleta, CA 93117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4018**                  **Unknown**

When was the debt incurred?    **11/12/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 462 | **Lewis, Geraldine** | | |

Nonpriority Creditor's Name

**76 Survey Pl**
**Goleta, CA 93117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3049**                 **Unknown**

**When was the debt incurred?**   **8/12/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 463 | **Lewis, Geraldine** | | |

Nonpriority Creditor's Name

**76 Surrey Pl**
**Goleta, CA 93117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3020**                 **Unknown**

**When was the debt incurred?**   **2/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 464 | **Lewis, James** | | |

Nonpriority Creditor's Name

**5258 Silkwood Dr.**
**Oceanside, CA 92056**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3016**                 **Unknown**

**When was the debt incurred?**   **4/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 465 | | | |
|---|---|---|---|

**Lewis, Joan**
Nonpriority Creditor's Name

**38822 2Nd St E**
**Palmdale, CA 93550**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4103**          **Unknown**

**When was the debt incurred?**   **4/9/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 466 | | | |
|---|---|---|---|

**Lewis, Monika**
Nonpriority Creditor's Name

**31680 Sky Blue Water Trail**
**Catheral City, CA 92234**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3069**          **Unknown**

**When was the debt incurred?**   **2/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 467 | | | |
|---|---|---|---|

**Lewis, Selma**
Nonpriority Creditor's Name

**79 Hillside Dr.**
**Fairfax, CA 94930**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0010**          **$0.00**

**When was the debt incurred?**   **12/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 468 | | | |
|---|---|---|---|

**Leyner, J. Richard**
Nonpriority Creditor's Name

**17312 Dearborn St.**
**Northridge, CA 91325**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1092**        **Unknown**

When was the debt incurred?    **5/10/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 469 | | | |
|---|---|---|---|

**Li, Jeffrey & Jeanne**
Nonpriority Creditor's Name

**601 London St**
**San Francisco, CA 94112**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2011**        **Unknown**

When was the debt incurred?    **12/31/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 470 | | | |
|---|---|---|---|

**Liberty Mutual Insurance**
Nonpriority Creditor's Name

**PO Box 85834**
**San Diego, CA 92186-5834**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **5530**        **$292.87**

When was the debt incurred?    **2/2/2016**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| | |
|---|---|
| **4.2 471** | |

**Libuano, Tirso**

Nonpriority Creditor's Name

**3003 Via Buena Vista Unit B**
**Laguna Woods, CA 92637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3095**          **Unknown**

**When was the debt incurred?**    **2/4/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.2 472** | |

**Lihs, Inge**

Nonpriority Creditor's Name

**76821 Ascot Cir**
**Palm Desert, CA 92211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3008**          **Unknown**

**When was the debt incurred?**    **3/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.2 473** | |

**Liles, Douglas & Sandy**

Nonpriority Creditor's Name

**575 N. Willow**
**Fresno, CA 93727**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1021**          **Unknown**

**When was the debt incurred?**    **08/02/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 474 | **Limp, Dan & Brown, Jill** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4373 Dina Court**
**Cypress, CA 90630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **2027**          **Unknown**

**When was the debt incurred?**   **9/9/2015**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 475 | **Lin, Robert** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6 Silver Fern**
**Irvine, CA 92603**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **06ll**          **Unknown**

**When was the debt incurred?**   **09/14/11**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 476 | **Lindholm, Carrol** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2820 Grandville Avenue**
**Los Angeles, CA 90064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **1005**          **Unknown**

**When was the debt incurred?**   **10/25/2011**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2
477**

**Lindig, Candida**
Nonpriority Creditor's Name

**67270 Ovante Rd**
**Cathedral City, CA 92234**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1948**              **Unknown**

When was the debt incurred?    **6/12/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
478**

**Lindow, Tom & Frances**
Nonpriority Creditor's Name

**2425 Ocean View Pl**
**El Cajon, CA 92021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **4127**              **Unknown**

When was the debt incurred?    **11/10/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
479**

**Lindskog, Candace**
Nonpriority Creditor's Name

**34336 Godwell Cmns**
**Fremont, CA 94555**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0104**              **$0.00**

When was the debt incurred?    **11/23/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>480 | **Linebaugh, Joneen** | Last 4 digits of account number | **1038** | **Unknown** |

Nonpriority Creditor's Name

**2012 Young Avenue**
**Thousand Oaks, CA 91360**

When was the debt incurred?  **5/24/2011**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>481 | **Linzey, Phil & Jennifer** | Last 4 digits of account number | **1091** | **Unknown** |

Nonpriority Creditor's Name

**1253 N. Mollison Ave. #D**
**El Cajon Ca, CA 92021**

When was the debt incurred?  **12/20/2011**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>482 | **Lipuma, Lucy** | Last 4 digits of account number | **0016** | **Unknown** |

Nonpriority Creditor's Name

**834 B N. Morgan St.**
**Orange, CA 92867**

When was the debt incurred?  **03/02/10**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| **4.2 483** | **Lispier, Nieves** | **Last 4 digits of account number** | **1440** | **Unknown** |

Nonpriority Creditor's Name
**11045 Collett Ave**
**Riverside, CA 92505**
Number Street City State Zip Code

**When was the debt incurred?**  **11/25/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| **4.2 484** | **Listberger, David & Luella** | **Last 4 digits of account number** | **3061** | **Unknown** |

Nonpriority Creditor's Name
**2670 Gerry Cir**
**Corona, CA 92879**
Number Street City State Zip Code

**When was the debt incurred?**  **1/28/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| **4.2 485** | **Little, Ron & Lucille** | **Last 4 digits of account number** | **17II** | **Unknown** |

Nonpriority Creditor's Name
**5201 Shore Drive.**
**Carlsbad, CA 92008**
Number Street City State Zip Code

**When was the debt incurred?**  **08/10/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know)  _____

---

| 4.2 486 | **Littler, Joyce** | Last 4 digits of account number | **4090** | **Unknown** |

Nonpriority Creditor's Name

**10529 W Zamora Ave**
**Los Angeles, CA 90002**

Number Street City State Zip Code

When was the debt incurred?  **7/9/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 487 | **Liu, Francis** | Last 4 digits of account number | **0008** | **Unknown** |

Nonpriority Creditor's Name

**123 W. Loop Drive**
**Camarillo, CA 93010**

Number Street City State Zip Code

When was the debt incurred?  **05/25/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 488 | **Livings, Steven & Jeanette** | Last 4 digits of account number | **3023** | **Unknown** |

Nonpriority Creditor's Name

**9241 Stephanie St.**
**Riverside, CA 92508**

Number Street City State Zip Code

When was the debt incurred?  **9/23/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 489 | | | |
|---|---|---|---|

**Livingston-Cleary, Vincent**
Nonpriority Creditor's Name

**907 Gastine St.**
**Torrance, CA 90502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0006**                              **Unknown**

**When was the debt incurred?**    **08/17/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 490 | | | |
|---|---|---|---|

**Livingstone, Joe**
Nonpriority Creditor's Name

**2601 La Salle Way**
**San Jose, CA 95130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4155**                              **Unknown**

**When was the debt incurred?**    **9/19/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 491 | | | |
|---|---|---|---|

**Llamas, Donny**
Nonpriority Creditor's Name

**56386 Carlyle Dr**
**Yucca Valley, CA 92284**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1957**                              **Unknown**

**When was the debt incurred?**    **3/26/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 492 | **Llanes, Christine & Raymond** | Last 4 digits of account number | **3033** | **Unknown** |

Nonpriority Creditor's Name

**9556 Badminton Ave**

**Whittier, CA 90605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?  **4/1/2013**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 493 | **Lloyd, Rene** | Last 4 digits of account number | **9039** | **Unknown** |

Nonpriority Creditor's Name

**481 S. Canyon Ridge Dr.**

**Anaheim, CA 92809**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?  **02/02/10**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 494 | **Lo, Long** | Last 4 digits of account number | **3116** | **Unknown** |

Nonpriority Creditor's Name

**15376 Calle De La Fuente**

**Hacienda Heights, CA 91745**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?  **8/7/2013**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.2 495** | **LOBO, Armando** | Last 4 digits of account number **9040**   **Unknown** |

Nonpriority Creditor's Name
**3837 Orchid Ave.**
**Highland, CA 92346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **01/19/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 496** | **Loch, Igor** | Last 4 digits of account number **1054**   **Unknown** |

Nonpriority Creditor's Name
**38 El Cencerro**
**Rancho Santa Margarita, CA 92688**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **12/27/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 497** | **Locke, Russ** | Last 4 digits of account number **4071**   **Unknown** |

Nonpriority Creditor's Name
**7263 Camino Degrazia #31**
**San Diego, CA 92111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **7/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 498 | **Locke, Russ** | Last 4 digits of account number | **3105** | **Unknown** |

Nonpriority Creditor's Name

**7263 Camino Degrazia #31**
**San Diego, CA 92111**

When was the debt incurred?    **1/4/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

☐ Yes

---

| 4.2 499 | **Lockee, Anne & Carlin** | Last 4 digits of account number | **3001** | **Unknown** |

Nonpriority Creditor's Name

**2445 San Marcos Ave**
**San Diego, CA 92104**

When was the debt incurred?    **12/27/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

☐ Yes

---

| 4.2 500 | **Locken, Nieida** | Last 4 digits of account number | **3158** | **Unknown** |

Nonpriority Creditor's Name

**22348 Canyon Club Dr**
**Canyon Lake, CA 92587**

When was the debt incurred?    **9/24/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

☐ Yes

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 501 | **Lockwood, Bill** | Last 4 digits of account number | **0076** | **Unknown** |

Nonpriority Creditor's Name

**109 Via Estrada Unit B**
**Laguna Woods, CA 92637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **08/03/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 502 | **Lodge, Brian & Renee** | Last 4 digits of account number | **3120** | **Unknown** |

Nonpriority Creditor's Name

**23000 Pine Needle Ln.**
**Iydlwild, CA 92549**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **9/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 503 | **Lodyga, Richard & Eileen** | Last 4 digits of account number | **4029** | **Unknown** |

Nonpriority Creditor's Name

**605 Avenida Teresa**
**San Clemente, CA 92672**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/18/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>504 | **Loeb & Loeb** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**10100 Santa Monica Blvd Suite 2200**
**Los Angeles, CA 90067**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3054**

When was the debt incurred?   **6/30/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

$13,385.35

---

| 4.2<br>505 | **Loessin, Gladys** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**19091 Grove Place**
**Bloomington, CA 92316**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1049**

When was the debt incurred?   **3/29/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

| 4.2<br>506 | **Loewer, Howard & Helen** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**8673 Harjoan Ave**
**San Diego, CA 92123**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3006**

When was the debt incurred?   **5/20/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 507 | **Logan, Virginia** | | Unknown |

Nonpriority Creditor's Name

**5092 San Vincente**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3021**

When was the debt incurred?   **1/30/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 508 | **Logans, Joann** | | Unknown |

Nonpriority Creditor's Name

**5748 Rosewell St.**
**San Diego, CA 92114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1106**

When was the debt incurred?   **5/10/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 509 | **Lombardozzi, Nick & Shelly** | | Unknown |

Nonpriority Creditor's Name

**17099 Bernardo Center Dr.**
**San Diego, CA 92128**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3129**

When was the debt incurred?   **2/6/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 510 | | | |
|---|---|---|---|

**Long, Anthony & Dolores**
Nonpriority Creditor's Name

**1867 N. Greengrove St.**
**Orange, CA 92865**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**    **1010**                    **$0.00**

**When was the debt incurred?**    **08/16/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 511 | | | |
|---|---|---|---|

**Long, Joanne**
Nonpriority Creditor's Name

**38490 Orangecrest Rd**
**Palm Desert, CA 92211**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**    **2017**                    **Unknown**

**When was the debt incurred?**    **4/6/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 512 | | | |
|---|---|---|---|

**Long, Patricia**
Nonpriority Creditor's Name

**32182 Paseo De Manuel**
**San Juan Capistrano, CA 92675**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**    **4044**                    **Unknown**

**When was the debt incurred?**    **10/30/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 513 | **Long, William** | Last 4 digits of account number | **1008** | **Unknown** |

Nonpriority Creditor's Name
**1688  Oceanaire Dr**
**San Luis Obisbo, CA 93405**
Number Street City State Zlp Code

**When was the debt incurred?**   **12/20/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 514 | **Longenett, Hiro** | Last 4 digits of account number | **3005** | **Unknown** |

Nonpriority Creditor's Name
**669 Ann St**
**Oceanside, CA 92057**
Number Street City State Zlp Code

**When was the debt incurred?**   **7/17/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 515 | **Longobardi, Harry** | Last 4 digits of account number | **4073** | **Unknown** |

Nonpriority Creditor's Name
**3309 Sage Rd**
**Fallbrook, CA 92028**
Number Street City State Zlp Code

**When was the debt incurred?**   **9/18/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 516 | **Loo, Christina** | Last 4 digits of account number | **1079** | **Unknown** |

Nonpriority Creditor's Name
**2003 Vine St.**
**Alhambra, CA 91801**
Number Street City State Zip Code

**When was the debt incurred?**   **4/19/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 517 | **Lopez , Patrick & Martha** | Last 4 digits of account number | **1028** | **Unknown** |

Nonpriority Creditor's Name
**330 W. Hwy 246 Space 178**
**Buellton, CA 93427**
Number Street City State Zip Code

**When was the debt incurred?**   **11/1/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 518 | **Lopez, Acasio** | Last 4 digits of account number | **2014** | **Unknown** |

Nonpriority Creditor's Name
**869 Ginger Ave.**
**Carlsbad, CA 92011**
Number Street City State Zip Code

**When was the debt incurred?**   **1/11/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 519 | | |

**Lopez, Anthony & Maria**
Nonpriority Creditor's Name
**1224 Wedgewood Ct.**
**Rialto, CA 92376**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **3081**                                    **Unknown**

**When was the debt incurred?**  **12/9/2013**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 520 | | |

**Lopez, Anthony J.**
Nonpriority Creditor's Name
**10358 Somerset Drive**
**Alta Loma, CA 91737**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **None**                                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.2 521 | | |

**Lopez, Anthony J.**
Nonpriority Creditor's Name
**10358 Somerset Drive**
**Alta Loma, CA 91737**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **None**                                    **Unknown**

**When was the debt incurred?**  **1/1/2011**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2<br>522 | **Lopez, Carlos** | Last 4 digits of account number | **1985** | **Unknown** |

Nonpriority Creditor's Name

**15503 Studebaker Rd**
**Norwalk, CA 90650**

When was the debt incurred?   **6/29/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>523 | **Lopez, Christina** | Last 4 digits of account number | **4032** | **Unknown** |

Nonpriority Creditor's Name

**17881 Cajon St**
**Hesperia, CA 92345**

When was the debt incurred?   **7/10/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>524 | **Lopez, David** | Last 4 digits of account number | **1090** | **Unknown** |

Nonpriority Creditor's Name

**25577 Tamarisk**
**Madera, CA 93638**

When was the debt incurred?   **07/19/11**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 525 | | | |
|---|---|---|---|

**Lopez, David & Barbara**
Nonpriority Creditor's Name

**14421 Inkpa Ct**
**Apple Valley, CA 92307**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1952**          **Unknown**

**When was the debt incurred?**   **8/21/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 526 | | | |
|---|---|---|---|

**Lopez, Guillermo & Bertha**
Nonpriority Creditor's Name

**241 E. Palomar**
**Chula Vista, CA 91911**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0028**          **Unknown**

**When was the debt incurred?**   **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 527 | | | |
|---|---|---|---|

**Lopez, Mario & Aragon, Francine**
Nonpriority Creditor's Name

**131 E Dana**
**Nipomo, CA 93444**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3055**          **Unknown**

**When was the debt incurred?**   **7/14/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.2**
**528**

**Lopez, Martin & Patricia**

Nonpriority Creditor's Name

**760 N. Foxdale Ave.**

**West Covina, CA 91790**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **0075**          **Unknown**

When was the debt incurred?   **1/4/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**529**

**Lopez, Richard**

Nonpriority Creditor's Name

**4012 E Sunny Dunes**

**Palm Springs, CA 92264**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **3001**          **Unknown**

When was the debt incurred?   **2/10/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**530**

**Lopez, Sarah**

Nonpriority Creditor's Name

**2707 Norma St.**

**Oceanside, CA 92056**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **0046**          **Unknown**

When was the debt incurred?   **06/29/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2 531**

**Lopez, Tom & Lori**
Nonpriority Creditor's Name

**7005 Beal Ct.**
**Rancho Cucamonga, CA 91701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3083**                    **Unknown**

When was the debt incurred?   **3/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 532**

**Lopez, Wendy Elaine**
Nonpriority Creditor's Name

**680 Vista Vallejo**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1041**                    **Unknown**

When was the debt incurred?   **1/9/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 533**

**Lore, Ruth**
Nonpriority Creditor's Name

**2636 Arabian Ranch Lane**
**Vista, CA 92084**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1134**                    **Unknown**

When was the debt incurred?   **11/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 534 | **Loring, Jessie & Marilyn** | Last 4 digits of account number | **4019** | **Unknown** |

Nonpriority Creditor's Name

**2477 Cannojade Ct**
**Perris, CA 92571**

Number Street City State Zip Code

When was the debt incurred?   **12/22/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 535 | **Love, Carol** | Last 4 digits of account number | **4013** | **Unknown** |

Nonpriority Creditor's Name

**35150 S. Border**
**Thousand Palms, CA 92276**

Number Street City State Zip Code

When was the debt incurred?   **5/20/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 536 | **Love, Joe & Diane** | Last 4 digits of account number | **4075** | **Unknown** |

Nonpriority Creditor's Name

**3117 Terrace Way**
**Bakersfield, CA 93304**

Number Street City State Zip Code

When was the debt incurred?   **9/8/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 537 | **Lovell, Franklin** | Last 4 digits of account number | **0076** | **Unknown** |

Nonpriority Creditor's Name
**26183 Chambers Ave.**
**Sun City, CA 92586**
Number Street City State Zip Code

When was the debt incurred?   **11/23/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 538 | **Low, Regina** | Last 4 digits of account number | **4031** | **Unknown** |

Nonpriority Creditor's Name
**21032 Valerio St.**
**Canoga Park, CA 91303**
Number Street City State Zip Code

When was the debt incurred?   **12/4/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 539 | **Lowe, Carol A.** | Last 4 digits of account number | **0063** | **Unknown** |

Nonpriority Creditor's Name
**1916 E. Oakland St.**
**Hemet, CA 92544**
Number Street City State Zip Code

When was the debt incurred?   **07/06/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>540 | | | |
|---|---|---|---|

**Lowe, Marian**
Nonpriority Creditor's Name
**4635 Beach Blvd**
**Buena Park, CA 90621**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3134**                    **Unknown**

When was the debt incurred?   **2/7/2014**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>541 | | | |
|---|---|---|---|

**Lowell, Susan**
Nonpriority Creditor's Name
**27330 Provident Rd.**
**Agoura Hills, CA 91301**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4098**                    **Unknown**

When was the debt incurred?   **4/8/2014**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>542 | | | |
|---|---|---|---|

**Iublin, Tatiana**
Nonpriority Creditor's Name
**27856 Torroba**
**Mission Viejo, CA 92692**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **9021**                    **Unknown**

When was the debt incurred?   **12/08/09**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 543 | **Lucas-Glassman, Sarah** | Last 4 digits of account number | **3129** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**79805 Ryan Way**
**Bermuda Dunes, CA 92203**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 544 | **Lucas-Glassman, Sarah** | Last 4 digits of account number | **3129** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**79805 Ryan Way**
**Bermuda Dunes, CA 92203**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 545 | **Lucero, Carlos & Blanca** | Last 4 digits of account number | **3001** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1334 E Monroe Ave**
**Orange, CA 92867**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **1/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 546 | **Lucero, Henry** | | Last 4 digits of account number | **3157** | **Unknown** |

Nonpriority Creditor's Name

**7978 Dumond Dr**
**Fontana, CA 92336**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **9/6/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 547 | **Luckett, Reggie** | | Last 4 digits of account number | **0068** | **Unknown** |

Nonpriority Creditor's Name

**1143 W 80th St.**
**Los Angeles, CA 90045**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **03/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 548 | **Luftenburg, Delores** | | Last 4 digits of account number | **3009** | **Unknown** |

Nonpriority Creditor's Name

**10265 Saranac St.**
**Ventura, CA 93004**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **6/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>549 | **Luken, Robin** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1517 Gardenia St**
**Lompoc, CA 93436**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3014**                    **Unknown**

**When was the debt incurred?**   **6/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>550 | **Lukes-Wilson, Bob & Marjorie** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1105 S. Hickory St.**
**Santa Ana, CA 92701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3059**                    **Unknown**

**When was the debt incurred?**   **3/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>551 | **Lum, Henry** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5414 Mavis Ave.**
**Whittier, CA 90601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3071**                    **Unknown**

**When was the debt incurred?**   **12/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 |
| 552 |

**Luna, Alex**
Nonpriority Creditor's Name
**606 Huntley Dr.**
**Corona, CA 92882**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **9030**                    **Unknown**

When was the debt incurred?   **10/02/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 |
| 553 |

**Luna, Gilbert**
Nonpriority Creditor's Name
**1351 Wildflower**
**Rialto, CA 92377**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2010**                    **Unknown**

When was the debt incurred?   **9/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 |
| 554 |

**Luna, Maria**
Nonpriority Creditor's Name
**1630 Wicklow Ct**
**West Lake Village, CA 91361**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number   **1937**                    **Unknown**

When was the debt incurred?   **9/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.2 555** | **Lund Jensen, Elin** | Last 4 digits of account number   **1113**   **Unknown** |

Nonpriority Creditor's Name
**2445 Flintridge dr.**
**Glendale, CA 91206**
Number Street City State Zip Code

**When was the debt incurred?**   **9/27/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 556** | **Lundstrom, Paul & Sue** | Last 4 digits of account number   **0061**   **Unknown** |

Nonpriority Creditor's Name
**7826 Henbane St.**
**Rancho Cucamonga, CA 91739**
Number Street City State Zip Code

**When was the debt incurred?**   **07/27/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 557** | **Luong, David** | Last 4 digits of account number   **0155**   **Unknown** |

Nonpriority Creditor's Name
**154 Edinburgh St**
**San Francisco, CA 94112**
Number Street City State Zip Code

**When was the debt incurred?**   **01/25/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 558 | **Lurie, Claudia & Drew** | | | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**517 Burnham Rd**

**Oak View, CA 93022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3007**

**When was the debt incurred?**  **6/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 559 | **Lusink, Raymond** | | | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3935 Kentucky Dr.**

**Los Angeles, CA 90068**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1058**

**When was the debt incurred?**  **3/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 560 | **Luzetski, Gale** | | | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**500 Holly Ave**

**Oxnard, CA 93036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3039**

**When was the debt incurred?**  **12/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.2 561** | **Lykke, Lilian** | Last 4 digits of account number   **0149**   Unknown |

Nonpriority Creditor's Name

**1722 S. Heather Ln.**

**Anaheim, CA 92802**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **12/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 562** | **Lyman, Russell** | Last 4 digits of account number   **3034**   Unknown |

Nonpriority Creditor's Name

**50258 Aloma Dr**

**Cabazon, CA 92230**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **8/29/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 563** | **Lynch-Melton, Rosemary** | Last 4 digits of account number   **4062**   Unknown |

Nonpriority Creditor's Name

**43187 Nairobi Dr**

**Indio, CA 92201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **12/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>564 | **Lyons, Richard** | Last 4 digits of account number | **1020** | **$0.00** |

Nonpriority Creditor's Name

**17438 Plaza Destacado**
**San Diego, CA 92128**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **08/09/11**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>565 | **Lytle, Charles** | Last 4 digits of account number | **0104** | **Unknown** |

Nonpriority Creditor's Name

**10923 Penney Ave.**
**Inglewood, CA 90303**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **06/08/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>566 | **Maalouf, Colleen** | Last 4 digits of account number | **3042** | **Unknown** |

Nonpriority Creditor's Name

**3430 Orchard Hill Rd**
**Bonita, CA 91902**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **6/11/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 567 | **Macias, Jorge** | Last 4 digits of account number | **0019** | **Unknown** |

Nonpriority Creditor's Name

**7273 Sonora St.**
**Rancho Cucamonga, CA 91701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **09/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 568 | **Macini, Allen & Pauline** | Last 4 digits of account number | **3003** | **Unknown** |

Nonpriority Creditor's Name

**6288 Chino Ave**
**Chino, CA 91710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **3/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 569 | **Macknet, Kenneth & Jamie** | Last 4 digits of account number | **1110** | **Unknown** |

Nonpriority Creditor's Name

**11616 Loma**
**Linda, CA 92354**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **3/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 570 | **Macksood, Alex & Jan** | Last 4 digits of account number | **4035** | **Unknown** |

Nonpriority Creditor's Name
**11305 Cheddar St**
**Norwalk, CA 90650**
Number Street City State Zip Code

When was the debt incurred?    **7/19/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 571 | **Macksound, Alex & Jan** | Last 4 digits of account number | **2060** | **Unknown** |

Nonpriority Creditor's Name
**11305 Cheddar St.**
**Norwalk, CA 90650**
Number Street City State Zip Code

When was the debt incurred?    **10/30/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 572 | **Madden, Meredith & Katherine** | Last 4 digits of account number | **0002** | **Unknown** |

Nonpriority Creditor's Name
**2006 Darlington Ct.**
**El Cajon, CA 92019**
Number Street City State Zip Code

When was the debt incurred?    **09/14/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2
573**

**Madrid, Maria & Gilberto**

Nonpriority Creditor's Name

**6289 Radcliffe Ave**
**Newark, CA 94560**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4002**                   **Unknown**

**When was the debt incurred?**    **6/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
574**

**Magana, Racheal**

Nonpriority Creditor's Name

**3335 Maxson Road #57**
**El Monte, CA 00091-7326**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                   **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

**4.2
575**

**Magana, Racheal**

Nonpriority Creditor's Name

**3335 Maxson Road  Suite 57**
**El Monte, CA 00091-7326**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                   **Unknown**

**When was the debt incurred?**    **1/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.2 576 | | | |
|---|---|---|---|

**Magee, Courtnae**
Nonpriority Creditor's Name

**611 Persimmon**
**Oceanside, CA 92058**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0120**                    **Unknown**

**When was the debt incurred?**   **09/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 577 | | | |
|---|---|---|---|

**Magill, Samuel & Diana**
Nonpriority Creditor's Name

**249 Montana Del Lago Dr.**
**Rancho Santa Margarita, CA 92688**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3127**                    **Unknown**

**When was the debt incurred?**   **7/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 578 | | | |
|---|---|---|---|

**Magno, Michell & Hector**
Nonpriority Creditor's Name

**28 Belcrest**
**Laguna Niguel, CA 92677**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2019**                    **Unknown**

**When was the debt incurred?**   **5/25/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | |
|---|---|
| **4.2 579** | |

**Maguire, Vivian**
_____
Nonpriority Creditor's Name
**8 Aventine**
**Aliso Viejo, CA 92656**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1010**    **$0.00**
_____

**When was the debt incurred?**   **10/25/11**
_____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.2 580** | |

**Mahoney, John & Isabel**
_____
Nonpriority Creditor's Name
**2113 Oak Street**
**Los Angeles, CA 90007**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1057**    **Unknown**
_____

**When was the debt incurred?**   **5/31/2011**
_____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.2 581** | |

**Maiden, Nona**
_____
Nonpriority Creditor's Name
**961 Orange Grove**
**San Fernando, CA 91340**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **3112**    **Unknown**
_____

**When was the debt incurred?**   **8/22/2013**
_____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.2**
**582**

**Maiden, Nona**
Nonpriority Creditor's Name

**961 Orange Grove Ave.**
**San Fernando, CA 91340**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0097**              **Unknown**

**When was the debt incurred?**   **12/28/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**583**

**Maier, Marie**
Nonpriority Creditor's Name

**410 Church Rd #25**
**Ojai, CA 93023**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2086**              **Unknown**

**When was the debt incurred?**   **8/4/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.2**
**584**

**Maier, Marie**
Nonpriority Creditor's Name

**410 Church Rd. #25**
**Ojai, CA 93023**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0129**              **Unknown**

**When was the debt incurred?**   **06/15/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 585 | **Main, Paul M.** | Last 4 digits of account number | **1042** | **Unknown** |

Nonpriority Creditor's Name
**1110 Hacienda Pl #206**
**West Hollywood, CA 90069**
Number Street City State Zip Code

**When was the debt incurred?**  **11/22/2011**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 586 | **Majdali, Nasim** | Last 4 digits of account number | **0117** | **Unknown** |

Nonpriority Creditor's Name
**2359 249th**
**Lomita, CA 90717**
Number Street City State Zip Code

**When was the debt incurred?**  **12/07/10**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 587 | **Major, Hugh** | Last 4 digits of account number | **4071** | **Unknown** |

Nonpriority Creditor's Name
**6249 Scimitar Dr**
**San Diego, CA 92114**
Number Street City State Zip Code

**When was the debt incurred?**  **6/9/2014**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 588 | | |
|---|---|---|

**Mak, Michelle**
Nonpriority Creditor's Name
**43 Gema**
**San Clemente, CA 92672**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3052**                    **Unknown**

When was the debt incurred?  **6/5/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 589 | | |
|---|---|---|

**Mak, Michelle**
Nonpriority Creditor's Name
**43 Gema**
**San Clemente, CA 92672**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3064**                    **Unknown**

When was the debt incurred?  **10/28/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 590 | | |
|---|---|---|

**Malinoff, Gayle**
Nonpriority Creditor's Name
**225 Reef Court**
**Santa Barbara, CA 93109**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2044**                    **Unknown**

When was the debt incurred?  **2/7/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2
591**

**Malinsky, Michael**

Last 4 digits of account number **3019**                                 **Unknown**

Nonpriority Creditor's Name

**2869 Plumwood Cir**
**Corona, CA 92882**

When was the debt incurred?   **6/3/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
592**

**Malone, Alma**

Last 4 digits of account number **0090**                                 **Unknown**

Nonpriority Creditor's Name

**61 W. Scott St.**
**Long Beach, CA 90805**

When was the debt incurred?   **07/06/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
593**

**Malone, Helen**

Last 4 digits of account number **0026**                                 **Unknown**

Nonpriority Creditor's Name

**1518 South Orange Ave.**
**Los Angeles, CA 90019**

When was the debt incurred?   **10/19/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 594 | **Mamlouk, Albert & Nadia** | Last 4 digits of account number | **3120** | **Unknown** |

Nonpriority Creditor's Name
**241 Ferndale Ct**
**Redlands, CA 92374**
Number Street City State Zip Code

When was the debt incurred?  **12/17/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 595 | **Manatt** | Last 4 digits of account number | **6030** | **$3,826.50** |

Nonpriority Creditor's Name
**11355 West Olympic Blvd**
**Los Angeles, CA 90064-1614**
Number Street City State Zip Code

When was the debt incurred?  **1/20/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.2 596 | **Mancini, Allen & Pauline** | Last 4 digits of account number | **3003** | **Unknown** |

Nonpriority Creditor's Name
**6288 Chino Ave.**
**Chino, CA 91710**
Number Street City State Zip Code

When was the debt incurred?  **4/27/2013**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2<br>597 | **Manerey, Michael** | Last 4 digits of account number | **2039** | **Unknown** |

Nonpriority Creditor's Name

**2311 S. 8th Ave**
**Arcadia, CA 91006**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **9/21/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2<br>598 | **Mange, Jill** | Last 4 digits of account number | **2020** | **Unknown** |

Nonpriority Creditor's Name

**1767 Attix Street**
**San Diego, CA 92114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2/17/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2<br>599 | **Manierre, Ben** | Last 4 digits of account number | **2034** | **Unknown** |

Nonpriority Creditor's Name

**31375 Calle Helene**
**Thousand Palms, CA 92276**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **9/26/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 600 | | | |
|---|---|---|---|

**Mann, Saul**
Nonpriority Creditor's Name
**17601 Bard**
**Irvine, CA 92614**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2053**                    **Unknown**

**When was the debt incurred?**  **3/28/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 601 | | | |
|---|---|---|---|

**Manning Law Office APC**
Nonpriority Creditor's Name
**4667 MacArthur Blvd  Ste 150**
**Newport Beach, CA 92660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **Brian Soo-Hoo**                    **Unknown**

**When was the debt incurred?**  **12/14/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.2 602 | | | |
|---|---|---|---|

**Manogue, Lloyd**
Nonpriority Creditor's Name
**3647 Chamoune**
**San Diego, CA 92105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0040**                    **Unknown**

**When was the debt incurred?**  **11/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know)  _____

---

| | |
|---|---|
| **4.2** **603** | |

**Manor, Barnard**

Nonpriority Creditor's Name

**1329 W. 35th St**
**San Pedro, CA 90731**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2014**                  **Unknown**

**When was the debt incurred?**    **8/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| | |
|---|---|
| **4.2** **604** | |

**Manzares, Steve**

Nonpriority Creditor's Name

**19860 Grant Street**
**Corona, CA 92881**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3108**                  **Unknown**

**When was the debt incurred?**    **11/23/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.2** **605** | |

**Manzares, Steve**

Nonpriority Creditor's Name

**19860 Grant St.**
**Corona, CA 92881**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3108**                  **Unknown**

**When was the debt incurred?**    **1/28/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2
606**

**Mapula, Desiree**

Nonpriority Creditor's Name

**4345 Rio Lani**
**Norco, CA 92860**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1970**                          **Unknown**

**When was the debt incurred?**   **4/24/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
607**

**March, Hertha**

Nonpriority Creditor's Name

**21605 Indiana St**
**Wildomar, CA 92595**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2013**                          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
608**

**March, Hertha**

Nonpriority Creditor's Name

**21605 Indiana St**
**Wildomar, CA 92595**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2013**                          **Unknown**

**When was the debt incurred?**   **12/12/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 609 | **March, Kathy & Mott, Mark** | Last 4 digits of account number | **2040** | **Unknown** |

Nonpriority Creditor's Name

**6523 San Haroldo Way**
**Buena Park, CA 90731**

Number Street City State Zip Code

When was the debt incurred?    **4/14/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 610 | **Marchelos, George** | Last 4 digits of account number | **0018** | **Unknown** |

Nonpriority Creditor's Name

**13211 Berwick**
**Saratoga, CA 95070**

Number Street City State Zip Code

When was the debt incurred?    **01/11/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 611 | **Marcotte, Richard** | Last 4 digits of account number | **9001** | **Unknown** |

Nonpriority Creditor's Name

**418 S. Cooper**
**Santa Ana, CA 92704**

Number Street City State Zip Code

When was the debt incurred?    **12/15/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 612 | | | |
|---|---|---|---|

**Marentes, Monica & Sergio**
Nonpriority Creditor's Name

**5660 Roane Dr**
**Oceanside, CA 92057**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    4011

**When was the debt incurred?**    2/24/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

| 4.2 613 | | | |
|---|---|---|---|

**Mariano, Alexies**
Nonpriority Creditor's Name

**824 Grant Ave**
**Glendale, CA 91202**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    2020

**When was the debt incurred?**    5/7/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

| 4.2 614 | | | |
|---|---|---|---|

**Marin, Carlos & Martha**
Nonpriority Creditor's Name

**3506 Avenida Amorosa**
**Escondido, CA 92029**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    2004

**When was the debt incurred?**    12/1/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 615 | | | |
|---|---|---|---|

**Marin, Jorge**

Nonpriority Creditor's Name

**2426 Ritchie Street**
**Oakland, CA 94605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2014**

**When was the debt incurred?**   **8/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| 4.2 616 | | | |
|---|---|---|---|

**Marinel, Llie**

Nonpriority Creditor's Name

**10655 Curtis Street**
**Loma Linda, CA 92354**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1096**

**When was the debt incurred?**   **8/16/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 617 | | | |
|---|---|---|---|

**Mark A. Kirkorsky, PC - collection atty**

Nonpriority Creditor's Name

**805 Dove St Ste 385**
**Newport Beach, CA**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

**When was the debt incurred?**   **3/1/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

**$0.00**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.2 618**

**Mark Lewis Roofing**
Nonpriority Creditor's Name

**1180 North Perris Blvd**
**Perris, CA 92571**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **Currie**                $4,200.00

When was the debt incurred?   **12/31/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

**4.2 619**

**Markham, Jarvis**
Nonpriority Creditor's Name

**819 E. Sandpoint**
**Carson, CA 90746**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **0066**                Unknown

When was the debt incurred?   **06/15/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 620**

**Markworth, Rick**
Nonpriority Creditor's Name

**18689 Boulder Ave.**
**Riverside, CA 92508**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **0058**                Unknown

When was the debt incurred?   **04/06/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2**
**621**

**Marlett, Paul**
Nonpriority Creditor's Name

**412 Flora Vista**
**Santa Barbara, CA 93109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1096**                  **Unknown**

When was the debt incurred?   **3/29/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**622**

**Marquette, Steve**
Nonpriority Creditor's Name

**31622 Heather Way**
**Temecula, CA 92592**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2052**                  **Unknown**

When was the debt incurred?   **10/26/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.2**
**623**

**Marquez, Ignacio**
Nonpriority Creditor's Name

**1574 W. Webster St.**
**Redlands, CA 92374**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3106**                  **Unknown**

When was the debt incurred?   **7/17/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 624 | |
|---|---|

**Marquez, Robin**

Nonpriority Creditor's Name

**4552 W. 160th Street**
**Lawndale, CA 90260**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **0041**                          **Unknown**

When was the debt incurred?    **08/24/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 625 | |
|---|---|

**Marquez, Thomas**

Nonpriority Creditor's Name

**872 Purdue St**
**Upland, CA 91786**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **2014**                          **Unknown**

When was the debt incurred?    **10/25/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 626 | |
|---|---|

**Marrera, Victor**

Nonpriority Creditor's Name

**2266 Manzana Way**
**San Diego, CA 92139**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **2011**                          **Unknown**

When was the debt incurred?    **12/6/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 627 | | | |
|---|---|---|---|

**Marruquin, Ruby**

Nonpriority Creditor's Name

**82388 Lemon Grove Ln.**

**Indio, CA 92201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3001**                    **Unknown**

**When was the debt incurred?**   **6/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 628 | | | |
|---|---|---|---|

**Marshall, Edwinga**

Nonpriority Creditor's Name

**10660 Ohio Street**

**Loma  Linda, CA 92354**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1940**                    **Unknown**

**When was the debt incurred?**   **10/20/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 629 | | | |
|---|---|---|---|

**Marshall, Henry**

Nonpriority Creditor's Name

**2290 East Park Drive**

**Palm Springs, CA 92262**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2006**                    **Unknown**

**When was the debt incurred?**   **8/15/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 630 | | | |
|---|---|---|---|

**Marshall, Jack & Margie**

Nonpriority Creditor's Name

**48484 Heifitz**
**Indio, CA 92201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4065**            **Unknown**

**When was the debt incurred?**    **12/15/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 631 | | | |
|---|---|---|---|

**Marshall, Jack & Margie**

Nonpriority Creditor's Name

**48484 Heifitz Dr.**
**Indio, CA 92201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4011**            **Unknown**

**When was the debt incurred?**    **1/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 632 | | | |
|---|---|---|---|

**Marshall, Joyce**

Nonpriority Creditor's Name

**16470 Caminito Vecinos**
**San Diego, CA 92128**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3072**            **Unknown**

**When was the debt incurred?**    **7/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 633 | **Marshall, Steve & Laura** | Last 4 digits of account number | **0100** | **Unknown** |

Nonpriority Creditor's Name
**2065 Barnett St.**
**Oxnard, CA 93033**
Number Street City State Zip Code

**When was the debt incurred?**  **11/16/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 634 | **Marshall, Winston & Merna** | Last 4 digits of account number | **2022** | **Unknown** |

Nonpriority Creditor's Name
**26340 Monte Vista Ave**
**Lomita, CA 90717**
Number Street City State Zip Code

**When was the debt incurred?**  **4/10/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 635 | **Martin, Bob & Pam** | Last 4 digits of account number | **4158** | **Unknown** |

Nonpriority Creditor's Name
**14012 Veracruz Dr**
**Bakersfield, CA 93314**
Number Street City State Zip Code

**When was the debt incurred?**  **6/17/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 636 | **Martin, Edward** | Last 4 digits of account number | **4041** | **Unknown** |

Nonpriority Creditor's Name

**749 Georgia Ave**
**Sunnyvale, CA 94085**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **4/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 637 | **Martin, Edward** | Last 4 digits of account number | **2008** | **Unknown** |

Nonpriority Creditor's Name

**749 Georgia Avenue**
**Sunnyvale, CA 94085**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **7/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 638 | **Martin, Gary** | Last 4 digits of account number | **0130** | **Unknown** |

Nonpriority Creditor's Name

**5329 Honda Ave**
**Atascadero, CA 93422**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **12/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 639 | **Martin, Joann** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3122 El Rusario Dr.**
**Perris, CA 92521**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0102**           **Unknown**

**When was the debt incurred?**   **1/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 640 | **Martin, Joann** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3122 El Rusario Dr.**
**Perris, CA 92521**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0102**           **Unknown**

**When was the debt incurred?**   **01/12/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 641 | **Martin, Kevin & Debra** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4493 Rainbow Vista Dr.**
**Fallbrook, CA 92028**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3109**           **Unknown**

**When was the debt incurred?**   **12/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 642 | **Martin, Leon** | | Last 4 digits of account number | **1935** | **Unknown** |

Nonpriority Creditor's Name
**1639 S. Granite**
**Ontario, CA 91762**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 643 | **Martin, Lisa** | | Last 4 digits of account number | **3005** | **Unknown** |

Nonpriority Creditor's Name
**2835 Briarpatch**
**Simi Valley, CA 93065**
Number Street City State Zip Code

When was the debt incurred?  **5/24/2013**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 644 | **Martin, Marion** | | Last 4 digits of account number | **1108** | **Unknown** |

Nonpriority Creditor's Name
**50 Stanford**
**Lompoc, CA 93436**
Number Street City State Zip Code

When was the debt incurred?  **10/18/2011**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 645 | **Martin, Nellie** | Last 4 digits of account number | **3037** | **Unknown** |

Nonpriority Creditor's Name
**13333 Cuyamaca Dr**
**Desert Hot Springs, CA 92240**
Number Street City State Zip Code

When was the debt incurred?  **10/15/2013**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 646 | **Martin, Patsy** | Last 4 digits of account number | **1020** | **Unknown** |

Nonpriority Creditor's Name
**2766 El Monte Way**
**San Jose, CA 95127**
Number Street City State Zip Code

When was the debt incurred?  **01/18/11**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 647 | **Martin, Philip & Cathy** | Last 4 digits of account number | **0032** | **Unknown** |

Nonpriority Creditor's Name
**2160 Camarina Dr**
**Rowland Heights, CA 91748**
Number Street City State Zip Code

When was the debt incurred?  **01/26/10**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 648 | **Martin, Sam & Laura** | Last 4 digits of account number | **2005** | **Unknown** |

Nonpriority Creditor's Name
**705 Grandview Blvd**
**Half Moon Bay, CA 94019**
Number Street City State Zip Code

**When was the debt incurred?**   **4/19/2012**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 649 | **Martin, Velma** | Last 4 digits of account number | **0086** | **Unknown** |

Nonpriority Creditor's Name
**7205 Sunbreeze Ln**
**Sacramento, CA 95828**
Number Street City State Zip Code

**When was the debt incurred?**   **07/21/10**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 650 | **Martin, Virginia** | Last 4 digits of account number | **1083** | **Unknown** |

Nonpriority Creditor's Name
**1748 O'Malley**
**Upland, CA 91784**
Number Street City State Zip Code

**When was the debt incurred?**   **1/20/2012**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 651 | **Martin-Andrews, Sheila** | | Last 4 digits of account number | **1952** | **Unknown** |

Nonpriority Creditor's Name

**16717 S. Muriel Ave**
**Compton, CA 90021**

When was the debt incurred?    **7/30/2015**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 652 | **Martinez, Adelea** | | Last 4 digits of account number | **1023** | **Unknown** |

Nonpriority Creditor's Name

**352 W. Cornell Dr**
**Rialto, CA 92376**

When was the debt incurred?    **12/27/2011**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 653 | **Martinez, Audrey & Oscar** | | Last 4 digits of account number | **1964** | **Unknown** |

Nonpriority Creditor's Name

**624 Landmark Pl.**
**San Marcos, CA 92069**

When was the debt incurred?    **1/26/2015**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 654 | **Martinez, Cyrilo & Darlene** | Last 4 digits of account number | **1964** | **Unknown** |

Nonpriority Creditor's Name

**7037 Wilshire Ave**
**Twentynine Palms, CA 92277**

When was the debt incurred?  **8/25/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 655 | **Martinez, Elba** | Last 4 digits of account number | **0070** | **Unknown** |

Nonpriority Creditor's Name

**876 Calle Nogal**
**Thousand Oaks, CA 91360**

When was the debt incurred?  **06/01/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 656 | **Martinez, Eloisa** | Last 4 digits of account number | **0087** | **Unknown** |

Nonpriority Creditor's Name

**1405 Eboe Ave.**
**San Diego, CA 92027**

When was the debt incurred?  **04/13/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 657 | |
|---|---|

**Martinez, Francisco**
Nonpriority Creditor's Name

**1801 N. Mclay**
**Santa Ana, CA 92705**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2015**                    **Unknown**

When was the debt incurred?   **3/4/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 658 | |
|---|---|

**Martinez, Gerard**
Nonpriority Creditor's Name

**8608 Estrella Ave**
**Twentynine Palms, CA 92277**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2074**                    **Unknown**

When was the debt incurred?   **10/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 659 | |
|---|---|

**Martinez, Gerard & Naomi**
Nonpriority Creditor's Name

**6808 Estrella Ave.**
**Twenty-nine Palms, CA 92277**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3163**                    **Unknown**

When was the debt incurred?   **8/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 660 | | | |
|---|---|---|---|

**Martinez, Gloria & Henry**
Nonpriority Creditor's Name

**1900 Sheldrake Lane**
**Petaluma, CA 94954**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4104**                            **Unknown**

**When was the debt incurred?**    **6/30/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 661 | | | |
|---|---|---|---|

**Martinez, Gorgonio & Stacy**
Nonpriority Creditor's Name

**6802 E. Mantova.**
**Long Beach, CA 90815**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0014**                            **Unknown**

**When was the debt incurred?**    **07/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 662 | | | |
|---|---|---|---|

**Martinez, Jose**
Nonpriority Creditor's Name

**10233 Gunn Avenue**
**Whittier, CA 90605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **9005**                            **Unknown**

**When was the debt incurred?**    **12/22/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.2 663 | **Martinez, Manuel** | Last 4 digits of account number | **4055** | **Unknown** |

Nonpriority Creditor's Name
**717 Greenfield Ct.**
**Upland, CA 91786**
Number Street City State Zip Code

**When was the debt incurred?**   **1/29/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 664 | **Martinez, Maria** | Last 4 digits of account number | **2027** | **Unknown** |

Nonpriority Creditor's Name
**1580 Magpie Lane**
**Sunnyvale, CA 94087**
Number Street City State Zip Code

**When was the debt incurred?**   **8/17/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 665 | **Martinez, Mauricio** | Last 4 digits of account number | **0031** | **Unknown** |

Nonpriority Creditor's Name
**12069 Wing Street**
**Pacoima, CA 91331**
Number Street City State Zip Code

**When was the debt incurred?**   **08/24/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 666 | **Martinez, Michael** | Last 4 digits of account number | **1123** | **Unknown** |

Nonpriority Creditor's Name
**209 N. Aladdin Dr.**
**Anaheim, CA 92801**
Number Street City State Zip Code

**When was the debt incurred?**  **2/22/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 667 | **Martins, Bento** | Last 4 digits of account number | **1956** | **Unknown** |

Nonpriority Creditor's Name
**14420 La Crescenta Way**
**Atascadero, CA 93422**
Number Street City State Zip Code

**When was the debt incurred?**  **2/16/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 668 | **Martinson, Betty** | Last 4 digits of account number | **None** | **$35,000.00** |

Nonpriority Creditor's Name
**1037 S Dewcrest Drive**
**Anaheim Hills, CA 92808**
Number Street City State Zip Code

**When was the debt incurred?**  **9/8/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2<br>669 | **Martinson, Cynthia** | Last 4 digits of account number | **0063** | **Unknown** |

Nonpriority Creditor's Name
**12324 Carver Ln**
**Artesia, CA 90701**
Number Street City State Zip Code

When was the debt incurred?    **03/01/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>670 | **Martinson, Eric** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name
**5742 Furnace Creek**
**Yorba Linda, CA 92887**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.2<br>671 | **Martinson, Eric** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name
**5742 Furnace Creek**
**Yorba Linda, CA 92886**
Number Street City State Zip Code

When was the debt incurred?    **6/1/2009**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2
672**

**Martinson, Sharene**
Nonpriority Creditor's Name

**19791 Crestknoll Dr
Yorba Linda, CA 92886**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **None**                              **Unknown**

**When was the debt incurred?**   **6/1/2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

**4.2
673**

**Marzo, Efren**
Nonpriority Creditor's Name

**32659 Willowvail Cir
Temecula, CA 92592**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3025**                              **Unknown**

**When was the debt incurred?**   **7/24/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
674**

**Mason, Jason**
Nonpriority Creditor's Name

**18 Northam
Newbury Park, CA 91320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number   **2049**                              **Unknown**

**When was the debt incurred?**   **7/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.2
675**

**Mason, Larry & Beth**

Nonpriority Creditor's Name

**43 W. Laurel Ave**
**Sierra Madre, CA 91024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1015**                    **Unknown**

**When was the debt incurred?**    **10/04/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
676**

**Mason, Stan**

Nonpriority Creditor's Name

**382 Foothill Dr**
**Fillmore, CA 93015**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1984**                    **Unknown**

**When was the debt incurred?**    **5/26/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
677**

**Massey, Lawrence**

Nonpriority Creditor's Name

**1509 S. Rita Ln**
**Anaheim, CA 92804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1026**                    **Unknown**

**When was the debt incurred?**    **07/19/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.2<br>678 | **Massoud, Ibrahim** | Last 4 digits of account number | **1962** | **Unknown** |

Nonpriority Creditor's Name
**13023 Napa Valley**
**Moreno Valley, CA 92555**
Number Street City State Zip Code

When was the debt incurred?  **7/26/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>679 | **Mast, Sam & Sharon** | Last 4 digits of account number | **1023** | **$0.00** |

Nonpriority Creditor's Name
**2807 E. Mayfair Ave**
**Orange, CA 92867**
Number Street City State Zip Code

When was the debt incurred?  **10/04/11**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>680 | **Master, Christine & Caroline** | Last 4 digits of account number | **1982** | **Unknown** |

Nonpriority Creditor's Name
**67135 Ovante Rd**
**Cathedral City, CA 92234**
Number Street City State Zip Code

When was the debt incurred?  **6/29/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 681 | **Matsouka, Roy & Noreen** | Last 4 digits of account number | **1111** | **Unknown** |

Nonpriority Creditor's Name
**4080 Huron Avenue**
**Culver City, CA 90232**
Number Street City State Zip Code

When was the debt incurred?  **11/15/11**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 682 | **Matsukane, Melvin** | Last 4 digits of account number | **2033** | **Unknown** |

Nonpriority Creditor's Name
**28648 Mount Whitney Way**
**Rancho Palos Verdes, CA 90275**
Number Street City State Zip Code

When was the debt incurred?  **4/27/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 683 | **Matsumae, Yosh & Gloria** | Last 4 digits of account number | **1011** | **$0.00** |

Nonpriority Creditor's Name
**10425 Thrush Ave**
**Fountain Valley, CA 92708**
Number Street City State Zip Code

When was the debt incurred?  **06/28/11**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2
684**

**Matsuzaki, Ralph**

Nonpriority Creditor's Name

**6411 W. 82nd St.**
**Los Angeles, CA 90045**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0029**                    **Unknown**

When was the debt incurred?   **02/23/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
685**

**Matta/Hayes, Sara**

Nonpriority Creditor's Name

**5512 Pembroke Ave.**
**Santa Barbara, CA 93111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0037**                    **Unknown**

When was the debt incurred?   **06/22/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
686**

**Matthews, Charles & Gwen**

Nonpriority Creditor's Name

**2451 55th St**
**San Diego, CA 92105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1029**                    **Unknown**

When was the debt incurred?   **04/19/11**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 687 | | | |
|---|---|---|---|

**Matthews, Judith**
Nonpriority Creditor's Name

**13744 Recuerdo Dr.**
**Del Mar, CA 92014**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0107**                                    **$0.00**

When was the debt incurred?    **11/09/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 688 | | | |
|---|---|---|---|

**Maturo, Lois**
Nonpriority Creditor's Name

**2472 E. Commonwealth Ave**
**Fullerton, CA 92831**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1088**                                    **Unknown**

When was the debt incurred?    **09/07/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 689 | | | |
|---|---|---|---|

**Matusov, Peter**
Nonpriority Creditor's Name

**8317 Caminito Helecho**
**La Jolla, CA 92037**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3047**                                    **Unknown**

When was the debt incurred?    **7/25/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 690 | | |
|---|---|---|

**Mauga, Steven**
Nonpriority Creditor's Name
**23502 Swallow Ln**
**Lake Forest, CA 92630**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1079**                    **Unknown**

When was the debt incurred?   **10/25/11**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 691 | | |
|---|---|---|

**Maverick, Wayne**
Nonpriority Creditor's Name
**53645 Avenida Bermuda**
**La Quinta, CA 92253**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1945**                    **Unknown**

When was the debt incurred?   **8/18/2015**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 692 | | |
|---|---|---|

**Maxey, Stephen**
Nonpriority Creditor's Name
**6837 Bergano Pl.**
**Rancho Cucamonga, CA 91701**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0077**                    **Unknown**

When was the debt incurred?   **09/21/10**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 693 | **Maxwell, Eleanor** | | |

Nonpriority Creditor's Name

**3211 Bent Twig Ln**
**Diamond Bar, CA 91765**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4143**

**When was the debt incurred?**   **9/26/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 694 | **Maxwell, Eleanor** | | |

Nonpriority Creditor's Name

**3211 Bent Twig Lane**
**Diamond Bar, CA 91765**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3042**

**When was the debt incurred?**   **11/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 695 | **Maxwell, Pam & Martin, Kathy** | | |

Nonpriority Creditor's Name

**419 Ruby Drive**
**Placentia, CA 92870**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0056**

**When was the debt incurred?**   **03/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 696 | | | |
|---|---|---|---|

**Mayes, David**
Nonpriority Creditor's Name
**2323 Dean Ave**
**Bakersfield, CA 93312**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **4069**

When was the debt incurred?   **4/2/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 697 | | | |
|---|---|---|---|

**Mayfield, Diana Hope**
Nonpriority Creditor's Name
**632 Avenida Sevilla**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **4027**

When was the debt incurred?   **5/27/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 698 | | | |
|---|---|---|---|

**Mayfield, Diane**
Nonpriority Creditor's Name
**632 Avenida Sevilla**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?   **1/1/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 699 | |
|---|---|

**Mayfield, Diane**
Nonpriority Creditor's Name
**632 Avenida Seville #N**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3072**        **Unknown**

When was the debt incurred?  **12/13/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 700 | |
|---|---|

**Mayfield, Gaylia**
Nonpriority Creditor's Name
**4226 Terraza Dr**
**Los Angeles, CA 90008**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2005**        **Unknown**

When was the debt incurred?  **2/23/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 701 | |
|---|---|

**Mayfield, Oliver**
Nonpriority Creditor's Name
**643 Cocapah St**
**Vista, CA 92083**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2002**        **Unknown**

When was the debt incurred?  **8/18/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 702 | |
|---|---|

**Maynard, Marsha**

Nonpriority Creditor's Name

**300 N. La Fonda**
**La Habra, CA 90631**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1065**          **Unknown**

**When was the debt incurred?**  **09/14/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 703 | |
|---|---|

**Mayoral, Art & Maria**

Nonpriority Creditor's Name

**15348 Moccasin St.**
**La Puente, CA 91744**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **9050**          **Unknown**

**When was the debt incurred?**  **01/19/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 704 | |
|---|---|

**Mayotte, Robert**

Nonpriority Creditor's Name

**6103 Case Ave.**
**North Hollywood, CA 91606**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0002**          **Unknown**

**When was the debt incurred?**  **10/19/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 705 | |
|---|---|

**Mazzone, Catherine**
Nonpriority Creditor's Name
**14364 Lyons Valley Road**
**Jamul, CA 91935**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **2108**                     **Unknown**

**When was the debt incurred?**   **2/14/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 706 | |
|---|---|

**Mazzone, Catherine**
Nonpriority Creditor's Name
**14364 Lyons Valley Rd.**
**Jamul, CA 91935**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **1007**                     **Unknown**

**When was the debt incurred?**   **12/06/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 707 | |
|---|---|

**McBreen, Louise**
Nonpriority Creditor's Name
**25313 Las Palomas**
**Moreno Valley, CA 92557**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **0019**                     **Unknown**

**When was the debt incurred?**   **05/25/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 708 | **McBride, Mike & Kathy** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**961 Saddlehorn Pl.**

**Newbury Park, CA 91320**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0095**          **$0.00**

**When was the debt incurred?**   **12/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 709 | **McCabe, John & Vicky** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5212 Appletree Ln.**

**Bakersfield, CA 93309**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **4048**          **Unknown**

**When was the debt incurred?**   **1/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 710 | **McCain, Janet** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1551 Robbie Jean Pl.**

**El Cajon, CA 92019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0095**          **Unknown**

**When was the debt incurred?**   **06/15/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 711 | |
|---|---|

**McCann, Serena**

Nonpriority Creditor's Name

**227 N. Poplar Street**

**Orange, CA 92868**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0101**                    **$0.00**

**When was the debt incurred?**   **08/17/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 712 | |
|---|---|

**Mccarty, Ruth**

Nonpriority Creditor's Name

**4544 North Street**

**Somis, CA 93066**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1947**                    **Unknown**

**When was the debt incurred?**   **1/12/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 713 | |
|---|---|

**McCarty, Ruth**

Nonpriority Creditor's Name

**4593 North St**

**Somis, CA 93066**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3004**                    **Unknown**

**When was the debt incurred?**   **6/29/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.2** **714** | **McCarty, Ruth** | |

Nonpriority Creditor's Name

**4593 N St**
**Somis, CA 93066**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2009**                    **Unknown**

**When was the debt incurred?**   **2/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2** **715** | **McCarty, Ruth** | |

Nonpriority Creditor's Name

**4593 North St**
**Somis, CA 93066**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3009**                    **Unknown**

**When was the debt incurred?**   **10/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2** **716** | **McCarty, Ruth** | |

Nonpriority Creditor's Name

**4593 North St**
**Somis, CA 93066**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2057**                    **Unknown**

**When was the debt incurred?**   **8/5/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>717 | **McClellan, Ray** |
|---|---|

Nonpriority Creditor's Name

**14179 Roan Rd.**
**Victorville, CA 92394**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **4023**                    **Unknown**

**When was the debt incurred?**   **1/14/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>718 | **McClintic, Tom & Elaine** |
|---|---|

Nonpriority Creditor's Name

**4709 Elder Ave**
**Seal Beach, CA 90740**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **02CO**                    **Unknown**

**When was the debt incurred?**   **11/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2<br>719 | **McCLure, Janet & Earvin** |
|---|---|

Nonpriority Creditor's Name

**13449 Acton Ave**
**Poway, CA 92064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3010**                    **Unknown**

**When was the debt incurred?**   **3/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if known) _____

---

| 4.2 720 | **McClure, Sandra & Patrick** | | Last 4 digits of account number | **4047** | | **Unknown** |

Nonpriority Creditor's Name

**8234 Solana St**
**San Diego, CA 92114**
Number Street City State Zip Code

**When was the debt incurred?**   **8/1/2014**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 721 | **McClure, Sandy & Mack** | | Last 4 digits of account number | **0101** | | **Unknown** |

Nonpriority Creditor's Name

**8234 Solana St.**
**San Diego, CA 92114**
Number Street City State Zip Code

**When was the debt incurred?**   **06/15/10**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 722 | **McComb, Kat** | | Last 4 digits of account number | **3168** | | **Unknown** |

Nonpriority Creditor's Name

**6011 Lenore Ave**
**Garden Grove, CA 92845**
Number Street City State Zip Code

**When was the debt incurred?**   **9/3/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 723 | **McComb, Kat** | Last 4 digits of account number | **9054** | **Unknown** |

Nonpriority Creditor's Name

**6011 Lenore Ave.**
**Garden Grove, CA 92845**

Number Street City State Zip Code

**When was the debt incurred?**   **01/26/10**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 724 | **McConnell, Kathy** | Last 4 digits of account number | **3124** | **Unknown** |

Nonpriority Creditor's Name

**6320 Amberwood**
**Rancho Cucamonga, CA 91702**

Number Street City State Zip Code

**When was the debt incurred?**   **8/13/2013**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 725 | **McCorkle, Boyd & Garcia, Larry** | Last 4 digits of account number | **4017** | **Unknown** |

Nonpriority Creditor's Name

**9152 Orangewood Ave**
**Garden Grove, CA 92841**

Number Street City State Zip Code

**When was the debt incurred?**   **3/11/2014**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.2 726** | **McCorkle, Mavis** | Last 4 digits of account number   **3044**   **Unknown** |

Nonpriority Creditor's Name
**1440 Pumalo St**
**San Bernardino, CA 92404**
Number Street City State Zip Code

When was the debt incurred?   **1/21/2013**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 727** | **McCormick, Armida** | Last 4 digits of account number   **0017**   **Unknown** |

Nonpriority Creditor's Name
**9647 Camino Real Ave.**
**Arcadia, CA 91007**
Number Street City State Zip Code

When was the debt incurred?   **02/23/10**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 728** | **McCormick, Joseph & Carole** | Last 4 digits of account number   **3041**   **Unknown** |

Nonpriority Creditor's Name
**813 W Fir St**
**Lompoc, CA 93436**
Number Street City State Zip Code

When was the debt incurred?   **7/16/2013**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 729 | **McCown, Anne** | | Last 4 digits of account number | **1100** | **Unknown** |

Nonpriority Creditor's Name

**7 Archbay**
**Laguna Niguel, CA 92677**
Number Street City State Zip Code

When was the debt incurred?  **08/16/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 730 | **McCoy, Chris & Denise** | | Last 4 digits of account number | **4028** | **Unknown** |

Nonpriority Creditor's Name

**120 John Kirk Ct**
**Campbell, CA 95008**
Number Street City State Zip Code

When was the debt incurred?  **9/10/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 731 | **McCoy, Donald & Audrey** | | Last 4 digits of account number | **1094** | **Unknown** |

Nonpriority Creditor's Name

**6405 High Knoll Rd**
**San Diego, CA 92111**
Number Street City State Zip Code

When was the debt incurred?  **09/20/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 732 | **McCoy, Larry & Henry, Janette** | Last 4 digits of account number | **4046** | **Unknown** |

Nonpriority Creditor's Name
**2749 D St**
**Antioch, CA 94509**
Number Street City State Zip Code

When was the debt incurred?   **5/12/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 733 | **Mccraney, Osbourn** | Last 4 digits of account number | **4061** | **Unknown** |

Nonpriority Creditor's Name
**18171 Main St**
**Hesperia, CA 92345**
Number Street City State Zip Code

When was the debt incurred?   **12/22/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 734 | **McCray, Ishman** | Last 4 digits of account number | **2016** | **Unknown** |

Nonpriority Creditor's Name
**3718 Degnan Blvd**
**Los Angeles, CA 90018**
Number Street City State Zip Code

When was the debt incurred?   **8/24/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 735 | | | |
|---|---|---|---|

**McCullough, Mac & Florence**
Nonpriority Creditor's Name

**833 Kottinger Dr.**
**Pleasanton, CA 94566**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0079**          **$0.00**

**When was the debt incurred?**   **11/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 736 | | | |
|---|---|---|---|

**McDaniel, Aaron**
Nonpriority Creditor's Name

**41079 Johnson Ave.**
**Hemet, CA 92544**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2098**          **Unknown**

**When was the debt incurred?**   **11/7/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 737 | | | |
|---|---|---|---|

**McDaniel, Aaron**
Nonpriority Creditor's Name

**41079 Johnston**
**Hemet, CA 92544**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1035**          **Unknown**

**When was the debt incurred?**   **06/28/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 738 | **Mcdaniels, Danny** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1381 Mahogany St**
**Corona, CA 92882**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    1941                **Unknown**

**When was the debt incurred?**    2/12/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 739 | **McDiarmid, Rob & Laura** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**6782 Acacia**
**Garden Grove, CA 92845**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    1023                **Unknown**

**When was the debt incurred?**    07/26/11

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 740 | **McDonald, Anna** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**22810 Sunset Crossing Rd.**
**Diamond Bar, CA 91765**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    3050                **Unknown**

**When was the debt incurred?**    3/4/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>741 | **McDonald, Marjorie** | Last 4 digits of account number | **1065** | **Unknown** |

Nonpriority Creditor's Name

**6416 Lanston St**
**San Diego, CA 92111**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **03/01/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>742 | **McDonald, Wanda & Ron** | Last 4 digits of account number | **0112** | **$0.00** |

Nonpriority Creditor's Name

**6325 Agnes Ave.**
**N. Hollywood, CA 91606**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **06/08/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>743 | **Mcdougal, Brian** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**12117 216Th Street**
**Hawaiian Gardens, CA 90716**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **6/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 744 | **McDougal, Bruce** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**27911 Paseo Nicole**
**San Juan Capistrano, CA 92675**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1056**    **Unknown**

**When was the debt incurred?**    **09/27/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 745 | **McDougall, Virginia** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2426 Ashford Glen.**
**Escondido, CA 92027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **3001**    **Unknown**

**When was the debt incurred?**    **2/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 746 | **McDuffie, Janelle** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**24686 Talbot Ct.**
**Moreno Valley, CA 92551**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **3011**    **Unknown**

**When was the debt incurred?**    **3/28/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>747 | **McDuffie, Janelle** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**24686 Talbot Ct.**
**Moreno Valley, CA 92551**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2015**          **Unknown**

**When was the debt incurred?**  **1/27/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2<br>748 | **McDuffie, Janelle** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**24686 Talbot Ct**
**Moreno Valley, CA 92551**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4126**          **Unknown**

**When was the debt incurred?**  **6/14/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>749 | **McDuffy, James & Dorothy** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3539 Almendro Way**
**Camarillo, CA 93010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0032**          **$0.00**

**When was the debt incurred?**  **10/26/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2
750**

**McEven, Clio & Clark**
Nonpriority Creditor's Name
**4920 Sparks Ave.**
**San Diego, CA 92110**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0010**                **Unknown**

**When was the debt incurred?**    **06/22/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
751**

**McEvoy , Rex**
Nonpriority Creditor's Name
**1480 Benedict Cayon**
**Los Angeles, CA 90210**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0072**                **$0.00**

**When was the debt incurred?**    **08/03/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
752**

**McFadden, Brett & Desiree**
Nonpriority Creditor's Name
**1120 E. Hazeltine Ct**
**Ontario, CA 91761**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3060**                **Unknown**

**When was the debt incurred?**    **6/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 753 | | | |
|---|---|---|---|

**Mcfadden, Desiree & Brett**
Nonpriority Creditor's Name

**1120 E. Hazeltine Court**
**Ontario, CA 91761**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3060**                                  **Unknown**

When was the debt incurred?    **5/5/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.2 754 | | | |
|---|---|---|---|

**McFarland, Michael & Linda**
Nonpriority Creditor's Name

**6998 Treasure Way**
**Sacramento, CA 95831**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0105**                                  **$0.00**

When was the debt incurred?    **08/24/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.2 755 | | | |
|---|---|---|---|

**McGaugh, Alice**
Nonpriority Creditor's Name

**2319 Browning St.**
**Berkeley, CA 94702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0088**                                  **$0.00**

When was the debt incurred?    **08/03/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 756 | **McGinnis, Joann** | Last 4 digits of account number | **1015** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**26382 Estanciero Drive**
**Mission Viejo, CA 92691**

**When was the debt incurred?**   **06/21/11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 757 | **McGinty, Catherine** | Last 4 digits of account number | **1113** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**21142 Sunny Ridge**
**Lake Forest, CA 92630**

**When was the debt incurred?**   **11/15/11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 758 | **McGowan, Ilse** | Last 4 digits of account number | **3179** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1510 McLoughlin Ave**
**Oxnard, CA 93035**

**When was the debt incurred?**   **9/4/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 759 | | | |
|---|---|---|---|

**McGowan, Janet**
Nonpriority Creditor's Name

**71 Norlyn Dr.**
**Walnut Creek, CA 94596**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2014**          **Unknown**

**When was the debt incurred?**  **4/15/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 760 | | | |
|---|---|---|---|

**McGrail, William**
Nonpriority Creditor's Name

**6411 Park Ave.**
**Garden Grove, CA 92845**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0015**          **Unknown**

**When was the debt incurred?**  **02/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 761 | | | |
|---|---|---|---|

**McGuire , William**
Nonpriority Creditor's Name

**24625 Sadaba**
**Mission Viejo, CA 92692**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0059**          **Unknown**

**When was the debt incurred?**  **03/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 762 | **McIlroy, Nancy** | | |

Nonpriority Creditor's Name

**24012 Plant Ave.**
**Mission Viejo, CA 92691**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2031**                    **Unknown**

**When was the debt incurred?**   **5/2/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 763 | **McKeegan, Kevin** | | |

Nonpriority Creditor's Name

**6363 Bay Berry St**
**Oak Park, CA 91377**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1031**                    **Unknown**

**When was the debt incurred?**   **07/19/11**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 764 | **McKenzie, George** | | |

Nonpriority Creditor's Name

**3919 Antone Rd**
**Santa Barbara, CA 93110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **4155**                    **Unknown**

**When was the debt incurred?**   **2/11/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2
765**

**McKenzie, George**

Nonpriority Creditor's Name

**3919 Antone Road**

**Santa Barbara, CA 93110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **0038** |

**Unknown**

When was the debt incurred?   **03/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
766**

**McKeon, Bruce**

Nonpriority Creditor's Name

**917 La Mirada Street**

**Laguna Beach, CA 92651**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2010**

**Unknown**

When was the debt incurred?   **2/17/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

**4.2
767**

**McKibben, Phyllis**

Nonpriority Creditor's Name

**8073 Pine Branch**

**Lake Naciemento, CA 93426**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0099**

**Unknown**

When was the debt incurred?   **08/10/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 768 | **McKinley, Brenda** | Last 4 digits of account number | **1115** | **$0.00** |

Nonpriority Creditor's Name

**1616 Santa Clara St.**
**Richmond, CA 94804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**  **04/26/11**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 769 | **McKinney, Ted** | Last 4 digits of account number | **1066** | **Unknown** |

Nonpriority Creditor's Name

**5156 Colina Way**
**Riverside, CA 92507**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**  **05/31/11**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 770 | **McKown, Bill** | Last 4 digits of account number | **0079** | **Unknown** |

Nonpriority Creditor's Name

**16268 Sugar Grove Dr.**
**Whittier, CA 90604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**  **02/16/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 771 | **McLachlan, Gordon & Joyce** | Last 4 digits of account number | **1104** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**16142 Hartsook St**

**Encino, CA 91436**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **07/12/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 772 | **McLain, Tom** | Last 4 digits of account number | **3063** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3920 Mount Everest Blvd.**

**San Diego, CA 92111**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 773 | **McLaughlin, Ben** | Last 4 digits of account number | **2047** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**124 Calla Ave**

**Imperial Beach, CA 91932**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **7/3/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know)  _____

---

| 4.2 774 | **McMahon, Rose** | Last 4 digits of account number | **2009** | **Unknown** |

Nonpriority Creditor's Name

**6144 Monadnock Way**
**Oakland, CA 94605**

When was the debt incurred?    **12/19/2012**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 775 | **McMasters, William & Vicky** | Last 4 digits of account number | **4102** | **Unknown** |

Nonpriority Creditor's Name

**521 Barber Dr**
**Hemet, CA 92543**

When was the debt incurred?    **5/9/2014**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 776 | **McMillian, Jesse** | Last 4 digits of account number | **1066** | **Unknown** |

Nonpriority Creditor's Name

**850 Mission Canyon Road**
**Santa Barbara, CA 93105**

When was the debt incurred?    **1/5/2012**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 777 | **McMullen, Mary** | | | |

Nonpriority Creditor's Name

**8610 Lambrecht Court**
**El Cerrito, CA 94530**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1069**                **Unknown**

When was the debt incurred?   **03/29/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 778 | **McMullen, Wade** | | | |

Nonpriority Creditor's Name

**1342 N 2Nd Ave.**
**Upland, CA 91786**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4009**                **Unknown**

When was the debt incurred?   **1/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 779 | **McNeil, James** | | | |

Nonpriority Creditor's Name

**5712 Golondrino Dr.**
**San Bernardino, CA 92404**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0048**                **Unknown**

When was the debt incurred?   **06/01/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2 780**

**McNeil, Robert**
Nonpriority Creditor's Name
**419 Calle Familia.**
**San Clemente, CA 92672**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **0047**          **Unknown**

When was the debt incurred?    **03/02/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 781**

**McNeil, Robert & Mary**
Nonpriority Creditor's Name
**32840 Wesley St**
**Winchester, CA 92596**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **3139**          **Unknown**

When was the debt incurred?    **10/31/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 782**

**McNutt, Jane**
Nonpriority Creditor's Name
**4474 Wilson Avenue**
**San Diego, CA 92116**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **1033**          **Unknown**

When was the debt incurred?    **09/27/11**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 783 | | | |
|---|---|---|---|

**McPherson, Jeff & Yvonne**
Nonpriority Creditor's Name

**8 Spring Hill Ln**
**Laguna Hills, CA 92653**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4016**

When was the debt incurred?   **10/20/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 784 | | | |
|---|---|---|---|

**McPherson, Raymond**
Nonpriority Creditor's Name

**18380 Avenida Caleta**
**Murrieta, CA 92562**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3036**

When was the debt incurred?   **2/10/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 785 | | | |
|---|---|---|---|

**McVay, Sharon**
Nonpriority Creditor's Name

**23509 Bell Bluff Trail**
**Alpine, CA 91901**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2019**

When was the debt incurred?   **5/21/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 786 | **Mcwhorter, Lisa** | | Last 4 digits of account number | **4055** | | **Unknown** |

Nonpriority Creditor's Name

**368 Creelman Lane**
**Ramona, CA 92065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **10/16/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 787 | **McWhorter, Lisa** | | Last 4 digits of account number | **3013** | | **Unknown** |

Nonpriority Creditor's Name

**368 Creelman Lane**
**Ramona, CA 92065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **3/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 788 | **McWilliams, Lydia** | | Last 4 digits of account number | **3040** | | **Unknown** |

Nonpriority Creditor's Name

**1506 Oak Ave.**
**Vista, CA 92084**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **6/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>789 | | | |
|---|---|---|---|

**Means, Mary & Albert**
Nonpriority Creditor's Name
**847 E Park Ave**
**El Cajon, CA 92019**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4023**                    **Unknown**

**When was the debt incurred?**   **12/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>790 | | | |
|---|---|---|---|

**Means, Victoria & Daniel**
Nonpriority Creditor's Name
**41825 55Th Street W**
**Lancaster, CA 93536**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2009**                    **Unknown**

**When was the debt incurred?**   **11/11/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>791 | | | |
|---|---|---|---|

**Meatty, Mary**
Nonpriority Creditor's Name
**603 Acacia Road**
**Santa Paula, CA 93060**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1959**                    **Unknown**

**When was the debt incurred?**   **4/20/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 792 | | | |
|---|---|---|---|

**Medina, Gloria**

Nonpriority Creditor's Name

**319 Mellifont Ave**

**Santa Barbara, CA 93101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1993**

When was the debt incurred?   **5/27/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 793 | | | |
|---|---|---|---|

**Medina, James**

Nonpriority Creditor's Name

**1142 Manor Blvd**

**San Leandro, CA 94579**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1057**

When was the debt incurred?   **04/19/11**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 794 | | | |
|---|---|---|---|

**Medlin, Jackie**

Nonpriority Creditor's Name

**2494 45th St**

**San Diego, CA 92105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1043**

When was the debt incurred?   **11/01/11**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 795 | **Mehegan, Paul & Roberta** | Last 4 digits of account number | **3043** | **Unknown** |

Nonpriority Creditor's Name

**6621 Berquist Ave**
**West Hills, CA 91307**

Number Street City State Zip Code

**When was the debt incurred?** **11/9/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 796 | **Mehegan, Paul & Roberta** | Last 4 digits of account number | **3043** | **Unknown** |

Nonpriority Creditor's Name

**6621 Berquist Ave.**
**West Hills, CA 91307**

Number Street City State Zip Code

**When was the debt incurred?** **11/20/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 797 | **Mehegan, Roberta** | Last 4 digits of account number | **1095** | **Unknown** |

Nonpriority Creditor's Name

**6621 Berquist Ave**
**West Hills, CA 91307**

Number Street City State Zip Code

**When was the debt incurred?** **04/05/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 798 | **Mehlhop, Sandra** | | Last 4 digits of account number | 1023 | **Unknown** |

Nonpriority Creditor's Name
**4145 Olive Ave**
**La Mesa, CA 91941**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   1/23/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 799 | **Mehta, Ashok & Priya** | | Last 4 digits of account number | 3066 | **Unknown** |

Nonpriority Creditor's Name
**2319 Santa Ana Ave**
**Costa Mesa, CA 92627**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   4/14/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 800 | **Meinen, Ruth** | | Last 4 digits of account number | 3137 | **Unknown** |

Nonpriority Creditor's Name
**201 Frances St.**
**Ventura, CA 93003**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   9/5/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | |
|---|---|
| 4.2 801 | |

**Meinen, Ruth**
Nonpriority Creditor's Name
**201 Frances St.**
**Ventura, CA 93003**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0051**                    **Unknown**

When was the debt incurred?    **07/06/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| 4.2 802 | |

**Meiners, Vicki & David**
Nonpriority Creditor's Name
**1762 St. Peter's Dr.**
**Fallbrook, CA 92028**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0073**                    **Unknown**

When was the debt incurred?    **04/13/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| 4.2 803 | |

**Meires, Mike & Donna**
Nonpriority Creditor's Name
**12571 Hilton St.**
**Garden Grove, CA 92840**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0032**                    **Unknown**

When was the debt incurred?    **06/15/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.2
804**

**Mejia, Elizabeth**
Nonpriority Creditor's Name

**754 W. Edna Place**
**Covina, CA 91722**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3035**                    **Unknown**

**When was the debt incurred?**   **6/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
805**

**Mejia, Gloria**
Nonpriority Creditor's Name

**20623 Vejar Rd**
**Walnut, CA 91789**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3198**                    **Unknown**

**When was the debt incurred?**   **9/14/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
806**

**Melara, Ana**
Nonpriority Creditor's Name

**16672 Mesa Oak Ave.**
**Chino Hills, CA 91709**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3051**                    **Unknown**

**When was the debt incurred?**   **8/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 807 | **Melby, Ron** | Last 4 digits of account number | **2018** | **Unknown** |

Nonpriority Creditor's Name
**31400 Sierra Del Sol**
**Thousand Palms, CA 92276**
Number Street City State Zlp Code

**When was the debt incurred?**   **12/28/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 808 | **Mellinger, Doris** | Last 4 digits of account number | **1098** | **Unknown** |

Nonpriority Creditor's Name
**29505 Kalina Ave**
**Lake Elsinore, CA 92530**
Number Street City State Zlp Code

**When was the debt incurred?**   **02/15/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 809 | **Melms, Theodore** | Last 4 digits of account number | **3071** | **Unknown** |

Nonpriority Creditor's Name
**6775 Avenue De Palma**
**Riverside, CA 92509**
Number Street City State Zlp Code

**When was the debt incurred?**   **1/14/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 810 | **Melson, Henry** | Last 4 digits of account number | **2012** | **Unknown** |

Nonpriority Creditor's Name

**395 Marti Marie Dr**
**Martinez, CA 94553**

Number Street City State Zip Code

When was the debt incurred?   **7/30/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 811 | **Melvin, Sophia & Mael** | Last 4 digits of account number | **2072** | **Unknown** |

Nonpriority Creditor's Name

**1300 Orchard Drive**
**Santa Barbara, CA 93111**

Number Street City State Zip Code

When was the debt incurred?   **2/10/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 812 | **Menchaca, Orlando** | Last 4 digits of account number | **3004** | **Unknown** |

Nonpriority Creditor's Name

**220 S. 10th Street**
**Santa Paula, CA 93060**

Number Street City State Zip Code

When was the debt incurred?   **7/9/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 813 | **Mendez, Lori** | Last 4 digits of account number | **2086** | **Unknown** |

Nonpriority Creditor's Name
**39845 Sweetwater**
**Palm Desert, CA 92211**
Number Street City State Zlp Code

When was the debt incurred?   **7/23/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 814 | **Mendez, Ruben** | Last 4 digits of account number | **2001** | **Unknown** |

Nonpriority Creditor's Name
**12831 Gloria Pl**
**Garden Grove, CA 92843**
Number Street City State Zlp Code

When was the debt incurred?   **4/1/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 815 | **Mendoza, Mary** | Last 4 digits of account number | **0020** | **Unknown** |

Nonpriority Creditor's Name
**6302 Gretna Ave.**
**Whittier, CA 90601**
Number Street City State Zlp Code

When was the debt incurred?   **02/02/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>816 | **Meneses, Lucrecia** | Last 4 digits of account number | **2030** | **Unknown** |

Nonpriority Creditor's Name

**6174 Ocasa Dr**
**Mira Loma, CA 91752**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **11/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2<br>817 | **Merancio, Henry** | Last 4 digits of account number | **2032** | **Unknown** |

Nonpriority Creditor's Name

**8226 Tapia Via Drive**
**Rancho Cucamonga, CA 91730**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2/18/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2<br>818 | **Mercado, Juan** | Last 4 digits of account number | **0035** | **Unknown** |

Nonpriority Creditor's Name

**13625 Dempster Ave.**
**Downey, CA 90242**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **03/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2**
**819**

**Mericle, Kathy**

Nonpriority Creditor's Name

**12 Potomac**
**Irvine, CA 92620**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number      **0018**          **Unknown**

**When was the debt incurred?**       **06/29/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**820**

**Merlo, Bernadine**

Nonpriority Creditor's Name

**9521 Adawamis Rd**
**Desert Hot Springs, CA 92240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number      **3102**          **Unknown**

**When was the debt incurred?**       **8/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**821**

**Merrida, Richard**

Nonpriority Creditor's Name

**22043 Dolores St**
**Carson, CA 90745**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number      **2106**          **Unknown**

**When was the debt incurred?**       **6/18/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.2 822 | | |
|---|---|---|

**Merriman, Ruby**
Nonpriority Creditor's Name

**100 Estates**
**Ventura, CA 93003**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **02CO**          **Unknown**

**When was the debt incurred?**    **2/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 823 | | |
|---|---|---|

**Merryman, Ruby**
Nonpriority Creditor's Name

**100 Estates Avenue**
**Ventura, CA 93003**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2002**          **Unknown**

**When was the debt incurred?**    **5/9/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 824 | | |
|---|---|---|

**Merrymom, John & Dorothy**
Nonpriority Creditor's Name

**73119 Rose St.**
**Cerritos, CA 90703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0056**          **Unknown**

**When was the debt incurred?**    **03/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 825 | **Meth-Ford, Shirley** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**9430 Loren Dr**
**La Mesa, CA 91942**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2074**          **Unknown**

**When was the debt incurred?**    **11/20/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 826 | **Metheny, Jimmy** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2030 W. Hemlock Way**
**Santa Ana, CA 92704**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3020**          **Unknown**

**When was the debt incurred?**    **2/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 827 | **Methmann, Marthe** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1549 Lisa St**
**Carpenteria, CA 93013**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2078**          **Unknown**

**When was the debt incurred?**    **2/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know)  _____

---

| 4.2 828 | | | |
|---|---|---|---|

**Metzger, Christopher**
Nonpriority Creditor's Name
**14210 Monterra Dr**
**Fontana, CA 92337**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2048**            **Unknown**

**When was the debt incurred?**  **7/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 829 | | | |
|---|---|---|---|

**Metzger, Christopher**
Nonpriority Creditor's Name
**14210 Monterra Dr**
**Fontana, CA 92337**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1074**            **Unknown**

**When was the debt incurred?**  **08/30/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 830 | | | |
|---|---|---|---|

**Meuser, Dur**
Nonpriority Creditor's Name
**447 Calor Drive**
**Buelton, CA 93427**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2117**            **Unknown**

**When was the debt incurred?**  **2/20/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 831 | | |
|---|---|---|

**Meyer, Chris & Beta**

Nonpriority Creditor's Name

**1201 Central Ave**
**Fullerton, CA 92881**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3141**                    **Unknown**

**When was the debt incurred?**  **1/18/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 832 | | |
|---|---|---|

**Meyer, Henry**

Nonpriority Creditor's Name

**1114 N. Nopal St.**
**Santa Barbara, CA 93103**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3001**                    **Unknown**

**When was the debt incurred?**  **3/13/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 833 | | |
|---|---|---|

**Meyer, Todd & Kimberly**

Nonpriority Creditor's Name

**28581 Avenida Diosa**
**Cathedral City, CA 92234**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3126**                    **Unknown**

**When was the debt incurred?**  **1/15/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 834 | |
|---|---|

**Meyer/Holcomb, Barton**
Nonpriority Creditor's Name
**24480 Pantera**
**Murrieta, CA 92562**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0088**                     **Unknown**

When was the debt incurred?    **07/13/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 835 | |
|---|---|

**Meza, Alfredo & Alicia**
Nonpriority Creditor's Name
**80833 Mary Lane**
**Indio, CA 92201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **2109**                     **Unknown**

When was the debt incurred?    **6/13/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 836 | |
|---|---|

**Michael, Rebecca & Roger**
Nonpriority Creditor's Name
**68175 Peladora Rd**
**Cathedral City, CA 92234**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **2012**                     **Unknown**

When was the debt incurred?    **5/5/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>837 | **Mick, Jacqui** | Last 4 digits of account number | **3066** | **Unknown** |

Nonpriority Creditor's Name

**475 Ocean View Ave.**
**Pismo Beach, CA 92499**

Number Street City State Zip Code

When was the debt incurred?  **3/3/2014**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>838 | **Mickelson, Hans** | Last 4 digits of account number | **1083** | **Unknown** |

Nonpriority Creditor's Name

**5591 Stardust Dr**
**Huntington Beach, CA 92647**

Number Street City State Zip Code

When was the debt incurred?  **06/07/11**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>839 | **Mickelson, Mariane** | Last 4 digits of account number | **3016** | **Unknown** |

Nonpriority Creditor's Name

**4525 Lennox Ave.**
**Sherman Oaks, CA 91423**

Number Street City State Zip Code

When was the debt incurred?  **11/22/2013**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 840 | | | |

**Middleton, Melvin & Christine**
Nonpriority Creditor's Name

**534 N. Lamarr St**
**Rialto, CA 92376**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3013**                **Unknown**

When was the debt incurred?   **2/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 841 | | | |

**Mikkelsaar, Karl**
Nonpriority Creditor's Name

**31 Indigo Pl**
**Aliso Viejo, CA 92656**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0106**                **Unknown**

When was the debt incurred?   **01/18/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 842 | | | |

**Milbourne, Tanya**
Nonpriority Creditor's Name

**8722 Barnwood Lane**
**Riverside, CA 92508**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3003**                **Unknown**

When was the debt incurred?   **11/24/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 843 | | | |
|---|---|---|---|

**Milenkovich, Neb**
Nonpriority Creditor's Name

**402 Wintergreen**
**San Marcos, CA 92069**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **0077**          **Unknown**

**When was the debt incurred?**  **05/25/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 844 | | | |
|---|---|---|---|

**Miles, Dee**
Nonpriority Creditor's Name

**1960 Port Claridge Pl**
**Newport Beach, CA 92660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1076**          **Unknown**

**When was the debt incurred?**  **12/20/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 845 | | | |
|---|---|---|---|

**Millan, Javier**
Nonpriority Creditor's Name

**5120 Roundup Rd.**
**Norco, CA 92860**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3053**          **Unknown**

**When was the debt incurred?**  **2/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2<br>846 | **Millar, Orah** | Last 4 digits of account number | **2042** | **Unknown** |

Nonpriority Creditor's Name

**28611 Golden Meadow Dr**
**Rancho Palos Verdes, CA 90275**

When was the debt incurred?   **8/15/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>847 | **Millar, Orah** | Last 4 digits of account number | **2042** | **Unknown** |

Nonpriority Creditor's Name

**28611 Golden Meadow Dr**
**Rancho Palos Verdes, CA 90275**

When was the debt incurred?   **9/8/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2<br>848 | **Miller, Barbara** | Last 4 digits of account number | **1964** | **Unknown** |

Nonpriority Creditor's Name

**11922 Window Peak Wy**
**San Diego, CA 92131**

When was the debt incurred?   **12/31/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 849 | **Miller, Bertha** | Last 4 digits of account number | **3006** | **Unknown** |

Nonpriority Creditor's Name
**2301 Dashwood Ave.**
**Oakland, CA 94605**
Number Street City State Zip Code

**When was the debt incurred?**   **3/29/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 850 | **Miller, Betty** | Last 4 digits of account number | **0055** | **Unknown** |

Nonpriority Creditor's Name
**4265 Newport Ave.**
**San Diego, CA 92107**
Number Street City State Zip Code

**When was the debt incurred?**   **06/29/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 851 | **Miller, Bob & Mildred** | Last 4 digits of account number | **2071** | **Unknown** |

Nonpriority Creditor's Name
**41970 Stetson Ave**
**Hemet, CA 92544**
Number Street City State Zip Code

**When was the debt incurred?**   **5/21/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.2**
**852**

**Miller, Bob & Mildred**

Nonpriority Creditor's Name

**41970 Stetson Avenue**
**Hemet, CA 92544**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0114**                    **Unknown**

**When was the debt incurred?**    **11/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**853**

**Miller, Carol**

Nonpriority Creditor's Name

**58854 Baron Dr**
**Yucca Valley, CA 92284**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4104**                    **Unknown**

**When was the debt incurred?**    **7/28/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**854**

**Miller, Carol**

Nonpriority Creditor's Name

**58854 Barron Dr.**
**Yucca Valley, CA 92284**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4050**                    **Unknown**

**When was the debt incurred?**    **1/24/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 855 | **Miller, Christine** | Last 4 digits of account number | **3018** | **Unknown** |

Nonpriority Creditor's Name

**9901 Via Nina**
**Santee, CA 92071**

When was the debt incurred?    **3/8/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 856 | **Miller, Chuck** | Last 4 digits of account number | **2091** | **Unknown** |

Nonpriority Creditor's Name

**323 S. Orange Street**
**Los Angeles, CA 90030**

When was the debt incurred?    **3/8/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 857 | **Miller, Clair** | Last 4 digits of account number | **1105** | **Unknown** |

Nonpriority Creditor's Name

**291 E. Fiesta Green**
**Port Hueneme, CA 93041**

When was the debt incurred?    **08/16/11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 858 | | |
|---|---|---|

**Miller, Donald**
Nonpriority Creditor's Name
**1550 P Street**
**Firebaugh, CA 93622**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1097**                                    **Unknown**

When was the debt incurred?   **08/30/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 859 | | |
|---|---|---|

**Miller, Dree**
Nonpriority Creditor's Name
**1837 Dwight Ave**
**Camarillo, CA 93010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1002**                                    **Unknown**

When was the debt incurred?   **11/15/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 860 | | |
|---|---|---|

**Miller, Florence**
Nonpriority Creditor's Name
**15446 Horace St**
**Mission Hills, CA 91345**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1003**                                    **Unknown**

When was the debt incurred?   **05/17/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 861 | **Miller, James & Judith** | Last 4 digits of account number | **3033** | **Unknown** |

Nonpriority Creditor's Name
**29300 Via Norte**
**Temecula, CA 92591**
Number Street City State Zip Code

**When was the debt incurred?**   **2/25/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 862 | **Miller, John** | Last 4 digits of account number | **1035** | **Unknown** |

Nonpriority Creditor's Name
**3903 Mt. Blackburn**
**San Diego, CA 92111**
Number Street City State Zip Code

**When was the debt incurred?**   **6/16/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 863 | **Miller, John** | Last 4 digits of account number | **1035** | **$0.00** |

Nonpriority Creditor's Name
**3903 Mt. Blackburn Ave**
**San Diego, CA 92111**
Number Street City State Zip Code

**When was the debt incurred?**   **06/28/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 864 | **Miller, Joseph & Melody** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3034 Camino Graciosa**
**Thousand Oaks, CA 91360**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0007**            **Unknown**

**When was the debt incurred?**   **09/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 865 | **Miller, Laura Dean** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5110 E Vernon St**
**Long Beach, CA 90815**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **3018**            **Unknown**

**When was the debt incurred?**   **7/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 866 | **Miller, Laurie** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**11152 Bertha Pl**
**Cerritos, CA 90703**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **4148**            **Unknown**

**When was the debt incurred?**   **4/3/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 867 | **Miller, Laurie** | | | Last 4 digits of account number | **9010** | | **Unknown** |

Nonpriority Creditor's Name

**11152 Bertha Pl.**
**Cerritos, CA 90703**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12/22/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 868 | **Miller, Linda** | | | Last 4 digits of account number | **2061** | | **Unknown** |

Nonpriority Creditor's Name

**582 Lorna Lane**
**Los Angeles, CA 90049**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **5/24/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 869 | **Miller, Mary** | | | Last 4 digits of account number | **4095** | | **Unknown** |

Nonpriority Creditor's Name

**4847 Golden Rd**
**Pleasanton, CA 94566**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **5/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.2 870 | | |
|---|---|---|

**Miller, Maurice**

Nonpriority Creditor's Name

**2011 Ayers Rd**
**Concord, CA 94521**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2015**

When was the debt incurred?   **8/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| 4.2 871 | | |
|---|---|---|

**Miller, Ron & Barbara**

Nonpriority Creditor's Name

**3554 Don Juan**
**Carlsbad, CA 92010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1035**

When was the debt incurred?   **06/07/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 872 | | |
|---|---|---|

**Miller, Ronald**

Nonpriority Creditor's Name

**2994 N. Cottonwood**
**Orange, CA 92865**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2125**

When was the debt incurred?   **2/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 873 | **Miller, Steve** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**204 N. "I" Street**
**Oxnard, CA 93030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0054**                          **Unknown**

**When was the debt incurred?**    **08/31/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 874 | **Miller, Teckla** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5521 Holland Ave**
**Garden Grove, CA 92845**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2054**                          **Unknown**

**When was the debt incurred?**    **6/4/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 875 | **Millholland, Howard & Betty** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**38110 Chris Dr.**
**Cathedral City, CA 92234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2053**                          **Unknown**

**When was the debt incurred?**    **11/27/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2<br>876 | **Milliken, Maren** | Last 4 digits of account number | **0035** | **Unknown** |

Nonpriority Creditor's Name

**1315 Valencia Loop.**

**Chula Vista, CA 91910**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **04/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>877 | **Mills, Christina & Robert** | Last 4 digits of account number | **2067** | **Unknown** |

Nonpriority Creditor's Name

**63381 Quail Springs Rd**

**Joshua Tree, CA 92252**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **7/9/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2<br>878 | **Mills, Jan** | Last 4 digits of account number | **0041** | **Unknown** |

Nonpriority Creditor's Name

**6781 Chadbourn Ave.**

**Riverside, CA 92505**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **04/27/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 879 | **Mills, Jeraldine** | | Last 4 digits of account number | **2020** | **Unknown** |

Nonpriority Creditor's Name
**30 Greenville Rd.**
**Livermore, CA 94551**
Number Street City State Zip Code

**When was the debt incurred?** **12/18/2012**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 880 | **Mills, John** | | Last 4 digits of account number | **0073** | **Unknown** |

Nonpriority Creditor's Name
**5635 Loud Cecil St.**
**San Diego, CA 92122**
Number Street City State Zip Code

**When was the debt incurred?** **07/06/10**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 881 | **Mills, Robert & Christina** | | Last 4 digits of account number | **3019** | **Unknown** |

Nonpriority Creditor's Name
**6339 Quail Springs Rd**
**Joshua Tree, CA 92252**
Number Street City State Zip Code

**When was the debt incurred?** **10/1/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 882 | **Milne, Robert** | | Last 4 digits of account number | **3094** | **Unknown** |

Nonpriority Creditor's Name

**7989 Westbury**
**San Diego, CA 92176**

When was the debt incurred?  **11/11/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 883 | **Milne, Robert & Debbie** | | Last 4 digits of account number | **3026** | **Unknown** |

Nonpriority Creditor's Name

**7989 Westbury Ave.**
**San Diego, CA 92126**

When was the debt incurred?  **4/10/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 884 | **Milner, Marla** | | Last 4 digits of account number | **3123** | **Unknown** |

Nonpriority Creditor's Name

**4612 Hunford Terrace**
**Encino, CA 91436**

When was the debt incurred?  **8/6/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| Debtor 1 | **Casey John Simon** |
|---|---|
| Debtor 2 | **Korrine Ellen Simon** |

Case number (*if know*) _____

---

| 4.2 885 | **Mincer, Tina** | Last 4 digits of account number | **4020** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**7099 Plasse St**
**Yucca Valley, CA 92284**
Number Street City State Zip Code

When was the debt incurred?    **3/24/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 886 | **Miner, Mae** | Last 4 digits of account number | **4051** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**365 Via Lido Soud**
**Newport Beach, CA 92663**
Number Street City State Zip Code

When was the debt incurred?    **2/28/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 887 | **Minnott, John** | Last 4 digits of account number | **1031** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2385 Via Mariposa West, Unit 3E**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

When was the debt incurred?    **12/8/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 888 | **Miramontes, Kevin** | Last 4 digits of account number | **4055** | **Unknown** |

Nonpriority Creditor's Name

**6643 Blanchard**
**Fontana, CA 92336**

Number Street City State Zip Code

When was the debt incurred?    **11/22/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 889 | **Miranda, Gilbert** | Last 4 digits of account number | **1973** | **Unknown** |

Nonpriority Creditor's Name

**9004 Thurber Lane**
**Bakersfield, CA 92311**

Number Street City State Zip Code

When was the debt incurred?    **5/20/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 890 | **Mitani, Ron** | Last 4 digits of account number | **9010** | **Unknown** |

Nonpriority Creditor's Name

**2760 W. Westhaven**
**Anaheim, CA 92804**

Number Street City State Zip Code

When was the debt incurred?    **10/02/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 891 | **Mitchell, Bill** | Last 4 digits of account number | **2050** | **Unknown** |

Nonpriority Creditor's Name

**7237 Lanai St.**
**Long Beach, CA 90808**

Number Street City State Zip Code

When was the debt incurred? **3/23/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 892 | **Mitchell, Donald** | Last 4 digits of account number | **1015** | **Unknown** |

Nonpriority Creditor's Name

**4893 Niagra Ave**
**San Diego, CA 92107**

Number Street City State Zip Code

When was the debt incurred? **05/17/11**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 893 | **Mitchell, Duane** | Last 4 digits of account number | **9030** | **Unknown** |

Nonpriority Creditor's Name

**9851 Bolsa Ave.**
**Westminster, CA 92683**

Number Street City State Zip Code

When was the debt incurred? **12/15/09**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 894 | **Mitchell, Henry** | Last 4 digits of account number | **0095** | **Unknown** |

Nonpriority Creditor's Name

**522 S. Townsend St.**

**Santa Ana, CA 92703**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **05/04/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 895 | **Mitchell, Joan** | Last 4 digits of account number | **3047** | **Unknown** |

Nonpriority Creditor's Name

**33232 Taylor St.**

**Winchester, CA 92596**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 896 | **Mitchell, John** | Last 4 digits of account number | **2003** | **Unknown** |

Nonpriority Creditor's Name

**1676 Waverly Ave**

**San Jose, CA 95122**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **10/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 897 | **Mitchell, Randy** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4440 Meadow Grove**

**Hemet, CA 92544**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **1957**                    **Unknown**

**When was the debt incurred?**  **9/29/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 898 | **Mitsky, Peggie** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**125 Sunflower Pl.**

**Claremont, CA 91711**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **0091**                    **Unknown**

**When was the debt incurred?**  **04/13/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 899 | **Mitton, Mark & Kristi** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**235 Virginia Place**

**Costa Mesa, CA 92627**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **1102**                    **$0.00**

**When was the debt incurred?**  **10/18/11**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 900 | |
|---|---|

**Mitts, Roberta**

Nonpriority Creditor's Name

**8770 Harrinton**

**San Diego, CA 92126**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1101**                    **Unknown**

**When was the debt incurred?**    **08/09/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 901 | |
|---|---|

**Miyashiro, Bret**

Nonpriority Creditor's Name

**13303 Dart St.**

**Baldwin Park, CA 91706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0100**                    **Unknown**

**When was the debt incurred?**    **09/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 902 | |
|---|---|

**Mlekowski, Gregoroy**

Nonpriority Creditor's Name

**10351 Moorpark St.**

**Spring Valley, CA 91978**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0058**                    **Unknown**

**When was the debt incurred?**    **06/08/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 903 | **Mlekowski, Gregory & Mary** | Last 4 digits of account number | **0058** | **Unknown** |

Nonpriority Creditor's Name

**10351 Moorpark St**
**Spring Valley, CA 91978**

Number Street City State Zip Code

When was the debt incurred?  **5/17/2010**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 904 | **Moacanin, Jovan** | Last 4 digits of account number | **3127** | **Unknown** |

Nonpriority Creditor's Name

**348 S. Arden Blvd**
**Los Angeles, CA 90020**

Number Street City State Zip Code

When was the debt incurred?  **8/5/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 905 | **Moacanin, Jovan** | Last 4 digits of account number | **2063** | **Unknown** |

Nonpriority Creditor's Name

**348 S. Arden Blvd.**
**Los Angeles, CA 90020**

Number Street City State Zip Code

When was the debt incurred?  **4/7/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 906 | **Moffett, Harold & Vicki** | | **Unknown** |

Nonpriority Creditor's Name

**26296 Spaniel Ln**
**Sun City, CA 92586**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3014**

**When was the debt incurred?**   **10/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 907 | **Moldenhauer, Gary & Patsy** | | **Unknown** |

Nonpriority Creditor's Name

**14432 Fairview Ln.**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0063**

**When was the debt incurred?**   **03/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 908 | **Molkenbuhr, S.J.** | | **Unknown** |

Nonpriority Creditor's Name

**37431 Pineknoll Ave**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **2031**

**When was the debt incurred?**   **4/12/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 909 | **Molochko, Kari** | Last 4 digits of account number | **3115** | **Unknown** |

Nonpriority Creditor's Name
**3439 Orchard Way**
**Oceanside, CA 92058**
Number Street City State Zip Code

When was the debt incurred?  **8/6/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 910 | **Momparler, Margaret** | Last 4 digits of account number | **3016** | **Unknown** |

Nonpriority Creditor's Name
**3683 Mount Aclare Ave**
**San Diego, CA 92111**
Number Street City State Zip Code

When was the debt incurred?  **5/27/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 911 | **Monclova, Mario** | Last 4 digits of account number | **4010** | **Unknown** |

Nonpriority Creditor's Name
**4838 Park Ave**
**Baldwin Park, CA 91706**
Number Street City State Zip Code

When was the debt incurred?  **5/14/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 912 | **Mones, Carol** | Last 4 digits of account number | **0097** | **Unknown** |

Nonpriority Creditor's Name

**413 E. 63rd St.**

**Long Beach, CA 90805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **04/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 913 | **Monroe, Russell** | Last 4 digits of account number | **2081** | **Unknown** |

Nonpriority Creditor's Name

**10418 Gloria Ave**

**Granada Hills, CA 91344**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **4/3/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 914 | **Monroy, Claudia & Nehemias** | Last 4 digits of account number | **0044** | **Unknown** |

Nonpriority Creditor's Name

**8095 Trinity Dr.**

**Costa Mesa, CA 92626**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **07/06/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 915 | **Monroy, Jerry & Lydia** | Last 4 digits of account number | **3106** | **Unknown** |

Nonpriority Creditor's Name

**5620 Dewey Ave**

**Riverside, CA 92504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **8/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 916 | **Montag, William** | Last 4 digits of account number | **2044** | **Unknown** |

Nonpriority Creditor's Name

**552 Mills Way**

**Goleta, CA 93117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **6/18/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 917 | **Montano, Aurora** | Last 4 digits of account number | **0127** | **Unknown** |

Nonpriority Creditor's Name

**265 San Julian Ave.**

**San Julian, CA 93109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.2 918 | | | |
|---|---|---|---|

**Montes, Enrique & Carolina**
Nonpriority Creditor's Name

**2909 Haven St**
**Los Angeles, CA 90032**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0094**                    **Unknown**

**When was the debt incurred?**   **01/11/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 919 | | | |
|---|---|---|---|

**Montgomery, Tim**
Nonpriority Creditor's Name

**12080 Crest Rd.**
**Poway, CA 92064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3021**                    **Unknown**

**When was the debt incurred?**   **2/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 920 | | | |
|---|---|---|---|

**Montorsi, Jo**
Nonpriority Creditor's Name

**2217 Cardinal Dr**
**San Diego, CA 92123**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3069**                    **Unknown**

**When was the debt incurred?**   **10/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 921 | **Montorsi, Jo** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2217 Cardinal Dr.**
**San Diego, CA 92123**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0008**          **Unknown**

**When was the debt incurred?**   **04/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 922 | **Montoya, Etercinia** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2866 Coleman Place**
**Fremont, CA 94555**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2026**          **Unknown**

**When was the debt incurred?**   **8/8/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 923 | **Montoya, Juan** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2657 Holy Vista Blvd.**
**Highland, CA 92346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2009**          **Unknown**

**When was the debt incurred?**   **5/4/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 924 | | | |
|---|---|---|---|

**Mooradian, Carol**
Nonpriority Creditor's Name

**24551 Jasmine Ct.**
**Moreno Valley, CA 92557**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1027**            $0.00

When was the debt incurred?   **06/28/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 925 | | | |
|---|---|---|---|

**Moore, Aaron**
Nonpriority Creditor's Name

**41622 Mayberry Ave**
**Hemet, CA 92544**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4072**            Unknown

When was the debt incurred?   **12/26/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 926 | | | |
|---|---|---|---|

**Moore, Andrew**
Nonpriority Creditor's Name

**3368 Nevada Ave**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3047**            Unknown

When was the debt incurred?   **10/15/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| Debtor 1 | **Casey John Simon** |
|---|---|
| Debtor 2 | **Korrine Ellen Simon** |

Case number (if know) _____

---

| 4.2 927 | **Moore, Andrew** | Last 4 digits of account number | **2056** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3368 Nevada Ave**
**Costa Mesa, CA 92626**

When was the debt incurred?   **5/30/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 928 | **Moore, Clara** | Last 4 digits of account number | **2009** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2414 W 80th St**
**Inglewood, CA 90305**

When was the debt incurred?   **9/22/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 929 | **Moore, Cletus** | Last 4 digits of account number | **1023** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3714 W. 62nd St**
**Los Angeles, CA 90043**

When was the debt incurred?   **03/15/11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.2 930** | **Moore, Hayden** | |

Nonpriority Creditor's Name
**3749 Rosecroft Ln.**
**San Diego, CA 92106**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **2003**    **Unknown**

**When was the debt incurred?**  **1/15/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 931** | **Moore, Jane** | |

Nonpriority Creditor's Name
**5463 Tyler Ave**
**Temple City, CA 91780**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **015l**    **Unknown**

**When was the debt incurred?**  **04/19/11**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 932** | **Moore, Joyce** | |

Nonpriority Creditor's Name
**71885 Magnesia Falls Dr**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **2075**    **Unknown**

**When was the debt incurred?**  **11/1/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| | |
|---|---|
| **4.2**<br>**933** | |

**Moore, Lois**

Nonpriority Creditor's Name

**22941 Mountain Lauren Way**
**Diamond Bar, CA 91765**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3005**                    **Unknown**

**When was the debt incurred?**   **11/20/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| | |
|---|---|
| **4.2**<br>**934** | |

**Moore, Marilyn**

Nonpriority Creditor's Name

**4621 Suite Dr.**
**Huntington Beach, CA 92649**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0052**                    **Unknown**

**When was the debt incurred?**   **01/26/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.2**<br>**935** | |

**Moore, Phyllis**

Nonpriority Creditor's Name

**5843 Lomond Dr**
**San Diego, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1034**                    **$0.00**

**When was the debt incurred?**   **06/28/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know)

---

| 4.2 936 | **Moore, Ralph & , Mary Alan** | Last 4 digits of account number | **2028** | **Unknown** |

Nonpriority Creditor's Name

**11311 Country Club Dr**

**Apple Valley, CA 92308**

When was the debt incurred?    **4/9/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 937 | **Moore, Return** | Last 4 digits of account number | **2010** | **Unknown** |

Nonpriority Creditor's Name

**1473 Kensington Dr.**

**Fullerton, CA 92831**

When was the debt incurred?    **10/20/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 938 | **Moore, Richard** | Last 4 digits of account number | **1049** | **Unknown** |

Nonpriority Creditor's Name

**545 Nardo Ave**

**Solano Beach, CA 92075**

When was the debt incurred?    **04/26/11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.2 939**

**Moore, Robert**

Nonpriority Creditor's Name

**408 N. Locust**
**Fullerton, CA 92833**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **2012** | **Unknown** |
|---|---|---|

**When was the debt incurred?**   **3/15/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

**4.2 940**

**Moore, Robert**

Nonpriority Creditor's Name

**24537 Filaree Ave.**
**Moreno Valley, CA 92551**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **0092** | **Unknown** |
|---|---|---|

**When was the debt incurred?**   **10/05/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 941**

**Moore, Ronald & Judith**

Nonpriority Creditor's Name

**4152 Chasin St**
**Oceanside, CA 92056**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

| Last 4 digits of account number | **1015** | **$0.00** |
|---|---|---|

**When was the debt incurred?**   **06/14/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| | |
|---|---|
| **4.2 942** | **Moore, Susan** |

| | |
|---|---|
| Nonpriority Creditor's Name | |
| **422 S. Illinois St.** | |
| **Anaheim, CA 92805** | |
| Number Street City State Zip Code | |

**Last 4 digits of account number**   **0079**          **Unknown**

**When was the debt incurred?**   **09/07/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.2 943** | **Moore, Thomas & Sarah** |

| | |
|---|---|
| Nonpriority Creditor's Name | |
| **596 N. Yale St.** | |
| **Hemet, CA 92544** | |
| Number Street City State Zip Code | |

**Last 4 digits of account number**   **0104**          **Unknown**

**When was the debt incurred?**   **10/12/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.2 944** | **Moore, Virginia** |

| | |
|---|---|
| Nonpriority Creditor's Name | |
| **8522 Howard Circle** | |
| **Huntington Beach, CA 92647** | |
| Number Street City State Zip Code | |

**Last 4 digits of account number**   **1061**          **Unknown**

**When was the debt incurred?**   **09/07/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 945 | **Moore-Segundo, Maria** | Last 4 digits of account number | **2014** | **Unknown** |

Nonpriority Creditor's Name

**5844 Cynthia Street**

**San Bernardino, CA 92407**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **5/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 946 | **Mora, Connie** | Last 4 digits of account number | **0002** | **Unknown** |

Nonpriority Creditor's Name

**10381 Calle Madero.**

**Fountain Valley, CA 92708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **07/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 947 | **Mora, Louis & Martha** | Last 4 digits of account number | **2050** | **Unknown** |

Nonpriority Creditor's Name

**1108 S Orange Ave**

**West Covina, CA 91790**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **1/14/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| | | | |
|---|---|---|---|
| 4.2 948 | **Mora, Mario & Gloria** | Last 4 digits of account number   **0089** | **Unknown** |

Nonpriority Creditor's Name

**75 Alberta St.**

**San Francisco, CA 94134**

Number Street City State Zip Code

When was the debt incurred?   **09/14/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.2 949 | **Morabito, Anne** | Last 4 digits of account number   **0066** | **Unknown** |

Nonpriority Creditor's Name

**4388 Royce St.**

**Riverside, CA 92503**

Number Street City State Zip Code

When was the debt incurred?   **09/28/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.2 950 | **Morales, David & Sheila** | Last 4 digits of account number   **9004** | **Unknown** |

Nonpriority Creditor's Name

**1760 W. Westwind**

**Colton, CA 92324**

Number Street City State Zip Code

When was the debt incurred?   **12/22/09**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.2 951 | **Morasky, David & Barbara** | Last 4 digits of account number | **0066** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**9546 Danvile Street**

**Pico Rivera, CA 90660**

Number Street City State Zip Code

When was the debt incurred? **04/13/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 952 | **Moreno, Elva** | Last 4 digits of account number | **9014** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**14815 Cullen St.**

**Whittier, CA 90603**

Number Street City State Zip Code

When was the debt incurred? **10/23/09**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 953 | **Moreno, Gabriel & Cindy** | Last 4 digits of account number | **1017** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2741 W Tola Ave**

**Anaheim, CA 92804**

Number Street City State Zip Code

When was the debt incurred? **08/16/11**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2
954**

**Moreno, Maria**

Nonpriority Creditor's Name

**1455 58 St.**

**San Diego, CA 92114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0020**          **Unknown**

**When was the debt incurred?**   **04/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
955**

**Moreno, Rose**

Nonpriority Creditor's Name

**4821 Los Patos Ave.**

**Huntington Beach, CA 92649**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3068**          **Unknown**

**When was the debt incurred?**   **3/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.2
956**

**Morgan, Donald & Geneva**

Nonpriority Creditor's Name

**4922 Maymont Dr.**

**Los Angeles, CA 90043**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2096**          **Unknown**

**When was the debt incurred?**   **3/30/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 957 | | | |
|---|---|---|---|

**Morgan, Lewis & Bockius LLP**
Nonpriority Creditor's Name
**1701 Market St**
**Philadelphia, PA 19103-2921**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **8500**                                    **$7,521.62**

**When was the debt incurred?**  **9/8/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.2 958 | | | |
|---|---|---|---|

**Morgan, Mat & Pam**
Nonpriority Creditor's Name
**1203 E Mountain View Ave**
**Glendora, CA 91741**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **4078**                                    **Unknown**

**When was the debt incurred?**  **3/5/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 959 | | | |
|---|---|---|---|

**Moris, Rob**
Nonpriority Creditor's Name
**1612 Desert Glen**
**Escondido, CA 92026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **4069**                                    **Unknown**

**When was the debt incurred?**  **7/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

**4.2 960**

**Morley, David**
Nonpriority Creditor's Name
**2027 Maple Ave**
**Costa Mesa, CA 92627**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **8/12/2014**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 961**

**Morneau, Sharon**
Nonpriority Creditor's Name
**2280 Golden Avenue**
**Long Beach, CA 90806**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1065**    **Unknown**

When was the debt incurred?    **11/01/11**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.2 962**

**Morris, Elva**
Nonpriority Creditor's Name
**44 W. Carter Ave**
**Sierra Madre, CA 91024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3011**    **Unknown**

When was the debt incurred?    **7/3/2013**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 963 | | |
|---|---|---|

**Morris, Elva**

Nonpriority Creditor's Name

**44 W Carter Ave**
**Sierra Madre, CA 91024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3011**          **Unknown**

**When was the debt incurred?**   **7/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 964 | | |
|---|---|---|

**Morris, Peter & Susan**

Nonpriority Creditor's Name

**5818 Rosemead Blvd.**
**Temple City, CA 91786**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0058**          **Unknown**

**When was the debt incurred?**   **10/26/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 965 | | |
|---|---|---|

**Morrison, Brenda**

Nonpriority Creditor's Name

**11553 Mammoth Peak Ct**
**Rancho Cucamonga, CA 91737**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3024**          **Unknown**

**When was the debt incurred?**   **9/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.2 966** | **Morrison, Brenda** | Last 4 digits of account number **3185** | **Unknown** |

Nonpriority Creditor's Name
**11553 Mammoth Park Ct.**
**Alta Loma, CA 91737**
Number Street City State Zip Code

**When was the debt incurred?**  **11/13/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 967** | **Morrison, Kenneth** | Last 4 digits of account number **3031** | **Unknown** |

Nonpriority Creditor's Name
**40990 Paxton Dr #7**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**When was the debt incurred?**  **6/28/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.2 968** | **Morrison, Stacy & Linda** | Last 4 digits of account number **0079** | **Unknown** |

Nonpriority Creditor's Name
**4585 Diane Way**
**San Diego, CA 92177**
Number Street City State Zip Code

**When was the debt incurred?**  **07/20/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 969 | **Morrison, Tony & Alisa** | Last 4 digits of account number | **4092** | **Unknown** |

Nonpriority Creditor's Name

**42107 Quail Creek Dr**
**Lancaster, CA 93526**
Number Street City State Zip Code

When was the debt incurred?   **9/8/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 970 | **Morrow, Joyce** | Last 4 digits of account number | **2018** | **Unknown** |

Nonpriority Creditor's Name

**2120 N. Indian Canyon Dr. #A**
**Palm Springs, CA 92267**
Number Street City State Zip Code

When was the debt incurred?   **4/5/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 971 | **Morrow, Travis** | Last 4 digits of account number | **1953** | **Unknown** |

Nonpriority Creditor's Name

**1483 N. Cleveland Ave**
**Orange, CA 92867**
Number Street City State Zip Code

When was the debt incurred?   **8/26/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2<br>972 | **Morrow-Layton, Norma** | Last 4 digits of account number | **1416** | **Unknown** |

Nonpriority Creditor's Name

**743 Bridle Trail Rd**
**Walnut, CA 91789**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **11/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>973 | **Morse, Andrew** | Last 4 digits of account number | **1084** | **Unknown** |

Nonpriority Creditor's Name

**8864 Capricorn Way**
**San Diego, CA 92126**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **05/03/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2<br>974 | **Mortimer, Ray & Celina** | Last 4 digits of account number | **2040** | **Unknown** |

Nonpriority Creditor's Name

**2145 Brigham St**
**Oxnard, CA 93033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **7/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 975 | **Morton, Olan** | Last 4 digits of account number | **1032** | **Unknown** |

Nonpriority Creditor's Name
**9872 Rimpark Way**
**San Diego, CA 92124**
Number Street City State Zip Code

When was the debt incurred?   **12/27/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 976 | **Mosell, Dana** | Last 4 digits of account number | **2085** | **Unknown** |

Nonpriority Creditor's Name
**19473 Red Hawk Rd.**
**Walnut, CA 91789**
Number Street City State Zip Code

When was the debt incurred?   **1/2/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 977 | **Moskalenko, Dimitry** | Last 4 digits of account number | **0008** | **Unknown** |

Nonpriority Creditor's Name
**17711 Margate Street #105**
**Encino, CA 91316**
Number Street City State Zip Code

When was the debt incurred?   **08/17/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 978 | **Moskowitz, David** | Last 4 digits of account number | **2015** | **Unknown** |

Nonpriority Creditor's Name

**10110 Quail Glen Way**
**Esondido, CA 92029**

Number Street City State Zip Code

When was the debt incurred? **6/22/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 979 | **Mosley, Elizabeth** | Last 4 digits of account number | **3060** | **Unknown** |

Nonpriority Creditor's Name

**606 Persimmon Way**
**Oceanside, CA 92058**

Number Street City State Zip Code

When was the debt incurred? **12/13/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 980 | **Moss, Ellen** | Last 4 digits of account number | **4026** | **Unknown** |

Nonpriority Creditor's Name

**5367 Algarobbo #B**
**Laguna Hills, CA 92637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? **2/11/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 981 | | | |
|---|---|---|---|

**Moss, Matilda**

Nonpriority Creditor's Name

**2447 Glen Canyon Rd.**
**Altadena, CA 91001**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0103**

When was the debt incurred?   **05/11/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 982 | | | |
|---|---|---|---|

**Moss, Norma**

Nonpriority Creditor's Name

**7437 Elata Ave**
**Yucca Valley, CA 92284**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1955**

When was the debt incurred?   **3/16/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.2 983 | | | |
|---|---|---|---|

**Motola, Jose**

Nonpriority Creditor's Name

**2385 Via Mariposa West, Unit 3E**
**Laguna Woods, CA 92637**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1031**

When was the debt incurred?   **10/19/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 984 | | | |
|---|---|---|---|

**Motola, Joseph**
Nonpriority Creditor's Name

**2385 Via Mariposa W. Unit 3E**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1031**                              **Unknown**

When was the debt incurred?    **10/25/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 985 | | | |
|---|---|---|---|

**Moulten-Glen, Vilma**
Nonpriority Creditor's Name

**26904 Snow Canyon Cir**
**Moreno Valley, CA 92555**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2017**                              **Unknown**

When was the debt incurred?    **3/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 986 | | | |
|---|---|---|---|

**Mountford, Charles**
Nonpriority Creditor's Name

**12691 Andretti St**
**Moreno Valley, CA 92553**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4007**                              **Unknown**

When was the debt incurred?    **9/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.2 987 | **Mountford, Charles** | | | **Unknown** |

Nonpriority Creditor's Name

**12691 Andretti St.**
**Moreno Valley, CA 92553**
Number Street City State Zip Code

**Last 4 digits of account number**  **3052**

**When was the debt incurred?**  **4/12/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 988 | **Mountford, Charles** | | | **Unknown** |

Nonpriority Creditor's Name

**12691 Andretti St**
**Moreno Valley, CA 92533**
Number Street City State Zip Code

**Last 4 digits of account number**  **1117**

**When was the debt incurred?**  **07/12/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 989 | **Movido, Jack & Sally** | | | **Unknown** |

Nonpriority Creditor's Name

**24318 Watt Road**
**Ramona, CA 92065**
Number Street City State Zip Code

**Last 4 digits of account number**  **0029**

**When was the debt incurred?**  **04/13/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 990 | **Moya, Virginia** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**11417 Michael Hunt Dr.**
**El Monte, CA 91733**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2028**          **Unknown**

**When was the debt incurred?**    **12/22/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 991 | **Mraz, Robert** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6248 Hedda St**
**Lakewood, CA 90713**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **5119**          **Unknown**

**When was the debt incurred?**    **2/9/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.2 992 | **Mraz, Robert** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6248 Hedda St**
**Lakewood, CA 90713**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1046**          **Unknown**

**When was the debt incurred?**    **03/15/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.2**
**993**

**Mrozek, Frank**

Nonpriority Creditor's Name

**3034 Highridge Rd.**
**La Cresenta, CA 91214**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3059**            **Unknown**

**When was the debt incurred?**    **1/4/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**994**

**Muckerman, Matt & Jodie**

Nonpriority Creditor's Name

**7756 Tyrolean Rd**
**San Diego, CA 92126**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3136**            **Unknown**

**When was the debt incurred?**    **12/6/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.2**
**995**

**Mueller, Charlene**

Nonpriority Creditor's Name

**13845 Cowley Ave**
**Bellflower, CA 90706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1020**            **Unknown**

**When was the debt incurred?**    **12/20/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.2 996 | **Muenich, Jerry & Jeanne** | Last 4 digits of account number | **1010** | **Unknown** |

Nonpriority Creditor's Name

**5559 E. Seaside Walk**
**Long Beach, CA 90803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/26/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 997 | **Muhr, Danelle** | Last 4 digits of account number | **2045** | **Unknown** |

Nonpriority Creditor's Name

**291 Redwood Way**
**Goleta, CA 93117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.2 998 | **Muldoon, Jason & Trisha** | Last 4 digits of account number | **1001** | **Unknown** |

Nonpriority Creditor's Name

**1775 Euclid Ave**
**Camarillo, CA 93010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **02/01/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.2 999 | **Mulhearn , Catherine** | Last 4 digits of account number | **9017** | **Unknown** |

Nonpriority Creditor's Name
**11433 E. 206 St.**
**Lakewood, CA 90715**
Number Street City State Zip Code

When was the debt incurred?   **11/17/09**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 000 | **Mullen, Sandy** | Last 4 digits of account number | **2101** | **Unknown** |

Nonpriority Creditor's Name
**257 Rodney Ave**
**Encinitas, CA 92024**
Number Street City State Zip Code

When was the debt incurred?   **8/21/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 001 | **Muller, Susan** | Last 4 digits of account number | **0052** | **Unknown** |

Nonpriority Creditor's Name
**124 St. Charles**
**San Francisco, CA 94132**
Number Street City State Zip Code

When was the debt incurred?   **09/28/10**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 002 | **Mullin, William** | Last 4 digits of account number | **4023** | **Unknown** |

Nonpriority Creditor's Name
**17426 Frondoso Dr**
**San Diego, CA 92128**
Number Street City State Zip Code

When was the debt incurred?    **6/17/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 003 | **Mulloy, Yvonne** | Last 4 digits of account number | **1050** | **Unknown** |

Nonpriority Creditor's Name
**28201 Zurburan**
**Mission Viejo, CA 92692**
Number Street City State Zip Code

When was the debt incurred?    **10/18/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 004 | **Munchus, Jackie** | Last 4 digits of account number | **1022** | **$0.00** |

Nonpriority Creditor's Name
**8148 Lemon Grove Way**
**Lemon Grove, CA 91945**
Number Street City State Zip Code

When was the debt incurred?    **07/26/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 005 | **Munn, Charles** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**16868 Harper Blvd**

**Madera, CA 93638**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1033**          **Unknown**

**When was the debt incurred?**    **08/09/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 006 | **Munoz, Mercedes & Cristobal** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1070 W. Orange Grove Ave.**

**Pomona, CA 91768**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0053**          **Unknown**

**When was the debt incurred?**    **04/06/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 007 | **Munoz, Mike & Cary** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**714 5Th St East**

**Sonoma, CA 95476**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4072**          **Unknown**

**When was the debt incurred?**    **5/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 008 | | | |
|---|---|---|---|

**Munoz, Munoz**

Nonpriority Creditor's Name

**501 Marylinn Dr.**
**Milpitas, CA 95035**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  2023

**When was the debt incurred?**  12/11/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

Unknown

---

| 4.3 009 | | | |
|---|---|---|---|

**Munoz, Nestor & Carmen**

Nonpriority Creditor's Name

**1321 Montecito Pl.**
**Santa Barbara, CA 93103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  0033

**When was the debt incurred?**  06/22/10

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

| 4.3 010 | | | |
|---|---|---|---|

**Munsell, Jeanne**

Nonpriority Creditor's Name

**930 Dianne St**
**Santa Ana, CA 92701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  1069

**When was the debt incurred?**  1/31/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

Unknown

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 011 | **Munson, Jill** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**23670 Monument Canyon**
**Diamond Bar, CA 91675**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **5109**          **Unknown**

When was the debt incurred?   **1/28/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 012 | **Murashige, Mutsuhiko** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**464 35th Ave.**
**San Francisco, CA 94121**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3011**          **Unknown**

When was the debt incurred?   **2/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 013 | **Murchison, Dan** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**105 Danbury Lane**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3157**          **Unknown**

When was the debt incurred?   **10/30/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3
014**

**Murillo, Carmen**

Nonpriority Creditor's Name

**9800 Vesper**

**Panorama City, CA 91402**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **0117**                **Unknown**

**When was the debt incurred?**     **08/31/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
015**

**Murphy, Alice**

Nonpriority Creditor's Name

**329 C Avenida Camel**

**Laguna Woods, CA 92037**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **4010**                **Unknown**

**When was the debt incurred?**     **6/26/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
016**

**Murphy, Michael**

Nonpriority Creditor's Name

**680 Gatewood Lane**

**Sierra Madre, CA 91024**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number     **4094**                **Unknown**

**When was the debt incurred?**     **10/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 017 | **Murphy, Thomas** | Last 4 digits of account number | **1127** | **Unknown** |

Nonpriority Creditor's Name

**6912 San Pasqual Cir**
**Buena Park, CA 90620**

Number Street City State Zip Code

When was the debt incurred?  **04/26/11**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 018 | **Murray, Carol** | Last 4 digits of account number | **0070** | **Unknown** |

Nonpriority Creditor's Name

**6092 Pickett Ave.**
**Garden Grove, CA 92845**

Number Street City State Zip Code

When was the debt incurred?  **12/28/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 019 | **Muse, Barbara** | Last 4 digits of account number | **3030** | **Unknown** |

Nonpriority Creditor's Name

**11463 Tortuga St**
**Cypress, CA 90630**

Number Street City State Zip Code

When was the debt incurred?  **2/23/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 020 | **Music, Rosalinda** | Last 4 digits of account number | **1007** | **Unknown** |

Nonpriority Creditor's Name

**1710 Micheltorena St**
**Los Angeles, CA 90026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **07/26/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 021 | **Muskowitz, David** | Last 4 digits of account number | **2084** | **Unknown** |

Nonpriority Creditor's Name

**10110 Quail Glen Way**
**Escondido, CA 90803**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **4/26/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 022 | **Musselman, Robert & Adrianne** | Last 4 digits of account number | **3032** | **Unknown** |

Nonpriority Creditor's Name

**45103 Vine Cliff St.**
**Temecula, CA 92592**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 023 | **Myers, Darwin** | Last 4 digits of account number | **3010** | **Unknown** |

Nonpriority Creditor's Name

**172 Village Crest**
**Avila Beach, CA 93424**
Number Street City State Zip Code

When was the debt incurred?  **6/20/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 024 | **Myers, Katherine** | Last 4 digits of account number | **0043** | **Unknown** |

Nonpriority Creditor's Name

**3920 Oakwood Pl.**
**Riverside, CA 92506**
Number Street City State Zip Code

When was the debt incurred?  **08/24/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 025 | **Myers, Robert** | Last 4 digits of account number | **3030** | **Unknown** |

Nonpriority Creditor's Name

**12909 Mira De Valle**
**Valley Center, CA 92082**
Number Street City State Zip Code

When was the debt incurred?  **9/28/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 026 | **Myers-Murray, Leon** | Last 4 digits of account number | **0072** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**12632 Aspen Wood Lane
Garden Grove, CA 92840**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **05/04/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 027 | **Mykaela Martinson c/o Melissa Renner Rod** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**22102 Newbridge Dr
Lake Forest, CA 92630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Proverbs 3:6 Promise Irrevocable Trust**

---

| 4.3 028 | **Nadaraja, Krishnamenon** | Last 4 digits of account number | **0055** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**38 Sage Crest
Foothill Ranch, CA 92610**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **11/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 029**

**Nader, Denise**
Nonpriority Creditor's Name
**20760 Cottonwood Ln.**
**Yorba Linda, CA 92887**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **0046**          **Unknown**

When was the debt incurred?   **07/27/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 030**

**Nader, Denise**
Nonpriority Creditor's Name
**20760 Cottonwood Dr.**
**Yorba Linda, CA 92887**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **0003**          **$0.00**

When was the debt incurred?   **09/14/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 031**

**Nafstad, Joyce & Norman**
Nonpriority Creditor's Name
**12159 Saint Andrews**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **3057**          **Unknown**

When was the debt incurred?   **12/16/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 032 | **Nagahashi** | Last 4 digits of account number | **1040** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**30 Briarwood St.**

**Irvine, CA 92604**

Number Street City State ZIp Code

When was the debt incurred?    **6/28/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 033 | **Nagy, Camille** | Last 4 digits of account number | **1114** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**14544 Ryan St.**

**Sylmar, CA 91342**

Number Street City State ZIp Code

When was the debt incurred?    **11/8/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 034 | **Nail, Martha Ann** | Last 4 digits of account number | **0139** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**915 Tyler Drive**

**Santa Maria, CA 93454**

Number Street City State ZIp Code

When was the debt incurred?    **11/09/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 035**

**Najera**

Nonpriority Creditor's Name

**212 W. Wilson Ave.**

**Placentia, CA 92870**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1100**          **Unknown**

**When was the debt incurred?**   **9/20/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 036**

**Najour, Mykle Todd**

Nonpriority Creditor's Name

**7827 Rancho Fanita Dr #E**

**Santee, CA 92071**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4094**          **Unknown**

**When was the debt incurred?**   **7/2/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 037**

**Nakamoto, Suyeko**

Nonpriority Creditor's Name

**7154 Rouse Ct.**

**San Jose, CA 95139**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1440**          **Unknown**

**When was the debt incurred?**   **11/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3
038**

**Nakamoto, Suyeko**

Nonpriority Creditor's Name

**7151 Rouse Ct.**

**San Jose, CA 95139**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1001**          **Unknown**

**When was the debt incurred?**   **12/27/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
039**

**Nakatani, Mr & Mrs**

Nonpriority Creditor's Name

**1795 N. San Antonia Ave**

**Upland, CA 91784**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2090**          **Unknown**

**When was the debt incurred?**   **8/23/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

**4.3
040**

**Nakatsui, Carol**

Nonpriority Creditor's Name

**912 Manley Drive**

**San Gabriel, CA 91776**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4006**          **Unknown**

**When was the debt incurred?**   **2/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 041 | |
|---|---|

**Namauleg, Delores**
Nonpriority Creditor's Name
**5078 Overlook Dr.**
**Oceanside, CA 92057**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0074**          **Unknown**

**When was the debt incurred?**   **02/16/10**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 042 | |
|---|---|

**Nappi, Angelina**
Nonpriority Creditor's Name
**27116 Comwell St.**
**Sun City, CA 92586**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0083**          **$0.00**

**When was the debt incurred?**   **11/30/10**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 043 | |
|---|---|

**Nash, Linda**
Nonpriority Creditor's Name
**23 Heritage**
**Irvine, CA 92604**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1048**          **Unknown**

**When was the debt incurred?**   **1/4/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.3 044** | **Nash, Rufus** | Last 4 digits of account number  **3018**  **Unknown** |

Nonpriority Creditor's Name
**2504 Grapevine Dr.**
**Oxnard, CA 93036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **2/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 045** | **Nassman, Mohammad** | Last 4 digits of account number  **0007**  **Unknown** |

Nonpriority Creditor's Name
**1440 Queen Summit Dr.**
**West Covina, CA 91791**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **01/12/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 046** | **National Bank of California** | Last 4 digits of account number  **8054**  **Unknown** |

Nonpriority Creditor's Name
**575 Anton Blvd Suite 140**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **1/1/2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| Debtor 1 | **Casey John Simon** | | |
|---|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | | Case number *(if know)* |

| 4.3<br>047 | **National Car Rental** | Last 4 digits of account number | | $500.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**600 Corporate Park Drive**
**Saint Louis, MO 63105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Auto accident in rental car**

---

| 4.3<br>048 | **Naujock, Minna** | Last 4 digits of account number | **2060** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1432 Purdue St**
**Upland, CA 91786**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **9/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3<br>049 | **Nava, Armida** | Last 4 digits of account number | **1042** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8014 Worthy Dr.**
**Westminster, CA 92683**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **8/2/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 050 | **Navarro, Cecilia** | Last 4 digits of account number | **1941** | **Unknown** |

Nonpriority Creditor's Name

**6402 Navajo Rd**
**Westminster, CA 92683**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?   **7/17/2015**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 051 | **Navarro, Martha** | Last 4 digits of account number | **1068** | **Unknown** |

Nonpriority Creditor's Name

**605 S. Sadler**
**Los Angeles, CA 90022**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?   **6/28/2011**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 052 | **Neal, F. Wayne** | Last 4 digits of account number | **1034** | **Unknown** |

Nonpriority Creditor's Name

**9547 Olive St.**
**Temple City, CA 91780**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred?   **2/22/2011**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 053 | **Neal, Kristi** | Last 4 digits of account number | **4053** | **Unknown** |

Nonpriority Creditor's Name
**3822 Crestone Place**
**San Diego, CA 92130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **12/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 054 | **Neal, Leomia** | Last 4 digits of account number | **1989** | **Unknown** |

Nonpriority Creditor's Name
**19107 Northwood Ave**
**Carson, CA 90746**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **2/25/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 055 | **Neal, Leomia** | Last 4 digits of account number | **3058** | **Unknown** |

Nonpriority Creditor's Name
**19107 North Wood**
**Carson, CA 90746**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **12/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 056**

**Neary, Bill & Jan**

Nonpriority Creditor's Name

**27315 Regio**
**Mission Viejo, CA 92692**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **3036**                    **Unknown**

When was the debt incurred?    **9/4/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 057**

**Neary, Bill & Janice**

Nonpriority Creditor's Name

**27315 Regio**
**Mission Viejo, CA 92692**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **2077**                    **Unknown**

When was the debt incurred?    **4/15/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

**4.3 058**

**Neatherly, Ed**

Nonpriority Creditor's Name

**1471 Dos Palos Dr.**
**Walnut Creek, CA 94597**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **2001**                    **Unknown**

When was the debt incurred?    **2/29/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 059**

**Neely, Henry**

Nonpriority Creditor's Name

**7707 Grenesta Ave**

**Van Nuys, CA 91406**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number **4030**                    **Unknown**

When was the debt incurred?  **3/22/2014**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 060**

**Negrete, Rhonda**

Nonpriority Creditor's Name

**2809 Bellflower Rd.**

**Long Beach, CA 90815**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number **2024**                    **Unknown**

When was the debt incurred?  **3/6/2015**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 061**

**Neighbors, Jesse & Elaine**

Nonpriority Creditor's Name

**3300 Bronze Pl**

**Simi Valley, CA 93063**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number **3112**                    **Unknown**

When was the debt incurred?  **1/24/2014**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 062 | | |
|---|---|---|

**Neiheiser, Kim**
Nonpriority Creditor's Name

**1618 Vulcan St**
**El Cajon, CA 92021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2005**          **Unknown**

**When was the debt incurred?**   **7/3/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 063 | | |
|---|---|---|

**Neilson, Marcie**
Nonpriority Creditor's Name

**9890 Lawlor St.**
**Oakland, CA 94605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2025**          **Unknown**

**When was the debt incurred?**   **12/27/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 064 | | |
|---|---|---|

**Neja, Sandra**
Nonpriority Creditor's Name

**35192 Staccato St**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2065**          **Unknown**

**When was the debt incurred?**   **7/14/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 065 | | | |
|---|---|---|---|

**Nelson, Charlie**

Nonpriority Creditor's Name

**10311 Trask Avenue**
**Garden Grove, CA 92842**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1082**        **Unknown**

**When was the debt incurred?**    **11/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 066 | | | |
|---|---|---|---|

**Nelson, Glenn & Mary**

Nonpriority Creditor's Name

**3786 Red Oak Way**
**Redwood City, CA 94061**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2056**        **Unknown**

**When was the debt incurred?**    **2/18/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 067 | | | |
|---|---|---|---|

**Nelson, Helen**

Nonpriority Creditor's Name

**2505 Upland Dr.**
**Concord, CA 94520**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2019**        **Unknown**

**When was the debt incurred?**    **1/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 068 | | | |
|---|---|---|---|

**Nelson, Jeanne**

Nonpriority Creditor's Name

**4443 W. Vandergrift**
**Fresno, CA 93722**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   **1074**                        **Unknown**

When was the debt incurred?   **07/05/11**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 069 | | | |
|---|---|---|---|

**Nelson, Jerrylynn**

Nonpriority Creditor's Name

**27472 Calaroga Ave**
**Hayward, CA 94545**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   **4026**                        **Unknown**

When was the debt incurred?   **7/28/2014**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 070 | | | |
|---|---|---|---|

**Nelson, Keith & June**

Nonpriority Creditor's Name

**15 Lexington**
**Irvine, CA 92620**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   **3042**                        **Unknown**

When was the debt incurred?   **1/29/2013**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 071 | | |
|---|---|---|

**Nelson, Linda**

Nonpriority Creditor's Name

**1107 W. Memory Ln, Unit 8C**
**Santa Ana, CA 92706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1939**       **Unknown**

**When was the debt incurred?** **4/14/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 072 | | |
|---|---|---|

**Nelson, Mary Harris**

Nonpriority Creditor's Name

**67 Gladstone Drive**
**San Francisco, CA 94112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **2028**       **Unknown**

**When was the debt incurred?** **12/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 073 | | |
|---|---|---|

**Nelson, Paul**

Nonpriority Creditor's Name

**2 Lassen Place**
**Santa Barbara, CA 93111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0087**       **$0.00**

**When was the debt incurred?** **10/05/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 074 | **Nenne, Joyce** | Last 4 digits of account number | **2077** | **Unknown** |

Nonpriority Creditor's Name

**24 Walley Street**
**Thousand Oaks, CA 91360**

When was the debt incurred?  **4/5/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

| 4.3 075 | **Nerey, Irene & Luz** | Last 4 digits of account number | **3167** | **Unknown** |

Nonpriority Creditor's Name

**9196 Hemlock Ave**
**Fontana, CA 92335**

When was the debt incurred?  **11/1/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.3 076 | **Neri, Carlos & Nellie** | Last 4 digits of account number | **3016** | **Unknown** |

Nonpriority Creditor's Name

**211 Iowa Pl**
**Oxnard, CA 93036**

When was the debt incurred?  **5/2/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 077 | **Neri, Mark & Martha** | | | **Unknown** |

Nonpriority Creditor's Name

**962 Gillespie**
**Spring Valley, CA 91977**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1036**

**When was the debt incurred?**   **6/21/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 078 | **Nerio, Michael** | | | **Unknown** |

Nonpriority Creditor's Name

**16631 Roosevelt Ln.**
**Huntington Beach, CA 92649**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1082**

**When was the debt incurred?**   **2/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 079 | **Neubauer, John & Joann** | | | **Unknown** |

Nonpriority Creditor's Name

**538 San Lucas Drive**
**Solano Beach, CA 92075**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1103**

**When was the debt incurred?**   **4/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 080 | **Neubauer, John & Joanna** | Last 4 digits of account number | **3118** | **Unknown** |

Nonpriority Creditor's Name
**538 San Lucas Dr**
**Solana Beach, CA 92075**
Number Street City State Zip Code

When was the debt incurred?   **8/20/2013**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 081 | **Neubauer, John & Joanna** | Last 4 digits of account number | **3118** | **Unknown** |

Nonpriority Creditor's Name
**538 San Lucas Dr.**
**Solana Beach, CA 92075**
Number Street City State Zip Code

When was the debt incurred?   **9/11/2013**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 082 | **Neumann, Edna** | Last 4 digits of account number | **2065** | **Unknown** |

Nonpriority Creditor's Name
**1438 Twig Circle**
**Upland, CA 91786**
Number Street City State Zip Code

When was the debt incurred?   **1/7/2013**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.3 083 | | |
|---|---|---|

**Neumeiser, Paul**

Nonpriority Creditor's Name

**13465 Mountainside Dr.**
**Poway, CA 92064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3005**               **Unknown**

**When was the debt incurred?**   **5/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 084 | | |
|---|---|---|

**Neve, Daniel & Rita**

Nonpriority Creditor's Name

**2338 Peppermint Ln.**
**Lemon Grove, CA 91945**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1125**               **Unknown**

**When was the debt incurred?**   **9/27/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 085 | | |
|---|---|---|

**New Era Synthetic Grass Systems**

Nonpriority Creditor's Name

**370 N. Park Vista Suite 55**
**Anaheim, CA 92806**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **None**               **Unknown**

**When was the debt incurred?**   **1/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 086 | **New Life Textured Painting Co.** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**12130 Del Vista Drive**
**La Mirada, CA 90638**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **1/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 087 | **Newacheck, Richard** | Last 4 digits of account number | **2029** | **Unknown** |

Nonpriority Creditor's Name

**819 Mountain View Drive**
**Lafayette, CA 94549**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **9/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 088 | **Newell, Bill** | Last 4 digits of account number | **3105** | **Unknown** |

Nonpriority Creditor's Name

**1451 Sierra Dr**
**Arroyo Grande, CA 93420**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **9/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 089**

**Newman, Claudia & Amanda**

Nonpriority Creditor's Name

**18777 Atlantic St**
**Hesperia, CA 92345**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1137**                          **Unknown**

**When was the debt incurred?**   **3/31/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 090**

**Newman, Claudia & Amanda**

Nonpriority Creditor's Name

**18777 Atlantic St.**
**Hesperia, CA 92345**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **137l**                          **Unknown**

**When was the debt incurred?**   **4/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 091**

**Newman, Gail**

Nonpriority Creditor's Name

**4531 Coolhaven Ct.**
**Westlake Village, CA 91361**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2081**                          **Unknown**

**When was the debt incurred?**   **2/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.3 092** | **NexGen Air** | |

Nonpriority Creditor's Name

**3361 W Faircrest Drive**
**Anaheim, CA 92804**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **Motola**      **$7,500.00**

When was the debt incurred?   **11/15/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 093** | **Nguyen, Anhthu & Khanh** | |

Nonpriority Creditor's Name

**8791 Jennrich Ave.**
**Westminister, CA 92683**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0027**      **Unknown**

When was the debt incurred?   **04/20/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 094** | **Nguyen, Francis & Chow, Yumei** | |

Nonpriority Creditor's Name

**242 Barclay Ave.**
**Millbrae, CA 94030**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **3007**      **Unknown**

When was the debt incurred?   **6/19/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 095 | **Nicasio, Josie** | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**24372 Peacock Street**

**Lake Forest, CA 92630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  4075

**When was the debt incurred?**  7/7/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 096 | **Nickerson, Anita & Walter** | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**822 Camelia Dr.**

**Port Hueneme, CA 93041**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  0057

**When was the debt incurred?**  05/18/10

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 097 | **Nickerson, Barbara** | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**11534 Valle Vista Rd**

**Lakeside, CA 92040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  3015

**When was the debt incurred?**  12/30/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.3 098 | **Nickerson, Robert** | Last 4 digits of account number    **3039** | **Unknown** |

Nonpriority Creditor's Name
**1207 Michael Darcy St.**
**Colton, CA 92324**
Number Street City State Zip Code

When was the debt incurred?    **8/27/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.3 099 | **Nield, Carole** | Last 4 digits of account number    **1934** | **Unknown** |

Nonpriority Creditor's Name
**14911 Featherhill Rd**
**Tustin, CA 92780**
Number Street City State Zip Code

When was the debt incurred?    **9/12/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.3 100 | **Nielsen, Shirley** | Last 4 digits of account number    **2056** | **Unknown** |

Nonpriority Creditor's Name
**65600 Ave Ladera**
**Desert Hot Springs, CA 92240**
Number Street City State Zip Code

When was the debt incurred?    **2/27/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | |
|---|---|
| **4.3**<br>**101** | |

**Nieto, Silvia**
Nonpriority Creditor's Name
**14939 San Faliciano**
**La Mirada, CA 90638**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1089**                    **Unknown**

When was the debt incurred?   **6/14/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.3**<br>**102** | |

**Nieto, Steven**
Nonpriority Creditor's Name
**83344 Ruby St.**
**Indio, CA 92201**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0090**                    **Unknown**

When was the debt incurred?   **04/27/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.3**<br>**103** | |

**Niewisch, Voltier & Jan**
Nonpriority Creditor's Name
**1448 Calle Pajaros**
**San Dimas, CA 91773**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0042**                    **Unknown**

When was the debt incurred?   **07/27/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 104 | **Nigro, Kenneth** | Last 4 digits of account number | **2026** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**215 Powhattan Ct.**
**Danville, CA 94526**
Number Street City State Zip Code

When was the debt incurred?    **2/26/2013**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.3 105 | **Niles, Nathan & Solinda** | Last 4 digits of account number | **2061** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**7317 Persia Ave**
**Twenty Nine Palms, CA 92277**
Number Street City State Zip Code

When was the debt incurred?    **7/9/2012**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

| 4.3 106 | **Nims, Joyce** | Last 4 digits of account number | **1109** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**11806 Woodbine St.**
**Los Angeles, CA 90066**
Number Street City State Zip Code

When was the debt incurred?    **3/15/2011**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 | | | |
|-----|---|---|---|
| 107 | **Nissan Motor Credit** | Last 4 digits of account number   **1** | **$18,658.00** |

Nonpriority Creditor's Name
**PO Box 660360**
**Dallas, TX 75266-0360**

When was the debt incurred?   **3/28/2013**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.3 | | | |
|-----|---|---|---|
| 108 | **Nissan Motor Credit** | Last 4 digits of account number   **9** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 660360**
**Dallas, TX 75266-0360**

When was the debt incurred?   **8/29/2013**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.3 | | | |
|-----|---|---|---|
| 109 | **Nissan Motor Credit** | Last 4 digits of account number   **1** | **$15,899.57** |

Nonpriority Creditor's Name
**PO Box 660680**
**Dallas, TX 75266-0680**

When was the debt incurred?   **8/29/2013**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**110**

**Nissan Motor Credit**

Nonpriority Creditor's Name

**PO Box 660366**

**Dallas, TX 75266-0366**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3325**                    **$7,674.14**

**When was the debt incurred?**   **11/12/2012**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

**4.3**
**111**

**Nissan Motor Credit**

Nonpriority Creditor's Name

**PO Box 660360**

**Dallas, TX 75266-0360**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1**                    **$18,212.53**

**When was the debt incurred?**   **2/22/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

**4.3**
**112**

**Nissan Motor Credit**

Nonpriority Creditor's Name

**PO Box 660360**

**Dallas, TX 75266-0360**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1**                    **Unknown**

**When was the debt incurred?**   **2/22/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 113 | | | |
|---|---|---|---|

**Nissan Motor Credit**

Nonpriority Creditor's Name

**PO Box 660680**
**Dallas, TX 75266-0680**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  1                    **Unknown**

**When was the debt incurred?**  6/11/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 114 | | | |
|---|---|---|---|

**Nissan Motor Credit**

Nonpriority Creditor's Name

**PO Box 660680**
**Dallas, TX 75266-0680**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  1                    **Unknown**

**When was the debt incurred?**  12/29/2011

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 115 | | | |
|---|---|---|---|

**Nissan Motor Credit**

Nonpriority Creditor's Name

**PO Box 660680**
**Dallas, TX 75266-0680**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  1                    **Unknown**

**When was the debt incurred?**  10/12/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 116 | | | |
|---|---|---|---|

**Nissan Motor Credit**
Nonpriority Creditor's Name
**PO Box 660360**
**Dallas, TX 75266-0360**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   1   **Unknown**

**When was the debt incurred?**   10/12/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 117 | | | |
|---|---|---|---|

**Nissan Motor Credit**
Nonpriority Creditor's Name
**PO Box 660360**
**Dallas, TX 75266-0360**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   9   **$8,553.49**

**When was the debt incurred?**   10/26/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 118 | | | |
|---|---|---|---|

**Nissan Motor Credit**
Nonpriority Creditor's Name
**PO Box 660366**
**Dallas, TX 75266-0366**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   4841   **$7,431.48**

**When was the debt incurred?**   3/9/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 119 | | | |
|---|---|---|---|

**Nizami, Mobin**
Nonpriority Creditor's Name
**5232 Huntswood Cir**
**La Palma, CA 90623**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0085**         **$0.00**

When was the debt incurred?   **09/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 120 | | | |
|---|---|---|---|

**Noack, Rose**
Nonpriority Creditor's Name
**2825 Enea Way**
**Antioch, CA 94509**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1032**         **Unknown**

When was the debt incurred?   **01/18/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 121 | | | |
|---|---|---|---|

**Noble, Cheryl**
Nonpriority Creditor's Name
**1808 Oriole Street**
**San Diego, CA 92114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2089**         **Unknown**

When was the debt incurred?   **2/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 122 | **Noble, Velma** | Last 4 digits of account number | **3038** | **Unknown** |

Nonpriority Creditor's Name
**1241 W 109th Pl**
**Los Angeles, CA 90044**
Number Street City State Zip Code

When was the debt incurred?   **6/3/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 123 | **Nobles, Barbara** | Last 4 digits of account number | **4071** | **Unknown** |

Nonpriority Creditor's Name
**525 Curtin**
**Sonoma, CA 95476**
Number Street City State Zip Code

When was the debt incurred?   **6/3/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 124 | **Noda, Norika** | Last 4 digits of account number | **1026** | **Unknown** |

Nonpriority Creditor's Name
**100 Via Las Vegas**
**Palos Verdes Estates, CA 90274**
Number Street City State Zip Code

When was the debt incurred?   **9/27/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 125 | **Nolasco-Hernandez, Emo** | Last 4 digits of account number | **0027** | **Unknown** |

Nonpriority Creditor's Name

**8851 Hayvenhurst Ave.**
**North Hills, CA 91343**

Number Street City State Zip Code

When was the debt incurred?   **12/07/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 126 | **Nonzeta, Silvia** | Last 4 digits of account number | **0090** | **Unknown** |

Nonpriority Creditor's Name

**609 Woodlawn Ave.**
**Chula Vista, CA 91910**

Number Street City State Zip Code

When was the debt incurred?   **1/11/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 127 | **Noorwala, Mohammad** | Last 4 digits of account number | **1142** | **Unknown** |

Nonpriority Creditor's Name

**5066 Ducos Pl.**
**San Diego, CA 92124**

Number Street City State Zip Code

When was the debt incurred?   **5/3/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 128 | **Noriega, Michael & Linda** | Last 4 digits of account number | **3128** | **Unknown** |

Nonpriority Creditor's Name

**760 N. Belden Ave**
**Rialto, CA 92376**
Number Street City State Zip Code

**When was the debt incurred?**  **10/21/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 129 | **Noriega, Michael & Linda** | Last 4 digits of account number | **3128** | **Unknown** |

Nonpriority Creditor's Name

**760 N Belden Ave**
**Rialto, CA 92376**
Number Street City State Zip Code

**When was the debt incurred?**  **11/6/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 130 | **Norman, Grace** | Last 4 digits of account number | **1079** | **Unknown** |

Nonpriority Creditor's Name

**8419 Priscilla St.**
**Downey, CA 90242**
Number Street City State Zip Code

**When was the debt incurred?**  **5/31/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>131 | **Norris, Thomas** | Last 4 digits of account number | **4020** | **Unknown** |

Nonpriority Creditor's Name

**44315 Michigan Court**

**Indian Wells, CA 92210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **4/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>132 | **Norris, Thomas** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**44315 Michigan Ct**

**Indian Wells, CA 92210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2/6/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>133 | **North, Charles** | Last 4 digits of account number | **3113** | **Unknown** |

Nonpriority Creditor's Name

**7803 Blackford Ave**

**Whittier, CA 90606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **10/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**134**

**North, Charlie**

Nonpriority Creditor's Name

**7803 BLACKFORD AVE**
**WHITTIER, CA 90606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number   **3025**            **Unknown**

**When was the debt incurred?**   **12/16/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.3**
**135**

**North,Toni**

Nonpriority Creditor's Name

**13291 Coast St**
**Garden Grove, CA 92844**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number   **1056**            **Unknown**

**When was the debt incurred?**   **2/25/2012**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.3**
**136**

**Northcott, Christie**

Nonpriority Creditor's Name

**15963 Adams Ct.**
**Fountain Valley, CA 92708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number   **1077**            **Unknown**

**When was the debt incurred?**   **4/5/2011**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 137 | **Northcott, Christine** | Last 4 digits of account number | **1077** | **Unknown** |

Nonpriority Creditor's Name

**15963 Adams Ct**

**Fountain Valley, CA 92708**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **3/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 138 | **Northup, Carole** | Last 4 digits of account number | **061I** | **Unknown** |

Nonpriority Creditor's Name

**2745 Fremontia Dr.**

**San Bernardino, CA 92404**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **8/2/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 139 | **Norton, John & Neville** | Last 4 digits of account number | **0010** | **Unknown** |

Nonpriority Creditor's Name

**167 N. Shattuck Pl.**

**Orange, CA 92866**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **05/18/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 140 | **Norton, Kathleen** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**759 Knollwood Lane**
**San Dimas, CA 91773**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **4004**        **Unknown**

**When was the debt incurred?**   **11/5/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 141 | **Nosler, James** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**883 Russell Lane**
**Milpitas, CA 95055**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1449**        **Unknown**

**When was the debt incurred?**   **12/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 142 | **Nosler, James** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**883 Russell Lane**
**Milpitas, CA 95035**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **2002**        **Unknown**

**When was the debt incurred?**   **11/24/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 143 | **Nourian, Hormoz** | | **Unknown** |

Nonpriority Creditor's Name

**4219 Michaelangel Ave.**
**Woodland Hills, CA 91364**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1122**

**When was the debt incurred?**   **4/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 144 | **Noyes, Stephan & Carole** | | **Unknown** |

Nonpriority Creditor's Name

**19580 Avenida Castilla**
**Murrieta, CA 92562**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3066**

**When was the debt incurred?**   **4/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 145 | **Nua, Russell & Georgia** | | **Unknown** |

Nonpriority Creditor's Name

**2444 E. Desert Park Ave.**
**Palm Springs, CA 92262**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Last 4 digits of account number**   **3131**

**When was the debt incurred?**   **12/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 146 | **Nunez Jr., Gilbert** | Last 4 digits of account number | **2001** | **Unknown** |

Nonpriority Creditor's Name

**213 W. Bermuda Dunes St**
**Ontario, CA 91762**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 147 | **Nunez, Eric** | Last 4 digits of account number | **0107** | **Unknown** |

Nonpriority Creditor's Name

**4120 S. J St.**
**Oxnard, CA 93033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 148 | **Nunez, Eric** | Last 4 digits of account number | **0063** | **Unknown** |

Nonpriority Creditor's Name

**4120 S. J St.**
**Oxnard, CA 93033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **03/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 149 | | |
|---|---|---|

**Nunez, Ezekiel & Carol**
Nonpriority Creditor's Name

**66155 Granada Ave.**
**Desert Hot Springs, CA 92240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2035**                    **Unknown**

When was the debt incurred?    **3/31/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 150 | | |
|---|---|---|

**Nunez, Julio**
Nonpriority Creditor's Name

**1710 W. Civic Ctr Dr**
**Santa Ana, CA 92703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2022**                    **Unknown**

When was the debt incurred?    **11/15/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 151 | | |
|---|---|---|

**Nunez, Julio & Sandra**
Nonpriority Creditor's Name

**1710 W. Civic Ctr**
**Santa Ana, CA 92703**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4070**                    **Unknown**

When was the debt incurred?    **10/21/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3
152**

**Nunez, Ricardo & Leticia**
Nonpriority Creditor's Name

**861 Sacramento Ave.**
**Spring Valley, CA 91977**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **0055**                    **Unknown**

When was the debt incurred?  **09/28/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
153**

**Nunn, Robert**
Nonpriority Creditor's Name

**3127 Samoa Place**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **2091**                    **Unknown**

When was the debt incurred?  **5/10/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

**4.3
154**

**Nusbaum, Martha**
Nonpriority Creditor's Name

**26550 Larkspur St.**
**Hemet, CA 92544**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **1107**                    **Unknown**

When was the debt incurred?  **7/19/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 155 | **Nuttbrock, Rose** | Last 4 digits of account number | **1012** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**16410 Lake Knoll Pkwy**
**Riverside, CA 92503**

When was the debt incurred?  **8/23/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.3 156 | **Nye, Bill & Gladys** | Last 4 digits of account number | **4048** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6437 Juanro Way**
**Riverside, CA 92504**

When was the debt incurred?  **4/23/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.3 157 | **Nykiel, Cathy & Peter** | Last 4 digits of account number | **3101** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**870 RIVERTREE DR**
**OCEANSIDE, CA 92058**

When was the debt incurred?  **12/11/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 158 | **Nyman, Lois & Bob** | Last 4 digits of account number | **1964** | **Unknown** |

Nonpriority Creditor's Name

**17150 Grand Ave**
**Lake Elsinore, CA 92530**

Number Street City State Zip Code

When was the debt incurred?   **5/15/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 159 | **O'Connell, Jennifer** | Last 4 digits of account number | **1095** | **Unknown** |

Nonpriority Creditor's Name

**8474 Borealis Rd.**
**San Diego, CA 92126**

Number Street City State Zip Code

When was the debt incurred?   **6/14/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 160 | **O'Connor, Mary** | Last 4 digits of account number | **1933** | **Unknown** |

Nonpriority Creditor's Name

**13600 E. Allegan St**
**Whittier, CA 90605**

Number Street City State Zip Code

When was the debt incurred?   **5/11/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 161 | **O'Connor, Robinson & Marissa** | Last 4 digits of account number | **1086** | **Unknown** |

Nonpriority Creditor's Name
**1718 Macero**
**Escondido, CA 92029**
Number Street City State Zip Code

When was the debt incurred?   **1/5/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 162 | **O'Hara, Kim & Terry** | Last 4 digits of account number | **4009** | **Unknown** |

Nonpriority Creditor's Name
**3945 Via Valle Verde**
**Rancho Santa Fe, CA 92091**
Number Street City State Zip Code

When was the debt incurred?   **4/11/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 163 | **O'Neill, Adrienne** | Last 4 digits of account number | **2063** | **Unknown** |

Nonpriority Creditor's Name
**21911 Normandie Ave.**
**Torrance, CA 90501**
Number Street City State Zip Code

When was the debt incurred?   **4/23/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 164 | | | |
|---|---|---|---|

**O'Quinn, Daniel & Mary**
Nonpriority Creditor's Name

**245 Tyler St.**
**Coalinga, CA 93210**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0049**                    **Unknown**

**When was the debt incurred?** **08/24/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 165 | | | |
|---|---|---|---|

**Oakley, Helen**
Nonpriority Creditor's Name

**16461 Dana Circle**
**Westminster, CA 92683**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **9035**                    **Unknown**

**When was the debt incurred?** **10/09/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 166 | | | |
|---|---|---|---|

**Oard, Ronald**
Nonpriority Creditor's Name

**35810 Moorbrook Rd.**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **3008**                    **Unknown**

**When was the debt incurred?** **6/6/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know)    _____

---

**4.3
167**

**Oatis, Johnny**

Nonpriority Creditor's Name

**701 44Th Street**
**Oakland, CA 94609**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2021**

When was the debt incurred?    **11/19/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

**4.3
168**

**Oatman, Edward**

Nonpriority Creditor's Name

**36145 Coffeetree Pl.**
**Murrieta, CA 92562**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2054**

When was the debt incurred?    **7/2/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

**4.3
169**

**Obannon, Kim**

Nonpriority Creditor's Name

**7037 Glade Ave.**
**Canoga Park, CA 91303**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0099**

When was the debt incurred?    **06/22/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 170 | **Obrien, Linda** | Last 4 digits of account number | **3008** | **Unknown** |

Nonpriority Creditor's Name
**807 Poinciana St.**
**Hayward, CA 94545**
Number Street City State Zip Code

When was the debt incurred? **3/29/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 171 | **Obrien, Patrick** | Last 4 digits of account number | **3132** | **Unknown** |

Nonpriority Creditor's Name
**10414 Fernglen Ave**
**Tugunga, CA 91042**
Number Street City State Zip Code

When was the debt incurred? **11/4/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 172 | **Ocampo, Guillermo** | Last 4 digits of account number | **3113** | **Unknown** |

Nonpriority Creditor's Name
**2115 N. Cleveland**
**Orange, CA 92865**
Number Street City State Zip Code

When was the debt incurred? **12/30/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**173**

**OCC Construction & Consulting**
Nonpriority Creditor's Name

**7603 Quill Drive**
**Downey, CA 90242**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **None**                    **Unknown**

When was the debt incurred?    **1/1/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

**4.3**
**174**

**Oceguda, Jack & Rosie**
Nonpriority Creditor's Name

**500 El Mercado**
**Monterey Park, CA 91754**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1080**                    **Unknown**

When was the debt incurred?    **2/15/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**175**

**Ochoa, Jesus & Martha**
Nonpriority Creditor's Name

**4857 Astor Ave**
**Commerce, CA 90040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2022**                    **Unknown**

When was the debt incurred?    **1/31/2016**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3 176**

**Ochoa, Jody**
Nonpriority Creditor's Name

**1365 Old Janal Ranch Rd.**
**Chula Vista, CA 91915**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **0047**                Unknown

**When was the debt incurred?**    **06/29/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 177**

**Ochoa, Luis**
Nonpriority Creditor's Name

**15859 Cobra Drive**
**Moreno Valley, CA 92551**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **3156**                Unknown

**When was the debt incurred?**    **7/26/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 178**

**Ochoa, Luis**
Nonpriority Creditor's Name

**15859 Cobra Dr.**
**Moreno Valley, CA 92551**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **3156**                Unknown

**When was the debt incurred?**    **8/20/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 179 | **Ochoa, Michael** | | | Unknown |

Nonpriority Creditor's Name

**1429 J Ave**
**National City, CA 91950**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4087**

When was the debt incurred?   **4/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 180 | **Oconnor, Ron & Joella** | | | Unknown |

Nonpriority Creditor's Name

**2227 Canyon Drive**
**Colton, CA 92324**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1956**

When was the debt incurred?   **1/14/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 181 | **Oddie, Steve** | | | Unknown |

Nonpriority Creditor's Name

**1235 Saffron Cir**
**Corona, CA 92879**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3070**

When was the debt incurred?   **6/20/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 182 | **Oddo, Tony** | Last 4 digits of account number | **9002** | **Unknown** |

Nonpriority Creditor's Name

**810 S. Thompson**
**Hemet, CA 92543**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **10/02/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 183 | **Odea, John** | Last 4 digits of account number | **0046** | **Unknown** |

Nonpriority Creditor's Name

**618 Surfview Dr.**
**Santa Barbara, CA 93109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **03/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 184 | **Odin, Barbara** | Last 4 digits of account number | **2012** | **Unknown** |

Nonpriority Creditor's Name

**15020 Ridge Top Drive**
**San Jose, CA 95127**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**  **9/5/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 185 | |
|---|---|

**Odle, Robert**
Nonpriority Creditor's Name

**6007 Ambury St.**
**Orange, CA 92867**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0055**                    **Unknown**

**When was the debt incurred?**    **05/04/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 186 | |
|---|---|

**Odson, Alicia**
Nonpriority Creditor's Name

**4967 Collis Ave**
**S. Pasadena, CA 91030**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1947**                    **Unknown**

**When was the debt incurred?**    **7/20/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 187 | |
|---|---|

**Odson, Alicia**
Nonpriority Creditor's Name

**4967 Collis Ave**
**South Pasadena, CA 91030**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3053**                    **Unknown**

**When was the debt incurred?**    **8/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 188 | | | |
|---|---|---|---|

**Odson, Alicia**
Nonpriority Creditor's Name

**4967 Collis Ave.**
**South Pasadena, CA 91030**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1020**                    **Unknown**

When was the debt incurred?    **8/2/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 189 | | | |
|---|---|---|---|

**Odweyer-Marquette, Mary**
Nonpriority Creditor's Name

**39586 Ridgecrest**
**Murrieta, CA 92563**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1946**                    **Unknown**

When was the debt incurred?    **2/14/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 190 | | | |
|---|---|---|---|

**Ofseyer, Jordan & Veta**
Nonpriority Creditor's Name

**34640 Mission Hill Dr**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3068**                    **Unknown**

When was the debt incurred?    **2/4/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 191 | | |
|---|---|---|

**Ogalla, Caro & Lang**
Nonpriority Creditor's Name

**17927 San Rafael**
**Fountain Valley, CA 92708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0035**                    **Unknown**

When was the debt incurred?    **09/21/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 192 | | |
|---|---|---|

**Ogawa, Ronald**
Nonpriority Creditor's Name

**6151 Point Loma Drive**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **38CO**                    **Unknown**

When was the debt incurred?    **10/18/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 193 | | |
|---|---|---|

**Ogram, Jay & Marie**
Nonpriority Creditor's Name

**43110 Palamino Cir.**
**Temecula, CA 92590**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2060**                    **Unknown**

When was the debt incurred?    **12/10/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.3**<br>**194** | **Ohara, Terry & Kim** | |

Nonpriority Creditor's Name

**3945 Via Valle Verde**
**Rancho Santa Fe, CA 92091**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **1107**                     **Unknown**

**When was the debt incurred?**   **10/4/2011**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3**<br>**195** | **Okamoto, Grace** | |

Nonpriority Creditor's Name

**15020 Ridge Top Drive**
**San Jose, CA 95127**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **2071**                     **Unknown**

**When was the debt incurred?**   **7/5/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3**<br>**196** | **Olah, Elsa** | |

Nonpriority Creditor's Name

**2633 Sunset Lane**
**San Bernardino, CA 92407**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **1942**                     **Unknown**

**When was the debt incurred?**   **4/15/2015**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | |
|---|---|
| **4.3 197** | |

**Old Republic Surety Company**
Nonpriority Creditor's Name
**445 S Moorland Road Suite 200**
**Brookfield, WI 53005**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **8640**          **$780.00**

When was the debt incurred?  **1/1/2016**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| | |
|---|---|
| **4.3 198** | |

**Oldham, Gordon**
Nonpriority Creditor's Name
**1109 Harding St**
**Escondido, CA 92027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1005**          **$0.00**

When was the debt incurred?  **08/16/11**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.3 199** | |

**Olds Jr., James**
Nonpriority Creditor's Name
**717 Las Reindas**
**Fullerton, CA 92835**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1970**          **Unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 200 | **Olea, Rachel** | Last 4 digits of account number | **0084** | **Unknown** |

Nonpriority Creditor's Name

**824 Feather Ave.**
**La Puente, CA 91746**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **07/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 201 | **Olerich, Stephen** | Last 4 digits of account number | **2033** | **Unknown** |

Nonpriority Creditor's Name

**943 Glencoe Heights Dr.**
**Glendora, CA 91741**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **1/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 202 | **Oliva, Miguel** | Last 4 digits of account number | **4025** | **Unknown** |

Nonpriority Creditor's Name

**13115 Sunnybrook Cir #102**
**Garden Grove, CA 92844**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 203 | **Oliver, David** | Last 4 digits of account number | **1124** | **Unknown** |

Nonpriority Creditor's Name
**441 Patterson Way**
**Fullerton, CA 92632**
Number Street City State Zip Code

When was the debt incurred?    **11/8/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 204 | **Oliver, Sharon** | Last 4 digits of account number | **2001** | **Unknown** |

Nonpriority Creditor's Name
**823 Gailen Avenue**
**Palo Alto, CA 94303**
Number Street City State Zip Code

When was the debt incurred?    **3/3/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 205 | **Oliver, Sharon** | Last 4 digits of account number | **2001** | **Unknown** |

Nonpriority Creditor's Name
**823 Gailen Ave**
**Palo Alto, CA 94303**
Number Street City State Zip Code

When was the debt incurred?    **5/19/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 206 | **Oliver, William H** | Last 4 digits of account number | **1029** | **Unknown** |

Nonpriority Creditor's Name

**3024 E. 6th Street # A**
**Long Beach, CA 90814**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **8/16/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 207 | **Olkiewiez, Richard & Pam** | Last 4 digits of account number | **1034** | **Unknown** |

Nonpriority Creditor's Name

**1672 Gold Dust Court**
**Simi Valley, CA 93063**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **6/28/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 208 | **Olney, Dewitt** | Last 4 digits of account number | **2033** | **Unknown** |

Nonpriority Creditor's Name

**8241 Sant Arminta Ave.**
**San Diego, CA 92126**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **3/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.3** **209** | **Olsen, Tom** | |

Nonpriority Creditor's Name

**275 Palomares Lane**
**Ventura, CA 93003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  0078                    **Unknown**

**When was the debt incurred?**  06/15/10

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3** **210** | **Olson, Jerry** | |

Nonpriority Creditor's Name

**1241 Gatlin Avenue**
**Hacienda Heights, CA 91745**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  1003                    **$0.00**

**When was the debt incurred?**  07/19/11

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3** **211** | **Olson, Lila** | |

Nonpriority Creditor's Name

**8535 El Rio Ave**
**Fountain Valley, CA 92708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  1022                    **Unknown**

**When was the debt incurred?**  4/24/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 212 | **Oman, Jim & Rita** | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**1141 Berenice Drive**
**Brea, CA 92821**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2014**

**When was the debt incurred?**   **5/9/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 213 | **Onaga, Jim & Brenda** | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**12652 Bubbling Well Rd.**
**Santa Ana, CA 92702**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0062**

**When was the debt incurred?**   **08/31/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 214 | **Ondrako, Stefan** | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**862 Calle Pluma**
**San Clemente, CA 92673**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2035**

**When was the debt incurred?**   **3/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| **4.3** |
|---|
| **215** |

**Ontrak Garage Doors**

Nonpriority Creditor's Name

**4508 New Hope Court**
**Salida, CA 95368**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **Laramie**                  $1,180.00

**When was the debt incurred?**   **12/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| **4.3** |
|---|
| **216** |

**Orduno, David**

Nonpriority Creditor's Name

**10547 E. Lindenvale**
**Whittier, CA 90606**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9033**                  Unknown

**When was the debt incurred?**   **01/12/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| **4.3** |
|---|
| **217** |

**Oregel, James**

Nonpriority Creditor's Name

**417 E. Adele Street**
**Anaheim, CA 92805**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4025**                  Unknown

**When was the debt incurred?**   **10/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>218 | **Oregel, James** | Last 4 digits of account number | **4025** | **Unknown** |

Nonpriority Creditor's Name

**417 E. Adele Street**
**Anaheim, CA 92805**

Number Street City State Zip Code

**When was the debt incurred?**   **9/8/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>219 | **Orlowski, Edward** | Last 4 digits of account number | **1076** | **Unknown** |

Nonpriority Creditor's Name

**11366 Coriender Ave.**
**Fountain Valley, CA 92708**

Number Street City State Zip Code

**When was the debt incurred?**   **11/1/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>220 | **Ornedo, Sheila** | Last 4 digits of account number | **4141** | **Unknown** |

Nonpriority Creditor's Name

**1106 Arbor Dell Road**
**Los Angeles, CA 90041**

Number Street City State Zip Code

**When was the debt incurred?**   **9/10/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 221 | | |
|---|---|---|

**Orona, Alexandra**

Nonpriority Creditor's Name

**7649 Loma Verde Ave.**

**Conoga Park, CA 91304**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0023**      **Unknown**

When was the debt incurred?   **04/13/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 222 | | |
|---|---|---|

**Oropez, Gilbert**

Nonpriority Creditor's Name

**2298 Ridgeview Terrace**

**Corona, CA 92882**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0035**      **Unknown**

When was the debt incurred?   **05/04/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 223 | | |
|---|---|---|

**Orozco, Diana & Sherman, Patrick**

Nonpriority Creditor's Name

**5888 Diablo Drive**

**Sacramento, CA 95842**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2034**      **Unknown**

When was the debt incurred?   **12/24/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 224 | **Orozco, Tony & Gwen** | Last 4 digits of account number | **4045** | **Unknown** |

Nonpriority Creditor's Name

**3350 Royal Ridge Rd**
**Chino Hills, CA 91709**

Number Street City State Zlp Code

When was the debt incurred?   **7/9/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 225 | **Orr, Donna** | Last 4 digits of account number | **2017** | **Unknown** |

Nonpriority Creditor's Name

**1055 Curtis Dr**
**Norco, CA 92860**

Number Street City State Zlp Code

When was the debt incurred?   **6/3/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 226 | **Orr, Donna** | Last 4 digits of account number | **0114** | **Unknown** |

Nonpriority Creditor's Name

**1055 Curtis Dr.**
**Norco, CA 92860**

Number Street City State Zlp Code

When was the debt incurred?   **1/18/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 227 | **Ortega, Franco & Arivia** | Last 4 digits of account number | **2015** | **Unknown** |

Nonpriority Creditor's Name
**11852 Jamacha Rd**
**Apple Valley, CA 92308**
Number Street City State Zip Code

When was the debt incurred?   **1/5/2015**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 228 | **Ortega, Gloria** | Last 4 digits of account number | **2015** | **Unknown** |

Nonpriority Creditor's Name
**16104 Main St.**
**La Puente, CA 91744**
Number Street City State Zip Code

When was the debt incurred?   **3/22/2013**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 229 | **Ortiz, Bertha** | Last 4 digits of account number | **0078** | **Unknown** |

Nonpriority Creditor's Name
**3419 Sandoval Ave.**
**Pico Rivera, CA 90660**
Number Street City State Zip Code

When was the debt incurred?   **04/06/10**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3
230**

**Ortiz, Gwynne**
Nonpriority Creditor's Name

**1331 Barcelona St.**
**Corona, CA 92882**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2075**          **Unknown**

**When was the debt incurred?**   **12/5/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

**4.3
231**

**Ortiz, Julio**
Nonpriority Creditor's Name

**437 Karns Ave.**
**La Puente, CA 91746**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0093**          **Unknown**

**When was the debt incurred?**   **1/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
232**

**Ortiz-Echeverria, John**
Nonpriority Creditor's Name

**481 W. Olive St.**
**Colton, CA 92324**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1118**          **Unknown**

**When was the debt incurred?**   **5/10/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 233 | |
|---|---|

**Orton, Kevin**

Nonpriority Creditor's Name

**2716 Ashwood**
**Costa Mesa, CA 92626**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.3 234 | |
|---|---|

**Orton, Kevin**

Nonpriority Creditor's Name

**2716 Ashwood**
**Costa Mesa, CA 92626**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                     **Unknown**

**When was the debt incurred?**  **1/1/2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 235 | |
|---|---|

**Orunesajo, Akinwale**

Nonpriority Creditor's Name

**411 Garda Ave.**
**La Puente, CA 91744**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1014**                     **Unknown**

**When was the debt incurred?**  **2/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 236 | | | |
|---|---|---|---|

**Osargent, Deanna**

Nonpriority Creditor's Name

**826 Caminito Rosa**
**Carlsbad, CA 92011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1104**           **Unknown**

**When was the debt incurred?**   **8/9/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 237 | | | |
|---|---|---|---|

**Osborn, Florence**

Nonpriority Creditor's Name

**543 Beaumont Way**
**Goleta, CA 93117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2010**           **Unknown**

**When was the debt incurred?**   **7/21/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 238 | | | |
|---|---|---|---|

**Osborn, Phil & Marva**

Nonpriority Creditor's Name

**624 N. 6th Street**
**Lompoc, CA 93436**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1089**           **Unknown**

**When was the debt incurred?**   **10/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3
239**

**Osburn, Florence**                              Last 4 digits of account number    **3016**                    **Unknown**

Nonpriority Creditor's Name

**543 Beaumont Way**                             When was the debt incurred?    **7/30/2013**

**Goleta, CA 93117**

Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ■ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                    ■ Disputed

☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                ■ Other. Specify   **Business Debt - Past Customer of Exterior**
☐ Yes                                                              **Specialist**

---

**4.3
240**

**Oshea, Jessie**                                Last 4 digits of account number    **2043**                    **Unknown**

Nonpriority Creditor's Name

**1139 Strawberry Lane**                         When was the debt incurred?    **11/5/2012**

**Glendora, CA 91760**

Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ■ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                    ■ Disputed

☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                ■ Other. Specify   **Business Debt - Past Customers of Exterior**
☐ Yes                                                              **Specialist**

---

**4.3
241**

**Osorio, Mario**                                Last 4 digits of account number    **3200**                    **Unknown**

Nonpriority Creditor's Name

**3312 Glenhurst**                               When was the debt incurred?    **11/22/2013**

**Los Angeles, CA 90039**

Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ■ Contingent

☐ Debtor 2 only                                 ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                    ■ Disputed

☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                ■ Other. Specify   **Business Debt - Past Customer of Exterior**
☐ Yes                                                              **Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**242**

**Ossip, Joan**

Nonpriority Creditor's Name

**17037 Alderwood Ln**
**Poway, CA 92064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3093**                          **Unknown**

**When was the debt incurred?**    **8/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**243**

**Ostler, Joan G.**

Nonpriority Creditor's Name

**15409 Wilmaglen Dr.**
**Whittier, CA 90604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1055**                          **Unknown**

**When was the debt incurred?**    **3/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**244**

**Ostlund, Margaret**

Nonpriority Creditor's Name

**6456 N. Vista**
**San Gabriel, CA 91775**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1021**                          **$0.00**

**When was the debt incurred?**    **06/28/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 245 | **Osuna, Nancy** | Last 4 digits of account number | **2002** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1604 Corte De Medea**

**San Jose, CA 95124**

Number Street City State Zip Code

When was the debt incurred?   **6/23/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 246 | **Osuna, Victor** | Last 4 digits of account number | **1986** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**905 N. Blanchard St**

**Banning, CA 92220**

Number Street City State Zip Code

When was the debt incurred?   **4/28/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 247 | **Ottenhoff, Leilani** | Last 4 digits of account number | **4064** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**7674 Cook Ave**

**Citrus Heights, CA 95610**

Number Street City State Zip Code

When was the debt incurred?   **7/25/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>248 | **Ousey, Kathleen** | Last 4 digits of account number | **2033** | **Unknown** |

Nonpriority Creditor's Name
**415 Halkirk St**
**Santa Barbara, CA 95110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **9/17/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3<br>249 | **Overlie, Travis** | Last 4 digits of account number | **4063** | **Unknown** |

Nonpriority Creditor's Name
**28392 Sunglow Run Ln**
**Menifee, CA 92584**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **3/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>250 | **Overton, Margie** | Last 4 digits of account number | **0108** | **Unknown** |

Nonpriority Creditor's Name
**1508 Calle Fidelidad**
**Thousand Oaks, CA 91360**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **06/15/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 251 | **Owen, Jean** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**9370 Twin Trails Dr #102**
**San Diego, CA 92129**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4125**          **Unknown**

**When was the debt incurred?**  **7/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 252 | **Owen, Rosalind & Ben** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2154 Haniman Dr.**
**San Diego, CA 92105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1131**          **Unknown**

**When was the debt incurred?**  **4/26/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 253 | **P&M Painting** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**9119 Mel Dar Ave**
**Downey, CA 90240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **None**          **Unknown**

**When was the debt incurred?**  **1/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3 254**

**Pacheco, Alice**                          Last 4 digits of account number   **2008**              **Unknown**

Nonpriority Creditor's Name

**1933 103rd St.**                          **When was the debt incurred?**   **8/29/2012**

**Oakland, CA 94603**

Number Street City State Zip Code

**Who incurred the debt?** Check one.        **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                             ■ Contingent

☐ Debtor 2 only                             ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                ■ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**  ☐ Student loans

**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not

**Is the claim subject to offset?**          report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                            **Business Debt - Past Customers of Exterior**

☐ Yes                                       ■ Other. Specify  **Specialist**

---

**4.3 255**

**Pacheco, Carolyn**                        Last 4 digits of account number   **3005**              **Unknown**

Nonpriority Creditor's Name

**8629 Stanwell St**                        **When was the debt incurred?**   **4/30/2013**

**San Diego, CA 92126**

Number Street City State Zip Code

**Who incurred the debt?** Check one.        **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                             ■ Contingent

☐ Debtor 2 only                             ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**  ☐ Student loans

**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not

**Is the claim subject to offset?**          report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                            **Business Debt - Past Customer of Exterior**

☐ Yes                                       ■ Other. Specify  **Specialist**

---

**4.3 256**

**Pacheco, Joyce**                          Last 4 digits of account number   **1995**              **Unknown**

Nonpriority Creditor's Name

**2012 Welder St**                          **When was the debt incurred?**   **5/28/2015**

**West Covina, CA 91790**

Number Street City State Zip Code

**Who incurred the debt?** Check one.        **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                             ■ Contingent

☐ Debtor 2 only                             ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                ■ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**  ☐ Student loans

**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not

**Is the claim subject to offset?**          report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                            **Business Debt - Past Customer of Exterior**

☐ Yes                                       ■ Other. Specify  **Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 257 | | | |
|---|---|---|---|

**Pachot, Carlton & Cynthia**

Nonpriority Creditor's Name

**5012 S. Verdun Ave.**

**Los Angeles, CA 90043**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0118**                    **Unknown**

**When was the debt incurred?**    **05/11/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 258 | | | |
|---|---|---|---|

**Pacific Coast Funding, LLC**

Nonpriority Creditor's Name

**390 W Cerritos Ave**

**Anaheim, CA 92805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **None**                    **Unknown**

**When was the debt incurred?**    **1/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 259 | | | |
|---|---|---|---|

**Pacific Landmark Electric, Inc.**

Nonpriority Creditor's Name

**PO Box 3132**

**Cypress, CA 90630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **None**                    **Unknown**

**When was the debt incurred?**    **1/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 260 | **Padilla, Betty Jo** | Last 4 digits of account number | **1056** | **Unknown** |

Nonpriority Creditor's Name
**6330 Orange Knoll Ave.**
**San Bernardino, CA 92404**
Number Street City State Zip Code

When was the debt incurred?  **1/25/2011**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 261 | **Padilla, Eddie** | Last 4 digits of account number | **2017** | **Unknown** |

Nonpriority Creditor's Name
**866 Cambon Cir.**
**Ojai, CA 93023**
Number Street City State Zip Code

When was the debt incurred?  **4/10/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 262 | **Padilla, Felix** | Last 4 digits of account number | **4112** | **Unknown** |

Nonpriority Creditor's Name
**2110 W. La Palma Ave**
**Anaheim, CA 92801**
Number Street City State Zip Code

When was the debt incurred?  **5/7/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>263 | **Padua, Michael** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**967 Flores St.**

**Colton, CA 92324**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3096**       **Unknown**

**When was the debt incurred?**   **7/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>264 | **Paez, Vivino & Sylvia** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**12291 Dervent Ave**

**Porter Ranch, CA 91326**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **51CO**       **Unknown**

**When was the debt incurred?**   **8/2/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>265 | **Pagano, Kathy** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**555 Silver Oak Lane**

**Danville, CA 94506**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **None**       **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | |
|---|---|
| 4.3<br>266 | |

**Pagano, Kathy**
Nonpriority Creditor's Name
**555 Silver Oak Lane**
**Danville, CA 94506**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **None**                    **Unknown**

**When was the debt incurred?**  **1/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| | |
|---|---|
| 4.3<br>267 | |

**Pai, Marion**
Nonpriority Creditor's Name
**20462 Alisa Lane**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **9003**                    **Unknown**

**When was the debt incurred?**  **10/02/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| 4.3<br>268 | |

**Paige, Jeanne**
Nonpriority Creditor's Name
**2635 Foreman Ave.**
**Long Beach, CA 90815**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2065**                    **Unknown**

**When was the debt incurred?**  **3/26/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| **4.3** **269** | **Painting, Marina** | | Last 4 digits of account number | **None** | | **Unknown** |

Nonpriority Creditor's Name

**1552 Coriander Drive  Suite D**
**Costa Mesa, CA 92626**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **1/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| **4.3** **270** | **Palato, Larry** | | Last 4 digits of account number | **2090** | | **Unknown** |

Nonpriority Creditor's Name

**105 Mizar Place**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **12/15/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| **4.3** **271** | **Palencia, Walter & Dayra** | | Last 4 digits of account number | **4116** | | **Unknown** |

Nonpriority Creditor's Name

**6101 Camphor Ave**
**Westiminster, CA 92683**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **3/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**272**

**Pallas, Sylvia**

Nonpriority Creditor's Name

**2138 N. Orange Avenue**
**Rialto, CA 92377**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **1060** |
| When was the debt incurred? | **3/29/2011** |

**Unknown**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**273**

**Pallazola, Joseph**

Nonpriority Creditor's Name

**1905 Chicago St.**
**San Diego, CA 92110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **0059** |
| When was the debt incurred? | **11/30/10** |

**Unknown**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**274**

**Pallazolla, Joseph & Carol**

Nonpriority Creditor's Name

**1905 Chicago St.**
**San Diego, CA 92110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **1054** |
| When was the debt incurred? | **7/19/2011** |

**Unknown**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3
275**

**Palm, Donna**

Nonpriority Creditor's Name

**6366 Cibola Rd**
**San Diego, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1112**

When was the debt incurred?   **6/28/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

**4.3
276**

**Palm, Donna**

Nonpriority Creditor's Name

**6366 Cibola Rd.**
**San Diego, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1112**

When was the debt incurred?   **7/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

**4.3
277**

**Palmer, Don & Susan**

Nonpriority Creditor's Name

**1610 Bordsdale Ave**
**Fillmore, CA 93015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1071**

When was the debt incurred?   **2/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.3 278 | **Palmgren, Zara & Michael** | Last 4 digits of account number | **0016** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3962 Cameo Dr.**
**Oceanside, CA 92056**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **04/27/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 279 | **Palmone, Richard & Patricia** | Last 4 digits of account number | **2015** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4856 Edge View Dr.**
**El Cajon, CA 92020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **1/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 280 | **Palmore, Richard & Patricia** | Last 4 digits of account number | **3124** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4856 Edgeview Dr**
**El Cajon, CA 92020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **10/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.3<br>281 | **Panek, John** | Last 4 digits of account number | **0012** | **Unknown** |

Nonpriority Creditor's Name

**6137 E. Monlaco Rd.**
**Long Beach, CA 90808**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **06/15/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>282 | **Pangilinan, Grayson** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**4629 Cass Street Suite 26**
**San Diego, CA 92109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.3<br>283 | **Pangilinan, Grayson** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**4629 Cass Street Suite 26**
**San Diego, CA 92109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **1/1/2011**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 284**

**Pangle, Joan**
Nonpriority Creditor's Name
**2420 Lasphere Way**
**Costa Mesa, CA 92627**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **3022**                                  **Unknown**

When was the debt incurred?   **1/24/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 285**

**Pangle, Joan**
Nonpriority Creditor's Name
**2420 Lesparre**
**Costa Mesa, CA 92627**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **2002**                                  **Unknown**

When was the debt incurred?   **10/18/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.3 286**

**Panzone, William**
Nonpriority Creditor's Name
**3562 Kempton Dr.**
**Los Alamitos, CA 90720**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **0034**                                  **Unknown**

When was the debt incurred?   **11/09/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>287 | **Papavero, Paul** | Last 4 digits of account number | **0123** | **Unknown** |

Nonpriority Creditor's Name
**371 Pitie Dr.**
**Corona, CA 92879**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **08/10/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>288 | **Pape, Rosemarie** | Last 4 digits of account number | **0069** | **Unknown** |

Nonpriority Creditor's Name
**9328 Wilbur Ave.**
**Northridge, CA 91324**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **06/01/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>289 | **Papp, Phyllis** | Last 4 digits of account number | **2047** | **Unknown** |

Nonpriority Creditor's Name
**747 Danforth Dr.**
**Los Angeles, CA 90065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 290 | **Parades, Dolores** | Last 4 digits of account number | **1011** | **Unknown** |

Nonpriority Creditor's Name
**6111 Glacier Dr.**
**Westminister, CA 92683**
Number Street City State Zip Code

**When was the debt incurred?**   **8/9/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 291 | **Paradillo, Engracio & Lolly** | Last 4 digits of account number | **3141** | **Unknown** |

Nonpriority Creditor's Name
**2714 Madrid Pl**
**South Gate, CA 90280**
Number Street City State Zip Code

**When was the debt incurred?**   **11/9/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 292 | **Pard, Vickilyn** | Last 4 digits of account number | **0070** | **Unknown** |

Nonpriority Creditor's Name
**6861 Almondine Dr.**
**Garden Grove, CA 92845**
Number Street City State Zip Code

**When was the debt incurred?**   **04/06/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 293 | **Pare, Karen & Robert** | Last 4 digits of account number | **4052** | **Unknown** |

Nonpriority Creditor's Name
**22 Pebble Beach Dr**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**When was the debt incurred?**  **2/25/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 294 | **Parekh, Hema & Sachin** | Last 4 digits of account number | **2015** | **Unknown** |

Nonpriority Creditor's Name
**18501 Rosenau Dr.**
**Villa Park, CA 92861**
Number Street City State Zip Code

**When was the debt incurred?**  **11/19/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 295 | **Parelli, Charne** | Last 4 digits of account number | **3071** | **Unknown** |

Nonpriority Creditor's Name
**22132 Wren Way**
**Lake Forest, CA 92630**
Number Street City State Zip Code

**When was the debt incurred?**  **6/15/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 296 | | | | |

**Parent, Al & Jeanie**
Nonpriority Creditor's Name

**554- A Avenida Seville.**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **0001**                    **Unknown**

When was the debt incurred?  **07/13/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 297 | | | | |

**Parfitt, David**
Nonpriority Creditor's Name

**37844 Silk Tree Lane**
**Palmdale, CA 93550**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **2008**                    **Unknown**

When was the debt incurred?  **11/11/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 298 | | | | |

**Paris, Estelle**
Nonpriority Creditor's Name

**1730 Spaulding Ave**
**Los Angeles, CA 90019**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **1988**                    **Unknown**

When was the debt incurred?  **5/27/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3**
**299**

**Parke, Richard & Jackie**
Nonpriority Creditor's Name

**136 Avenida Majorica Unit G**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2071**                    **Unknown**

When was the debt incurred?   **1/14/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**300**

**Parker, Anne**
Nonpriority Creditor's Name

**6363 Nantes Ave**
**La Puente, CA 91744**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1034**                    **Unknown**

When was the debt incurred?   **10/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**301**

**Parker, George**
Nonpriority Creditor's Name

**27557 Sutherland Drive**
**Highland, CA 92346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number   **2021**                    **Unknown**

When was the debt incurred?   **2/24/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 302 | | | |
|---|---|---|---|

**Parker, George**
Nonpriority Creditor's Name

**27557 Sutherland Dr.**
**Highland, CA 92346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1108**        **Unknown**

**When was the debt incurred?**  **5/10/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 303 | | | |
|---|---|---|---|

**Parker, Harry**
Nonpriority Creditor's Name

**3816 Laketree Dr.**
**Fallbrook, CA 92028**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1115**        **Unknown**

**When was the debt incurred?**  **5/17/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 304 | | | |
|---|---|---|---|

**Parker, Jim & Irene**
Nonpriority Creditor's Name

**448 N. Calmgrove Ave**
**Covina, CA 91724**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **3071**        **Unknown**

**When was the debt incurred?**  **3/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 305 | **Parker, Mabel & Antonio** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**190 W. Adams St.**
**Long Beach, CA 90805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0064**                    **Unknown**

**When was the debt incurred?**   **05/11/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 306 | **Parker, Stephen** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**8944 Corte Pellejo**
**Spring Valley, CA 91977**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1013**                    **$0.00**

**When was the debt incurred?**   **06/28/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 307 | **Parle, Michael & Rachel** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**243 Chinook Dr.**
**Placentia, CA 92870**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**   **2124**                    **Unknown**

**When was the debt incurred?**   **12/17/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 308**

**Parra, Daniel & Linda**
Nonpriority Creditor's Name

**1470 Azalea Dr.**
**Carpenteria, CA 93013**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0014**          **$0.00**

**When was the debt incurred?**   **10/26/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 309**

**Parris, James**
Nonpriority Creditor's Name

**7310 Percheron Ave.**
**Riverside, CA 92509**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0001**          **Unknown**

**When was the debt incurred?**   **12/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 310**

**Parrish, Diane**
Nonpriority Creditor's Name

**13983 Victoria Street**
**Victorville, CA 92395**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2010**          **Unknown**

**When was the debt incurred?**   **2/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 |
|-----|
| 311 |

**Parsa, Sam**
Nonpriority Creditor's Name
**24161 Rue de Cezanne**
**Laguna Niguel, CA 92677**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2087**                     **Unknown**

When was the debt incurred?  **7/16/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 |
|-----|
| 312 |

**Parsons, Ernest & Cheryl**
Nonpriority Creditor's Name
**130 Harding Ave**
**Ventura, CA 93003**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2015**                     **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 |
|-----|
| 313 |

**Parsons, Mary**
Nonpriority Creditor's Name
**370 Calla**
**Imperial Beach, CA 91932**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1094**                     **Unknown**

When was the debt incurred?  **8/9/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 314 | **Pashia, Dona** | Last 4 digits of account number | **2095** | **Unknown** |

Nonpriority Creditor's Name
**416 Narcissus Avenue**
**Corona Del Mar, CA 92625**
Number Street City State Zip Code

**When was the debt incurred?**    **2/16/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 315 | **Pasillas, Micaela** | Last 4 digits of account number | **3067** | **Unknown** |

Nonpriority Creditor's Name
**24561 Singer St.**
**Moreno Valley, CA 92557**
Number Street City State Zip Code

**When was the debt incurred?**    **5/15/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 316 | **Pasquale, James & Debbie** | Last 4 digits of account number | **3023** | **Unknown** |

Nonpriority Creditor's Name
**2561 Skyline Dr**
**Brea, CA 92821**
Number Street City State Zip Code

**When was the debt incurred?**    **2/18/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 317 | | | |
|---|---|---|---|

**Patel, Champaben & Minal**

Nonpriority Creditor's Name

**7421 Darlene Circle**
**La Palma, CA 90623**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3087**          **Unknown**

**When was the debt incurred?**  **7/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 318 | | | |
|---|---|---|---|

**Patel, Prafull**

Nonpriority Creditor's Name

**233 N. Palo Cedro**
**Diamond Bar, CA 91765**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2101**          **Unknown**

**When was the debt incurred?**  **11/12/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 319 | | | |
|---|---|---|---|

**Patel, Vijay**

Nonpriority Creditor's Name

**1790 Diamond Valley Ln**
**Chino Hills, CA 91709**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **9045**          **Unknown**

**When was the debt incurred?**  **01/26/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 320**

**Patriot Environmental Lab Services**
Nonpriority Creditor's Name
**1041 S Placentia Ave**
**Fullerton, CA 92831**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **Exterior Speciailst**   $1,210.00

**When was the debt incurred?**   1/19/2016

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

**4.3 321**

**Patterson, Norman & Lynetta**
Nonpriority Creditor's Name
**140 W Dunton Ave.**
**Orange, CA 92865**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0007**   Unknown

**When was the debt incurred?**   02/16/10

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 322**

**Patterson, Ralph & Sarita**
Nonpriority Creditor's Name
**2830 Reed Ave**
**Livermore, CA 94550**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4160**   Unknown

**When was the debt incurred?**   3/7/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>323 | **Paul, Henry** | Last 4 digits of account number | **1076** | **Unknown** |

Nonpriority Creditor's Name

**4255 2nd Ave.**
**Los Angeles, CA 90008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **3/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>324 | **Paul, Leonard** | Last 4 digits of account number | **9031** | **Unknown** |

Nonpriority Creditor's Name

**16571 Mytinger Ln.**
**Huntington Beach, CA 92647**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **10/09/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>325 | **Paulis, Robert** | Last 4 digits of account number | **1006** | **$0.00** |

Nonpriority Creditor's Name

**618 Rainwood Ct.**
**Oceanside, CA 92058**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **09/27/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 326 | **Paulk, Ismay E.** | Last 4 digits of account number | **0040** | **Unknown** |

Nonpriority Creditor's Name
**12640 Euclid St. # 203**
**Garden Grove, CA 92840**
Number Street City State Zip Code

**When was the debt incurred?**  **02/23/10**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 327 | **Paulson, Mary** | Last 4 digits of account number | **3113** | **Unknown** |

Nonpriority Creditor's Name
**4435 Utah St**
**San Diego, CA 92116**
Number Street City State Zip Code

**When was the debt incurred?**  **11/12/2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 328 | **Paulson, Wallace & Lois** | Last 4 digits of account number | **0072** | **Unknown** |

Nonpriority Creditor's Name
**4726 Galicia Way**
**Oceanside, CA 92056**
Number Street City State Zip Code

**When was the debt incurred?**  **09/28/10**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 329 | | | |
|---|---|---|---|

**Pawloski, David**
Nonpriority Creditor's Name

**317 Medinah Lane**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1076**            **Unknown**

**When was the debt incurred?**   **12/20/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 330 | | | |
|---|---|---|---|

**Payne, Dominga**
Nonpriority Creditor's Name

**2915 E. 19th Street**
**Oakland, CA 94601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3016**            **Unknown**

**When was the debt incurred?**   **3/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 331 | | | |
|---|---|---|---|

**Payne, Philip**
Nonpriority Creditor's Name

**1401 SAN MIGUELITO**
**LOMPOC, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1027**            **Unknown**

**When was the debt incurred?**   **11/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 332 | | |
|---|---|---|

**PCCH, Inc.**

Nonpriority Creditor's Name

**199 San Marino**
**Irvine, CA 92614**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **None**          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.3 333 | | |
|---|---|---|

**PCCH, Inc.**

Nonpriority Creditor's Name

**199 San Marino**
**Irvine, CA 92614**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **None**          **Unknown**

**When was the debt incurred?**  **1/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 334 | | |
|---|---|---|

**PCM Inc.**

Nonpriority Creditor's Name

**PO Box 2220**
**Laguna Hills, CA 92654**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **PacificCoastHomeSolutions**          **Unknown**

**When was the debt incurred?**  **6/1/2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3
335**

**Peace, Dale**

Nonpriority Creditor's Name

**11975 W. Telegraph
Santa Paula, CA 93060**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1068**                                    **Unknown**

When was the debt incurred?   **10/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
336**

**Peak, Robert & Theresa**

Nonpriority Creditor's Name

**2110 Santa Anita Rd
Norco, CA 92860**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2003**                                    **Unknown**

When was the debt incurred?   **7/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.3
337**

**Pearson, Barbara & Walt**

Nonpriority Creditor's Name

**74711 Dillion Rd #629
Desert Hot Springs, CA 92241**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2063**                                    **Unknown**

When was the debt incurred?   **11/30/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 338 | |
|---|---|

**Pearson, Daniel & Cheryl**
Nonpriority Creditor's Name
**9639 Whirlaway Street**
**Rancho Cucamonga, CA 91737**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3110**          **Unknown**

**When was the debt incurred?**   **1/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 339 | |
|---|---|

**Pearson, Darlene**
Nonpriority Creditor's Name
**1296 Rue Saint Martin**
**San Marcos, CA 92078**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2050**          **Unknown**

**When was the debt incurred?**   **10/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 340 | |
|---|---|

**Pearson, Jerry**
Nonpriority Creditor's Name
**6363 Verdi Drive**
**Buena Park, CA 90621**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4077**          **Unknown**

**When was the debt incurred?**   **6/24/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 341 | **Pearson, Jerry** | Last 4 digits of account number | **0021** | **Unknown** |

Nonpriority Creditor's Name

**6363 Verdi Dr.**
**Buena Park, CA 90621**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 05/25/10

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 342 | **Pedler, William** | Last 4 digits of account number | **1048** | **Unknown** |

Nonpriority Creditor's Name

**8426 Chopin Dr.**
**Buena Park, CA 90621**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 9/20/2011

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 343 | **Pedroza, Alejandro & Olga** | Last 4 digits of account number | **2114** | **Unknown** |

Nonpriority Creditor's Name

**4209 Stewart Ave**
**Baldwin Park, CA 91706**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** 11/13/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 344 | | | |
|---|---|---|---|

**Peeke, Charles**

Nonpriority Creditor's Name

**4101 S. F Street**
**Oxnard, CA 93003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1943**            **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 345 | | | |
|---|---|---|---|

**Peery, James III**

Nonpriority Creditor's Name

**29648 Pebble Beach Dr.**
**Murrieta, CA 92563**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **3016**            **Unknown**

**When was the debt incurred?** **3/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 346 | | | |
|---|---|---|---|

**Pehl, Linda & Jim**

Nonpriority Creditor's Name

**6127 Estrella Ave**
**San Diego, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2049**            **Unknown**

**When was the debt incurred?** **9/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3**
**347**

**Peloquin, Ernest & Shirley**

Nonpriority Creditor's Name

**2104 Ronda Granda Unit Q**
**Laguna Woods, CA 92637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1107**

**When was the debt incurred?**    **3/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

**4.3**
**348**

**Pemberton, Bill & Marylou**

Nonpriority Creditor's Name

**315 N. Michael Ave**
**Fullerton, CA 92833**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3174**

**When was the debt incurred?**    **8/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

**4.3**
**349**

**Pemberton, David & Marilyn**

Nonpriority Creditor's Name

**575 Charwood Ct**
**Brea, CA 92821**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2027**

**When was the debt incurred?**    **2/3/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 350 | **Penameza, Luz & Esteban** | Last 4 digits of account number | **4139** | **Unknown** |

Nonpriority Creditor's Name

**20850 Us Hwy 18**
**Apple Valley, CA 92307**

When was the debt incurred?    **8/20/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 351 | **Penate, Manuel** | Last 4 digits of account number | **0101** | **$0.00** |

Nonpriority Creditor's Name

**4907 Downing Ave.**
**Baldwin Park, CA 91706**

When was the debt incurred?    **08/31/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 352 | **Penda, Sergio & Maria** | Last 4 digits of account number | **2001** | **Unknown** |

Nonpriority Creditor's Name

**504 S. Cypress Ave**
**Ontario, CA 91762**

When was the debt incurred?    **11/3/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3**
**353**

**Pendleton, Hugh**
Nonpriority Creditor's Name

**38 Silver Spring Dr.**
**Rolling Hills Estates, CA 90274**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1084**        **Unknown**

**When was the debt incurred?**   **3/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**354**

**Pendleton, Maxine**
Nonpriority Creditor's Name

**95 Church St**
**Los Gatos, CA 95030**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2019**        **Unknown**

**When was the debt incurred?**   **11/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.3**
**355**

**Pendley, Robert & Anneli**
Nonpriority Creditor's Name

**1530 S. Center St**
**Redlands, CA 92373**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3020**        **Unknown**

**When was the debt incurred?**   **7/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 356 | **Peralta, Carlos & Marsha** | Last 4 digits of account number | **4045** | **Unknown** |

Nonpriority Creditor's Name
**45415 G Street**
**Oxnard, CA 93033**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **11/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 357 | **Peralta, Joe** | Last 4 digits of account number | **3017** | **Unknown** |

Nonpriority Creditor's Name
**1718 Rosewood Ave.**
**Anaheim, CA 92805**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **4/20/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 358 | **Perera, Shirani** | Last 4 digits of account number | **3011** | **Unknown** |

Nonpriority Creditor's Name
**1239 S. Magnolia Ave**
**Anaheim, CA 92804**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **11/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 |
|-----|
| 359 |

**Perez**

Nonpriority Creditor's Name

**4122 Layman Ave**
**Pico Rivera., CA 90660**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0026**                    **Unknown**

When was the debt incurred?   **03/30/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 |
|-----|
| 360 |

**Perez Romero, Federico**

Nonpriority Creditor's Name

**6729 Rolando Knolls Drive**
**La Mesa, CA 91941**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1063**                    **Unknown**

When was the debt incurred?   **11/15/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 |
|-----|
| 361 |

**Perez, Alejandra Hernandez**

Nonpriority Creditor's Name

**306 W Montana St.**
**Pasadena, CA 91103**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0070**                    **$0.00**

When was the debt incurred?   **11/02/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 362 | **Perez, Angie** | | Last 4 digits of account number | **3033** | **Unknown** |

Nonpriority Creditor's Name
**1515 E 7th St**
**National City, CA 91950**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **6/14/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 363 | **Perez, Aristeo & Alejandra** | | Last 4 digits of account number | **3075** | **Unknown** |

Nonpriority Creditor's Name
**306 W. Montana St.**
**Pasadena, CA 91103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **7/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 364 | **Perez, Daniel** | | Last 4 digits of account number | **2035** | **Unknown** |

Nonpriority Creditor's Name
**416 W. Floral Drive**
**Montebello, CA 91754**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **5/9/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.3 365 | | | |
|---|---|---|---|

**Perez, Edward & Ellen**

Nonpriority Creditor's Name

**5990 Geremander**
**Rialto, CA 92377**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4042**                    **Unknown**

**When was the debt incurred?**   **1/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 366 | | | |
|---|---|---|---|

**Perez, Eric**

Nonpriority Creditor's Name

**1777 Greenleaf Ave**
**Anaheim, CA 92801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1430**                    **Unknown**

**When was the debt incurred?**   **10/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 367 | | | |
|---|---|---|---|

**Perez, Jenny & Ruben**

Nonpriority Creditor's Name

**1736 W. Russel Ave.**
**Santa Maria, CA 93458**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1115**                    **Unknown**

**When was the debt incurred?**   **3/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 368 | **Perez, Monica** | Last 4 digits of account number | **9009** | **Unknown** |

Nonpriority Creditor's Name
**860 W. Grovewood Ave.**
**Bloomington, CA 92316**

When was the debt incurred?    **12/22/09**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 369 | **Perez, Nancy** | Last 4 digits of account number | **2086** | **Unknown** |

Nonpriority Creditor's Name
**20 Verdin**
**Aliso Viejo, CA 92656**

When was the debt incurred?    **6/13/2012**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 370 | **Perez, Patrick & Magdalena** | Last 4 digits of account number | **3004** | **Unknown** |

Nonpriority Creditor's Name
**718 Chestnut Ave**
**Redlands, CA 92373**

When was the debt incurred?    **1/18/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 | | |
|---|---|---|
| 371 | | |

**Perkins, Michael Deidre**

Last 4 digits of account number  **3030**            **Unknown**

Nonpriority Creditor's Name

**31630 Pio Pico Rd**

**Temecula, CA 92592**

Number Street City State Zip Code

When was the debt incurred?  **6/1/2013**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 | | |
|---|---|---|
| 372 | | |

**Perkins, Susan**

Last 4 digits of account number  **2001**            **Unknown**

Nonpriority Creditor's Name

**560 Franklin St**

**Mountain View, CA 94041**

Number Street City State Zip Code

When was the debt incurred?  **1/31/2012**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 | | |
|---|---|---|
| 373 | | |

**Perlini, Ronald**

Last 4 digits of account number  **0125**            **Unknown**

Nonpriority Creditor's Name

**76963 Oklahoma**

**Palm Desert, CA 92211**

Number Street City State Zip Code

When was the debt incurred?  **1/11/2011**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 374 | **Perrera, Shirani** | Last 4 digits of account number | **3011** | **Unknown** |

Nonpriority Creditor's Name
**1239 S. Magnolia Ave.**
**Anaheim, CA 92804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **11/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 375 | **Perri, Frank** | Last 4 digits of account number | **1089** | **Unknown** |

Nonpriority Creditor's Name
**8373 Camino Sur.**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 376 | **Perrizolo, Marian** | Last 4 digits of account number | **0059** | **$0.00** |

Nonpriority Creditor's Name
**5018 Via Jacinto**
**Santa Barbra, CA 93111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**377**

**Perry, Chuck** _____

Nonpriority Creditor's Name

**425 E. Bay Street**

**Costa Mesa, CA 92627**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4056**          **Unknown**

**When was the debt incurred?**  **10/31/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**378**

**Perry, Craig** _____

Nonpriority Creditor's Name

**315 Douglas Ave.**

**Oxnard, CA 93030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1121**          **Unknown**

**When was the debt incurred?**  **2/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**379**

**Perry, Douglas** _____

Nonpriority Creditor's Name

**9331 Greenwich Dr.**

**Huntington Beach, CA 92646**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0054**          **Unknown**

**When was the debt incurred?**  **03/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (*if know*) _____

---

**4.3**
**380**

**Perry, Everett**

Nonpriority Creditor's Name

**79240 Kara Ct.**
**La Quinta, CA 92253**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1092**                    **Unknown**

When was the debt incurred?   **6/7/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**381**

**Perry, Everett & Virginia**

Nonpriority Creditor's Name

**79240 Kara Ct.**
**La Quinta, CA 92253**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **2107**                    **Unknown**

When was the debt incurred?   **3/16/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

**4.3**
**382**

**Perry, Irene**

Nonpriority Creditor's Name

**663 E. Poplar St.**
**Oxnard, CA 93033**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1047**                    **Unknown**

When was the debt incurred?   **3/29/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 383 | | | |
|---|---|---|---|

**Perry, Marcia**
Nonpriority Creditor's Name

Last 4 digits of account number   **2013**                    **Unknown**

**481 Park Front Walk**
**Los Angeles, CA 90011**

When was the debt incurred?   **10/10/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.3 384 | | | |
|---|---|---|---|

**Perry, Maria**
Nonpriority Creditor's Name

Last 4 digits of account number   **4132**                    **Unknown**

**39714 Oak Cliff Drive**
**Temecula, CA 92591**

When was the debt incurred?   **9/19/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.3 385 | | | |
|---|---|---|---|

**Perry, Susan**
Nonpriority Creditor's Name

Last 4 digits of account number   **2019**                    **Unknown**

**6809 East Saddleback Drive**
**Orange, CA 92869**

When was the debt incurred?   **4/12/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 386 | **Pesek, Milanda** | Last 4 digits of account number | **0126** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2 Warmspring Ln.**

**Aliso Viejo, CA 92656**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 387 | **Peters, James & Arden** | Last 4 digits of account number | **1939** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1110 12Th Street**

**Ramona, CA 92065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/11/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 388 | **Peters, Shelly** | Last 4 digits of account number | **1020** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**20071 Hansen Ave**

**Nuevo, CA 92567**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **08/09/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 389 | **Petersen, Ronald** | Last 4 digits of account number | **3059** | **Unknown** |

Nonpriority Creditor's Name

**12 Lincoln Crt**
**Buena Park, CA 90620**

Number Street City State Zip Code

When was the debt incurred?    **10/11/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 390 | **Peterson, Gerald & Allison** | Last 4 digits of account number | **0005** | **Unknown** |

Nonpriority Creditor's Name

**1165 Rubio St.**
**Alta Dena, CA 91001**

Number Street City State Zip Code

When was the debt incurred?    **05/18/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 391 | **Peterson, Harris** | Last 4 digits of account number | **1056** | **Unknown** |

Nonpriority Creditor's Name

**2285 Ingrid Avenue**
**San Diego, CA 92154**

Number Street City State Zip Code

When was the debt incurred?    **5/24/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 392 | | |
|---|---|---|

**Peterson, Joann**
Nonpriority Creditor's Name

**2 New Haven**
**Irvine, CA 92620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0013**                    **Unknown**

When was the debt incurred?   **09/21/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 393 | | |
|---|---|---|

**Peterson, Margaret**
Nonpriority Creditor's Name

**21721 Rushford**
**Lake Forest, CA 92630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3126**                    **Unknown**

When was the debt incurred?   **10/31/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 394 | | |
|---|---|---|

**Peterson, Robert**
Nonpriority Creditor's Name

**2300 Byrd Dr.**
**Oxnard, CA 93033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1072**                    **Unknown**

When was the debt incurred?   **9/7/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 395 | | | |
|---|---|---|---|

**Petite, Claude**

Nonpriority Creditor's Name

**4001 2Nd Ave**

**Los Angeles, CA 90008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3032**                **Unknown**

**When was the debt incurred?**   **1/6/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 396 | | | |
|---|---|---|---|

**Petite, Theresa**

Nonpriority Creditor's Name

**10928 Penney Ave**

**Inglewood, CA 90303**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3098**                **Unknown**

**When was the debt incurred?**   **8/28/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 397 | | | |
|---|---|---|---|

**Peto, Ilona**

Nonpriority Creditor's Name

**29383 Honeywood Dr.**

**Menifee, CA 92584**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0030**                **Unknown**

**When was the debt incurred?**   **03/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.3**<br>**398** | **Petska, Jannine & Kenneth** | |

| | |
|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number   **0119** |

**420 W. Redondo Dr.**
**Oceanside, CA 92057**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0119**                              **Unknown**

**When was the debt incurred?**   **09/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3**<br>**399** | **Pettit, Paul & M. Cecille** | |

Nonpriority Creditor's Name

**28790 Ellis Ave.**
**Romoland, CA 92585**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3197**                              **Unknown**

**When was the debt incurred?**   **12/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3**<br>**400** | **Pettway, Susan** | |

Nonpriority Creditor's Name

**1715 E. 23 St**
**Oakland, CA 94606**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1040**                              **Unknown**

**When was the debt incurred?**   **01/18/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 401 | | | |
|---|---|---|---|

**Petty, John**

Nonpriority Creditor's Name

**9461 Daytona**

**Huntington Beach, CA 92646**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **9034**        **Unknown**

When was the debt incurred? **12/15/09**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 402 | | | |
|---|---|---|---|

**Pfaff, Roger**

Nonpriority Creditor's Name

**230 Santa Lucia**

**Hemet, CA 92543**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **3034**        **Unknown**

When was the debt incurred? **6/5/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 403 | | | |
|---|---|---|---|

**Pfahler, Vivian**

Nonpriority Creditor's Name

**226 Spring Oak Way**

**San Diego, CA 92139**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1067**        **Unknown**

When was the debt incurred? **11/29/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)*  _____

---

| 4.3 404 | | |
|---|---|---|

**Pham, Thu**

Nonpriority Creditor's Name

**10640 Kemerton Rd.**
**San Diego, CA 92126**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2125**                  **Unknown**

**When was the debt incurred?**   **11/17/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 405 | | |
|---|---|---|

**Phan-Lee, Myhanh**

Nonpriority Creditor's Name

**31007 Via Puerta Del Sol**
**Bonsall, CA 92003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2069**                  **Unknown**

**When was the debt incurred?**   **6/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 406 | | |
|---|---|---|

**Phelps , Linda**

Nonpriority Creditor's Name

**1026 N. 7th Street**
**Lompoc, CA 93436**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1100**                  **Unknown**

**When was the debt incurred?**   **12/20/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

| | | | |
|---|---|---|---|
| 4.3 407 | **Phillips, Elizabeth** | Last 4 digits of account number    **3014** | **Unknown** |

Nonpriority Creditor's Name
**9966 Bon Vue**
**El Cajon, CA 92021**
Number Street City State Zip Code

**When was the debt incurred?**    **5/24/2013**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.3 408 | **Phillips, Lesler & Ruth** | Last 4 digits of account number    **2004** | **Unknown** |

Nonpriority Creditor's Name
**3262 Sol Vista**
**Fallbrook, CA 92028**
Number Street City State Zip Code

**When was the debt incurred?**    **2/15/2012**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.3 409 | **Phillips, Robert** | Last 4 digits of account number    **1013** | **Unknown** |

Nonpriority Creditor's Name
**6683 Wrangler Rd.**
**Chino Hills, CA 91709**
Number Street City State Zip Code

**When was the debt incurred?**    **4/19/2011**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 410 | **Phillips, Robin** | Last 4 digits of account number | **3109** | **Unknown** |

Nonpriority Creditor's Name

**1215 S. 9th Ave.**

**Arcadia, CA 91006**

Number Street City State Zip Code

When was the debt incurred?    **12/19/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 411 | **Phillips, Steven & Pam** | Last 4 digits of account number | **3076** | **Unknown** |

Nonpriority Creditor's Name

**1451 Sunrise**

**Vista, CA 92084**

Number Street City State Zip Code

When was the debt incurred?    **12/16/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 412 | **Phinney, Eileen** | Last 4 digits of account number | **3170** | **Unknown** |

Nonpriority Creditor's Name

**2076 Valley Rd.**

**Costa Mesa, CA 92627**

Number Street City State Zip Code

When was the debt incurred?    **9/18/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 413 | **Piche, Chris & Leah** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**7321 E. Villanueva Drive**

**Orange, CA 92867**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **4112**        **Unknown**

**When was the debt incurred?**   **2/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 414 | **Pichler, Helen** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8617 Louis Ln.**

**Santee, CA 92071**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1081**        **Unknown**

**When was the debt incurred?**   **6/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 415 | **Pickford, Patricia** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3043 Hildreth Ct**

**Lancaster, CA 93535**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1930**        **Unknown**

**When was the debt incurred?**   **12/2/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>416 | **Pickle, Michael** | Last 4 digits of account number   **2028** | **Unknown** |

Nonpriority Creditor's Name

**7726 Milton Ave**

**Whitter, CA 90602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **9/10/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>417 | **Pierce, Felipe & Bunce** | Last 4 digits of account number   **2003** | **Unknown** |

Nonpriority Creditor's Name

**1760 Tamarisk Rd**

**Palm Springs, CA 92262**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>418 | **Pierce, Larry & Cecil** | Last 4 digits of account number   **1032** | **Unknown** |

Nonpriority Creditor's Name

**901 Bollenbacher Street**

**San Diego, CA 92114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **9/27/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**419**

**Pierce, Tim & Diana**

Nonpriority Creditor's Name

**357 Hannalei Dr.**
**Vista, CA 92083**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0087**                  **Unknown**

**When was the debt incurred?**   **05/18/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**420**

**Pierlot, Luis & Helen**

Nonpriority Creditor's Name

**13127 Westport St.**
**Moorpark, CA 93021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1105**                  **Unknown**

**When was the debt incurred?**   **5/17/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**421**

**Piggee, Michael**

Nonpriority Creditor's Name

**2522 N. Hanning Avenue**
**Alta Dena, CA 91001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1031**                  **Unknown**

**When was the debt incurred?**   **4/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**422**

**Pilkington**

Nonpriority Creditor's Name

**5316 Kettler Ave**
**Lakewood, CA 90713**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1080**                              **Unknown**

**When was the debt incurred?**    **12/6/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**423**

**Pilkshe, George & Inez**

Nonpriority Creditor's Name

**1170 Falcon Lane**
**El Cajon, CA 92020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2027**                              **Unknown**

**When was the debt incurred?**    **2/25/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

**4.3**
**424**

**Pimentel, Luz**

Nonpriority Creditor's Name

**6126 Alamo Ave.**
**Maywood, CA 90270**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **9044**                              **Unknown**

**When was the debt incurred?**    **02/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 425 | **Pinaire, Rene** | | | Unknown |

Nonpriority Creditor's Name

**5982 Meinhardt Rd.**
**Westminster, CA 92683**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   3031

**When was the debt incurred?**   11/30/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 426 | **Pineda, Balmore & Diana** | | | Unknown |

Nonpriority Creditor's Name

**13729 Leffingwell Rd**
**Whittier, CA 90605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   3073

**When was the debt incurred?**   10/29/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 427 | **Pineda, Florencia** | | | Unknown |

Nonpriority Creditor's Name

**4947 Los Feliz Blvd.**
**Los Angeles, CA 90027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   1012

**When was the debt incurred?**   5/24/2011

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know)  _____

---

| 4.3 428 | **Pineda, Marion** | Last 4 digits of account number | **2006** | **Unknown** |

Nonpriority Creditor's Name
**8806 Wakefield**
**Panorama City, CA 91402**
Number Street City State Zip Code

When was the debt incurred?  **7/24/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 429 | **Pineda, Winefredo & Edna** | Last 4 digits of account number | **4024** | **Unknown** |

Nonpriority Creditor's Name
**7139 Woodshawn Drive**
**San Diego, CA 92114**
Number Street City State Zip Code

When was the debt incurred?  **9/24/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 430 | **Pirtle, Suzanne** | Last 4 digits of account number | **3096** | **Unknown** |

Nonpriority Creditor's Name
**4080 Porte La Paz, Unit 11**
**San Diego, CA 92122**
Number Street City State Zip Code

When was the debt incurred?  **11/29/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 431 | **Pittman, Adra** | Last 4 digits of account number | **1039** | **$0.00** |

Nonpriority Creditor's Name

**1034 W 19th St.**
**San Pedro, CA 90731**

When was the debt incurred?   **09/14/11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 432 | **Pitts, Rosa** | Last 4 digits of account number | **1954** | **Unknown** |

Nonpriority Creditor's Name

**2121 Tern Bay Lane**
**Lakewood, CA 90712**

When was the debt incurred?   **6/15/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 433 | **Pizarro, Sylvia** | Last 4 digits of account number | **4027** | **Unknown** |

Nonpriority Creditor's Name

**801 San Juan Pl**
**Placentia, CA 92870**

When was the debt incurred?   **9/15/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)*

---

| 4.3 434 | | | |
|---|---|---|---|

**Plass, Johsua**
Nonpriority Creditor's Name

**4647 Romola Ave**
**La Verne, CA 91750**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **None**          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.3 435 | | | |
|---|---|---|---|

**Plass, Johsua**
Nonpriority Creditor's Name

**4647 Romola Ave**
**La Verne, CA 91750**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **None**          **Unknown**

**When was the debt incurred?**  **4/1/2013**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 436 | | | |
|---|---|---|---|

**Pletsch, Kathryn & Ronald**
Nonpriority Creditor's Name

**42913 Cinema Ave**
**Lancaster, CA 93534**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4128**          **Unknown**

**When was the debt incurred?**  **2/17/2014**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 437 | | | |
|---|---|---|---|

**Plunkett, Janet**

Nonpriority Creditor's Name

**5601 Whitecliff**
**Rancho Palos Verdes, CA 90275**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2052**          **Unknown**

**When was the debt incurred?**   **8/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 438 | | | |
|---|---|---|---|

**Pocock, William**

Nonpriority Creditor's Name

**49405 Lago Grande**
**Aguanga, CA 92536**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3008**          **Unknown**

**When was the debt incurred?**   **4/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 439 | | | |
|---|---|---|---|

**Poggenburg, Kenneth & Sheila**

Nonpriority Creditor's Name

**1526 Linda Sue  Lane**
**Encinitas, CA 92024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0028**          **Unknown**

**When was the debt incurred?**   **09/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 440 | **Pohlers, Carol** | | | **Unknown** |

Nonpriority Creditor's Name

**4351 Toyon Rd.**
**Riverside, CA 92504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0069**

**When was the debt incurred?**   **08/24/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 441 | **Polanco, Maria** | | | **Unknown** |

Nonpriority Creditor's Name

**830 Cinnamon Lane**
**Duarte, CA 91010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1944**

**When was the debt incurred?**   **4/15/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 442 | **Polanski, Althea** | | | **Unknown** |

Nonpriority Creditor's Name

**2083 Mesa Verde**
**Milpitas, CA 95035**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3002**

**When was the debt incurred?**   **4/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 443 | **Polly, Aaron & Tori** | Last 4 digits of account number | **0012** | **Unknown** |

Nonpriority Creditor's Name

**11458 Blackstone Court**
**Fontana, CA 92337**
Number Street City State Zip Code

When was the debt incurred?  **03/02/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**
☐ Yes

---

| 4.3 444 | **Ponce, Ruben** | Last 4 digits of account number | **0038** | **Unknown** |

Nonpriority Creditor's Name

**2411 E. 5th St.**
**Long Beach, CA 90814**
Number Street City State Zip Code

When was the debt incurred?  **07/06/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**
☐ Yes

---

| 4.3 445 | **Ponce, William & Julia** | Last 4 digits of account number | **1052** | **Unknown** |

Nonpriority Creditor's Name

**21060 Castlerock Rd**
**Yorba Linda, CA 92886**
Number Street City State Zip Code

When was the debt incurred?  **6/21/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**
☐ Yes

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3**
**446**

**Ponce, William & Julia**

Nonpriority Creditor's Name

**21060 Castlerock Rd.**
**Yorba Linda, CA 92886**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | **1052** | | **$0.00** |

**When was the debt incurred?**  **07/19/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**447**

**Ponder, Daniel & Lisa**

Nonpriority Creditor's Name

**1616 Heartland Way**
**Corona, CA 92881**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | **4012** | | **Unknown** |

**When was the debt incurred?**  **2/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**448**

**Pondoff, Nick**

Nonpriority Creditor's Name

**9726 La Serna Dr.**
**Whittier, CA 90605**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | **0120** | | **Unknown** |

**When was the debt incurred?**  **10/12/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>449 | **Pope, Andrew** | Last 4 digits of account number | **1101** | **Unknown** |

Nonpriority Creditor's Name
**1686 Kronen Way**
**Solvang, CA 93403**
Number Street City State Zip Code

When was the debt incurred?   **2/8/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3<br>450 | **Popescu, Vlad** | Last 4 digits of account number | **0073** | **Unknown** |

Nonpriority Creditor's Name
**24492 Sunshine Dr.**
**Laguna Niguel, CA 92677**
Number Street City State Zip Code

When was the debt incurred?   **02/23/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>451 | **Popov, Constantin** | Last 4 digits of account number | **0093** | **$0.00** |

Nonpriority Creditor's Name
**777 San Antionio Rd. #41**
**Palo Alto, CA 94303**
Number Street City State Zip Code

When was the debt incurred?   **10/05/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3**
**452**

**Porro, Wendela**
Nonpriority Creditor's Name

**9506 Blair Way**
**La Mesa, CA 91941**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0113**            **Unknown**

**When was the debt incurred?**  **12/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**453**

**Port, Chester**
Nonpriority Creditor's Name

**5624 Downey Ave.**
**Lakewood, CA 90712**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **9033**            **Unknown**

**When was the debt incurred?**  **11/10/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**454**

**Porter, Cheryl**
Nonpriority Creditor's Name

**655 Brookwood Dr**
**El Cajon, CA 92091**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1038**            **$0.00**

**When was the debt incurred?**  **08/02/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**455**

**Portillo, Catlina**

Nonpriority Creditor's Name
**542 W. Wilshire.**
**Fullerton, CA 92832**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0072**          **Unknown**

When was the debt incurred?    **04/06/10**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**456**

**Potter, Pat**

Nonpriority Creditor's Name
**4045 E 6th St**
**Long Beach, CA 90814**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **2092**          **Unknown**

When was the debt incurred?    **6/14/2012**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.3**
**457**

**Poullard, Carolyn**

Nonpriority Creditor's Name
**344 E. Palm**
**Altadena, CA 91001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    **1944**          **Unknown**

When was the debt incurred?    **6/12/2015**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 458 | **Povirk, Frank** | Last 4 digits of account number | **0084** | **Unknown** |

Nonpriority Creditor's Name

**13782 Andele Way**
**Irvine, CA 92620**

Number Street City State Zip Code

**When was the debt incurred?**  **1/18/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 459 | **Povolotsky, Mark** | Last 4 digits of account number | **1033** | **Unknown** |

Nonpriority Creditor's Name

**18552 Willard St.**
**Reseda, CA 91335**

Number Street City State Zip Code

**When was the debt incurred?**  **3/22/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 460 | **Powell, Belle Corrine** | Last 4 digits of account number | **4007** | **Unknown** |

Nonpriority Creditor's Name

**10241 Cunningham Ave**
**Westiminster, CA 92683**

Number Street City State Zip Code

**When was the debt incurred?**  **10/7/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 461 | |
|---|---|

**Powell, Inez**

Nonpriority Creditor's Name

**13325 Dilbeck Dr.**

**Moreno Valley, CA 92553**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1108**

When was the debt incurred?   **4/12/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

| 4.3 462 | |
|---|---|

**Powell, Patricia**

Nonpriority Creditor's Name

**822 W. 144 th St**

**Gardena, CA 90247**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2011**

When was the debt incurred?   **7/24/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

Unknown

---

| 4.3 463 | |
|---|---|

**Powell, Sybble**

Nonpriority Creditor's Name

**1160 Morello Ave**

**Martinez, CA 94553**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2027**

When was the debt incurred?   **9/24/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

Unknown

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 464 | |
|---|---|

**Powers, Robert**

Nonpriority Creditor's Name

**841 E. Vine Ave.**
**West Covina, CA 91790**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1026**                    **Unknown**

When was the debt incurred?   **2/15/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 465 | |
|---|---|

**Powers, Thomas & Stimoc, noreen**

Nonpriority Creditor's Name

**665 San Andres Cir.**
**Thousand Oaks, CA 91360**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2026**                    **Unknown**

When was the debt incurred?   **4/13/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 466 | |
|---|---|

**Prasad, AJ**

Nonpriority Creditor's Name

**15726 Amar Rd**
**La Puente, CA 91744**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3056**                    **Unknown**

When was the debt incurred?   **8/20/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 467 | | | |
|---|---|---|---|

**Prata, Irene**

Nonpriority Creditor's Name

**185 W. 17th St.**
**Upland, CA 91784**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2066**

When was the debt incurred?    **11/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| 4.3 468 | | | |
|---|---|---|---|

**Pratt, Jack**

Nonpriority Creditor's Name

**868 Valley High Ave**
**Thousand Oaks, CA 91362**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2033**

When was the debt incurred?    **4/13/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| 4.3 469 | | | |
|---|---|---|---|

**Precision Plastics Printing Co.**

Nonpriority Creditor's Name

**3845 E Coronado Street**
**Anaheim, CA 92807**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **CUCL**

When was the debt incurred?    **10/1/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Exterior Specialist - Personally Guaranteed. Lawsuit/Breach of Contact.**

**$362,806.81**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 470 | | |
|---|---|---|

**Prentice, Cody & Michael**
Nonpriority Creditor's Name
**13431 Khurman St**
**Lakeside, CA 92040**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3134**         **Unknown**

**When was the debt incurred?**   **8/6/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 471 | | |
|---|---|---|

**Presley, Larry**
Nonpriority Creditor's Name
**1562 Orangewood Dr**
**San Jose, CA 95121**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4131**         **Unknown**

**When was the debt incurred?**   **5/20/2014**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 472 | | |
|---|---|---|

**Price, Bob & Eileen**
Nonpriority Creditor's Name
**15518 Dracena Ave**
**Moorpark, CA 93021**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4083**         **Unknown**

**When was the debt incurred?**   **1/30/2014**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 473 | **Price, Donald** | | | | **Unknown** |

Nonpriority Creditor's Name
**2308 La Terrace Cir.**
**San Jose, CA 95123**
Number Street City State Zip Code

**Last 4 digits of account number**  2011

**When was the debt incurred?**  12/1/2012

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 474 | **Price, Laura** | | | | **Unknown** |

Nonpriority Creditor's Name
**4650 W Phillips**
**Ontario, CA 91762**
Number Street City State Zip Code

**Last 4 digits of account number**  3127

**When was the debt incurred?**  11/9/2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 475 | **Price, Ruby** | | | | **Unknown** |

Nonpriority Creditor's Name
**4514 Wall Ave**
**Richmond, CA 94801**
Number Street City State Zip Code

**Last 4 digits of account number**  1070

**When was the debt incurred?**  04/05/11

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 476 | | | |
|---|---|---|---|

**Pride, Janet**
Nonpriority Creditor's Name

**1240 W. Ave. #J8**
**Lancaster, CA 93534**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0071**          **Unknown**

**When was the debt incurred?**   **11/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 477 | | | |
|---|---|---|---|

**Prieto, Karen**
Nonpriority Creditor's Name

**30663 Las Flores Way**
**Thousand Palms, CA 92276**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3010**          **Unknown**

**When was the debt incurred?**   **2/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 478 | | | |
|---|---|---|---|

**Prock, Bruce & Jill**
Nonpriority Creditor's Name

**11120 Amarillo St.**
**Rancho Cucamonga, CA 91701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3031**          **Unknown**

**When was the debt incurred?**   **4/24/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 479 | **Prock, Carol** | Last 4 digits of account number | **0139** | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3930 Hill Crest Ln.**
**Sacramneto, CA 95821**

Number Street City State Zip Code

**When was the debt incurred?**   **08/24/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 480 | **Prodanovich , Robin** | Last 4 digits of account number | **0018** | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**873 Via Campobello**
**Santa Barbara, CA 93111**

Number Street City State Zip Code

**When was the debt incurred?**   **03/23/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 481 | **Prodanovich, Robin** | Last 4 digits of account number | **3057** | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**873 Via Campo Bello**
**Santa Barbara, CA 93111**

Number Street City State Zip Code

**When was the debt incurred?**   **9/25/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 482 | **Pronin, Alexey** | Last 4 digits of account number | **1090** | **Unknown** |

Nonpriority Creditor's Name
**11512 Hadar Dr.**
**San Diego, CA 92126**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**     **6/14/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 483 | **Proper, Vernon** | Last 4 digits of account number | **1068** | **Unknown** |

Nonpriority Creditor's Name
**4914 Granada St.**
**Los Angeles, CA 90042**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**     **3/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 484 | **Pruiksma, Ken** | Last 4 digits of account number | **3054** | **Unknown** |

Nonpriority Creditor's Name
**173 Vista Lane**
**Calimesa, CA 92320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**     **4/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3
485**

**Puffer, Sandra**

Nonpriority Creditor's Name

**1315 Rockhaven Place**
**Manteca, CA 95336**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **4078**                    **Unknown**

**When was the debt incurred?**    **6/17/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
486**

**Pugatch, David**

Nonpriority Creditor's Name

**738 Wildcat Canyon Rd**
**Berkeley, CA 94708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **1001**                    **$0.00**

**When was the debt incurred?**    **06/14/11**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
487**

**Pukahi, Alex & Megan**

Nonpriority Creditor's Name

**720 Butterfield Rd.**
**Oceanside, CA 92057**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **1009**                    **Unknown**

**When was the debt incurred?**    **7/19/2011**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 488 | **Purdue, Howard** | | | | Last 4 digits of account number | **2036** | | **Unknown** |

Nonpriority Creditor's Name

**13074 Basswood Ave**
**Chino, CA 91710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **9/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 489 | **Purdy, Darren & Jane** | | | | Last 4 digits of account number | **4024** | | **Unknown** |

Nonpriority Creditor's Name

**55034 Country Club Dr**
**Yucca Valley, CA 92284**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **4/15/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 490 | **Purling, Michael** | | | | Last 4 digits of account number | **2074** | | **Unknown** |

Nonpriority Creditor's Name

**643 Avenida Pequena**
**Santa Barbara, CA 95111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **11/28/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| 4.3 491 | **Purvis, Robert** | Unknown |

Nonpriority Creditor's Name

**6035 La Prada**

**St. Los Angeles, CA 90042**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **2044**

**When was the debt incurred?**   **3/29/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.3 492 | **Putlock, Ken & Mary** | Unknown |

Nonpriority Creditor's Name

**5619 Dorothy Way**

**San Diego, CA 92115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **2008**

**When was the debt incurred?**   **12/15/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.3 493 | **Qirko , Clara** | Unknown |

Nonpriority Creditor's Name

**133 Roosevelt St**

**Chula Vista, CA 91910**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Last 4 digits of account number**   **1074**

**When was the debt incurred?**   **11/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 494 | | |
|---|---|---|

**Quail, Debra**

Nonpriority Creditor's Name

**4172 Eileen St.**
**Simi Valley, CA 93063**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **0050**

When was the debt incurred? **11/16/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.3 495 | | |
|---|---|---|

**Quality Garage Door Service**

Nonpriority Creditor's Name

**4780 Howard St**
**Montclair, CA 91763**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **PacificCoasthHomeSolutions**

When was the debt incurred? **10/26/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

**$620.00**

---

| 4.3 496 | | |
|---|---|---|

**Quankep, Curtis**

Nonpriority Creditor's Name

**1810 E. Sycamore St.**
**Anaheim, CA 92805**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **9027**

When was the debt incurred? **11/10/09**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**497**

**Quemada, Cecilia**
Nonpriority Creditor's Name

**3215 Faken Ridge**
**Diamond Bar, CA 91765**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3158**    **Unknown**

**When was the debt incurred?**    **8/30/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**498**

**Quigley, Cynthia**
Nonpriority Creditor's Name

**29696 Rossiter Rd**
**Murrieta, CA 92563**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3098**    **Unknown**

**When was the debt incurred?**    **1/23/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**499**

**Quillen, James**
Nonpriority Creditor's Name

**38124 Murrieta Creek**
**Murrieta, CA 92562**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4010**    **Unknown**

**When was the debt incurred?**    **3/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 500 | **Quinney, Anne** | Last 4 digits of account number | **2096** | **Unknown** |

Nonpriority Creditor's Name

**5973 Cirrus St**
**San Diego, CA 92110**

Number Street City State Zip Code

**When was the debt incurred?**   **5/22/2012**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 501 | **Quirk, Bill & Medland, Kay** | Last 4 digits of account number | **4153** | **Unknown** |

Nonpriority Creditor's Name

**39320 Juan Circle**
**Cathedral City, CA 92234**

Number Street City State Zip Code

**When was the debt incurred?**   **2/22/2014**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 502 | **Quistberg, Oscar** | Last 4 digits of account number | **1037** | **Unknown** |

Nonpriority Creditor's Name

**563 25th Ave**
**San Francisco, CA 94121**

Number Street City State Zip Code

**When was the debt incurred?**   **03/01/11**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3 503**

**R. Wences Roofing Co.**
Nonpriority Creditor's Name

**8303 11th Avenue**
**Hesperia, CA 92345**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **None**                 **Unknown**

**When was the debt incurred?**   **2/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

**4.3 504**

**Rabina, Jimmie**
Nonpriority Creditor's Name

**27194 San Bruno Ave**
**Madera, CA 93637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1016**                 **Unknown**

**When was the debt incurred?**   **08/09/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 505**

**Rabon, Robert**
Nonpriority Creditor's Name

**9104 Oakleaf Ct**
**Hesperia, CA 92344**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Last 4 digits of account number**   **1980**                 **Unknown**

**When was the debt incurred?**   **8/31/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 506 | | | |
|---|---|---|---|

**Radaker, Shirley**
Nonpriority Creditor's Name
**74-730 Fairway Dr**
**Palm Desert, CA 92260**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3007**              **Unknown**

**When was the debt incurred?**    **8/28/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 507 | | | |
|---|---|---|---|

**Rader, Dennis**
Nonpriority Creditor's Name
**5400B Via Carrizo**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **None**              **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.3 508 | | | |
|---|---|---|---|

**Rader, Dennis**
Nonpriority Creditor's Name
**5400B Via Carrizo**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **None**              **Unknown**

**When was the debt incurred?**    **6/1/2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 509 | **Raede, John & Jeanie** | Last 4 digits of account number | **2108** | **Unknown** |

Nonpriority Creditor's Name
**1826 Fordham Avenue**
**Thousand Oaks, CA 91360**
Number Street City State Zip Code

**When was the debt incurred?**    **5/3/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 510 | **Raegan Martinson c/o Kristi Cornett** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**8446 E. Durango Way**
**Anaheim Hills, CA 92808**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Business Debt -Proverbs 3:6 Promise Irrevocable Trust**

---

| 4.3 511 | **Rahn, Sue** | Last 4 digits of account number | **1044** | **Unknown** |

Nonpriority Creditor's Name
**17475 Krameria Ave.**
**Riverside, CA 92504**
Number Street City State Zip Code

**When was the debt incurred?**    **6/21/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3**
**512**

**Rainey, Dave**

Nonpriority Creditor's Name

**6471 Seavey Ct.**

**Highland, CA 92346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1936**          **Unknown**

**When was the debt incurred?**   **4/15/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**513**

**Rainey, Gwendolyn**

Nonpriority Creditor's Name

**10582 Wrangler Way**

**Corona, CA 92883**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3002**          **Unknown**

**When was the debt incurred?**   **5/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**514**

**Rainey, William**

Nonpriority Creditor's Name

**8002 Garfield St.**

**Riverside, CA 92504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0106**          **Unknown**

**When was the debt incurred?**   **05/18/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 515 | | |
|---|---|---|

**Ramirez, Art & Suzy**
Nonpriority Creditor's Name

**710 Citrus Way**
**Corona, CA 92882**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3051**          **Unknown**

**When was the debt incurred?**  **7/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 516 | | |
|---|---|---|

**Ramirez, Ed**
Nonpriority Creditor's Name

**14661 Via Point Del Sol.**
**Whittier, CA 90604**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0022**          **Unknown**

**When was the debt incurred?**  **02/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 517 | | |
|---|---|---|

**Ramirez, Francisco**
Nonpriority Creditor's Name

**6214 Southwind Dr.**
**Whittier, CA 90601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1080**          **Unknown**

**When was the debt incurred?**  **4/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| | |
|---|---|
| **4.3**<br>**518** | |

**Ramirez, Maria**

Nonpriority Creditor's Name

**1214 Huntington Dr, #H**
**Duarte, CA 91010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4014**          **Unknown**

**When was the debt incurred?**  **8/27/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.3**<br>**519** | |

**Ramirez, Olga**

Nonpriority Creditor's Name

**185 N. 12th St**
**San Jose, CA 95112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0003**          **Unknown**

**When was the debt incurred?**  **02/08/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.3**<br>**520** | |

**Ramirez, Ronald**

Nonpriority Creditor's Name

**1520 Moreno Dr.**
**Glendale, CA 91207**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2111**          **Unknown**

**When was the debt incurred?**  **3/15/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 521 | **Ramos, Jose & Rosa** | Last 4 digits of account number | **2016** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**14524 Marwood St**
**Hacienda Heights, CA 91745**
Number Street City State Zip Code

When was the debt incurred?  **7/8/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 522 | **Ramos, Lucy** | Last 4 digits of account number | **0019** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6017 Tipton Way**
**Los Angeles, CA 90042**
Number Street City State Zip Code

When was the debt incurred?  **04/27/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 523 | **Ramos, Ruben & Natalie** | Last 4 digits of account number | **3148** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**7420 Ramona Ave**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

When was the debt incurred?  **3/3/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3
524**

**Ramos, Sara**
Nonpriority Creditor's Name

**735 Eugene Ave.**
**Ventura, CA 93004**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **3013**                    **Unknown**

When was the debt incurred?  **2/8/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
525**

**Ramos, Yolanda**
Nonpriority Creditor's Name

**151 Anita St**
**Chula Vista, CA 91911**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **1411**                    **Unknown**

When was the debt incurred?  **11/17/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
526**

**Ramzy, Diane**
Nonpriority Creditor's Name

**1561 E. Hazeltine St.**
**Ontario, CA 91761**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **0078**                    **Unknown**

When was the debt incurred?  **07/06/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 527 | **Randall, Lawrence** | Last 4 digits of account number | **2021** | **Unknown** |

Nonpriority Creditor's Name
**12336 223Rd Street**
**Hawaiian Gard, CA 90716**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?**   **6/4/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 528 | **Randolph, Melanie** | Last 4 digits of account number | **1014** | **Unknown** |

Nonpriority Creditor's Name
**322 Woodland Dr.**
**San Pedro, CA 90732**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?**   **8/16/2011**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 529 | **Rangsikitpho, Cassandra** | Last 4 digits of account number | **3004** | **Unknown** |

Nonpriority Creditor's Name
**669 Miramonte Dr**
**Santa Barbara, CA 93109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?**   **2/20/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 530 | **Rangsikitpho, Paisan** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**669 Miramonte Dr**
**Santa Barbara, CA 93109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2060**    **Unknown**

**When was the debt incurred?**  **1/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 531 | **Rangsikitpho, Paisan** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**669 Miramonte Dr.**
**Santa Barbara, CA 93109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2060**    **Unknown**

**When was the debt incurred?**  **3/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 532 | **Rappleyea, Steven** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**10644 Vista Camino**
**Lakeside, CA 92040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3025**    **Unknown**

**When was the debt incurred?**  **12/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 533**

**Rascon, Roberto**

Nonpriority Creditor's Name

**65881 6th St**

**Desert Hot Springs, CA 92240**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **3007**            **Unknown**

**When was the debt incurred?**   **4/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 534**

**Ratcliff, Janie**

Nonpriority Creditor's Name

**14864 Mystic St.**

**Whittier, CA 90604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1002**            **Unknown**

**When was the debt incurred?**   **2/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 535**

**Ratke, Andy**

Nonpriority Creditor's Name

**13791 Palace Way**

**Tustin, CA 92780**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **9016**            **Unknown**

**When was the debt incurred?**   **12/08/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3
536**

**Ratliff, Leland & Teresa**
Nonpriority Creditor's Name
**5665 W. 63rd St.**
**Los Angeles, CA 90056**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **1073**                          **Unknown**

**When was the debt incurred?**  **3/8/2011**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
537**

**Ratliff, Joseph**
Nonpriority Creditor's Name
**6555 Comly St.**
**San Diego, CA 92111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **0056**                          **Unknown**

**When was the debt incurred?**  **05/04/10**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
538**

**Ratliff, Tim & Marilee**
Nonpriority Creditor's Name
**325 Glancy Drive**
**San Ysidro, CA 92173**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **1987**                          **Unknown**

**When was the debt incurred?**  **3/24/2015**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*)  _____

---

| 4.3 539 | **Ratliff, Tim & Merrilee** | Last 4 digits of account number | **3099** | **Unknown** |

Nonpriority Creditor's Name
**3250 Glancy Dr**
**San Ysidro, CA 92173**
Number Street City State Zip Code

When was the debt incurred?   **9/6/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 540 | **Ratner, John** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name
**1500 Cherry Ave**
**Placentia, CA 92870**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.3 541 | **Ratner, John** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name
**1500 Cherry Ave**
**Placentia, CA 92870**
Number Street City State Zip Code

When was the debt incurred?   **1/10/2010**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.3 542** | **Rattray, Robert & Susan** | |

Nonpriority Creditor's Name

**7656 Jackson Way**
**Buena Park, CA 90620**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1983**         **Unknown**

**When was the debt incurred?**  **1/21/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 543** | **Rawls, Willie** | |

Nonpriority Creditor's Name

**1351 W. 112th St.**
**Los Angeles, CA 90044**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **0018**         **Unknown**

**When was the debt incurred?**  **04/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 544** | **Raxiotis, Jennifer & Spiro** | |

Nonpriority Creditor's Name

**17612 Regency Circle**
**Bellflower, CA 90706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **4001**         **Unknown**

**When was the debt incurred?**  **5/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 545 | **Ray, Janice** | Last 4 digits of account number | **2082** | **Unknown** |

Nonpriority Creditor's Name

**114 Las Flores Terrace**
**San Diego, CA 92144**
Number Street City State Zip Code

**When was the debt incurred?**   **7/7/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 546 | **Ray, Karen** | Last 4 digits of account number | **4136** | **Unknown** |

Nonpriority Creditor's Name

**4170 Conner Court**
**San Diego, CA 92117**
Number Street City State Zip Code

**When was the debt incurred?**   **9/14/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 547 | **Rayburn, Robert & Cindy** | Last 4 digits of account number | **0119** | **Unknown** |

Nonpriority Creditor's Name

**12432 Vista Panarama**
**Santa Ana, CA 92705**
Number Street City State Zip Code

**When was the debt incurred?**   **06/08/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**548**

**Raygoza, Jeanette & Juan**
Nonpriority Creditor's Name
**1846 Teakwood**
**Santa Maria, CA 93455**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **0057**

When was the debt incurred?    **12/14/10**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

**4.3**
**549**

**Read, Paul & Cindy**
Nonpriority Creditor's Name
**1131 Pepper Drive**
**El Cajon, CA 92021**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **1062**

When was the debt incurred?    **9/27/2011**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

**4.3**
**550**

**Reading, Richard**
Nonpriority Creditor's Name
**3391 Campbell St.**
**Riverside, CA 92509**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **0043**

When was the debt incurred?    **04/27/10**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 551 | **Ream, Joan** | Last 4 digits of account number | **0061** | **Unknown** |

Nonpriority Creditor's Name
**1523 Nob Hill Dr.**
**Escondido, CA 92026**
Number Street City State Zip Code

When was the debt incurred?  **03/02/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 552 | **Redding, Dexter** | Last 4 digits of account number | **1005** | **$0.00** |

Nonpriority Creditor's Name
**616 Osage St**
**Spring Valley, CA 91977**
Number Street City State Zip Code

When was the debt incurred?  **06/28/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 553 | **Reddy, Rajender** | Last 4 digits of account number | **2025** | **Unknown** |

Nonpriority Creditor's Name
**2206 Swift Fox Ct**
**Simi Valley, CA 93065**
Number Street City State Zip Code

When was the debt incurred?  **5/7/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.3<br>554 | **Redoglia, Elizabeth** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3639 Lockley**
**Pasadena, CA 91107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3048**            **Unknown**

**When was the debt incurred?**   **1/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.3<br>555 | **Redoglia, Elizabeth** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3639 Lockley Dr**
**Pasadena, CA 91107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3048**            **Unknown**

**When was the debt incurred?**   **2/12/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.3<br>556 | **Reed , Charles & Fannie** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**7220 Mount Vernon St.**
**Lemon Grove, CA 91945**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1009**            **$0.00**

**When was the debt incurred?**   **11/01/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 557 | | |
|---|---|---|

**Reed, Blake**

Nonpriority Creditor's Name

**12311 Thistle Dr**
**Rancho Cucamonga, CA 91739**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **4059**        **Unknown**

When was the debt incurred?    **10/11/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 558 | | |
|---|---|---|

**Reed, Dion**

Nonpriority Creditor's Name

**3551 Fairway Dr**
**La Mesa, CA 91941**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **3005**        **Unknown**

When was the debt incurred?    **4/22/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 559 | | |
|---|---|---|

**Reed, Eric**

Nonpriority Creditor's Name

**3377 Cheyenne Ave**
**San Diego, CA 92117**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **None**        **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.3 560** | **Reed, Eric** | |

Nonpriority Creditor's Name

**3377 Cheyenne Ave
San Diego, CA 92117**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **None**                    **Unknown**

**When was the debt incurred?**   **6/1/2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 561** | **Reed, Margaret** | |

Nonpriority Creditor's Name

**905 Fathom Ave.
Seal Beach, CA 90740**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **3020**                    **Unknown**

**When was the debt incurred?**   **11/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 562** | **Reed, Marie** | |

Nonpriority Creditor's Name

**4212 36th St
San Diego, CA 92104**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **3141**                    **Unknown**

**When was the debt incurred?**   **8/12/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 563 | **Reed, Robert & Marietta** | | |

Nonpriority Creditor's Name

**1405 New Chatel Dr**

**San Diego, CA 92154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3060**          **Unknown**

**When was the debt incurred?**   **7/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 564 | **Reeves, Priscilla** | | |

Nonpriority Creditor's Name

**3940 Cielo Place**

**Fullerton, CA 92835**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4100**          **Unknown**

**When was the debt incurred?**   **9/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 565 | **Regional Adjustment Bureau** | | |

Nonpriority Creditor's Name

**1900 Charles Bryan Rd Ste 110**

**Memphis, TN 38016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **5556**          **$1,336.04**

**When was the debt incurred?**   **12/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 566 | | | |
|---|---|---|---|

**Regional Adjustment Bureau**

Nonpriority Creditor's Name

**1900 Charles Bryan Rd Ste 110**
**Memphis, TN 38106**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **Exterior Specialist**

When was the debt incurred?  **10/12/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

**$1,220.44**

---

| 4.3 567 | | | |
|---|---|---|---|

**Reich, Herbert & Erika**

Nonpriority Creditor's Name

**11903 Lannylyn Dr.**
**Whittier, CA 90604**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0116**

When was the debt incurred?  **10/05/10**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.3 568 | | | |
|---|---|---|---|

**Reider, Nancy**

Nonpriority Creditor's Name

**12690 Cuando Wy**
**Desert Hot Springs, CA 92240**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2017**

When was the debt incurred?  **6/21/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 569 | | | |
|---|---|---|---|

**Reider, Richard**
Nonpriority Creditor's Name

**4882 Pointtilli St.**
**Oceanside, CA 92057**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1055**          **Unknown**

**When was the debt incurred?**   **8/23/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 570 | | | |
|---|---|---|---|

**Reif, Dick & Gayle**
Nonpriority Creditor's Name

**77891 N. Woodhaven Drive**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2056**          **Unknown**

**When was the debt incurred?**   **6/15/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 571 | | | |
|---|---|---|---|

**Reinick, Rosemary**
Nonpriority Creditor's Name

**24826 Oak Creek**
**Lake Forest, CA 92630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1100**          **Unknown**

**When was the debt incurred?**   **7/26/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**572**

**Rempen, Paul**

Nonpriority Creditor's Name

**1453 Bing Dr**
**San Jose, CA 95129**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **1106**                      **Unknown**

When was the debt incurred?    **03/08/11**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**573**

**Renaud, Adele**

Nonpriority Creditor's Name

**14845 McVay Ave.**
**San Jose, CA 95127**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **2012**                      **Unknown**

When was the debt incurred?    **11/27/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

**4.3**
**574**

**Rendon, Roxanne**

Nonpriority Creditor's Name

**5827 Fayette Street**
**Los Angeles, CA 90042**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **4039**                      **Unknown**

When was the debt incurred?    **2/6/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 575 | **Renfro, Lorita** | Last 4 digits of account number | **1039** | **Unknown** |

Nonpriority Creditor's Name
**1888 Autumn Lane**
**Vista, CA 92084**

When was the debt incurred?   **11/29/2011**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 576 | **Renfro, Wynona** | Last 4 digits of account number | **1958** | **Unknown** |

Nonpriority Creditor's Name
**12851 Sundown Road**
**Victorville, CA 92392**

When was the debt incurred?   **2/16/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 577 | **Renne, Dwayne & Daisy** | Last 4 digits of account number | **1098** | **Unknown** |

Nonpriority Creditor's Name
**702 W. 56th Street**
**Los Angeles, CA 90037**

When was the debt incurred?   **8/16/2011**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 578 | | | |
|---|---|---|---|

**Renner, Keith**
Nonpriority Creditor's Name

**8962 Glencoe**
**Riverside, CA 92504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1106**                          **Unknown**

**When was the debt incurred?**   **8/25/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 579 | | | |
|---|---|---|---|

**Renner, Keith**
Nonpriority Creditor's Name

**8962 Glencoe**
**Riverside, CA 92504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1106**                          **Unknown**

**When was the debt incurred?**   **9/7/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 580 | | | |
|---|---|---|---|

**Rentle, Craig & Barbara**
Nonpriority Creditor's Name

**6 Taylor Ave**
**Palm Dessert, CA 92260**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3135**                          **Unknown**

**When was the debt incurred?**   **9/6/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 581 | **Rentschler, Kathleen & James** | Last 4 digits of account number | **4101** | **Unknown** |

Nonpriority Creditor's Name
**913 Deerflats Drive**
**San Dimas, CA 91773**
Number Street City State Zip Code

When was the debt incurred?  **5/15/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 582 | **Repogle, Jacob** | Last 4 digits of account number | **1058** | **Unknown** |

Nonpriority Creditor's Name
**2037 Santa Anita Avenue**
**Placentia, CA 92870**
Number Street City State Zip Code

When was the debt incurred?  **12/6/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 583 | **Republic Services** | Last 4 digits of account number | **3857** | **$875.87** |

Nonpriority Creditor's Name
**12949 Telegraph Rd**
**Santa Fe Springs, CA 90670**
Number Street City State Zip Code

When was the debt incurred?  **10/5/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3
584**

**Requenes, Israel**

Nonpriority Creditor's Name

**11636 Old Field Ave.**
**Fontana, CA 92337**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0038**                    **Unknown**

**When was the debt incurred?**   **04/27/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
585**

**Resendi, Henrietta**

Nonpriority Creditor's Name

**13628 Kamloops St**
**Pacoima, CA 91331**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1426**                    **Unknown**

**When was the debt incurred?**   **10/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
586**

**Resendi, Henrietta**

Nonpriority Creditor's Name

**13628 Kamloops St**
**Pacoima, CA 91331**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3057**                    **Unknown**

**When was the debt incurred?**   **10/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (*if know*) _____

| | | |
|---|---|---|
| **4.3 587** | **Resendi, Henrietta** | |

Nonpriority Creditor's Name
**13628 Kamloops St**
**Pacoima, CA 91331**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **3057**                          **Unknown**

**When was the debt incurred?**    **10/28/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 588** | **Reyes, Jose** | |

Nonpriority Creditor's Name
**3849 Cottonwood Dr.**
**San Diego, CA 92113**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **1407**                          **Unknown**

**When was the debt incurred?**    **11/28/2014**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 589** | **Reyes, Jose** | |

Nonpriority Creditor's Name
**3849 Cotton Wood**
**San Diego, CA 92113**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **2100**                          **Unknown**

**When was the debt incurred?**    **5/12/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know)  _____

---

**4.3**
**590**

**Reyes, Martha & William**

Nonpriority Creditor's Name

**1477 Turquois Ave**
**Mentone, CA 92359**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3017**                    **Unknown**

**When was the debt incurred?**   **6/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**591**

**Reyes, Robert**

Nonpriority Creditor's Name

**621 N. 18 St.**
**Montebelo, CA 90640**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9023**                    **Unknown**

**When was the debt incurred?**   **12/22/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**592**

**Reynaga, Arlne & Saul**

Nonpriority Creditor's Name

**759 Ave H12**
**Lancaster, CA 93334**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4060**                    **Unknown**

**When was the debt incurred?**   **12/14/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 593 | **Reynolds, Marilynn** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1118 E. Marshall Blvd.**
**San Bernardino, CA 92404**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1107**          **Unknown**

**When was the debt incurred?**  **5/31/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 594 | **Reynolds, Marilynn & Buryl** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1118 E Marshall Blvd**
**San Bernardino, CA 92404**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2112**          **Unknown**

**When was the debt incurred?**  **11/5/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 595 | **Reynolds, Rick** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**536 Paseo De La Playa**
**Redondo Beach, CA 90277**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1046**          **Unknown**

**When was the debt incurred?**  **7/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 596 | |
|---|---|

**Reynolds, Steve**

Nonpriority Creditor's Name

**10424 Crane Circle**
**Fountain Valley, CA 92708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **5108**                    **Unknown**

**When was the debt incurred?**   **3/31/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 597 | |
|---|---|

**Reza, Daniel & Roberta**

Nonpriority Creditor's Name

**6732 Omega Drive**
**San Diego, CA 92139**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4051**                    **Unknown**

**When was the debt incurred?**   **4/26/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 598 | |
|---|---|

**Rhodes, Asie**

Nonpriority Creditor's Name

**2610 67th Avenue**
**Oakland, CA 94605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1010**                    **Unknown**

**When was the debt incurred?**   **02/01/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 599 | **Rhodes, Kimberly** | Last 4 digits of account number | **039l** | **Unknown** |

Nonpriority Creditor's Name

**297 W. Hammond St.**
**Pasadena, CA 91109**

When was the debt incurred?   **6/28/2011**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 600 | **Rhoton, Scott & Athanasios** | Last 4 digits of account number | **4185** | **Unknown** |

Nonpriority Creditor's Name

**68295 30Th Ave**
**Cathedral City, CA 92234**

When was the debt incurred?   **6/20/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 601 | **Rhui, Eugene & Zhao, Lucy** | Last 4 digits of account number | **1062** | **Unknown** |

Nonpriority Creditor's Name

**11254 Caminito Corriente**
**San Diego, CA 92128**

When was the debt incurred?   **04/12/11**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 602 | | | |
|---|---|---|---|

**Rials, Shirley & William**

Nonpriority Creditor's Name

**731 N. Vista Ave**
**Rialto, CA 92376**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **4046**          **Unknown**

**When was the debt incurred?** **2/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 603 | | | |
|---|---|---|---|

**Ribaudo, Paula**

Nonpriority Creditor's Name

**322 S CREST RD**
**Orange, CA 92868**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1083**          **Unknown**

**When was the debt incurred?** **11/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 604 | | | |
|---|---|---|---|

**Ribet, Butch & Mary**

Nonpriority Creditor's Name

**6286 Avenida Ganso**
**Goleta, CA 93117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0091**          **Unknown**

**When was the debt incurred?** **06/08/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.3 605 | **Ribet, Rodalph** | Last 4 digits of account number | **4099** | **Unknown** |

Nonpriority Creditor's Name

**6286 Avenida Ganso**
**Goleta, CA 93117**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **9/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 606 | **Ricca, Nate & Elodia** | Last 4 digits of account number | **1043** | **$0.00** |

Nonpriority Creditor's Name

**24506 Chamalea**
**Mission Viejo, CA 92691**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **09/20/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 607 | **Riccitelli, Carol & Masten, Carl** | Last 4 digits of account number | **2004** | **Unknown** |

Nonpriority Creditor's Name

**4676 Coralwood Ave**
**Carlsbad, CA 92008**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **10/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3**
**608**

**Rice, Angelica & Steven**
Nonpriority Creditor's Name
**1188 Academy Ln.**
**Vista, CA 92081**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3194**        **Unknown**

**When was the debt incurred?**    **11/13/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**609**

**Rice, Steven**
Nonpriority Creditor's Name
**1188 Academy Lane**
**Vista, CA 92081**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2001**        **Unknown**

**When was the debt incurred?**    **12/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**610**

**Richard, Michael**
Nonpriority Creditor's Name
**1304 E. Century Dr**
**Orange, CA 92886**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1028**        **Unknown**

**When was the debt incurred?**    **06/21/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**611**

**Richards, Walter & Anna**
Nonpriority Creditor's Name

**1246 E. Diomondale Dr.**
**Carson, CA 90746**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **1012**                    **Unknown**

When was the debt incurred?  **11/22/2011**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**612**

**Richardson, Rossalyn**
Nonpriority Creditor's Name

**495 7th. St.**
**Perris, CA 92570**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **1009**                    **Unknown**

When was the debt incurred?  **4/19/2011**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**613**

**Richeson, Harold**
Nonpriority Creditor's Name

**77651 Woodhaven Dr.**
**Palm Desert, CA 92211**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **2046**                    **Unknown**

When was the debt incurred?  **10/22/2012**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>614 | **Richman, Jean** | Last 4 digits of account number | **9003** | **Unknown** |

Nonpriority Creditor's Name

**20802 Hunter Lane**
**Huntington Beach, CA 92646**

Number Street City State Zip Code

When was the debt incurred?   **11/10/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>615 | **Rickard, Sharon** | Last 4 digits of account number | **0039** | **Unknown** |

Nonpriority Creditor's Name

**16 Clover Hill Lane**
**Laguna Hills, CA 92653**

Number Street City State Zip Code

When was the debt incurred?   **07/27/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>616 | **Rickenbach, Stephanie & Bob** | Last 4 digits of account number | **2058** | **Unknown** |

Nonpriority Creditor's Name

**2001 Huntington St.**
**Huntington Beach, CA 92648**

Number Street City State Zip Code

When was the debt incurred?   **5/9/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 617 |
|---|

**Ricker, Tim**                                                    Last 4 digits of account number    **3131**                    **Unknown**

Nonpriority Creditor's Name

**5217 Revere Ave**                                              When was the debt incurred?    **8/25/2013**

**San Bernardino, CA 92404**

Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                                  ■ Contingent

☐ Debtor 2 only                                                  ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                            ■ Disputed

☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                                  ■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 618 |
|---|

**Ricker, Timoth & Jane**                                   Last 4 digits of account number    **0046**                    **Unknown**

Nonpriority Creditor's Name

**5217 Rever Ave.**                                             When was the debt incurred?    **12/14/10**

**San Bernardino, CA 92407**

Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                                  ■ Contingent

☐ Debtor 2 only                                                  ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                            ■ Disputed

☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                                  ■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 619 |
|---|

**Rico, Felilx & Yvette**                                       Last 4 digits of account number    **3047**                    **Unknown**

Nonpriority Creditor's Name

**81797 Olea Ave**                                               When was the debt incurred?    **1/3/2014**

**Indio, CA 92201**

Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                                  ■ Contingent

☐ Debtor 2 only                                                  ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                            ■ Disputed

☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No                                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                                  ■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know)

---

| 4.3 620 | **Riddle, William** | Last 4 digits of account number | **4012** | **Unknown** |

Nonpriority Creditor's Name

**2702 Garber Way**
**Bakersfield, CA 93307**
Number Street City State Zip Code

When was the debt incurred?   **4/9/2014**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 621 | **Riedel, Frank & Katherine** | Last 4 digits of account number | **3008** | **Unknown** |

Nonpriority Creditor's Name

**4911 Arroyo Lindo Ave.**
**San Diego, CA 92117**
Number Street City State Zip Code

When was the debt incurred?   **1/23/2013**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 622 | **Riedler, Christine** | Last 4 digits of account number | **3020** | **Unknown** |

Nonpriority Creditor's Name

**16709 Daza Dr**
**Ramona, CA 92065**
Number Street City State Zip Code

When was the debt incurred?   **9/16/2013**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>623 | **Rients, John & Jan** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4216 Vista Panorama #276**
**Oceanside, CA 92057**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3022**                    **Unknown**

When was the debt incurred?   **3/26/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>624 | **Rievley, Thomas & Cheri** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**14935 Catania Way**
**Fontana, CA 92336**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3110**                    **Unknown**

When was the debt incurred?   **1/13/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>625 | **Riggs, James** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1341 N. Carol Street**
**La Habra, CA 90631**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4131**                    **Unknown**

When was the debt incurred?   **2/11/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 626 | | |
|---|---|---|

**Riggs, Rebecca**
Nonpriority Creditor's Name

**217 N. W Street**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4135**                              **Unknown**

**When was the debt incurred?**    **2/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 627 | | |
|---|---|---|

**Riggs, Rebecca**
Nonpriority Creditor's Name

**217 H. West St**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3013**                              **Unknown**

**When was the debt incurred?**    **3/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 628 | | |
|---|---|---|

**Rigtrup, Dale**
Nonpriority Creditor's Name

**13455 Olive Tree Lane**
**Poway, CA 92064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0080**                              **Unknown**

**When was the debt incurred?**    **10/12/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

**4.3
629**

**Riley, Patrick & Janet**
Nonpriority Creditor's Name
**1050 W 186th St.**
**Gardena, CA 90248**
Number Street City State Zip Code

Last 4 digits of account number   **0027**                    **Unknown**

When was the debt incurred?   **08/24/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
630**

**Rinebolt, Marc & Rhonda**
Nonpriority Creditor's Name
**749 Sequoia St**
**San Bernardino, CA 92407**
Number Street City State Zip Code

Last 4 digits of account number   **4149**                    **Unknown**

When was the debt incurred?   **6/16/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
631**

**Ringwald, NEVA**
Nonpriority Creditor's Name
**2535 LA COSTA AVE**
**CHULA VISTA, CA 91915**
Number Street City State Zip Code

Last 4 digits of account number   **3012**                    **Unknown**

When was the debt incurred?   **12/20/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                **Best Case Bankruptcy**

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 632 | **Riordan, Mary Beth** | Last 4 digits of account number | **2097** | **Unknown** |

Nonpriority Creditor's Name

**382 Canon Rd**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 633 | **Rios, Ed** | Last 4 digits of account number | **2080** | **Unknown** |

Nonpriority Creditor's Name

**530 Quarantina St**
**Santa Barbara, CA 93103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2/25/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 634 | **Rios, Judy** | Last 4 digits of account number | **0064** | **Unknown** |

Nonpriority Creditor's Name

**832 San Marino Ave.**
**Montebello, CA 90640**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **06/08/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 635 | **Rios, June** | Last 4 digits of account number | **1060** | **Unknown** |

Nonpriority Creditor's Name

**3773 Torrino Dr.**

**Santa Barbara, CA 93105**

Number Street City State Zip Code

When was the debt incurred?   **1/10/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 636 | **Rios, Nellie** | Last 4 digits of account number | **2019** | **Unknown** |

Nonpriority Creditor's Name

**369 Oxford St**

**San Francisco, CA 94134**

Number Street City State Zip Code

When was the debt incurred?   **8/2/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 637 | **Rios, Soledad** | Last 4 digits of account number | **4028** | **Unknown** |

Nonpriority Creditor's Name

**1604 S. Curis Ave**

**Alhambra, CA 91803**

Number Street City State Zip Code

When was the debt incurred?   **4/23/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 638 | **Rios, Solidad & Linda** | | Unknown |

Nonpriority Creditor's Name

**1604 S. Curtis Ave.**
**Alhambra, CA 91805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **0040**

**When was the debt incurred?**  **04/27/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 639 | **Ripa, Margaret** | | Unknown |

Nonpriority Creditor's Name

**78890 Alliance Way**
**Palm Desert, CA 92211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **3003**

**When was the debt incurred?**  **5/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 640 | **Ripp, William** | | Unknown |

Nonpriority Creditor's Name

**862 Forbes Dr.**
**Brea, CA 92821**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **1127**

**When was the debt incurred?**  **5/3/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3
641**

**Rise Up Roofing**
Nonpriority Creditor's Name
**606 Rock Vista Drive**
**Corona, CA 92879**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **None**                    **Unknown**

When was the debt incurred?  **1/1/2014**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

**4.3
642**

**Rismoen, Sandra**
Nonpriority Creditor's Name
**4309 W. Kent Ave**
**Santa Ana, CA 92704**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3065**                    **Unknown**

When was the debt incurred?  **2/12/2013**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
643**

**Ristow, Linda**
Nonpriority Creditor's Name
**1060 Brighton Street**
**La Habra, CA 90631**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **0075**                    **Unknown**

When was the debt incurred?  **04/20/10**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 644 | | | |
|---|---|---|---|

**Ritch, Debora**
Nonpriority Creditor's Name

**214 E. Kearney Ct.**
**Chula Vista, CA 91910**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0078**          **Unknown**

When was the debt incurred?  **08/03/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 645 | | | |
|---|---|---|---|

**Ritchie, Virginia**
Nonpriority Creditor's Name

**7206 Stockton Ave**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4040**          **Unknown**

When was the debt incurred?  **3/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 646 | | | |
|---|---|---|---|

**Ritchie, Virginia**
Nonpriority Creditor's Name

**7206 Stockton Ave.**
**El Cerrito, CA 94530**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0032**          **$0.00**

When was the debt incurred?  **09/28/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.3 647 | **Rivera, Hortencia** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**17565 San Jacinto ct.**
**Fontana, CA 92336**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3195**          **Unknown**

**When was the debt incurred?**   **11/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 648 | **Rivera, Hortensia** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**17565 San Jacinto**
**Fontana, CA 92336**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4097**          **Unknown**

**When was the debt incurred?**   **3/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 649 | **Rivera, Lisa** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**11202 Lefloss Ave**
**Norwalk, CA 90650**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2003**          **Unknown**

**When was the debt incurred?**   **8/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 650**

**Rivera, Marie**
Nonpriority Creditor's Name

**8 Canyon Terrace**
**Newport Beach, CA 92657**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **5114**          **Unknown**

**When was the debt incurred?**  **1/30/2015**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 651**

**Rivera, Marie**
Nonpriority Creditor's Name

**8 Canyon Ter**
**Newport Coast, CA 92657**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **0052**          **Unknown**

**When was the debt incurred?**  **2/8/2011**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 652**

**Rivera, Roberto & Laura**
Nonpriority Creditor's Name

**13369 Athletics Dr.**
**Moreno Valley, CA 92555**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **3047**          **Unknown**

**When was the debt incurred?**  **2/15/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 653**

**Robarge, Bob**

Nonpriority Creditor's Name

**11227 Sharon St**

**Cerritos, CA 90703**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1940**                    **Unknown**

When was the debt incurred?    **6/10/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 654**

**Robbins Enterprises**

Nonpriority Creditor's Name

**34096 Galleron**

**Temecula, CA 92592**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **None**                    **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

**4.3 655**

**Robbins Enterprises**

Nonpriority Creditor's Name

**34096 Galleron**

**Temecula, CA 92592**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **None**                    **Unknown**

When was the debt incurred?    **6/1/2009**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.3 656** | **Robbins, John** | |

Nonpriority Creditor's Name
**1749 Skyloft Lane**
**Encinitas, CA 92024**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4029**            **Unknown**

**When was the debt incurred?**  **5/19/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 657** | **Robbins, Ray** | |

Nonpriority Creditor's Name
**34096 Galleron Street**
**Temecula, CA 92592**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **None**            **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 658** | **Robbins, Ray** | |

Nonpriority Creditor's Name
**34096 Galleron Street**
**Temecula, CA 92592**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **None**            **Unknown**

**When was the debt incurred?**  **6/1/2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 659 | |
|---|---|

**Robbins, Stephen**
Nonpriority Creditor's Name

**291 Little Park Rd**
**Grand Juntion, CA 81507**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3006**                                  **Unknown**

**When was the debt incurred?**    **2/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 660 | |
|---|---|

**Roberts, Arthur & Joan**
Nonpriority Creditor's Name

**35556 Country Line Rd**
**Yucaipa, CA 92399**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3169**                                  **Unknown**

**When was the debt incurred?**    **11/20/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 661 | |
|---|---|

**Roberts, Karrie**
Nonpriority Creditor's Name

**6144 Pontiac St.**
**San Diego, CA 92115**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3144**                                  **Unknown**

**When was the debt incurred?**    **9/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 662 | **Robertson, Yorhonda** | |
|---|---|---|

Nonpriority Creditor's Name

**1879 Cyrene Dr.**
**Carson, CA 90746**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9038**                          **$0.00**

**When was the debt incurred?**   **01/04/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 663 | **Robin, Susan** | |
|---|---|---|

Nonpriority Creditor's Name

**552 Amber Isle**
**Alameda, CA 94501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2032**                          **Unknown**

**When was the debt incurred?**   **1/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 664 | **Robinson, Carolyn** | |
|---|---|---|

Nonpriority Creditor's Name

**795 Donatello Dr.**
**Corona, CA 92882**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3062**                          **Unknown**

**When was the debt incurred?**   **8/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 665 | **Robinson, Dane** | | Last 4 digits of account number | **2060** | **Unknown** |

Nonpriority Creditor's Name

**8791 Universe**
**Westminster, CA 92683**

When was the debt incurred?   **7/9/2012**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 666 | **Robinson, Dorothy** | | Last 4 digits of account number | **4012** | **Unknown** |

Nonpriority Creditor's Name

**2577 Buena Vista Ave**
**Lemon Grove, CA 91945**

When was the debt incurred?   **7/11/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 667 | **Robinson, Eugene & Mary** | | Last 4 digits of account number | **0061** | **Unknown** |

Nonpriority Creditor's Name

**29502 Hillside Ln**
**Silverado Canyon, CA 92676**

When was the debt incurred?   **10/19/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**668**

**Robinson, Gail**

Nonpriority Creditor's Name

**7928 Gretna Ave.**
**Whittier, CA 90606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0123**

When was the debt incurred?   **10/12/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

**4.3**
**669**

**Robinson, James**

Nonpriority Creditor's Name

**14044 Lakeview Drive**
**La Mirada, CA 90638**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1095**

When was the debt incurred?   **12/6/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

**4.3**
**670**

**Robinson, Judith**

Nonpriority Creditor's Name

**14532 RAVEN ST**
**SYLMAR, CA 91347**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1024**

When was the debt incurred?   **10/11/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 671**

**Robinson, Katie & David**

Nonpriority Creditor's Name

**1336 Pavoreal**

**San Clemente, CA 92673**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3069**          **Unknown**

**When was the debt incurred?**   **1/9/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 672**

**Robinson, Mati & Louie**

Nonpriority Creditor's Name

**23751 Via Compadres**

**Murrieta, CA 92562**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3043**          **Unknown**

**When was the debt incurred?**   **4/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 673**

**Robinson, Michael**

Nonpriority Creditor's Name

**448 Reposo St.**

**San Jacinto, CA 92582**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1097**          **Unknown**

**When was the debt incurred?**   **7/12/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 674 | **Robinson, Nancy** | Last 4 digits of account number | **1061** | **Unknown** |

Nonpriority Creditor's Name
**15224 San Ardo Dr.**
**La Mirada, CA 90638**
Number Street City State Zip Code

When was the debt incurred?  **2/8/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 675 | **Robinson, Robert & Nina** | Last 4 digits of account number | **0036** | **$0.00** |

Nonpriority Creditor's Name
**42906 W. 50th St.**
**Lancaster, CA 93536**
Number Street City State Zip Code

When was the debt incurred?  **11/23/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 676 | **Robinson, Scott** | Last 4 digits of account number | **2018** | **Unknown** |

Nonpriority Creditor's Name
**4780 Escalona Plaza**
**Yorba Linda, CA 92886**
Number Street City State Zip Code

When was the debt incurred?  **8/8/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 677 | **Robinson, Skip** | Last 4 digits of account number | **0063** | $0.00 |

Nonpriority Creditor's Name
**1025 Cachuca Ave. #69**
**Ventura, CA 93004**
Number Street City State Zip Code

When was the debt incurred? **11/16/10**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 678 | **Robles, Frank** | Last 4 digits of account number | **2113** | Unknown |

Nonpriority Creditor's Name
**2405 Fairmont Ave**
**Santa Ana, CA 92706**
Number Street City State Zip Code

When was the debt incurred? **5/26/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 679 | **Robles, John & Irene** | Last 4 digits of account number | **3024** | Unknown |

Nonpriority Creditor's Name
**182 Brandon Dr.**
**Goleta, CA 93117**
Number Street City State Zip Code

When was the debt incurred? **2/14/2013**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)*

---

| 4.3<br>680 | **Robles, Jose** | | Last 4 digits of account number | **3108** | **Unknown** |

Nonpriority Creditor's Name
**1797 Genevieve St**
**San Bernardino, CA 92405**
Number Street City State Zip Code

**When was the debt incurred?**  **11/8/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>681 | **Robles, Juana** | | Last 4 digits of account number | **1421** | **Unknown** |

Nonpriority Creditor's Name
**2961 Franklin Ave**
**San Diego, CA 92113**
Number Street City State Zip Code

**When was the debt incurred?**  **11/22/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>682 | **Robles, Maria Elena** | | Last 4 digits of account number | **3061** | **Unknown** |

Nonpriority Creditor's Name
**3330 Beswich St.**
**Los Angeles, CA 90023**
Number Street City State Zip Code

**When was the debt incurred?**  **7/2/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 683 | |
|---|---|

**Robson, Clifford**

Nonpriority Creditor's Name

**4055 Acacia**
**Riverside, CA 92503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **9026**                    **Unknown**

When was the debt incurred?    **10/02/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 684 | |
|---|---|

**Roccatani, Louise**

Nonpriority Creditor's Name

**11207 Bolton Ave**
**Ontario, CA 91762**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **9041**                    **Unknown**

When was the debt incurred?    **02/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 685 | |
|---|---|

**Rocklin, Marie**

Nonpriority Creditor's Name

**5549 Butterfield St.**
**Camarillo, CA 93012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3001**                    **Unknown**

When was the debt incurred?    **4/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>686 | **Roddy, Maria** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3420 West Blvd.**
**Los Angeles, CA 90016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **0049**               **Unknown**

**When was the debt incurred?**   **03/30/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>687 | **Rodezno, Rose & Teresa** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1577 Chalgrove Dr**
**Corona, CA 92882**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **3050**               **Unknown**

**When was the debt incurred?**   **2/8/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>688 | **Rodgers, Darlene** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4710 Mount Vernon Ave**
**Chino, CA 91710**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **4015**               **Unknown**

**When was the debt incurred?**   **3/4/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 689 | **Rodgers, Mike & Erin** | Last 4 digits of account number | **3167** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**178 N Roth Ln**
**Orange, CA 92869**

When was the debt incurred?   **9/10/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

| 4.3 690 | **Rodish, John & Sandra** | Last 4 digits of account number | **4029** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**24568 Cuyama Road**
**Apple Valley, CA 92307**

When was the debt incurred?   **3/31/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

| 4.3 691 | **Rodriguez, Ana** | Last 4 digits of account number | **4156** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**6085 Avenue Juan Diaz**
**Riverside, CA 92509**

When was the debt incurred?   **9/15/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3**
**692**

**Rodriguez, Andrea**

Nonpriority Creditor's Name

**1416 Calumet Ave.**
**Los Angeles, CA 90026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3169**

When was the debt incurred?    **8/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

**4.3**
**693**

**Rodriguez, Andrea**

Nonpriority Creditor's Name

**1416 Calumet Avenue**
**Los Angeles, CA 90026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2109**

When was the debt incurred?    **2/8/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

**4.3**
**694**

**Rodriguez, Ariel**

Nonpriority Creditor's Name

**840 Patti Lane**
**Santa Maria, CA 93458**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3018**

When was the debt incurred?    **6/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.3 695** | **Rodriguez, Calistro** | |

Nonpriority Creditor's Name

**5246 Stratford Rd**
**Los Angeles, CA 90042**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4070**                    **Unknown**

**When was the debt incurred?**  **6/23/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 696** | **Rodriguez, Consuelo** | |

Nonpriority Creditor's Name

**817 E. 20th St.**
**Santa Ana, CA 92706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0145**                    **Unknown**

**When was the debt incurred?**  **12/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3 697** | **Rodriguez, Cordelia** | |

Nonpriority Creditor's Name

**1540 Wayne Ave**
**San Leandro CA, CA 94577**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2003**                    **Unknown**

**When was the debt incurred?**  **8/18/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 698 | | | |
|---|---|---|---|

**Rodriguez, Daniel & Belen**
Nonpriority Creditor's Name

**7840 Klusman Ave**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4106**                    **Unknown**

**When was the debt incurred?**    **2/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 699 | | | |
|---|---|---|---|

**Rodriguez, Daniel & Belen**
Nonpriority Creditor's Name

**7840 Klusman Ave**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4106**                    **Unknown**

**When was the debt incurred?**    **1/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 700 | | | |
|---|---|---|---|

**Rodriguez, Gavino & Elvira**
Nonpriority Creditor's Name

**30749 Burbank St.**
**Shafter, CA 93263**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3104**                    **Unknown**

**When was the debt incurred?**    **1/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 701 | **Rodriguez, Gilbert & Maria** | Last 4 digits of account number | **2028** | **Unknown** |

Nonpriority Creditor's Name

**12238 Shooting Star Drive**
**Victorville, CA 92392**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/7/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 702 | **Rodriguez, Idelia** | Last 4 digits of account number | **1021** | **Unknown** |

Nonpriority Creditor's Name

**84086 Corregidor Avenue**
**Indio, CA 92201**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **10/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 703 | **Rodriguez, Jesus** | Last 4 digits of account number | **2030** | **Unknown** |

Nonpriority Creditor's Name

**1145 Washington St.**
**Redlands, CA 92374**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **1/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 704 | **Rodriguez, John & Rosemarie** | Last 4 digits of account number | **2007** | **Unknown** |

Nonpriority Creditor's Name

**11812 McGirk Ave**

**El Monte, CA 91732**

Number Street City State Zip Code

When was the debt incurred?   **10/8/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 705 | **Rodriguez, Juan & Josephina** | Last 4 digits of account number | **2011** | **Unknown** |

Nonpriority Creditor's Name

**611 Boyle Ave**

**Escondido, CA 92027**

Number Street City State Zip Code

When was the debt incurred?   **4/4/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 706 | **Rodriguez, Julian & Eledia** | Last 4 digits of account number | **2014** | **Unknown** |

Nonpriority Creditor's Name

**1148 N. Gardsen Ave**

**Covina, CA 91724**

Number Street City State Zip Code

When was the debt incurred?   **3/15/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 707 | **Rodriguez, Larry & Mary** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2431 Lovella Ave**
**Venice, CA 90291**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1096**

**When was the debt incurred?**   **1/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 708 | **Rodriguez, Leo & Mari** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**8416 Carron Dr.**
**Pico Rivera, CA 90660**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0107**

**When was the debt incurred?**   **06/08/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 709 | **Rodriguez, Madeline & Louie** | | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1925 Mandarin Lane**
**San Jose, CA 95122**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **2012**

**When was the debt incurred?**   **12/28/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| | |
|---|---|
| 4.3<br>710 | |

**Rodriguez, Madelyn**
Nonpriority Creditor's Name

**1925 Mandarin Way**
**San Jose, CA 95122**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number  **2029**                    **Unknown**

**When was the debt incurred?**  **11/14/2014**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| 4.3<br>711 | |

**Rodriguez, Madelyn**
Nonpriority Creditor's Name

**1925 Mandarin Way**
**San Jose, CA 95122**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number  **1428**                    **Unknown**

**When was the debt incurred?**  **12/29/2014**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| 4.3<br>712 | |

**Rodriguez, Madelyn**
Nonpriority Creditor's Name

**1925 Mandarin Way**
**San Jose, CA 95122**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number  **2005**                    **Unknown**

**When was the debt incurred?**  **5/4/2012**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 713 | **Rodriguez, Marian** | | Last 4 digits of account number | **0047** | | **Unknown** |

Nonpriority Creditor's Name

**7061 Russian Ln.**
**Lemon Grove, CA 91945**

Number Street City State Zip Code

**When was the debt incurred?**   **2/8/2011**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 714 | **Rodriguez, Mike & Romo, Veronica** | | Last 4 digits of account number | **1952** | | **Unknown** |

Nonpriority Creditor's Name

**8308 Poppy Way**
**Buena Park, CA 90620**

Number Street City State Zip Code

**When was the debt incurred?**   **9/21/2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 715 | **Rodriguez, Mr & Mrs** | | Last 4 digits of account number | **3002** | | **Unknown** |

Nonpriority Creditor's Name

**1178 Tyndall**
**Santa Ynez, CA 93460**

Number Street City State Zip Code

**When was the debt incurred?**   **5/4/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3**
**716**

**Rodriguez, Nereido & Magdalena**

Nonpriority Creditor's Name

**15732 Hartland St**
**Van Nuys, CA 91406**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3026**

When was the debt incurred?    **10/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

**4.3**
**717**

**Rodriguez, Oscar & Rosemarie**

Nonpriority Creditor's Name

**13813 March Way**
**Corona, CA 92879**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4096**

When was the debt incurred?    **3/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

**4.3**
**718**

**Rodriguez, Roy**

Nonpriority Creditor's Name

**13025 Lefloss**
**Whittier, CA 90650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1013**

When was the debt incurred?    **09/07/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 719 | **Rodriguez, Salvador** | Last 4 digits of account number | **0055** | **Unknown** |

Nonpriority Creditor's Name

**10142 Hearth Ln.**
**Anaheim, CA 92804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 720 | **Rogers, Forrest** | Last 4 digits of account number | **4050** | **Unknown** |

Nonpriority Creditor's Name

**737 Carmel Circle**
**Vista, CA 92084**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 721 | **Rogers, Forrest** | Last 4 digits of account number | **2082** | **Unknown** |

Nonpriority Creditor's Name

**737 Carmel Circle**
**Vista, CA 92084**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **8/21/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1　**Casey John Simon**

Debtor 2　**Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 722 | | | |
|---|---|---|---|

**Rogers, Gary & Norma**

Nonpriority Creditor's Name

**13560 Meyer Rd.**

**Whittier, CA 90605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number　**3037**　　　　　　**Unknown**

**When was the debt incurred?**　**11/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 723 | | | |
|---|---|---|---|

**Rogers, James**

Nonpriority Creditor's Name

**36832 Jenna Lane**

**Palmdale, CA 93550**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number　**4070**　　　　　　**Unknown**

**When was the debt incurred?**　**5/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 724 | | | |
|---|---|---|---|

**Rogers, Kenneth & Sherry**

Nonpriority Creditor's Name

**17624 Owen Ct.**

**Fontana, CA 92335**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number　**0066**　　　　　　**Unknown**

**When was the debt incurred?**　**04/27/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3
725**

**Rogers, Mary Lou**                           Last 4 digits of account number   **4087**                        **Unknown**

Nonpriority Creditor's Name

**1128 El Monte Drive**                        When was the debt incurred?   **4/8/2014**

**Simi Valley, CA 93065**

Number Street City State Zip Code              As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                ■ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                   ■ Disputed

☐ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community      ☐ Student loans
debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                               **Business Debt - Past Customer of Exterior**
☐ Yes                          ■ Other. Specify  **Specialist**

---

**4.3
726**

**Rogers, Russell**                            Last 4 digits of account number   **1046**                        **Unknown**

Nonpriority Creditor's Name

**16630 Miller Avenue**                        When was the debt incurred?   **5/31/2011**

**Fontana, CA 92336**

Number Street City State Zip Code              As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                ■ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                   ■ Disputed

☐ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community      ☐ Student loans
debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                               **Business Debt - Past Customer of Exterior**
☐ Yes                          ☐ Other. Specify  **Specialist**

---

**4.3
727**

**Rogers, Victor & Sue**                       Last 4 digits of account number   **0004**                        **Unknown**

Nonpriority Creditor's Name

**8312 20th St.**                              When was the debt incurred?   **04/20/10**

**Westminister, CA 92683**

Number Street City State Zip Code              As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                ■ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                   ■ Disputed

☐ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community      ☐ Student loans
debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims

☐ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

                                               **Business Debt - Past Customer of Exterior**
☐ Yes                          ■ Other. Specify  **Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 728 | |
|---|---|

**Rogerson, Katherine**
Nonpriority Creditor's Name
**875 Sunset Cliffs Blvd.**
**San Diego, CA 92107**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2047**                    **Unknown**

**When was the debt incurred?**  **4/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 729 | |
|---|---|

**Rogerson, Katherine**
Nonpriority Creditor's Name
**875 Sunset Cliff Blvd.**
**San Diego, CA 92109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0074**                    **Unknown**

**When was the debt incurred?**  **07/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 730 | |
|---|---|

**Rohloff, Phyllis**
Nonpriority Creditor's Name
**15155 Woodruff Place**
**Bellflower, CA 90706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4066**                    **Unknown**

**When was the debt incurred?**  **4/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 731 | **Rojas, Raymond & Claudia** | Last 4 digits of account number | **0067** | **Unknown** |

Nonpriority Creditor's Name

**8197 Sherwood Pl.**

**Riverside, CA 92504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **09/28/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

| 4.3 732 | **Rojas, Virginia** | Last 4 digits of account number | **1979** | **Unknown** |

Nonpriority Creditor's Name

**28861 Avenida Gaviota**

**Canyon Lake, CA 92587**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **1/20/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

| 4.3 733 | **Roldan, Judith** | Last 4 digits of account number | **3114** | **Unknown** |

Nonpriority Creditor's Name

**141 S. Marion**

**La Habra, CA 90631**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **7/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.3<br>734 | **Rollins, Gwenell** | Last 4 digits of account number | **0068** | **Unknown** |

Nonpriority Creditor's Name
**6333 Division St.**
**San Diego, CA 92114**
Number Street City State Zip Code

When was the debt incurred?    **06/08/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>735 | **Romaniello, Stephanie** | Last 4 digits of account number | **1413** | **Unknown** |

Nonpriority Creditor's Name
**181 S. Ralph Rd**
**Lake Elsinore, CA 92530**
Number Street City State Zip Code

When was the debt incurred?    **11/19/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>736 | **Rombout, Arthur** | Last 4 digits of account number | **3057** | **Unknown** |

Nonpriority Creditor's Name
**8282 Kingfisher Dr.**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

When was the debt incurred?    **7/25/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 737**

**Rombout, Arthur**
Nonpriority Creditor's Name
**8282 Kingfisher Dr**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3076**                    **Unknown**

When was the debt incurred?  **10/28/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 738**

**Rombout, Ken**
Nonpriority Creditor's Name
**8282 Kingfisher Dr**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1446**                    **Unknown**

When was the debt incurred?  **11/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 739**

**Rombout, Ken**
Nonpriority Creditor's Name
**8282 Kingfisher Dr.**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0121**                    **Unknown**

When was the debt incurred?  **10/12/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 740**

**Romero, Alicia**

Nonpriority Creditor's Name

**18000 Fonthill Ave**

**Torrance, CA 90504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **2001**

When was the debt incurred?   **12/10/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

**4.3 741**

**Romero, Caroline**

Nonpriority Creditor's Name

**1935 W. Lufkin St.**

**West Covina, CA 91790**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **1041**

When was the debt incurred?   **07/19/11**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

**4.3 742**

**Romero, Ernesto & Noemi**

Nonpriority Creditor's Name

**14089 Janetdale Dr.**

**La Puente, CA 91746**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **3048**

When was the debt incurred?   **4/9/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 743 | **Romero, Humberto & Myriam** | Last 4 digits of account number | **0120** | **Unknown** |

Nonpriority Creditor's Name
**17338 El Molino St.**
**Blommington, CA 92316**
Number Street City State Zip Code

**When was the debt incurred?**  **12/14/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.3 744 | **Romero, Juan** | Last 4 digits of account number | **1006** | **Unknown** |

Nonpriority Creditor's Name
**1614 Cherry Pl**
**Escondido, CA 92027**
Number Street City State Zip Code

**When was the debt incurred?**  **10/25/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.3 745 | **Romero, Paulino & Lupe** | Last 4 digits of account number | **2056** | **Unknown** |

Nonpriority Creditor's Name
**3152 South A St.**
**Oxnard, CA 93033**
Number Street City State Zip Code

**When was the debt incurred?**  **9/29/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 746 | | |

**Romo, Efrain**
Nonpriority Creditor's Name
**1301 South Huron Ave**
**Santa Ana, CA 92704**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1966**          **Unknown**

**When was the debt incurred?**    **8/25/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 747 | | |

**Romo, Lupe**
Nonpriority Creditor's Name
**6170 Jacaranda Lane**
**Yorba Linda, CA 92887**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4049**          **Unknown**

**When was the debt incurred?**    **4/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 748 | | |

**Romo, Miguel & Ofelia**
Nonpriority Creditor's Name
**610 ShadyDale**
**La Puente, CA 91744**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0036**          **Unknown**

**When was the debt incurred?**    **09/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 749 | **Romo, Rosa** | Last 4 digits of account number | **None** | **$300,000.00** |

Nonpriority Creditor's Name

**1131 Maertzweiler Dr**
**Placentia, CA 92870**

When was the debt incurred?   **10/5/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 750 | **Romo-Franco, Guadalupe** | Last 4 digits of account number | **1113** | **Unknown** |

Nonpriority Creditor's Name

**75833 Ramon Rd.**
**Thousand Palms, CA 92276**

When was the debt incurred?   **3/8/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 751 | **Ronkowski, Shirley** | Last 4 digits of account number | **0054** | **Unknown** |

Nonpriority Creditor's Name

**1062 Miramonte Dr. #15**
**Santa Barbara, CA 93109**

When was the debt incurred?   **11/09/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.3 752 | **Root, Jean** | Last 4 digits of account number | **0120** | **Unknown** |

Nonpriority Creditor's Name

**65708 Estrella**
**Desert Hot Springs, CA 92240**
Number Street City State Zip Code

When was the debt incurred?   **1/18/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 753 | **Roper, Charles** | Last 4 digits of account number | **3021** | **Unknown** |

Nonpriority Creditor's Name

**6733 Cantil St.**
**Carlsbad, CA 92009**
Number Street City State Zip Code

When was the debt incurred?   **12/10/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 754 | **Rosas, Jesus & Virginia** | Last 4 digits of account number | **0015** | **Unknown** |

Nonpriority Creditor's Name

**8046 Hinds Ave.**
**N.Hollywood, CA 91605**
Number Street City State Zip Code

When was the debt incurred?   **07/06/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 755 | **Rose, Stephen** | | | |

Nonpriority Creditor's Name

**2420 Woodlyn Rd**

**Pasadena, CA 91104**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1050**                                          **$0.00**

When was the debt incurred?   **07/19/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 756 | **Roseberry, Carol** | | | |

Nonpriority Creditor's Name

**3357 Dye Road**

**Ramona, CA 92065**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4117**                                          **Unknown**

When was the debt incurred?   **9/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 757 | **Roseberry, Carol** | | | |

Nonpriority Creditor's Name

**3357 Dye Rd.**

**Ramona, CA 92065**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0061**                                          **Unknown**

When was the debt incurred?   **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 758 | **Rosenberger, Annie** | Last 4 digits of account number | **1085** | **Unknown** |

Nonpriority Creditor's Name
**3521 San Pascual St.**
**Pasadena, CA 91107**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?  **10/25/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 759 | **Rosenthal Inspections** | Last 4 digits of account number | **3511** | **$200.00** |

Nonpriority Creditor's Name
**PO Box 487**
**Yorba Linda, CA 92885-0487**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?  **12/3/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 760 | **Rosenthal, Kenneth** | Last 4 digits of account number | **1404** | **Unknown** |

Nonpriority Creditor's Name
**3221 Rowena**
**Los Alamitos, CA 90720**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?  **12/1/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 761 | **Rosenthal, Scott & Taryan** | **Last 4 digits of account number** | **1930** | **Unknown** |

Nonpriority Creditor's Name

**252 Beegum Way**
**San Jose, CA 95123**

Number Street City State Zip Code

**When was the debt incurred?**   **2/6/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 762 | **Ross, Clarence** | **Last 4 digits of account number** | **4049** | **Unknown** |

Nonpriority Creditor's Name

**28247 Amaryliss**
**Murrieta, CA 92563**

Number Street City State Zip Code

**When was the debt incurred?**   **10/6/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 763 | **Ross, Clarence** | **Last 4 digits of account number** | **3079** | **Unknown** |

Nonpriority Creditor's Name

**28241 Amaryliss Way**
**Murrieta, CA 92563**

Number Street City State Zip Code

**When was the debt incurred?**   **12/12/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 764 | **Ross, Lynnda** | Last 4 digits of account number | **4097** | **Unknown** |

Nonpriority Creditor's Name

**1706 E, Granada Court**
**Ontario, CA 91764**

Number Street City State Zip Code

**When was the debt incurred?**    **10/31/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 765 | **Ross, Lynnda** | Last 4 digits of account number | **3106** | **Unknown** |

Nonpriority Creditor's Name

**1706 E Granada Ct**
**Ontario, CA 91764**

Number Street City State Zip Code

**When was the debt incurred?**    **11/11/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 766 | **Rosser, Jo Marie** | Last 4 digits of account number | **0111** | **Unknown** |

Nonpriority Creditor's Name

**22409 Marjorie**
**Torrance, CA 90505**

Number Street City State Zip Code

**When was the debt incurred?**    **07/20/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 767 | **Rossi, Doreen** | Last 4 digits of account number | **1954** | **Unknown** |

Nonpriority Creditor's Name

**1169 Via Argentina**

**Vista, CA 92081**

Number Street City State Zip Code

When was the debt incurred?   **12/12/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 768 | **Rossi, John & Lorena** | Last 4 digits of account number | **3140** | **Unknown** |

Nonpriority Creditor's Name

**12347 Vivienda Ave**

**Grand Terrace, CA 92313**

Number Street City State Zip Code

When was the debt incurred?   **9/20/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 769 | **Rossi, John & Lorena** | Last 4 digits of account number | **3140** | **Unknown** |

Nonpriority Creditor's Name

**12347 Vivienda Ave**

**Grand Terrace, CA 92313**

Number Street City State Zip Code

When was the debt incurred?   **10/9/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 770 | **Rossiter, Charles** | Last 4 digits of account number | **3012** | **Unknown** |

Nonpriority Creditor's Name
**644 W. Guava St.**
**Oxnard, CA 93033**
Number Street City State Zip Code

When was the debt incurred?   **3/4/2013**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 771 | **Rossness, Betty** | Last 4 digits of account number | **4049** | **Unknown** |

Nonpriority Creditor's Name
**669 Larchmont Place**
**Goleta, CA 93117**
Number Street City State Zip Code

When was the debt incurred?   **2/7/2014**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 772 | **Rossness, Betty** | Last 4 digits of account number | **3015** | **Unknown** |

Nonpriority Creditor's Name
**669 Larchmont Place**
**Goleta, CA 93117**
Number Street City State Zip Code

When was the debt incurred?   **3/1/2013**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 773 | **Rostamizadeh, Suzanne** | Last 4 digits of account number | **3005** | **Unknown** |

Nonpriority Creditor's Name
**1068 Big Sur Dr.**
**San Jose, CA 95120**
Number Street City State Zip Code

**When was the debt incurred?**    **2/6/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 774 | **Roth Staffing Companies, L.P.** | Last 4 digits of account number | **9257** | **$7,228.39** |

Nonpriority Creditor's Name
**PO Box 7000**
**Tarzana, CA 92357**
Number Street City State Zip Code

**When was the debt incurred?**    **6/20/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 775 | **Roth, Russell & Donna** | Last 4 digits of account number | **4016** | **Unknown** |

Nonpriority Creditor's Name
**24172 Okeechobee Lane**
**Lake Forest, CA 92630**
Number Street City State Zip Code

**When was the debt incurred?**    **4/11/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**776**

**Roth, Russell & Donna**

Nonpriority Creditor's Name

**24172 Okeechobee Ln**
**Lake Forest, CA 92630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4016**          **Unknown**

**When was the debt incurred?**   **3/6/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**777**

**Rotramel, Virginia**

Nonpriority Creditor's Name

**3598 Chestnut Dr**
**Norco, CA 92860**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3079**          **Unknown**

**When was the debt incurred?**   **8/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**778**

**Rotramel, Virginia**

Nonpriority Creditor's Name

**3598 Chestnut Dr.**
**Norco, CA 92860**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2087**          **Unknown**

**When was the debt incurred?**   **5/5/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 779 | **Rottslok, Eleanor** | | Last 4 digits of account number | **3051** | **Unknown** |

Nonpriority Creditor's Name

**226 S PACIFIC**
**OCEANSIDE, CA 92054**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 780 | **Rowcliff, Dennis** | | Last 4 digits of account number | **1003** | **$0.00** |

Nonpriority Creditor's Name

**5829 Picardy Dr**
**Oakland, CA 94605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **05/31/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 781 | **Rowcliffe, Ben & Tamara** | | Last 4 digits of account number | **1050** | **Unknown** |

Nonpriority Creditor's Name

**6857 Coral Gum Ct.**
**Garden Grove, CA 92845**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 782 | **Ruben, Edmond** | Last 4 digits of account number | **4085** | **Unknown** |

Nonpriority Creditor's Name

**12019 Darby Ave**
**Porter Ranch, CA 91326**

Number Street City State Zip Code

**When was the debt incurred?**   **4/1/2014**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 783 | **Rubi, Vivia** | Last 4 digits of account number | **1066** | **Unknown** |

Nonpriority Creditor's Name

**236 N. Michigan Ave.**
**Pasadena, CA 91106**

Number Street City State Zip Code

**When was the debt incurred?**   **5/3/2011**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 784 | **Rubin, Sharon** | Last 4 digits of account number | **1082** | **Unknown** |

Nonpriority Creditor's Name

**4509 Triste Pl.**
**Tarzana, CA 91356**

Number Street City State Zip Code

**When was the debt incurred?**   **5/10/2011**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 785 | **Rudd, Nicolas** | Last 4 digits of account number | **9035** | **Unknown** |

Nonpriority Creditor's Name
**11852 Garnet Circle**
**Garden Grove, CA 92848**
Number Street City State Zip Code

**When was the debt incurred?**   **10/02/09**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 786 | **Rueff, Irene** | Last 4 digits of account number | **2021** | **Unknown** |

Nonpriority Creditor's Name
**1167 S. Concord Street**
**Los Angeles, CA 90024**
Number Street City State Zip Code

**When was the debt incurred?**   **9/8/2015**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 787 | **Rugel, Richard** | Last 4 digits of account number | **1018** | **Unknown** |

Nonpriority Creditor's Name
**39241 Bel Air Dr.**
**Cathedral City, CA 92234**
Number Street City State Zip Code

**When was the debt incurred?**   **1/25/2011**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 788 | **Ruiz, Angela & Yolanda** | Last 4 digits of account number | **3181** | **Unknown** |

Nonpriority Creditor's Name
**2996 Green Briar Dr.**
**Ontario, CA 91761**
Number Street City State Zip Code

When was the debt incurred?    **11/26/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 789 | **Ruiz, Nellie & Enrique** | Last 4 digits of account number | **3100** | **Unknown** |

Nonpriority Creditor's Name
**477 Hoefner Ave**
**Los Angeles, CA 90022**
Number Street City State Zip Code

When was the debt incurred?    **7/31/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 790 | **Ruminer, Ed & Sue** | Last 4 digits of account number | **1075** | **Unknown** |

Nonpriority Creditor's Name
**4178 Constellation Road**
**Lompoc, CA 93436**
Number Street City State Zip Code

When was the debt incurred?    **1/4/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 791 | **Russ, Everett & Audrey** | Last 4 digits of account number | **0094** | **Unknown** |

Nonpriority Creditor's Name

**9258 Bloomdale St.**
**Santee, CA 92071**

When was the debt incurred?  **09/07/10**

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 792 | **Russel, Estelle** | Last 4 digits of account number | **1933** | **Unknown** |

Nonpriority Creditor's Name

**545 Acacia Rd**
**Santa Paula, CA 93060**

When was the debt incurred?  **2/11/2015**

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 793 | **Russell, Ernestine** | Last 4 digits of account number | **1964** | **Unknown** |

Nonpriority Creditor's Name

**14572 Aruba Place**
**Moreno Valley, CA 92553**

When was the debt incurred?  **4/23/2015**

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 794 | **Russell, Pryscyla & John** | Last 4 digits of account number | **29CO** | **Unknown** |

Nonpriority Creditor's Name

**3713 Sechrest Ave**
**Bakersfield, CA 93309**
Number Street City State Zip Code

When was the debt incurred?    **9/20/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 795 | **Russie, Barbara** | Last 4 digits of account number | **3031** | **Unknown** |

Nonpriority Creditor's Name

**30151 Via Amante**
**Menifee, CA 92854**
Number Street City State Zip Code

When was the debt incurred?    **8/17/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 796 | **Russo, Vincent & Lilian** | Last 4 digits of account number | **1063** | **Unknown** |

Nonpriority Creditor's Name

**2151 Via Aguila**
**San Clemente, CA 92673**
Number Street City State Zip Code

When was the debt incurred?    **11/29/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 797**

**Rustvold, Donna & Clarence**
Nonpriority Creditor's Name

**18195 Santa Adela Cr.**
**Fountain Valley, CA 92708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9013**          **Unknown**

**When was the debt incurred?**   **10/02/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 798**

**Rutherford, Vicki**
Nonpriority Creditor's Name

**2041 W. Random Drive**
**Anaheim, CA 92804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3176**          **Unknown**

**When was the debt incurred?**   **8/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 799**

**Rutherford, Vicki**
Nonpriority Creditor's Name

**2041 W. Random Dr.**
**Anaheim, CA 92804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1085**          **Unknown**

**When was the debt incurred?**   **1/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.3 800 | | | |
|---|---|---|---|

**Ruvalcaba, Francisco & Rosie**
Nonpriority Creditor's Name
**1328 San Andres St Unit A**
**Santa Barbara, CA 93101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3012**                **Unknown**

When was the debt incurred?   **2/6/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.3 801 | | | |
|---|---|---|---|

**Ryan, Kathy**
Nonpriority Creditor's Name
**3193 Evening Way B**
**La Jolla, CA 92037**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2001**                **Unknown**

When was the debt incurred?   **10/29/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

| 4.3 802 | | | |
|---|---|---|---|

**Ryan, Marilyn**
Nonpriority Creditor's Name
**635 Ricardo Ave**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0107**                **Unknown**

When was the debt incurred?   **8/24/2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>803 | **Ryan, Marilyn** | Last 4 digits of account number | **0107** | **$0.00** |

Nonpriority Creditor's Name
**635 Ricardo Ave.**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

When was the debt incurred?   **09/14/10**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>804 | **S & G Roofing Supplies, Inc** | Last 4 digits of account number | **6083** | **$2,885.62** |

Nonpriority Creditor's Name
**1101 E 6th St**
**Santa Ana, CA 92701**
Number Street City State Zip Code

When was the debt incurred?   **1/26/2016**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.3<br>805 | **Sablan, Thomas** | Last 4 digits of account number | **2057** | **Unknown** |

Nonpriority Creditor's Name
**32070 Calle Ballentine**
**Temecula, CA 92592**
Number Street City State Zip Code

When was the debt incurred?   **3/31/2012**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>806 | **Sachs, John** | Last 4 digits of account number | **3112** | **Unknown** |

Nonpriority Creditor's Name

**5649 Lake Parkway**
**La Mesa, CA 91942**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **10/21/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>807 | **Sackett, Pam** | Last 4 digits of account number | **4037** | **Unknown** |

Nonpriority Creditor's Name

**26826 Matrix Court**
**Menifee, CA 92585**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **2/24/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>808 | **Saenz, Gabriel** | Last 4 digits of account number | **3010** | **Unknown** |

Nonpriority Creditor's Name

**24356 Lamount Dr.**
**Moreno Valley, CA 92553**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **5/21/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 809 | | |
|---|---|---|

**Saenz, Gary & Susan**

Nonpriority Creditor's Name

**950 W. 3rd St.**

**Azusa, CA 91702**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1023**          **Unknown**

**When was the debt incurred?**   **3/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 810 | | |
|---|---|---|

**Saenz, Monica & Lawrence**

Nonpriority Creditor's Name

**32264 Valiant Way**

**Union City, CA 94587**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2010**          **Unknown**

**When was the debt incurred?**   **7/13/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 811 | | |
|---|---|---|

**Safeguard**

Nonpriority Creditor's Name

**P.O. Box 17929**

**Irvine, CA 92623-7929**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **CM7Z**          **$240.09**

**When was the debt incurred?**   **9/30/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know)

---

| 4.3 812 | **Safeguard** | Last 4 digits of account number | **CNDD** | **$233.31** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 17929**
**Irvine, CA 92623-7929**
Number Street City State Zip Code

**When was the debt incurred?**    **10/14/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 813 | **Sagha, Adib** | Last 4 digits of account number | **3063** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6767 Treeline**
**Rancho Cucamonga, CA 91701**
Number Street City State Zip Code

**When was the debt incurred?**    **5/7/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 814 | **Saifan, Nadim & Nada** | Last 4 digits of account number | **3009** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**19345 Sawgrass Ln.**
**Huntington Beach, CA 92648**
Number Street City State Zip Code

**When was the debt incurred?**    **12/16/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 815 | **Sakakura, Richard & Francine** | Last 4 digits of account number | **0005** | **Unknown** |

Nonpriority Creditor's Name

**16242 Serenade Ln.**
**Huntington Beach, CA 92647**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **09/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 816 | **Sakamoto, Jane** | Last 4 digits of account number | **3021** | **Unknown** |

Nonpriority Creditor's Name

**6333 N Lemon Ave**
**San Gabriel, CA 91775**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **10/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 817 | **Salazar, Ben** | Last 4 digits of account number | **2038** | **Unknown** |

Nonpriority Creditor's Name

**1101 Cristobal Ln**
**Colton, CA 92324**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 818 | | | |
|---|---|---|---|

**Salcido, Cecelia**

Nonpriority Creditor's Name

**12025 Calle De Leon**
**El Cajon, CA 92019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number **3081**                    **Unknown**

**When was the debt incurred?**   **3/7/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 819 | | | |
|---|---|---|---|

**Saldecke, Carolyn**

Nonpriority Creditor's Name

**22680 Valley View Dr**
**Crestline, CA 92325**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number **4040**                    **Unknown**

**When was the debt incurred?**   **3/22/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 820 | | | |
|---|---|---|---|

**Saleh, Frances**

Nonpriority Creditor's Name

**2626 Resrevior Dr.**
**Simi Valley, CA 93065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number **1029**                    **Unknown**

**When was the debt incurred?**   **12/13/2011**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>821 | **Salgado, Rosemarie** | Last 4 digits of account number | **4002** | **Unknown** |

Nonpriority Creditor's Name

**6041 Lishon Court**
**Palmdale, CA 93552**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **4/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>822 | **Salinas, Robert & Barbara** | Last 4 digits of account number | **0109** | **Unknown** |

Nonpriority Creditor's Name

**1314 E.Phillips St.**
**Long Beach, CA 90805**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **09/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>823 | **Salisbury, Josephine** | Last 4 digits of account number | **1419** | **Unknown** |

Nonpriority Creditor's Name

**126 N. Lindsay St.**
**Anaheim, CA**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| Debtor 1 | **Casey John Simon** |
|---|---|
| Debtor 2 | **Korrine Ellen Simon** |

Case number (if know) _____

---

**4.3 824**

**Salmeron, Gloria**
Nonpriority Creditor's Name
**2600 Whitney Dr**
**Alhambra, CA 91803**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **1996**          **Unknown**

When was the debt incurred? **5/29/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 825**

**Salmi, Ella Blanche**
Nonpriority Creditor's Name
**1940 Swallow Lane**
**Carlsbad, CA 92009**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **5113**          **Unknown**

When was the debt incurred? **1/30/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 826**

**Salmi, Ellablanche**
Nonpriority Creditor's Name
**1948 Swallow Lane**
**Carlsbad, CA 92009**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **4095**          **Unknown**

When was the debt incurred? **12/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 827 | **Salvador, Jesse** | Last 4 digits of account number | **0112** | **Unknown** |

Nonpriority Creditor's Name

**549 Arbol Verde**
**Carprnteria, CA 93013**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **05/18/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 828 | **Salvadori, Robert & Daniela** | Last 4 digits of account number | **0133** | **Unknown** |

Nonpriority Creditor's Name

**1221 Via Presa**
**San Clemente, CA 92672**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 829 | **Salvagno, Vonda** | Last 4 digits of account number | **3009** | **Unknown** |

Nonpriority Creditor's Name

**7949 La Castana Way**
**Buena Park, CA 90620**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 830 | **Samano, Eleanor** | | | | **Unknown** |

Nonpriority Creditor's Name

**550 Bond St.**
**Redlands, CA 92373**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1019**

**When was the debt incurred?**   **5/3/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 831 | **Sampson, Neil** | | | | **Unknown** |

Nonpriority Creditor's Name

**33221 Christine Dr**
**Dana Point, CA 92629**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **2102**

**When was the debt incurred?**   **6/22/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 832 | **Samson, Christina** | | | | **Unknown** |

Nonpriority Creditor's Name

**43400 Tennessee Ave.**
**Palm Desert, CA 92211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **2086**

**When was the debt incurred?**   **11/9/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 833 | **Samuels, Juan** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1008 E. Jay Street**
**Carson, CA 90745**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1947**            **Unknown**

**When was the debt incurred?**    **6/12/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 834 | **Sanchez, Adolfo** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**610 E. Renwick**
**Glendora, CA 91740**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4005**            **Unknown**

**When was the debt incurred?**    **6/16/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 835 | **Sanchez, Catalina** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**10126 San Gabriel Ave**
**Southgate, CA 90280**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3028**            **Unknown**

**When was the debt incurred?**    **5/28/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 836 | | |
|---|---|---|

**Sanchez, Cecilia**
Nonpriority Creditor's Name

**748 Ida Avenue**
**Solana Beach, CA 92075**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2068**          **Unknown**

**When was the debt incurred?**   **2/5/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 837 | | |
|---|---|---|

**Sanchez, David**
Nonpriority Creditor's Name

**3226 Martin Ave**
**San Jose, CA 95148**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2014**          **Unknown**

**When was the debt incurred?**   **7/14/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 838 | | |
|---|---|---|

**Sanchez, Donald**
Nonpriority Creditor's Name

**2173 W. Viminal Rd**
**Palm Springs, CA 92262**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1945**          **Unknown**

**When was the debt incurred?**   **5/14/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)*

---

| 4.3 839 | | | |
|---|---|---|---|

**Sanchez, Jesus & Linda**
Nonpriority Creditor's Name

**6764 Orange Ave.**
**Long Beach, CA 90805**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **9046**               **Unknown**

**When was the debt incurred?**  **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 840 | | | |
|---|---|---|---|

**sanchez, Jesus & Linda**
Nonpriority Creditor's Name

**6764 Orange Ave.**
**Long Beach, CA 70805**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **9046**               **$0.00**

**When was the debt incurred?**  **01/12/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 841 | | | |
|---|---|---|---|

**Sanchez, Jose**
Nonpriority Creditor's Name

**10423 Rodeo Circle**
**Adelanto, CA 92301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4158**               **Unknown**

**When was the debt incurred?**  **2/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 842 | **Sanchez, Jose & Juanita** | | Last 4 digits of account number | **2006** | **Unknown** |

Nonpriority Creditor's Name

**1320 Lindsay Pl**
**Oxnard, CA 93033**

Number Street City State Zip Code

**When was the debt incurred?**   **9/1/2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 843 | **Sanchez, Juan & Maria** | | Last 4 digits of account number | **4021** | **Unknown** |

Nonpriority Creditor's Name

**917 Lorna Street**
**Corona, CA 92882**

Number Street City State Zip Code

**When was the debt incurred?**   **11/17/2014**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 844 | **Sanchez, Miguel & Sarah** | | Last 4 digits of account number | **1967** | **Unknown** |

Nonpriority Creditor's Name

**91395 4Th Street**
**Mecca, CA 92254**

Number Street City State Zip Code

**When was the debt incurred?**   **3/21/2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.3 845 | | | |
|---|---|---|---|

**Sanchez, Paul**
Nonpriority Creditor's Name
**904 N. Damato Drive**
**Covina, CA 91724**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0039**          **Unknown**

**When was the debt incurred?**  **03/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 846 | | | |
|---|---|---|---|

**Sanchez, Rafael**
Nonpriority Creditor's Name
**837 Bennett Ave.**
**Long Beach, CA 90804**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1086**          **Unknown**

**When was the debt incurred?**  **5/10/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 847 | | | |
|---|---|---|---|

**Sanchez, Tommie**
Nonpriority Creditor's Name
**2780 Nees Avenue**
**Clovis, CA 93611**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1118**          **Unknown**

**When was the debt incurred?**  **07/26/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 848 | |
|---|---|

**Sanchez, Victoria**
Nonpriority Creditor's Name
**2426 W Elder Ave**
**Santa Ana, CA 92704**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3170**           **Unknown**

**When was the debt incurred?**   **9/20/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 849 | |
|---|---|

**Sanders, Larry Keith**
Nonpriority Creditor's Name
**3014 Via Buena Vista Apt. B**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0122**           **Unknown**

**When was the debt incurred?**   **08/17/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 850 | |
|---|---|

**Sanders, Nelda**
Nonpriority Creditor's Name
**6672 Bell Bluff Ave Unit A**
**San Diego, CA 92119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2095**           **Unknown**

**When was the debt incurred?**   **4/12/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.3 851 | **Sanders, Roger & Maissa** | Last 4 digits of account number | **2097** | **Unknown** |

Nonpriority Creditor's Name

**7219 Durango Circle**
**Carlsbad, CA 92011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **8/21/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 852 | **Sanderson, Jean** | Last 4 digits of account number | **2053** | **Unknown** |

Nonpriority Creditor's Name

**35276 Rosemont**
**Palm Desert, CA 92211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/13/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 853 | **Sanderson, Jerome & Jene** | Last 4 digits of account number | **2022** | **Unknown** |

Nonpriority Creditor's Name

**35276 Rosemont Dr**
**Palm Desert, CA 92211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/6/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 854 | **Sandin, Geralyn** | Last 4 digits of account number | **3045** | **Unknown** |

Nonpriority Creditor's Name
**5042 Corenthia**
**Oceanside, CA 92028**
Number Street City State Zip Code

When was the debt incurred?   **8/29/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 855 | **Sandin, Geralyn** | Last 4 digits of account number | **2049** | **Unknown** |

Nonpriority Creditor's Name
**5042 Corinthia Way**
**Oceanside, CA 92056**
Number Street City State Zip Code

When was the debt incurred?   **3/16/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 856 | **Sandland, Raymond & Patricia** | Last 4 digits of account number | **2006** | **Unknown** |

Nonpriority Creditor's Name
**1398 River Rd**
**Corona, CA 92880**
Number Street City State Zip Code

When was the debt incurred?   **12/24/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 857 | **Sandoval, Patricia** | | Last 4 digits of account number | **4078** | **Unknown** |

Nonpriority Creditor's Name
**954 Bryant Way**
**Sunnyvale, CA 94087**
Number Street City State Zip Code

When was the debt incurred? **7/29/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 858 | **Sandoval, Roberta** | | Last 4 digits of account number | **0096** | **Unknown** |

Nonpriority Creditor's Name
**605 E. Lexington Ave.**
**El Cajon, CA 92020**
Number Street City State Zip Code

When was the debt incurred? **06/08/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 859 | **Sanger, Jonathan & Carla** | | Last 4 digits of account number | **3147** | **Unknown** |

Nonpriority Creditor's Name
**17516 Labrador St**
**Northridge, CA 91325**
Number Street City State Zip Code

When was the debt incurred? **11/5/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 860 | **Sanicola, Linda** | | | |
| | Nonpriority Creditor's Name | | | |

**Sanicola, Linda**
Nonpriority Creditor's Name
**504 Habor Woods Place**
**Newport Beach, CA 92660**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2014**          **Unknown**

When was the debt incurred?   **12/10/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 861 | **Sano, Manuel** |

**Sano, Manuel**
Nonpriority Creditor's Name
**3078 Waco  Ave.**
**Simi Valley, CA 93063**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0162**          **Unknown**

When was the debt incurred?   **12/07/10**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 862 | **Santelices, Manuel** |

**Santelices, Manuel**
Nonpriority Creditor's Name
**175 Sears St.**
**San Francisco, CA 94112**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2007**          **Unknown**

When was the debt incurred?   **11/27/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3
863**

**Santos, Karina**

Nonpriority Creditor's Name

**82 Verdil Ln**
**Aliso Viejo, CA 92656**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1002**                    **$0.00**

When was the debt incurred?    **08/23/11**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
864**

**Santoyo, Jesse**

Nonpriority Creditor's Name

**1444 Fathom Dr.**
**Oxnard, CA 93035**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0102**                    **Unknown**

When was the debt incurred?    **06/22/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3
865**

**Sapp, Dorothy**

Nonpriority Creditor's Name

**6541 Raven Cir.**
**Riverside, CA 92509**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1039**                    **Unknown**

When was the debt incurred?    **2/1/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | |
|---|---|
| **4.3 866** | **Saradjian, Julia** |

Nonpriority Creditor's Name
**681 Corwin Ave.**
**Glendale, CA 91206**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1113**                    **Unknown**

**When was the debt incurred?**    **10/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.3 867** | **Sarena, John & Patti** |

Nonpriority Creditor's Name
**498 Terra Way**
**Lompoc, CA 93456**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3032**                    **Unknown**

**When was the debt incurred?**    **8/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.3 868** | **Sarrie, craig & Judith** |

Nonpriority Creditor's Name
**1082 Cajon Greens Dr.**
**Cajon, CA 92021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0010**                    **Unknown**

**When was the debt incurred?**    **09/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (*if know*) _____

---

**4.3**
**869**

**Sarti, Ron & Susan**
Nonpriority Creditor's Name
**5177 Rahlves**
**Castro Valley, CA 94546**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4046**                     **Unknown**

**When was the debt incurred?**    **9/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**870**

**Sartwell, Virginia**
Nonpriority Creditor's Name
**425 Dr La Gabriela**
**Quart Hill, CA 93536**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3067**                     **Unknown**

**When was the debt incurred?**    **8/28/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.3**
**871**

**Sathanala, Bob & Ammal**
Nonpriority Creditor's Name
**815 Junipero Drive**
**Duarte, CA 91010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1980**                     **Unknown**

**When was the debt incurred?**    **1/20/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3**
**872**

**Satterwhite, Saletheo**                    Last 4 digits of account number    **4052**                    **Unknown**

Nonpriority Creditor's Name
**26253 Walker Pass Dr**                     When was the debt incurred?     **9/15/2014**
**Moreno Valley, CA 92555**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community   ☐ Student loans
debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ■ Other. Specify   **Business Debt - Past Customer of Exterior**
☐ Yes                                                          **Specialist**

---

**4.3**
**873**

**Saucedo, Amelia**                          Last 4 digits of account number    **0100**                    **Unknown**

Nonpriority Creditor's Name
**3279 Island Dr.**                          When was the debt incurred?     **12/28/10**
**San Diego, CA 92102**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community   ☐ Student loans
debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ■ Other. Specify   **Business Debt - Past Customer of Exterior**
☐ Yes                                                          **Specialist**

---

**4.3**
**874**

**Saucedo, Daniel**                          Last 4 digits of account number    **3012**                    **Unknown**

Nonpriority Creditor's Name
**3228 Yearling St.**                        When was the debt incurred?     **5/20/2013**
**Lakewood, CA 90712**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community   ☐ Student loans
debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ■ Other. Specify   **Business Debt - Past Customer of Exterior**
☐ Yes                                                          **Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.3 875 | | | |
|---|---|---|---|

**Sauder, Scott**

Nonpriority Creditor's Name

**7871 Jadeite**

**Rancho Cucamonga, CA 91730**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0082**          **Unknown**

When was the debt incurred?   **2/1/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 876 | | | |
|---|---|---|---|

**Saunders, Christopher**

Nonpriority Creditor's Name

**27422 Montague St.**

**Menifee, CA 92584**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3072**          **Unknown**

When was the debt incurred?   **6/19/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 877 | | | |
|---|---|---|---|

**Saunders, Mike & Mary**

Nonpriority Creditor's Name

**44335 Camino Azul**

**La Quinta, CA 92253**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2092**          **Unknown**

When was the debt incurred?   **12/20/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 878 | **Saunders, Shirley** | Last 4 digits of account number | **4041** | **Unknown** |

Nonpriority Creditor's Name
**6394 Lake Aral Drive**
**San Diego, CA 92119**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **9/16/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 879 | **Saxon, Esther** | Last 4 digits of account number | **3119** | **Unknown** |

Nonpriority Creditor's Name
**1178 LOCUST ST**
**SAN DIEGO, CA 92106**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **12/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 880 | **Sayre, Allan** | Last 4 digits of account number | **1429** | **Unknown** |

Nonpriority Creditor's Name
**3605 Wren Ave**
**Concord, CA 94519**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **11/28/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.3 881 | **Scalia, Toni** | Last 4 digits of account number | **4093** | **Unknown** |

Nonpriority Creditor's Name

**67255 Medano Road**
**Cathedral City, CA 92234**

When was the debt incurred?  **4/11/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 882 | **Scammel, Margaret** | Last 4 digits of account number | **0052** | **Unknown** |

Nonpriority Creditor's Name

**1560 Homewood Rd. Apt.114 E**
**Seal Beach, CA 90740**

When was the debt incurred?  **08/24/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 883 | **Scarff, Sue Ellen** | Last 4 digits of account number | **0083** | **$0.00** |

Nonpriority Creditor's Name

**24231 Cherry Hills Pl.**
**Laguna Niguel, CA 92677**

When was the debt incurred?  **09/07/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 884 | **Schafer, Corey** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1660 Hickory Wood Ln**

**Hemet, CA 92545**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **None**                                    **$3,000.00**

**When was the debt incurred?**    **10/12/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

| 4.3 885 | **Schafer, Nancy** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**437 South Orange Grove Blvd**

**Pasadena, CA 91105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **3022**                                    **Unknown**

**When was the debt incurred?**    **5/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 886 | **Schares, Stephen** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5531 Drover Dr.**

**San Diego, CA 92115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **3002**                                    **Unknown**

**When was the debt incurred?**    **12/3/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 887 | **Schary, Bill & Debbie** | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**13148 Chambord Way**
**San Diego, CA 92130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1086**

**When was the debt incurred?**    **9/20/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 888 | **Schellekens, Eleanore** | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**547 Firethorne St**
**Brea, CA 92821**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1009**

**When was the debt incurred?**    **08/16/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 889 | **Schild, Emmy** | | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**1706 W. Pendleton Ave.**
**Santa Ana, CA 92704**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1009**

**When was the debt incurred?**    **5/10/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 890 | **Schiller, Linda** | Last 4 digits of account number | **0110** | **Unknown** |

Nonpriority Creditor's Name
**1156 E. Jackson St.**
**Long Beach, CA 90805**

When was the debt incurred?  **10/05/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 891 | **Schilling, Craig & Christy** | Last 4 digits of account number | **0020** | **Unknown** |

Nonpriority Creditor's Name
**1415 Idyewood Road**
**Glendale, CA 91202**

When was the debt incurred?  **04/06/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 892 | **Schindler, Ron** | Last 4 digits of account number | **2075** | **Unknown** |

Nonpriority Creditor's Name
**12692 St Mark St**
**Garden Grove, CA 92845**

When was the debt incurred?  **5/12/2012**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>893 | **Schira, Fiavai** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6377 California**
**Long Beach, CA 90805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **3038**      **Unknown**

**When was the debt incurred?**   **12/28/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3<br>894 | **Schlewning, Florence** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**517 Mercury Dr.**
**Lompoc, CA 93436**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1093**      **Unknown**

**When was the debt incurred?**   **4/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>895 | **Schlicting, John & Consuelo** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4955 Deeboyar Ave.**
**Lakewood, CA 90712**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **0011**      **Unknown**

**When was the debt incurred?**   **01/19/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.3 896 | **Schmeleva, Olga** | Last 4 digits of account number | **0093** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**14554 Killion St.**
**Sherman Oaks, CA 91411**
Number Street City State Zip Code

**When was the debt incurred?**    **11/23/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 897 | **Schmidling, Janet** | Last 4 digits of account number | **1073** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**9145 Longden Ave**
**Temple City, CA 91780**
Number Street City State Zip Code

**When was the debt incurred?**    **4/5/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 898 | **Schmidt, Harry** | Last 4 digits of account number | **9034** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**620 Balboa Dr.**
**Seal Beach, CA 90740**
Number Street City State Zip Code

**When was the debt incurred?**    **12/15/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 899 | **Schmidt, Mark** | Last 4 digits of account number | **3040** | **Unknown** |

Nonpriority Creditor's Name
**40858 Morning Glory**
**Murrieta, CA 92562**
Number Street City State Zip Code

**When was the debt incurred?** **2/9/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 900 | **Schmitt, Jerome & Betina** | Last 4 digits of account number | **0114** | **Unknown** |

Nonpriority Creditor's Name
**8293 Mulberry Ave.**
**Buena Park, CA 90670**
Number Street City State Zip Code

**When was the debt incurred?** **06/22/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 901 | **Schmitt, Randall** | Last 4 digits of account number | **1041** | **Unknown** |

Nonpriority Creditor's Name
**4740 Boston Avenue**
**La Crescenta, CA 91214**
Number Street City State Zip Code

**When was the debt incurred?** **9/20/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 902 | |
|---|---|

**Schmitt, William**

Nonpriority Creditor's Name

**2690 Gemini Ct**
**Camarillo, CA 93010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2099**        **Unknown**

When was the debt incurred?   **9/5/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 903 | |
|---|---|

**Schneider, Joseph & Doris**

Nonpriority Creditor's Name

**2113 W. Roberta Ave.**
**Fullerton, CA 92833**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0024**        **Unknown**

When was the debt incurred?   **04/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 904 | |
|---|---|

**Schoenholzer, Joan**

Nonpriority Creditor's Name

**3546 Dominica Dr**
**Santa Clara, CA 95051**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2013**        **Unknown**

When was the debt incurred?   **10/8/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 905 | | | |
|---|---|---|---|

**Schofield, James**
Nonpriority Creditor's Name
**3969 Gordon Way**
**Riverside, CA 92509**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **2033**          **Unknown**

When was the debt incurred?  **10/27/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 906 | | | |
|---|---|---|---|

**Scholl, Steve**
Nonpriority Creditor's Name
**7354 Alta Cresta Dr**
**Rancho Cucamonga, CA 91730**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **3065**          **Unknown**

When was the debt incurred?  **4/16/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 907 | | | |
|---|---|---|---|

**Schonfield, Arnold**
Nonpriority Creditor's Name
**940 W. Iowa St.**
**Sunnyvale, CA 94086**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **2004**          **Unknown**

When was the debt incurred?  **10/24/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 908 | **Schremp, Lee** | | Last 4 digits of account number | **3019** | **Unknown** |

Nonpriority Creditor's Name
**1812 Sunridge Dr.**
**Ventura, CA 93003**
Number Street City State Zip Code

**When was the debt incurred?**   **3/14/2013**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 909 | **Schrock, Peter & Melanie** | | Last 4 digits of account number | **0015** | **Unknown** |

Nonpriority Creditor's Name
**512 Jefferson Ave.**
**Fullerton, CA 92832**
Number Street City State Zip Code

**When was the debt incurred?**   **05/18/10**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 910 | **Schuller, Nancy** | | Last 4 digits of account number | **0066** | **$0.00** |

Nonpriority Creditor's Name
**8257 Lake Forest Dr.**
**Sacramento, CA 95826**
Number Street City State Zip Code

**When was the debt incurred?**   **08/31/10**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.3 911**

**Schulte, Linda**

Nonpriority Creditor's Name

**536 Pacesetter St**

**Oceanside, CA 92057**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4103**                 **Unknown**

**When was the debt incurred?**    **5/27/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 912**

**Schultz, Faith**

Nonpriority Creditor's Name

**606 Elm St.**

**El Cerrito, CA 94536**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0056**                 **$0.00**

**When was the debt incurred?**    **10/12/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 913**

**Schultz, Myong**

Nonpriority Creditor's Name

**1616 La Mariquita**

**San Diego, CA 92173**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0084**                 **Unknown**

**When was the debt incurred?**    **04/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 914 | | |
|---|---|---|

**Schultz, Stephen & Lisa**
Nonpriority Creditor's Name

**34119 Avenue I**
**Yucaipa, CA 92339**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3118**                    **Unknown**

**When was the debt incurred?**   **12/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 915 | | |
|---|---|---|

**Schultz, Steve & Lisa**
Nonpriority Creditor's Name

**34119 Ave I**
**Yucaipa, CA 92399**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4037**                    **Unknown**

**When was the debt incurred?**   **12/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 916 | | |
|---|---|---|

**Schultz, Steve & Lisa**
Nonpriority Creditor's Name

**34119 Ave I**
**Yucaipa, CA 92399**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4038**                    **Unknown**

**When was the debt incurred?**   **12/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 917 | | | |
|---|---|---|---|

**Schultz, Steve & Lisa**
Nonpriority Creditor's Name

**34119 Ave I**
**Yucaipa, CA 92399**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3011**          **Unknown**

**When was the debt incurred?**   **6/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 918 | | | |
|---|---|---|---|

**Schultz, Theodore & Anna**
Nonpriority Creditor's Name

**717 Helsam**
**Oxnard, CA 93036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2047**          **Unknown**

**When was the debt incurred?**   **11/3/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 919 | | | |
|---|---|---|---|

**Schulz, Stefan**
Nonpriority Creditor's Name

**1169 Sheila Lane**
**Pacifica, CA 94044**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2004**          **Unknown**

**When was the debt incurred?**   **2/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 920 | | | |
|---|---|---|---|

**Schump, Richard & Kathleen**
Nonpriority Creditor's Name

**948 Golden Crest Ave.**
**Newbury Park, CA 91320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0133**

When was the debt incurred?  **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

| 4.3 921 | | | |
|---|---|---|---|

**Schupserling, Katherine**
Nonpriority Creditor's Name

**3593 Via Galla**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1068**

When was the debt incurred?  **1/20/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| 4.3 922 | | | |
|---|---|---|---|

**Schwab, Richard**
Nonpriority Creditor's Name

**3820 Hiawatua**
**San Diego, CA 92119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0054**

When was the debt incurred?  **06/08/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 923**

**Schweigert, Kirk & Alyssa**
Nonpriority Creditor's Name
**5302 Anthony Ave.**
**Garden Grove, CA 92845**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **0046**                          **Unknown**

When was the debt incurred?  **02/02/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 924**

**Schwenk, Robert**
Nonpriority Creditor's Name
**29142 Murre Ln.**
**Laguna Niguel, CA 92677**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1118**                          **Unknown**

When was the debt incurred?  **4/12/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 925**

**Scott, David**
Nonpriority Creditor's Name
**1401 Paseo Alegra**
**San Marcos, CA 92069**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1072**                          **Unknown**

When was the debt incurred?  **10/18/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>926 | **Scott, Donald** | Last 4 digits of account number | **1006** | **Unknown** |

Nonpriority Creditor's Name
**3323 Belle Isle Drive**
**San Diego, CA 92105**
Number Street City State Zip Code

When was the debt incurred?   **11/29/2011**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>927 | **Scott, Jack** | Last 4 digits of account number | **2061** | **Unknown** |

Nonpriority Creditor's Name
**77547 Michigan**
**Palm Desert, CA 92227**
Number Street City State Zip Code

When was the debt incurred?   **9/11/2012**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3<br>928 | **Scott, Kenneth & Tarbutton, Laura** | Last 4 digits of account number | **4004** | **Unknown** |

Nonpriority Creditor's Name
**7 Sweet Meadow**
**Laguna Niguel, CA 92677**
Number Street City State Zip Code

When was the debt incurred?   **2/3/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.3 929 | | | |
|---|---|---|---|

**Scott, Olin & Shirley**

Nonpriority Creditor's Name

**6832 Vista Del Sol**

**Huntington Beach, CA 92647**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4038**                    **Unknown**

**When was the debt incurred?**   **3/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 930 | | | |
|---|---|---|---|

**Scott, Roosevelt**

Nonpriority Creditor's Name

**14000 Daphney Ave**

**Gardena, CA 90249**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2100**                    **Unknown**

**When was the debt incurred?**   **8/4/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 931 | | | |
|---|---|---|---|

**Scott,Ruben**

Nonpriority Creditor's Name

**3129 Stanford Ave.**

**Marina Del Rey, CA 90292**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0024**                    **$0.00**

**When was the debt incurred?**   **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 932 | **Scott,Ruben** | Last 4 digits of account number | **0042** | **$0.00** |
|---------|----------------|--------------------------------|----------|-----------|

Nonpriority Creditor's Name

**3129 Stanford Ave.**

**Marina Del Rey, CA 90292**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

| 4.3 933 | **Scruggs, Shannon** | Last 4 digits of account number | **4022** | **Unknown** |
|---------|----------------------|--------------------------------|----------|-------------|

Nonpriority Creditor's Name

**123 Muir Road**

**Martinez, CA 94553**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **7/2/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

| 4.3 934 | **Seary, Joseph B.** | Last 4 digits of account number | **9045** | **Unknown** |
|---------|---------------------|--------------------------------|----------|-------------|

Nonpriority Creditor's Name

**6907 Abbottswood Dr.**

**Rancho Palos Verdes, CA 90275**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **10/09/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 935 | **Seasongood, Laura** | **Last 4 digits of account number** | **2009** | **Unknown** |

Nonpriority Creditor's Name
**13017 Camden Ct.**
**Moorpark, CA 93021**
Number Street City State Zip Code

**When was the debt incurred?**   **4/24/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 936 | **Sechler, Shirley** | **Last 4 digits of account number** | **0132** | **Unknown** |

Nonpriority Creditor's Name
**532 E St.**
**Chula Vista, CA 91910**
Number Street City State Zip Code

**When was the debt incurred?**   **09/21/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 937 | **Seeman, John** | **Last 4 digits of account number** | **3037** | **Unknown** |

Nonpriority Creditor's Name
**29301 Paseo Del Terreno**
**Pine Valley, CA 91962**
Number Street City State Zip Code

**When was the debt incurred?**   **7/24/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 938 | | |
|---|---|---|

**Segura, John & Nora**
Nonpriority Creditor's Name
**4902 Park Ave.**
**Cypress, CA 90630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3016**          **Unknown**

**When was the debt incurred?**  **5/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 939 | | |
|---|---|---|

**Seidensticker, Luanne**
Nonpriority Creditor's Name
**5728 Bucknell Ave**
**Valley Village, CA 91607**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2051**          **Unknown**

**When was the debt incurred?**  **6/25/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 940 | | |
|---|---|---|

**Seigel, Rick**
Nonpriority Creditor's Name
**14363 Trailqwind**
**Poway, CA 92064**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0008**          **Unknown**

**When was the debt incurred?**  **12/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 941 | | | |
|---|---|---|---|

**Seigman, Lynn**
Nonpriority Creditor's Name

**3650 N. Pioneer Blvd.**
**Long Beach, CA 90808**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3030**                    **Unknown**

When was the debt incurred?   **1/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 942 | | | |
|---|---|---|---|

**Semmens, Jeff & Kim**
Nonpriority Creditor's Name

**29901 Hazel Glen Rd.**
**Murrieta, CA 92563**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3001**                    **Unknown**

When was the debt incurred?   **5/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 943 | | | |
|---|---|---|---|

**Sencion, Ed & julie**
Nonpriority Creditor's Name

**1320 N. Screenland Dr.**
**Burbank, CA 91505**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0004**                    **$0.00**

When was the debt incurred?   **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.3 944 | **Sepulveda, Victory & Margarita** | Last 4 digits of account number | **3116** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**26220 Burlington Way**
**Menifee, CA 92584**

Number Street City State Zip Code

**When was the debt incurred?**    **9/6/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 945 | **Sereno, Sandra** | Last 4 digits of account number | **3006** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**68290 Santelmo Rd**
**Cathedral City, CA 92234**

Number Street City State Zip Code

**When was the debt incurred?**    **3/9/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 946 | **Sess, Diedre** | Last 4 digits of account number | **1042** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**5495 Paseo Del Largo**
**Laguna Woods, CA 92037**

Number Street City State Zip Code

**When was the debt incurred?**    **07/26/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 947 | **Seto, Naoko** | Last 4 digits of account number | **0104** | **Unknown** |

Nonpriority Creditor's Name
**2 Carina**
**Irvine, CA 92603**
Number Street City State ZIp Code

When was the debt incurred?    **09/07/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 948 | **Sevier, Sharon** | Last 4 digits of account number | **4119** | **Unknown** |

Nonpriority Creditor's Name
**733 Wabash Street**
**Escondido, CA 92027**
Number Street City State ZIp Code

When was the debt incurred?    **8/4/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 949 | **Sevilla, Clara** | Last 4 digits of account number | **2118** | **Unknown** |

Nonpriority Creditor's Name
**82231 E. Helio Ct**
**Indio, CA 92201**
Number Street City State ZIp Code

When was the debt incurred?    **6/18/2012**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Official Form 106 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Page 1318 of 1623

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 950 | | | |
|---|---|---|---|

**Sewell, James**

Nonpriority Creditor's Name

**7725 Tennis Ct.**
**Antelope, CA 95843**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2013**          **Unknown**

When was the debt incurred?  **12/28/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 951 | | | |
|---|---|---|---|

**Shadowen, William**

Nonpriority Creditor's Name

**575 N. Milford St.**
**Orange, CA 92867**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **9038**          **Unknown**

When was the debt incurred?  **10/16/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 952 | | | |
|---|---|---|---|

**shah, James**

Nonpriority Creditor's Name

**14422 Verde Dr.**
**Garden Grove, CA 92844**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **9026**          **Unknown**

When was the debt incurred?  **12/08/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.3 953 | **Shah, Sanjiv** | Last 4 digits of account number | **4049** | **Unknown** |

Nonpriority Creditor's Name

**525 Janice Lane**
**Placentia, CA 92870**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? **4/22/2014**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 954 | **Shah, Vinod** | Last 4 digits of account number | **3104** | **Unknown** |

Nonpriority Creditor's Name

**1118 Lindendale Ave**
**Fullerton, CA 92803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? **10/2/2013**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 955 | **Shahan, Art & Cindi** | Last 4 digits of account number | **3121** | **Unknown** |

Nonpriority Creditor's Name

**1853 Stage Coach Dr**
**Norco, CA 92860**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? **8/6/2013**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 956 | | | |
|---|---|---|---|

**Shahan, Art & Cindy**
Nonpriority Creditor's Name

**1853 Stagecoach Drive**
**Norco, CA 92860**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4111**    **Unknown**

**When was the debt incurred?**    **2/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 957 | | | |
|---|---|---|---|

**Shahpraki, Jean**
Nonpriority Creditor's Name

**3201 Orangewood Ave.**
**Los Alamitos, CA 90720**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3078**    **Unknown**

**When was the debt incurred?**    **12/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 958 | | | |
|---|---|---|---|

**Shakkottai, Parthasarathy**
Nonpriority Creditor's Name

**2622 Gradi Street**
**Duarte, CA 91010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1087**    **Unknown**

**When was the debt incurred?**    **12/6/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.3 959 | **Shandhil-Prasado, Ram & Prabha** | | |

Nonpriority Creditor's Name

**4660 Selkirk St**
**Fremont, CA 94538**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **1120**

**When was the debt incurred?**  **05/31/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.3 960 | **Shanks, Gordon** | | |

Nonpriority Creditor's Name

**215 Surf Pl.**
**Seal Beach, CA 90740**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **0082**

**When was the debt incurred?**  **03/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.3 961 | **Shanley, Belinda** | | |

Nonpriority Creditor's Name

**9945 Hawthorne Ave**
**Hesperia, CA 92345**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **4086**

**When was the debt incurred?**  **5/16/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 962 | |
|---|---|

**Shaw, Gloria**
Nonpriority Creditor's Name

**2821 Fayne Ln**
**Concord, CA 94518**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2008**                           **Unknown**

When was the debt incurred?   **10/8/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 963 | |
|---|---|

**Shaw, Margarita**
Nonpriority Creditor's Name

**1880 Chatwin Avenue**
**Long Beach, CA 90815**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1127**                           **Unknown**

When was the debt incurred?   **11/15/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 964 | |
|---|---|

**Shea, Karen**
Nonpriority Creditor's Name

**4911 Florence Cir.**
**Anaheim Hills, CA 92807**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1022**                           **Unknown**

When was the debt incurred?   **2/15/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.3 965**

**Sheehan, Edney**
Nonpriority Creditor's Name

**8973 Arlingdale Way**
**Spring Valley, CA 91977**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **4104**                    **Unknown**

When was the debt incurred?  **10/18/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 966**

**Shelton, Daniel & Lorraine**
Nonpriority Creditor's Name

**308 N. Deerfield St**
**. Anaheim, CA 92807**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **0044**                    **Unknown**

When was the debt incurred?  **09/28/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.3 967**

**Shelton, Daniel & Lorraine**
Nonpriority Creditor's Name

**308 N. Deerfield St**
**. Anaheim, CA 92807**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **0051**                    **Unknown**

When was the debt incurred?  **10/19/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.3**<br>**968** | **Shelton, Daniel & Lorraine** | |

Nonpriority Creditor's Name

**308 N. Deerfield St**

**. Anaheim, CA 92807**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0051**          **Unknown**

**When was the debt incurred?**    **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3**<br>**969** | **Shelton, James** | |

Nonpriority Creditor's Name

**654 Romulo Street**

**Los Angeles, CA 90065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4167**          **Unknown**

**When was the debt incurred?**    **6/19/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3**<br>**970** | **Shemansky, Donald** | |

Nonpriority Creditor's Name

**650 Alameda St**

**Alta Dena, CA 91001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3055**          **Unknown**

**When was the debt incurred?**    **2/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.3 971 | **Shepherd, Janet** | Last 4 digits of account number | **3152** | **Unknown** |

Nonpriority Creditor's Name
**390 Los Altos Ave**
**Long Beach, CA 90814**
Number Street City State Zip Code

**When was the debt incurred?**   **1/17/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 972 | **Sheppard, John & Donna** | Last 4 digits of account number | **1089** | **Unknown** |

Nonpriority Creditor's Name
**8342 Snowbird Drive**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

**When was the debt incurred?**   **11/1/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 973 | **Sher, Senek** | Last 4 digits of account number | **0046** | **$0.00** |

Nonpriority Creditor's Name
**854 Gilerist Walk #2**
**San Jose, CA 95133**
Number Street City State Zip Code

**When was the debt incurred?**   **10/05/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.3 974 | **Sheridan, William & Martha** | Last 4 digits of account number | 2014 | **Unknown** |

Nonpriority Creditor's Name

**4348 Silva Court**
**Palo Alto, CA 94306**

Number Street City State Zip Code

**When was the debt incurred?**   8/6/2012

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

| 4.3 975 | **sherman, Cheryl** | Last 4 digits of account number | 9021 | **Unknown** |

Nonpriority Creditor's Name

**2019 Parkridge Ave.**
**Norco, CA 92860**

Number Street City State Zip Code

**When was the debt incurred?**   01/04/10

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.3 976 | **Sherwood, Patricia** | Last 4 digits of account number | 3013 | **Unknown** |

Nonpriority Creditor's Name

**1500 Arriba Court**
**Los Altos, CA 94024**

Number Street City State Zip Code

**When was the debt incurred?**   3/19/2013

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 977 | **Sheynin, Eli** | Last 4 digits of account number | **2002** | **Unknown** |

Nonpriority Creditor's Name
**1356 Rosewood Ave.**
**San Carlos, CA 94070**
Number Street City State Zip Code

When was the debt incurred?   **2/15/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.3 978 | **Shigeshi, Hsaio** | Last 4 digits of account number | **0059** | **$0.00** |

Nonpriority Creditor's Name
**243 S. Park Victoria Dr.**
**Milpitas, CA 95035**
Number Street City State Zip Code

When was the debt incurred?   **09/28/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 979 | **Shipp, Shirley** | Last 4 digits of account number | **0121** | **Unknown** |

Nonpriority Creditor's Name
**1848 Elkwood**
**Concord, CA 94519**
Number Street City State Zip Code

When was the debt incurred?   **02/08/11**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.3 980 | **Shirley, William & Margaret** | Last 4 digits of account number | **2003** | **Unknown** |

Nonpriority Creditor's Name

**73778 Playa Vista Drive**

**29 Palms, CA 92277**

Number Street City State Zip Code

When was the debt incurred?   **3/2/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 981 | **Shively, Dennis & Carolyn** | Last 4 digits of account number | **1070** | **Unknown** |

Nonpriority Creditor's Name

**9351 Angwin Pl.**

**San Diego, CA 92123**

Number Street City State Zip Code

When was the debt incurred?   **4/19/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 982 | **Shmara, Ameer** | Last 4 digits of account number | **1092** | **Unknown** |

Nonpriority Creditor's Name

**3418 Holmes Cir**

**Hacienda Heights, CA 91745**

Number Street City State Zip Code

When was the debt incurred?   **4/5/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1　**Casey John Simon**

Debtor 2　**Korrine Ellen Simon**

Case number (if know) _____

---

**4.3
983**

**Shock, Margaret**

Nonpriority Creditor's Name

**16211 Downey Ave. #100
Paramount, CA 90723**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number　**1071**　　　　　　　　　**Unknown**

When was the debt incurred?　**12/27/2011**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify　**Business Debt - Past Customer of Exterior Specialist**

---

**4.3
984**

**Shortt, Patricia**

Nonpriority Creditor's Name

**127 J Ave.
Coronado, CA 92118**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number　**3033**　　　　　　　　　**Unknown**

When was the debt incurred?　**7/23/2013**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify　**Business Debt - Past Customer of Exterior Specialist**

---

**4.3
985**

**Shortt, Patricia**

Nonpriority Creditor's Name

**127 J Ave
Coronado, CA 92118**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number　**3014**　　　　　　　　　**Unknown**

When was the debt incurred?　**12/30/2013**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify　**Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3<br>986 | **Shull, Luis & Gloria** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**15656 Burwood Road**
**Victorville, CA 92394**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4133**                 **Unknown**

**When was the debt incurred?**   **9/12/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>987 | **Shumate, Kathleen** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**8525 Dallas St.**
**La Mesa, CA 91942**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1071**                 **Unknown**

**When was the debt incurred?**   **4/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3<br>988 | **Shuttleworth, Marianne** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**19936 Grant St.**
**Corona, CA 92881**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3090**                 **Unknown**

**When was the debt incurred?**   **8/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 989 | | | |
|---|---|---|---|

**Sibner, Blanche**
Nonpriority Creditor's Name

**212 Avenida Majorca # N**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **3018**          **Unknown**

**When was the debt incurred?**   **9/12/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 990 | | | |
|---|---|---|---|

**Sicairos, Roberto & Madeleine**
Nonpriority Creditor's Name

**2470 Mill Creek Rd**
**Mentone, CA 92359**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **3155**          **Unknown**

**When was the debt incurred?**   **11/14/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 991 | | | |
|---|---|---|---|

**Siebel, Steven & Christine**
Nonpriority Creditor's Name

**24295 Dracaea Ave**
**Mo.Valley, CA 92553**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1949**          **Unknown**

**When was the debt incurred?**   **3.14.15**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.3** **992** | **Siegel, Charles** | |

Nonpriority Creditor's Name

**1807 Bonita Ave**
**Berkeley 94709, CA 94709**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1069**                     **$0.00**

**When was the debt incurred?** **07/19/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3** **993** | **Siemenson, Jeff & Donna** | |

Nonpriority Creditor's Name

**10 Carrelage Ln.**
**Foothill Ranch, CA 92610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **2055**                     **Unknown**

**When was the debt incurred?** **8/20/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.3** **994** | **Sigala, Silvia** | |

Nonpriority Creditor's Name

**2502 S. Myrtle**
**Monrovia, CA 91016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **2027**                     **Unknown**

**When was the debt incurred?** **12/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 995 | **Siller, Alice** | Last 4 digits of account number | **1432** | **Unknown** |

Nonpriority Creditor's Name

**2169 Evelyn Ave**
**San Jose, CA 95122**
Number Street City State Zip Code

When was the debt incurred? **12/25/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 996 | **Silva, Frances** | Last 4 digits of account number | **1067** | **Unknown** |

Nonpriority Creditor's Name

**645 C Street**
**Lemoore, CA 93245**
Number Street City State Zip Code

When was the debt incurred? **07/12/11**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 997 | **Silva, Gabriel & Angelina** | Last 4 digits of account number | **0014** | **Unknown** |

Nonpriority Creditor's Name

**751 Ada St.**
**Chula Vista, CA 91911**
Number Street City State Zip Code

When was the debt incurred? **06/22/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.3 998 | **Silva, Olga & Robert** | Last 4 digits of account number | **1010** | **Unknown** |

Nonpriority Creditor's Name
**1703 W. Metzer**
**Sanger, CA 93657**
Number Street City State Zip Code

**When was the debt incurred?**   **07/12/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.3 999 | **Silveira, Edward & Joann** | Last 4 digits of account number | **2017** | **Unknown** |

Nonpriority Creditor's Name
**21132 Garden Ave**
**Hayward, CA 94541**
Number Street City State Zip Code

**When was the debt incurred?**   **4/2/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 000 | **Silver, Marilyn & Jarvis, Lee** | Last 4 digits of account number | **2091** | **Unknown** |

Nonpriority Creditor's Name
**3402 Salisbury Cir. Unit C**
**Orange, CA 92869**
Number Street City State Zip Code

**When was the debt incurred?**   **9/7/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 001 | **Simental, Hiladrio** | Last 4 digits of account number | **2036** | **Unknown** |

Nonpriority Creditor's Name

**1304 Evita Place**
**Oxnard, CA 93030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **10/20/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 002 | **Simmons, Elizabeth** | Last 4 digits of account number | **3034** | **Unknown** |

Nonpriority Creditor's Name

**33014 Valence Ct.**
**Temecula, CA 92592**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 003 | **Simmons, Emma** | Last 4 digits of account number | **3067** | **Unknown** |

Nonpriority Creditor's Name

**1207 W 76th St**
**Los Angeles, CA 90044**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 004 | **Simon, Edward** | | |

Nonpriority Creditor's Name

**3710 Howe St.**
**Corona, CA 92881**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0130**                    **Unknown**

**When was the debt incurred?**   **11/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 005 | **Simon, Edward & Nina** | | |

Nonpriority Creditor's Name

**3710 Howe St**
**Corona, CA 92881**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2091**                    **Unknown**

**When was the debt incurred?**   **11/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 006 | **Simon, Jay & Nancy** | | |

Nonpriority Creditor's Name

**401 Canon Dr**
**Santa Barbara, CA 93105**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2052**                    **Unknown**

**When was the debt incurred?**   **6/29/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 007 | **Simoni, Carlo** |
|---|---|

Nonpriority Creditor's Name

**14991 Avenida Anita**

**Chino Hills, CA 91709**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.4 008 | **Simoni, Carlo** |
|---|---|

Nonpriority Creditor's Name

**14991 Avenida Anita**

**Chino Hills, CA 91709**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                    **Unknown**

**When was the debt incurred?**   **6/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 009 | **Simpson, Debra** |
|---|---|

Nonpriority Creditor's Name

**31940 Corte Sagunto**

**Temecula, CA 92592**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3003**                    **Unknown**

**When was the debt incurred?**   **4/20/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 010** | **Simpson, Douglass** | Last 4 digits of account number **2026** |

Nonpriority Creditor's Name

**1640 N. Baker Ave**
**Ontario, CA 91764**
Number Street City State Zip Code

**Unknown**

When was the debt incurred?  **7/10/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 011** | **Simpson, Edith** | Last 4 digits of account number **4030** |

Nonpriority Creditor's Name

**1239 Connecticut St**
**Imperial Beach, CA 91932**
Number Street City State Zip Code

**Unknown**

When was the debt incurred?  **9/9/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 012** | **Simpson, Glen** | Last 4 digits of account number **0030** |

Nonpriority Creditor's Name

**17151 Kampon ln.**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

**Unknown**

When was the debt incurred?  **06/29/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 013 | **Simpson, Naida** | | Last 4 digits of account number | **0053** | **Unknown** |

Nonpriority Creditor's Name
**13920 Thunderbird Dr. 7J**
**Seal Beach, CA 90740**
Number Street City State Zip Code

When was the debt incurred?  **08/24/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 014 | **Sims, Erika** | | Last 4 digits of account number | **2042** | **Unknown** |

Nonpriority Creditor's Name
**3226 Clay Street # B**
**Newport Beach, CA 92663**
Number Street City State Zip Code

When was the debt incurred?  **2/9/2012**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 015 | **Sims, Gary & Maria** | | Last 4 digits of account number | **3009** | **Unknown** |

Nonpriority Creditor's Name
**26569 Goodrich Drive**
**Sun City, CA 92585**
Number Street City State Zip Code

When was the debt incurred?  **1/25/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4<br>016 | **Sims, Willie & Lynda** | Last 4 digits of account number | **3027** | **Unknown** |

Nonpriority Creditor's Name

**6998 Argyle Ave.**
**San Bernardino, CA 92404**
Number Street City State Zip Code

**When was the debt incurred?** **8/21/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4<br>017 | **Sinclair, Ruth** | Last 4 digits of account number | **3063** | **Unknown** |

Nonpriority Creditor's Name

**874 Oro St**
**El Cajon, CA 92021**
Number Street City State Zip Code

**When was the debt incurred?** **1/7/2014**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4<br>018 | **Singer, Michael** | Last 4 digits of account number | **3021** | **Unknown** |

Nonpriority Creditor's Name

**253 Jameson Ct.**
**Sierra Madre, CA 91024**
Number Street City State Zip Code

**When was the debt incurred?** **2/2/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 019 | | | |
|---|---|---|---|

**Singer, Peter**

Nonpriority Creditor's Name

**6106 College Ave.**
**San Diego, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1029**                    $0.00

When was the debt incurred?   **07/05/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 020 | | | |
|---|---|---|---|

**Singh, Sant & Lalita**

Nonpriority Creditor's Name

**29395 Lassen St**
**Hayward, CA 94544**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2011**                    Unknown

When was the debt incurred?   **10/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 021 | | | |
|---|---|---|---|

**Singhal, Anil & Rebecca**

Nonpriority Creditor's Name

**30815 Oakrim Drive**
**West Lake Village, CA 91362**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0081**                    Unknown

When was the debt incurred?   **10/18/2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 022 | **Singhal, Anil & Rebecca** | Last 4 digits of account number | **0081** | **$0.00** |

Nonpriority Creditor's Name
**30815 Oakrim Dr.**
**West Lake Village, CA 91362**
Number Street City State Zip Code

When was the debt incurred?  **11/02/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 023 | **Singleton, Ray & Elizabeth** | Last 4 digits of account number | **4003** | **Unknown** |

Nonpriority Creditor's Name
**5303 Camino Real**
**Riverside, CA 92509**
Number Street City State Zip Code

When was the debt incurred?  **2/28/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 024 | **Singleton, Raymond** | Last 4 digits of account number | **3001** | **Unknown** |

Nonpriority Creditor's Name
**5303 Camino Real**
**Riverside, CA 92509**
Number Street City State Zip Code

When was the debt incurred?  **4/23/2013**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 025 | | |
|---|---|---|

**Sirhed, Emil**
Nonpriority Creditor's Name

**1608 7th St**
**Delano, CA 93215**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **3016**        **Unknown**

**When was the debt incurred?**  **10/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 026 | | |
|---|---|---|

**Siscoe, Dale & Deb**
Nonpriority Creditor's Name

**5885 Fontane St.**
**San Diego, CA 92120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **1070**        **Unknown**

**When was the debt incurred?**  **5/3/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 027 | | |
|---|---|---|

**Sissov, Carolyn**
Nonpriority Creditor's Name

**1727 Acacia Hill**
**Diamond Bar, CA 91765**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **3056**        **Unknown**

**When was the debt incurred?**  **1/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.4 028 | | |
|---|---|---|

**Sizemore, Kenneth**

Nonpriority Creditor's Name

**4515 Toucan St**
**Torrance, CA 90503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1040**                                    **Unknown**

**When was the debt incurred?**   **12/27/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 029 | | |
|---|---|---|

**Sjogren, stan**

Nonpriority Creditor's Name

**3631 Coronado Drive**
**Fullerton, CA 92835**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0140**                                    **$0.00**

**When was the debt incurred?**   **12/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 030 | | |
|---|---|---|

**Skala, Viola**

Nonpriority Creditor's Name

**1357 Kumquat Pl.**
**Oxnard, CA 93030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0098**                                    **Unknown**

**When was the debt incurred?**   **05/04/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.4 031** | **Skawienski, Theodore** | |

Nonpriority Creditor's Name

**1791 Farroll Road**
**Grover Beach, CA 93433**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4169**            **Unknown**

**When was the debt incurred?**   **6/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 032** | **Skawienski, Theodore** | |

Nonpriority Creditor's Name

**1791 Farroll Rd.**
**Grover Beach, CA 93433**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3053**            **Unknown**

**When was the debt incurred?**   **8/3/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 033** | **Slater, Sandra** | |

Nonpriority Creditor's Name

**7731 Bolero Drive**
**Riverside, CA 92509**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1082**            **Unknown**

**When was the debt incurred?**   **8/2/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 034 | | |
|---|---|---|

**Sledd, George**
Nonpriority Creditor's Name
**1068 Sunset Drive**
**Vista, CA 92081**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number    **2118**            **Unknown**

**When was the debt incurred?**    **2/20/2012**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 035 | | |
|---|---|---|

**Sliwoski, Mike**
Nonpriority Creditor's Name
**3334 Fallen Leaf**
**Corona, CA 92882**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number    **2001**            **Unknown**

**When was the debt incurred?**    **12/31/2014**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 036 | | |
|---|---|---|

**Sloan, Ellen**
Nonpriority Creditor's Name
**605 N. Marquette Street**
**Pacific Palisades, CA 90272**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number    **1089**            **Unknown**

**When was the debt incurred?**    **9/14/2011**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 037 | |
|---|---|

**Sloan, Tula**
Nonpriority Creditor's Name

**78634 Falsetto Drive**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **2091**                      **Unknown**

When was the debt incurred?    **5/21/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 038 | |
|---|---|

**Sloan, Tula**
Nonpriority Creditor's Name

**78634 Falsetto Dr.**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **2091**                      **Unknown**

When was the debt incurred?    **6/25/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 039 | |
|---|---|

**Slocum, Don & Ruthann**
Nonpriority Creditor's Name

**18 Blackswan**
**Irvine, CA 92602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **2058**                      **Unknown**

When was the debt incurred?    **7/7/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know)

---

**4.4**
**040**

**Slotkin, Steve**

Nonpriority Creditor's Name

**180 N. C Street**
**Tustin, CA 92780**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

**4.4**
**041**

**Slotkin, Steve**

Nonpriority Creditor's Name

**180 North C Street**
**Tustin, CA 92780**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                    **Unknown**

**When was the debt incurred?**   **1/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

**4.4**
**042**

**Smallwood, Marc**

Nonpriority Creditor's Name

**8408 Orange Blossom Ave**
**Bakersfield, CA 93306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4017**                    **Unknown**

**When was the debt incurred?**   **11/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 043 | **Smith, AJ** | Last 4 digits of account number | **1940** | **Unknown** |

Nonpriority Creditor's Name

**12472 Mesa Street**
**Victorville, CA 92392**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 044 | **Smith, Barbara** | Last 4 digits of account number | **3001** | **Unknown** |

Nonpriority Creditor's Name

**362 Serramonte Terrace**
**Fremont, CA 94536**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **1/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 045 | **Smith, Burl** | Last 4 digits of account number | **1057** | **Unknown** |

Nonpriority Creditor's Name

**5145 Miembro**
**Laguna Woods, CA 92637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

| | |
|---|---|
| **4.4 046** | |

**Smith, Dan**

Nonpriority Creditor's Name

**375 Sandy Road**
**Lakeside, CA 92065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4025**                    **Unknown**

**When was the debt incurred?**    **2/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4 047** | |

**Smith, Darrel**

Nonpriority Creditor's Name

**2579 Amanda St**
**Highland, CA 92346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3044**                    **Unknown**

**When was the debt incurred?**    **10/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4 048** | |

**Smith, David**

Nonpriority Creditor's Name

**39300 Juan Circle**
**Cathedral City, CA 92234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    _____                    **Unknown**

**When was the debt incurred?**    **1/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 049 | **Smith, David** | Last 4 digits of account number | **3110** | **Unknown** |

Nonpriority Creditor's Name
**39300 Juan Cir.**
**Cathedral City, CA 92234**
Number Street City State Zip Code

**When was the debt incurred?**  **9/6/2013**

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 050 | **Smith, Delores** | Last 4 digits of account number | **1938** | **Unknown** |

Nonpriority Creditor's Name
**1364 Washington Ave**
**Escondido, CA 92027**
Number Street City State Zip Code

**When was the debt incurred?**  **3/10/2015**

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 051 | **Smith, Delores** | Last 4 digits of account number | **3128** | **Unknown** |

Nonpriority Creditor's Name
**1364 E. Washington Ave**
**Escondido, CA 92027**
Number Street City State Zip Code

**When was the debt incurred?**  **9/28/2013**

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4 052**

**Smith, Dennis & Barbara**
Nonpriority Creditor's Name
**4635 Central Avenue**
**Fremont, CA 94536**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **2028**    **Unknown**

When was the debt incurred?    **8/22/2012**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

**4.4 053**

**Smith, Ernest & Leslie**
Nonpriority Creditor's Name
**107 Verome Avenue**
**Goleta, CA 93117**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **1126**    **Unknown**

When was the debt incurred?    **4/12/2011**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 054**

**Smith, Jack**
Nonpriority Creditor's Name
**343 E. Taylor**
**Santa Maria, CA 93454**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    **2039**    **Unknown**

When was the debt incurred?    **10/29/2012**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4 055**

**Smith, Jackie**
Nonpriority Creditor's Name
**1030 Salem Avenue**
**Oxnard, CA 93036**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1084**                    **Unknown**

When was the debt incurred?    **11/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 056**

**Smith, Jackie**
Nonpriority Creditor's Name
**1030 Salem Ave.**
**Oxnard, CA 93036**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0048**                    **Unknown**

When was the debt incurred?    **03/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 057**

**Smith, James**
Nonpriority Creditor's Name
**1543 Turquesa Drive**
**San Jacinto, CA 92583**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4091**                    **Unknown**

When was the debt incurred?    **11/24/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 058 | | | |
|---|---|---|---|

**Smith, Jimmie**

Nonpriority Creditor's Name

**815 Katella Street**
**Laguna Beach, CA 92651**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4088**          **Unknown**

**When was the debt incurred?**  **6/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 059 | | | |
|---|---|---|---|

**Smith, Joel**

Nonpriority Creditor's Name

**7365 Ponce Ave.**
**West Hills, CA 91307**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3121**          **Unknown**

**When was the debt incurred?**  **8/28/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 060 | | | |
|---|---|---|---|

**Smith, Joyce**

Nonpriority Creditor's Name

**750 E. Avery St.**
**San Bernardino, CA 92404**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3012**          **Unknown**

**When was the debt incurred?**  **11/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 061 | | |
|---|---|---|

**Smith, Joynce**
Nonpriority Creditor's Name

**833 Rangeview St.**
**Spring Valley, CA 91977**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2122**                    **Unknown**

**When was the debt incurred?**   **11/8/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 062 | | |
|---|---|---|

**Smith, Laura & Joram**
Nonpriority Creditor's Name

**14 Temecula Court**
**Rancho Santa Margarita, CA 92688**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3127**                    **Unknown**

**When was the debt incurred?**   **1/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 063 | | |
|---|---|---|

**Smith, Lester**
Nonpriority Creditor's Name

**1214 W. 132nd Street**
**Gardena, CA 90247**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1058**                    **Unknown**

**When was the debt incurred?**   **10/25/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 064 | | | |
|---|---|---|---|

**Smith, Lester**
Nonpriority Creditor's Name
**1214 Fresno St.**
**Madera, CA 93638**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1095**                          **Unknown**

**When was the debt incurred?**  **08/23/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 065 | | | |
|---|---|---|---|

**Smith, Leta**
Nonpriority Creditor's Name
**11972 Peach Tree Rd.**
**Yucaipa, CA 92399**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1011**                          **Unknown**

**When was the debt incurred?**  **3/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 066 | | | |
|---|---|---|---|

**Smith, Marilene**
Nonpriority Creditor's Name
**6870 Serra Ave**
**Atascadero, CA 93422**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3098**                          **Unknown**

**When was the debt incurred?**  **8/6/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 067 | **Smith, Robin & Nondo** | Last 4 digits of account number | **3188** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**28009 Clifton Ave**
**Highland, CA 92346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **9/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 068 | **Smith, Rose** | Last 4 digits of account number | **1043** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**543 Dimm St**
**Richmond 94805, CA 94805**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **07/12/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 069 | **Smith, Ruth** | Last 4 digits of account number | **1131** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**13642 Purdy Street**
**Garden Grove, CA 92844**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **11/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4<br>070 | **Smith, Sammy** | Last 4 digits of account number | **2107** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**12757 Barrett Lane**
**Santa Ana, CA 92705**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **4/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4<br>071 | **Smith, Sammy & Marsha** | Last 4 digits of account number | **3176** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**12757 Barrett Ln**
**Santa Ana, CA 92705**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **9/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4<br>072 | **Smith, Shirley** | Last 4 digits of account number | **4043** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**28601 Pebble Beach Drive**
**Sun City, CA 92586**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **7/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | | |
|---|---|---|---|
| **4.4** **073** | **Smith, Sidney & Jill** | Last 4 digits of account number  **2041** | **Unknown** |

Nonpriority Creditor's Name
**720 S Camino Real**
**Palm Springs, CA 92264**
Number Street City State Zip Code

When was the debt incurred?  **6/27/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.4** **074** | **Smithers, Barb & Buddy** | Last 4 digits of account number  **2045** | **Unknown** |

Nonpriority Creditor's Name
**7020 Syracuse**
**Stanton, CA 90680**
Number Street City State Zip Code

When was the debt incurred?  **3/26/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.4** **075** | **Smythe, Bradley** | Last 4 digits of account number  **3122** | **Unknown** |

Nonpriority Creditor's Name
**835 D AVENUE**
**CORONADO, CA 92118**
Number Street City State Zip Code

When was the debt incurred?  **12/30/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 076 | **Snethen, Phillip** | Last 4 digits of account number | **2088** | **Unknown** |

Nonpriority Creditor's Name

**5006 Sunrose Ct.**
**Oceanside, CA 92056**

When was the debt incurred?  **2/6/2012**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 077 | **Snider, Seth** | Last 4 digits of account number | **4005** | **Unknown** |

Nonpriority Creditor's Name

**24922 Calle Vecindad**
**Lake Forest, CA 92630**

When was the debt incurred?  **4/26/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 078 | **Snook, Everett** | Last 4 digits of account number | **1022** | **Unknown** |

Nonpriority Creditor's Name

**2824 Sharp Rd.**
**Simi Valley, CA 93065**

When was the debt incurred?  **3/22/2011**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 079 | **Snow, Mr. & Mrs.** | Last 4 digits of account number | **0048** | **Unknown** |

Nonpriority Creditor's Name
**8811 Lauder Circle**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

**When was the debt incurred?**   **1/4/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 080 | **Snowdy, Joan & Jim** | Last 4 digits of account number | **4005** | **Unknown** |

Nonpriority Creditor's Name
**722 E. Bunny Ave**
**Santa Maria, CA 93454**
Number Street City State Zip Code

**When was the debt incurred?**   **1/28/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 081 | **Snyder, Eileen** | Last 4 digits of account number | **0092** | **Unknown** |

Nonpriority Creditor's Name
**4671 Simone Way**
**Cypress, CA 90630**
Number Street City State Zip Code

**When was the debt incurred?**   **07/13/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 082 | **So Cal Customs Inc.** | Last 4 digits of account number | **None** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1040 S Mt Vernon Ave Ste G285**
**Colton, CA 92324**

When was the debt incurred?   **1/1/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 083 | **So Cal Gas** | Last 4 digits of account number | **7393** | **$540.93** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box C**
**Monterey Park, CA 91756-5111**

When was the debt incurred?   **1/28/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 084 | **Soares, Edward & Joyce** | Last 4 digits of account number | **2001** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1181 Onstoot Rd.**
**Lompoc, CA 93936**

When was the debt incurred?   **1/16/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 085 | **Soderman, Patricia** | Last 4 digits of account number **3031** | **Unknown** |

Nonpriority Creditor's Name

**7052 Kermore Ln**
**Stanton, CA 90680**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **4/3/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 086 | **Solis, Dave** | Last 4 digits of account number **3083** | **Unknown** |

Nonpriority Creditor's Name

**6042 Annan Way**
**Los Angeles, CA 90042**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **12/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 087 | **Solis, David** | Last 4 digits of account number **2040** | **Unknown** |

Nonpriority Creditor's Name

**6042 Annan Way**
**Highland Park, CA 90042**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **8/21/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 088 | **Solis, David** | Last 4 digits of account number | **1041** | **Unknown** |

Nonpriority Creditor's Name
**6042 Annan Way.**
**Los Angeles, CA 90042**
Number Street City State Zip Code

When was the debt incurred?   **4/12/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 089 | **Solis, Edward** | Last 4 digits of account number | **4155** | **Unknown** |

Nonpriority Creditor's Name
**1016 N. Ardmore Ave**
**Los Angeles, CA 90029**
Number Street City State Zip Code

When was the debt incurred?   **6/11/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 090 | **Soller, Doug & Stacie** | Last 4 digits of account number | **3117** | **Unknown** |

Nonpriority Creditor's Name
**19211 Jasper Hill Rd**
**Trabuco Canyon, CA 92679**
Number Street City State Zip Code

When was the debt incurred?   **1/27/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 091 | | |
|---|---|---|

**Solomon**
Nonpriority Creditor's Name
**9946 Beverly St**
**Bellflower, CA 90706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2058**          **Unknown**

**When was the debt incurred?**   **8/18/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 092 | | |
|---|---|---|

**Solorio**
Nonpriority Creditor's Name
**10951 Terradell St.**
**Sante Fe Springs, CA 90670**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2010**          **Unknown**

**When was the debt incurred?**   **11/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 093 | | |
|---|---|---|

**Sommer, Lowell & Donna**
Nonpriority Creditor's Name
**1912 Heywood St. Unit C**
**Simi Valley, CA 93065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0064**          **Unknown**

**When was the debt incurred?**   **03/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 094 | | | |
|---|---|---|---|

**Sommerfield, Charlene**

Nonpriority Creditor's Name

**8522 Brodie Ln.**
**Santee, CA 92071**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1013**          **$0.00**

**When was the debt incurred?**   **09/27/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 095 | | | |
|---|---|---|---|

**Sommerville, Hazel**

Nonpriority Creditor's Name

**522 Hant Ave.**
**El Cajon, CA 92021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0011**          **Unknown**

**When was the debt incurred?**   **09/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 096 | | | |
|---|---|---|---|

**Son, Robert & Bernie**

Nonpriority Creditor's Name

**704 E 19Th Street**
**National City, CA 91950**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4060**          **Unknown**

**When was the debt incurred?**   **9/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 097 | **Soo, Cindy & Young, Thomas** | Last 4 digits of account number | **2018** | **Unknown** |

Nonpriority Creditor's Name
**65 Santa Barbara Ave.**
**San Francisco, CA 94112**
Number Street City State Zip Code

**When was the debt incurred?**    **11/9/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 098 | **Soo-Hoo, Brian** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name
**4667 MacArthur Blvd Ste 150**
**Newport Beach, CA 92660**
Number Street City State Zip Code

**When was the debt incurred?**    **12/14/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 099 | **Soohoo, Jeffrey** | Last 4 digits of account number | **0022** | **Unknown** |

Nonpriority Creditor's Name
**24503 Jeronimo Ln.**
**Lake Forrest, CA 92630**
Number Street City State Zip Code

**When was the debt incurred?**    **07/06/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.4**
**100**

| | |
|---|---|
| **Sor, Cynthia** | |

Nonpriority Creditor's Name

**5861 Lewis Ave**

**Long Beach, CA 90805**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **2044**                  **Unknown**

**When was the debt incurred?**   **10/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.4**
**101**

| | |
|---|---|
| **Sorenson, Dusty** | |

Nonpriority Creditor's Name

**13051 13Th Street**

**Chino, CA 91710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1932**                  **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**102**

| | |
|---|---|
| **Sorenson, Stanley** | |

Nonpriority Creditor's Name

**2001 Verdugo Pl.**

**Fullerton, CA 92833**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1008**                  **Unknown**

**When was the debt incurred?**   **11/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.4 103 | **Sosa, Margaret** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**205 E. Bencamp St.**
**San Gabriel, CA 91776**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3051**          **Unknown**

When was the debt incurred?  **8/7/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 104 | **Sosnkowski, Alexander & Anne** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1437 Ponderosa Ave.**
**Fullerton, CA 92835**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1084**          **Unknown**

When was the debt incurred?  **7/19/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 105 | **Sosnowski, Alexander & Ann** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1437 Ponderosa Ave.**
**Fullerton, CA 92835**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0167**          **$0.00**

When was the debt incurred?  **12/14/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 106** | **Soto, Lucia** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number**   **1035** | **Unknown** |

**13149 Francisquito**
**Baldwin Park, CA 91706**
Number Street City State Zip Code

**When was the debt incurred?**   **3/29/2011**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only

■ Contingent
☐ Unliquidated

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 107** | **Soto, Marta & Erick** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number**   **3006** | **Unknown** |

**11003 KANE AVE**
**WHITTIER, CA 90604**
Number Street City State Zip Code

**When was the debt incurred?**   **12/17/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only

■ Contingent
☐ Unliquidated

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 108** | **Soto, Norma** | |

| | | |
|---|---|---|
| Nonpriority Creditor's Name | **Last 4 digits of account number**   **4148** | **Unknown** |

**28585 Pebble  Beach Dr**
**Sun City, CA 92586**
Number Street City State Zip Code

**When was the debt incurred?**   **6/13/2014**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only

■ Contingent
☐ Unliquidated

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**
■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.4 109 | **Southward, Charley & Debbie** | | Last 4 digits of account number | **1060** | **Unknown** |

Nonpriority Creditor's Name

**8573 Verlane Dr.**
**San Diego, CA 92119**

When was the debt incurred?   **2/22/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 110 | **Sowell, Alesia** | | Last 4 digits of account number | **3005** | **Unknown** |

Nonpriority Creditor's Name

**6586 Corte La Paz**
**Carlsbad, CA 92007**

When was the debt incurred?   **9/18/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 111 | **Sowers, Sherry** | | Last 4 digits of account number | **1053** | **$0.00** |

Nonpriority Creditor's Name

**631 S. Porto Pl.**
**Anaheim, CA 92802**

When was the debt incurred?   **07/05/11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.4 112 | **Spaeth, Nancy** | Last 4 digits of account number | **3081** | **Unknown** |

Nonpriority Creditor's Name

**1289 N Mollison Ave #B**
**El Cajon, CA 92021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **9/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 113 | **Spankle, John** | Last 4 digits of account number | **1020** | **Unknown** |

Nonpriority Creditor's Name

**4845 Rosemary Dr.**
**Los Angeles, CA 90041**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **3/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 114 | **Spann, Billy & Selena** | Last 4 digits of account number | **4027** | **Unknown** |

Nonpriority Creditor's Name

**19624 Campaign Drive**
**Carson, CA 90746**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **3/26/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 115 | | | |
|---|---|---|---|

**Spanovic, Michael**
Nonpriority Creditor's Name
**31488 Via Vista Mejor**
**Valley Center, CA 92082**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3078**                    **Unknown**

**When was the debt incurred?**    **3/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 116 | | | |
|---|---|---|---|

**Spata, Regina**
Nonpriority Creditor's Name
**2504 E. Morongo Trail**
**Palm Springs, CA 92264**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4032**                    **Unknown**

**When was the debt incurred?**    **5/27/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 117 | | | |
|---|---|---|---|

**Spaulding, John**
Nonpriority Creditor's Name
**1200 Peach Ave**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2095**                    **Unknown**

**When was the debt incurred?**    **12/7/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4**<br>**118** | **Spaun, Marilyn** | |

Nonpriority Creditor's Name

**711 Myrtle Ave.**
**Glendora, CA 91741**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3014**        **Unknown**

**When was the debt incurred?**  **5/20/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4**<br>**119** | **Spears, Minnie** | |

Nonpriority Creditor's Name

**2628 Logan Street**
**Oakland, CA 94601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **104l**        **Unknown**

**When was the debt incurred?**  **9/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4**<br>**120** | **Speer, Bryan & Anabel** | |

Nonpriority Creditor's Name

**2112 E Eucalyptus Ln**
**Brea, CA 92821**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3152**        **Unknown**

**When was the debt incurred?**  **11/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.4 121 | **Spelatz-Garcia, Jeff & Sonia** | Last 4 digits of account number | **3009** | **Unknown** |

Nonpriority Creditor's Name
**2610 W. Kearny Ln**
**La Habra, CA 90631**

When was the debt incurred?   **7/9/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

☐ Yes

| 4.4 122 | **Spencer, Irene** | Last 4 digits of account number | **1048** | **Unknown** |

Nonpriority Creditor's Name
**2107 Frank Fort Street**
**San Diego, CA 92110**

When was the debt incurred?   **8/9/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

☐ Yes

| 4.4 123 | **Spencer, Joyce & Baldwin, Cozzie** | Last 4 digits of account number | **0112** | **Unknown** |

Nonpriority Creditor's Name
**1423 Camellia Dr**
**Palo Alto, CA 94303**

When was the debt incurred?   **04/05/11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

☐ Yes

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 124 | | |
|---|---|---|

**Spencer, Kevin & Kristy**

Nonpriority Creditor's Name

**8691 Holly Way.**
**Buena Park, CA 90620**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0018**          **Unknown**

**When was the debt incurred?**    **06/01/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 125 | | |
|---|---|---|

**Sperling, William**

Nonpriority Creditor's Name

**8029 Hemingway Ave.**
**San Diego, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0142**          **Unknown**

**When was the debt incurred?**    **12/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 126 | | |
|---|---|---|

**Spiers, Evelyn**

Nonpriority Creditor's Name

**13161 Cranston Ave**
**Sylmar, CA 91342**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4092**          **Unknown**

**When was the debt incurred?**    **7/24/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 |
|-----|
| 127 |

**Spiers, Evelyn & Debbie**
Nonpriority Creditor's Name

**13161 Cranston Ave**
**Sylmar, CA 91340**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3012**          **Unknown**

**When was the debt incurred?**   **5/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 |
|-----|
| 128 |

**Spies, Richard**
Nonpriority Creditor's Name

**4408 Verley Court**
**San Diego, CA 92117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2005**          **Unknown**

**When was the debt incurred?**   **1/3/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 |
|-----|
| 129 |

**Spies, Richard**
Nonpriority Creditor's Name

**4408 Verley Ct.**
**San Diego, CA 92117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3142**          **Unknown**

**When was the debt incurred?**   **8/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 130** | **Spies, Richard** | |

Nonpriority Creditor's Name

**4408 Verly Ct.**

**San Diego, CA 92117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2066**          **Unknown**

**When was the debt incurred?**   **1/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 131** | **Spinner, Leo** | |

Nonpriority Creditor's Name

**2464 Links Way**

**Vista, CA 92083**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1125**          **Unknown**

**When was the debt incurred?**   **5/31/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 132** | **Spoor, Daniela** | |

Nonpriority Creditor's Name

**3335 Goldsmith St**

**San Diego, CA 92106**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1953**          **Unknown**

**When was the debt incurred?**   **12/27/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

<table>
<tr><td>4.4<br>133</td><td colspan="2"></td></tr>
</table>

**Spoor, Daniela**
Nonpriority Creditor's Name
**3335 Goldsmith St**
**San Diego, CA 92106**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4053**          **Unknown**

**When was the debt incurred?**   **12/27/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

<table>
<tr><td>4.4<br>134</td><td colspan="2"></td></tr>
</table>

**Spoor, Eric & Daniela**
Nonpriority Creditor's Name
**3335 Goldsmith St**
**San Diego, CA 92106**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3080**          **Unknown**

**When was the debt incurred?**   **12/2/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

<table>
<tr><td>4.4<br>135</td><td colspan="2"></td></tr>
</table>

**Spraetz, Marilyn & Ken**
Nonpriority Creditor's Name
**2414 Vista Valley Rd**
**Vista, CA 92084**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3008**          **Unknown**

**When was the debt incurred?**   **6/18/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 136** | **Sprenger, Chuck & Sandy** | Last 4 digits of account number  **2075**          **Unknown** |

Nonpriority Creditor's Name
**61 Oaktree Dr.**
**Rancho Mirage, CA 92270**
Number Street City State Zip Code

**When was the debt incurred?**   **9/10/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 137** | **Spurlock, William** | Last 4 digits of account number  **3006**          **Unknown** |

Nonpriority Creditor's Name
**1467 N. Mountain Ave.**
**Claremont, CA 91711**
Number Street City State Zip Code

**When was the debt incurred?**   **5/27/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 138** | **Srinivasan, Narayana** | Last 4 digits of account number  **2067**          **Unknown** |

Nonpriority Creditor's Name
**28 Rustling Wind**
**Irvine, CA 92612**
Number Street City State Zip Code

**When was the debt incurred?**   **3/24/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | | |
|---|---|---|---|
| **4.4 139** | **St George, Dennis & Debbie** | Last 4 digits of account number   **3074** | **Unknown** |

Nonpriority Creditor's Name
**889 S University Dr**
**Riverside, CA 92507**
Number Street City State Zip Code

When was the debt incurred?   **5/15/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.4 140** | **St. Michael, Lois** | Last 4 digits of account number   **1013** | **Unknown** |

Nonpriority Creditor's Name
**8440 Sleepy Way**
**El Cajon, CA 92021**
Number Street City State Zip Code

When was the debt incurred?   **7/19/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.4 141** | **Stabin, Randy & Vickie** | Last 4 digits of account number   **0039** | **Unknown** |

Nonpriority Creditor's Name
**555 Arroyo Ave.**
**Santa Barbara, CA 93109**
Number Street City State Zip Code

When was the debt incurred?   **06/15/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 142 | | | |
|---|---|---|---|

**Stadelman, Lynn**
Nonpriority Creditor's Name

**720 Glen Arbor**
**Encinitas, CA 92028**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   3029

**When was the debt incurred?**   5/7/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 143 | | | |
|---|---|---|---|

**Staley, Terry**
Nonpriority Creditor's Name

**6717 Loma Ave.**
**San Gabriel, CA 91775**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   0102

**When was the debt incurred?**   10/05/10

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 144 | | | |
|---|---|---|---|

**Stanchemore, Jennard**
Nonpriority Creditor's Name

**3676 Northland Dr.**
**Los Angeles, CA 90008**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   1031

**When was the debt incurred?**   5/3/2011

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*)  _____

---

| 4.4 145 | **Stangl, Merilee** | Last 4 digits of account number | **3082** | **Unknown** |

Nonpriority Creditor's Name

**622 Thames Way**
**Costa Mesa, CA 92626**

Number Street City State Zip Code

**When was the debt incurred?**  **11/2/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 146 | **Stanley, Ignacia** | Last 4 digits of account number | **3019** | **Unknown** |

Nonpriority Creditor's Name

**39502 Long Ridge Drive**
**Temecula, CA 92591**

Number Street City State Zip Code

**When was the debt incurred?**  **6/23/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 147 | **Stanley, Tim & Patrice** | Last 4 digits of account number | **2032** | **Unknown** |

Nonpriority Creditor's Name

**1560 Meads**
**Orange, CA 92869**

Number Street City State Zip Code

**When was the debt incurred?**  **8/26/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| | |
|---|---|
| **4.4** **148** | **Stanojevich, Maria** |

Nonpriority Creditor's Name

**833 Barchugh Pl**
**San Pedro, CA 90731**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1436**                    **Unknown**

**When was the debt incurred?**    **11/19/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4** **149** | **Staples** |

Nonpriority Creditor's Name

**PO Box 83689**
**Chicago, IL 60696-3689**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **7111**                    **$6,005.99**

**When was the debt incurred?**    **5/23/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| | |
|---|---|
| **4.4** **150** | **Stark, Ron** |

Nonpriority Creditor's Name

**9900 Santa Luca Rd**
**Atascadero, CA 93422**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **3099**                    **Unknown**

**When was the debt incurred?**    **7/31/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 151 | **Stark, Ronald** | Last 4 digits of account number | **3086** | **Unknown** |

Nonpriority Creditor's Name
**9900 Santa Lucia Rd**
**Atascadero, CA 93422**
Number Street City State Zip Code

**When was the debt incurred?**    **1/7/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 152 | **Stark, Ronald** | Last 4 digits of account number | **4072** | **Unknown** |

Nonpriority Creditor's Name
**9900 Santa Lucia**
**Atascadero, CA 93422**
Number Street City State Zip Code

**When was the debt incurred?**    **11/7/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 153 | **Starodoub, Peter & Jaquie** | Last 4 digits of account number | **093l** | **Unknown** |

Nonpriority Creditor's Name
**7004 Larkvale Dr.**
**Rancho Palos Verdes, CA 90275**
Number Street City State Zip Code

**When was the debt incurred?**    **08/03/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.4 154** | **Starodub, Peter** | |

| | | |
|---|---|---|
| | Last 4 digits of account number | **1445** | **Unknown** |

Nonpriority Creditor's Name

**7004 Larkvale Dr**
**Rancho Palos Verdes, CA 90275**

When was the debt incurred?   **12/29/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 155** | **Starrett, Linda & Guss** | |

| | | |
|---|---|---|
| | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**39009 Palace Drive**
**Palm Desert, CA 92211**

When was the debt incurred?   **5/7/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 156** | **Staszak, Gina** | |

| | | |
|---|---|---|
| | Last 4 digits of account number | **3078** | **Unknown** |

Nonpriority Creditor's Name

**21495 Silvertree Ln**
**Trabuco Canyon, CA 92679**

When was the debt incurred?   **9/10/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 157 | **Staszak, Gina** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |

Last 4 digits of account number  **1027**                              **Unknown**

**21495 Silvertree Lane**
**Trabuco Canyon, CA 92679**

Number Street City State Zip Code

When was the debt incurred?  **5/21/2012**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 158 | **State Compensation Insurance Fund** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |

Last 4 digits of account number  **7152**                              **$2,405.36**

**PO Box 7441**
**San Francisco, CA 94120-7441**

Number Street City State Zip Code

When was the debt incurred?  **12/31/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 159 | **Stathos, Mary & Chris** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | | |

Last 4 digits of account number  **3091**                              **Unknown**

**4140491 Moorpark St**
**Spring Valley, CA 91978**

Number Street City State Zip Code

When was the debt incurred?  **7/16/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 160 | **Stave, Mel & Karen** | Last 4 digits of account number | **4015** | **Unknown** |

Nonpriority Creditor's Name

**4143 Lost Springs Drive**
**Agoura Hills, CA 91301**
Number Street City State Zip Code

**When was the debt incurred?** **7/25/2014**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 161 | **Stave, Mel & Karen** | Last 4 digits of account number | **3080** | **Unknown** |

Nonpriority Creditor's Name

**4143 Lost Springs Road**
**Calabasas, CA 91301**
Number Street City State Zip Code

**When was the debt incurred?** **8/1/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 162 | **Steele, Con & Carrie** | Last 4 digits of account number | **0050** | **Unknown** |

Nonpriority Creditor's Name

**5641 Roane Dr.**
**Oceanside, CA 92057**
Number Street City State Zip Code

**When was the debt incurred?** **03/30/10**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 163 | **Steele, Don & Carrie** | Last 4 digits of account number | **0050** | **Unknown** |

Nonpriority Creditor's Name

**5641 Roane Drive**
**Oceanside, CA 92057**

Number Street City State Zip Code

When was the debt incurred?    **3/17/2010**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 164 | **Steele, Randall** | Last 4 digits of account number | **1110** | **Unknown** |

Nonpriority Creditor's Name

**23592 Karen Ann Cir**
**Laguna Niguel, CA 92677**

Number Street City State Zip Code

When was the debt incurred?    **11/15/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 165 | **Steele, Randall & Anne** | Last 4 digits of account number | **3161** | **Unknown** |

Nonpriority Creditor's Name

**23592 Karen Ann Cir**
**Laguna Niguel, CA 92677**

Number Street City State Zip Code

When was the debt incurred?    **8/24/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 166 | | | |
|---|---|---|---|

**Steimle, Jeremiah**

Nonpriority Creditor's Name

**1117 McKinley St**
**Lake Elsinore, CA 92530**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2047**

When was the debt incurred?  **1/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 167 | | | |
|---|---|---|---|

**Stein, Jesse**

Nonpriority Creditor's Name

**27131 Goodin Road**
**Hayward, CA 94544**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2001**

When was the debt incurred?  **8/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| 4.4 168 | | | |
|---|---|---|---|

**Stein, Linda**

Nonpriority Creditor's Name

**4744 Adenmoor Ave.**
**Lakewood, CA 90713**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1068**

When was the debt incurred?  **3/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4<br>169 | **Steinhoff, John** | Last 4 digits of account number | **0099** | **$0.00** |

Nonpriority Creditor's Name
**23619 White Oak Ct.**
**Newhall, CA 91321**
Number Street City State Zip Code

When was the debt incurred?  **10/26/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4<br>170 | **Steinmeitz, Maralee & Brenda** | Last 4 digits of account number | **1015** | **$0.00** |

Nonpriority Creditor's Name
**9 Wild Lilac Ln.**
**Las Flores, CA 92688**
Number Street City State Zip Code

When was the debt incurred?  **11/15/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4<br>171 | **Stek, Alice** | Last 4 digits of account number | **3008** | **Unknown** |

Nonpriority Creditor's Name
**237 Sherman Canal**
**Venice, CA 90291**
Number Street City State Zip Code

When was the debt incurred?  **2/2/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 172 | **Stennet, Ray** | Last 4 digits of account number | **3160** | **Unknown** |

Nonpriority Creditor's Name

**875 Camino Caballo**
**Nipomo, CA 93444**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **10/4/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 173 | **Stephenson, Cary & Christel** | Last 4 digits of account number | **2049** | **Unknown** |

Nonpriority Creditor's Name

**33716 Bridge Hampton**
**Dana Point, CA 92629**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **1/31/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 174 | **Stephenson, Gilbert & Marthalie** | Last 4 digits of account number | **3004** | **Unknown** |

Nonpriority Creditor's Name

**6232 Pepper Tree Ln.**
**Yorba Linda, CA 92886**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **12/11/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 175 | | |
|---|---|---|

**Sterkin, Yvonne**

Nonpriority Creditor's Name

**2681 Dorado Ct Apt 139**
**Thousand Oaks, CA 91362**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2005**

When was the debt incurred?   **8/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| 4.4 176 | | |
|---|---|---|

**Sterling, Dorothie**

Nonpriority Creditor's Name

**523 Devonshire**
**Oxnard, CA 93030**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2037**

When was the debt incurred?   **6/28/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| 4.4 177 | | |
|---|---|---|

**Sterling, Dorothy**

Nonpriority Creditor's Name

**523 Devonshire Dr**
**Oxnard, CA 93030**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1955**

When was the debt incurred?   **1/14/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4
178**

**Stern, Michelle**

Nonpriority Creditor's Name

**3730 Coleville Circle**

**Corona, CA 92881**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2099**                            **Unknown**

When was the debt incurred?    **6/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

**4.4
179**

**Sterner, Colleen**

Nonpriority Creditor's Name

**10 Columbine**

**Irvine, CA 92604**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4063**                            **Unknown**

When was the debt incurred?    **5/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.4
180**

**Sterner, Colleen**

Nonpriority Creditor's Name

**10 Columbine**

**Irvine, CA 92604**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1060**                            **Unknown**

When was the debt incurred?    **11/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 181 | **Stetter, Danile & Jacquline** | Last 4 digits of account number | **0098** | **Unknown** |

Nonpriority Creditor's Name
**17540 Mayerling St.**
**Granada Hills, CA 91344**
Number Street City State Zip Code

When was the debt incurred?   **06/08/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 182 | **Stevens, June** | Last 4 digits of account number | **0003** | **Unknown** |

Nonpriority Creditor's Name
**13827 Light St.**
**Whittier, CA 90605**
Number Street City State Zip Code

When was the debt incurred?   **08/17/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 183 | **Stevens, Marty & Pat** | Last 4 digits of account number | **1075** | **$0.00** |

Nonpriority Creditor's Name
**27727 Conestoga Drive**
**Rolling Hills Estates, CA 90274**
Number Street City State Zip Code

When was the debt incurred?   **08/16/11**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| | |
|---|---|
| 4.4 184 | |

**Stevens, Terry**

Nonpriority Creditor's Name

**4238 Nipomo**

**Lakewood, CA 90713**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **1029**          **$0.00**

When was the debt incurred?   **08/23/11**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| 4.4 185 | |

**Stevensen, Elinor & Pamela**

Nonpriority Creditor's Name

**1202 Mear Ln.**

**Tustin, CA 92780**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **3094**          **Unknown**

When was the debt incurred?   **7/19/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| 4.4 186 | |

**Stevenson, Mark**

Nonpriority Creditor's Name

**18381 Southern Hills**

**Yorba Linda, CA 92886**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number   **4084**          **Unknown**

When was the debt incurred?   **2/18/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 187** | **Stewart, Bruce & Mary** | |

Nonpriority Creditor's Name

**1046 W. St Andrews**
**Santa Ana, CA 92707**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2014**

When was the debt incurred?    **3/4/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| | | |
|---|---|---|
| **4.4 188** | **Stewart, Donald & Susie** | |

Nonpriority Creditor's Name

**4722 Wendell Street**
**San Diego, CA 92105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2079**

When was the debt incurred?    **2/11/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| | | |
|---|---|---|
| **4.4 189** | **Stewart, Elizabeth** | |

Nonpriority Creditor's Name

**16118 S. Woodson Drive**
**Ramona, CA 92065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number    **4103**

When was the debt incurred?    **10/22/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 190 | **Stewart, Harvey** | Last 4 digits of account number | **4081** | **Unknown** |

Nonpriority Creditor's Name

**14709 Muirfield**

**Moreno Valley, CA 92555**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **9/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 191 | **Stewart, Kent** | Last 4 digits of account number | **1126** | **Unknown** |

Nonpriority Creditor's Name

**2218 N. Lewis**

**Santa Ana, CA 92706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **3/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 192 | **Stewart, Larry** | Last 4 digits of account number | **4072** | **Unknown** |

Nonpriority Creditor's Name

**500 Hunter Drive**

**Fillmore, CA 93015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **2/3/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 193 | **Stewart, Lucille** | Last 4 digits of account number | **3144** | **Unknown** |

Nonpriority Creditor's Name
**73795 Catelina Way**
**Palm Desert, CA 92260**
Number Street City State Zip Code

**When was the debt incurred?**  **10/11/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 194 | **Stewart, Mary A.** | Last 4 digits of account number | **9043** | **Unknown** |

Nonpriority Creditor's Name
**17582 Griffith Cir.**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

**When was the debt incurred?**  **10/09/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 195 | **Stewart, Robert & Anne** | Last 4 digits of account number | **1051** | **Unknown** |

Nonpriority Creditor's Name
**907 Cercis Pl.**
**Newport Beach, CA 92660**
Number Street City State Zip Code

**When was the debt incurred?**  **3/8/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 196 | **Stice, Jim** | Last 4 digits of account number | **3001** | **Unknown** |

Nonpriority Creditor's Name
**8166 Grand Avenue**
**Yucca Valley, CA 92264**
Number Street City State Zip Code

**When was the debt incurred?**   **3/15/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 197 | **Stickler, David & Amanda** | Last 4 digits of account number | **4064** | **Unknown** |

Nonpriority Creditor's Name
**427 S. Citrus Ave**
**Escondido, CA 92027**
Number Street City State Zip Code

**When was the debt incurred?**   **10/20/2014**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 198 | **Stiffler, Charles** | Last 4 digits of account number | **2012** | **Unknown** |

Nonpriority Creditor's Name
**4820 Kelly Drive**
**Carlsbad, CA 92008**
Number Street City State Zip Code

**When was the debt incurred?**   **9/27/2012**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 |
|-----|
| 199 |

**Stille, Melissa**
Nonpriority Creditor's Name

**1894 Hardt St.**
**Loma Linda, CA 92354**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1014**                           **Unknown**

**When was the debt incurred?**   **5/24/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 |
|-----|
| 200 |

**Stipulkosky, Thomas**
Nonpriority Creditor's Name

**29116 Laro Dr**
**Agoura Hills, CA 91301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3009**                           **Unknown**

**When was the debt incurred?**   **4/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 |
|-----|
| 201 |

**Stoll, Paul**
Nonpriority Creditor's Name

**2559 Leafwood Dr**
**Camarillo, CA 93010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2016**                           **Unknown**

**When was the debt incurred?**   **6/14/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 202 | **Stout, Phillip** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**7415 Henrietta Dr.**
**Sacramento, CA 95822**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 203 | **Strang, Geoffrey** | Last 4 digits of account number | **1084** | **Unknown** |

Nonpriority Creditor's Name

**354 Osage Street**
**Spring Valley, CA 91977**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/13/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 204 | **Strassner, Irving** | Last 4 digits of account number | **0135** | **$0.00** |

Nonpriority Creditor's Name

**18741 Labrador St.**
**North Ridge, CA 91324**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 205 | **Straub, Gary** | | Last 4 digits of account number | **3008** | **Unknown** |

Nonpriority Creditor's Name

**3781 Valley View Ave**
**Norco, CA 92680**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 206 | **Strawn, Lura** | | Last 4 digits of account number | **0064** | **Unknown** |

Nonpriority Creditor's Name

**806 Poinsettia Ave.**
**San Marcos, CA 92078**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **04/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 207 | **Streator, Joyce** | | Last 4 digits of account number | **3045** | **Unknown** |

Nonpriority Creditor's Name

**521 Bellmore Way**
**Pasadena, CA 91103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **10/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (*if know*) _____

---

**4.4
208**

**Strickel, Gerald**

Nonpriority Creditor's Name

**1830 Jason Street
San Diego, CA 92154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3040**            **Unknown**

**When was the debt incurred?**    **11/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.4
209**

**Strickel, Gerald**

Nonpriority Creditor's Name

**1830 Jason St.
San Diego, CA 92154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1080**            **Unknown**

**When was the debt incurred?**    **3/8/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**4.4
210**

**Strickel, Gerald**

Nonpriority Creditor's Name

**1830 Jason St.
San Diego, CA 92154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0105**            **Unknown**

**When was the debt incurred?**    **06/15/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | | |
|---|---|---|---|
| **4.4**<br>**211** | **Stringfellow, George & Dori** | Last 4 digits of account number  **0002** | **Unknown** |

Nonpriority Creditor's Name
**17764 N. Bellechaise Cir.**
**San Diego, CA 92128**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?  **05/25/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.4**<br>**212** | **Strong, Hayne & Annette** | Last 4 digits of account number  **2015** | **Unknown** |

Nonpriority Creditor's Name
**3631 N. Plum Tree Ave**
**Rialto, CA 92377**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?  **5/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| **4.4**<br>**213** | **Strosnider, Glenda** | Last 4 digits of account number  **3171** | **Unknown** |

Nonpriority Creditor's Name
**219 N Alverado**
**Ojai, CA 93023**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?  **9/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 214 | **Strosnider, Glenda** | Last 4 digits of account number | **0069** | **Unknown** |

Nonpriority Creditor's Name
**219 N. Alvarado**
**Ojai, CA 93023**
Number Street City State Zip Code

**When was the debt incurred?**   **04/27/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 215 | **Stuart** | Last 4 digits of account number | **1021** | **Unknown** |

Nonpriority Creditor's Name
**109 Waite St.**
**Ojai, CA 93623**
Number Street City State Zip Code

**When was the debt incurred?**   **2/22/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 216 | **Stuart, Diane** | Last 4 digits of account number | **4024** | **Unknown** |

Nonpriority Creditor's Name
**10800 Art St**
**Sunland, CA 91040**
Number Street City State Zip Code

**When was the debt incurred?**   **12/6/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 217 | | |
|---|---|---|

**Stuart, Diane**

Nonpriority Creditor's Name

**10800 Art St**
**Sunland, CA 91040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4024**          **Unknown**

**When was the debt incurred?**   **12/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 218 | | |
|---|---|---|

**Stuart, Thomas & Virginia**

Nonpriority Creditor's Name

**739 W 141st Street**
**Gardena, CA 90247**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2092**          **Unknown**

**When was the debt incurred?**   **4/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 219 | | |
|---|---|---|

**Stuck, Nancy**

Nonpriority Creditor's Name

**31210 Van Eyck Ct**
**Winchester, CA 92596**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3097**          **Unknown**

**When was the debt incurred?**   **1/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 220 | **Stucky, Phyllis** | Last 4 digits of account number | **4093** | **Unknown** |

Nonpriority Creditor's Name
**2255 W. 229Th St**
**Torrance, CA 90501**
Number Street City State Zip Code

**When was the debt incurred?** **7/1/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 221 | **Stull, Becky** | Last 4 digits of account number | **3018** | **Unknown** |

Nonpriority Creditor's Name
**4032 Valeta Street**
**San Diego, CA 92110**
Number Street City State Zip Code

**When was the debt incurred?** **5/3/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 222 | **Stumpf, Justin** | Last 4 digits of account number | **0081** | **Unknown** |

Nonpriority Creditor's Name
**8342 Monique Way**
**Cypress, CA 90630**
Number Street City State Zip Code

**When was the debt incurred?** **07/06/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 223 | | | |
|---|---|---|---|

**Sturdevant, Debbie**
Nonpriority Creditor's Name

**6032 W. 85th Pl**
**Los Angeles, CA 90045**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3028**          **Unknown**

**When was the debt incurred?**   **2/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.4 224 | | | |
|---|---|---|---|

**Sturtevant, Patricia**
Nonpriority Creditor's Name

**78359 Sterling Lane**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3140**          **Unknown**

**When was the debt incurred?**   **1/23/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.4 225 | | | |
|---|---|---|---|

**Suarez, Frank**
Nonpriority Creditor's Name

**6033 Eastbrook**
**Lakewood, CA 90713**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2009**          **Unknown**

**When was the debt incurred?**   **8/20/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*)

---

**4.4 226**

**Sudduth Construction, Inc.**
Nonpriority Creditor's Name

**1651 E 4th St Suite 239**
**Santa Ana, CA 92701**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **None**

When was the debt incurred?  **1/1/2010**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

Unknown

---

**4.4 227**

**Suenishi, Yukio**
Nonpriority Creditor's Name

**24217 Post Mastser Ave.**
**Harbor City, CA 90710**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **0048**

When was the debt incurred?  **07/27/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

**4.4 228**

**Suggs, Dorothy**
Nonpriority Creditor's Name

**5309 W. 119th Pl.**
**Inglewood, CA 90304**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **3074**

When was the debt incurred?  **11/26/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

Unknown

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.4 229**

**Suggs, Michell**

Nonpriority Creditor's Name

**5 Potomac**

**Irvine, CA 92620**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2034**   **Unknown**

**When was the debt incurred?**   **8/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.4 230**

**Suggs, Michelle**

Nonpriority Creditor's Name

**5 Potomac**

**Irvine, CA 92620**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0097**   **Unknown**

**When was the debt incurred?**   **07/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 231**

**Suico, Larry**

Nonpriority Creditor's Name

**1012 E. Wilshire Ave**

**Fullerton, CA 92831**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4060**   **Unknown**

**When was the debt incurred?**   **1/15/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 232 | **Suico, Laura** | Last 4 digits of account number | **4060** | **Unknown** |

Nonpriority Creditor's Name

**1012 E. Wilshire Ave**
**Fullerton, CA 92831**

Number Street City State Zip Code

**When was the debt incurred?**   **1/11/2014**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 233 | **Sullier, Rick & Barbara** | Last 4 digits of account number | **3052** | **Unknown** |

Nonpriority Creditor's Name

**5720 Kentland Ave.**
**West Hills, CA 91307**

Number Street City State Zip Code

**When was the debt incurred?**   **12/3/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 234 | **Sullivan, Eugene** | Last 4 digits of account number | **3190** | **Unknown** |

Nonpriority Creditor's Name

**11192 Caterina Ln #113**
**San Diego, CA 92128**

Number Street City State Zip Code

**When was the debt incurred?**   **11/26/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)*

| 4.4 235 | **Sumimoto, Wallace & Marion** | Last 4 digits of account number | **0033** | **Unknown** |

Nonpriority Creditor's Name
**1840 S. Orange Ave.**
**Monterey Park, CA 91755**
Number Street City State Zip Code

When was the debt incurred?  **01/19/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 236 | **Sumino, Roy** | Last 4 digits of account number | **3183** | **Unknown** |

Nonpriority Creditor's Name
**378 San Felipe Rd**
**Newbury Park, CA 91320**
Number Street City State Zip Code

When was the debt incurred?  **9/4/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 237 | **Sumino, Roy** | Last 4 digits of account number | **0076** | **Unknown** |

Nonpriority Creditor's Name
**3783 San Filipe Ave.**
**Newbury Park, CA 91320**
Number Street City State Zip Code

When was the debt incurred?  **04/27/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 238** | **Sumra , Paramjit** | Last 4 digits of account number **0096** |

Nonpriority Creditor's Name

**15917 Community St.**

**North Hills, CA 91343**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **1/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

| | | |
|---|---|---|
| **4.4 239** | **Sundeen, Paul** | Last 4 digits of account number **2040** |

Nonpriority Creditor's Name

**1322 Peppertree**

**West Covina, CA 91722**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **5/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

Unknown

---

| | | |
|---|---|---|
| **4.4 240** | **Sundquist, Charles** | Last 4 digits of account number **2013** |

Nonpriority Creditor's Name

**16283 Ceres Ave**

**Fontana, CA 92335**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **7/10/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

Unknown

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 241 | **Suriaga, Dan & Elaine** | Last 4 digits of account number | **0090** | **$0.00** |

Nonpriority Creditor's Name
**3317 Methilhaven Ln.**
**San Jose, CA 95121**
Number Street City State Zip Code

When was the debt incurred?  **08/17/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 242 | **Sussman, Larry & Phyllis** | Last 4 digits of account number | **0006** | **Unknown** |

Nonpriority Creditor's Name
**11436 Holder St.**
**Cypress, CA 90630**
Number Street City State Zip Code

When was the debt incurred?  **05/18/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 243 | **Sutherland, Serena** | Last 4 digits of account number | **0080** | **$0.00** |

Nonpriority Creditor's Name
**5209 Rhoads Avenue**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

When was the debt incurred?  **12/28/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 244 | | | |
|---|---|---|---|

**Suydam, Merrie**
Nonpriority Creditor's Name

**321 Cherry Hills Ln.**
**Azusa, CA 91702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1054**

When was the debt incurred?  **3/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 245 | | | |
|---|---|---|---|

**Suzuki, James & June**
Nonpriority Creditor's Name

**20 Nebraska**
**Irvine, CA 92606**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1018**

When was the debt incurred?  **11/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 246 | | | |
|---|---|---|---|

**Swaim, Sandra & Floyd**
Nonpriority Creditor's Name

**4435 70th St.**
**La Mesa, CA 91942**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0082**

When was the debt incurred?  **08/10/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 247 | **Swan, Evelyn** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2453 Geranium St.**
**San Diego, CA 92109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  0045          **Unknown**

**When was the debt incurred?**  07/06/10

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 248 | **Swanson, Cliff** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3063 Picasso Drive**
**Bonita, CA 91902**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  2016          **Unknown**

**When was the debt incurred?**  5/12/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 249 | **Sweatt, Felicitas** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**300 Churchill Dr**
**Bakersfield, CA 93307**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  4034          **Unknown**

**When was the debt incurred?**  3/14/2014

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 250 | | | |
|---|---|---|---|

**Sweeney, Caoilfhionn**

Nonpriority Creditor's Name

**4121 Inglewood Blvd.**
**Los Angeles, CA 90066**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **1054**

When was the debt incurred?    **7/5/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 251 | | | |
|---|---|---|---|

**Sweeney, Deborah**

Nonpriority Creditor's Name

**7363 Freeman Pl.**
**Goleta, CA 93117**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **2051**

When was the debt incurred?    **4/23/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| 4.4 252 | | | |
|---|---|---|---|

**Sweet, Dorothy**

Nonpriority Creditor's Name

**525 Brossard Drive**
**Thousand Oaks, CA 91360**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **4027**

When was the debt incurred?    **4/11/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 253 | | |
|---|---|---|

**Sweet, Janice & Doug**

Nonpriority Creditor's Name

**5396 Vista Sierra**
**Cypress, CA 90630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1130**                     **Unknown**

**When was the debt incurred?**   **11/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 254 | | |
|---|---|---|

**Sweet, Marguerite**                                        **$0.00**

Nonpriority Creditor's Name

**259 Moreton Bay Ln.**
**Goleta, CA 93117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0022**

**When was the debt incurred?**   **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 255 | | |
|---|---|---|

**Swei, Amy**                                        **$40,750.00**

Nonpriority Creditor's Name

**20680 Manzanita Ave**
**Yorba Linda, CA 92886**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number   **OCJC**

**When was the debt incurred?**   **6/17/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.4**<br>**256** | **Sweitzer, Steve & Judy** | |

Nonpriority Creditor's Name

**1116 Tournament Drive**
**Hillsborough, CA 94010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2005**

When was the debt incurred?   **11/3/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| | | |
|---|---|---|
| **4.4**<br>**257** | **Swenson, Eric** | |

Nonpriority Creditor's Name

**301 W. Brookes Ave**
**San Diego, CA 92103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4107**

When was the debt incurred?   **7/8/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| | | |
|---|---|---|
| **4.4**<br>**258** | **Swenson, Eric** | |

Nonpriority Creditor's Name

**301 W. Brookes Ave**
**San Diego, CA 92103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2028**

When was the debt incurred?   **12/29/2014**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 259 | **Swenson, Eric** | Last 4 digits of account number | **3118** | **Unknown** |

Nonpriority Creditor's Name
**301 WEST BROOK AVE**
**SAN DIEGO, CA 92103**
Number Street City State Zip Code

When was the debt incurred?   **12/30/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 260 | **Swenson, Eric** | Last 4 digits of account number | **2069** | **Unknown** |

Nonpriority Creditor's Name
**301 W. Brookes Ave**
**San Diego, CA 92103**
Number Street City State Zip Code

When was the debt incurred?   **9/13/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 261 | **Swinney, Stephen & Sue** | Last 4 digits of account number | **0045** | **Unknown** |

Nonpriority Creditor's Name
**1921 S. 6th Ave.**
**Arcadia, CA 91006**
Number Street City State Zip Code

When was the debt incurred?   **07/27/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 262 | **Swinney, Stephen & Susan** | Last 4 digits of account number | **2096** | **Unknown** |

Nonpriority Creditor's Name
**1921 South 6th Ave**
**Arcadia, CA 91006**
Number Street City State Zip Code

When was the debt incurred?   **9/21/2012**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 263 | **Syncb Chevron** | Last 4 digits of account number | **1785** | **$73.00** |

Nonpriority Creditor's Name
**Po Box 965015**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?   **2015**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.4 264 | **Synchrony Bank** | Last 4 digits of account number | **6661** | **$3,759.69** |

Nonpriority Creditor's Name
**Po Box 965036**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?   **2012-2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.4 265 | | | |
|---|---|---|---|
| **Synchrony Bank** | Last 4 digits of account number | **5** | **Unknown** |

Nonpriority Creditor's Name
**170 Election Rd  Ste 125**
**Draper, UT 84020-6425**

When was the debt incurred?  **6/1/2009**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.4 266 | | | |
|---|---|---|---|
| **Szabo Associates, Inc. collection agency** | Last 4 digits of account number | **Pacific Coast Home Solutions** | **Unknown** |

Nonpriority Creditor's Name
**3355 Lenox Road NE Ste 945**
**Atlanta, GA 30326**

When was the debt incurred?  **6/20/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 267 | | | |
|---|---|---|---|
| **Taala, Cynthia & Andrew** | Last 4 digits of account number | **4006** | **Unknown** |

Nonpriority Creditor's Name
**1132 N. Paradise**
**Anaheim, CA 92806**

When was the debt incurred?  **6/9/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.4 268 | | | |
|---|---|---|---|

**Taggart, Doug**

Nonpriority Creditor's Name

**962 Caminito Estrella**
**Chula Vista, CA 91910**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2028**          **Unknown**

**When was the debt incurred?**   **1/6/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.4 269 | | | |
|---|---|---|---|

**Taggart, Doug**

Nonpriority Creditor's Name

**962 Caminito Estrella**
**Chula Vista, CA 91910**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3157**          **Unknown**

**When was the debt incurred?**   **10/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.4 270 | | | |
|---|---|---|---|

**Taggart, Doug**

Nonpriority Creditor's Name

**962 CAMINITO ESTRELLA**
**CHULA VISTA, CA 91910**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number   **3123**          **Unknown**

**When was the debt incurred?**   **12/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 271 | **Taggart, Doug** | Last 4 digits of account number | **2006** | **Unknown** |

Nonpriority Creditor's Name

**962 Caminito Estrella**
**Chula Vista, CA 91910**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **8/13/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 272 | **Taggart, Doug** | Last 4 digits of account number | **1024** | **Unknown** |

Nonpriority Creditor's Name

**962 Caminito Estrella**
**Chula Vista, CA 91910**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **5/24/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 273 | **Tait, Charles & Diane** | Last 4 digits of account number | **3010** | **Unknown** |

Nonpriority Creditor's Name

**10713 Artrude St**
**Sunland, CA 91040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **6/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 274 | **Takahashi, George** | Last 4 digits of account number | **0048** | **$0.00** |

Nonpriority Creditor's Name

**2017 Merle Dr.**
**Montebello, CA 90640**

Number Street City State Zip Code

When was the debt incurred?   **02/02/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 275 | **Takohashi, George & Hikeko** | Last 4 digits of account number | **4084** | **Unknown** |

Nonpriority Creditor's Name

**2017 W. Merle Drive**
**Montebello, CA 90640**

Number Street City State Zip Code

When was the debt incurred?   **4/29/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 276 | **Talaboc, Maribel** | Last 4 digits of account number | **3169** | **Unknown** |

Nonpriority Creditor's Name

**2762 Santa Fe Ave**
**Long Beach, CA 90810**

Number Street City State Zip Code

When was the debt incurred?   **9/14/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 277 | | |
|---|---|---|

**Talamantes, Raymundo** | Last 4 digits of account number **2064** | **Unknown**
Nonpriority Creditor's Name

**4646 Passanda Corind Rd**
**La Puente, CA 91744** | When was the debt incurred?  **8/3/2012**
Number Street City State Zip Code

**Who incurred the debt?** Check one. | As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only | ■ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only | ■ Disputed
☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt** | ☐ Student loans
**Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes | ■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 278 | | |
|---|---|---|

**Talbot, Brad** | Last 4 digits of account number **0009** | **$0.00**
Nonpriority Creditor's Name

**7322 Van Buren St.**
**Ventura, CA 93003** | When was the debt incurred?  **10/19/10**
Number Street City State Zip Code

**Who incurred the debt?** Check one. | As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only | ■ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only | ■ Disputed
☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt** | ☐ Student loans
**Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes | ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 279 | | |
|---|---|---|

**Talebi, Ebraheim** | Last 4 digits of account number **0023** | **Unknown**
Nonpriority Creditor's Name

**27551 Almendra**
**Mission Viejo, CA 92691** | When was the debt incurred?  **11/16/10**
Number Street City State Zip Code

**Who incurred the debt?** Check one. | As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only | ■ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only | ■ Disputed
☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt** | ☐ Student loans
**Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes | ■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 280 | **Tan, Jolene** | Last 4 digits of account number | **0013** | **Unknown** |

Nonpriority Creditor's Name

**15000 Hilldale Ave. #220**
**Gardena, CA 90249**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **10/26/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 281 | **Tan, Kai-Yuan** | Last 4 digits of account number | **1095** | **Unknown** |

Nonpriority Creditor's Name

**41935 Via San Luis Bay**
**Fremont, CA 94539**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **03/29/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 282 | **Tanaka, James** | Last 4 digits of account number | **1075** | **Unknown** |

Nonpriority Creditor's Name

**897 Metro Dr.**
**Monterey Park, CA 91755**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **4/19/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| 4.4 283 | | |

**Tang, Sou & Patrick**
Nonpriority Creditor's Name
**909 Rosewell Ave**
**Long Beach, CA 90804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2021**          **Unknown**

**When was the debt incurred?**   **5/11/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.4 284 | | |

**Tanizaki, David & Edith**
Nonpriority Creditor's Name
**8335 Elsmore Dr.**
**Rosemead, CA 91770**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2030**          **Unknown**

**When was the debt incurred?**   **11/26/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.4 285 | | |

**Taoyama, Kimko**
Nonpriority Creditor's Name
**4825 White Ct.**
**Torrance, CA 90502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1009**          **$0.00**

**When was the debt incurred?**   **10/04/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 286 | **Tapai, Augustine** | Last 4 digits of account number | **2076** | **Unknown** |

Nonpriority Creditor's Name
**13257 13th St**
**Chino, CA 91710**
Number Street City State Zip Code

**When was the debt incurred?**  **6/6/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 287 | **Tapia, Augustine** | Last 4 digits of account number | **2049** | **Unknown** |

Nonpriority Creditor's Name
**13257 13th St.**
**Chino, CA 91710**
Number Street City State Zip Code

**When was the debt incurred?**  **1/10/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 288 | **Tapia, Eric** | Last 4 digits of account number | **0093** | **Unknown** |

Nonpriority Creditor's Name
**300 S. Barranca Ave.**
**Covina, CA 91723**
Number Street City State Zip Code

**When was the debt incurred?**  **07/13/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 289 | | |
|---|---|---|

**Tarabini, Valeria**
Nonpriority Creditor's Name

**10656 Ave 24.**
**Chowchilla, CA 93610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1094**                     **Unknown**

When was the debt incurred?   **07/26/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 290 | | |
|---|---|---|

**Tashma, Pat**
Nonpriority Creditor's Name

**2363 Kenilworth Ave**
**Los Angeles, CA 90039**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4005**                     **Unknown**

When was the debt incurred?   **3/24/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 291 | | |
|---|---|---|

**Tate, Diane**
Nonpriority Creditor's Name

**37310 Halfmoon Dr**
**Palmdale, CA 93550**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1970**                     **Unknown**

When was the debt incurred?   **5/25/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 292 | **Tatum, Lidia & Hilgard** | | **Unknown** |

Nonpriority Creditor's Name

**1631 W. 66Th St**
**Los Angeles, CA 90047**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4127**

**When was the debt incurred?**  **6/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 293 | **Taylor, Barbarba** | | **Unknown** |

Nonpriority Creditor's Name

**1833 Rosemont Dr.**
**San Jacinto, CA 92583**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2029**

**When was the debt incurred?**  **12/8/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 294 | **Taylor, Bruce** | | **Unknown** |

Nonpriority Creditor's Name

**525 Alston Rd**
**Santa Barbara, CA 93108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4065**

**When was the debt incurred?**  **9/8/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 295 | **Taylor, Chuck & Linda** | Last 4 digits of account number | **2031** | **Unknown** |

Nonpriority Creditor's Name

**1900 Grizzly Ct**

**Anitoch, CA 94509**

Number Street City State Zip Code

**When was the debt incurred?**   **8/28/2012**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 296 | **Taylor, Eddie** | Last 4 digits of account number | **2093** | **Unknown** |

Nonpriority Creditor's Name

**29820 Via Puesta Del Sol**

**Temecula, CA 92591**

Number Street City State Zip Code

**When was the debt incurred?**   **4/14/2012**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 297 | **Taylor, Harry & Virginia** | Last 4 digits of account number | **1052** | **Unknown** |

Nonpriority Creditor's Name

**1201 La Sombra**

**El Cajon, CA 92020**

Number Street City State Zip Code

**When was the debt incurred?**   **6/7/2011**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 298 | **Taylor, John & Beatrice** | Last 4 digits of account number | **0041** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**19419 Northwood Ave
Carson, CA 90746**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **6/14/2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 299 | **Taylor, John & Beatrice** | Last 4 digits of account number | **0041** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**19419 Northwood Ave
Carson, CA 90746**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **6/14/2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 300 | **Taylor, John & Beatrice** | Last 4 digits of account number | **0041** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**19419 Northwood Ave.
Carson, CA 90746**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **06/22/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 301 | **Taylor, Kathleen** | Last 4 digits of account number | **1012** | **Unknown** |

Nonpriority Creditor's Name

**11949 Riverside Drive #139**

**Lakeside, CA 92040**

Number Street City State Zip Code

When was the debt incurred? **12/20/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 302 | **Taylor, Madonna** | Last 4 digits of account number | **1097** | **Unknown** |

Nonpriority Creditor's Name

**1701 S. Hobart St**

**Los Angeles, CA 90006**

Number Street City State Zip Code

When was the debt incurred? **12/20/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 303 | **Taylor, Morris & Vicky** | Last 4 digits of account number | **3022** | **Unknown** |

Nonpriority Creditor's Name

**1214 Fremontia St.**

**Santa Paula, CA 93060**

Number Street City State Zip Code

When was the debt incurred? **9/24/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 304 | **Taylor, Ralph & Shirley** | Last 4 digits of account number | **2031** | **Unknown** |

Nonpriority Creditor's Name
**6248 Breeds Hills Ct.**
**Citrus Heights, CA 95621**
Number Street City State Zip Code

When was the debt incurred?  **1/18/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 305 | **Taylor/Young, Ann** | Last 4 digits of account number | **0028** | **Unknown** |

Nonpriority Creditor's Name
**27012 Bottlebrush Lane**
**Sun City, CA 92586**
Number Street City State Zip Code

When was the debt incurred?  **06/01/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 306 | **Teal, Shirley** | Last 4 digits of account number | **0132** | **Unknown** |

Nonpriority Creditor's Name
**1546 Traveld Wy.**
**Encinitas, CA 92024**
Number Street City State Zip Code

When was the debt incurred?  **08/10/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 307 | **Teal, Wayne** | Last 4 digits of account number | 1114 | **Unknown** |

Nonpriority Creditor's Name

**190 Jeranies Ct.**
**Thousand Oaks, CA 91362**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    8/16/2011

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 308 | **Techentin, Laura** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**620 Mission Ridge Rd**
**Santa Barbara, CA 93010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    3/30/2015

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 309 | **Techentin, Laura** | Last 4 digits of account number | 3009 | **Unknown** |

Nonpriority Creditor's Name

**620 Mission Ridge Rd.**
**Santa Barbara, CA 93103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    3/1/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4 310**

**Techentin, Laura**
Nonpriority Creditor's Name

**620 Mission Ridge Road**
**Santa Barbara, CA 93103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2085**                    **Unknown**

When was the debt incurred? **9/24/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

**4.4 311**

**Tegarden, Miles**
Nonpriority Creditor's Name

**31640 Sky Blue Water Trail**
**Cathedral City, CA 92234**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2017**                    **Unknown**

When was the debt incurred? **1/5/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 312**

**Tejeda, Andy & Maria**
Nonpriority Creditor's Name

**8231 Shadyside**
**Whittier, CA 90606**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1039**                    **Unknown**

When was the debt incurred? **9/27/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 313 | **TelePacific Communications** | **Last 4 digits of account number** | **3151** | **$7,582.07** |

Nonpriority Creditor's Name

**515 S. Flower St 47th Fl**
**Los Angeles, CA 90071**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/16/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.4 314 | **Tellis, Gary & Susan** | **Last 4 digits of account number** | **0115** | **Unknown** |

Nonpriority Creditor's Name

**14029 Emory St.**
**Whittier, CA 90602**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **09/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 315 | **Telo, Frank & Martha** | **Last 4 digits of account number** | **0099** | **Unknown** |

Nonpriority Creditor's Name

**2961 Iris Ave.**
**San Ysidro, CA 92173**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **05/11/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 316 | **Templeton, Joseph** | Last 4 digits of account number | **3104** | **Unknown** |

Nonpriority Creditor's Name
**849 S Yellowstone Way**
**Anaheim, CA 92808**
Number Street City State Zip Code

When was the debt incurred?   **12/16/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 317 | **Tena, Michael & Janis** | Last 4 digits of account number | **2026** | **Unknown** |

Nonpriority Creditor's Name
**370 Ebony Ave**
**Imperial Beach, CA 91932**
Number Street City State Zip Code

When was the debt incurred?   **11/24/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 318 | **Tenney, Norma** | Last 4 digits of account number | **0095** | **$0.00** |

Nonpriority Creditor's Name
**1900 S. Burnside Ave.**
**Los Angeles, CA 90016**
Number Street City State Zip Code

When was the debt incurred?   **12/28/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4**
**319**

**Tennison, Jorene**                    Last 4 digits of account number    **0115**                    **Unknown**
Nonpriority Creditor's Name
**1315 N. Riverside Ave**              When was the debt incurred?    **11/30/10**
**Rialto, CA 92376**
Number Street City State Zip Code     **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                        ■ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
■ Debtor 1 and Debtor 2 only           ■ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                       ■ Other. Specify    **Business Debt - Past Customer of Exterior**
☐ Yes                                              **Specialist**

---

**4.4**
**320**

**Tenorio, Judy**                       Last 4 digits of account number    **4035**                    **Unknown**
Nonpriority Creditor's Name
**13828 Royal Dornoch**                When was the debt incurred?    **8/4/2014**
**San Diego, CA 92128**
Number Street City State Zip Code     **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                        ■ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
■ Debtor 1 and Debtor 2 only           ■ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                       ■ Other. Specify    **Business Debt - Past Customer of Exterior**
☐ Yes                                              **Specialist**

---

**4.4**
**321**

**Tepezano, Theresa**                   Last 4 digits of account number    **3003**                    **Unknown**
Nonpriority Creditor's Name
**825 Yucca St**                       When was the debt incurred?    **4/6/2013**
**Port Hueneme, CA 93041**
Number Street City State Zip Code     **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                        ■ Contingent
☐ Debtor 2 only                        ☐ Unliquidated
■ Debtor 1 and Debtor 2 only           ■ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                       ■ Other. Specify    **Business Debt - Past Customer of Exterior**
☐ Yes                                              **Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 322 | **Tepezano, Theresa** | Last 4 digits of account number | **2042** | **Unknown** |

Nonpriority Creditor's Name

**825 Yucca St**
**Port Hueneme, CA 93041**
Number Street City State Zip Code

**When was the debt incurred?**    **3/14/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 323 | **Terry, John** | Last 4 digits of account number | **3027** | **Unknown** |

Nonpriority Creditor's Name

**2318 La Paz**
**Oceanside, CA 92054**
Number Street City State Zip Code

**When was the debt incurred?**    **5/9/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 324 | **Terry, Roland** | Last 4 digits of account number | **4071** | **Unknown** |

Nonpriority Creditor's Name

**10368 Baywood Lane**
**San Diego, CA 92126**
Number Street City State Zip Code

**When was the debt incurred?**    **4/2/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 325 | | | |
|---|---|---|---|

**Teske, Judy**

Last 4 digits of account number    **4165**                    **Unknown**

Nonpriority Creditor's Name

**8448 Lampson Ave**
**Garden Grove, CA 92841**

When was the debt incurred?    **9/11/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 326 | | | |
|---|---|---|---|

**Tetreault, Judith**

Last 4 digits of account number    **0007**                    **Unknown**

Nonpriority Creditor's Name

**373-A Avenida Castilla.**
**Laguna Woods, CA 92637**

When was the debt incurred?    **07/27/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 327 | | | |
|---|---|---|---|

**Textured Coatings of America**

Last 4 digits of account number    **0497**                    **Unknown**

Nonpriority Creditor's Name

**2422 E. 15th St**
**Panama City, FL 32405-6348**

When was the debt incurred?    **12/1/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.4 328 | **Thayer, John & Janet** | Last 4 digits of account number | **4005** | **Unknown** |

Nonpriority Creditor's Name

**2622 Germantown Dr**
**Sun City, CA 92586**

When was the debt incurred?   **2/19/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 329 | **Thd Cbna** | Last 4 digits of account number | **6557** | **$2,106.00** |

Nonpriority Creditor's Name

**Po Box 6497**
**Sioux Falls, SD 57117**

When was the debt incurred?   **2014-2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.4 330 | **The Cascades Apartments** | Last 4 digits of account number | **5523** | **$372.95** |

Nonpriority Creditor's Name

**PO Box 2130**
**Everett, WA 98213-0130**

When was the debt incurred?   **12/31/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)*

---

| 4.4 331 | | | |
|---|---|---|---|

**The City of Laguna Woods**
Nonpriority Creditor's Name
**24264 El Toro Rd**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **PacificCoas tHomeSolut ions**

When was the debt incurred?   **6/1/2009**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

**Unknown**

---

| 4.4 332 | | | |
|---|---|---|---|

**The Receivable Mgmt Services Corp**
Nonpriority Creditor's Name
**P.O. Box 15471**
**Mount Laurel, NJ 08054**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

**Unknown**

---

| 4.4 333 | | | |
|---|---|---|---|

**Theiler, Judith & Bill**
Nonpriority Creditor's Name
**5815 E. La Palma Ave Space 256**
**Anaheim, CA 92807**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number   **3057**

When was the debt incurred?   **2/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 334 | **Theriault, Helene** | Last 4 digits of account number | **1047** | **Unknown** |

Nonpriority Creditor's Name

**17674 Los Alamos**
**Fountain Valley, CA 92708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 335 | **Thomas Gordy LTD Corp** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**20680 Manzanita Ave**
**Yorba Linda, CA 92886**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

| 4.4 336 | **Thomas Gordy LTD Corp** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**20680 Manzanita Ave**
**Yorba Linda, CA 92886**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **10/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 337 | **Thomas, Clay** | Last 4 digits of account number | **3048** | **Unknown** |

Nonpriority Creditor's Name
**52 Mapache Rancho**
**Santa Margarita, CA 92688**
Number Street City State Zip Code

**When was the debt incurred?**  **10/8/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 338 | **Thomas, Erin & Nunn, Shirley** | Last 4 digits of account number | **4053** | **Unknown** |

Nonpriority Creditor's Name
**2044 Wildhorse Ln**
**Big Bear, CA 92314**
Number Street City State Zip Code

**When was the debt incurred?**  **12/19/2014**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 339 | **Thomas, George & Murley** | Last 4 digits of account number | **3145** | **Unknown** |

Nonpriority Creditor's Name
**11733 Kent Ln**
**Yucaipa, CA 92399**
Number Street City State Zip Code

**When was the debt incurred?**  **11/8/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 340 | | | |
|---|---|---|---|

**Thomas, Joe & Joyce**
Nonpriority Creditor's Name
**280 Quarter Horse Way**
**Arroyo Grande, CA 93420**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1412**                    **Unknown**

When was the debt incurred?    **9/12/2014**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 341 | | | |
|---|---|---|---|

**THOMAS, John & Tessa**
Nonpriority Creditor's Name
**15027 Sherman Way**
**Van Nuys, CA 91405**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0018**                    **Unknown**

When was the debt incurred?    **1/18/2011**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 342 | | | |
|---|---|---|---|

**Thomas, Lauretta**
Nonpriority Creditor's Name
**1317 Manzana Way**
**San Diego, CA 92139**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **0036**                    **Unknown**

When was the debt incurred?    **04/06/10**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 343 | | | |
|---|---|---|---|

**Thomas, Lauretta**

Nonpriority Creditor's Name

**1717 Manzana Way**

**San Diego, CA 92139**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1055**            **$0.00**

**When was the debt incurred?**  **08/09/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 344 | | | |
|---|---|---|---|

**Thomas, Marsha**

Nonpriority Creditor's Name

**15765 Condor St**

**Victorville, CA 92395**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4040**            **Unknown**

**When was the debt incurred?**  **11/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 345 | | | |
|---|---|---|---|

**Thomas, Norman & Russ**

Nonpriority Creditor's Name

**3247 S Barcelona**

**Spring Valley, CA 91977**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3048**            **Unknown**

**When was the debt incurred?**  **8/14/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 |
|-----|
| 346 |

**Thomas, Sandra**

Nonpriority Creditor's Name

**2903 E. Winfield**
**Anaheim, CA 92806**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1958**                    **Unknown**

**When was the debt incurred?**    **9/22/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 |
|-----|
| 347 |

**Thompson, Annie**

Nonpriority Creditor's Name

**14200 Foothill Blvd. Unit 18**
**Sylmar, CA 91342**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3014**                    **Unknown**

**When was the debt incurred?**    **4/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 |
|-----|
| 348 |

**Thompson, Larry & Marchelle**

Nonpriority Creditor's Name

**24400 Watt Rd.**
**Ramona, CA 92065**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3001**                    **Unknown**

**When was the debt incurred?**    **12/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*)

---

| 4.4 349 | **Thompson, Lessie** | Last 4 digits of account number | **3075** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**13909 S. Wilkie Ave.**
**Gardena, CA 90249**
Number Street City State Zip Code

When was the debt incurred?  **11/23/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 350 | **Thompson, Richard** | Last 4 digits of account number | **1075** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**13445 Aldrin Ave**
**Poway, CA 92064**
Number Street City State Zip Code

When was the debt incurred?  **1/19/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 351 | **Thompson, Robert** | Last 4 digits of account number | **1104** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**27320 W. Provident Rd.**
**Agoura Hills, CA 91301**
Number Street City State Zip Code

When was the debt incurred?  **4/5/2011**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 352** | **Thompson, Russell** | |

Nonpriority Creditor's Name

**1147 N. Fairview St.**
**Burbank, CA 91505**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0057**          **Unknown**

**When was the debt incurred?**  **11/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 353** | **Thompson, Ruth & Dorothy** | |

Nonpriority Creditor's Name

**538 Morning Rise Lane**
**Arroyo Grande, CA 93420**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3009**          **Unknown**

**When was the debt incurred?**  **6/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 354** | **Thompson, Thomas & Marie** | |

Nonpriority Creditor's Name

**348 F Street**
**Ramona, CA 92065**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3020**          **Unknown**

**When was the debt incurred?**  **10/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 355 | **Thomson, Robert & Janice** | Last 4 digits of account number | **2069** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**203 Serpolia St.**
**Carpenteria, CA 93013**
Number Street City State Zip Code

**When was the debt incurred?**    **11/27/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

☐ Yes

---

| 4.4 356 | **Thomson, Stuart** | Last 4 digits of account number | **1075** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3 Bawley Street**
**Laguna Niguel, CA 92677**
Number Street City State Zip Code

**When was the debt incurred?**    **10/4/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

☐ Yes

---

| 4.4 357 | **Thoren, Catherine Eileen** | Last 4 digits of account number | **3053** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4328 N Riverside Ave**
**Rialto, CA 92377**
Number Street City State Zip Code

**When was the debt incurred?**    **9/24/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

☐ Yes

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 358 | | | |
|---|---|---|---|

**Thorndal, Mary**
Nonpriority Creditor's Name
**1733 Midvale Ave**
**Los Angeles, CA 90024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **2063**                    **Unknown**

**When was the debt incurred?**   **9/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 359 | | | |
|---|---|---|---|

**Thornhill, Dorothy & Leri**
Nonpriority Creditor's Name
**6735 Alvern St.**
**Los Angeles, CA 90056**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0021**                    **Unknown**

**When was the debt incurred?**   **10/05/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 360 | | | |
|---|---|---|---|

**Thornton, Duane**
Nonpriority Creditor's Name
**348 Penrod**
**Vista, CA 92083**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1948**                    **Unknown**

**When was the debt incurred?**   **12/23/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 361 | | |
|---|---|---|

**Thornton, Leontine**
Nonpriority Creditor's Name
**14827 Oleander St.**
**San Leandro, CA 94528**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3011**                            **Unknown**

**When was the debt incurred?**   **3/8/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 362 | | |
|---|---|---|

**Thorp, Ronald**
Nonpriority Creditor's Name
**5964 Indian Ave**
**San Jose Ca 95123, CA 95123**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1057**                            **$0.00**

**When was the debt incurred?**   **09/14/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 363 | | |
|---|---|---|

**Throp, Patrick**
Nonpriority Creditor's Name
**19144 Shoshanee Rd**
**Apple Valley, CA 92307**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3004**                            **Unknown**

**When was the debt incurred?**   **2/4/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 364 | **Thunnell, Chuck & Claudia** | Last 4 digits of account number | **2033** | **Unknown** |

Nonpriority Creditor's Name

**25260 Via Pera**
**Murrieta, CA 92563**

Number Street City State Zip Code

When was the debt incurred?  **8/24/2012**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 365 | **Tibbs, Elba** | Last 4 digits of account number | **1030** | **Unknown** |

Nonpriority Creditor's Name

**7959 E Hernon Ave**
**Clovis, CA 93619**

Number Street City State Zip Code

When was the debt incurred?  **08/09/11**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 366 | **Tierney, Patrick** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**69130 Gerald Ford Drive #3**
**Cathedral City, CA 92234**

Number Street City State Zip Code

When was the debt incurred?  **4/30/2012**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

---

| 4.4 367 | **Tindall, sally** | Last 4 digits of account number | **0103** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**15000 Halldale Ave #113**
**Gardena, CA 90247**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **10/05/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 368 | **Tkach, Joe & Tammy** | Last 4 digits of account number | **1968** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**16748 Colonel Drive**
**Fontana, CA 92336**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **2/18/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 369 | **Tkach, Stephanie** | Last 4 digits of account number | **3035** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**400 N. Acacia Ave, B30**
**Fullerton, CA 92831**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **1/4/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 370 | | | |
|---|---|---|---|

**Tocco, Victoria**

Nonpriority Creditor's Name

**1185 Upland Hills Dr**
**Upland, CA 91786**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3137**                                **Unknown**

**When was the debt incurred?**    **4/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

| 4.4 371 | | | |
|---|---|---|---|

**Todd, Carol**

Nonpriority Creditor's Name

**43120 Tennessee Ave**
**Palm Desert, CA 92211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3006**                                **Unknown**

**When was the debt incurred?**    **4/30/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

| 4.4 372 | | | |
|---|---|---|---|

**Todisco, Janet**

Nonpriority Creditor's Name

**2016 Loma Vista St.**
**Pasadena, CA 91104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3041**                                **Unknown**

**When was the debt incurred?**    **2/4/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 373 | **Toland, Sandra** | Last 4 digits of account number | **0007** | **Unknown** |

Nonpriority Creditor's Name
**323 Monterey Cir.**
**Placentia, CA 92870**
Number Street City State Zip Code

When was the debt incurred?   **11/23/10**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 374 | **Tolbert, Alberta** | Last 4 digits of account number | **1107** | **Unknown** |

Nonpriority Creditor's Name
**19323 Nestor Ave**
**Carson, CA 90746**
Number Street City State Zip Code

When was the debt incurred?   **12/13/2011**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 375 | **Tolentino, Kristin & Brandon** | Last 4 digits of account number | **0098** | **Unknown** |

Nonpriority Creditor's Name
**1945 W. Almond Ave.**
**Orange, CA 92868**
Number Street City State Zip Code

When was the debt incurred?   **07/20/10**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 |
|-----|
| 376 |

**Toliver, Curtis & Kathi**
Nonpriority Creditor's Name

**33219 Fox Rd**
**Temecula, CA 92592**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **3046**          **Unknown**

**When was the debt incurred?**  **1/6/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 |
|-----|
| 377 |

**Tollefson, Ruth**
Nonpriority Creditor's Name

**8616 S. Westman Avenue**
**Whittier, CA 90606**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1116**          **Unknown**

**When was the debt incurred?**  **2/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 |
|-----|
| 378 |

**Tomerlin, David**
Nonpriority Creditor's Name

**2439 W. Scott Ave.**
**Fresno, CA 93711**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **0081**          **$0.00**

**When was the debt incurred?**  **08/03/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | |
|---|---|
| **4.4 379** | |

**Toney, William & Carla**
Nonpriority Creditor's Name
**1448 Springvale St**
**Pomona, CA 91761**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3078**          **Unknown**

**When was the debt incurred?**   **1/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4 380** | |

**Tonnesen, Laverne**
Nonpriority Creditor's Name
**6190 Pershing Way**
**Buena Park, CA 90620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4092**          **Unknown**

**When was the debt incurred?**   **11/4/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4 381** | |

**Tonnesen, Leverne**
Nonpriority Creditor's Name
**6190 Pershing Way**
**Buena Park, CA 90620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1975**          **Unknown**

**When was the debt incurred?**   **3/20/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 382 | **Toole, Marlene** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3833 N. Blake Harbor**
**Westlake Village, CA 91361**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2076**                    **Unknown**

When was the debt incurred?   **4/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 383 | **Torabzdeh, Jalal** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6280 E. Bridle Cir.**
**Long Beach, CA 90815**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2093**                    **Unknown**

When was the debt incurred?   **2/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 384 | **Torgeson, Eric & Mary** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**319 Coleman Avenue**
**Santa Barbara, CA 93109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1089**                    **Unknown**

When was the debt incurred?   **5/3/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 385 | | | |
|---|---|---|---|

**Torres, Alejandro & Nora**
Nonpriority Creditor's Name

**12516 Elliot Ave**
**El Monte, CA 91732**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4047**              **Unknown**

**When was the debt incurred?**   **3/17/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 386 | | | |
|---|---|---|---|

**Torres, George**
Nonpriority Creditor's Name

**748 N. Rosalinda Ave.**
**Rialto, CA 92376**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3050**              **Unknown**

**When was the debt incurred?**   **7/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 387 | | | |
|---|---|---|---|

**Torres, Hermelinda**
Nonpriority Creditor's Name

**405 San Angelo Ave.**
**La Puente, CA 91746**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1013**              **Unknown**

**When was the debt incurred?**   **2/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| 4.4<br>388 | **Torres, Rodolfo & Maria** | |

Nonpriority Creditor's Name

**6514 Chanslor Ave
Bell, CA 90201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **4036**          **Unknown**

**When was the debt incurred?**   **4/11/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.4<br>389 | **Torres, Rosa** | |

Nonpriority Creditor's Name

**14402 Shoemaker
Norwalk, CA 90650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **3053**          **Unknown**

**When was the debt incurred?**   **4/30/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.4<br>390 | **toth, James** | |

Nonpriority Creditor's Name

**2730 De Soto Ave.
Costa Mesa, CA 92626**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **9030**          **Unknown**

**When was the debt incurred?**   **12/08/09**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.4**
**391**

**Toth, James & Patricia**

Nonpriority Creditor's Name

**2730 De Soto Ave.**
**Costa Mesa, CA 92626**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9023**           **Unknown**

When was the debt incurred?   **11/03/09**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**392**

**Toy, Judith**

Nonpriority Creditor's Name

**1857 Iroquois Ave.**
**Long Beach, CA 90815**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2080**           **Unknown**

When was the debt incurred?   **4/3/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

**4.4**
**393**

**Tramonto, Christina & Tuttobene, Julie**

Nonpriority Creditor's Name

**420 Exchange Street**
**Irvine, CA 92601**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9020**           **Unknown**

When was the debt incurred?   **10/02/09**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4 394**

**Tran, Alice**

Nonpriority Creditor's Name

**3930 San Leandro Way**
**San Diego, CA 92130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2023**                          **Unknown**

**When was the debt incurred?**   **8/24/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

**4.4 395**

**Tran, Ngoc**

Nonpriority Creditor's Name

**13679 Kingsbridge St**
**Westiminster, CA 92683**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3139**                          **Unknown**

**When was the debt incurred?**   **3/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 396**

**Trans Union**

Nonpriority Creditor's Name

**PO Box 99506**
**Chicago, IL 60693-9506**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **6201**                          **$200.00**

**When was the debt incurred?**   **10/25/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 397 | | | |
|---|---|---|---|

**Trans Union Corporation**

Nonpriority Creditor's Name

**P.O. Box 2000**

**Chester, PA 19022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____ $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Only**

---

| 4.4 398 | | | |
|---|---|---|---|

**Trantum, Phyllis**

Nonpriority Creditor's Name

**11769 Holmes Ave**

**Mira Loma, CA 91752**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    4089    Unknown

When was the debt incurred?    5/23/2014

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 399 | | | |
|---|---|---|---|

**Trantum, Phyllis**

Nonpriority Creditor's Name

**11769 Holmes Ave.**

**Mira Loma, CA 91752**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    2017    Unknown

When was the debt incurred?    8/22/2012

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.4 400 | **Trantum, Phyllis** | Last 4 digits of account number | **0009** | **Unknown** |

Nonpriority Creditor's Name
**11769 Holmes Ave.**
**Mira Loma, CA 91752**
Number Street City State Zip Code

**When was the debt incurred?** **09/21/10**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.4 401 | **Traphagen, Grove & Wynette** | Last 4 digits of account number | **2003** | **Unknown** |

Nonpriority Creditor's Name
**727 Tarento Dr.**
**San Diego, CA 92106**
Number Street City State Zip Code

**When was the debt incurred?** **8/19/2012**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

| 4.4 402 | **Traphagen, Grover & Wynette** | Last 4 digits of account number | **1024** | **Unknown** |

Nonpriority Creditor's Name
**727 Tarento Dr.**
**San Diego, CA 92106**
Number Street City State Zip Code

**When was the debt incurred?** **12/27/2011**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 403 | **Trejo , Joe & Delia** | Last 4 digits of account number | **0060** | **Unknown** |

Nonpriority Creditor's Name
**2104 Sequdia Ave.**
**Simi Valley, CA 93063**

When was the debt incurred?   **03/16/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 404 | **Trejo, George & Roberts** | Last 4 digits of account number | **1096** | **Unknown** |

Nonpriority Creditor's Name
**22709 Island Ave.**
**Carson, CA 90745**

When was the debt incurred?   **12/20/2011**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 405 | **Trenholm, Robert** | Last 4 digits of account number | **1019** | **Unknown** |

Nonpriority Creditor's Name
**3271 Keokuk Court.**
**San Diego, CA 92117**

When was the debt incurred?   **8/16/2011**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 406 | **Tresvant, Donald** | Last 4 digits of account number | **2019** | **Unknown** |

Nonpriority Creditor's Name

**814 S. Sloan Ave**
**Compton, CA 90221**
Number Street City State Zip Code

**When was the debt incurred?** **7/9/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 407 | **Trevena, Kathleen** | Last 4 digits of account number | **0096** | **Unknown** |

Nonpriority Creditor's Name

**932 Cobb Ave.**
**Placentia, CA 92870**
Number Street City State Zip Code

**When was the debt incurred?** **07/13/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 408 | **Trevino, Gerlinde** | Last 4 digits of account number | **4022** | **Unknown** |

Nonpriority Creditor's Name

**3308 Park Bend Ct**
**Bakersfield, CA 93309**
Number Street City State Zip Code

**When was the debt incurred?** **9/24/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 409 | | |
|---|---|---|

**Trexler, Susan**
Nonpriority Creditor's Name
**43050 Texas Avenue**
**Palm Desert, CA 92211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **2045**          **Unknown**

When was the debt incurred?  **2/24/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 410 | | |
|---|---|---|

**Trueblood, Patsy**
Nonpriority Creditor's Name
**5360 E McKenzie**
**Fresno, CA 93727**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1043**          **Unknown**

When was the debt incurred?  **08/09/11**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 411 | | |
|---|---|---|

**Trujillo, Frank & Maciosczyk, Wayne**
Nonpriority Creditor's Name
**418 Kona Lane**
**Palm Springs, CA 92264**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3018**          **Unknown**

When was the debt incurred?  **9/24/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.4** **412** | **Truscott, Joan** | |

Nonpriority Creditor's Name

**879 Randolph Road**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **2055**                **Unknown**

**When was the debt incurred?**   **2/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4** **413** | **Tsai, Mark** | |

Nonpriority Creditor's Name

**12152 Barlett St.**
**Garden Grove, CA 92845**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **9004**                **Unknown**

**When was the debt incurred?**   **10/16/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4** **414** | **Tsai, Robert** | |

Nonpriority Creditor's Name

**17878 Calle San Lucas**
**Rowland Heights, CA 91748**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1068**                **Unknown**

**When was the debt incurred?**   **2/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 415 | **Tucker, Dolores** | Last 4 digits of account number | **0068** | **Unknown** |

Nonpriority Creditor's Name
**16505 Bordeaux Ln**
**Huntington Beach, CA 92649**
Number Street City State Zip Code

**When was the debt incurred?** **08/24/10**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 416 | **Tucker, Johnnie Mae** | Last 4 digits of account number | **2002** | **Unknown** |

Nonpriority Creditor's Name
**1822 W. 50Th Street**
**Los Angeles, CA 90062**
Number Street City State Zip Code

**When was the debt incurred?** **10/1/2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 417 | **Tucker, Patricia** | Last 4 digits of account number | **0106** | **Unknown** |

Nonpriority Creditor's Name
**21808 Dolores St.**
**Carson, CA 90745**
Number Street City State Zip Code

**When was the debt incurred?** **11/30/10**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know)  _____

---

| 4.4 418 | | |
|---|---|---|

**Tuenge, Vera**

Nonpriority Creditor's Name

**1652 Peacock Blvd .**

**Oceanside, CA 92056**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0081**                     **Unknown**

**When was the debt incurred?**  **02/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 419 | | |
|---|---|---|

**Tuk, Victor**

Nonpriority Creditor's Name

**3119 El Caminito**

**La Crescenta, CA 91214**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1076**                     **Unknown**

**When was the debt incurred?**  **8/2/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 420 | | |
|---|---|---|

**Tuk, Victor & Mary**

Nonpriority Creditor's Name

**3119 El Caminito**

**La Crescenta, CA 91214**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **9013**                     **$0.00**

**When was the debt incurred?**  **11/24/09**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 421 | **Tung, Tammy** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1020 S El Molino Street**
**Alhambra, CA 91801**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2006**            **Unknown**

**When was the debt incurred?**   **3/13/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 422 | **Tunnell, Connie & David** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**7964 Rancho Fanita Dr.**
**Santee, CA 92071**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1056**            **Unknown**

**When was the debt incurred?**   **3/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 423 | **Turl, Michael** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**30040 Del Rey**
**Tumecula, CA 92591**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **3072**            **Unknown**

**When was the debt incurred?**   **2/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 424 | **Turner, Ada** | Last 4 digits of account number | **2074** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2430 W 112th Street**

**Inglewood, CA 90303-2411**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **4/21/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 425 | **Turner, Eugenia** | Last 4 digits of account number | **3067** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**22410 Ladera St.**

**Grand Terrace, CA 92313**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **6/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 426 | **Turner, Forest & Diane** | Last 4 digits of account number | **3154** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1334 Cuesta Norte**

**Fallbrook, CA 92028**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?** **11/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 427 | **Turner, Jim & Vivian** | Last 4 digits of account number | **3034** | **Unknown** |

Nonpriority Creditor's Name

**1 Ocean Mist**
**Aliso Viejo, CA 92656**
Number Street City State Zip Code

When was the debt incurred?   **9/20/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 428 | **Turner, Patricia** | Last 4 digits of account number | **1106** | **Unknown** |

Nonpriority Creditor's Name

**1818 Lynx Glen**
**Escondido, CA 92026**
Number Street City State Zip Code

When was the debt incurred?   **11/22/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 429 | **Turner, Renita** | Last 4 digits of account number | **OCJC** | **$713,005.00** |

Nonpriority Creditor's Name

**PO Box 231**
**North Hollywood, CA 91603**
Number Street City State Zip Code

When was the debt incurred?   **2/7/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 430 | **Tustin Hills Remodeling** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name

**1832 White Stone Terrace**
**Santa Ana, CA 92705**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **1/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 431 | **Tyler, Ella** | Last 4 digits of account number | **0062** | **$0.00** |

Nonpriority Creditor's Name

**178 Marretta Dr.**
**San Francisco, CA 94127**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **08/17/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 432 | **Tyner, Jerry & Martha** | Last 4 digits of account number | **4021** | **Unknown** |

Nonpriority Creditor's Name

**4902 W. Acapulco Ave**
**Santa Ana, CA 92704**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/31/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 433 | **Tyner, Jerry & Martha** | Last 4 digits of account number | **2087** | **Unknown** |

Nonpriority Creditor's Name

**4902 W. Acapulco Ave**

**Santa Ana, CA 92704**

When was the debt incurred?    **9/8/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 434 | **Tyson, Joann** | Last 4 digits of account number | **2035** | **Unknown** |

Nonpriority Creditor's Name

**10336 Pangborn**

**Downey, CA 90241**

When was the debt incurred?    **9/5/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 435 | **Tyson, Lawrence** | Last 4 digits of account number | **4087** | **Unknown** |

Nonpriority Creditor's Name

**12 Sandbar Drive**

**Corona Del Mar, CA 92625**

When was the debt incurred?    **3/31/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 436 | | | |
|---|---|---|---|

**Ullmann, Robert**
Nonpriority Creditor's Name

**6050 Cozzens**
**San Diego, CA 92122**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2073**

When was the debt incurred?  **10/15/2012**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| 4.4 437 | | | |
|---|---|---|---|

**Ulloa, Jess**
Nonpriority Creditor's Name

**10640 Porter Ln.**
**San Jose, CA 95127**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2005**

When was the debt incurred?  **12/16/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

**Unknown**

---

| 4.4 438 | | | |
|---|---|---|---|

**Umetech, Inc.**
Nonpriority Creditor's Name

**31805 Temecula Parkway Suite 410**
**Temecula, CA 92592**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **PacificCoastHome**

When was the debt incurred?  **12/1/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

**$3,183.25**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 439 | |
|---|---|

**Umphress, Irene**
Nonpriority Creditor's Name

**6248 Ave. Juan Diaz**
**Riverside, CA 92509**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2085**          **Unknown**

When was the debt incurred?  **5/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 440 | |
|---|---|

**Umphrey, Frank**
Nonpriority Creditor's Name

**3374 Via Elbo**
**Lompoc, CA 93432**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0003**          **$0.00**

When was the debt incurred?  **12/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 441 | |
|---|---|

**Underwood, Charles**
Nonpriority Creditor's Name

**1073 N 7Th St**
**Port Hueneme, CA 93041**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2006**          **Unknown**

When was the debt incurred?  **2/4/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4 442**

**Underwood, Jack & Margaret**
Nonpriority Creditor's Name

**6725 Hewitt St.**
**San Jacinto, CA 92583**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **2060**                    **Unknown**

When was the debt incurred?  **6/5/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

**4.4 443**

**Underwood, Ronnie Sr.**
Nonpriority Creditor's Name

**1362 West Barbour St**
**Banning, CA 92220**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **3139**                    **Unknown**

When was the debt incurred?  **11/6/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 444**

**Underwood, Thomas**
Nonpriority Creditor's Name

**3800 E Harding St**
**Long Beach, CA 90805**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **2090**                    **Unknown**

When was the debt incurred?  **3/23/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 445 | | | |
|---|---|---|---|

**Unfried, David**
Nonpriority Creditor's Name
**1734 E. Midwick**
**Altadena, CA 91001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **3004**    **Unknown**

**When was the debt incurred?**  **2/9/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 446 | | | |
|---|---|---|---|

**Unger, Paul & Jackie**
Nonpriority Creditor's Name
**5244 Gerda Dr.**
**Anahiem Hills, CA 92807**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **0030**    **$0.00**

**When was the debt incurred?**  **04/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 447 | | | |
|---|---|---|---|

**United Recovery Systems**
Nonpriority Creditor's Name
**PO Box 722929**
**Houston, TX 77272-2929**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **9**    **Unknown**

**When was the debt incurred?**  **3/28/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Exterior Specialist - Personally Guaranteed**

---

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 |
|-----|
| 448 |

**United Recovery Systems**
Nonpriority Creditor's Name
**PO Box 722929**
**Houston, TX 77272-2929**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **9**          **$3,518.34**

**When was the debt incurred?**   **2/22/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 |
|-----|
| 449 |

**United Recovery Systems**
Nonpriority Creditor's Name
**PO Box 722929**
**Houston, TX 77272-2929**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **9**          **$4,151.99**

**When was the debt incurred?**   **6/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 |
|-----|
| 450 |

**United Recovery Systems**
Nonpriority Creditor's Name
**PO Box 722929**
**Houston, TX 77272-2929**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **9**          **$4,094.09**

**When was the debt incurred?**   **10/12/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| | |
|---|---|
| **4.4**<br>**451** | |

**Unzueta, Robert**

Nonpriority Creditor's Name

**4144 Iroquois**

**Lakewood, CA 90713**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3068**          **Unknown**

**When was the debt incurred?**   **10/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4**<br>**452** | |

**Upadhyay, Ratna & Chapu**

Nonpriority Creditor's Name

**17413 Blackhawn Street**

**Granada Hills, CA 91344**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4094**          **Unknown**

**When was the debt incurred?**   **4/12/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4**<br>**453** | |

**Upchurch, Magdalena**

Nonpriority Creditor's Name

**975 W. Telegraph Rd**

**Santa Paula, CA 93060**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1941**          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4 454**

**Upmeyer, Randy & Sue**
Nonpriority Creditor's Name

**13582 Springdale St**
**Westminster, CA 92683**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1937**                    **Unknown**

When was the debt incurred?   **9/14/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 455**

**Urak, Leslie**
Nonpriority Creditor's Name

**10640 Colima Rd #231**
**Whittier, CA 90604**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                    **$7,500.00**

When was the debt incurred?   **1/19/2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

**4.4 456**

**Urak, Leslie**
Nonpriority Creditor's Name

**10640 Colima Rd Suite 231**
**Whittier, CA 90604**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **47KV**                    **$7,500.00**

When was the debt incurred?   **1/19/2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 457 | **Uresti, Mineya** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1067 Garland Dr**

**San Diego, CA 92154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2013**          **Unknown**

**When was the debt incurred?**  **6/3/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 458 | **Uribe, Rachel** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**27027 14Th Street**

**Highland, CA 92346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3034**          **Unknown**

**When was the debt incurred?**  **12/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 459 | **Urquidez, Linda** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**14723 Corvello St.**

**Van Nuys, CA 91405**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0008**          **$0.00**

**When was the debt incurred?**  **11/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 460 | **Us Bank** | Last 4 digits of account number | **8051** | **$2,973.62** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**200 Gibraltar Rd Ste 200**
**Horsham, PA 19044**

Number Street City State Zip Code

**When was the debt incurred?**  **2014-2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| 4.4 461 | **Us Bank** | Last 4 digits of account number | **7380** | **$2,735.37** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**200 Gibraltar Rd Ste 200**
**Horsham, PA 19044**

Number Street City State Zip Code

**When was the debt incurred?**  **2013-2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| 4.4 462 | **US Bank** | Last 4 digits of account number | **1** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3800 E La Palma Ave**
**Anaheim, CA 92807**

Number Street City State Zip Code

**When was the debt incurred?**  **1/1/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| Debtor 1 | **Casey John Simon** | |
|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | |
| | | Case number (if know) _____ |

---

| 4.4 463 | **US Bank** | | Last 4 digits of account number | **1** | | **Unknown** |

Nonpriority Creditor's Name

**3800 E La Palma Ave**
**Anaheim, CA 92807**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **1/1/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 464 | **US Bank** | | Last 4 digits of account number | | | **$10,186.73** |

Nonpriority Creditor's Name

**P.O. Box 7904808**
**St. Louis, MO 63179-0408**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - CJS Properties**

---

| 4.4 465 | **US Bank Credit Card** | | Last 4 digits of account number | **2452** | | **$3,166.02** |

Nonpriority Creditor's Name

**PO Box 6335**
**Fargo, ND 58125-6335**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **1/5/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 466 | **US Bank Equipment Finance** | Last 4 digits of account number | **9948** | **$11,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1310 Madrid Street Suite 101**
**Marshall, MN 56258-4002**

When was the debt incurred?   **2/1/2011**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

■ No
☐ Yes

---

| 4.4 467 | **Us Bank Hogan Loc** | Last 4 digits of account number | **9470** | **$2,462.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 5227**
**Cincinnati, OH 45201**

When was the debt incurred?   **20163-2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

■ No
☐ Yes

---

| 4.4 468 | **Ustick, James & Christine** | Last 4 digits of account number | **3051** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1713 Colina Terrestre**
**San Clemente, CA 92673**

When was the debt incurred?   **1/17/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

■ No
☐ Yes

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4
469**

**Utz, Russell & Twila**

Nonpriority Creditor's Name

**56126 Onaga Trail
Yucca Valley, CA 92284**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4101**                    **Unknown**

**When was the debt incurred?**   **5/9/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4
470**

**Uyemura, Kristen**

Nonpriority Creditor's Name

**17713 Falda Ave
Torrance, CA 90504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

**4.4
471**

**Vaiasicca, Konustantina & Guy**

Nonpriority Creditor's Name

**25446 Via Estudio
Laguna Niguel, CA 92677**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0093**                    **$0.00**

**When was the debt incurred?**   **04/13/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4<br>472 | **Vail, Carol** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**7102 Apricott Dr**
**Irvine, CA 92618**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1061**                    **Unknown**

**When was the debt incurred?**   **12/27/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4<br>473 | **Valdes, Richard** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**10324 Broadmead Dr.**
**South El Monte, CA 91733**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **3051**                    **Unknown**

**When was the debt incurred?**   **8/24/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4<br>474 | **Valdez, Ernest** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**13230 Dan Brook Dr.**
**Whittier, CA 90602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0095**                    **$0.00**

**When was the debt incurred?**   **07/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 475 | | | |
|---|---|---|---|

**Valdez, Ismael**
Nonpriority Creditor's Name

**3361 W  Faircrest Drive**
**Anaheim, CA 92804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **None**                              **Unknown**

**When was the debt incurred?**    **1/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 476 | | | |
|---|---|---|---|

**Valdez, Josefina**
Nonpriority Creditor's Name

**11463 Perris Blvd.**
**Moreno Valley, CA 92557**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0134**                              **Unknown**

**When was the debt incurred?**    **1/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 477 | | | |
|---|---|---|---|

**Valdez, Paul & Rachel**
Nonpriority Creditor's Name

**761 Elm St**
**Arroyo Grande, CA 93420**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3083**                              **Unknown**

**When was the debt incurred?**    **8/24/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 478 | **Valdivia, Carey** | Last 4 digits of account number | **4069** | **Unknown** |

Nonpriority Creditor's Name

**69676 Pleasant Grove**
**Cathedral City, CA 92234**

Number Street City State Zip Code

**When was the debt incurred?**  **11/12/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 479 | **Valdivia, Esther** | Last 4 digits of account number | **1954** | **Unknown** |

Nonpriority Creditor's Name

**24537 4Th Street**
**San Bernardino, CA 92410**

Number Street City State Zip Code

**When was the debt incurred?**  **4/18/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 480 | **Valencia, Victor** | Last 4 digits of account number | **0116** | **Unknown** |

Nonpriority Creditor's Name

**7102 Apricott Dr**
**Irvine, CA 92618**

Number Street City State Zip Code

**When was the debt incurred?**  **1/25/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 481 | | | |
|---|---|---|---|

**Valenti, Edward**

Nonpriority Creditor's Name

**7823 Hillandale Dr.**

**San Diego, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1115**          **Unknown**

**When was the debt incurred?**   **7/12/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 482 | | | |
|---|---|---|---|

**Valenzuela, Angel & Maria**

Nonpriority Creditor's Name

**2521 W. Sunflower Ave Unit U4**

**Santa Ana, CA 92704**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **74CO**          **Unknown**

**When was the debt incurred?**   **5/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 483 | | | |
|---|---|---|---|

**Valenzuela, Humberto**

Nonpriority Creditor's Name

**5558 Cameo Road**

**Carpinteria, CA 93013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2006**          **Unknown**

**When was the debt incurred?**   **1/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 484 | **Valenzuela, Mario** | Last 4 digits of account number | **3003** | **Unknown** |

Nonpriority Creditor's Name

**1240 Eastbrook Drive
Lompoc, CA 93436**

When was the debt incurred?    **3/11/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 485 | **Valeton, William** | Last 4 digits of account number | **1002** | **$0.00** |

Nonpriority Creditor's Name

**2299 Cherry Ave
San Jose 95125, CA 95125**

When was the debt incurred?    **09/14/11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 486 | **Van Beamont, Sheila** | Last 4 digits of account number | **0122** | **$0.00** |

Nonpriority Creditor's Name

**970 Sumerset Court #A.
Chula Vista, CA 91915**

When was the debt incurred?    **06/29/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.4 487** | **Van Dusen, Bob** | |

Nonpriority Creditor's Name

**5719 West View Drive**
**Orange, CA 92869**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **RollingHills**               **$590.00**

**When was the debt incurred?**   **11/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 488** | **Van Hook, Carol** | |

Nonpriority Creditor's Name

**142 Algiers**
**Pacheco, CA 94553**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **2029**               **Unknown**

**When was the debt incurred?**   **12/21/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 489** | **Van Houten, Carolyn** | |

Nonpriority Creditor's Name

**10491 Nottingham**
**Westminister, CA 92683**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1021**               **Unknown**

**When was the debt incurred?**   **10/4/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 490 | | | |
|---|---|---|---|

**Van Natta, Elexis**
Nonpriority Creditor's Name

**802 Blake St.**
**Santa Maria, CA 93455**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0152**                **$0.00**

**When was the debt incurred?**   **12/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 491 | | | |
|---|---|---|---|

**Van Zandt, debra**
Nonpriority Creditor's Name

**14126 Chandler Blvd.**
**Sherman Oaks, CA 91401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0007**                **$0.00**

**When was the debt incurred?**   **12/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 492 | | | |
|---|---|---|---|

**Vandeputte, Audrey**
Nonpriority Creditor's Name

**4076 Constellation Rd.**
**Lompoc, CA 93456**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1009**              **Unknown**

**When was the debt incurred?**   **10/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4**
**493**

**Vanderhyde, John & Penny**

Nonpriority Creditor's Name

**4616 Karen Way**
**El Cajon, CA 92020**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| | |
|---|---|
| Last 4 digits of account number | **0046** |

$0.00

**When was the debt incurred?**   **03/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**494**

**VanLoy, John**

Nonpriority Creditor's Name

**3050 W Ball Rd #203**
**Anaheim, CA 92804**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1053**

Unknown

**When was the debt incurred?**   **10/25/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**495**

**Vanness, Dawn**

Nonpriority Creditor's Name

**31255 Oxbow Pl**
**Solvang, CA 93463**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1430**

Unknown

**When was the debt incurred?**   **12/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 496 | **Vanness, Dawn** | Last 4 digits of account number | **3130** | **Unknown** |

Nonpriority Creditor's Name
**1801 Sabrina Terrace**
**Corona Del Mar, CA 92625**
Number Street City State Zip Code

When was the debt incurred?   **9/1/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 497 | **Vanness, Dawn** | Last 4 digits of account number | **3113** | **Unknown** |

Nonpriority Creditor's Name
**3125 Oxbow Pl**
**Solvang, CA 93463**
Number Street City State Zip Code

When was the debt incurred?   **8/27/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 498 | **Vanstean, Lisa** | Last 4 digits of account number | **2002** | **Unknown** |

Nonpriority Creditor's Name
**2767 N. Sierra Way**
**San Bernardino, CA 92405**
Number Street City State Zip Code

When was the debt incurred?   **11/3/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 499 | **Vantilborg, Sanford** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6561 Farinella Dr.**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **9032**                     **$0.00**

When was the debt incurred?  **11/10/09**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 500 | **VanVlimmeren, Viviana** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**11432 Kerwood**
**El Monte, CA 91732**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **1081**                     **Unknown**

When was the debt incurred?  **4/12/2011**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 501 | **Vanvoorhis, David & Linda** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3895 Roblyn Street**
**Riverside, CA 92504**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **4093**                     **Unknown**

When was the debt incurred?  **9/8/2014**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 502 | **Vargas, Marie** | Last 4 digits of account number | **9024** | **$0.00** |

Nonpriority Creditor's Name
**3771 Lofton Place**
**Riverside, CA 92501**

When was the debt incurred? **10/02/09**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 503 | **Vargas, Melvin & Barbara** | Last 4 digits of account number | **0004** | **$0.00** |

Nonpriority Creditor's Name
**207 E. L St.**
**Chula Vista, CA 91911**

When was the debt incurred? **09/28/10**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 504 | **Vargas, Raul & Marsha** | Last 4 digits of account number | **2025** | **Unknown** |

Nonpriority Creditor's Name
**1214 Mustang Ct**
**Upland, CA 91786**

When was the debt incurred? **1/19/2012**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4 505**

**Vargas, Victoria**

Nonpriority Creditor's Name

**742 W. Cypress St.**

**Covina, CA 09172**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0041**          **$0.00**

When was the debt incurred?   **02/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 506**

**Varvel, Markoto**

Nonpriority Creditor's Name

**1679 Plum Street**

**Corona, CA 92879**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4085**          **Unknown**

When was the debt incurred?   **11/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 507**

**Vasquez, Cindy & Hector**

Nonpriority Creditor's Name

**41110 Gretchen Way**

**Palmdale, CA 93551**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4066**          **Unknown**

When was the debt incurred?   **12/24/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4**
**508**

**Vasquez, Erlina**

Nonpriority Creditor's Name

**1329 W. 2Nd Street**

**San Bernardino, CA 92410**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4061**                    **Unknown**

When was the debt incurred?    **5/27/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**509**

**Vasquez, Kenneth**

Nonpriority Creditor's Name

**13306 Noble Place**

**Chino, CA 91710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1102**                    **Unknown**

When was the debt incurred?    **2/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**510**

**Vasquez, Manuel & Alicia**

Nonpriority Creditor's Name

**3286 Via Tonga**

**San Diego, CA 92154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2041**                    **Unknown**

When was the debt incurred?    **9/7/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)*

---

| 4.4 511 | **Vasylyeva, Alina** | Last 4 digits of account number | **1437** | **Unknown** |

Nonpriority Creditor's Name

**2386 E. Del Mar Blv #126**
**Pasadena, CA 91107**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **11/19/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 512 | **Vasylyeva, Alina** | Last 4 digits of account number | **0105** | **$0.00** |

Nonpriority Creditor's Name

**17711 Margate st. #101**
**Encino, CA 91316**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **09/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 513 | **Vaughan, Mary** | Last 4 digits of account number | **1065** | **Unknown** |

Nonpriority Creditor's Name

**24081 Windward Dr.**
**Dana Point, CA 92629**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **5/31/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 514 | |
|---|---|

**Vazquez, Guillermo**
Nonpriority Creditor's Name

**15678 Merrtill Ave**
**Fontana, CA 92335**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4101**          **Unknown**

**When was the debt incurred?**  **9/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 515 | |
|---|---|

**Veblen, Jean**
Nonpriority Creditor's Name

**235 S.Cannon Ave.**
**Sierra Madre, CA 91024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3029**          **Unknown**

**When was the debt incurred?**  **5/16/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 516 | |
|---|---|

**Vega, Sandra**
Nonpriority Creditor's Name

**6747 Yosemite Dr.**
**Buena Park, CA 90620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2082**          **Unknown**

**When was the debt incurred?**  **11/5/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 | | | |
|-----|---|---|---|
| 517 | | | |

**Vejar, Don & Sally**

Nonpriority Creditor's Name

**10554 Semora St**
**Bellflower, CA 90706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1013**

When was the debt incurred?   **07/26/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

| 4.4 | | | |
|-----|---|---|---|
| 518 | | | |

**Vela, Patricia**

Nonpriority Creditor's Name

**4425 Blanchard St.**
**Los Angeles Ca, CA 90022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1063**

When was the debt incurred?   **5/31/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 | | | |
|-----|---|---|---|
| 519 | | | |

**Velasco , Rico**

Nonpriority Creditor's Name

**17 Sundown Pass**
**Irvine, CA 92604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0005**

When was the debt incurred?   **03/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 520 | **Velasquez, John** | Last 4 digits of account number | **0093** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2074 B Ronda Grauada**
**Laguna Woods, CA 92637**
Number Street City State Zlp Code

When was the debt incurred?  **10/05/10**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.4 521 | **Velazquez, Sylvia** | Last 4 digits of account number | **1932** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**375 W. 3Rd Street**
**San Jacinto, CA 92583**
Number Street City State Zlp Code

When was the debt incurred?  **7/14/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.4 522 | **Velez, Sheila** | Last 4 digits of account number | **0029** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3036 Gertrude**
**Riverside, CA 92506**
Number Street City State Zlp Code

When was the debt incurred?  **12/14/10**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 523 | **Venegas, Freddy & Sarah** | Last 4 digits of account number    **3090** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**115 Hartzell**
**Redlands, CA 92374**

When was the debt incurred?    **8/17/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 524 | **Venus, Laverne** | Last 4 digits of account number    **3008** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2020 Ayala St**
**Ventura, CA 93001**

When was the debt incurred?    **4/11/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 525 | **Verdegaal, Pauline** | Last 4 digits of account number    **3011** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**201 Estuary Way**
**Grover Beach, CA 93433**

When was the debt incurred?    **6/18/2013**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | | |
|---|---|---|---|
| 4.4 526 | **Verduzco, Rodolpho & Angelina** | Last 4 digits of account number  **3024** | **Unknown** |

Nonpriority Creditor's Name

**32193 Corte Sabrinas**
**Temecula, CA 92592**

Number Street City State Zip Code

**When was the debt incurred?**  **10/30/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.4 527 | **Vergara, Rose** | Last 4 digits of account number  **3066** | **Unknown** |

Nonpriority Creditor's Name

**1838 Peterson Ave.**
**Pasadena, CA 91030**

Number Street City State Zip Code

**When was the debt incurred?**  **12/4/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.4 528 | **Verizon Wireless** | Last 4 digits of account number  **0001** | **$1,343.69** |

Nonpriority Creditor's Name

**PO Box 660108**
**Dallas, TX 75266-0108**

Number Street City State Zip Code

**When was the debt incurred?**  **12/1/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4 529**

**Verlangieri, Florence & Vincent**
Nonpriority Creditor's Name

**360 Paxton Ct**
**Upland, CA 91784**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **2005**                    **Unknown**

**When was the debt incurred?**    **10/14/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

**4.4 530**

**Verma, Arlin & Sunita**
Nonpriority Creditor's Name

**1467 Onondaga Place**
**Fremont, CA 94539**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1150**                    **$0.00**

**When was the debt incurred?**    **07/05/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 531**

**Verne, Elizabeth**
Nonpriority Creditor's Name

**1291 Mesa Verde**
**San Bernardino CA 92404-1839, CA 92404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **0017**                    **$0.00**

**When was the debt incurred?**    **11/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| 4.4 532 | **Veylupek, Robert** | Last 4 digits of account number  **2039**  Unknown |

Nonpriority Creditor's Name

**1094 Baseline Rd.**

**La Verne, CA 91750**

When was the debt incurred?  **8/21/2012**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.4 533 | **Veylupek, Robert** | Last 4 digits of account number  **1059**  Unknown |

Nonpriority Creditor's Name

**1094 Baseline Rd.**

**La Verne, CA 91750**

When was the debt incurred?  **12/6/2011**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.4 534 | **Vieira, Susan** | Last 4 digits of account number  **2002**  Unknown |

Nonpriority Creditor's Name

**908 Torero Plaza**

**Campbell, CA 95008**

When was the debt incurred?  **10/24/2012**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 535 | | | |
|---|---|---|---|

**Vierra, John**
Nonpriority Creditor's Name

**19424 Oriente Drive**
**Yorba Linda, CA 92886**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **4132**                          **Unknown**

**When was the debt incurred?**   **5/27/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 536 | | | |
|---|---|---|---|

**Vilamar, Ruben**
Nonpriority Creditor's Name

**31942 Mil Stream**
**Trabuco Canyon, CA 92679**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **31CO**                          **Unknown**

**When was the debt incurred?**   **7/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 537 | | | |
|---|---|---|---|

**Villa, Albert & Maria**
Nonpriority Creditor's Name

**15061 Root St.**
**Baldwin Park, CA 91706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0048**                          **$0.00**

**When was the debt incurred?**   **09/28/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 538 | | |
|---|---|---|

**Villa, Irene**

Nonpriority Creditor's Name

**13302 Corak Street**

**Baldwin Park, CA 91706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2010**

When was the debt incurred?    **3/19/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

Unknown

---

| 4.4 539 | | |
|---|---|---|

**Villa, Jose**

Nonpriority Creditor's Name

**10312 Washington Ave.**

**Southgate, CA 90280**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0022**

When was the debt incurred?    **01/19/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

$0.00

---

| 4.4 540 | | |
|---|---|---|

**Villa, Sarah**

Nonpriority Creditor's Name

**5452 B St.**

**Chino, CA 91710**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0012**

When was the debt incurred?    **11/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

$0.00

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know)  _____

---

| 4.4 541 | | | |
|---|---|---|---|

**Villanueva, Alejandro**

Nonpriority Creditor's Name

**1989 Green Briar St.**

**Colton, CA 92324**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1008**          **Unknown**

**When was the debt incurred?**  **8/16/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 542 | | | |
|---|---|---|---|

**Villanueva, Ofelia**

Nonpriority Creditor's Name

**2530 De La Vina**

**Santa Barbara, CA 93105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3013**          **Unknown**

**When was the debt incurred?**  **3/28/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 543 | | | |
|---|---|---|---|

**Villanueva, Ofelia**

Nonpriority Creditor's Name

**2530 De La Vina St**

**Santa Barbara, CA 93105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2020**          **Unknown**

**When was the debt incurred?**  **8/22/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 544 | | | |
|---|---|---|---|

**Villanueva, Ofelia**
Nonpriority Creditor's Name

**2530 De La Vine**
**Santa Barbara, CA 93105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1063**          **Unknown**

When was the debt incurred?  **6/28/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 545 | | | |
|---|---|---|---|

**Villanueva, Sally**
Nonpriority Creditor's Name

**52444 Nelson St**
**Coachella, CA 92236**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1993**          **Unknown**

When was the debt incurred?  **4/30/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 546 | | | |
|---|---|---|---|

**Villanueva, Sally**
Nonpriority Creditor's Name

**52444 Nelson Ave**
**Coachella, CA 92236**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2011**          **Unknown**

When was the debt incurred?  **6/15/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.4**
**547**

| | |
|---|---|
| **Vilmur, Jaime & Yancey, Phil** | |
| Nonpriority Creditor's Name | |
| **2155 Hofer Drive** | |
| **San Diego, CA 92154** | |
| Number Street City State Zip Code | |

Last 4 digits of account number  **3030**          **Unknown**

When was the debt incurred?  **4/11/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**548**

| | |
|---|---|
| **Vincent, Lerpy** | |
| Nonpriority Creditor's Name | |
| **2659 Garden Ave.** | |
| **Concord, CA 94520** | |
| Number Street City State Zip Code | |

Last 4 digits of account number  **0030**          **$0.00**

When was the debt incurred?  **11/16/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**549**

| | |
|---|---|
| **Vincent, Margaret** | |
| Nonpriority Creditor's Name | |
| **10103 Homeland Avenue** | |
| **Whittier, CA 90603** | |
| Number Street City State Zip Code | |

Last 4 digits of account number  **1056**          **Unknown**

When was the debt incurred?  **10/18/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know)

---

**4.4**
**550**

**Viola, Carmelo**                          Last 4 digits of account number   **2068**                          **Unknown**

Nonpriority Creditor's Name

**16742 Huggins Ave.**                     When was the debt incurred?   **11/15/2012**
**Yorba Linda, CA 92886**

Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                            ■ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

■ Debtor 1 and Debtor 2 only               ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                           **Business Debt - Past Customers of Exterior**
☐ Yes                                      ■ Other. Specify  **Specialist**

---

**4.4**
**551**

**Vitols, Valdis**                         Last 4 digits of account number   **3047**                          **Unknown**

Nonpriority Creditor's Name

**122 Oak Hill Dr**                        When was the debt incurred?   **8/25/2013**
**Lompoc, CA 93436**

Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                            ■ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

■ Debtor 1 and Debtor 2 only               ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims

■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                           **Business Debt - Past Customer of Exterior**
☐ Yes                                      ■ Other. Specify  **Specialist**

---

**4.4**
**552**

**Vittitoe, Janet**                        Last 4 digits of account number   **1027**                          **Unknown**

Nonpriority Creditor's Name

**3210 Westwood Dr.**                      When was the debt incurred?   **2/22/2011**
**Carlsbad, CA 92008**

Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                            ■ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

■ Debtor 1 and Debtor 2 only               ■ Disputed

☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims

☐ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                           **Business Debt - Past Customer of Exterior**
☐ Yes                                      ■ Other. Specify  **Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 553 | | | |
|---|---|---|---|

**Voelker, Estelle**
Nonpriority Creditor's Name

**5664 Adobe Falls Place**
**San Diego, CA 92170**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3023**          **Unknown**

**When was the debt incurred?**   **3/26/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 554 | | | |
|---|---|---|---|

**Voelker, Estrelle**
Nonpriority Creditor's Name

**5664 Adobe Falls Place**
**San Diego, CA 92150**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1031**          **Unknown**

**When was the debt incurred?**   **1/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 555 | | | |
|---|---|---|---|

**Voelzke, Paulus**
Nonpriority Creditor's Name

**1625 Franklin St #A**
**Santa Monica, CA 90404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1070**          **Unknown**

**When was the debt incurred?**   **10/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| Debtor 1 | **Casey John Simon** |
|---|---|
| Debtor 2 | **Korrine Ellen Simon** |

Case number *(if know)* _____

---

**4.4 556**

**VonMerta-Hartz, Diana**
Nonpriority Creditor's Name

**1867 Oldbridge Road**
**San Jose, CA 95131**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **4035**                **Unknown**

**When was the debt incurred?**   **9/30/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 557**

**Vrtis, Joseph**
Nonpriority Creditor's Name

**12842 Wright Ave**
**Chino, CA 91710**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **1401**                **Unknown**

**When was the debt incurred?**   **9/2/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 558**

**Wacholz, Jerold**
Nonpriority Creditor's Name

**903 N. Kellogg Ave.**
**Santa Barbara, CA 93111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **0020**                **$0.00**

**When was the debt incurred?**   **10/19/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.4 559 | | | |
|---|---|---|---|

**Waddy, Marguerite**
Nonpriority Creditor's Name
**3537 W 85th Street**
**Inglewood, CA 90305**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2066**                      **Unknown**

**When was the debt incurred?**   **3/31/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 560 | | | |
|---|---|---|---|

**Wade, Mark & Veronica**
Nonpriority Creditor's Name
**844 Emony Street**
**Imperial Beach, CA 91932**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **058I**                      **Unknown**

**When was the debt incurred?**   **3/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 561 | | | |
|---|---|---|---|

**Wadley, Margil & Evelyn**
Nonpriority Creditor's Name
**24100 El Toro Road**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1117**                      **Unknown**

**When was the debt incurred?**   **2/22/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 562 | **Wagner, Joyce** | Last 4 digits of account number | **0057** | $0.00 |

Nonpriority Creditor's Name

**394 N. Handy**
**Orange, CA 92867**
Number Street City State Zip Code

When was the debt incurred?  **07/27/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 563 | **Wagner, Rudy & Amber** | Last 4 digits of account number | **5104** | Unknown |

Nonpriority Creditor's Name

**9082 Aloha Drive**
**Huntington Beach, CA 92646**
Number Street City State Zip Code

When was the debt incurred?  **3/13/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 564 | **Wahinehookae, Anna** | Last 4 digits of account number | **3170** | Unknown |

Nonpriority Creditor's Name

**11660 E. Colvere Pl**
**Covina, CA 91725**
Number Street City State Zip Code

When was the debt incurred?  **11/11/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1　**Casey John Simon**

Debtor 2　**Korrine Ellen Simon**

Case number *(if know)*　_____

---

| 4.4 565 | **Waisanan, Alan & Judith** | | |

Nonpriority Creditor's Name

**1300 Saratoga Ave #1212**
**Ventura, CA 93003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**　**1057**　　**Unknown**

**When was the debt incurred?**　**1/12/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 566 | **Waken, Mary Rose** | | |

Nonpriority Creditor's Name

**533 Via Estrada Unit C**
**Laguna Woods, CA 92637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**　**3087**　　**Unknown**

**When was the debt incurred?**　**10/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 567 | **Walcek, Rosemary** | | |

Nonpriority Creditor's Name

**381 W.Truscow Ave.**
**Fullerton, CA 92832**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**　**0069**　　**$0.00**

**When was the debt incurred?**　**08/03/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify　**Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 568 | **Wald, Jane** | Last 4 digits of account number | **0022** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**15319 Earlham St.**

**Pacific Palisades, CA 90272**

Number Street City State Zip Code

When was the debt incurred?   **08/24/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 569 | **Wald, Lea** | Last 4 digits of account number | **3002** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1216 S MAYFLOWER AVE UNIT D**

**MONROVIA, CA 91016**

Number Street City State Zip Code

When was the debt incurred?   **12/21/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 570 | **Walder, Bryce & Nicole** | Last 4 digits of account number | **4042** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**24332 Deleon Drive**

**Dana Point, CA 92629**

Number Street City State Zip Code

When was the debt incurred?   **4/29/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 571** | **Walker, Cecil** | |

Nonpriority Creditor's Name

**20021 Cliveden Ave.**
**Carson, CA 90746**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **9040**                                    **$0.00**

When was the debt incurred?    **10/16/09**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 572** | **Walker, Janie** | |

Nonpriority Creditor's Name

**2548 Fairway Dr.**
**Costa Mesa, CA 92627**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0046**                                    **$0.00**

When was the debt incurred?    **11/09/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 573** | **Walker, Jean** | |

Nonpriority Creditor's Name

**2015-2 Shannon Ct.**
**Diamond Bar, CA 91765**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3015**                                    **Unknown**

When was the debt incurred?    **4/1/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 574 | **Walker, Ray & Valerie** | | | **Unknown** |

Nonpriority Creditor's Name

**16105 Harvest Moon St.**
**La Puente, CA 91744**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3099**

When was the debt incurred?   **8/23/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 575 | **Walker, Willie & Juanita** | | | **$0.00** |

Nonpriority Creditor's Name

**3481 Crestwold Ave.**
**Los Angeles, CA 90043**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0008**

When was the debt incurred?   **06/15/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 576 | **Wall, Mike** | | | **Unknown** |

Nonpriority Creditor's Name

**7922 Seawall Cir.**
**Huntington Beach, CA 92648**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1006**

When was the debt incurred?   **4/26/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 577 | |
|---|---|

**Wall, Tom**

Nonpriority Creditor's Name

**4408 Tulane Ave**
**Long Beach, CA 90808**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1950**        **Unknown**

**When was the debt incurred?**   **10/30/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 578 | |
|---|---|

**Wallace , Albert**

Nonpriority Creditor's Name

**6569 45th Street**
**Riverside, CA 92509**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1118**        **Unknown**

**When was the debt incurred?**   **3/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 579 | |
|---|---|

**Wallace, Albert**

Nonpriority Creditor's Name

**6569 45th Street**
**Riverside, CA 92509**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1019**        **Unknown**

**When was the debt incurred?**   **1/18/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 580 | **Wallace, Dorthy** | Last 4 digits of account number | **3007** | **Unknown** |

Nonpriority Creditor's Name

**840 Lakeview Way**

**Redwood City, CA 94062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **3/29/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

| 4.4 581 | **Wallace, June** | Last 4 digits of account number | **2001** | **Unknown** |

Nonpriority Creditor's Name

**179 Covington Street**

**Oakland, CA 94605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **7/17/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

| 4.4 582 | **Wallace, Lura** | Last 4 digits of account number | **1102** | **Unknown** |

Nonpriority Creditor's Name

**2062 W. 234th Street**

**Torrance, CA 90501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **11/22/2011**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)*

---

| 4.4 583 | | |
|---|---|---|

**Wallace, Steven**

Nonpriority Creditor's Name

**3 Edgestone**
**Irvine, CA 92606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3065**        **Unknown**

**When was the debt incurred?**   **12/7/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 584 | | |
|---|---|---|

**Waller, Georgiana**

Nonpriority Creditor's Name

**340 Borckmont Dr.**
**Glendale, CA 91202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1073**        **Unknown**

**When was the debt incurred?**   **8/23/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 585 | | |
|---|---|---|

**Walley , Helen**

Nonpriority Creditor's Name

**3121 BRADFORD PL**
**SANTA ANA, CA 92707**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1072**        **Unknown**

**When was the debt incurred?**   **11/1/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 586 | **Wallner, Elizabeth** | |
|---|---|---|

Nonpriority Creditor's Name

**22152 Caminito Laureles**
**Laguna Hills, CA 92653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2057**        **Unknown**

**When was the debt incurred?** **1/24/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 587 | **Wallner, Randy** | |
|---|---|---|

Nonpriority Creditor's Name

**24903 Regis Street**
**Murrieta, CA 92562**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1039**        **Unknown**

**When was the debt incurred?** **5/31/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 588 | **Wallner, Randy & Sally** | |
|---|---|---|

Nonpriority Creditor's Name

**24903 Regis Ct**
**Murrieta, CA 92562**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **3173**        **Unknown**

**When was the debt incurred?** **8/20/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 589 | **Walmsley, Steve & Nancy** | Last 4 digits of account number | **0103** | **Unknown** |

Nonpriority Creditor's Name
**261 Rockhill Rd.**
**Vista, CA 92084**

When was the debt incurred?   **1/11/2011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 590 | **Walsh, Clyde & Elaine** | Last 4 digits of account number | **2087** | **Unknown** |

Nonpriority Creditor's Name
**76783 Mineret**
**Palm Desert, CA 92211**

When was the debt incurred?   **10/8/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 591 | **walsh, Dennis** | Last 4 digits of account number | **9007** | **$0.00** |

Nonpriority Creditor's Name
**925 Carlson Drive**
**Brea, CA 92821**

When was the debt incurred?   **12/08/09**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 592 | **Walsh, Kathleen** | | |

Nonpriority Creditor's Name
**48501 Via Encanto**
**La Quinta, CA 92253**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **3201**                    **Unknown**

**When was the debt incurred?**   **12/3/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 593 | **Walsh, Patricia** | | |

Nonpriority Creditor's Name
**8373 Jackson Height**
**El Cajon, CA 92021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **2024**                    **Unknown**

**When was the debt incurred?**   **8/27/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 594 | **Walters, Irmgard** | | |

Nonpriority Creditor's Name
**349 E. Hacienda Dr.**
**Corona, CA 92879**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **3056**                    **Unknown**

**When was the debt incurred?**   **11/19/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 595 | **Walters, Joseph** | Last 4 digits of account number | **3083** | **Unknown** |

Nonpriority Creditor's Name

**2149 Ronda Granada Unit G**
**Laguna Woods, CA 92637**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **11/2/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

| 4.4 596 | **Walther, Jim** | Last 4 digits of account number | **2049** | **Unknown** |

Nonpriority Creditor's Name

**3871 Alta Loma Ct.**
**Jamul, CA 91935**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **5/23/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customers of Exterior Specialist**

| 4.4 597 | **Waltman, Susan** | Last 4 digits of account number | **2090** | **Unknown** |

Nonpriority Creditor's Name

**105 Calle Campo**
**San Clemente, CA 92672**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **3/9/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 598 | **Walton, Gran** | Last 4 digits of account number | **1001** | **Unknown** |

Nonpriority Creditor's Name
**3048 Rafafi Way**
**Hayward, CA 94541**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **05/24/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 599 | **Wan, Helen** | Last 4 digits of account number | **0113** | **$0.00** |

Nonpriority Creditor's Name
**2239 Turnball Canyon Rd.**
**Hacienda Heights, CA 91745**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **08/03/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 600 | **Wanamaker, Betty** | Last 4 digits of account number | **0133** | **$0.00** |

Nonpriority Creditor's Name
**3036 Q Via  Vista**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **08/24/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 601 | | | |
|---|---|---|---|

**Wang, Lily**

Nonpriority Creditor's Name

**52 Los Palmos Dr.**
**San Francisco, CA 94127**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1012**          **Unknown**

**When was the debt incurred?**   **2/6/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 602 | | | |
|---|---|---|---|

**Wang, Stephen & Mary**

Nonpriority Creditor's Name

**2107 E. Decatur**
**Fresno, CA 93720**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1075**          **Unknown**

**When was the debt incurred?**   **07/19/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 603 | | | |
|---|---|---|---|

**Ward, Beverly**

Nonpriority Creditor's Name

**5003 Park Glen Ave**
**Los Angeles, CA 90043**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2027**          **Unknown**

**When was the debt incurred?**   **10/17/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 604 | |
|---|---|

**Ward, Dean**
Nonpriority Creditor's Name

**740 W. 26Th St**
**Long Beach, CA 90806**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3057**        **Unknown**

**When was the debt incurred?**  **2/5/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 605 | |
|---|---|

**Ward, Judith**
Nonpriority Creditor's Name

**27053 Pinehurst Rd**
**Sun City, CA 92586**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3012**        **Unknown**

**When was the debt incurred?**  **10/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 606 | |
|---|---|

**Ward, William & Ellinor**
Nonpriority Creditor's Name

**2174 Via Mariposa E. Unit A**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2045**        **Unknown**

**When was the debt incurred?**  **6/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 |
|-----|
| 607 |

**Ware, Jeome & Tanzania**

Nonpriority Creditor's Name

**5625 Windsor Way Unit 202**
**Culver City, CA 90230**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1081**                              **Unknown**

**When was the debt incurred?**   **2/23/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 |
|-----|
| 608 |

**Ware, Orie & Maureen**

Nonpriority Creditor's Name

**5439 Dariesa St**
**Carpenteria, CA 93013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **2004**                              **Unknown**

**When was the debt incurred?**   **6/18/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 |
|-----|
| 609 |

**Wargnier, David**

Nonpriority Creditor's Name

**35515 El Niguel Rd.**
**Lake Elsinore, CA 92530**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **3026**                              **Unknown**

**When was the debt incurred?**   **6/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | | |
|---|---|---|---|
| 4.4 610 | **Warnke, Robert** | Last 4 digits of account number **2055** | **Unknown** |

Nonpriority Creditor's Name

**1948 E. 16th St.**

**National City, CA 91950**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? **4/4/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.4 611 | **Warren, David** | Last 4 digits of account number **1099** | **Unknown** |

Nonpriority Creditor's Name

**2657 Payson Drive**

**Julian, CA 92036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? **12/13/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | | |
|---|---|---|---|
| 4.4 612 | **Warren, Jerry** | Last 4 digits of account number **1935** | **Unknown** |

Nonpriority Creditor's Name

**68461 Corta Rd**

**Cathedral City, CA 92234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? **5/12/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 613 | **Washington, Melvin & Mary** | Last 4 digits of account number | **3025** | **Unknown** |

Nonpriority Creditor's Name

**130 Carey Rd**
**Oceanside, CA 92054**
Number Street City State Zip Code

When was the debt incurred?  **4/9/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 614 | **Wasley, Liena** | Last 4 digits of account number | **3003** | **Unknown** |

Nonpriority Creditor's Name

**1433 Sail Ct.**
**Discovery Bay, CA 92027**
Number Street City State Zip Code

When was the debt incurred?  **5/6/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 615 | **Wasley, Liena** | Last 4 digits of account number | **3003** | **Unknown** |

Nonpriority Creditor's Name

**4290 Colgate Wy**
**Livermore, CA 94550**
Number Street City State Zip Code

When was the debt incurred?  **5/6/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 616 | **Watkins, Alice** | Last 4 digits of account number | **0068** | **$0.00** |

Nonpriority Creditor's Name

**5730 Encino Rd. #1**
**Goleta, CA 93117**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **10/05/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 617 | **Watkins, Greg & Anna** | Last 4 digits of account number | **92CO** | **Unknown** |

Nonpriority Creditor's Name

**18015 Live Oak Street**
**Hespera, CA 92345**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **7/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 618 | **Watkins, Helen** | Last 4 digits of account number | **4090** | **Unknown** |

Nonpriority Creditor's Name

**2402 Lima Linda Dr**
**Bakersfield, CA 93305**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **4/21/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| | | |
|---|---|---|
| **4.4**<br>**619** | **Watkins, Mary** | |

Nonpriority Creditor's Name

**15413 S. Frailey**
**Compton, CA 90221**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2009**                    **Unknown**

**When was the debt incurred?**   **11/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4**<br>**620** | **Watkins, Paul & Mennie** | |

Nonpriority Creditor's Name

**33344 Barrington Dr.**
**Temecula, CA 92592**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3181**                    **Unknown**

**When was the debt incurred?**   **8/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4**<br>**621** | **Watson, Betty** | |

Nonpriority Creditor's Name

**2737 Victoria Street**
**Rialto, CA 92376**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number   **2013**                    **Unknown**

**When was the debt incurred?**   **5/5/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 622 | **Watson, Edwene** | Last 4 digits of account number | **1055** | **Unknown** |

Nonpriority Creditor's Name
**4445 Sunfield Ave.**
**Long Beach, CA 90808**
Number Street City State Zip Code

**When was the debt incurred?**   **10/25/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 623 | **Way, Nancy** | Last 4 digits of account number | **3092** | **Unknown** |

Nonpriority Creditor's Name
**23333 Sand Canyon Cr**
**Corona, CA 92883**
Number Street City State Zip Code

**When was the debt incurred?**   **11/19/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 624 | **Wear, Ernest** | Last 4 digits of account number | **3090** | **Unknown** |

Nonpriority Creditor's Name
**4264 N 3rd Ave**
**San Bernardino, CA 92407**
Number Street City State Zip Code

**When was the debt incurred?**   **10/19/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4 625**

**WeatherTech Roofing**
Nonpriority Creditor's Name
**758 Latisha Place**
**El Cajon, CA 92021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **None**          **Unknown**

When was the debt incurred?   **1/1/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

**4.4 626**

**Weaver, Donald**
Nonpriority Creditor's Name
**2430 Granger**
**National City, CA 91510**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1045**          **$0.00**

When was the debt incurred?   **09/14/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 627**

**Webber, Michael & Carla**
Nonpriority Creditor's Name
**8243 Leucite Ave**
**R.Cucamonga, CA 91730**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1960**          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| 4.4 628 | **Weber, John & Debbie** | |

Nonpriority Creditor's Name

**1229 Cota**
**Torrance, CA 90501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **4101**                    **Unknown**

**When was the debt incurred?**   **4/26/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.4 629 | **Weber, Nancy** | |

Nonpriority Creditor's Name

**52307 Avenida Vallejo**
**La Quinta, CA 92253**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **2044**                    **Unknown**

**When was the debt incurred?**   **2/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.4 630 | **Weber, Virgil** | |

Nonpriority Creditor's Name

**3886 Wawona St.**
**Los Angeles, CA 90065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **2023**                    **Unknown**

**When was the debt incurred?**   **1/28/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 631 | | | |
|---|---|---|---|

**Wedman, Leonard**

Nonpriority Creditor's Name

**22 S. Voluntario St, Unit A**
**Santa Barbara, CA 93103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1965**

When was the debt incurred?   **3/18/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 632 | | | |
|---|---|---|---|

**Weed, Larry & Maria**

Nonpriority Creditor's Name

**2062 North Euclid Ave**
**Upland, CA 91784**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2039**

When was the debt incurred?   **2/24/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 633 | | | |
|---|---|---|---|

**Weeks, Caroline**

Nonpriority Creditor's Name

**69697 Stonewood**
**Cathedral City, CA 92334**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1958**

When was the debt incurred?   **5/18/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 634 | **Weeks, Martha** |
|---|---|

Nonpriority Creditor's Name

**4580 Ohio St #13**
**San Diego, CA 92116**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3111**          **Unknown**

**When was the debt incurred?**   **7/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 635 | **Weinburger, Saul & Jo** |
|---|---|

Nonpriority Creditor's Name

**22309 Devonshire St.**
**Chatsworth, CA 91311**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0083**          **$0.00**

**When was the debt incurred?**   **05/11/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 636 | **Weiner, Teresa** |
|---|---|

Nonpriority Creditor's Name

**28061 Calle Valdes**
**Mission Viejo, CA 92692**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0111**          **$0.00**

**When was the debt incurred?**   **09/07/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 637 | **Weinstein, Barry M.** | Last 4 digits of account number | **0045** | **$0.00** |

Nonpriority Creditor's Name

**524 N. Raymond Ave.**
**Fullerton, CA 92831**

Number Street City State Zip Code

**When was the debt incurred?**   **11/23/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 638 | **Weir, Wanda** | Last 4 digits of account number | **2009** | **Unknown** |

Nonpriority Creditor's Name

**2002 N. Refugio**
**Santa Ynez, CA 93469**

Number Street City State Zip Code

**When was the debt incurred?**   **11/16/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 639 | **Weismeyer, Carol** | Last 4 digits of account number | **3022** | **Unknown** |

Nonpriority Creditor's Name

**142 Browning Ave**
**Riverside, CA 92507**

Number Street City State Zip Code

**When was the debt incurred?**   **12/20/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| | |
|---|---|
| **4.4 640** | |

**Weismeyer, Carol**
Nonpriority Creditor's Name
**142 Browning Avenue**
**Riverside, CA 92507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?**  **1/1/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4 641** | |

**Weismeyer, Carol**
Nonpriority Creditor's Name
**142 Browning Ave**
**Riverside, CA 92507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **3093**          **Unknown**

**When was the debt incurred?**  **11/4/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4 642** | |

**Weismeyer, Richard & Carol**
Nonpriority Creditor's Name
**143 Browning St.**
**Riverside, CA 92507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **0073**          **Unknown**

**When was the debt incurred?**  **1/4/2011**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4 643**

**Weiss, Henry**

Nonpriority Creditor's Name

**1245 Peck Dr**

**Los Angeles, CA 90035**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2071**          **Unknown**

**When was the debt incurred?**   **8/28/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 644**

**Weissman, Stacy**

Nonpriority Creditor's Name

**1218 Messina Ct.**

**Grover Beach, CA 93433**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3100**          **Unknown**

**When was the debt incurred?**   **10/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 645**

**Welch, Bruce & Nina**

Nonpriority Creditor's Name

**17451 Ojai Lane**

**Huntington Beach, CA 92647**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3123**          **Unknown**

**When was the debt incurred?**   **11/5/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| | |
|---|---|
| **4.4 646** | |

**Welch, Claudette**
Nonpriority Creditor's Name

**3614 S. Van Ness**
**Los Angeles, CA 90018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2009**          **Unknown**

When was the debt incurred?   **6/2/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4 647** | |

**Welch, Marsha**
Nonpriority Creditor's Name

**20884 Serrano Creek Rd.**
**Lake Forest, CA 92630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0101**          **$0.00**

When was the debt incurred?   **07/13/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4 648** | |

**Wells Fargo**
Nonpriority Creditor's Name

**Po Box 14517**
**Des Moines, IA 50306**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1183**          **$48.00**

When was the debt incurred?   **2014-2016**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 649 | | | |
|---|---|---|---|

**Wells Fargo Bank**
Nonpriority Creditor's Name

**17775 Santiago Blvd**
**Villa Park, CA 92861**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2966**                                      **Unknown**

**When was the debt incurred?**    **6/1/2010**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 650 | | | |
|---|---|---|---|

**Wells Fargo Bank**
Nonpriority Creditor's Name

**17775 Santiago Blvd**
**Villa Park, CA 92861**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3847**                                      **Unknown**

**When was the debt incurred?**    **1/1/2009**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 651 | | | |
|---|---|---|---|

**Wells, Mary**
Nonpriority Creditor's Name

**3254 E. Ave Q #10**
**Palmdale, CA 93550**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1443**                                      **Unknown**

**When was the debt incurred?**    **11/28/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.4 652 | **Welton, Kenneth & Doris** | Last 4 digits of account number | **4069** | **Unknown** |

Nonpriority Creditor's Name
**15956 N. Culver Rd**
**Victorville, CA 92394**
Number Street City State Zip Code

When was the debt incurred?   **5/30/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 653 | **Wensel, David** | Last 4 digits of account number | **3011** | **Unknown** |

Nonpriority Creditor's Name
**68565 Las Tunes Way**
**Cathedral City, CA 92234**
Number Street City State Zip Code

When was the debt incurred?   **2/4/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 654 | **Werner, Christopher Joseph** | Last 4 digits of account number | **None** | **Unknown** |

Nonpriority Creditor's Name
**3041 Burnet Drive**
**Escondido, CA 92027**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 655 | |
|---|---|

**Werner, Christopher Joseph**
Nonpriority Creditor's Name

**3041 Burnet Drive**
**Escondido, CA 92027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **None**                           **Unknown**

**When was the debt incurred?**   **4/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 656 | |
|---|---|

**Werner, William**
Nonpriority Creditor's Name

**5204 Avenida Despacio**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1122**                           **Unknown**

**When was the debt incurred?**   **3/15/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 657 | |
|---|---|

**West, Jon & Marcia**
Nonpriority Creditor's Name

**2286 Crestview Circle**
**Brea, CA 92871**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2103**                           **Unknown**

**When was the debt incurred?**   **3/8/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 658 | **West, Michael & Dorothy** | Last 4 digits of account number | **3069** | **Unknown** |

Nonpriority Creditor's Name

**13835 Del Ray Lane**

**Deset Hot Springs, CA 92240**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **11/6/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 659 | **Westmyer, Deanna** | Last 4 digits of account number | **2036** | **Unknown** |

Nonpriority Creditor's Name

**9852 Swan Circle**

**Fountain Valley, CA 92708**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **4/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 660 | **Weston, Michael & Brenda** | Last 4 digits of account number | **3061** | **Unknown** |

Nonpriority Creditor's Name

**6867 Copper Mtn Rd**

**Twenty-nine Palms, CA 92277**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **7/29/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 661 | **Wharton, Barbara** | Last 4 digits of account number | **1959** | **Unknown** |

Nonpriority Creditor's Name
**1023 San Gorgorio**
**Banning, CA 92220**
Number Street City State Zip Code

**When was the debt incurred?**  **12/29/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 662 | **Wheeler, Calvin & Dianne** | Last 4 digits of account number | **2097** | **Unknown** |

Nonpriority Creditor's Name
**18635 Milmore Ave**
**Carson, CA 90746**
Number Street City State Zip Code

**When was the debt incurred?**  **2/13/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 663 | **Wheelock, Dawn** | Last 4 digits of account number | **2053** | **Unknown** |

Nonpriority Creditor's Name
**2623 Voorhees Ave**
**Redondo Beach, CA 90278**
Number Street City State Zip Code

**When was the debt incurred?**  **7/14/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 664 | **Wherry, Nancy** | Last 4 digits of account number | **1939** | **Unknown** |

Nonpriority Creditor's Name

**4502 Felton Street**
**San Diego, CA 92116**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12/19/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 665 | **Wherry, Nancy** | Last 4 digits of account number | **1113** | **Unknown** |

Nonpriority Creditor's Name

**4502 Felton Street**
**San Diego, CA 92116**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **5/10/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 666 | **Wherry, Nancy & Lawrence** | Last 4 digits of account number | **3022** | **Unknown** |

Nonpriority Creditor's Name

**4502 Felton St**
**San Diego, CA 92116**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **6/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| 4.4 667 | **Whitacre, James** | |

Last 4 digits of account number **0026**                    **$0.00**

Nonpriority Creditor's Name
**13642 Chestnut St.**
**Westminister, CA 92683**
Number Street City State Zip Code

**When was the debt incurred?** **06/01/10**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.4 668 | **Whitaker, Winifred** | |

Last 4 digits of account number **3029**                    **Unknown**

Nonpriority Creditor's Name
**1336 Windsong Lane**
**Escondido, CA 92026**
Number Street City State Zip Code

**When was the debt incurred?** **4/17/2013**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.4 669 | **White, Betty** | |

Last 4 digits of account number **3078**                    **Unknown**

Nonpriority Creditor's Name
**44627 E 26th St.**
**Lancaster, CA 93535**
Number Street City State Zip Code

**When was the debt incurred?** **8/19/2013**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 670** | | |

**White, Carolyn**
Nonpriority Creditor's Name
**4944 Flora Street**
**Montclair, CA 91763**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4061**                  **Unknown**

**When was the debt incurred?**  **4/28/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 671** | | |

**White, Carolyn**
Nonpriority Creditor's Name
**4944 Flora St.**
**Montclair, CA 91763**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2108**                  **Unknown**

**When was the debt incurred?**  **12/11/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 672** | | |

**White, Carolyn**
Nonpriority Creditor's Name
**4944 Flora St.**
**Montclair, CA 91763**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0130**                  **$0.00**

**When was the debt incurred?**  **08/03/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 |
|-----|
| 673 |

**White, Donnell**

Nonpriority Creditor's Name

**13100 Creekview Dr.**
**Garden Grove, CA 92844**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9041**                         $0.00

When was the debt incurred?   **10/09/09**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 |
|-----|
| 674 |

**White, Harold**

Nonpriority Creditor's Name

**27975 Baroni Rd**
**Romoland, CA 92585**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3124**                      **Unknown**

When was the debt incurred?   **9/7/2013**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 |
|-----|
| 675 |

**White, Karen**

Nonpriority Creditor's Name

**78135 Hunter Point Rd.**
**Palm Desert, CA 92211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2104**                      **Unknown**

When was the debt incurred?   **5/29/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 676 | |
|---|---|

**White, Lee**

Nonpriority Creditor's Name

**783 Easy St.**

**Arroyo Grande, CA 93420**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1087**                **Unknown**

When was the debt incurred?   **4/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 677 | |
|---|---|

**White, Lovelace**

Nonpriority Creditor's Name

**5668 Bella Dr.**

**Riverside, CA 92509**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2040**                **Unknown**

When was the debt incurred?   **12/29/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 678 | |
|---|---|

**White, Neal**

Nonpriority Creditor's Name

**3958 Marlesta Drive**

**San Diego, CA 92111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1029**                **$0.00**

When was the debt incurred?   **06/21/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.4 679 | **White, Tommy** | Last 4 digits of account number | **4117** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**44012 N. Adlea**
**Lancaster, CA 92534**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **4/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 680 | **Whiteside Manor** | Last 4 digits of account number | **32CO** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2743 Orange Street**
**Riverside, CA 92501**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3/12/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 681 | **Whitman , Tristan** | Last 4 digits of account number | **0066** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**29039 Old Carriage Ct.**
**Agoura Hills, CA 91301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **03/16/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| 4.4 682 | **Whitmoyer, James & Mary** | |

Nonpriority Creditor's Name

**967 Erin Dr.**
**El Cajon, CA 92020**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **0049**                **$0.00**

**When was the debt incurred?**  **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.4 683 | **Whitt, Wendy** | |

Nonpriority Creditor's Name

**911 E Payson St**
**Glendora, CA 91740**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1064**              **Unknown**

**When was the debt incurred?**  **1/14/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| 4.4 684 | **Whitten, Charles** | |

Nonpriority Creditor's Name

**4212 Ashe Ave**
**Fullerton, CA 92833**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1962**              **Unknown**

**When was the debt incurred?**  **8/24/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.4 685 | | |
|---|---|---|

**Whybrew, Nancy**

Nonpriority Creditor's Name

**860 Crescent Drive**
**Barstow, CA 92311**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1947**          **Unknown**

When was the debt incurred?   **5/16/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 686 | | |
|---|---|---|

**Wick, Curtis & Diane**

Nonpriority Creditor's Name

**28411 Aerie Road**
**Valley Center, CA 92082**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4019**          **Unknown**

When was the debt incurred?   **1/28/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 687 | | |
|---|---|---|

**Wick, Curtis & Diane**

Nonpriority Creditor's Name

**28411 Aerie**
**Valley Center, CA 92082**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3003**          **Unknown**

When was the debt incurred?   **6/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know)  _____

---

| 4.4 688 | **Widener, Mary** | | | | | **Unknown** |

Nonpriority Creditor's Name

**37207 Westridge**
**Palm Desert, CA 92211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4027**

When was the debt incurred?   **10/13/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 689 | **Wiegman, Mary** | | | | | **Unknown** |

Nonpriority Creditor's Name

**29120 Watson Rd.**
**Romoland, CA 92585**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3042**

When was the debt incurred?   **7/23/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 690 | **Wier, Marion** | | | | | **Unknown** |

Nonpriority Creditor's Name

**14960 Oak Trail Ct.**
**Poway, CA 92064**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number   **3003**

When was the debt incurred?   **12/10/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 691 | **Wiggins, Syreta** | Last 4 digits of account number | **4086** | **Unknown** |

Nonpriority Creditor's Name

**17595 Filbert Street**
**Fontana, CA 92335**

Number Street City State Zip Code

**When was the debt incurred?**   **4/29/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 692 | **Wilborn, Richard & Charlotte** | Last 4 digits of account number | **1089** | **Unknown** |

Nonpriority Creditor's Name

**124 N. Alabama St.**
**San Gabriel, CA 91775**

Number Street City State Zip Code

**When was the debt incurred?**   **11/29/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 693 | **Wilcox, Mary** | Last 4 digits of account number | **1044** | **Unknown** |

Nonpriority Creditor's Name

**4729 Mount La Platta Drive**
**San Diego, CA 92117**

Number Street City State Zip Code

**When was the debt incurred?**   **10/4/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 1566 of 1623

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Casey John Simon** | |
|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | Case number (if know) |

---

| **4.4 694** | **Wilde, Karen** | Last 4 digits of account number | **1008** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2943 Burdeck Dr**
**Oakland, CA 94602**

Number Street City State Zip Code

When was the debt incurred?    **05/17/11**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| **4.4 695** | **Wilderman, Beverly** | Last 4 digits of account number | **2023** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**661 Empey Way**
**San Jose, CA 95128**

Number Street City State Zip Code

When was the debt incurred?    **9/17/2012**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| **4.4 696** | **Wildman, Karen** | Last 4 digits of account number | **1936** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**740 Altura Court**
**Pomona, CA 91768**

Number Street City State Zip Code

When was the debt incurred?    **10/20/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 697 | | | |
|---|---|---|---|

**Wilkening, Paul**
Nonpriority Creditor's Name
**403 La Canada**
**La Jolla, CA 92037**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **75CO**                    **Unknown**

**When was the debt incurred?**   **1/12/2013**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.4 698 | | | |
|---|---|---|---|

**Wilkening, Paul**
Nonpriority Creditor's Name
**403 La Canada**
**La Jolla, CA 92037**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2075**                    **Unknown**

**When was the debt incurred?**   **10/2/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

| 4.4 699 | | | |
|---|---|---|---|

**Wilker, Norma**
Nonpriority Creditor's Name
**4958 Liverpool St.**
**Yorba Linda, CA 92886**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2012**                    **Unknown**

**When was the debt incurred?**   **1/17/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 700 | | | |
|---|---|---|---|

**Wilkerson, L. Regina**
Nonpriority Creditor's Name
**1713 Damaine Way**
**Oakley, CA 94561**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2006**          **Unknown**

**When was the debt incurred?**   **6/13/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 701 | | | |
|---|---|---|---|

**Wilkerson, Ron**
Nonpriority Creditor's Name
**4325 Lerida Dr.**
**San Diego, CA 92115**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3116**          **Unknown**

**When was the debt incurred?**   **8/20/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 702 | | | |
|---|---|---|---|

**Wilkinson, Robert & Charlene**
Nonpriority Creditor's Name
**5246 Rosewood Dr.**
**Oceanside, CA 92056**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2037**          **Unknown**

**When was the debt incurred?**   **2/21/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*)

---

| 4.4 703 | **Willette, Mr. & Mrs.** | Last 4 digits of account number | **4069** | **Unknown** |

Nonpriority Creditor's Name
**4050 Colman Ave**
**San Diego, CA 92154**
Number Street City State Zip Code

When was the debt incurred?   **9/18/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 704 | **William R. Mitchell, Inc.** | Last 4 digits of account number | **Pacific Coast Home Solutions** | **$10,898.00** |

Nonpriority Creditor's Name
**9160 Irvine Center Drive Suite 200**
**Irvine, CA 92618**
Number Street City State Zip Code

When was the debt incurred?   **9/12/2013**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 705 | **Williams, Annie & Loyd** | Last 4 digits of account number | **0011** | **$0.00** |

Nonpriority Creditor's Name
**20323 Camba Ave.**
**Carson, CA 90746**
Number Street City State Zip Code

When was the debt incurred?   **07/13/10**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 706 | | | |
|---|---|---|---|

**Williams, Barbara**
Nonpriority Creditor's Name

**1703A Heritage**
**Anaheim, CA 92804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  1031        $0.00

**When was the debt incurred?**  10/11/11

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 707 | | | |
|---|---|---|---|

**Williams, Ben & Elaine**
Nonpriority Creditor's Name

**31881 Ivy Lane**
**Laguna Beach, CA 92651**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  2094        Unknown

**When was the debt incurred?**  2/17/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 708 | | | |
|---|---|---|---|

**Williams, Carol**
Nonpriority Creditor's Name

**1435 Sun Valley**
**Solano, CA 92075**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  1009        Unknown

**When was the debt incurred?**  12/20/2011

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 709 | **Williams, Carol** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**16182 Appleblossom St.**
**La Puente, CA 91744**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1125**     **Unknown**

**When was the debt incurred?**   **5/3/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 710 | **Williams, Dale & Valarie** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**39088 Tiffany Circle**
**Palm Desert, CA 92211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4124**     **Unknown**

**When was the debt incurred?**   **9/20/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 711 | **Williams, Etta** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2744 Pine Ave**
**Long Beach, CA 90807**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3093**     **Unknown**

**When was the debt incurred?**   **8/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 712** | | |

**Williams, Etta**

Nonpriority Creditor's Name

**3744 Pine Avenue**

**Long Beach, CA 90807**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1088**                    **Unknown**

When was the debt incurred?    **11/15/2011**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4 713** | |

**Williams, Grady & Lynn**

Nonpriority Creditor's Name

**7957 King Bee St.**

**Downey, CA 90242**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0030**                    **$0.00**

When was the debt incurred?    **06/01/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4 714** | |

**Williams, Harold**

Nonpriority Creditor's Name

**949 Camellia Street**

**Escondido, CA 92027**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2022**                    **Unknown**

When was the debt incurred?    **4/10/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 715 | | | |
|---|---|---|---|
| **Williams, Jack** | Last 4 digits of account number | **0018** | **$0.00** |

Nonpriority Creditor's Name

**3929 S. Harvard Blvd.**

**Los Angeles, CA 90062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **02/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 716 | | | |
|---|---|---|---|
| **Williams, Kasandra** | Last 4 digits of account number | **1945** | **Unknown** |

Nonpriority Creditor's Name

**26297 Leafwood Dr**

**Moreno Valley, CA 92555**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2/13/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 717 | | | |
|---|---|---|---|
| **Williams, Leonard & Charmain** | Last 4 digits of account number | **1451** | **Unknown** |

Nonpriority Creditor's Name

**3115 Larwood Dr**

**Lancaster, CA 93536**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **9/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 718 | **Williams, Nathaniel** | Last 4 digits of account number | **2072** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**8523 Innsdale Ln.**

**San Diego, CA 92114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **3/3/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 719 | **Williams, Norman & Barbara** | Last 4 digits of account number | **0089** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**5848 S. La Brea Ave.**

**Los Angeles, CA 90056**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **05/25/10**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 720 | **Williams, Patricia** | Last 4 digits of account number | **2075** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**33420 Westchester**

**Thousand Palms, CA 92276**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **6/6/2012**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.4 721**

**Williams, Paul**

Nonpriority Creditor's Name

**1023 Plymouth Ave.**

**San Francisco, CA 94112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0119**                     **$0.00**

When was the debt incurred?   **10/26/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 722**

**Williams, Phillip & Marie**

Nonpriority Creditor's Name

**24910 Sao Paulo Way**

**Ramona, CA 92065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0040**                     **$0.00**

When was the debt incurred?   **06/15/10**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4 723**

**Williams, Thomas**

Nonpriority Creditor's Name

**807 E. Norman Rd.**

**San Bernardino, CA 92408**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9007**                     **$0.00**

When was the debt incurred?   **10/09/09**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4**
**724**

**Williams, William**
Nonpriority Creditor's Name

**17257 Rosedale Hwy**
**Bakersfield, CA 93314**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **4055**                           **Unknown**

**When was the debt incurred?**   **3/25/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**725**

**Williams, Yvette**
Nonpriority Creditor's Name

**230 Fermoore Street**
**San Fernando, CA 91340**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1063**                           **Unknown**

**When was the debt incurred?**   **9/27/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**726**

**Williamson, Arnel & Gilson, Yvonne**
Nonpriority Creditor's Name

**1385 Lettia Rd.**
**San Pablo, CA 94806**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3002**                           **Unknown**

**When was the debt incurred?**   **3/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 727 | **Williamson, Raffeal** | | | |

Nonpriority Creditor's Name

**3921 W. 187th St.**
**Torrance, CA 90504**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **0032**

**When was the debt incurred?**   **08/24/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

| 4.4 728 | **Williamson, Yvonne** | | | |

Nonpriority Creditor's Name

**1385 Lettia Rd**
**San Pablo, CA 94806**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **2007**

**When was the debt incurred?**   **12/22/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 729 | **Willis, William & Marilyn** | | | |

Nonpriority Creditor's Name

**721 Grovelake Dr.**
**Placentia, CA 92870**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **2074**

**When was the debt incurred?**   **2/7/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.4 730 | **Wilson, Betty** | Last 4 digits of account number | **3027** | **Unknown** |

Nonpriority Creditor's Name
**1194 Far Valley Rd**
**Campo, CA 91906**
Number Street City State Zip Code

**When was the debt incurred?**    **8/23/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 731 | **Wilson, Craig & Sandy** | Last 4 digits of account number | **1029** | **Unknown** |

Nonpriority Creditor's Name
**393 Highland Lane**
**Escondido, CA 92027**
Number Street City State Zip Code

**When was the debt incurred?**    **4/12/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 732 | **Wilson, Daniel** | Last 4 digits of account number | **1953** | **Unknown** |

Nonpriority Creditor's Name
**103 Camino Arroyo South**
**Palm Desert, CA 92260**
Number Street City State Zip Code

**When was the debt incurred?**    **6/13/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 733 | | |
|---|---|---|

**Wilson, David**
Nonpriority Creditor's Name

**12442 Ridgeton Drive**
**Lakeside, CA 92040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4002**                          **Unknown**

**When was the debt incurred?**   **10/14/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 734 | | |
|---|---|---|

**Wilson, David**
Nonpriority Creditor's Name

**12442 Ridgeton Dr**
**Lakeside, CA 92040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4001**                          **Unknown**

**When was the debt incurred?**   **10/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 735 | | |
|---|---|---|

**Wilson, Dennis & Pamela**
Nonpriority Creditor's Name

**12603 Fuschia Dr.**
**Etiwanda, CA 91739**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3012**                          **Unknown**

**When was the debt incurred?**   **1/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4 736** | | |

**Wilson, Donald & Zandra**

Nonpriority Creditor's Name

**36 Spicewood Way**
**Irvine, CA 92612**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0139**                    **$0.00**

When was the debt incurred?   **12/07/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 737** | | |

**Wilson, Eris**

Nonpriority Creditor's Name

**15674 Davis Cup Ln**
**Ramona, CA 92065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2007**                    **Unknown**

When was the debt incurred?   **5/5/2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 738** | | |

**Wilson, Fred & Mary**

Nonpriority Creditor's Name

**1272 Calle Candelero**
**Chula Vista, CA 91910**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0137**                    **$0.00**

When was the debt incurred?   **09/14/10**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 739 | **Wilson, John** | Last 4 digits of account number | **2078** | **Unknown** |

Nonpriority Creditor's Name

**2433 W. Summerset St**
**Rialto, CA 92377**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2/28/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 740 | **Wilson, Kenneth & Karin** | Last 4 digits of account number | **4102** | **Unknown** |

Nonpriority Creditor's Name

**12442 Ridgeton Drive**
**Lakeside, CA 92040**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **9/29/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 741 | **Wilson, Mack & Betty** | Last 4 digits of account number | **0049** | **$0.00** |

Nonpriority Creditor's Name

**2600 N. Lamer St.**
**Burbank, CA 91504**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **05/25/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4**<br>**742** | **Wilson, Margaret** | |

Nonpriority Creditor's Name

**294 Delano Ave**

**San Francisco, CA 94112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1086**          **Unknown**

When was the debt incurred?   **02/15/11**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4**<br>**743** | **Wilson, R. Gene** | |

Nonpriority Creditor's Name

**43396 Burr St.**

**Indio, CA 92201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2020**          **Unknown**

When was the debt incurred?   **12/21/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4**<br>**744** | **Wilt, Paul & Doris** | |

Nonpriority Creditor's Name

**334 Peach  Grove Ln.**

**Santa Barbara, CA 93105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0083**          **$0.00**

When was the debt incurred?   **01/04/11**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 745 | **Winbury, Shannon & Patrick** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2035 Los Encinos Road**

**Ojai, CA 93023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **1048**        **Unknown**

**When was the debt incurred?**   **5/31/2011**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 746 | **Winchurch, Eric** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1100 Pacific St**

**Bakersfield, CA 93305**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **4032**        **Unknown**

**When was the debt incurred?**   **10/15/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 747 | **Wink, Belinda** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5823 Adobe Falls Rd**

**San Diego, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**   **4086**        **Unknown**

**When was the debt incurred?**   **5/28/2014**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4
748**

**Wink, Belinda**

Nonpriority Creditor's Name

**5823 Adobe Falls Rd.**
**San Diego, CA 92120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0011**          **$0.00**

**When was the debt incurred?**   **07/20/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4
749**

**Winn, Calvin & Diana**

Nonpriority Creditor's Name

**13300 February Dr.**
**Corona, CA 92879**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2035**          **Unknown**

**When was the debt incurred?**   **12/4/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

**4.4
750**

**Winston, Eunice**

Nonpriority Creditor's Name

**1430 Linda Rose Ave**
**Los Angeles, CA 90041**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2059**          **Unknown**

**When was the debt incurred?**   **7/13/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 751 | **Winter, Gloria** | Last 4 digits of account number | **2017** | **Unknown** |

Nonpriority Creditor's Name

**3522 Penniman Ave.**
**Oakland, CA 94611**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **11/1/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 752 | **Winter, Kirsten** | Last 4 digits of account number | **0077** | **$0.00** |

Nonpriority Creditor's Name

**3753 Paraiso Way**
**La Crescenta, CA 91214**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **06/15/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 753 | **Winterhouse, John & Helen** | Last 4 digits of account number | **4077** | **Unknown** |

Nonpriority Creditor's Name

**2093 Grand View Glen**
**Escondido, CA 92026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2/11/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 754 | | | |
|---|---|---|---|

**Winters, Steven**

Nonpriority Creditor's Name

**13717 Stanford Court**
**Fontana, CA 92336**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **4008**            **Unknown**

**When was the debt incurred?**   **1/22/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 755 | | | |
|---|---|---|---|

**Wisco, Jonathan**

Nonpriority Creditor's Name

**10532 Gerald Avenue**
**Granada Hills, CA 91344**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1027**            **Unknown**

**When was the debt incurred?**   **9/14/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 756 | | | |
|---|---|---|---|

**Wise, Eric & Gianna**

Nonpriority Creditor's Name

**130 Meadow Ct**
**Oakley, CA 94561**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2011**            **Unknown**

**When was the debt incurred?**   **7/21/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

| | |
|---|---|
| **4.4** **757** | |

**Wiser, Donald & Shawna**
Nonpriority Creditor's Name

**24991 Owens Lake Cir**
**Lake Forest, CA 92630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2003**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4** **758** | |

**Wisham, Carol**
Nonpriority Creditor's Name

**17191 Grajan Lane**
**Ramona, CA 92065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4001**                    **Unknown**

**When was the debt incurred?**   **8/18/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | |
|---|---|
| **4.4** **759** | |

**Wisham, Carol**
Nonpriority Creditor's Name

**17191 Grajan Lane**
**Ramona, CA 92065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **3015**                    **Unknown**

**When was the debt incurred?**   **3/15/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 760 | **Witcher II, Gerald** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**125 2nd**
**Buelton, CA 93427**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **43II**

**When was the debt incurred?** **12/21/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

| 4.4 761 | **Witt, Linda & Thomas** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**14410 West Kearney Blvd.**
**Kerman, CA 93630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **0038**

**When was the debt incurred?** **09/14/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**$0.00**

---

| 4.4 762 | **Wolcott, Judith** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1910 Panay Court**
**San Diego, CA 92105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **4057**

**When was the debt incurred?** **4/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.4 763** | **Wolfe, Frances A.** | |

Nonpriority Creditor's Name

**1098 Sea Bluff Dr.**
**Costa Mesa, CA 92627**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0136**                                     **$0.00**

**When was the debt incurred?**    **11/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 764** | **Wolveck, Ralph** | |

Nonpriority Creditor's Name

**1014 Fairview Ave.**
**Arcadia, CA 91007**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0047**                                     **$0.00**

**When was the debt incurred?**    **11/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 765** | **Wong, Alice** | |

Nonpriority Creditor's Name

**4432 Collis Avenue**
**Los Angeles, CA 90032**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1051**                                     **Unknown**

**When was the debt incurred?**    **11/29/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | | |
|---|---|---|
| **4.4**<br>766 | **Wong, Bill** | |

Nonpriority Creditor's Name

**8130 Sunflower**
**Rancho Cucamonga, CA 91701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **2057**        **Unknown**

**When was the debt incurred?**  **11/2/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4**<br>767 | **Wong, Daryl & Yue** | |

Nonpriority Creditor's Name

**7734 Pineville Circle**
**Castro Valley, CA 94552**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4118**        **Unknown**

**When was the debt incurred?**  **7/7/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4**<br>768 | **Wong, Edith** | |

Nonpriority Creditor's Name

**2424 Lyric Ave.**
**Los Angeles, CA 90027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3062**        **Unknown**

**When was the debt incurred?**  **7/17/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 769 | **Wong, Howard** | | Last 4 digits of account number | **0001** | $0.00 |

Nonpriority Creditor's Name

**4940 Alma Way**
**Sacramento, CA 95822**

When was the debt incurred?   **08/31/10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 770 | **Wong, Ivan & Camille** | | Last 4 digits of account number | **3016** | Unknown |

Nonpriority Creditor's Name

**2711 Loganrita Ave.**
**Arcadia, CA 91006**

When was the debt incurred?   **3/21/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 771 | **Woo, Mary** | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

**1029 White Deer**
**La Canada-Flintridge, CA 91011**

When was the debt incurred?   **1/10/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

**4.4**
**772**

**Woo, May**
Nonpriority Creditor's Name
**1029 White Deer  Dr.**
**La Canada, CA 91011**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0099**                      **$0.00**

**When was the debt incurred?**    **11/09/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**773**

**Woo, May**
Nonpriority Creditor's Name
**1029 White Deer  Dr.**
**La Canada, CA 91011**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0063**                      **$0.00**

**When was the debt incurred?**    **11/30/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**774**

**Woo, Robert & Lana**
Nonpriority Creditor's Name
**2649 W. Russell Ave**
**Anaheim, CA 92801**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4091**                      **Unknown**

**When was the debt incurred?**    **6/10/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

**4.4**
**775**

**Wood, Carolyn**

Nonpriority Creditor's Name

**14916 Condon Ave.**

**Lawndale, CA 90260**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3003**    **Unknown**

**When was the debt incurred?**  **1/22/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**776**

**Wood, Loraine**

Nonpriority Creditor's Name

**683 Westmont Rd.**

**Santa Barbara, CA 93108**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0122**    **$0.00**

**When was the debt incurred?**  **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

**4.4**
**777**

**Wood, Mary J.**

Nonpriority Creditor's Name

**24128 Corta Madre Way**

**Ramona, CA 92065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **0065**    **$0.00**

**When was the debt incurred?**  **11/23/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 778 | **Wood, Nancy** | Last 4 digits of account number | **0051** | **$0.00** |

Nonpriority Creditor's Name
**6109 Florence Ave.**
**South Gate, CA 90280**
Number Street City State Zip Code

When was the debt incurred?  **08/31/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 779 | **Wood, Paul & Marie** | Last 4 digits of account number | **3137** | **Unknown** |

Nonpriority Creditor's Name
**7786 Bobcat Ln**
**Highland, CA 92346**
Number Street City State Zip Code

When was the debt incurred?  **12/11/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 780 | **Wood, Steve & Cherie** | Last 4 digits of account number | **2040** | **Unknown** |

Nonpriority Creditor's Name
**2094 Foxtail Ct.**
**Perris, CA 92751**
Number Street City State Zip Code

When was the debt incurred?  **6/7/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*)

---

| 4.4 781 | **Woodall, Jim & Miriam** | Last 4 digits of account number | **3145** | **Unknown** |

Nonpriority Creditor's Name
**13926 Spring St.**
**Fontana, CA 92335**
Number Street City State Zip Code

**When was the debt incurred?**  **10/22/2013**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 782 | **Woodhead , Robert & Karen** | Last 4 digits of account number | **1061** | **Unknown** |

Nonpriority Creditor's Name
**6671 Truman Ct.**
**Chino, CA 91710**
Number Street City State Zip Code

**When was the debt incurred?**  **3/1/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 783 | **Woodlard, Heidi** | Last 4 digits of account number | **2041** | **Unknown** |

Nonpriority Creditor's Name
**813 Ridgeside Dr.**
**Monrovia, CA 91016**
Number Street City State Zip Code

**When was the debt incurred?**  **3/24/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 784 | | | |
|---|---|---|---|

**Woods, Booker & Diane**
Nonpriority Creditor's Name

**369 E Virginia St.**
**Rialto, CA 92376**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3006**                    **Unknown**

**When was the debt incurred?**    **12/27/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 785 | | | |
|---|---|---|---|

**Woodward, Xavier**
Nonpriority Creditor's Name

**73184 Busera Way**
**Palm Desert, CA 92260**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **3002**                    **Unknown**

**When was the debt incurred?**    **6/24/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 786 | | | |
|---|---|---|---|

**Wooll, Michael**
Nonpriority Creditor's Name

**6450 Klusman**
**Alta Loma, CA 91737**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number    **None**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Potential Commissions Owed By Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)* _____

| | | |
|---|---|---|
| **4.4 787** | **Wooll, Michael** | |

Nonpriority Creditor's Name

**6450 Klusman**
**Alta Loma, CA 91737**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **None**                     **Unknown**

**When was the debt incurred?**   **1/1/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 788** | **Wooll, Michael & Connie** | |

Nonpriority Creditor's Name

**6450 Klusman Drive**
**Alta Loma, CA 91737**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **5116**                     **Unknown**

**When was the debt incurred?**   **1/30/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| | | |
|---|---|---|
| **4.4 789** | **Workman, Carmen** | |

Nonpriority Creditor's Name

**5202 Mount Alifan Dr.**
**San Diego, CA 92111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2005**                     **Unknown**

**When was the debt incurred?**   **3/12/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (*if know*)

---

| 4.4 790 | **Workman, John & Diana** | Last 4 digits of account number | **2064** | **Unknown** |

Nonpriority Creditor's Name

**1621 Desert Glen**
**Escondido, CA 92026**

When was the debt incurred?    **10/2/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 791 | **Worthington, George & Cathy** | Last 4 digits of account number | **4015** | **Unknown** |

Nonpriority Creditor's Name

**666 San Elijo Street**
**San Diego, CA 92106**

When was the debt incurred?    **4/11/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 792 | **Wright, Charlotte** | Last 4 digits of account number | **3149** | **Unknown** |

Nonpriority Creditor's Name

**5237 Triple Crown Drive**
**Bonsall, CA 92003**

When was the debt incurred?    **11/11/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.4 793 | **Wright, Charolett** | Last 4 digits of account number | **3049** | **Unknown** |

Nonpriority Creditor's Name

**5237 Triple Crown Dr**
**Bonsall, CA 92003**

When was the debt incurred?   **7/31/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 794 | **Wright, Elizabeth** | Last 4 digits of account number | **2027** | **Unknown** |

Nonpriority Creditor's Name

**140 East St**
**Norco, CA 92860**

When was the debt incurred?   **10/24/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 795 | **Wright, Lenny** | Last 4 digits of account number | **3015** | **Unknown** |

Nonpriority Creditor's Name

**26945 Garret Dr**
**Agoura Hills, CA 91301**

When was the debt incurred?   **5/7/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 796 | |
|---|---|

**Wright, Pete & Theresa**
Nonpriority Creditor's Name
**2509 Sierra St.**
**Torrance, CA 90503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **3069**                     **Unknown**

**When was the debt incurred?**  **6/11/2013**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 797 | |
|---|---|

**Wright, Sylvia**
Nonpriority Creditor's Name
**8937 Ildica St.**
**Spring Valley, CA 91977**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **2047**                     **Unknown**

**When was the debt incurred?**  **3/24/2012**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 798 | |
|---|---|

**Wright, William**
Nonpriority Creditor's Name
**5140 W. Ave L-12**
**Lancaster, CA 93536**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **2014**                     **Unknown**

**When was the debt incurred?**  **11/13/2015**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 799 | **Wyne, Julie & Aaron** | Last 4 digits of account number | **2060** | **Unknown** |

Nonpriority Creditor's Name

**408 Robinson Cir.**

**Placentia, CA 92870**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **1/7/2013**

☐ Debtor 1 only

☐ Debtor 2 only

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 800 | **Wynn, Merle** | Last 4 digits of account number | **3058** | **Unknown** |

Nonpriority Creditor's Name

**3843 Cherrywood**

**Los Angeles, CA 90008**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **4/12/2013**

☐ Debtor 1 only

☐ Debtor 2 only

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 801 | **Wynn, Merle** | Last 4 digits of account number | **2068** | **Unknown** |

Nonpriority Creditor's Name

**3843 Cherrywood Ave.**

**Los Angeles, CA 90008**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **3/6/2012**

☐ Debtor 1 only

☐ Debtor 2 only

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 802 | **Wyzykowski, Dennis & Renee** | Last 4 digits of account number | **2015** | **Unknown** |

Nonpriority Creditor's Name

**325 Bagnall Ave.**
**Placentia, CA 92570**

Number Street City State Zip Code

When was the debt incurred?   **7/23/2012**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 803 | **Xayasouk, Boun** | Last 4 digits of account number | **73CO** | **Unknown** |

Nonpriority Creditor's Name

**6062 Cancita Court**
**San Diego, CA 92114**

Number Street City State Zip Code

When was the debt incurred?   **8/1/2014**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 804 | **Xerox Corp** | Last 4 digits of account number | **5179** | **$14,000.00** |

Nonpriority Creditor's Name

**PO Box 650361**
**Dallas, TX 75265-0361**

Number Street City State Zip Code

When was the debt incurred?   **10/1/2011**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Business Debt - Creditor of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 805 | **Xu, Bryan & Xiugin** | Last 4 digits of account number | **1006** | **Unknown** |

Nonpriority Creditor's Name
**2106 Highland Oaks
Arcadia, CA 91006**
Number Street City State Zip Code

When was the debt incurred?  **8/2/2011**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 806 | **Yamada, Connie** | Last 4 digits of account number | **1080** | **Unknown** |

Nonpriority Creditor's Name
**9530 Benson Ave
Montclair, CA 91763**
Number Street City State Zip Code

When was the debt incurred?  **8/2/2011**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 807 | **Yang, Long** | Last 4 digits of account number | **0005** | **$0.00** |

Nonpriority Creditor's Name
**1053 N. Blanchard St.
Banning, CA 92220**
Number Street City State Zip Code

When was the debt incurred?  **10/19/10**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 808 | |
|---|---|

**Yanos, Janie**

Nonpriority Creditor's Name

**201 Hill View Drive**

**Goleta, CA 93117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **32CO**          **Unknown**

**When was the debt incurred?**   **7/2/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 809 | |
|---|---|

**Yanos, Janie**

Nonpriority Creditor's Name

**201 Hillview Dr.**

**Goleta, CA 93117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **2003**          **Unknown**

**When was the debt incurred?**   **1/25/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 810 | |
|---|---|

**Yeisley, Donna**

Nonpriority Creditor's Name

**2400 W. Valley Pkwy #149**

**Escondido, CA 92029**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1977**          **Unknown**

**When was the debt incurred?**   **1/20/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 811 | **Yeisley, Donna** | Last 4 digits of account number    **0041** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**202 Bolerridge Pl.**

**Escondido, CA 92026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **1/11/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 812 | **Yelinek, Barbara & Richard** | Last 4 digits of account number    **2109** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**5401 Kincheloe Drive**

**Los Angeles, CA 90041**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **4/20/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 813 | **Yeung, Francis Dorothy** | Last 4 digits of account number    **4011** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**728 Humboldt Road**

**Brisbane, CA 94005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **6/19/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

| 4.4 814 | |
|---|---|

**Ygrene**
Nonpriority Creditor's Name

**815 Fifth Street**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **VVRK**            **Unknown**

When was the debt incurred?   **1/1/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Exterior Specialist - Personally Guaranteed**

---

| 4.4 815 | |
|---|---|

**Yingling, Charles**
Nonpriority Creditor's Name

**1201 Lancer Glen**
**Escondido, CA 92029**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1059**            **$0.00**

When was the debt incurred?   **08/23/11**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 816 | |
|---|---|

**Yoder, Joanne**
Nonpriority Creditor's Name

**2652 Rosecrans Street**
**San Diego, CA 92106**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2008**            **Unknown**

When was the debt incurred?   **2/23/2012**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 817 | **Yokota, Kolchi** | Last 4 digits of account number | **4048** | **Unknown** |

Nonpriority Creditor's Name

**30 Asicomar Road**
**Laguna Niguel, CA 92677**

Number Street City State Zip Code

When was the debt incurred?   **6/25/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 818 | **Yonezawa, Michael & Margarita** | Last 4 digits of account number | **3038** | **Unknown** |

Nonpriority Creditor's Name

**2840 Chisholm Rd.**
**Riverside, CA 92506**

Number Street City State Zip Code

When was the debt incurred?   **7/9/2013**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 819 | **Yoo, Jiwon** | Last 4 digits of account number | **1026** | **Unknown** |

Nonpriority Creditor's Name

**2603 Monterey Pl.**
**Fullerton, CA 92883**

Number Street City State Zip Code

When was the debt incurred?   **7/26/2011**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 820 | | | |
|---|---|---|---|

**Yoon, Yong**
Nonpriority Creditor's Name

**26422 Montecito Lane**
**Mission Viejo, CA 92691**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **4136**                    **Unknown**

**When was the debt incurred?**  **3/1/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 821 | | | |
|---|---|---|---|

**Yorba Linda Water District**
Nonpriority Creditor's Name

**1717 E Miraloma Ave**
**Placentia, CA 92870**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **7746**                    **$51.87**

**When was the debt incurred?**  **11/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Creditor of Exterior Specialist**

---

| 4.4 822 | | | |
|---|---|---|---|

**York, Christine**
Nonpriority Creditor's Name

**871 Arcadia Ave.**
**Vista, CA 92084**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **0131**                    **$0.00**

**When was the debt incurred?**  **08/31/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (*if know*) _____

| 4.4 823 | **Yosten, Pamela** | Last 4 digits of account number | **3018** | **Unknown** |

Nonpriority Creditor's Name

**31061 Contour Ave**
**Nuevo, CA 92567**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/21/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 824 | **Young, Daniel & Caryn** | Last 4 digits of account number | **3006** | **Unknown** |

Nonpriority Creditor's Name

**13970 Stroud St.**
**Panorama City, CA 91402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **6/25/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 825 | **Young, James & Betty** | Last 4 digits of account number | **0016** | **$0.00** |

Nonpriority Creditor's Name

**44120 Quiet Meadow Rd.**
**Temecula, CA 92575**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/02/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4<br>826 | | | |
|---|---|---|---|

**Young, Judith**

Nonpriority Creditor's Name

**166 Road Runner Ln**
**Oceanside, CA 92087**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **20CO**

When was the debt incurred?  **08/23/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

$0.00

---

| 4.4<br>827 | | | |
|---|---|---|---|

**Young, Nancy**

Nonpriority Creditor's Name

**7862 Greenbush Ave.**
**Van Nuys, CA 91402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2068**

When was the debt incurred?  **7/16/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

| 4.4<br>828 | | | |
|---|---|---|---|

**Young, Robert**

Nonpriority Creditor's Name

**2454 Capitan Ave**
**San Diego, CA 92104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **2027**

When was the debt incurred?  **4/9/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

Unknown

---

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 829 | **Young, Ron & Ronne** | Last 4 digits of account number | **3065** | **Unknown** |

Nonpriority Creditor's Name

**29 Chisholm Trail**

**Trabuco Cyn, CA 92679**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **11/14/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 830 | **Young, Ron & Ronne** | Last 4 digits of account number | **3065** | **Unknown** |

Nonpriority Creditor's Name

**29 Chisollm Trl.**

**Trabuco Canyon, CA 92679**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12/11/2013**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customers of Exterior Specialist**

---

| 4.4 831 | **Young, Rosemary** | Last 4 digits of account number | **1053** | **Unknown** |

Nonpriority Creditor's Name

**13970 Stroud St.**

**Panorama City, CA 91402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **7/26/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if know)*

---

| 4.4 832 | **Yu, Ducksoon** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**20 Avenida Castilla Unit S**
**Laguna Woods, CA 92637**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1068**            **Unknown**

When was the debt incurred?   **5/31/2011**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 833 | **Zabaneh, Nabila** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5941 Price Dr.**
**Huntington Beach, CA 92649**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **9001**            **$0.00**

When was the debt incurred?   **11/17/09**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 834 | **Zago, Jose Luis** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2126 E. Redwood Dr.**
**Glendora, CA 91741**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1098**            **Unknown**

When was the debt incurred?   **7/12/2011**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 835 | **Zalamea, Hanz Jen** | Last 4 digits of account number | **9022** | **$0.00** |

Nonpriority Creditor's Name

**366 Palm Court**
**Carson, CA 90745**

Number Street City State Zip Code

**When was the debt incurred?**  **10/23/09**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 836 | **Zallar, Carolyn** | Last 4 digits of account number | **1099** | **Unknown** |

Nonpriority Creditor's Name

**219 Calle Serena**
**San Clemente, CA 92672**

Number Street City State Zip Code

**When was the debt incurred?**  **5/3/2011**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 837 | **Zamarripa, Ralph & Lita** | Last 4 digits of account number | **3107** | **Unknown** |

Nonpriority Creditor's Name

**1302 Singingwood Ave**
**Pomona, CA 91767**

Number Street City State Zip Code

**When was the debt incurred?**  **10/31/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 838 | | | |
|---|---|---|---|

**Zamora, Felix & Amalia**
Nonpriority Creditor's Name

**3568 Constellation Rd**
**Lompoc, CA 93436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **4093**                    **Unknown**

**When was the debt incurred?**    **6/6/2014**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 839 | | | |
|---|---|---|---|

**Zamorano, Josie Ruoy**
Nonpriority Creditor's Name

**2122 N. Fallen Leaf**
**San Gabriel, CA 91770**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **0059**                    **$0.00**

**When was the debt incurred?**    **04/06/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 840 | | | |
|---|---|---|---|

**Zamudio, Fidel & Maria**
Nonpriority Creditor's Name

**2230 Tamy Ln.**
**Santa Ana, CA 92706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **0010**                    **$0.00**

**When was the debt incurred?**    **04/06/10**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**

Debtor 2 **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 841 | **Zappaterreno, Lynne** | | Last 4 digits of account number | **0027** | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**11044 Ophir Drive #505**
**Los Angeles, CA 90024**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**  **05/17/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 842 | **Zavad, Robert** | | Last 4 digits of account number | **1007** | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3202 W 155st**
**Gardenia, CA 90249**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**  **12/13/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 843 | **Zdunich, Lyle & Arlene** | | Last 4 digits of account number | **2088** | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**68168 Seven Oaks Place**
**Cathedral City, CA 92234**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?**  **11/29/2012**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 844 | **Zeeman, Troy** | Last 4 digits of account number | **9014** | **$0.00** |

Nonpriority Creditor's Name

**5441 Santa Barbara Ave**
**Garden Grove CA, CA 92845**

When was the debt incurred?  **11/24/09**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 845 | **Zellmer, Michael & Patricia** | Last 4 digits of account number | **4058** | **Unknown** |

Nonpriority Creditor's Name

**355 Avocado Street**
**Costa Mesa, CA 92627**

When was the debt incurred?  **10/7/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 846 | **Zepeda, Rudolph** | Last 4 digits of account number | **0133** | **$0.00** |

Nonpriority Creditor's Name

**4847 Concho Cir.**
**Oceanside, CA 92057**

When was the debt incurred?  **09/14/10**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

---

| Debtor 1 | **Casey John Simon** |
|---|---|
| Debtor 2 | **Korrine Ellen Simon** |

Case number *(if know)* _____

---

<table>
<tr><td>4.4<br>847</td><td colspan="2"><b>Zhao, Jimmy</b></td></tr>
</table>

Nonpriority Creditor's Name

**7223 Willet Circle**
**Carlsbad, CA 92011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 2037          **Unknown**

**When was the debt incurred?** 8/31/2012

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

<table>
<tr><td>4.4<br>848</td><td colspan="2"><b>Zieman, Edward & Shandra</b></td></tr>
</table>

Nonpriority Creditor's Name

**1267 Evergreen Dr.**
**Brea, CA 92821**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 1039          **Unknown**

**When was the debt incurred?** 5/31/2011

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

<table>
<tr><td>4.4<br>849</td><td colspan="2"><b>Zimmerman, Gary & Wendy</b></td></tr>
</table>

Nonpriority Creditor's Name

**1001 E Lugonia Ave**
**Redlands, CA 92374**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 3007          **Unknown**

**When was the debt incurred?** 7/20/2013

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business Debt - Past Customer of Exterior Specialist**

---

Debtor 1 **Casey John Simon**
Debtor 2 **Korrine Ellen Simon**

Case number (if know) _____

---

| 4.4 850 | | |
|---|---|---|

**Zinn, Paul**
Nonpriority Creditor's Name

**22132 Neptune Ave**
**Carson, CA 90745**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **2026**

**When was the debt incurred?**  **12/6/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 851 | | |
|---|---|---|

**Zizumbo, Daniel & Beatriz**
Nonpriority Creditor's Name

**238 Moultrie Pl.**
**Santa Paula, CA 93060**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1113**

**When was the debt incurred?**  **4/5/2011**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

| 4.4 852 | | |
|---|---|---|

**Zoletorynski, Philip**
Nonpriority Creditor's Name

**16628 Dearborn St.**
**North Hills, CA 91343**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **1037**

**When was the debt incurred?**  **01/25/11**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - Past Customer of Exterior Specialist**

**Unknown**

---

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| 4.4 853 | **Zoutis, Gloria & Theodore** | | Last 4 digits of account number | **1968** | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**6103 Paseo Monona**
**Carlsbad, CA 92009**

Number Street City State Zip Code

When was the debt incurred?     **9/30/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 854 | **Zozaya, Arthur** | | Last 4 digits of account number | **0048** | **$0.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3867 Abbeywood Ave.**
**Whittier, CA 90601**

Number Street City State Zip Code

When was the debt incurred?     **09/14/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 855 | **Zozaya, Arthur & Martha** | | Last 4 digits of account number | **2045** | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3867 Abbeywood Ave**
**Whittier, CA 90601**

Number Street City State Zip Code

When was the debt incurred?     **8/24/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - Past Customer of Exterior Specialist**

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)* _____

---

| 4.4 856 | **Zuanich, Tony & Lori** | Last 4 digits of account number | **1020** | **Unknown** |

Nonpriority Creditor's Name

**335 E. Riverdale**

**Orange, CA 92865**

When was the debt incurred?    **11/29/11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 857 | **Zuniga, Diana** | Last 4 digits of account number | **2001** | **Unknown** |

Nonpriority Creditor's Name

**3763 Balboa Terrace Apt B**

**San Diego, CA 92117**

When was the debt incurred?    **1/5/2013**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

| 4.4 858 | **Zwolinski, Marian & Richard** | Last 4 digits of account number | **2100** | **Unknown** |

Nonpriority Creditor's Name

**1667 Mills St.**

**Chula Vista, CA 91913**

When was the debt incurred?    **6/13/2012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business Debt - Past Customer of Exterior Specialist**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

---

Debtor 1  **Casey John Simon**

Debtor 2  **Korrine Ellen Simon**

Case number *(if know)*

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America**<br>**PO Box 15019**<br>**Wilmington, DE 19886** | Line **4.234** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **9817** |
| **Capone**<br>**PO Box 30510**<br>**Los Angeles, CA 90030** | Line **4.2321** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **7570** |
| **Care Credit**<br>**PO Box 960061**<br>**Orlando, FL 32896** | Line **4.4264** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **6661** |
| **Discover Financial Svcs**<br>**PO Box 29033**<br>**Phoenix, AZ 85038-9033** | Line **4.1160** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **2471** |
| **Discover Financial Svcs**<br>**PO Box 71804**<br>**Charlotte, NC 28272** | Line **4.1161** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **6279** |
| **John Baik, Esq.**<br>**Lowe & Baik**<br>**3600 Wilshire Blvd Ste 720**<br>**Los Angeles, CA 90010** | Line **4.4255** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **OCJC** |
| **Sunil A. Brahmbhatt, Esq.**<br>**2700 N. Main Street #310**<br>**Santa Ana, CA 92705** | Line **4.2227** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **CCJC** |
| **Sunil A. Brahmbhatt, Esq.**<br>**2700 N. Main Street #310**<br>**Santa Ana, CA 92705** | Line **4.3469** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **LCJC** |
| **Superior Court of California**<br>**Riverside County**<br>**30755-D Auld Road**<br>**Murrieta, CA 92563** | Line **4.886** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **5489** |
| **Superior Court of California**<br>**Riverside County**<br>**13800 Heacock Street, Ste D-201**<br>**Moreno Valley, CA 92553** | Line **4.951** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number  **3609** |
| **Superior Court of California** | Line **4.1464** of *(Check one):* |

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number (if know) _____

| | |
|---|---|
| **County of Los Angeles**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90071** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number   **2202**

---

Name and Address
**Superior Court of California**
**County of Orange**
**700 Civic Center Drive West**
**Santa Ana, CA 92701**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2227** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **CCJC**

---

Name and Address
**Superior Court of California**
**County of Orange**
**700 Civic Center Drive West**
**Santa Ana, CA 92701**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3469** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **LCJC**

---

Name and Address
**Superior Court of California**
**County of Orange**
**700 Civic Center Drive West**
**Santa Ana, CA 92701**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4255** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **CUCO**

---

Name and Address
**US Bank**
**PO Box 790408**
**Saint Louis, MO 63179-0408**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4460** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Bank Cr**
**PO Box 790408**
**Saint Louis, MO 63179-0408**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4461** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **7380**

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 249,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 249,000.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 3,155,540.97 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 3,155,540.97 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Korrine Ellen Simon** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Verizon Wireless**<br>**500 Technology Drive Ste 550**<br>**Saint Charles, MO 63304** | **Debtor are in the first year of a two year cell phone contract.** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Korrine Ellen Simon** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ■ Yes.

   In which community state or territory did you live?     **-NONE-**     . Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1  **Eric Martinson**<br>**5742 Furnice Creek Road**<br>**Yorba Linda, CA 92886** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Precision Plastics** |
| 3.2  **Eric Martinson**<br>**5742 Furnice Creek Road**<br>**Yorba Linda, CA 92886** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G<br>**Kanasardas Investments** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| Debtor 2 (Spouse, if filing) | **Korrine Ellen Simon** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                              12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| **Occupation** | **Contractor** | **Bookkeeper** |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $    **10,500.00** | $    **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$    **0.00** | +$    **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $    **10,500.00** | $    **0.00** |

| Debtor 1 | **Casey John Simon** |
|---|---|
| Debtor 2 | **Korrine Ellen Simon** |

Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** .................................................... | 4. | $ **10,500.00** | $ **0.00** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **1,575.00** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,575.00** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **8,925.00** | $ **0.00** |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **1,250.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **0.00** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **1,250.00** | $ **0.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **10,175.00** + $ **0.00** = $ **10,175.00** | |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____

| | | |
|---|---|---|
| | 11. | +$ **0.00** |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

| | 12. | $ **10,175.00** |
|---|---|---|
| | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

�the No.

☐ Yes. Explain:

> Debtor is starting new employment. The figures listed above are an estimate of what he anticipates will be the income going forward. Co-Debtor is currently unemployed and will be applying for unemployment compensation.

**Fill in this information to identify your case:**

Debtor 1           **Casey John Simon**

Debtor 2           **Korrine Ellen Simon**
(Spouse, if filing)

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.   **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**      ☐ No

Do not list Debtor 1 and Debtor 2.                     ■ Yes.   Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Dyln Simon** | **18** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**      ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4. $ **3,912.00**

If not included in line 4:

4a.   Real estate taxes                                                    4a. $ **0.00**
4b.   Property, homeowner's, or renter's insurance                          4b. $ **0.00**
4c.   Home maintenance, repair, and upkeep expenses                         4c. $ **275.00**
4d.   Homeowner's association or condominium dues                           4d. $ **0.00**
5.   **Additional mortgage payments for your residence,** such as home equity loans      5. $ **0.00**

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**                                      Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | | 269.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | | 188.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | | 529.00 |
| | 6d. | Other. Specify: | 6d. $ | | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | | 600.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | | 1,050.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | | 100.00 |
| 10. | **Personal care products and services** | | 10. $ | | 150.00 |
| 11. | **Medical and dental expenses** | | 11. $ | | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | | 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | | 38.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. $ | | 193.26 |
| | 15b. | Health insurance | 15b. $ | | 1,054.00 |
| | 15c. | Vehicle insurance | 15c. $ | | 345.22 |
| | 15d. | Other insurance. Specify: | 15d. $ | | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | | 0.00 |
| | 17c. | Other. Specify: **Harley** | 17c. $ | | 434.16 |
| | 17d. | Other. Specify: | 17d. $ | | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. $ | | 948.73 |
| | 20b. | Real estate taxes | 20b. $ | | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | | 90.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | | 0.00 |
| 21. | Other: Specify:  **Checking account/bank fees** | | 21. +$ | | 15.00 |
| | **Pet food/maintenance** | | +$ | | 100.00 |
| | **Gym membership** | | +$ | | 59.98 |
| | **Second Mortgage on Rental Property** | | +$ | | 713.13 |
| | **Bottled Water** | | +$ | | 50.16 |
| | **HOA Timeshare** | | +$ | | 85.00 |

22. **Calculate your monthly expenses**

    22a. Add lines 4 through 21.          $      **11,949.64**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      $

    22c. Add line 22a and 22b. The result is your monthly expenses.      $      **11,949.64**

23. **Calculate your monthly net income.**

    23a. Copy line 12 *(your combined monthly income)* from Schedule I.      23a. $      **10,175.00**

    23b. Copy your monthly expenses from line 22c above.      23b. -$      **11,949.64**

    23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.*      23c. $      **-1,774.64**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

  ■ No.

  ☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Korrine Ellen Simon** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Casey John Simon**                              X **/s/ Korrine Ellen Simon**
**Casey John Simon**                                        **Korrine Ellen Simon**
Signature of Debtor 1                                       Signature of Debtor 2

Date **February 29, 2016**                            Date **February 29, 2016**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Korrine Ellen Simon** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

   ■ Married
   ☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $12,500.00 | ■ Wages, commissions, bonuses, tips | $0.00 |
| | ■ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Casey John Simon** |
| Debtor 2 | **Korrine Ellen Simon** |

Case number (if known) _____

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | ☐ Wages, commissions, bonuses, tips | **$127,547.00** | ■ Wages, commissions, bonuses, tips | **$46,044.49** |
|  | ■ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips | **$152,713.95** | ■ Wages, commissions, bonuses, tips | **$46,060.00** |
|  | ■ Operating a business |  | ☐ Operating a business |  |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below.. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Rents** | **$2,500.00** |  |  |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | **Rents** | **$15,000.00** |  |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | **Rents** | **$13,870.00** |  |  |

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No.    Go to line 7.
■ Yes    List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Bank of America**<br>**Po Box 982238**<br>**El Paso, TX 79998** | **January 6, 2016** | **$1,200.00** | **$20,397.02** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Bank of America**<br>**Po Box 982238**<br>**El Paso, TX 79998** | **January 6, 2016** | **$1,200.00** | **$20,434.48** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | **December 2015**<br>**and January 2016** | **$766.00** | **$8,813.86** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Precision Plastics vs. Casey Simon, Eric Martinson, Exterior Specialists**<br>**30-2016-00834807-CU-CL-CJC** | **Breach of Contract/Collections** | **Superior Court of California County of Orange**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Swei, et. al vs. Exterior Specialists, Casey Simon, Korrine Simon, Eric Martinson**<br>**30-2015-00780665-CU-CO-CJC** | **Breach of Contract/Fraud** | **Superior Court of California**<br>**County of Orange**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Harold Collins v. Exterior Specialist, Korrine Simon, Casey Simon, Rose Romo**<br>**MCC1500489** | **TCPA Violations** | **Superior Court of California**<br>**Riverside County**<br>**30755-D Auld Road**<br>**Murrieta, CA 92563** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **William Covington v. Exterior Specialist**<br>**MVS1503609** | **TCPA Violations** | **Superior Court of California**<br>**Riverside County**<br>**13800 Heacock Street, Ste D-201**<br>**Moreno Valley, CA 92553** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Leslie Urak v. 2R4M, Inc., Exterior Specialist**<br>**18-94747-KV** | **Labor dispute** | **Orange County Labor Commissioner**<br>**605 West Santa Ana Blvd.**<br>**Rm 625 Bldg 28**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Peter Albrecht v. Exterior Specialist**<br>**30-2015-00820590-SC-SC-HNB** | **TCPA Violations** | **Superior Court of California**<br>**Harbor Justice**<br>**Center-Newport Beach**<br>**4601 Jamboree Rd**<br>**Newport Beach, CA 92660** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Brian McDougal v. Casey Simon, Pacific Coast Home Solutions**<br>**16D00180** | **Breach of Contract** | **Superior Court of California**<br>**Downey Courthouse**<br>**7500 East Imperial Highway**<br>**Downey, CA 90242** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Kanasardas Investments, LLC vs. Exterior Specialists, Eric Martinson and Casey Simon**<br>**30-2016-00834865-CU-BC-CJC** | **Breach of Contract/Lease** | **Superior Court of California**<br>**County of Orange**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Exterior Specialist, dba Pacific Coast Home Solutions, a California Corporation; Korrine Simon, an individual, aka Corrine Simon; Casey J. Simon; an individual vs. Amy Swei; Eleazar Iglesias; Frank Barragan; Alfonso Bustamonte; Renita Turner, an individual, dba Music Plus; MHC Ventures Group, LLC, a California limited liability company; Laurie Hampton; Primary Source Office Furnishings, Inc., a California corporation, Thomas Paul Gordy, an individual, and does 1 through 100.**<br>**30-2015-00780665-CU-CO-CJC** | **Cross-Complaint for Declaratory Relief, Usury and Money Had and Received** | **Superior Court of California**<br>**County of Orange**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1  **Casey John Simon**
Debtor 2  **Korrine Ellen Simon**

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Primary Source vs. Exterior Specialists, Casey Simon, Korrine Simon, Eric Martinson**<br>**30-2015-00780665-CU-CO-CJC** | **Breach of Contract/Fraud** | **Superior Court of California County of Orange**<br>**700 Civic Center Drive West Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Music Plus vs. Exterior Specialists, Casey Simon, Korrine Simon, Eric Martinson**<br>**30-2015-00780665-CU-CO-CJC** | **Breach of Contact/Fraud** | **Superior Court of California County of Orange**<br>**700 Civic Center Drive West Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Forward Line Financial vs. Exterior Specialists**<br>**16A02202** | **Breach of Contract** | **Superior Court of California County of Los Angeles**<br>**111 N. Hill Street Los Angeles, CA 90071** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:**    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

| Debtor 1 | **Casey John Simon** | |
|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | |
| | | Case number *(if known)* |

---

| **Part 6:** | **List Certain Losses** |
|---|---|

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

�&#9632; No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
�&#9632; Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Mike Nicastro**<br>**575 Anton Blvd #1050**<br>**Costa Mesa, CA 92626** | **Attorney Fees** | **January 2016** | **$900.00** |
| **Zinser Law Group, PC**<br>**18881 Von Karman Ste 1175**<br>**Irvine, CA 92612**<br>**kelly@zinserlawgroup.com** | **Attorney Fees** | **January 2016** | **$0.00** |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

�&#9632; No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
�&#9632; Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Various Mortgage Lenders** | **See Schedule D for transfers of interest in Debtor's primary residence for the purpose of securing funding for Exterior Specialist.** | | |

---

| Debtor 1 | **Casey John Simon** |
|---|---|
| Debtor 2 | **Korrine Ellen Simon** |

Case number *(if known)* _____

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo Bank** <br> **17775 Santiago Blvd** <br> **Villa Park, CA 92861** | **XXXX-8443** | ☐ Checking <br> ■ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **December 2015** | **$138.00** |
| **Wells Fargo Bank** | **XXXX-** | ☐ Checking <br> ■ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **February 2016 Account closed with Co-Debtor Reopened under Son's name only and listed in Schedule B** | **$2,300.00** |
| **Wells Fargo** | **XXXX-** | ■ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **February 2016 Account closed with Co-Debtor Reopened under Son's name only and listed in Schedule B** | **$300.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| **Part 9:** | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust**

| Debtor 1 | **Casey John Simon** |
|----------|----------------------|
| Debtor 2 | **Korrine Ellen Simon** |

Case number *(if known)*

for someone.

☐ No
■ Yes. Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **The Proverb 3:6 Promise Irrevocable Trus**<br>**952 N. Elm Street**<br>**Orange, CA 92867** | **Texas** | **Four Rental Properties in Texas and 2R4M, Inc. Co-Debtor is the Trustee of this Trust; however she does not manage the rental properties in Texas. The rents from these properties are handled  by a management company and go directly to Co-Debtor's brother. The value listed is net value of the properties after factoring in mortgages against the properties. 2R4M, Inc. is a corporation held by the Trust and has no value.** | $200,000.00 |

**Part 10:**   **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

Debtor 1    **Casey John Simon**
Debtor 2    **Korrine Ellen Simon**

Case number *(if known)*

| **Part 11:** | Give Details About Your Business or Connections to Any Business |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

☐ **A partner in a partnership**

■ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| **Business Name**<br>**Address**<br>(Number, Street, City, State and ZIP Code) | **Describe the nature of the business**<br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br><br>**Dates business existed** |
|---|---|---|
| **Exterior Specialists**<br>**dba Pacific Coast Home Solutions**<br>**952 N. Elm Street**<br>**Orange, CA 92867** | **Remodeling Homes/Construction**<br><br>**Co-Debtor, Korrine Simon**<br>**HKG, LLP** | **EIN:**    **33-0962659**<br><br>**From-To**    **May 2001  - February 2016** |
| **2R4M, Inc. dba First Regional**<br>**Funding**<br>**952 N. Elm Street**<br>**Orange, CA 92867** | **Sales, marketing and**<br>**administrative services for**<br>**Exterior Specialists. This**<br>**business is owned by The**<br>**Proverb 3:6 Promise Irrevocable**<br>**Trust.**<br><br>**Co-Debtor, Korrine Simon** | **EIN:**    **37-1559510**<br><br>**From-To**    **January 2008 - February 2016** |
| **CJS Property Investments, LLC**<br>**2201 E. Denise Avenue**<br>**Orange, CA 92867** | **Flipping Houses**<br><br>**Co-Debtor, Korrine Simon** | **EIN:**    **47-2715047**<br><br>**From-To**    **November 2014 - Present** |
| **The Proverbs 3:6 Promise**<br>**Irrevocable Tru**<br>**952 N. Elm Street**<br>**Orange, CA 92867** | **Co-Debtor is the Trustee of this**<br>**Trust for the benefit of**<br>**Co-Debtor's brother's children.**<br><br>**Co-Debtor, Korrine Simon** | **EIN:**    **26-6112346**<br><br>**From-To**    **January 2007 - Present** |
| **2201 Denise, LLC**<br>**2201 East Denise Avenue**<br>**Orange, CA 92867-1847** | **Construction**<br>**This business never operated. It**<br>**exists in name only.**<br><br>**Co-Debtor, Korrine Simon** | **EIN:**    **46-3864130**<br><br>**From-To**    **October 2013 - Present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| **Name**<br>**Address**<br>(Number, Street, City, State and ZIP Code) | **Date Issued** |
|---|---|

| Debtor 1 | **Casey John Simon** | |
|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | |
| | | Case number *(if known)* _____ |

---

**Part 12:**   Sign Below

**I have read the answers on this** *Statement of Financial Affairs* **and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| **/s/ Casey John Simon** | **/s/ Korrine Ellen Simon** |
|---|---|
| **Casey John Simon** | **Korrine Ellen Simon** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date   **February 29, 2016** | Date   **February 29, 2016** |

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Korrine Ellen Simon** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bank of America**<br><br>Description of property securing debt: **7599 Farmdale Avenue Hesperia, CA 92345  San Bernardino County Rental Property After costs of sale ($175,000.00 x 8% = $14,000.00), there is no equity in the property.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Debtors will make payments and retain collateral.** | ☐ No<br><br>■ Yes |
| Creditor's name: **Bustamonte, Alfonso**<br><br>Description of property securing debt: **2201 East Denise Avenue Orange, CA 92867-1847  Orange County.  This debt is disputed.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral.** | ☐ No<br><br>■ Yes |
| Creditor's name: **Hampton, Laurie** | ☐ Surrender the property. | ☐ No |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Casey John Simon** | |
|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | |

Case number *(if known)* _____

---

name:      ☐ Retain the property and redeem it.     ■ Yes

☐ Retain the property and enter into a *Reaffirmation Agreement.*

■ Retain the property and [explain]:
**Debtors will retain collateral.**

Description of property securing debt:
**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

---

| Creditor's name: | **Hampton, Laurie** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| | | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County** **After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.** | ■ Retain the property and [explain]: **Debtors will retain collateral.** | |

---

| Creditor's name: | **Hampton, Laurie** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| | | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | ■ Retain the property and [explain]: **Debtors will retain collateral.** | |

---

| Creditor's name: | **Hampton, Laurie** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| | | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County.  This debt is disputed.** | ■ Retain the property and [explain]: **Debtors will retain collateral.** | |

---

| Creditor's name: | **Hampton, Laurie** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| | | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | ■ Retain the property and [explain]: **Debtors will retain collateral.** | |

---

| Creditor's name: | **Hampton, Laurie** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| | | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | ■ Retain the property and [explain]: **Debtors will retain collateral.** | |

---

| Creditor's name: | **Hampton, Laurie** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| | | ☐ Retain the property and enter into a | ■ Yes |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Casey John Simon** | | |
|---|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | Case number *(if known)* | |

| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.** | *Reaffirmation Agreement.* ■ Retain the property and [explain]:  **Debtors will retain collateral.** | |

| Creditor's name: | **Hampton, Laurie** | ☐ Surrender the property. ☐ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: | ☐ No  ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.** | **Debtors will retain collateral.** | |

| Creditor's name: | **Hampton, Laurie** | ☐ Surrender the property. ☐ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: | ☐ No  ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | **Debtors will retain collateral.** | |

| Creditor's name: | **Hampton, Laurie** | ☐ Surrender the property. ☐ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: | ☐ No  ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | **Debtor will retain collateral.** | |

| Creditor's name: | **Hampton, Laurie** | ☐ Surrender the property. ☐ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: | ☐ No  ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.** | **Debtors will retain collateral.** | |

| Creditor's name: | **Harley-Davidson Credit Corp** | ☐ Surrender the property. ☐ Retain the property and redeem it. ■ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ No  ■ Yes |
| Description of property securing debt: | **2013 Harley-Davidson Street Glide FCHX 18,029 miles** | | |

| Creditor's | **MHC Ventures Group LLC** | ☐ Surrender the property. | ☐ No |

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**                                    Case number *(if known)*

| | | |
|---|---|---|
| name: | ☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>  *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral.** | ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | |

| | | |
|---|---|---|
| Creditor's name: | **MHC Ventures Group, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>  *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral.** | ☐ No |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | | ■ Yes |

Creditor's name:   **MHC Ventures Group, LLC**            ☐ Surrender the property.          ☐ No
                                                           ☐ Retain the property and redeem it.
                                                           ☐ Retain the property and enter into a    ■ Yes
Description of    **2201 East Denise Avenue**                *Reaffirmation Agreement.*
property          **Orange, CA 92867-1847  Orange**        ■ Retain the property and [explain]:
securing debt:    **County. This debt is disputed.**       **Debtors will retain collateral.**

Creditor's name:   **MHC Ventures Group, LLC**            ☐ Surrender the property.          ☐ No
                                                           ☐ Retain the property and redeem it.
                                                           ☐ Retain the property and enter into a    ■ Yes
Description of    **2201 East Denise Avenue**                *Reaffirmation Agreement.*
property          **Orange, CA 92867-1847  Orange**        ■ Retain the property and [explain]:
securing debt:    **County. This debt is disputed.**       **Debtors will retain collateral.**

Creditor's name:   **MHC Ventures Group, LLC**            ☐ Surrender the property.          ☐ No
                                                           ☐ Retain the property and redeem it.
                                                           ☐ Retain the property and enter into a    ■ Yes
Description of    **2201 East Denise Avenue**                *Reaffirmation Agreement.*
property          **Orange, CA 92867-1847  Orange**        ■ Retain the property and [explain]:
securing debt:    **County. This debt is disputed.**       **Debtors will retain collateral.**

Creditor's name:   **MHC Ventures Group, LLC**            ☐ Surrender the property.          ☐ No
                                                           ☐ Retain the property and redeem it.
                                                           ☐ Retain the property and enter into a    ■ Yes
Description of    **2201 East Denise Avenue**                *Reaffirmation Agreement.*
property          **Orange, CA 92867-1847  Orange**        ■ Retain the property and [explain]:
securing debt:    **County**
                  **After costs of sale ($638,467.00**
                  **x 8% = $51,077.360), there is no**
                  **equity in the property.**             **Debtors will retain collateral.**

Creditor's name:   **MHC Ventures Group, LLC**            ☐ Surrender the property.          ☐ No
                                                           ☐ Retain the property and redeem it.
                                                           ☐ Retain the property and enter into a    ■ Yes
Description of    **2201 East Denise Avenue**               *Reaffirmation Agreement.*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Casey John Simon**

Debtor 2   **Korrine Ellen Simon**

Case number *(if known)* _____

---

| | | |
|---|---|---|
| property<br>securing debt: | **Orange, CA 92867-1847  Orange County. This debt is disputed.** | ■ Retain the property and [explain]:<br>**Debtors will retain collateral.** |

---

| | | |
|---|---|---|
| Creditor's<br>name: | **MHC Ventures Group, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>    *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral.** | ☐ No<br><br>■ Yes |
| Description of<br>property<br>securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | | |

---

| | | |
|---|---|---|
| Creditor's<br>name: | **MHC Ventures Group, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>    *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral.** | ☐ No<br><br>■ Yes |
| Description of<br>property<br>securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | | |

---

| | | |
|---|---|---|
| Creditor's<br>name: | **MHC Ventures Group, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>    *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral.** | ☐ No<br><br>■ Yes |
| Description of<br>property<br>securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | | |

---

| | | |
|---|---|---|
| Creditor's<br>name: | **MHC Ventures Group, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>    *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral.** | ☐ No<br><br>■ Yes |
| Description of<br>property<br>securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | | |

---

| | | |
|---|---|---|
| Creditor's<br>name: | **Music Plus Entertainment** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>    *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral.** | ☐ No<br><br>■ Yes |
| Description of<br>property<br>securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. Business Debt - Lawsuit.** | | |

---

| | | |
|---|---|---|
| Creditor's<br>name: | **Music Plus Entertainment** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>    *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtors will retain collateral.** | ☐ No<br><br>■ Yes |
| Description of<br>property<br>securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | | |

---

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 5

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**                                    Case number *(if known)* _____

---

| Creditor's name: | **Music Plus Entertainment** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | ■ Retain the property and [explain]:<br>**Debtors will retain collateral.** | |

---

| Creditor's name: | **Music Plus Entertainment** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | ■ Retain the property and [explain]:<br>**Debtors will retain collateral.** | |

---

| Creditor's name: | **Music Plus Entertainment** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | ■ Retain the property and [explain]:<br>**Detors will retain collateral.** | |

---

| Creditor's name: | **NGVOA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **Monarch Grand Vacations 23091 Millcreek Drive Laguna Hills, CA 92653-1258  Orange County**<br>**Debtors are current with HOA dues** | ■ Retain the property and [explain]:<br><br>**Debtors will make payments and retain collateral.** | |

---

| Creditor's name: | **Ocwen Loan Servicing L** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **7599 Farmdale Avenue Hesperia, CA 92345  San Bernardino County**<br>**Rental Property**<br>**After costs of sale ($175,000.00 x 8% = $14,000.00), there is no equity in the property.** | ■ Retain the property and [explain]:<br><br><br>**Debtors will make payments and retain collateral.** | |

---

| Creditor's name: | **Primary Source Inc.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. Business Debt - Lawsuit.** | ■ Retain the property and [explain]:<br>**Debtors will retain collateral.** | |

---

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 6

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if known)* _____

| | | |
|---|---|---|
| Creditor's name: | **Primary Source, Inc.** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Debtors will retain collateral.** | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | | |

| | | |
|---|---|---|
| Creditor's name: | **Primary Source, Inc.** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br><br><br> **Debtors will retain collateral.** | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County** <br> **After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.** | | |

| | | |
|---|---|---|
| Creditor's name: | **Primary Source, Inc.** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Debtors will retain collateral.** | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | | |

| | | |
|---|---|---|
| Creditor's name: | **Primary Source, Inc.** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Debtors will retain collateral.** | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | | |

| | | |
|---|---|---|
| Creditor's name: | **Primary Source, Inc.** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Debtors will retain collateral.** | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | | |

| | | |
|---|---|---|
| Creditor's name: | **Primary Source, Inc.** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Debtors will retain collateral.** | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | | |

| | | |
|---|---|---|
| Creditor's name: | **Primary Source, Inc.** | ☐ Surrender the property. | ☐ No |

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 7

Debtor 1   **Casey John Simon**
Debtor 2   **Korrine Ellen Simon**

Case number *(if known)*

| | | |
|---|---|---|
| name: | ☐ Retain the property and redeem it. | ■ Yes |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **Debtors will retain collateral.** |

| | | |
|---|---|---|
| Creditor's name: | **Suntrust Mortgage/cc 5** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County** <br> **After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br><br> **Debtors will make payments and retain collateral.** | ■ Yes |

| | | |
|---|---|---|
| Creditor's name: | **Yi, Sok Shae and Yi, Mija** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: | **2201 East Denise Avenue Orange, CA 92867-1847  Orange County** <br> **After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br><br> **Debtors will retain collateral.** | ■ Yes |

| **Part 2:** | **List Your Unexpired Personal Property Leases** |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: **Verizon Wireless** | ☐ No <br><br> ■ Yes |
| Description of leased Property: **Debtor are in the first year of a two year cell phone contract.** | |

| **Part 3:** | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Casey John Simon**
   **Casey John Simon**
   Signature of Debtor 1

X **/s/ Korrine Ellen Simon**
   **Korrine Ellen Simon**
   Signature of Debtor 2

Date   **February 29, 2016**

Date   **February 29, 2016**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re  **Casey John Simon**
**Korrine Ellen Simon**                                               Case No. _____

_____  Chapter  **7**
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ...............................................  $ _____ **$300/Hr**

     Prior to the filing of this statement I have received ..................................  $ _____ **$6,500.00**

     Balance Due ...................................................................................  $ _____ **$2,000.00 Est**

2.   $ __**335.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☑ Debtor          ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ☑ Debtor          ☐ Other (specify):

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Negotiations with secured creditors to reduce to market value; preparation and filing of reaffirmation agreements
     and applications as needed; Representation of the debtor in any dischargeability actions, judicial lien
     avoidances, relief from stay actions or any other adversary proceedings.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

     2/29/16                                            /s/Kelly Zinser
_____              _____
     _Date_                                       **Kelly Zinser**
                                                 _Signature of Attorney_
                                                 **Zinser Law Group**
                                                 **18881 Von Karman Suite 1175**
                                                 **Irvine, CA 92612**
                                                 **949-436-4981  Fax: 949-231-1449**
                                                 **kelly@zinserlawgroup.com**
                                                 _Name of law firm_

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Casey John Simon** |
| Debtor 2 (Spouse, if filing) | **Korrine Ellen Simon** |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ | $ |

5. **Net income from operating a business, profession, or farm**

| | | **Debtor 1** | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ | | |
| Ordinary and necessary operating expenses | | -$ | | |
| Net monthly income from a business, profession, or farm | $ | | Copy here -> $ | $ |

6. **Net income from rental and other real property**

| | | **Debtor 1** | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | | $ | | |
| Ordinary and necessary operating expenses | | -$ | | |
| Net monthly income from rental or other real property | $ | | Copy here -> $ | $ |

| | | |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ | $ |

| Debtor 1 | **Casey John Simon** | | |
|---|---|---|---|
| Debtor 2 | **Korrine Ellen Simon** | | Case number (*if known*) |

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

**8. Unemployment compensation** — $ _____ / $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .............................................. $ _____

For your spouse .............................. $ _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. — $ _____ / $ _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____ $ _____ / $ _____

_____ $ _____ / $ _____

Total amounts from separate pages, if any. + $ _____ / $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

**Total current monthly income**

---

**Part 2:     Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........ **Copy line 11 here=>** $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b. $ _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. _____

Fill in the number of people in your household. _____

Fill in the median family income for your state and size of household.    13. $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

---

**Part 3:     Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Casey John Simon**                    X **/s/ Korrine Ellen Simon**

**Casey John Simon**                          **Korrine Ellen Simon**

Signature of Debtor 1                         Signature of Debtor 2

Date **February 29, 2016**                    Date **February 29, 2016**

MM / DD / YYYY                                MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
</table>

**Fill in this information to identify your case:**

Debtor 1    **Casey John Simon**

Debtor 2    **Korrine Ellen Simon**
(Spouse, if filing)

United States Bankruptcy Court for the:   Central District of California

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

       ☐ No.   Go to line 3.

       ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Check any one of the following categories that applies:

       ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

       ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

       ☐ **I am performing a homeland defense activity for at least 90 days.**

       ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Kelly Zinser**<br>**18881 Von Karman Suite 1175**<br>**Irvine, CA 92612**<br>**949-436-4981 Fax: 949-231-1449**<br>California State Bar Number:<br>**kelly@zinserlawgroup.com** | |

☐ *Debtor(s) appearing without an attorney*

☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Casey John Simon**<br>**Korrine Ellen Simon** | CASE NO.:<br>CHAPTER: **7** |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __593__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __February 29, 2016__      **/s/ Casey John Simon**
                                          Signature of Debtor 1

Date: __February 29, 2016__      **/s/ Korrine Ellen Simon**
                                          Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __February 29, 2016__      **/s/ Kelly Zinser**
                                          Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                         **F 1007-1.MAILING.LIST.VERIFICATION**

Casey John Simon
2201 East Denise Avenue
Orange, CA 92867-1847


Korrine Ellen Simon
2201 East Denise Avenue
Orange, CA 92867-1847


Kelly Zinser
Zinser Law Group
18881 Von Karman Suite 1175
Irvine, CA 92612


A Work of Art Painting
5827 Silver Leaf Road
San Jose, CA 95138


A-Abbot Locksmith
1920 E Katella Ave Ste A
Orange, CA 92867


Aandrud, Karen
8882 Cypress Ave.
Cypress, CA 90630


Abbinanti, Nick & Debbie
22556 Gilmore St.
West Hills, CA 91307


Abellera, Cristeta
515 Murray Ave.
Camarillo, CA 93101

Abesamis, Rosita & Romeo
1115 Willow Ave
La Puente, CA 91746


Abeyta, Tom
4027 Armstrong St
San Diego, CA 92111


Abhyanker, Ramesh
75571 Painted Desert Dr
Indian Wells, CA 92210


Abramson, Lisbeth
4827 Sagina Ct.
Oceanside, CA 92057


Abrantes, Misty & Justin
744 Rocky Loop
Crestline, CA 92325


Abundiz, Aurora
838 Pacific Ave.
San Jose, CA 95126


Abundiz, Aurora
838 Pacific Ave
San Jose, CA 95126


Abuseer , Ihab
125 N. Maude Ln.
Anaheim, CA 92807

Acfalle, Joaquin
7654 Prairie Mound Wy.
San Diego, CA 92139


Action, Gladys
2740 Mathews St
Berkeley, CA 94702


Acuna, Bridget
18408 Saint Andrews Place
Torrance, CA 90504


Adame, Antonio & Agripina
715 N. Foxworth Ave.
La Puente, CA 91744


Adamian, Alexandra
12607 Crewe St
North Hollywood, CA 91605


Adams, Charles & Dupree-Adams, Mary Jo
34484 Arbor Way
Yucaipa, CA 92399


Adams, Charles & Mary
34484 Arbor Way
Yucaipa, CA 92399


Adams, Elizabeth & Stanley
240 Elaine Way
Pismo Beach, CA 93449

Adams, James & Vivian
27498 Embassy St
Sun City, CA 92586


Adams, Marilyn
1600 E. Vista Way #26
Vista, CA 92084


Adams, Richard & Catherine
4056 Hill St.
Huntington Park, CA 90255


Adbell, Marilyn
70860 Jasmine Lane
Rancho Mirage, CA 92270


Adderly, Lucrecia
44115 Fern Ave
Lancaster, CA 93534


Adelson, Janet
587 Pintura Drive
Santa Barbara, CA 93111


Adjoyan, Aida
8115 Wilkinson
North Hollywood, CA 91605


Adkins, Melanie
34966 Dewey St
Yucaipa, CA 92499

Adkins, Melanie & Robert
34966 Dewey Ave
Yucaipa, CA 92399


Adkins, Robert
34966 Dewey Street
Yucaipa, CA 92399


Adler, Sharon
9715 Lanett Ave.
Whittier, CA 90605


Afflerbach, David & Kim
701 Coastline Dr.
Seal Beach, CA 90740


Agbayai, Roy
69569 Pleasant Grove
Cathedral City, CA 92234


Agin, Susie
10712 Montego Dr.
San Diego, CA 92124


Agin, Susie
10712 Montego Dr
San Diego, CA 92124


Agnone, Dione
3540 Brookhill St.
La Cresenta, CA 91214

Aguero, Sandro
10440 Quill Ave #106
Sunland, CA 91040


Aguilar, Gilbert & Margie
4439 Marigold Dr
Chino, CA 91710


Aguilar, Pedro & Rosy
2357 Pageant St
Bakersfield, CA 93306


Aguilera, David & Diane
20225 Bedford Canyon Rd.
Corona, CA 92881


Aguilera. David & Diane
20225 Bedford Canyon Rd.
Corona, CA 92881


Aguirre, Heide
8705 Marina Wy
Garden Grove, CA 92844


Aintablian, Hasmik
16 Logo Vista
Dana Point, CA 92629


Aitken, Cheryl
5127 Bella Collina St
Oceanside, CA 92056

Alami, Mohammed
18073 San Jacinto Ave
Fontana, CA 92336


Alamos, Jess
404 Pickering Way
Montebello, CA 90640


Alan Ray Architecture
580 Explorer St Unit B
Brea, CA 92821


Alassal, Ahmed
305 S. Valley
Anaheim, CA 92804


Alba, Alejandro & Adela
1745 Dawn Place
Escondido, CA 92027


Alba, Ben & Rosie
1481 W. Lambert Road
La Habra, CA 90631


Albrecht, Peter
2339 Notre Dame
Costa Mesa, CA 92626


Albretsen, Vella
1116 Monaco Court
Grover Beach, CA 93433

Albretson, Vella
676 Saratoga Ave
Grover Beach, CA 93433

Alcala, Rafeal
26681 Paseo Loreto
San Juan Capistrano, CA 92675

Alcantar, Julio
3155 Sweetwood Street
San Diego, CA 92114

Aldana, Joe
825 W. Sola St.
Santa Barbara, CA 93101

Alderete, Enrique & Olga
2880 Via Suspiro
San Ysidro, CA 92173

ALDRETE, Angela
1380 Serena Circle # 2
Chula Vista, CA 91910

Aldridge, Lelia
6289 Childs Ave.
San Diego, CA 92139

Alejandre, Arthur
11908 Cresson St
Norwalk, CA 90650

Alex Aguirre
22102 Newbridge Dr
Lake Forest, CA 92630


Alex, Nick
5585 E. PCH. Unit 309
Long  Beach, CA 90804


Alexander, Florica
298 Avenida Sevilla, Unit A,
Laguna Woods, CA 92637


Alexander, Reginald
5659-4 Arlington Blvd
San Pablo, CA 94806


Algie, Dennis
1220 W. 159th
Gardena, CA 90247


Alicea, Jeffrey
2750 Cedar Ave
Long Beach, CA 90806


Allbee, Debra
20 Westmoreland
Irvine, CA 92620


Allegiance Premium Finance Company
44 West Harding Street Suite 306
Cedar City, UT 84720

Allen, Beverly
827 B Via Alhambra
Laguana Woods, CA 92637

Allen, David & Barbara
2134 B Via Puerta
Laguna Woods, CA 92637

Allen, Gary
1075 Lincoln Ave.
San Diego, CA 92103

Allen, Grace
5004 Fratus Dr
Temple City, CA 91780

Allen, Grace
5004 Fratus Dr.
Temple City, CA 91780

Allen, Mary
10112 Belfair Street
Bellflower, CA 90706

Alleyne, Josephus
2159 E. Colunga St
Colton, CA 92324

Allied Building Products Corp.
PO Box 101087
Pasadena, CA 91189

Ally Financial
PO Box 380902
Bloomington, MN 55438


Almand, Charles
171 N. Paseo Rio Blanco
Anaheim, CA 92807


Almendares, Raymond and Joanne
9228 Elm Vista Dr
Downey, CA 90242


Alsing , Judith
13850 Temple St.
Poway, CA 92064


Altavilla, Raquel & Shelton, Rudolph
3446 Aveley PL
San Diego, CA 92111


Altieri, Anthony
1993 Grandview Rd
Vista, CA 92084


Alto, Barbara & Raymond
620 Pitman St
Escondido, CA 92027


Alva, Rebecca & Garcia, Vincent
4735 Knob Hill Dr.
Los Angeles, CA 90065

Alvarado, Gilbert
10112 Circle P Lane
Escondido, CA 92026


Alvarado, Luis & Blanca
37900 E. 29Th St
Palmdale, CA 93550


Alvarado, Rhina
12031 Kenney Street
Norwalk, CA 90650


Alvarado, Teodora
2284 N. Wilkie Drive
Pomona, CA 91767


Alvarez, Armando
13108 Gatehall Ave
Corona, CA 92879


Alvarez, Artemio
771 S Vine
Rialto, CA 92376


Alvarez, George
3722 Olivehill Rd
Fallbrook, CA 92028


Alvarez, Guillermo & Lucy
1104 Nutwood Ave.
Fullerton, CA 92831

Alvarez, Hugo
3420 Pomona St
Los Angeles, CA 90031


Alvarez, Janette
529 Terrado Dr.
Monrovia, CA 91016


Alvarez, Lucy
3722 Olive Hill Rd
Fallbrook, CA 92028


Amagrande, Michael
3991 Redwood Dr
Riverside, CA 92501


Amante, Ning & Canalas, Lysander
211 Panorama Ct.
Brea, CA 92821


Amato, Raymond
2035 Ventana Way
El Cajon, CA 92020


Ambrose, Donald & Betty
59019 Pueblo Trail
Yucca Valley, CA 92284


American Express
PO Box 981535
El Paso, TX 79998-1535

American Express
P.O. Box 981535
El Paso, TX 79998-1535


American Home Design
555 Silver Oak Lane
Danville, CA 94506


Amezuca, Artxezin & Rosario
1478 Camino Caballo
Nipomo, CA 93444


Ammannito, Mike
9409 Almeria Ct
Fontana, CA 92316


Amores, Salvacion
15022 Chuparosa St
Victorville, CA 92394


Anaheim Business Campus
394 W Cerritos Avenue
Anaheim, CA 92805


Anaheim Public Utilities
PO Box 3222
Anaheim, CA 92803


Anaya, Jamie & Maria
5407 Challen Ave
Riverside, CA 92503

Ancheta, Mario & April
69125 Baristo Rd
Cathedral City, CA 92234


Anderson, Andy & Carolyn
42215 Palm Ave
Fremont, CA 94539


Anderson, Bent  & Flauia
23858 Pasatiempo Ln
Harbor City, CA 90710


Anderson, Bonnie
11039 Furman Court
Rancho Cucamonga, CA 91701


Anderson, Bryan
1630 Via Sage
San Clemete, CA 92673


Anderson, Bryan
1630 Via Sage
San Clemente, CA 92673


Anderson, Carolyn
3245 Virginia St.
Lynwood, CA 90262


Anderson, Dezra & Bryan
1630 Via Sage
San Clemente, CA 92673

Anderson, Einor & Judy
6846 Poppy View Dr
Oak Park, CA 91377


Anderson, Elizabeth
211 Huntington
Irvine, CA 92620


Anderson, Leah
3245 108th Stree
Inglewood, CA 90303


Anderson, Patricia
3341 E. Saint Francis
Long Beach, CA 90805


Anderson, Renate
920 N. Sage Ave
Rialto, CA 92376


Anderson, Robert
30450 De Caron Street
Murrieta, CA 92563


Anderson, Susana
16431 Grayville Dr.
La Mirada, CA 90638


Andruskiewicz, Ray
13120 Meteor Dr.
Victorville, CA 92395

Angel, Jose & Gertrude
239 W. Bluebell Ave.
Anaheim, CA 92802


Angel, Joseph
110 Juana Maria
Santa Barbara, CA 93103


Angel, Silvia
110 Juana Maria Ave
Santa Barbara, CA 93103


Angel, Silvia
110 Juan Maria Ave
Santa Barbara, CA 93103


Anglin, Cecil
203 Price St
Bakersfield, CA 93307


Anlin Industries
1665 Tollhouse Road
Clovis, CA 93611


Anzaldo, Liane
25 Saint Tropez
Newport Beach, CA 92660


Apalategui, Frances
523 W. 4Th St
Azusa, CA 91702

Aparicio, reynaldo & Esperanza
562 Shotwell St.
San Franscico, CA 94110

Aqua Finance, Inc.
PO Box 844
Wausau, WI 54402-0844

Araiza, Fernando
7618 E Newmark Ave
Rosemead, CA 91770

Araiza, Fernando
7618 E. Newark Ave.
Rosemead, CA 91770

Aramaki, David
9481 Sabre Lane
Westminster, CA 92683

Aravindashan, Rajesh
1195 Aschauer Ct
San Jose, CA 95131

Archer, Mary
3933 La Creseta Ave
Oakland, CA 94602

Archer, Vickie & Don
564 Santa Angela Ln.
Monticeto, CA 93108

Archibald II, Ed
54812 Southern Hills
La Quinta, CA 92253


Archuleta, Daniel
535 Brookhaven Ave
Corona, CA 92879


Arciniega, Luis and Maria
1365 N. El Molino
Pasadena, CA 91104


Arcuri, Dominick
2547 W. Cresent Avenue
Anaheim, CA 92801


Arjomand, Farooq
49 Poppy Hill
Laguna Niguel, CA 92677


Arjomand, Marty & Kelly
2173 Peak Place
Thousand Oaks, CA 91362


Arland, Timothy & Singh, Ruby
25629 Rue De Lac
Escondido, CA 92026


Armendariz, Robert and Jaime
11545 School St
Bakersfield, CA 93307

Armitage, Arthur
9386 Los Coches
Lakeside, CA 92040


Armstead, Josie
4383 Cherokee Ave.
San Diego, CA 92104


Armstead, Willie and Claudia
2525 Eastwind Way
Signal Hill, CA 90755


Armstrong, Beatrice
65 Majorca Dr.
Rancho Mirage, CA 92270


Armstrong, Dennis
954 S. Ambridge Ct
Anaheim, CA 92806


Armstrong, Edward
1960 Temple Hills Drive
Laguna Beach, CA 92651


Armstrong, William
1425 Santa Clara
Concord, CA 94518


Arnett, Ruth
425 Naples Street
Chula Vista, CA 91911

Arnold, Jim
8837 Digger Pine Dr
Riverside, CA 92508


Arnold, Louise
2425 Ellentown
La Jolla, CA 92037


Arnold, Veta
1410 Bella Vista Crest
Redlands, CA 92373


Arroyo, Andres
12970 Ramona Ave.
Chino, CA 91710


Arroyo, Betty & Phillip
287 E. Calavery St.
Altadena, CA 91001


Arroyo, Henry & Josephine
12477 Sungrove St
Garden Grove, CA 92840


Arroyo, Mary Ellen
6516 Partridge
Ventura, CA 93003


Arsenault, Daniel
4246 Los Coyotes Diag.
Lakewood, CA 90713

Arteaga, Fred & Leona
17826 Gemini
La Puente, CA 91744


Artero, James
2443 Blanchard
Camarillo, CA 93012


Artuscheske, Margie
2923 Weldermyer
Arcadia, CA 91066


Arvanitis, Nancy
4212 Vista Del Rio Way #8
Oceanside, CA 92057


Asbell, Barbara
2043 Sunridge Dr
Ventura, CA 93003


Ascencio, Victor & Gloria
12442 Kayreid Drive
Whittier, CA 90605


Asch, Sharon
4929 Bandera Street
Montclair, CA 91763


Ashbury, Wayne
1105 E Francis Dr
Palm Springs, CA 92264

Ashe, Gordon
3652 Bloomsbury Way
San Jose, CA 95132


Ashley, Gerald
1039 Old Chase Ave
El Cajon, CA 92020


Ashtakov, Nadia & Dimitry
17421 Sultana St
Hesperia, CA 92345


Ashton, Mike & Shirley
24722 Goya Ave.
Moreno Valley, CA 92551


Ashton, Shelly & Michael
24722 Goya Ave.
Moreno Valley, CA 92551


Asten, Peter and Janet
26 Padron Way
Rancho Mirage, CA 92270


AT&T Mobility
PO Box 1809
Paramus, NJ 07653-1809


Atanda, Modupe
1145 W Mesa Dr
Rialto, CA 92376

Athwall, Satgur
4780 Crest Ave
Riverside, CA 92503


Atkinson, Leslie
2219 N. Towner Street
Santa Ana, CA 92706


Atwood, Cary
16251 Oak Tree Xing
Chino Hills, CA 91709


Au, Harris & Brenda
10393 Noel Ave.
Cupertino, CA 95014


Auguston , Rosalie
3300 Greenfield
Los Angelas, CA 90034


Auguston, Rosalie
3300 Greenfield Ave
Los Angeles, CA 90034


Austin, Robert and Cheri
10602 Esmeraldas
San Diego, CA 92124


Autin, Dennis & Patricia
15021 Grenda St.
San Leandro, CA 94579

Avalos, Pedro
1091 Suffolk Dr
Santa Rosa, CA 95401


Avila, Bea Ann
74131 Velardo Dr
Palm Desert, CA 92260


Avila, David & Patricia
11510 Orion Street
Riverside, CA 92505


Avila, Earnest & Rachel
848 Ventura St
Santa Paula, CA 93060


Avila, George & Tina
40 Beachside Ct
Daly City, CA 94015


Avila, Rachel & Ernie
848 E. Ventura St
Santa Paula, CA 93060


Aviles, Adela
846 Cape Town  Pl
San Jose, CA 95133


Avlatum Construction
3241 De Anza Pl
San Ramon, CA 94583

Axt, Melvin & Faith
805 Lexington St.
Hemet, CA 92545


Ayers, Margaret
905 Wentworth Cir.
Vista, CA 92081


Babayan, Saro
12533 Hart St.
North Hollywood, CA 91605


Babayan, Saro
12533 Hart St
North Hollywood, CA 91605


Baccam, Liane
4221 Thorn St
San Diego, CA 92105


Bacskai, Desi
4861 Glenview St
Chino Hills, CA 91709


Badger Daylighting Corp
75 Remittance Dr Ste 3185
Chicago, IL 60675


Baer, Deborah & Robert
12695 La Tortola
San Diego, CA 92129

Bailey, James & Rebecca
7310 E. Stone Creek Ln.
Anaheim Hills, CA 92808

Bailon, Maria
12861 West St
Garden Grove, CA 92840

Bailon, Pauline & Olga
3999 Hare Ave
Riverside, CA 92509

Bains, Makhan
4070 Merganser Drive
Fremont, CA 94555

Bakaev, Alex
1408 Portesuello Ave
Santa Barbara, CA 93105

Baker, Alan & Cheryl
17401 Mira Loma
Huntington Beach, CA 92647

Baker, Clifford
1333 7 th st
Port Hueneme, CA 93041

Baker, Clifford & Sharon
1333 7th St.
Port Hueneme, CA 93041

Baker, James and Johanna
3768 Long Board
San Jose, CA 95132


Baker, Marlene
2630 Ryan Road
Concord, CA 94518


Baker, Richard
2638 Independence Ave.
Huntington PRK., CA 90255


Bakoev, Alex
1408 Portesuello Ave
Santa Barbara, CA 93105


Balas, John
1148 Act St.
Sun Valley, CA 91352


Balderama, Bruno
1114 E Chestnut
Orange, CA 92867


Baldwin, Gary & Joana
10747 Oak Creek Drive
Lakeside, CA 92040


Baldwin, Gary & Joann
10747 Oak Creek Dr.
Lakeside, CA 92040

Bales, Wilbur
6630 Falmouth Dr.
La Mesa, CA 91942


Ball, George
15639 Royal Lytham Square
San Diego, CA 92128


Ball, Marion
10722 Kern Ave.
Garden Grove, CA 92843


Ball, Mike & Linda
4605 Zamora Way
Oceanside, CA 92056


Ballard, Sharon
68605 Jarana Rd
Cathedral City, CA 92234


Ballou, Richard
1701 Avenida Segovia
Oceanside, CA 92056


Baltazar, Robert
4016 Hill St
Huntington Park, CA 90255


Banda, Rafael & Claudia
83934 Core La Morada
Coachella, CA 92201

Bank of America
4909 Savarese Cir
Tampa, FL 33634


Bank of America
Po Box 982238
El Paso, TX 79998


Bank of America
P.O. Box 982238
El Paso, TX 79998-2238


Bank of America
PO Box 15019
Wilmington, DE 19886


Banks, Charles
324 Churchill Dr
Bakersfield, CA 93307


Banks, Cynthia
5770 La Luna
29 Palms, CA 92277


Banks, Steven & Wendy
596 Magna Vista St
Goleta, CA 93110


Banks, Wendy
596 Magna Vista
Santa Barbara, CA 93110

Barajas, German & Flora
1660 Skyline Dr
Lemongrove, CA 91946


Baratti, Martin
3391 Roxanne Ave.
Long Beach, CA 90808


Baratti, Martin & Judy
3391 Roxanne Ave.
Long Beach, CA 90808


Barkdull, Donna
887 Hansford
Pismo Beach, CA 93449


Barkdull, Donna
887 Hanford
Pismo Beach, CA 93449


Barker, Stephen
25 Whitman Ct
Irvine, CA 92617


Barkley, Dale & Maxine
4927 Alameda Dr.
Oceanside, CA 92056


Barlevy, Alan
13657 Beach Street
Cerritos, CA 90703

Barnard, Matt
1175 Vista Lomas Drive
Corona, CA 92882


Barnes, David & Karen
4074 Green Wood St
Newbury Park, CA 91320


Barnes, Donald & Erikamai
467 La Jolla St.
Morro Bay, CA 93442


Barnet, Lois
4165 Kingsview Rd
Moorpark, CA 93021


Barnett, Lois
4165 Kingview Road
Moorpark, CA 93021


Barnett, Lois
4165 Kingview Rd
Moorpark, CA 93021


Barnett-Thomas, Forrest
3677 Hillside Ave.
Norco, CA 92860


Barney, Jim
79198 Arnold Palmer
La Quinta, CA 92253

Barney, Jim & Virginia
79698 Arnold Palmer
La Quinta, CA 92253


Barnhart, Jennifer
2777 Mcallister Street
San Francisco, CA 94118


Barragan, Frank
8531 California Ave
Whittier, CA 90605-1518


Barraza, Isabel
7649 Dartmoor
Goleta, CA 93117


Barrientos, Victor
17622 Cane Hill Ave
Bellflower, CA 90706


Barrios, Raul
843 E. Columbia
Pomona, CA 91767


Barron, Carol
938 Maria St
Spring Valley, CA 91977


Barron, Stewart
26219 Maplewood Court
San Juan Capistrano, CA 92675

Bartels, Peggy & Kerry
31224 Strawberry Tree
Temecula, CA 92592


Barth, Robert & Melva
1985 Windsor Place.
Pomona, CA 91767


Bartlett, Kenneth & Linda
506 Muriel Ln.
Escondido, CA 92025


Bartlett, Linda
506 MURIEL LN
ESCONDIDO, CA 92095


Bartley, Mike
532 E. Wilson Ave.
Orange, CA 92867


Basmajian, Susan
777 Old Mill Rd
Pasadena, CA 91108


Bass, George & Wilda
1682 Grove Rd
El Cajon, CA 92020


Bass, Wila & George
1682 Grove Rd.
El Cajon, CA 92020

Bateman, Julie & Nelson, Rick
36732 Sulphur Springs Rd
Palmdale, CA 93552


Bates, Ronald & Ronda
4422 Josie Ave.
Lakewood, CA 90713


Batiste, Richard
47719 Avacado Ct #C-1
Indio, CA 92201


Bauer, Scott
23930 Los Codona Ave #214
Torrance, CA 90505


Bautisa, Mauro & Flores, Claudia
552 S. St. Louis St.
Los Angeles, CA 90033


Bautista, Mauro & Flores, Claudia
552 S. St. Louis St.
Los Angeles, CA 90033


Baxter, John and Pamela
41 Santa Bella Rd
Rolling Hills Estates, CA 90274


Baxter, Sue
322 Faxon Ave.
San Francisco, CA 94115

Baxter, Terry
360 Apollo Dr
Vista, CA 92084


Bazabal, Robin & Juan
3966 Apore St.
La Mesa, CA 91941


Beach, Sylvia
32196 Ave E
Yucaipa, CA 92399


Beacon Roofing Supply, Inc.
PO Box 840163
Dallas, TX 75284-0163


Beams, Terry
13643 Morgan St
Fontana, CA 92336


Bean, Amelia
4937 Nipomo Dr
Carpinteria, CA 93013


Bean, Lyn
1520 Alexander Ave
Lompoc, CA 93436


Beard, David & Nancy
6310 Sunrise Rd
29 Palms, CA 92277

Beasley, Marvin & Patricia
11783 Addison St
Yucaipa, CA 92399


Beaton, Kathleen
1115 Harrison Ave
Venice, CA 90291


Beatty, Brian & Andrea
27 Bainbridge Ave
Ladera Ranch, CA 92694


Beauchamp, Jerry & Leila
31547 Palmas Dr.
Warner Springs, CA 92086


Beauchamp, Jerry & Liela
31547 Palmas Dr.
Warner Springs, CA 92086


Beaudoin, Jason & Monica
3876 Pala Mesa Dr
Fallbrook, CA 92028


Beaudoin, Jason & Monica
3876 Pala Mesa Dr.
Fallbrook, CA 92028


Beaudry-Corbett, Donald & Marilyn
6200 Rockcliff Dr
Los Angeles, CA 90068

Beaudry-Corbett, Marilyn
6200 Rockcliff Dr
Los Angeles, CA 90068


Beaumont, Paul
7413 Bear Creek Ct
Highland, CA 92346


Beaver, Steven & Ellisa
13151 Stone Canyon Rd
Poway, CA 92064


Becerra, Carmin
251 Santa Catalina
Santa Barbara, CA 93109


Becerra, Neal
3831 E. Sycamore
Orange, CA 92869


Becerra, Richard & Henrieta
1000 N 2Nd St
Colton, CA 92324


Bechman, Steve
5650 Ocean View Dr
Oakland, CA 94618


Beck, Mike
5646 Sunmist Dr.
Rancho Palos Verdes, CA 90275

Beck, Patricia
714 E. Lemon Ave
Glendora, CA 91741


Beck, Shaela
7025 Sherman Rd.
Twenty-nine Palms, CA 92277


Becker, Carolyn & Heinsheimer, Vicki
82393 Samantha Ct
Indio, CA 92201


Beckes, David & Kim
2667 Big Wagon Rd
Alpine, CA 91901


Becknell/Garcia, Kathy
544 W. Wiltshire
Fullerton, CA 92832


Beckwith, Lloyd
1728 Granda Ave
San Diego, CA 92102


Bednarz, Diana
7960 Standish Ave.
Riverside, CA 92509


Bedolla, Leanadro & Lorane
6160 Ronald Dr.
Cypress, CA 90630

Beeghley, Lars
28527 Amborella Way
Menifee, CA 92584


Beeler, Barbara
8599 F Malladca
La Jolla, CA 92037


Beggs, Eugene
475 E Orange Grove
Sierra Madre, CA 91024


Behm, Richard & La Donna
6842 Shadowood
Riverside, CA 92506


Behnen, Robert
16719 E Tudor St
Covina, CA 91722


Behnen, Robert M.
16719 E. Tudor St.
Covina, CA 91722


Behounek, Deborah
2607 N White Ave.
La Verne, CA 91750


Beisegl, Richard & April
702 Latisha Pl.
El Cajon, CA 92021

Bejar, Carlos
980 Arroyo Dr
Chula Vista, CA 91910


Bejarno, Carol
6901 E. Gage Ave
Commerce, CA 90040


Belfiore, John & Carol
8265 Adams Avenue
Lemon Grove, CA 91945


Bell, Derek & Cindy
260 Val Verde
Lane Arroyo Grande, CA 93420


Bell, Evelyn
1266 E. McFadden Ave #D
Santa Ana, CA 92705


Bell, Sandra
40010 Ridgemist St
Palmdale, CA 93591


Bell, Steve & Janice
25066 Rancho Santa Teresa Dr.
Ramona, CA 92065


Bellah, Joanne
4118 Beethoven St.
Los Angeles, CA 90066

Beltz, Judy & Gerald
11762 Bluejay Lane
Garden Grove, CA 92841


Ben'Nun, Jacques & Vivian
1458 Brixton Road
Pasadena, CA 91105


Benes, James & Janice
129 S. Rena St
Arroyo Grande, CA 93420


Benes, Janice
129 S. Rena St
Arroyo Grande, CA 93420


Benes, Janice
129 S Rena St
Arroyo Grande, CA 93420


Benitez, Harld & Teresa
11611 Janette Ln.
Garden Grove, CA 92840


Benitez, Maria
507 S. Laurinda Ln
Orange, CA 92869


Benjamin, Nathan
5013 Monomet
San Diego, CA 92113

Benn, Donald & Joanne
5066 San Julio Ave.
Santa Barbara, CA 93111


Bennett, Dean & Jennifer
36085 Provence Dr.
Murrieta, CA 92562


Bennett, Lena
163 E Cerritos St
Rialto, CA 92376


Benson, Brian
103 Via Quito
Newport Beach, CA 92663


Benson, Bruce
2791 Painted Cave Road
Santa Barbara, CA 93105


Benson, Patricia
4233 Biscayne St
Chino, CA 91710


Benson, Patricia
4233 Biscayne St.
Chino, CA 91710


Bentley, Rosemary
11078 Puebla Dr.
La Mesa, CA 91941

Benton, Joanne
4295 St. George Pl.
Riverside, CA 92504


Benton, Phil & Connie
4969 Sullivan Street
Ventura, CA 93003


Bentzinger, Garetta
706 W. Jonquil Road
Santa Ana, CA 92706


Berber, Angelina
2295 N Tustin Ave.
Orange, CA 92865


Beredeczky, Ann
177 Pearl #74
Laguna Niguel, CA 92677


Berg, James
1517 E. Pine Ave
Lompoc, CA 93436


Bergen, Lois
2 Churchill
Rancho Mirage, CA 92270


Berger, Barbara
3037 Java Rd.
Costa Mesa, CA 92626

Berger, Emma
624 Tumbleweed Ln.
Fallbrook, CA 92028


Berger, TJ
52705 Avenida Obregon
La Quinta, CA 92253


Bergeron, Donald
33298 Calle Alfredo
Temecula, CA 92592


Bergholtz, Joseph Abadi
203 N. Carillo Rd Unit E
Ojai, CA 93023


Bergholtz, Joseph Abadi
203 N Carillo Rd Unit E
Ojai, CA 93023


Bermudez, Arthur
4556 Don Miguel Dr.
Los Angeles, CA 90008


Bernal, Gustavo
4630 Pal Mal Ave
El Monte, CA 91731


Bernal, Rudy
496 E. M St.
Colton, CA 92324

Bernard, Matt
4612 Plumosa Drive
Yorba Linda, CA 92886


Bernson, Bruce
2791 Painted Cave Rd.
Santa Barbara, CA 93105


Berquist, Joann
1476 Law St
San Diego, CA 92109


Berridge, Michael & Margaret
19948 Tinne Rd
Apple Valley, CA 92307


Berry, Cora Lillian
2059 Albury Ave
Long Beach, CA 90815


Berry, Marge
1120 Pepper Dr. #97
El Cajon, CA 92028


Berry, Marge
1745 Gateway Dr
San Diego, CA 92105


Bertuzzi, Emist & Irene
8361 Cerulean Dr
Garden Grove, CA 92841

Best, George
1175 N Weaver St
Banning, CA 92220


Best, Joshua & Jana
3764 Calle Posada
Newbury Park, CA 91320


Betty Martinson
1037 S. Dewcrest Dr
Anaheim Hills, CA 92808


Betz, David Arthur
1874 Sandcliff Rd
Palm Springs, CA 92264


Bhagat, Prakash
3845 E Coronado Street
Anaheim, CA 92807


Biamonte, Kathleen
198 N. Pennsylvania St
Lake Elsinore, CA 92530


Bibat, Prudencio & Josephine
1564 Shedden St
Loma Linda, CA 92354


Bicher, Deborah & Evan
1203 San Dieguito Dr
Encinitas, CA 92024

Bicher, Deborah & Ivan
1203 San Dieguito Dr
Encinitas, CA 92024


Bielman, Stephen
9350 Mountain Blvd
Oakland, CA 94605


Bienemann, James & Joanie
4 Sabatini
Aliso Viejo, CA 92656


Bigler, Mary
877 W. Wilson.
Costa Mesa, CA 92627


Bigner, Fred & Joann
4879 Moon Crest Dr.
Corona, CA 92880


Bigner, Henry & Joann
4879 Moon Crest Dr
Corona, CA 92880


Billig, Susan
1693 Franceschi Rd.
Santa Barbara, CA 93103


Billyzone, Euralary
542 E Avenue G
Lancaster, CA 93535

Binder, Ann
844 Ronda Mendoza Unti C.
Laguna Woods, CA 92637


Binding, Betty
122 S. Juanita Avenue
Redondo Beach, CA 90277


Birrell, Justin
5260 Vista Montana
Yorba Linda, CA 92886


Bishoff, Barbara
1072 Covina Hills Rd.
Covina, CA 91724


Bishop, Daniel & Christine
7183 Dundee Ave
Highland, CA 92346


Bishop, Leroy & Lourita
7545 Quimby Ave.
West Hills, CA 91307


Bittar , Dr. Daniel
1440 Highland Dr.
Solana Beach, CA 92075


Bjazeuich, John
605 Shepard Rd.
San Pedro, CA 90731

Blachly, Karen
1003 E. Calaveras Street
Altadena, CA 91001


Black, Catherine
7171 Emily Ln.
Goleta., CA 93117


Black, Clarence
1847 Nolden St
Los Angeles, CA 90042


Black, Seymour & Barbara
2164 Vista Entrada
Newport Beach, CA 92660


Blackburn, Dan
3611 Lowry Rd
Los Angeles, CA 90027


Blackwell, Larry and Rosa
361 Wales Ct
San Jacinto, CA 92583


Blain , Christina
21042 Horsetree Circle
Trabuco Canyon, CA 92679


Blakemore, Frances
7453 Fulton St
San Diego, CA 92111

Blanchard, Dorothy
3501 Jordan Rd
Oakland, CA 94619


Bland, Janet
4929 Lexington Ct
Chino, CA 91710


Bland, Ron & Janet
4929 Lexington Ct
Chino, CA 91710


Bland, Rondalae & Janet
4929 Lexington Ct
Chino, CA 91710


Blaschke, Richard
76310 Shoshone Dr
Indian Wells, CA 92210


Blatman, Richard
5168 Belmez
Laguna Woods, CA 92637


Blaylock, David & Joy
12646 Fuchsia Dr
Rancho Cucamonga, CA 91739


Bloom, Lillie
1028 Prescott Ave
El Cajon, CA 92020

Bloom, Paul
11165 Wayne View Rd.
Vista, CA 92084


Blount, Travis
3488 N Sundown Lane.
Oceanside, CA 92056


Blue, Kathy
18744 Keswick St.
Reseda, CA 91335


Blum I, Eric & Michele
6870 Oak Springs Dr.
Oak Park, CA 91377


Blumke, Ann
183 E. Cypress St.
Covina, CA 91723


Bly, Clare
416 Blaisdell Dr.
Claremont, CA 91711


Boaman, Jeff & Quiroz, Kimberly
2424 Gehringer Dr.
Concord, CA 94520


Bobaly, Imre and Katalin
5222 Wood Ave
South Gate, CA 90280

Bock-Kaiser, Mary
5613 DARTFORD WAY
SAN DIEGO, CA 92120


Boden, Ernest & Phylis
2108 Easton Drive
Burlingame, CA 94010


Boechler, Carol
3422 W. Glen Holley Drive
Anaheim, CA 92804


Boeing, Jerilynn
1820 Arlene Ave
Oxnard, CA 93036


Boettcher-Lam, Leo
13392 McEvoy Ln
Garden Grove, CA 92845


Bogan, James & Anna
706 N Acacia Ave
Fullerton, CA 92831


Bogart, Kay
34266 Camino El Molino
Capistrano Beach, CA 92624


Boggs, James & Della
1654 Euclid
Upland, CA 91784

Bogle, Kathleen
49 Via Casitas
Bonsall, CA 92003


Boguta-Reeve, Karen
904 Seph Way
Escondido, CA 92027


Bohnstedt, Wayne
1623 Halsey St.
Redlands, CA 92373


Bohrnstedt, Wayne
1623 Halsey St
Redlands, CA 92373


Bokov, Ruslan
1450 Calle Quarta
Lompoc, CA 93436


Bolinger, Mary Pauline
16673 Roca Dr.
San Diego, CA 92128


Bolton, Maria
4538 E 5th St
Los Angeles, CA 90022


Bolton, Penny
14807 Condon Ave. Unit# 106
Lawndale, CA 90260

Bolton, Yvette
21133 Nandina Ave
Perris, CA 92570


Boltze, George & Christina
6262 Indigo Pl.
San Bernardino, CA 92407


Bond-Barney, Carol
730 W. Ana Pamu St.
Santa Barbara, CA 93101


Bond-Marcus, Colleen
19255 Red Feather Rd
Apple Valley, CA 92307


Bonds, Lucy
5012 Garden Ave
Richmond, CA 94805


Bonilla, Jerry & Vallerie
845 S. Teakwood Ave
Rialto, CA 92376


Bonilla, Natalie & Erica
4303 Alema Terr. Unit TE
Freemont, CA 94536


Boodram, David
1211 1/2 N Chester Ave
Inglewood, CA 90302

Boonchum, Siriwan and Chalerm
9066 Varma Ave
Arleta, CA 91331


Booth, Bill & Mary
2177 Beverly Way
Upland, CA 91784


Borba, Patricia
7100 Navajoa Ave.
Atascadero, CA 93422


Borcherding, Allen
14821 Acorn St
Chino Hills, CA 91709


Borden, Annie
8628 Kempstar Ave.
Fontana, CA 92335


Borden, Annie
8628 Kempster Ave.
Fontana, CA 92335


Borden, Cletta
3158 Belvedere Dr.
Riverside, CA 92507


Borden, Don
65 N. San Marcos Rd. Unit A
Santa Barbara, CA 93111

Borger, Ardee & Van Beek, Dorinda
3924 Falcon Ave
Long Beach, CA 90807


Borja, Emmanuel & Arminda
8631 Rancho Vista St
Paramount, CA 90723


Bornemiza, Leclie
9253 Stargaze Ave.
San Diego, CA 92129


Borst, Bill and Jane
5505 E Monlaco Rd
Long Beach, CA 90808


Borst, William & Jane
5505 MONLACO RD.
LONG BEACH, CA 90808


Bortz, Damon
4645 Gatetree
Pleasenton, CA 94566


Bostian, Anne
1329 Avenida Sebastiani
Sonoma, CA 95476


Bottjer, Rob & Mary
11518 Marcello Way
Rancho Cucamonga, CA 91701

Bottorf, Lucinda
3060 Bradford Pl. Apt C
Santa Ana, CA 92707


Bourque, Phyllis
712 Lemon Ave
Vista, CA 92084


Bowe, Melody
3644 Arlington St.
San Diego, CA 92117


Bowen, David
2620 Majella Ave
La Verne, CA 91750


Bowens, John & Gail
227 Placer Dr
Goleta, CA 93117


Bowers, Jane
40203 Ayer Lane
Temecula, CA 92591


Bowers, Lisa
1302 Chino Street
Santa Barbara, CA 93101


Bowers, Robert & Virginia
6528 Patridge Dr
Ventura, CA 93003

Bowes, Howard & Marilyn
78297 Brookhaven LN
Palm Desert, CA 92211


Bowling, Sydney
3505 Oarfish
Oxnard, CA 93035


Bowman, Jacqueline
4433 E. Sinova Ave
Los Angeles, CA 90032


Bowman, Jacquline
4433 Sinova St.
Los Angeles, CA 90032


Boyce, Berkley & Lourdes
3936 Broadway
San Diego, CA 92102


Boyd, Amelia
940 Briar Rose Ln
Nipomo, CA 93444


Boyd, David & Erin
24962 Paseo Equestre
Lake Forest, CA 92630


Boyd, Frank
850 N Arquilla
Palm Springs, CA 92262

Boyd, Juanita
541 Royce St.
Alta Dena, CA 91001


Boyd, Valerie
23347 Caminito Los Pacitos
Laguna Hills, CA 92653


Boyd, William
44898 Tehachapi Pass
Temecula, CA 92592


Boykin, Virgie
2988 Wintergreen Dr
Carlsbad, CA 92008


Boynton, Frank & Heidi
4908 Icaria way
Oceanside, CA 92056


Brackett, Sterling & Wanda
1717 N. Benton Way
Los Angeles, CA 90026


Bradburry, Stanly
12710 Brookpark Rd.
Oakland, CA 94619


Bradford, Jack & Charlyce
696 Rossmore Road
Goleta, CA 93117

Bradley & Riley PC, collection agency
PO Box 2804
Cedar Rapids, IA 52406-2804

Bradley, Kenneth & Gail
807 Pacific Ave
Alameda, CA 94501

Bragg, Kevin & Andrea
275 Van Buren St
. Colton, CA 92324

Bragg, Matthew
135 Arlington Dr.
Pasadena, CA 91105

Braham, Patricia
274 Darfo Dr.
Crestline, CA 92325

Braly, David & Donna
7017 Skyview Rd
Riverside, CA 92509

Brambila, Francisco
515 Ramona St
Ramona, CA 92065

Branden, Joshua
73289 Summit Dr
29 Palms, CA 92277

Brandt, Benjamin
703 E. Evans St
San Jacinto, CA 92583


Brandt, Martin & Liz
9188 Baseline Rd
Rancho Cucamonga, CA 91701


Branom, Jean
14787 Caminito Orense Oeste
San Diego, CA 92129


Branstrom, Elizabeth
3546 Kite Street
San Diego, CA 92103


Brantley, Charles
1670 N Primrose Ave
Rialto, CA 92376


Brastad, Carl
PO Box 903
Thousand Palms, CA 92276


Bratt, Peter
6505 Camino Venturoso
Goleta, CA 93117


Bray, Charlotte
1578 Calle Primera
Lompoc, CA 93436

Breckler, Stacy
10150 Dennis Ct.
San Jose, CA 95127


Brenan, Russel
180 N. Ave. Cordoba
Anaheim, CA 92808


Brethauer, Kay & Harvey
640 Leonard St.
Camarillo, CA 93010


Brevig, David & Maria
156 Calle Redondel
San Clemente, CA 92672


Brewer, Norma
27391 Rustic Lane
Highland, CA 92346


Brewer, Norman
27391 Rustic Ln
Highland, CA 92346


Brewster, Loucille
15111 Capetown Ln.
Huntington Beach, CA 92647


Breyette, William
22620 Enadia Way
West Hills, CA 91307

Brice, William
2630 Borion Dr
Santa Barbara, CA 93109


Bridenbecker, Bruce
64451 Brae Burn Ave
Desert Hot Springs, CA 92240


Bridges, Cheryl
20735 Lemay St
Winnetka, CA 91306


Briggs, Alice & Eugene
12062 Adelphia Ave
San Fernando, CA 91340


Briggs, Arthur
23058 Bryce St.
Woodland Hills, CA 91364


Briggs, Marilyn
14360 Yukon Ave
Hawthorne, CA 90250


Briggs, Martha
10444 Gidley St.
El Monte, CA 91731


Briscoe, Helen
6524 Aha Vista
El Cerrito, CA 94530

Briseno, Gilbert
25271 Parthenon Ave
Mission Viejo, CA 92691


Brito, Anthony & Diana
1194 Windmill Court
San Jose, CA 95121


Britz, John & Florence
205 Channel Heights Ct
Ventura, CA 93003


Broadwater, Max
405 Redwood Dr.
Pasadena, CA 91105


Brooks, Alphonso & Carol
4867 Marblehead Bay Drive
Oceanside, CA 92057


Brooks, Bobbie
1839 Clevland St
San Bernardino, CA 92411


Brooks, Bobbie
1839 Cleveland St
San Bernardino, CA 92411


Brooks, Bobbie
1839 Cleveland St.
San Bernardino, CA 92411

Brooks, Esther
27002 Preciados Drive
Mission Viejo, CA 92691


Brooks, Francis
1059 N. Fremontia
Rialto, CA 92376


Brooks, Virgie
1120 Quail
San Diego, CA 92162


Brooks, William
310 S. Canyon Blvd
Monrovia, CA 91016


Brookshier, Chris
12003 Gridley Rd.
Norwalk, CA 90650


Brost, Gene
2540 E. Blueridge Ave.
Orange, CA 92867


Broughton, Marilyn
304 Larkspur Ave.
Corona Del Mar, CA 92625


Broussard, Don & Faye
2724 Nicol Ave
Oakland, CA 94602

Brown, Arthur & Valerie
5400 The Toledo #311
Long Beach, CA 90803


Brown, Ashia Lee
4190 Mount Blanc Ct
Norco, CA 92860


Brown, Audrey
723 E. 110th St.
Los Angeles, CA 90059


Brown, Barbara
315 E. Wilson Ave.
Orange, CA 92867


Brown, Beverly
1028 Azale
Alhambra, CA 91801


Brown, Braden & Gina
11485 Mohawk Rd
Appley Valley, CA 92308


Brown, Carl & Ollene
5198 Pendleton St
San Diego, CA 92109


Brown, Clarence
5734 Maccall St
Oakland, CA 94609

Brown, Cynthia
2611 17th St.
Huntington Beach, CA 92648


Brown, George
929 SANBORN AVE
LOS ANGELES, CA 90029


Brown, Helen
2330 Ashland Ave.
Santa Monica, CA 90405


Brown, Jack & Mabel
126 E. Campus View Dr
Riverside, CA 92507


Brown, John & Barbara
5260 Batavia Rd.
South Gate, CA 90280


Brown, Julia
340 Fireside St
Oceanside, CA 92058


Brown, Juliana
340 Fireside St
Oceanside, CA 92058


Brown, Kathryn
30127 Westbrook
Nuevo, CA 92567

Brown, Lowell
3626 Glenwood Ave.
Redwood City, CA 94062


Brown, Lucille
10552 Bogardus Ave
Whittier, CA 90603


Brown, Mabel
126 E. Campus View Dr
Riverside, CA 92507


Brown, Oma
26166 Windmere Way
Moreno Valley, CA 92555


Brown, Raymond & Sandra
17281 Santa Fe St.
Hayward, CA 94541


Brown, Rev. Amos & Jane
434 Bright St
San Francisco, CA 94132


Brown, Richard & Gale
8811 Aberdeen Ln.
Garden Grove, CA 92841


Brown, Robert and Judy
4525 Temescal Ave
Norco, CA 92860

Brown, Ronald
4025 State St # 4
Santa Barbara, CA 93110


Brown, Roy
414 Jeffenson St.
Chowchilla, CA 93610


Brown, Sally
10820 La Terraza Ave
Fountain Valley, CA 92708


Browne, Gary
45005 Carla Court
Lake Elsinore, CA 92532


Brueckner , Daneil J.
2814 La Costa
Carlsbad, CA 92009


Brummel, Lori
990 Phillips St.
Vista, CA 92035


Brunell, Chris
10438 Colima Rd.
Whittier, CA 90604


Bruyn, Richard
272 Spruce Dr.
Goleta, CA 93117

Bryant , Jack
30905 GANADO DR
Rancho Palos Verdes, CA 90275

Bryant, Betty
78976 Spirito Ct
Palm Desert, CA 92211

Bryant, Devin
201 Camelia Lane
Costa Mesa, CA 92627

Bryant, Devin
201 Camellia Ln.
Costa Mesa, CA 92627

Bryant, Margaret
1028 Lantana Dr.
Los Angeles, CA 09026

Bryce, Glenda
1907 Birch Ave
Antioch, CA 94509

Buan, Edwin & Zenadia
20112 Arminta St.
Winnetka, CA 91306

Buchanan, Pat
5372 Acacia Ave.
Garden Grove, CA 92845

Bucher, Henry
3244 Michigan Ave.
Costa Mesa, CA 92626

Bucher, Michael
16296 Rostrata Hill Rd
Poway, Ca 92064, CA 92064

Bucher, Mike
16296 Rostrata Hill Rd.
Poway, CA 92064

Buckley, Allen
6870 Brooklyn Ave
San Diego, CA 92114

Buckley, Cory & Rose
31133 Via Gilberto
Temecula, CA 92592

Buenaventura, Elvira
2124 101St. Ave
Oakland, CA 94603

Buff, Diane
55742 Mountain View Trail
Yucca Valley, CA 92284

Bugh, Vernon
3208 Laurel Canyon
Santa Barbara, CA 93105

Bujnak, Bernard
740 Thomas St
Oak View, CA 93022


Bullock, Henry & Lisa
2282 Alsacia Ct
San Diego, CA 92139


Bullock, Ruth
3365 Suncrest Ave
San Jose, CA 95132


Bumroongchart, Kor & Kristine
2361 Valley View Place
Escondido, CA 92026


Bunn, Harold & Valerie
612 Village View Place
Fallbrock, CA 92028


Bunn, Nancy
11 Half Moon Bay Dr.
Corona Del Mar, CA 92625


Bunnell, Jo & Mark
475 Pulmar St
Milpitas, CA 95035


Burden, Joe
41819 55Th Street W
Lancaster, CA 93531

Burden, Kim & Lisa
12244 Queensbury Dr
Rancho Cucamonga, CA 91739


Burdett, James
7765 Tapia Rd.
29 Palms, CA 92277


Burdich, Al
1268 Salem Dr
Corona, CA 92881


Burdick, Howard
10463 Crosscreek Terrace
San Diego, CA 92131


Burgett, Cecil & Linda
12570 Michigan St
Grand Terrace, CA 92313


Burgett, Sylvia
321 Sacramento Ave.
Spring Valley, CA 91977


Burguan, Lee & Marie
3167 Washington Ave.
El Monte, CA 91231


Burke, Allen
7257 Leonard Ave
Citrus Heights, CA 95610

Burkett, Barbara
151 Buckingham Dr. #283
Santa Clara, CA 95051

Burkett, Michael & Sarah
41429 Serrai Ct
Murrieta, CA 92562

Burkholder, Nancy
107-H Via Estrada
Laguna Woods, CA 92637

Burnett, Chris
11640 Malden St.
Cypress, CA 90630

Burnett, Jeanine
18733 Mescal St.
Rowland Heights, CA 91748

Burnham, John & Vickie
795 S. Quail Circle
Anaheim Hills, CA 92807

Burns, Beverly
29177 Carmel Dr
Menifee, CA 92586

Burns, Beverly
29177 Carmel Rd
Sun City, CA 92586

Burns, Eleanor
41851 Elm Ave
Greenfield, CA 93927


Burns, Jean
73164 Bill Tilden Ln
Palm Desert, CA 92260


Burns, John
1630 Boulder Creek Rd.
Oceanside, CA 92056


Burns, Mary
5605 Split Mountain Rd.
Borrego Springs, CA 92004


Burns, Thomas
5323 Bahia Blanca Way P Unit
Laguna Woods, CA 92637


Busang, Rosita
1115 11th St
Ramona, CA 92065


Busarac, Melissa
3850 E. Camino San Miguel
Palm Springs, CA 92264


Bush , Karen
8398 New Salem St.
San Diego, CA 92126

Bush, Connie
5521 Dollar Dr.
Huntington Beach, CA 92647


Buss, Carol
2868 Chillon Way
Laguna Beach, CA 92651


Bustamante, Edwardo & April
128 Playa Crt
Hemet, CA 92545


Bustamonte, Alfonso
819 N Spurgeon St
Santa Ana, CA 92701-3775


Busto, Dolores & Jose
6653 Galeta
Twenty-nine Palms, CA 92277


Butcher, James & Shirley
4264 Paseo De Plata
Cyrpess, CA 90630


Butler, Otis
49296 Vista Dr
Morongo Valley, CA 92256


Butler, Veronica
1309 Watwood Road
San Diego, CA 92114

Buys, Barbara
1234 Camus Ct
Upland, CA 91784


Buzer, Joseph
981 S. Joliet Circle
Anahiem, CA 92807


Byers, Roger
11460 Rocoso Rd.
Lakeside, CA 92040


Byrd, Frank & Sandra
1324 Palmer Ave.
Camarillo, CA 93010


Byrne, Rosanne
19771 Quiet Bay Ln
Huntington Beach, CA 92648


C&W Investments, Inc. dba Pacific M&M
PO Box 5060
Orange, CA 92863


Cabading, Madeline & Leon
65 Potomac St
San Francisco, CA 94117


Cabanas, Ursula
13386 Gelbourne
Del Mar, CA 92120

Cabezas, Sal & Livier
1704 N. Pepper St.
Burbank, CA 91505


Cabigao, Victoria
5959 Jackson Dr
La Mesa, CA 91942


Cabreles, Gabriel
6835 Valmont St.
Tujunga, CA 91042


Cadavid, Cynthia
9521 Foster Rd.
Downey, CA 90242


Caetano, Maria
11649 East 169Th St
Artesia, CA 90701


Cage, Mark
4303 Pampas Ave
Oakland, CA 94619


Cahill, Sandra
17451 Matinal
San Diego, CA 92127


Caine & Weiner, collection agency
PO Box 5010
Woodland Hills, CA 91365-5010

Caison, Roy
3767 Grayburn Ave
Los Angeles, CA 90018


Calabrese, Marie
19616 Rolling Green Dr
Apple Valley, CA 92308


Calderon, Armando
6320 Pullman Crt
Riverside, CA 92505


Calderon, Juan
10663 Fern Ave
Stanton, CA 90680


Calderon, Juan & Mirna
10336 Fern Ave
Stanton, CA 90680


calderon, M
300 N. 20th St.
Montebello, CA 90640


Caldwell, David
815 Park Street
Alameda, CA 94501


Caldwell, David
815 Park St.
Alameda, CA 94501

Caldwell, Edward & Melanie
8776 Tourmaune Ct
Riverside, CA 92509


Caldwell, Ronnie
2144 104th Ave
Oakland, CA 94603


Caldwell, Stanley
22407 Charlotte Dr.
Torrance, CA 90505


Calhoun, Martha
732 Dorado Dr.
Santa Barbara, CA 93111


Caliber Garage Doors
8926 Benson Ave  Suite K
Montclair, CA 91763


Calica, Nena
1521 Verde Vista
Monterey Park, CA 91754


California First
1221 Broadway 4th Fl
Oakland, CA 94612


Calkin, Landon
12740 10th Street
Yucaipa, CA 92399

Calkins, Sascha
14492 Morning Glory Rd
Tustin, CA 92780


Callicoatte, Derrick
3827 Dagnan
Los Angeles, CA 90008


Calvin, Sharon
757 California St.
El Segundo, CA 90245


Calvin, Theadore & Noreen
1512 Falcon Ave
Bakersfield, CA 93304


Camacho, Pedro
962 Agua Tibia Ave.
Chula Vista, CA 91911


Cameron, Charles & Rita
1555 Hillcrest Lane
Fallbrook, CA 92028


Cameron, James
6050 Henderson Drive #13
La Mesa, CA 91942


Cameron, Lilian
7866 Hemingway Ave
San Diego, CA 92120

Cameron, Lilian
7866 Hemingway Ave.
San Diego, CA 92120


Cameron, Lillian
7866 Hemingway Ave
San Diego, CA 92120


Campbell, David & Laurel
39434 Salinas Dr
Murrieta, CA 92563


Campbell, Georgianne
1864 Marber Avenue
Long Beach, CA 90815


Campbell, Joan
1598 Minorca Dr
Costa Mesa, CA 92626


Campbell, Lavonne
1679 Buena Vista Avenue
Anaheim, CA 92802


Campbell, Michael
14811 Woodland Drive
Fontana, CA 92337


Campbell, Pleas & Katie
1146 S. Oxford Ave
Los Angeles, CA 90006

Campbell, Sharon
591 Knowell Pl
Costa Mesa, CA 92627


Campos, Jenny
932 Philadelphia St
Pomona, CA 91766


Campton, Nick & Charlene
2034 Las Lomas
Concord, CA 94519


Canizalez, Dolores
566 Bonita Street
San Pedro, CA 90731


Cannon, Gerald & Jeane
1555 Washington St
Ramona, CA 92065


Cano, Francisco
84-620 Sunrise Ave
Coachella, CA 92236


Cantlin, Josephine
15370 Carfax Ave
Bellflower, CA 90706


Cantu, Richard & Adilia
19524 Gravina St
Rowland Heights, CA 91748

Caplen-Smith, Cameron & Rachel
2299 N. Legion Dr. #204
Signal Hills, CA 90755


Capone
PO Box 30510
Los Angeles, CA 90030


Cappa, Albert
3019 5th st.
National City, CA 91950


Capparelli, Pete
43468 San Pascual
Palm Desert, CA 92260


Capporelli, Pete & Suzy
43468 San Pascual Ave.
Palm Desert, CA 92260


Caprara, Lia
3500 Emerald Isle Dr.
Glendale, CA 91206


Caracoza, David
25674 Palm Meadows
Moreno Valley, CA 92557


Carbajal, Ingrid
2269 Erwing St
Los Angeles, CA 90039

Cardarelli, Karen
26272 Palisades
Mission Viejo, CA 92692


Cardenas, Yolanda
8991 San Gabriel
Southgate, CA 90280


Cardenas, Yolanda
8991 San Gabriel Ave
South Gate, CA 90280


CARDINAL, Terri & Kenneth
1167 E. 26th St.
San Bernardino, CA 92404


Cardona, Nelie
11215 Lucas Street
Cerritos, CA 90703


Cardwell, Edason
6012 Albermarie
San Diego, CA 92139


Care Credit
PO Box 960061
Orlando, FL 32896


Carillo, April
10430 Wagon Road
Corona, CA 92883

Carlson, Majorie
11444 Zelzah Avenue
Granda Hills, CA 91344

Carmell, Bonnie
10013 Sunningdale
Rancho Mirage, CA 92270

Carmell, Bonnie
10013 Sunning Dale Dr.
Rancho Mirage, CA 92270

Carney, Neil
1522 Lily Ave
El Cajon, CA 92021

Carney, Neil
1522 Lily Ave
El Cajon, CA 92021

Carpenter, Pat & Marin
5225 Duncan Way
South Gate, CA 90280

Carpenter, Patrocinio
5225 Duncan Way
South Gate, CA 90280

Carpenter, Ralph
7807 Camino Glorita
San Diego, CA 92122

Carpenter, Robert
1802 Washington St.
Long Beach, CA 90805


Carr, Donna
1201 Sidonia St.
Encinitas, CA 92024


Carrillo, Diane
630 Saratoga St.
Fillmore, CA 93015


Carroll, Juana
3602 Maxson Rd. Apt. E
El Monte, CA 91732


Carroll, Linda
2428 Alder Dr.
Ontario, CA 91761


Carroll, Nancy
810 S. Longwood
Los Angeles, CA 90005


Carrougher, Glenn
42705 Baracoa
Indio, CA 92203


Cartagena, Edwin
1104 Cedar Ave
Redlands, CA 92373

Cascante, Roberto
1624 N. Althea Ave.
Rialto, CA 92376


Case, Kirby
1940 Heywood St.
Simi Valley, CA 93065


Casey, Jim & Donna
5842 E. Parapet Street
Long Beach, CA 90808


Casey, Josipa
621 E. Plymouth St.
Glendora, CA 91740


Casey, Thomas & Kathy
1886 Sandcliff Rd. #4
Palm Springs, CA 92264


Cason, Tanya
29495 Rivera Court
San Juan Capistrano, CA 92675


CASPER, David
6144 Lawrence St.
Cypress, CA 90630


Cassani, Dorothy
20965 San Maguel Ave
Castro Valley, CA 94546

Cassett, John
2354 Roycroft.
Long Beach, CA 90815


Cassett, John & Lucille
2354 Roycroft Ave.
Long Beach, CA 90815


Castaneda, Enestina
3675 32nd St.
San Diego, CA 92104


Castaneda, Ernestina
3675 32Nd St
San Diego, CA 92104


Castaneda, Tomasa
12631 Sylvan St.
Garden Grove, CA 92845


Castello, Emily
648 E Shaver St
San Jacinto, CA 92583


Castiglione, Francesa
15 Pineoak #100
Aliso Viejo, CA 92656


Castiglione, francesca
15 Pine Oak Unit 100
Aliso Viejo, CA 92656

Castilleja, Faye
14505 Zircon Cir.
Palm Dessert, CA 92260


Castillejo, Luis & Emily
2866 S. Whispering Lakes Ln
Ontario, CA 91761


Castillejo, Luis & Emily
2866 S. Whispering Lakes ln.
Ontario, CA 91761


Castorena, Elva
1423 S. Primrose Ave
Alhambra, CA 91803


Castorena, Elva
1423 S. Primrose
Alhambra, CA 91803


Castro, Arturo & Leticia
43550 Main St
Indio, CA 92201


Castro, Gary
603 S. Eastbury Ave.
West Covina, CA 91726


Castro, John & Theresa
11511 Oasis Rd
Pinon Hills, CA 92372

Castro, Mr. & Mrs.
1724 Truman Circle
Placentia, CA 92870


Castro, Victor
15708 Golden Star Ave
Riverside, CA 92506


Caswell, Raymond
4286 Mt Putman
San Diego, CA 92107


Cate, Jeanne
3425 Mt. Everest
San Diego, CA 92111


Cate, Jeanne
3425 Mount Everest Blvd
San Diego, CA 92111


Catlett, Thomas
12368 16th St
Yucaipa, CA 92399


Cavaness, David
13119 Cliffshire Ave
Corona, CA 92879


Cavazos , Hector
524 Stanley Dr.
Santa Barbara, CA 93105

Cavin, Sharon
757 California Street
El Segundo, CA 90245


Cavin, Sharon
757 California St.
El Segundo, CA 90245


CCB Credit Services
5300 S 6th St
Springfield, IL 62703-5184


Ceballos, Jacqueline
31215 Slate St
Mentone, CA 92359


Ceballos, Mary
8972 Carob St.
Fontana, CA 92335


Ceballos, Robin & Jackie
31215 Slate St.
Mentone, CA 92359


Cecil, Jeffrey
16281 Magellanan Lane
Huntington Beach, CA 92647


Cedillo, Joseph
13336 Sandra Pl.
Garden Grove, CA 92843

Cedillos, Rudy
20710 Schoenborn St
Winnetka, CA 91306

Cedillos, Rudy & Patty
20710 Schoenborn
Winnetka, CA 91306

Centeno, Angel
837 S Melrose St
Placentia, CA 92708

Centeno, Ron & Edith
17353 Ruette Aberto
San Diego, CA 92127

Centerline Construction Management Co
17456 Covello Street
Van Nuys, CA 91406

Ceriale, Billie
115 Santa Ana Ave.
Santa Barbara, CA 93111

Cerna, Hector & Lupita
6424 Wheeler Ave
La Verne, CA 91750

Ceron, Jorge
420 E. 120Th St
Los Angeles, CA 90061

Cerruti, Joe & Mayda
3527 Wild Flower Way
Concord, CA 94518

Cervantes, Salvador
6165 Springvale Dr.
Los Angeles, CA 90042

Cervantez, Mary
81147 Mariposa Circle
Indio, CA 92201

Chabot, Ray and Theresa
9925 Balmoral
Whittier, CA 90601

Chacon, Angel & Elizabeth
8535 Cherokee Dr
Downey, CA 90241

Chacon, Angel & Elizabeth
8535 Cherokee Dr.
Downey, CA 90241

Chahinian, Leon
10281 Parliament Ave.
Garden Grove, CA 92840

Chaidez, Lilia
9165 Cecilia St
Downey, CA 90241

Chaloux, Joyce
11601 Stanford Ave
Garden Grove, CA 92840


Chamberlain, Greg
330 Olinda Ave.
La Habra, CA 90631


Chambers, Robert
11439 Laurel Crest Dr.
Studio City, CA 91604


Chan, Darly & Hilda
8249 Lorain Rd.
San Gabriel, CA 91775


Chan, Robert
1643 45th Ave
San Francisco, CA 94122


Chandler, Charles & Bush, Donald
1117 Via Verde
Cathedral City, CA 92224


Chaney, Byron
1042 E. Apache Rd.
Palm Springs, CA 92264


Chaney, Kellie
1214 W. Chestnut Ave
Santa Ana, CA 92703

Chang, John
1312 Harvard Street
Santa Monica, CA 90404


Chapa, Raul and Florienz
31146 Old Train Cir
Murrieta, CA 92563


Chapel, Peter & Patricia
1243 Princeton Street
Santa Monica, CA 90404


Chaplinski, Julie
1108 S. Postiano St.
Anaheim, CA 92808


Chapman, Birdia
2923 W. 140Th St
Gardena, CA 90249


Chapman, James & Birdia
2923 W, 140Th St
Gardena, CA 90249


Chapman, Kathryn
75 Unit P Calle Aragon
Laguna Woods, CA 92637


Charles, Fay
1734 2nd St.
Richmond, CA 94801

Charles, Rashanda
37244 Titan St
Palmdale, CA 93550


Charney, Norm & Bonnie
64428 Spyglass Ave
Desert Hot Springs, CA 92240


Chausse, Ronald
20391 Bayview Ave.
Newport Beach, CA 92660


Chavarin, Guadalupe
2857 S Fairview Suite D
Santa Ana, CA 92704


Chavez, Michael A.
7011 Surfside Dr.
Ventura, CA 93001


Chavez, Rose
16268 Sierra Ridge Way
Hacienda Hights, CA 91745


Chavez, Tony
16612 Cooper Lane
Huntington Beach, CA 92647


Cheryl Solomon
9946 Beverly St.
Bellflower, CA 90706

Cheshire, Jeannine & Howie
311 Fuego Ave
Pomona, CA 91767


Chesmore, Theresa
3216 Via Altamira
Fallbrook, CA 92028


Cheung, Eilee
2402 Emily Ln.
San Francisco, CA 94080


Chiappe, Martha
1211 Oneonta Ave.
Imperial Beach, CA 91932


Chicaul, Lee & Nicole
7856 Cottonwood Ave
Hesperia, CA 92345


Chifos, Bobbi
7563 La Jolla Blvd
La Jolla, CA 92037


Child, Craig & Corinne
12967 Falcon Place
Chino, CA 91710


Childress, Patty
75393 Spyglass Dr
Indian Wells, CA 92210

Childs, Janet
3079 Cresta Way
Laguna Beach, CA 92651


Chism, Douglas & Cherly
15725 Gundry Ave.
Paramount, CA 90723


Chism, Sadie
15617 Delcombre Ave
Paramount, CA 90723


Chitraroff, Stephen & Leslie
42190 B Street
Murrieta, CA 92562


Cho, Andrew & Eunice
13427 Pheasant Knoll Rd
Corona, CA 92880


Cho, Kenneth
3336 Punta Alta Ave. Unit 3B
Laguna Woods, CA 92637


Chochrane, Ivy
220 E Bradrick Dr
Carson, CA 90745


Chon-Mcdonough, Kumil
1425 Bretmoor Way
San Jose, CA 95129

Chorak, Michael
37449 Briarwood Dr
Fremont, CA 94536


Chow, Kin & Sara
18914 Elizondo St
West Covina, CA 91792


Chrikjian, Arseen
1890 Rush Cir
Thousand Oaks., CA 91362


Christensen, James M.
1207 Saga St.
Glendora, CA 91741


Christensen, Kathrine
32946 9th St.
Winchester, CA 92596


Christensen, Louetta
10611 Jamul Rd
Apple Valley, CA 92308


Christensen, Russell & Heather
9116 Woolley St.
Temple City, CA 91780


Christensen, Russell & Heather
9116 Wooley St
Temple City, CA 91780

Christensen, Twila
1747 Calle Boca Del Canon
Santa Barbara, CA 93101


Christensen, Wynn
4751 Libra Pl
Yorba Linda, CA 92886


Christian, Charles
2127 Red Rose
Santa Barbara, CA 93109


Christiansen, Margaret
78987 Chardonnay Way
Palm Desert, CA 92211


Christine, Edna & Algene
45 Wabash Terrace
San Francisco, CA 94134


Christopherson, Elizabeth
3839 Vista Campana S. #63.
Oceanside, CA 92057


Christov, Harry
390 Darryl Drive
Campbell, CA 95008


Chu, Amy
21 Entrada West
Irvine, CA 92602

Chu, Narisa
3338 Prairie Ct
Newbury Park, CA 91329

Chu, Narisa
3338 Prarie Ct.
Newbury Park, CA 91320

Chu, Sin
766 Ruby Ln
Anaheim, CA 92807

Chuchvara, Thomas
4437 Bakman Ave
Studio City, CA 91602

Chun, Joann
2146 Princeton Avenue
Los Angeles, CA 90026

CHUN, Matthew & Arlene
22326 Naples Dr.
Moreno Valley, CA 92557

Ciani, Hedy
424 Mt Holyoke
Pacific Palisades, CA 90272

Ciani, Hedy
424 N. Horyoke Ave.
Pacific Palisades, CA 90272

Cimino, Vincent & Lynne
39853 Avenida Palizada
Murrieta, CA 92563

Cipriani, Carlo
2 Tumbleweed St
Trabuco Canyon, CA 92679

Cipriani, Maria Grazia
2 Tumbleweed St.
Trabuco Canyon, CA 92679

Cirner, Andrew
13935 Mark Drive
Desert Hot Springs, CA 92240

Cisneros, Andrea
12549 Dormouse St
San Diego, CA 92129

City of Los Angeles
P.O. Box 53233
Los Angeles, CA 90053-0233

Civello, David & Cheryl
43340 Yale Ct.
Lancaster, CA 93536

Clark, Brad
542 Ripley St
Santa Barbara, CA 93111

Clark, Kathleen
3395 Corsica Way
Oceanside, CA 92056


Clark, Kim & Susan
225 Fountain Ave
Redlands, CA 92373


Clark, William
2815 Somerset Dr
Los Angeles, CA 90016


Clark-Frieze, Ron & Jayne
5841 Richman Ave
Garden Grove, CA 92845


Clark-Reed, Roxanne
861 39Th Street
San Diego, CA 92102


Clarke, Benjamin
26864 Tropicana Dr.
Sun City, CA 92585


Clarke, Benjamin & Patricia
26884 Tropicana Dr
Sun City, CA 93585


Clarke, Elizabeth
429 Begonia Ave.
Corona Del Mar, CA 92628

Clarke, John & Elizabeth
429 Begonia Ave
Corona Del Mar, CA 92625


Classic Consulting
26500 W Agoura Rd Suite 102
Calabasas, CA 91302


Claunch, Katherine
4230 W. 328th Street
Torrance, CA 90505


Clavell, Jake & Hollie
11633 Treviso Way
Rancho Cucamonga, CA 91701


Clawson, Heather & Roger
44 Mancera
Rancho Santa Margarita, CA 92688


Clay, Katherine
63135 Celesta Circle
Joshua Tree, CA 92252


Clear Energy Solutions
4101 Brompton Avenue
Bell, CA 90201


Cleary, Marc
18 Charca
Rancho Santa Margarita, CA 92688

Cleary, Vincent
907 Gastine St
Torrance, CA 90502


Clemmons, John
8612 Via Huerte
Rancho Cucamonga, CA 91730


Cliver, james
4029 Jones Ave.
Riverside, CA 92505


Clough, Jack
15420 Old Hwy 80, Sp 183
El Cajon, CA 92021


Clough, Jack & Speights, Kathleen
15420 Olde Highway 80 #183
El Cajon, CA 92021


Coates
12209 Tunbridge Ct.
Rancho Cucamonga, CA 91739


Cobian, Javier
6862 Skyview DR
Huntington Beach, CA 92627


Cobian, Javier & Cherris
6862 Skyview
Huntington Beach, CA 92647

Coe, Edward
5366 Colony Park Cir.
San Jose, CA 95123


Coffey, Bill
3393 Rancho Miguel Rd
Jamul, CA 91935


Cohen-Dechter, Nancy
3325 Cabo Way
Carlsbad, CA 92009


Cole, Carol
6900 Pembroke Ave
Bakersfield, CA 93308


Cole, Elva & James
11820 Bullis Road
Lynwood, CA 90262


Coleman, Aubrey
766 Calle Aragon Unit Q.
Laguna Woods, CA 92653


Coleman, Paul
73553 Burch Oak Rd
Thousand Palms, CA 92276


Coleman, sheila
5901 Canterbury Drive #23
Culver City, CA 90230

Coles, Kim & Wohs, Steve
1438 Diamond Ct.
Redlands, CA 92374


Coles, Suzanne
5183 Goldenwest Ave
Riverside, CA 92509


Coley, Michael
2072 El Monte Dr
Thousand Oaks, CA 91302


Collado, Jason
620 Boxcove Place
Diamond Bar, CA 91765


Collado, Jason & Lyn
620 Box Cove Pl
Diamond Bar, CA 91765


Collier, Robert
2645 Easy Ave.
Long Beach, CA 90810


Collier, Rose
801 W. Jade Way
Anaheim, CA 92805


Collingwood, Dales
440 Debra Lane
Ridgecrest, CA 93555

Collins, Charles & Lorilei
534 Delvalle Ave
La Puente, CA 91744


Collins, Geneva
83546 Dillon Ave
Indio, CA 92201


Collins, Harold L.
42890 Avenida Perris
Murrieta, CA 92562


Collins, Jewel
2828 S. Harvard Blvd
Los Angeles, CA 90018


Collins, Pearl
10411 Carlyle Ct.
Cypress, CA 90630


Collins, Pearl
10411 Carlyle ct
Cypress, CA 90630


Colon, Juan & Erma
31575 Monte Vista Way
Thousand Palms, CA 92276


Colter, Phyllis
8739 Gracilior Place
Escondido, CA 92026

Coltrin, Gary & Debbie
1171 Bondmark Dr.
Ojai, CA 93023


Colwell, Bill & Sandra
18091 Las Lomas
Sonoma, CA 95476


Compton, Brian & Mary
82742 Mountain View Ave
Indio, CA 92807


Comstock, Carl & Margaret
74855 Serrano Dr
29 Palms, CA 92277


cone, Judy
862 N. Redlands Dr
Anaheim, CA 92801


Connolly, Evelyn
9725 Brock Ave.
Downey, CA 90240


Connolly, James & Rose
6032 Lorelei
Lakewood, CA 90712


Conrad, Matthew
19910 Piedra Dr
Tehachapi, CA 93561

Contractors State Licensing Board
9821 Business Park Drive
Sacramento, CA 95827


Contreras, delfina
700 W. Avenida De La Merced
Montebello, CA 90640


Contreras, Gail
6050 Buell
Bell Gardens, CA 90201


Contreras, Olivia
1747 Ash Dr.
Monterey Park, CA 91755


Contreras, Steve & Juditha
1881 Lansdown Ave.
Los Angeles, CA 90032


Conway, Carol
7118 Haworth St
San Diego, CA 92122


Cook, Chuck & Linda
1683 N. Sycamore St.
Orange, CA 92867


Cook, Deborah
2030 Citrus View Ave
Duarte, CA 91010

Cook, John
1584 W. Ridge Crest Ct.
San Bernardino, CA 92405


COOK, John & Kim
18959 Chickory Dr.
Riverside, CA 92904


Cook, Kathy
2225 Olivine Drive
Chino Hills, CA 91709


Cook, Lawrence
31992 Paseo Amante
San Juan Capistrano, CA 92675


Cook, Mike & Ida
13053 Shenandoah Dr
Lakeside, CA 92040


Cool, Bill
430 Dahlia Ave.
Corona Del Mar, CA 92625


Cooley, Judith
511 S. "M" Street
Lompoc, CA 93436


Cooley, Judith
511 S. M St
Lompoc, CA 93436

Cooley, Judith
511 S M St
Lompoc, CA 93436


Cooper, Brent & Nancy
6247 Indigo Ave
Rancho Cucamonga, CA 91701


Cooper, Joel
323 S Walker
San Pedro, CA 90732


Coots, Charles
34562 Calle Naranja
Capo Beach, CA 92624


Cope, Danna
8219  Reading Ave
Los Angeles, CA 90045


Cope, Danna
8219 Reading Ave.
Los Angeles, CA 90045


Coplin, Glenn
2160 Miles Ct
Colton, CA 92324


Coppola, Don & Claude
17821 San Leandro
Huntington Beach, CA 92647

Corbett, Marilyn
6200 Rockcliff Dr
Los Angeles, CA 90068


Cordoza, Janice & David
2803 W. Branch Dr.
San Jose, CA 95148


Corella, Yolanda
2927 Calle Gaucho
San Clemente, CA 92673


Corey, Janet
13612 Tucker Ave.
Chino, CA 91710


Cormier, Gloria
10843 Morning Ridge Dr
Moreno Valley, CA 92557


Cormier, Gloria
10843 Morning Ridge Dr.
Moreno Valley, CA 92557


Corn, Harkey
8572 Onalaska Ave.
San Diego, CA 92123


Corona, Lucilia
2989 Garilee St
San Bernardino, CA 92404

Corona, Raul
400 Trent Lane
Santa Paula, CA 93060


Corral, Delores & Jose
5739 Alondra Drive
Goleta, CA 93117


Correa, Pedro
10936 Bryant Rd.
El Monte, CA 91731


Correa, Sylvia
14826 Midcrest
Whittier, CA 90604


Cortez, Alexis & Maria
1407 W. Pottery St
Lake Elsinore, CA 92530


Corvinus, Phillip
74605 Stage Line Dr
Thousand Palms, CA 92276


Costa, Steve & Yolanda
1851 Baseline
Laverne, CA 91750


Costell, Theresa
2265 Crestwood Lane
Anaheim, CA 92804

Costello, Robert & Lenora
1626 Wildwood Dr
Los Angeles, CA 90041


Cote, Raymond
11009 Horizon Hills Dr
El Cajon, CA 92020


Cote, Raymond
11009 Horizon Hills Dr.
El Cajon, CA 92020


Cotner, Donald & Jean
25972 Calle Aspero
San Juan Capistrano, CA 92675


Couch, Holly Danell
333 Franklin St #6
Mountain View, CA 94040


Couch, Holly Danell
333 Franklin St Suite 6
Mountain View, CA 94040


Countee, Yvette
12210 S. Berando Ave
Los Angeles, CA 90044


Courson, Tonya
119 Woodrow Ave
Bakersfield, CA 93308

Covington, William
1164 Nimrod Circle
Corona, CA 92880


Cowan, Anne
1351 Gamble St
Escondido, CA 92026


Cowan, Don & Sherry
2267 Kelmscott Ct.
Thousand Oaks, CA 91361


Cowden, Christina & Raymond
4470 San Jacinto Ave
Atascadero, CA 93422


Cowen, Howard Douglas
2204 Finethorn Glen
Escondido, CA 92027


Cowin, Betty
866 W. 4th St.
Ontario, CA 91762


Cox, Erika
1786 Messina Dr.
San Jose, CA 95132


Coxon, Essie
9017 Ferndale Ave.
Fontana, CA 92335

Coy, Francis & Cecilla
466 8th Street
Imperial Beach, CA 91932


Coy, Frank & Silva
466 8th St.
Imperial Beach, CA 91932


Crahan, Caryl
830 Woodland Drive
Santa Barbara, CA 93108


Craig, Marcella
4959 Round Up Rd
Norco, CA 92860


Craig, Theodore & Christine
129 Raymond St Unit B.
Alhambra, CA 91801


Crane, Shirley
24201 Paseo Del Campo
Laguna Niguel, CA 92677


Crask, Geoffrey
3680 Azure Cir
Carlsbad, CA 92008


Craviotto, Marcella
1148 N. Patterson Avenue
Santa Barbara, CA 93111

Craviotto, Marcello
1148 N. Patterson
Santa Barbara, CA 93111

Crawford Broadcasting Company
3183 D Airway Avenue
Costa Mesa, CA 92626

Crawford, William
24081 Del Amo Road
Ramona, CA 92065

Credico, Daryl & Laura
39657 Old Springs Rd
Murrieta, CA 92563

Crews, Laura
6133 El Capitan Ct
Rancho Cucam., CA 91737

Crickard-Rosen, Rebecca
5029 Havenwood Ave
San Diego, CA 92120

Crider, Richard
1286 Tobias Dr.
Chula Vista, CA 91911

Cripe, Katheryn
6673 Sueno Rd
Goleta, CA 93117

Crippen, John
#7 Champagne Circle
Rancho Mirage, CA 92270


Crisp, Billy & Cleta
13312 Marty Lane, Garden Grove, CA 92843
CA 92843


Criswell, James
771 Kemp St.
Riverside, CA 92501


Crocci, Patricia
828 Dickson Hill Dr.
Petaluma, CA 94952


Crockett, Robert & Delfina
43683 Alcoba Dr.
Temecula, CA 92592


Cromwell, Diane
13664 Willow Road
Lakeside, CA 92040


Cronin, John & Deanna
1149 S. Fleetwell Ave.
West Covina, CA 91791


Croot, Deborah
2095 Linda Ln
Carlsbad, CA 92008

Crouch, Mr & Mrs
545 Via Vista Dr.
Redlands, CA 92373


Cruikshank, Jack & Galitski, Hayes
122 W Fairfield Dr
Claremont, CA 91711


Crusberg, Harry
1015 Syrus Ln.
Arcadia, CA 91006


Cruz , Arlene
1437 Las Positas Place
Santa Barbara, CA 93105


Cruz, Thelma
3508 Loma ln.
Baldwin Park, CA 91706


Cryer, Jeanne
39152 Sandy Dr
Palm Desert, CA 92211


Cuarisma, Chris & Paquette, Colleen
35560 Desert Rose Way
Lake Elsinore, CA 92532


Cuevas, Patricia
1358 Bothwell St
Colton, CA 92324

Cuevas, Rosenia
237 Beegum Way
San Jose, CA 95123


Cuevas-Moreno, Jesus
12030 Kenney
Norwalk, CA 90650


Culp, Mary
10327 Crossing Green Cir
Moreno Valley, CA 92557


Culver, Alberta
706 E. 55th St.
Los Angeles, CA 90011


Cummings, Dorothy C.
3728 Southridge Way
Oceanside, CA 92056


Cummings, William
14514 Langhill Drive
Hacienda Heights, CA 91745


Cummins, Maria
1406 Brett Pl Unit 215
San Pedro, CA 90732


Cunningham, Norma
16336 Athol
Fontana, CA 92335

Curlee, Charles & Alma
1460 Clock Ave
Redlands, CA 92374


Currie, Wallace
4595 Barbara St
29 Palms, CA 92277


Currie, Wallace & Rene
4595 Barbara Lane
29 Palms, CA 92277


Curtier, Sandra & Robert
1430 W. Kettering St
Lancaster, CA 93534


Curzi, Cesar
703 Graymont Cir.
Concord, CA 94518


Cutruzzula, Linda
1026 Edgecomb St.
Covina, CA 91724


Cutts, Steve
296 Oakwood Cir.
Lompoc, CA 93436


Czerkie, Lawrence
1812 Autumn Oak Drive
Livermore, CA 94551

Czimbal , John
3990 Gordon Way
Riverside, CA 92509


D'Alessio, Richard
2821 Angelo Dr
Los Angeles, CA 90077


D'Ambra, Gail
40847 Andpiper Court
Palm Desert, CA 92260


D'amelia, Fred & Patricia
8191 Briarwood St
Stanton, CA 90680


D'Amelia, Fredrick & Patricia
8191 Briarwood St.
Stanton, CA 90680


Dahlquist, Charles
1531 Glenoaks
Glendale, CA 91206


Dalessi, Mary
408 Cannon Ln
Fullerton, CA 92831


Dallin, Olivia
829 S Bancroft St
San Diego, CA 92113

Daly, Deana & Duane
7075 Sunny Vista Rd.
Joshua Tree, CA 92252


Damato, Earl
26123 Clemente Garden
Hemet, CA 92544


Damsbo, Ann
1062 W 5th Street
Escondido, CA 90205


Daniel, William & Skoot
1525 Luneta Dr
Del Mar, CA 92014


Danielly, Marion
2942 L St
San Diego, CA 92102


Daniels, Danita
6542 Tillamook Ave
Westminster, CA 92683


Daniels, Eloyce
1006 Oakwater
Torrance, CA 90502


Daniels, Eloyce
1006 Oakwater St.
Torrance, CA 90502

Daniels, Patricia
15386 Otomian Rd
Apple Valley, CA 92307


Daniels, Robert & Rosie
32165 Sherman Rd
Menifee, CA 92584


Daniels, Steven & Becky
5340 Bell Ave
Riverside, CA 92509


Daood, Mohammad
18154 Medley Dr.
Encino, CA 91316


Daood, Mohammad & Salem
18154 Medley Dr.
Encino, CA 91316


Daquioag, Priscilla
1523 Leeward Dr
San Jose, CA 95122


Darrough, Ruby
2006 Lomita Dr.
San Leandro, CA 94578


Datillo, Dan & Daniel
21100 Seekly Pl.
Lakewood, CA 90715

Datko, Larry
16072 Marjan Lane
Huntington Beach, CA 92647


Dauby, Jordan
67285 Quijo Rd
Cathedral City, CA 92230


Daugbjerg, Jorn
163 La Lomita
Escondido, CA 92036


Daughbjerg, John
163 La Lomita Dr.
Escondido, CA 92026


Davenport, Aljean
8261 Calmosa Ave
Whittier, CA 90602


Davenport, Daniel
12829 Sierra Creek Rd
Victorville, CA 92395


David, Faulkner & Travis, Linda
5549 Hamill Ave.
San Diego, CA 92120


David, William
5923 El Mio Drive
Los Angeles, CA 90042

Davidians, Lida & Rober
8340 Glencrest Dr.
Sun Valley, CA 91352


Davila, Anthony
1317 Richland Ave
Santa Ana, CA 92703


Davis Jr., Curtis L.
517 Mitre Ct.
Spring Valley, CA 91977


Davis, Carl
2191 E Calle Papagayo
Palm Springs, CA 92262


Davis, Carlos
2201 Manley Ct
Bakersfield, CA 93306


Davis, Charles & Jeannie
2009 5Th Street
La Verne, CA 91750


Davis, Cynthia
23001 Vesper Rd.
Lake Forest, CA 97630


DAVIS, Dorie
1202 N. Miller
Santa Ana, CA 93454

Davis, Herb
18804 Terecita Place
Tujunga, CA 91042


Davis, Herb
10804 Terecita Place
Tugunga, CA 91043


Davis, James and Yolanda
206 Baymeadows Dr
Placentia, CA 92870


Davis, Jesse
4577 Don Ricardo Dr.
Los Angeles, CA 90008


Davis, Jim & Helen
23 Six Flags Cir
Buelton, CA 93422


Davis, Karen
530 Palmar
San Jose, CA 95128


Davis, Karen
530 Pamlar Ave
San Jose, CA 95128


Davis, Linda
2620 Pearson Avenue
Fullerton, CA 92831

Davis, Marcus
1219 Walnut Street
Inglewood, CA 90301


Davis, Muriel & Ray
3159 Maine Ave.
Long Beach, CA 90806


Davis, Patsy & Gilbert
530 W. 105 St.
Los Angeles, CA 90044


Davis, Ray & Muriel
3159 Maine
Long Beach, CA 90806


Davis, Samuel
1018 Palm Ave
National City, CA 91950


DavRenn Construction
15834 Leffingwell Rd
Whittier, CA 90604


Day, Elizabeth
1357 Manzana Way
San Diego, CA 92139


Day, Mary
625 W. G St.
Ontario, CA 91762

Day, Mary
625 W G St
Ontario, CA 91762


Day, Robert
1568 Tioga Trail
Fallbrook, CA 92028


Daymon, Grant
6022 Canehill Ave.
Lakewood, CA 90713


De Anda, Alice
3315 Bell Isle Drive
San Diego, CA 92105


De La Torre, Charlie
15101 Norton Ln.
Moreno Valley, CA 92551


De La Torre, Nick
15101 Norton Ln.
Moreno Valley, CA 92551


DEAN, Charles & Linda
2331 Lassen St.
Oxnard, CA 93003


Dean, John
4745 E. Walnut Ave
Orange, CA 92689

Dean, Lucille
17391 Rainier Dr
Santa Ana, CA 92705


Deboer, Orwyn & Susan
1213 La Paloma Glen
Escondido, CA 92026


DeCasas, Maricella
4439 Pacific Ave
Riverside, CA 92509


Dechter, Nancy
3325 Cabow Way
Carlsbad, CA 92672


Declines, Lea
1699 Creekside Ct
Fairfield, CA 94534


DeCoursey, Patrick
3405 Florida St # 408
San Diego, CA 92104


Decter, Dorothy
5901 Centerbury Drive
Culver City, CA 90230


DEDMAN, Trudy & Basil
6023 Lawrence St.
Cypress, CA 90630

Deepchandi, Paul
1332 E Lido Circle
Palm Springs, CA 92262


DeFelice, Patricia
1602 N. Rosewood Ave
Santa Ana, CA 92706


Deibert, Vicky & Randall
74593 Cactus
Twenty-nine Palms, CA 92277


Delachmit, Leslie & Jan
73747 Manana Dr.
29 Palms, CA 92277


DeLaFlor, Leslie
720 S. Ruby Lane
Anaheim, CA 92807


Delagarza, Emilio
3032 E. Walnut
Ontario, CA 91761


Delaney, Brian
311 Marinella Aisle
Irvine, CA 92606


Delaney, Diane
2530 Selrose Lane
Santa Barbara, CA 93109

Delaney, Paul & Diane
2530 Selrose Ln.
Santa Barbara, CA 93109


Delashmit, Leslie
73747 Manana Dr
29 Palms, CA 92277


Delavega, Horacio & Julie
5369 Achilles Cir
La Palma, CA 90625


DELAY, Linda
15609 Pohez Rd
Apple Valley, CA 92307


Delcid, Felix
6711 Tyrone Ave.
Van Nuys, CA 91405


Delconte, Paula
23400 Haynes st.
West Hills, CA 91307


Delgado, Dave
1410 Manitou Rd.
Santa Barbara, CA 93105


Delgado, Miguel
4402 Tulane Ave
Long Beach, CA 90808

Delille, Charlotte
13661 Loretta Drive
Tustin, CA 92790


Dellarsina, John
1952 Ventana Way
El Cajon, CA 92020


DeLong, Sally
1119 Seal Ct.
Ventura, CA 93001


Delpippo, Robert
324 Sierra Blvd
Roseville, CA 95678


DELSIO, Jim & Trudi
7439 Canyon Peak Ln.
San Diego, CA 92126


DeLucia, Carl & Patricia
3441 Birdsong Ave.
Thousand Oaks, CA 91360


Delzeich, Darrin
2101 Belford Ave.
Placentia, CA 92870


Dement, Derwin
4960 Tyler St
Oceanside, CA 92057

Dement, Pauline & Darwin
4960 Tyler St
Oceanside, CA 92057


Demeo, Patricia
908 Langford St.
Oceanside, CA 92058


Deneal, Adam & Jordan
14895 Rembrandt Dr
Moreno Valley, CA 92553


Deng-Lee, Rosaline
337 Vista Marazul
Oceanside, CA 92057


Denina, Nimfa
1930 Kensington Ln.
Oxnard, CA 93030


Dennis, Ray
4700 Clair Del #550
Long Beach, CA 90807


Dequer, Steve
483 University Cr
Claremont, CA 91711


Derigat, Armand
3168 Dona Sarita Place
Studio City, CA 91604

Derkeverkian, Andre
315 Cameron Pl, Unit 2
Glendale, CA 91207


Derwin, Audrey
3849 Marlesta Dr.
San Diego, CA 92111


Descoteaux, Betty
24609 Singer St
Moreno Valley, CA 92557


Desjarlais, Gloria
4167 Casa Grande Ct
San Jose, CA 95118


Destatoff, Margaret & James
4340 Lindsey Ave.
Pico Rivera, CA 90660


Dettmer, Joan
415 Maple Street
Mill Valley, CA 94941


Dever, John & Belinda
3844 Cedar Avenue
Long Beach, CA 90807


Devers, Allen
13094 Sleepy Wind Street
Moorpark, CA 93021

Devers, Allen & Megan
13094 Sleepy Wind St
Moorpark, CA 93021


Devine, Corrine
10187 Camberley Lane
Cupertino, CA 95014


Devine, Corrine
10187 Camberley Ave.
Cupertino, CA 95014


Devore, Gail & Harvey
1110 Community Bldg Rd
Dulzura, CA 91917


Devore, Wayne & Quinta
8571 Grand Ave.
Buena Park, CA 90620


Deyoung, Robert
12259 Custer St.
Yucaipa, CA 92399


Dhillon, Bagwants & Dermit
3756 Hidden Springs Ct
El Sobrante, CA 94803


Dhillon, Bagwants & Dermit
3756 Hidden Springs Court
El Sobrante, CA 94803

Diaz, Eleuterio
233 East Ave P1
Palmdale, CA 93550


Diaz, Frank & Pat
4849 130st
Hawthorne, CA 90250


Diaz, Frank & Patricia
4849 W 130 St
Hawthorne, CA 90250


Diaz, John
4076 Johnson Drive
Oceanside, CA 92056


Diaz, Lilia
390 Englurt Ct.
San Jose, CA 95133


Diaz, Maria
817 Camino Los Banos
San Jacinto, CA 92583


Diaz, Maria
2171 Hayward Ct
San Diego, CA 92139


Diaz, Sotero & Gloria
26976 Delgado Rd.
Capistrano Beach, CA 92624

DICKERSON, Micheal
1107 Rambling Rd.
Simi Valley, CA 93065


Dickinson, Gerri
1029 Cornell Dr
Burbank, CA 91504


Dickson, Michele & Stephen
1650 Calle Don Juan
La Habra, CA 90631


Dickson, Stephen & Michelle
1650 Calle Don Juan
La Habra, CA 90631


Diebel, Elinor
3105 Barnett St
Bakersfield, CA 93308


Diehl, Maurita
19435 Shirley Ct
Tarzana, CA 91356


Diehl, Maurita
19435  Shirley Ct
Tarzana, CA 91356


Diehl, Maurita
19435 shirley ct.
Tarzana, CA 91356

Diem, Don & Janet
28649 Mt. Whitney
Rancho Palos Verdes, CA 90275


Dietiker, Walter
456 Vista Roma
Newport, CA 92660


Dieudonne, Larcina
2972 Rochester Cir
Corona, CA 92879


Difranco, V & J
6926 MayCroft Dr
Rancho Palos Verdes, CA 90275


Diggs, Nolen
7811 Dartmouth Ave
Rancho Cucomonga, CA 91730


Dilley, Mary
21225 Davan St.
Dimond Bar, CA 91789


Dillon, Daniel
402 S Tracy Lane
Orange, CA 92869


Dillon, Herbert
954 Hickory View Circle
Camarillo, CA 93012

Dillon, Wayne
264 Dellbrook
San Francisco, CA 94131


Dinger, Harlan
9340 Fortune Dr.
La Mesa, CA 91941


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Discover Financial Svcs
PO Box 29033
Phoenix, AZ 85038-9033


Discover Financial Svcs
PO Box 71804
Charlotte, NC 28272


Dishong, William
3761 Anza Way
San Leandro, CA 94578


Disney Destinations LLC
1375 Buena Vista Drive
Orlando, FL 32830


Dixion, Shelly & Julian
5999 Rancho Mission Rd
San Diego, CA 92108

Dixon, Earl & Lilie
52960 Avenida Vallejo
La Quinta, CA 92253


Dixon, John & Charline
618 Falconer Rd.
Escondido, CA 92027


DMV Renewal
PO Box 942897
Sacramento, CA 94297-0897


DMV-Vehicle Registr. Collections
PO Box 419001
Rancho Cordova, CA 95741-9001


Doan, Ivy & Nguyen, Chau
2226 Cotter St.
Santa Ana, CA 92706


Dobbins, Keith & Laura
6016 Ridgegate Dr.
Chino Hills, CA 91709


Dobbs, Mary
138 Fir Terrace
Cedar Glenn, CA 92321


Dodd, Adeline
13442 Standish Drive
Poway, CA 92064

Dodd, Angela
4839 Luna Dr
Oceanside, CA 92057


Dodge, Jefferey
45692 San Gabriel
St. Indio, CA 92201


Dolin, Svanhild
905 Inverness Dr.
Rancho Mirage, CA 92270


Dollentas, Jose & Darlene
2760 Santa Fe Ave
Long Beach, CA 90810


Dolphin, Steven & Michelle
2323 S. Cutty Way #57
Anaheim, CA 92082


Domencini, John and Kathleen
8211 Munster Dr
Huntington Beach, CA 92646


Domingo, Joyce
184 Avenida Majorca #P
Laguna Woods, CA 92637


Dominguez, Carlos & Isabella
563 S. Dos Caminos Ave.
Ventura, CA 93003

Dominguez, Cynthia
9250 Pecan Ave
Hesperia, CA 92345


Dominguez, Elias & Gertrude
606 N. Meridian St.
Hemet, CA 92544


Dominguez, John & Connie
8545 Matterhorn Drive
Santee, CA 92071


Dominguez, Rebecca
1720 Dover St.
Oxnard, CA 93030


donaldson, Norma
22696 Arliss Dr.
Grand Terrace, CA 92313


Dong, John
270 15th Ave.
San Francisco, CA 94118


Dorsey, Patrick & Terri
1512 Via Buena
La Verne, CA 91750


Dorsey, Ralph & Deborah
1587 Buckboard Dr
Oceanside, CA 92057

Dos Santos, Flavio
18233 Van Ness Ave
Torrance, CA 90504


Doss, Paula
1024 Gallery Dr.
Oceanside, CA 92087


Doub, Cathy M.
140 E. Francis Ave.
La Habra, CA 90631


Douglas, Henry
920 W Lavrel St
Compton, CA 90220


Douglas, Rosalyn
9058 Scott St.
Bellflower, CA 90706


Dow, Fred
914 Steel
Brea, CA 92831


Dowd, Dave & Judy
2950 Rosette St.
Simi Valley, CA 93065


Dowd, David
2950 Rosette St.
Simi Valley, CA 93065

Dowd, Pauline
8514 Camelia Dr
Riverside, CA 92504


Downs, Jeannie
4186 Taos Dr.
San Diego, CA 92117


Downs, Ron
8236 Seranata
Whittier, CA 90603


Doyle, Tim Aaron
1717 Cedar St
Berkeley, CA 94703


Draeger, Truman
633 El Rancho Dr
El Cajon, CA 92019


Drake, Dawn
100 N. X Street
Lompoc, CA 93436


Dray, James & Paula
1917 Nelson Avenue Unit A
Redondo Beach, CA 90278


Dreher, Betty
3062 Monroe
Riverside, CA 92504

Dreisbach, Elizabeth
1264 Paseo Dorado
San Dimas, CA 91773


Dressler, Marie
883 Bear Creek
Costa Mesa, CA 92626


Drewry, Maty & Harry
430 Camino Mateo
San Marcos, CA 92069


Driesen, Art & Diane
3781 Hillside Ave
Norcom, CA 92860


Drinkwater, William
55559 Lum Lane
Landers, CA 92285


Drinnon, Concepcion
41 Center St.
Chula Vista, CA 91910


Driskill, Cecile
3126 Via Serena North Unit B
Laguna Woods, CA 92637


Drzanek, Amanda
527 Missouri Ave
Placentia, CA 92870

Duarte, Erika
2057 Eveningside Dr
West Covina, CA 91792


Duarte, Helen
1923 Jones St.
Los Angeles, CA 90032


Dubnicka, Dixie
11251 Fremont St.
Yucaipa, CA 92399


Dubois, Charles
3048 Victoria Ave
Los Angeles, CA 90016


Dubose, Lafayette & Dorothy
4226 La Pinata Way #228
Oceanside, CA 92057


Dubrick, Patsy
3022 N. Peoria Ave
Simi Valley, CA 93063


Ducolon, Nan
7667 Lantana Dr
Buena Park, CA 90620


Duff, Tom
1622 Gatewood Ct
Brea, CA 92821

Duffy, Cecelia
78962 Foundtain Hill Dr
Palm Desert, CA 92211

Duffy, Cecilia
78962 Fountain Hills Dr
Palm Desert, CA 92211

Duffy, Vanzola
535 St. John Place
Inglewood, CA 90801

Duhn, Charlotte
1881 St. John Rd. #37 B
Seal Beach, CA 90740

Duhon, Jane
19923 Bernist Ave.
Torrance, CA 90503

Duke, James
15520 Bixler Ave.
Paramount, CA 90723

Dulany, Roland
284 N Burton St
Nipomo, CA 93444

Dunbar, George & Brenda
7709 E. Fieldcrest
Orange, CA 92869

Duncan, Ted & Cheryl
3307 Park Vista Dr
La Crescenta, CA 91214


Duncan, Tracey
25893 Margaret Ave
Moreno Valley, CA 92551


Dundas, Terry & Mary
3808 Earle Ave.
Rosemead, CA 91770


Dunham, Gerri & Scott
22065 Woodcreek Lane
Wildomar, CA 92595


Dunham, Scott & Neal, Geri
22065 Woodcreek Ln
Wildomar, CA 92595


Dunne, Bob
27645 Avenida Interno
Menifee, CA 92585


Dunnick, Everett & Olivia
38445 Rancho Height Way
Pala, CA 92059


Dupont, Armando & Lourdes
1330 Hidden Springs Dr
Corona, CA 92811

Dupree, Judith
4413 Maxson Rd
El Monte, CA 91732


Dupree, Judith
4413 Maxson Road
El Monte, CA 91732


Duran, Daniel
1611 Ricardo St.
Los Angeles, CA 90033


Duran, Erlinda
15828 Juarez St.
Irwindale, CA 91706


Duran, Linda
4180 Cleveland Ave #4
San Diego, CA 92103


Durbin, Heather E.
10307 Flora Vista
Bellflower, CA 90706


Durham, Christina
2718 N Kenneth Rd.
Burbank, CA 91504


Duron, Janice
701 Bryce Cyn
Oxnard, CA 93033

Durst, Virgil
109 S. 58Th St
San Diego, CA 92114


Duvall, Parris
8534 Owensmouth Ave.
Canoga Park, CA 91304


Dwyer, Robert
6125 Laport St.
La Mesa, CA 91942


Dyas, Ron & Shirley June
7664 Woodsboro Avenue
Anaheim, CA 92807


Dyson, Deb & Howard
1459 Serene Rd.
Oceanside, CA 92057


Dyson, Howard
1459 Serene Rd
Oceanside, CA 92057


Ealer, George
3618 W Estates Ln #C
Rolling Hills Estates, CA 90274


Earhart, Patrick & Carol
6324 Pomegranate Ct
Corona, CA 92880

Early, James
2609 Bernice Dr
Bakersfield, CA 93304


East, James
2327 Casitas Way
Palm Springs, CA 92264


Eaves, Dorcas
21351 Eastglen Dr
Trabuco Canyon, CA 92679


Eaves, Dorcas
21351 Eastglen Drive
Trabuco Canyon, CA 92679


Eaves, Dorcas M.
21351 Eastglen Drive
Trabucco Canyon, CA 92679


Ebaugh, Patricia
38050 Vista Dr.
Cathedral City, CA 92234


Eberlein, Richard
1324 Brewley Ln.
Vista, CA 92081


Echeverria, Hector & Bertha
323 E. Alberta
Anaheim, CA 92805

Eckerlin, Jack
314 Ruby Drive
Placentia, CA 92870


Edlin, Michelle
2103 Starburst Ln
San Diego, CA 92154


Edmund, Deborah
1662 Orange Grove
Los Angeles, CA 90019


Edwards, Avis
12182 Winton St.
Garden Grove, CA 92845


Edwards, Franki
2115 Myrtle Street
Oakland, CA 94607


Edwards, Lynn
8201 Denver Street
Ventura, CA 93004


Edwards, Virgina
622 Greenwood Ct
Redlands, CA 92373


Egenes, Jay & Gail
2291 Quartz
Riverside, CA 92507

Eggers, William & Lisa
69 LASSEN DR
SANTA BARBARA, CA 93111


Eicher, Noel & Victoria
10749 Ballystock Ct
San Diego, CA 92131


Eisleben, Val
6890 Via Irana
Stanton, CA 90680


Eissler, Suzette
30356 Sterling Rd
Cathedral City, CA 92234


Eivers, Emma
4812 Pacific Ave
Long Beach, CA 90805


Elder, Ruthie
7432 Dumosa
Yucca Valley, CA 92284


Elkins, Kathleen
176 Yale Ln
Seal Beach, CA 90740


Elkins, Kathleen
176 Yale Lane
Seal Beach, CA 90740

Elkins, Kathy
176 Yale Lane
Seal Beach, CA 90740

Ellerbrook, Fern
81270 Sirocco Avenue
Indio, CA 92201

Elliott, April
31975 Camino Molnar
Temecula, CA 92592

Elliott, Kathern
5302 Grantland Dr
Covina, CA 91722

Elliott, Mike
3925 Alicia Rd
San Diego, CA 92107

Ellis, Daniel
2211 S. 8th Ave
Arcadia, CA 91006

Ellis, Richard & Barbara
3870 Cadden Way
San Diego, CA 92117

Ellison, George & Elizabeth
3546 Kite St
San Diego, CA 92103

Elvers, Emma
4812 Pacific Ave.
Long Beach, CA 90805


Emery, Barbara
6280 Sunstone Ave.
Rancho Cucamonga, CA 91701


Emery, Barbara
6280 Sunstone Ave
Rancho Cucamonga, CA 91701


Emery, Richard
9841 Palo Alto St
Rancho Cucamonga, CA 91730


Emick, Cathy
25213 Filaree Ave
Moreno Valley, CA 92551


Emmerling, Doris
7321 Ponce Ave
West Hills, CA 91307


Enciso, Sylvia
9755 Almeria Ave
Fontana, CA 92335


England, Glen
10810 Wildwood Drive
Rancho Cucamonga, CA 91730

Enis, Gerald & Shirley
1405 Avenida Colina
San Dimas, CA 91773


Enos, Cal
9318 Grace St.
Fontana, CA 92335


Enriquez, Gordon
1157 6th St.
Redlands, CA 92374


Enriquez, Gordon & Donna
1157 6Th St.
Redlands, CA 92374


Enriquez, sarita
1708 Vulcan St.
El Cajon, CA 92021


Entwhistle, Bill
831 Ronda Mendoza Unit #D
Laguna Woods, CA 92637


Entwhistle, Wilson
831 Ronda Mendoza Unit #9
Laguna Woods, CA 92637


Eoff, Ronald H.
1223 Via Presa San Clemente
CA 92672, CA 92672

Eppen, Joan & Eugene
1454 Valley High
Thousand Oaks, CA 91362


Eppen, Joan & Eugene
1454 Valley High Ave.
Thousand Oaks, CA 91302


Epsilon Data Management, LLC
25925 Telegraph Rd  Suite 300
Southfield, MI 48033


Epstein, Arlene
365 North Vista Street
Los Angeles, CA 90036


Equifax
P.O. Box 30035
Tampa, FL 33630-3035


Equifax Information Services LLC
PO Box 105835
Atlanta, GA 30348-5835


Eric Martinson
5742 Furnice Creek Road
Yorba Linda, CA 92886


Erick, Julie
1218 N. Stanford Ave
Fullerton, CA 92831

Erickson, Donna
624 Acacia Avenue
Garden Grove, CA 92645

Erickson, Luvia
20001 Hemmingway St.
Winnetka, CA 91306

Erickson, Terri
3420 Elmwood Dr.
Riverside, CA 92506

Erlegaldos, Jacqueline
59400 Belfair Dr
Yucca Valley, CA 92286

Ervin, Joyce
10227 Southridge Dr
Rcho Cucamonga, CA 91737

Eschen, Janet & Marty
24 Diablo Court
Danville, CA 94520

Escobar, Pete & Erlyne
1600 E Vista Way #22
Vista, CA 92084

Escovar, Edward
18908 Patronella Ave.
Torrance, CA 90504

Eslava, Amparo
1220 E. Orange Grove Ave
Glendale, CA 91205


Esparza, Sandra
1147 Lark Ellen Ave
Covina, CA 91791


Espedal, Stanford
8818 Cherry Rd.
Lakeside, CA 92040


Espinosa, Fermin & Mary
2151 E Mission
Escondido, CA 92027


Espinosa, Mary & Fermin
2151 E. Mission Ave.
Escondido, CA 92027


Esposito, Carmela
315 Eagle Ridge St.
Newbury Park, CA 91320


Essex, Jack
80174 Barcelona
Indio, CA 92201


Essley, Willa
1202 Carlsbad St
Spring Valley, CA 91977

Estacio, Sarah
18092 Randall Ave
Fontana, CA 92335


Estacio, Sarah
9278 Locust Ave
Fontana, CA 92335


Estrada, Jamie
7591 Melrose St
Buena Park, CA 90621


Estrada, Luis
5391 Pembury Dr.
La Palma, CA 90623


Estrada, Mary-Ann
1204 Baseline Rd
La Verne, CA 91750


Ethier, Charles & Marile
1624 Wagon Wheel Dr.
Oceanside, CA 92057


Evanoff, Michael
311 Tava Lane
Palm Desert, CA 92211


Evans, Alice
5935 Arden Ave.
Highland, CA 92346

Evans, Am
14819 Cookacre St
Compton, CA 90021


Evans, Annette
14 La Cueva
Rancho Santa Margarita, CA 92688


Evans, Linda
21824 Sioux Road
Apple Valley, CA 92308


Evans, Patrick
15769 Smoketree Ln
Fontana, CA 92337


Ewers, Ralph
15102 Caulfield
Norwalk, CA 90650


Ewing, Aaron
45534 Sancroft
Lancaster, CA 93535


Excell, Gerry & Arthella
231 Robelini Drive
Vista, CA 92083


Experian
P.O. Box 2002
Allen, TX 75013-2002

Eymmert, Andrew
12526 5Th St
Yucaipa, CA 92399


Fadron, Anita
671 Lidford
La Puente, CA 91744


Fakes, Bryce & Catherine
6821 Sage Wren Ct
Corona, CA 92880


Fakes, Bryce and Cathy
6821 Sage Wren Ct
Corona, CA 92880


Fanning, Deborah
13929 Eastern St.
Poway, CA 92064


Farias, Antonio
3165 E. Cesar E Chavez Ave
Los Angeles, CA 90063


Farkas, Clarice
687 Avenida Sevilla Unit A
Laguna Woods, CA 92637


Farmer, Norma
371 E 56Th St.
Los Angeles, CA 90011

Farmer, William & Lisa
16381 Birdie Lane
Huntington Beach, CA 92649


Farnham, Thomas & Julie
14114 Mandeville Ct
Corona, CA 92880


Farnham, Thomas and Julie
6821 Sage Wren Ct
Corona, CA 92880


Farnsworth, Danny
555 Ladera Pl.
Arroyo Grande, CA 93420


Farnum, Dale & Lorna
3305 Druid Lane
Rossmoor, CA 90720


Farran, Barbara
10699 San Diego Mission Rd Unit 203
San Diego, CA 92108


Farrell, Richard
26012 Oakbay Road
Torrance, CA 90505


Farrington, Bill
1634 LANDQUIST DR
ENCINITAS, CA 92024

Fascio, Guillermo & Camerina
2711 Walnut St.
Huntington Park, CA 91255


Faubion, Pat
3214 Idaho Place
Costa Mesa, CA 92626


Faucett, Dr & Mrs.
2363 Crescent Dr
San Diego, CA 92103


Faucett, Ralph
2363 Crescent Dr
San Diego, CA 92103


Faulkner, Don
71795 Jaquar Way
Palm Desert, CA 92260


Faust, Jerine & Hernandez, Defila
12353 Winter Gardens Dr.
Lakeside, CA 92040


Favela, Roy
8744 Kempster Ave
Fontana, CA 92335


Favela, Roy & Linda
8774 Kempster Ave
Fontana, CA 92335

Fayad, Kari
13003 S. Hoover St.
Gardena, CA 90247


Feagin, Joan
806 Leland Pl
El Cajon, CA 92019


Fears, Cheryl
2008 Thoreau St.
Los Angeles, CA 90047


Feathersome, George & Sandra
572 Blue Bloosom
Buelton, CA 93427


Featherstone, Goldvester
1721 S. Ogden Dr
Los Angeles, CA 90019


Federal Express
PO Box 7221
Pasadena, CA 91109-7321


Feher, Peter
10713 Turnbow Drive
Sunland, CA 91040


Feldman, Rick & Sheila
19811 Archwood St.
Winnetka, CA 91306

Feldstein, Mary K.
285 W. Campus View Dr.
Riverside, CA 92502


Fellwock, Frank
3333 Bancroft St.
San Diego, CA 92104


Felten, Randy & Laura
10995 Cabo Ct
Santee, CA 92071


Fenn, Lyle
20927 S. Denker Ave.
Torrance, CA 90501


Ferguson, Christy
774 La Mirada
Orange, CA 92865


Ferguson, Darly
3422 Addison St.
San Diego, CA 92106


Ferguson, Judi
84250 Indio Springs Dr.
Indio, CA 92203


Ferguson, William
1336 E Walnut Creek Parkway
West Covina, CA 91790

Ferguson, Yvonne
7146 Emily Lane
Goleta, CA 93117


Fernandez, Adoifo
7742 Ventura Canyon
Panorama City, CA 91402


Fernandez, Leticia
1294 Ahart Street
Simi Valley, CA 93065


Fernandez, Margarita
13318 Beaty Ave.
Whittier, CA 90605


Ferrell, Peggy
1305 Bakersfield St
Lemon Grove, CA 91945


Festini, Star
8432 Eucalyptus St
Downey, CA 90242


Fetters, Fannie
4981 Mt. Frissell
San Diego, CA 92117


Fick, Alan
9501 Penfield Ave.
Chatsworth, CA 91311

Fiddick, Shirley
1870 SandCliff Rd.
Palm Springs, CA 92264


Fields, Sheila
4303 Trost Ave
Studio City, CA 91604


Figeria, Jeruselina
6966 John Drive
Riverside, CA 92509


Figueroa, Carmen & Ruben & Laura
511 Cherry Vista Drive
Perris, CA 92571


Figueroa, Charles & Erlinda
201 W. Alton #C
Santa Ana, CA 92707


Figueroa, Fernando & Marina
832 Hershey Ave.
Monterey Park, CA 91755


Figueroa, Ruben
1030 W. 187th Pl.
Gardena, CA 90248


Figueroa, Ruben A.
1030 W. 187th Pl., Gardena, CA 90248
CA 90248

Fike, Betty
52- 280 Avenida Monte Zuma
La Quinta, CA 92253


Filer, Myona
1951 Ave De La Cruz
San Diego, CA 92173


Fillingame, Collin & Esther
9771 Aragon Rd
Victorville, CA 92392


Finn, Anthony
10728 Green Castle St.
San Diego, CA 92071


Finnell, Cletus
2911 Brando Dr.
San Diego, CA 92154


Finney, Dave
1252 Dela Guerra Rd.
Santa Barbra, CA 93103


Finney, Ron & Jacqueline
11260 Overland Ave 18C
Culver City, CA 90230


Fino Construction
251 Santa Catalina
Santa Barbara, CA 93109

Fintel, Bill & Linda
1151 E. Redoak Pl.
Camarillo, CA 93010


Fisher , Gary
20018 Dalfsen Ave.
Carson, CA 90746


Fisher, Gary & Alice
202 Alameda Del Las Polgas
Redwood City, CA 94062


Fisher, Patricia
13866 Red Mahogany
Moreno Valley, CA 92553


Fisher, Patricia
13866 Red Mahogany Dr
Moreno Valley, CA 92553


Fitch, Angel
16299 Scotch Pine Ave.
Fountain Valley, CA 92708


Fitch, Ed & Joyce
16299 Scotch Pine Ave.
Fountain Valley, CA 92708


Fitch, Linda
22045 Dolores St.
Carson, CA 90745

Fitchhorn, Don & Arlene
245 Via Oro Verde
Fallbrook, CA 92028


Fite, Richard
39376 Prospect Ave
Forest Falls, CA 92339


Fitzpatrick, Carol
34565 Mesquite Tree Dr.
Thousand Palms, CA 92276


Fitzpatrick, Carol
34565 Mesquite Tree Drive
Thousand Palms, CA 92276


Flaherty, Waymona
6142 Laird
Oakland, CA 94605


Flaherty, Waymona
6142 Laird Ave
Oakland, CA 94605


Flaherty, Waymora
6142 Laird Ave
Oakland, CA 94605


Flanagan, Joseph & Julie
26622 Whitehorn Dr.
Rancho Palos Verdes, CA 90275

Flattery, David
1015 Diamond Crest Ct
Santa Barbara, CA 93110


Fleming, Marilee
44027 Higbee Ave
Lancaster, CA 93534


Fleshman, Matthew
9421 E. Heaney Cir
Santee, CA 92071


Flores, Amir & Rebekah
37981 Cresta Del Reyo
Murrieta, CA 92563


Flores, Chris & Becky
43320 Castile Cyn.
San Jacinto, CA 92581


Flores, Daniel
11240 Keith Dr.
Whittier, CA 90606


Flores, Felipe
1174 North Commonwealth
Los Angeles, CA 90029


Flores, Florinda
850 Meads Ave.
San Francisco, CA 94124

Flores, Janet
14809 Wiley St
San Leandro, CA 94579


Flores, Lorainne & Miguel
632 25Th St
San Diego, CA 92102


Flores, Lupe
29545 Lorelli Dr
Barstow, CA 92311


Flores, Pablo & Teresa
851 Albany Avenue
Ventura, CA 93004


Flores, Ric & Lori
1522 Wilson Rd
Romona, CA 92065


Flores, Sandra
4220 Morales
Corona, CA 92883


Flores-Garcia
3232 Baker Street
Berkeley, CA 94702


Floriano, Norma
515 LANDS END WAY #175
OCEANSIDE, CA 92058

Floyd, Ruth
845 Ferrelo Pl
Santa Barbara, CA 93103


Flynn, Diana
26582 Sinforosa Dr.
Mission Viejo, CA 92691


Foerschler, Bill & Maggie
13230 Medallion Ln.
Lakeside, CA 92040


Foley, Catherine
1630 Flowerdale St
Simi Valley, CA 93013


Fonad, Sandor
20201 Verta St.
Perris, CA 92570


Fonda, Matt
33541 Marigold Lane
Murrieta, CA 92563


Fong, Tina
21151 Via Santiago
Yorba Linda, CA 92887


Forbes, John
14262 Raintree Rd.
Tustin, CA 92780

Ford, Annie
295 E. 34Th Street
San Bernardino, CA 92404

Ford, Carolyn
4349 Robbins St.
San Diego, CA 92122

Ford, Janice & Charles
2350 Osbun Rd.
San Bernardino, CA 92404

Ford, Jimmy
22640 Eton Dr
Grand Terrace, CA 92313

Ford, John
165 Bryant St
Palo Alto, CA 94301

Ford, Ronald & Cheryl
1407 E Shamwood St
West Covina, CA 91791

Foreman, Tom
417 Conifer Glen
Escondido, CA 92026

Forher, Jeffrey
5422 Kenilworth Dr.
Huntington Beach, CA 92649

Forman, Lonnie & Nancy
12002 Richeon Ave.
Downey, CA 90242


Fornason, Vivian
9367 Aldabra Ct
San Diego, CA 92129


Fornason, Vivian
9367 Aldabra Court
San Diego, CA 92129


Fort, Andy
14001 Arcturus Avenue
Gardena, CA 90249


Fortier, Nuria
2500 Mountain Ln.
Upland, CA 91784


Fortune, Violeta
4522 Jutland Dr
San Diego, CA 92117


Forward Line
21700 Oxnard Suite 1450
Woodland Hills, CA 91367


Foss, Dorothy
7661 Beechwood
Stanton, CA 90680

Foss, Shirley & Philip
6684 Via Allegra
29 Palms, CA 92277


Foster, Joe
755 E. Spencer Dr
Palm Springs, CA 92262


Foundation Finance
PO Box 437
Schofield, WI 54476


Fournier, Eleanor
353 F Avenue
Coronado, CA 92118


Fouse, Sarah
1324 Freeman St
Santa Ana, CA 92706


Fowler, Anne & Clark
20807 Us Highway 18
Apple Valley, CA 92307


Fowler, Lorraine
14300 Jeremiah St
Adelanto, CA 92301


Fox, Dan & Sally
5767 Linda Lee Dr
Yucca Valley, CA 92284

Fox, Felicia Clair
436 Debra Lane
Ridgecrest, CA 93555


Fox, Jerry & Tilly
24091 Via Perlita
Murrieta, CA 92562


Franceshi, Frances
347 Moscow St.
San Francisco, CA 94112


Franchise Tax Board
Personal Bankruptcy MS A 260
P.O. Box 2952
Sacramento, CA 95812-2951


Franco, Bertha
14068 Mountain High
Fontana, CA 92337


Franco, Bertha
14068 Mountain High Dr.
Fontana, CA 92337


Franco, Lucy
15319 Dittman Dr
Whittier, CA 90603


Franco, Maria
4318 W. 153Rd Street
Lawndale, CA 90260

Franco, Michael
13493 Mesquite Rd
Apple Valley, CA 92308


Franco, Teodoro
3537 W. 115th St.
Inglewood, CA 90303


Frank, John
1001 Yerba Buena
Oakland, CA 94608


Franke, Ken
11111 Greenlawn Ave.
Culver City, CA 90230


Frankeny, Raymond & Kellie
17660 San Simeon
Fountain Valley, CA 92708


Franklin, Jim & Audrey
4028 Jones Ave.
Riverside, CA 92505


Franson, Art & Jan
2700 Santa Barbara Ave.
Solvang, CA 93463


Franson, Jan & Art
2700 Santa Barbara Ave
Los Olivos, CA 93463

Franzen, Kurt
1062 W. Knickerbocker
Sunnyvale, CA 94087


Fraser, Gary & Joann
5 Vista Diablo
Pittsburg, CA 94565


Fraund, Manfred
1616 S. Mayflower Avenue
Monrovia, CA 91016


Frausto, Mariela
27843 Cresta Del Reyo
Murrieta, CA 92563


Frazier, Ruth A.
335 University Drive
Costa Mesa, CA 92627


Frederickson, Nancy
677 S. Thornhill Rd.
Palm Springs, CA 92264


Fredricks , William & Patricia
5555 Diane Ave.
San Diego, CA 92117


Freeman, Buinas
17405 Stark Ave.
Cerritos, CA 90703

Freiberg, Jeffrey & Linda
13880 Sarita Drive
Desert Hot Springs, CA 92240


Freidel, Richard
2001 Robinson St
Redondo Beach, CA 90278


Freissen, Delbert
9181 Willhelm Cir.
Huntington Beach, CA 92646


Freitas, Timothy & Guadalupe
10891 Flaxton St.
Culver City, CA 90230


Freund, Royle & Michael
34770 Mission Hills Dr
Rancho Mirage, CA 92270


Frias, Cruz
28291 Avenida La Mancha
San Juan Capistrano, CA 92675


Frice, Charles
474 Arizona St.
Chula Vista, CA 91911


Frick, Helen
6401 Wynkoop St
Los Angeles, CA 90045

Friederich, John
6296 Promontory Lane
Riverside, CA 92506


Friedman, Ann & Freda
844 Rhonda Mendoza. Unit C
Laguna Woods, CA 92637


Friedrich, John
6296 Promontory Ln
Riverside, CA 92506


Friesen, Delbert
9181 Willhelm Cir.
Huntington Beach, CA 92646


Frisby, Bernice
470 Terra Way
Lompoc, CA 93436


Frisinger, Noni & Laddi
6281 Turnberry Cir
Huntington Beach, CA 92648


Fritz, Bruce & Teresa
8813 Clydsdaly St
Bakersfield, CA 93307


Fry's Siding & Decking
11710 Jerry Street
Cerritos, CA 90703

Fry, Mike
11710 Jerry Street
Cerritos, CA 90703


Fuentes, Connie
3390 Wyoca Road
Santa Barbara, CA 93105


Fuentes, Mr. & Mrs.
4200 W. 171st Street
Lawndale, CA 90260


Fujioka, Yoshio
4428 Corliss St.
Los Angeles, CA 90041


Fuller, sanda
6343 Camellia Ave.
North Hollywood, CA 91606


Funke, Richard & Patrice
4517 Birchwood Ave.
Seal Beach, CA 90740


Gabor, Peter & Ellen
610 Creekside Ave.
Oceanside, CA 92057


Gabriel, Amalia
17632 Filbert St
Fontana, CA 92335

Gadim, Akbar
6422 Lamirada Ave
Los Angeles, CA 90038


Gafney, Tom & Carol
9370 Alta Loma Dr
Alta Loma, CA 91701


Gahn, Gary
2510 Fairway Dr
Costa Mesa, CA 92627


Gaidarenko, Dmitri & Natalie
14601 Silverset St
Poway, CA 92064


Gaitan, Mario
2921 Kansas Avenue
South Gate, CA 90280


Galbreath, Billy & Brooks
2341 Sherwood Dr
Lemon Grove, CA 91945


Gale, Michael & Sandy
2228 Valley Lake Dr.
El Cajon, CA 92020


Galen, Ron
2543 Gaynor Ave.
Richmond, CA 94804

Gall, Gary & Michelle
5469 Chia Ave
29 Palms, CA 92277


Gallagher, Bill & Dolly
1025 Monte Verde Dr
Menlo Park, CA 94025


Gallo, Jose J.
4943 Buffington Rd.
El Monte, CA 91732


Gallo, Richard
242 G Calle Aragon
Laguna Woods, CA 92637


Galvan, Lena
8236 Guava Ave
Buena Park, CA 90620


Gamble, Phyllis
4521 S. A. St
Oxnard, CA 93033


Gamble, Phyllis
4521 South A St.
Oxnard, CA 93033


Gann, Earl
26524 McCall Blvd.
Sun City, CA 92586

Gansen, Gladys
946 Sea View Drive
El Cerrito, CA 94530


Gant, Yolanda
379 W. Avenida Cerca
Palm Springs, CA 92262


Garcia
2441 Beaufort Dr.
Oxnard, CA 93033


Garcia, Alfred & Cora
2596 San Antonio Ave
Pomona, CA 91766


Garcia, Armondo & Olivia
6810 Johnson Ave.
Long Beach, CA 90805


Garcia, Benjamin
12441 Magnolia
El Monte, CA 91732


Garcia, Benjamin
139 S. Hollenback Avenue
Covina, CA 91723


Garcia, Carlos
16455 San Bernardino Ave.
Fontana, CA 92335

Garcia, Dora
1651 Waltham Rd
Concord, CA 94520


Garcia, Ed
1045 S. Pine St.
San Gabriel, CA 91776


Garcia, Esther
801 Cypress Ave.
Los Angeles, CA 90065


Garcia, Francesca
13000 S. Willowbrook
Compton, CA 90222


Garcia, Gilbert & Mary
892 Valencia Dr
Colton, CA 92324


Garcia, Irene
9481 Dorrington Ave
Arleta, CA 91331


Garcia, Javier & Rosa
3540 Fensmuir St.
Riverside, CA 92503


Garcia, John & Virginia
11753 Calabash Ave.
Fontana, CA 92337

Garcia, Jose
84455 Rosal Avenue
Coachella, CA 92236


Garcia, Joseph
3557 Windsong St
Corona, CA 92879


Garcia, Larry
9152 Orangewood Ave.
Garden Grove, CA 92841


Garcia, Manuel & Emily
4869 Lincoln Ave
Chino, CA 91710


Garcia, Maria
30 Ellis St.
Long Beach, CA 90805


Garcia, Mary Helen
4136 S Lindell
Pico Rivera, CA 90660


Garcia, Rolando
556 Rancho De Oro Road
Escondido, CA 92026


Garcia, Rosa
3540 Fensmuir St
Riverside, CA 92503

Garcia, Susan & Maria
4727 Kenmore Terrace
San Diego, CA 92116


Garcia, Thomas
396 Davos Dr
Crestline, CA 92325


Gard, Derek & Nora
26561 Via Gaviota
Mission Viejo, CA 92691


Gardner, Jeanne
438 Senator Ave
Sacramento, CA 95833


Gardner, Theola
9426 S. 4th Ave
Inglewood, CA 90305


Garner, Ida
2277 Grafton St.
Simi Valley, CA 93063


Garner, Sonja
2314 N Park Blvd
Santa Ana, CA 92706


Garner, Tracy
2315 Ocean
Long Beach, CA 90803

```
Garnet, James & Jan
3912 Cirro Vista Way
Fallbrook, CA 92028


Garnett, James
3912 Cirro Vista Way
Fallbrook, CA 92028


Garret, Virginia
10250 Avanti Ave.
Santee, CA 92071


Garrett, Bud & Margie
1800 Camino Centroloma
Fullerton, CA 92833


Garrett, Diane
14098 Sweet Grass Ln.
Chino Hills, CA 91709


Garrett, Diane
14098 Sweet Grass
Chino Hills, CA 91709


Garrison-Freeman, Elizabeth
216 N. Shattuck Pl
Orange, CA 92866


Garrity, John & Sarah
1239 Calle Candelero
Chula Vista, CA 91910
```

Garth, Dianne
91 S. Main St.
Templeton, CA 93465


Gartner, Lawrence
10353 Bart Way
Santee, CA 92071


Garza, Eric & Jen
24329 Saradella Ct
Murrieta, CA 92562


Garza, Eric & Jennifer
24329 Saradella Ct
Murrieta, CA 92562


Garza, Robert & Elvira
849 N. Greenpark Avenue
Covina, CA 91724


Gashen, Daniel
45835 Vista Doroda
Indian Wells, CA 92210


Gaskell, Hazel
471 E. Calle Cadiz
Laguna Woods, CA 92627


Gaskin, James
1526 W. Burnett St.
Long Beach, CA 90801

Gasper, Barbara
9721 Azalea Cir.
Fountain Valley, CA 92708


Gasteiger, Don
39685 Ridge Crest Street
Murrieta, CA 92563


Gaston, Gracie & Leonard
3203 Flaxton St
Pomona, CA 91767


Gates, George & Marie
2124 D Ronda Granada
Laguna Woods, CA 92637


Gatlin, Boyd
24442 Blackfoot Dr
Lake Forest, CA 92630


Gaunce, Susan
2553 Luciernan St
Carlsbad, CA 92009


Gawboy, Barton & Joanna
3000 Beach Avenue
Venice, CA 90291


Gazit, Salit
528 Than Way Building H
Palo Alto, CA 94306

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


Gebray, Yodit
653 Lashburn St.
Sylmar, CA 91342


Gee, Sharon
1241 Stallcup Ln
Lompoc, CA 93436


Gentz, Nella
1072 Loma Vista
Pomona, CA 91768


Gentzein, John
2225 Dawn Ct
Thousand Oaks, CA 91362


George, Dennis & Georgia
19816 Septo St.
Chatsworth, CA 91311


George, Ronald & Marjorie
12712 Glenshire Road
Downey, CA 90242


Gerberich, Gart
4949 Alejo St.
San Diego, CA 92124

Gerlach, Rudolph & Grady, Mary
2651 Hope Street
Huntington Park, CA 90255


German, Annette
19085 Canyon Terrance
Trabucco Canyon, CA 92979


Germann, Tim & Consuelo
15001 Mission Hills Rd
Mission Hills, CA 91345


Gerold, Mark
19318 Chamblee Ave.
Cerritos, CA 90703


Gerold, Mark
13722 Redhill Ave. # 74
Tustin, CA 92780


Gerrish, William & Nancy
1421 Coolidge Ave
National City, CA 91950


Gerth, Gayle
32762 Mediteranea Dr
Dana Point, CA 92629


Gerwitz, Paul & Betty
3424 Sunset Hill Dr
West Covina, CA 91791

Geston, Anita
1286 Discovery
San Marcos, CA 92078


Ghaly, Fouad & Nagla
31335 Marne Dr
Rancho Palos Verdes, CA 90275


Giacoletto, Richard & Ruby
228 Loch Lomond Rd
Rancho Mirage, CA 92270


Giacone, William
38180 Via Taffia
Murrieta, CA 92563


Giamboni, Mary
5414 Via Carrizo
Laguna Woods, CA 92637


Gibbons, Fredella
6225 Colony Ct.
Rancho Cucamonga, CA 91739


Gibbs, Thomas
1596 Santa Ana Ave.
Costa Mesa, CA 92667


Gibbs, William
202 Baywood Rd
Alameda, CA 94502

Gibson, Barbara
663 Locust St.
Corona, CA 92879


Giddens, Steve
10737 Groveland Ave
Whittier, CA 90603


Giddens, Steve
10737 Groveland Ave.
Whittier, CA 90603


Gilbert , Michael & Clair
1245 N. Park Hill Ln.
Escondido, CA 92025


Gilchrist, Nancy
3476 Ashwood Ave.
Los Angeles, CA 90066


Giles, Meredith
3003 Alamany Blvd
San Francisco, CA 94122


Gilmore, Frank
8926 S. Denker
Los Angeles, CA 90047


Gilmore, Wendy
12232 Arkley Dr
Garden Grove, CA 92840

Gingold, Susan
36 Vista Del Mar Dr.
Santa Barbara, CA 93109


Ginn, Cathrine
2620 Montros Pl.
Santa Barbara, CA 93105


Ginos, Gale & Tammy
1128 Sunbright Dr.
Oceanside, CA 92056


Giovanelli, Robert & Paula
2229 Avon St
Los Angeles, CA 90026


Glantz, William
18933 Blackhawk St.
Porter Ranch, CA 91326


Glaser, Sandy
30773 Mainmast Dr.
Agoura Hills, CA 91301


Glass, Gary
13 Alsace
Laguna Niguel, CA 92677


Glass, Majorie
10221 S. 7th Ave
Inglewood, CA 90303

Glenn, Cathy
12602 Springbrook Dr, Unit C
San Diego, CA 92128


Glenn, Edith & Stanley
5246 James Rd.
Santa Barbra, CA 93111


Glenn, Gale & Beth
23365 S. Village St
Crestline, CA 92325


Glenn, Joy
12232 Santiago
San Diego, CA 92128


Glenn, Sammy & Margaret
2561 Lolnes St
San Jose, CA 95121


Glenore, Denis
17100 Scottsdale Rd.
Riverside, CA 92504


Glover, Mary
1815 Blue Bonnet Pl.
Encinitas, CA 92024


Glover, Pandora
4545 Ellen Street
Oakland, CA 94601

Gluyas, Donald
422 Dana Point
Ventura, CA 93004


Glynn, Ronald & Darla
2523 Broken Lance Dr
Norco, CA 92860


GM-ET Roofing Removal & Constr
2500 E Imperial Hwy Suite 201
Brea, CA 92821


Goad, Clarence & Kathleen
21002 Ponderosa St.
Mission Viejo, CA 92692


Godager, Bennie
1406 Gerry way
Roseville, CA 95661


Goddard, Victoria
1122 S. La Peer Dr.
Los Angeles, CA 90035


Godfrey, Judith
1910 Kingston
Escondido, CA 92027


Godinez, Joshua
8216 Mondavi Pl
Rancho Cucamonga, CA 91730

Godinez, Richard & Debbie
69125 San Helena
Cathedral City, CA 92234


Godinez, Robert
2903 Norsewood Dr
. Rowland Hts, CA 91748


Gold, Sheila
1462 Kimberly Dr
San Jose, CA 95118


Gold, Stanley
25 Lincoln Place
Rancho Mirage, CA 92270


Goldberg, Andrew & Karen
6315 Green Valley Cir #102
Culver City, CA 90230


Goldberg, Susan
27402 Trabuco Circle
Mission Viejo, CA 92692


Goldberg, Susan & Gerald
27402 Trabuco Cir
Mission Viejo, CA 92692


Golden, Leon
212 Gardenia
Palo Alto, CA 94303

Golden, Robert & Evelyn
1798 Kramer Dr.
Carson, CA 90746

Golden, Roert & Evelyn
1798 E. Kramer
Carson, CA 90746

Goldstein, Jason
6 Cloveblossom
Irvine, CA 92604

Goldstein, Raymond
450 N. Mc Cadden Pl
Los Angeles, CA 90004

Goldston, Kim
43470 Bath point Ct
Bermuda Dunes, CA 92203

Goles, Mark & Karen
1984 Vanguard Dr.
Camarillo, CA 93010

Gomez, Arlene
1347 W Congress St
San Bernardino, CA 92410

Gomez, Irene
4701 Calle Estrella
Oceanside, CA 92057

Gomez, Raul
1821 E. Kay Street
Compton, CA 90221


Gomez, Tony & Gay
3421 E. Salisbury Circle # E
Orange, CA 92869


Gonzales, Anita
316 N. 20th St.
Montebello, CA 90640


Gonzales, Ann
15037 Rosalita Drive
La Mirada, CA 90638


Gonzales, Joe
217 Wood St
Bakersfield, CA 93307


Gonzales, John & Kim
13882 Claremont
Westminster, CA 92683


Gonzales, Jose
820 Tennis Dr.
San Francisco, CA 94080


Gonzales, Lucille
868 E. La Verne Ave.
Pomona, CA 91767

Gonzales, Manual & Micaela
3420 Lou St.
National City, CA 91950


Gonzales, Melissa
761 Keenan St.
Montebello, CA 90640


Gonzales, Ruben
916 Calle Abierta
Santa Barbara, CA 93111


Gonzales, Steven & Flores, Anna
281 Val Verde Drive
Hemet, CA 92543


Gonzalez, Alexander
10247 Ambassador Ave.
San Diego, CA 92126


Gonzalez, Anna
40 Bache St
San Francisco, CA 94110


Gonzalez, Carlos & Maria
7568 Shiloh Way
Fontana, CA 92336


Gonzalez, Esperanza
4957 Nipomo Dr.
Carpinteria, CA 93013

Gonzalez, Francisco & Martha
1828 Fir St.
Corona, CA 92882


Gonzalez, Jack & Donna
4537 Saddleback St.
Montclair, CA 91763


Gonzalez, Maria
4277 Landis St
San Diego, CA 92105


Gonzalez, Martha
928 Fullerton Ave
Corona, CA 92879


Gonzalez, Octavio
43736 Towne St
Indo, CA 92201


Gonzalez, Olga
1324 W. Olive Avenue
Lompoc, CA 93436


Goodfella's Plumbing
8721 Adan St
Garden Grove, CA 92841


Goodman, Louise L.
7643 Circle Drive
Lemon Grove, CA 91945

Goodman, Robert
8753 Bigford
Spring Valley, CA 91977


Goodpaster, Diane
15751 Willet Lane
Huntington Beach, CA 92647


Goodwalt, Vernon
4377 Mapleweed Pl
Riverside, CA 92506


Goodwin, Gregory & Janice
9581 Cecilwood Dr.
Santee, CA 92071


Goodwin, Mikel
7605 Cortez Ave.
Atascadero, CA 93423


Goodwin, Rick
740 Rigsby Street
La Habra, CA 90631


Goodyear cbna
Po Box 6497
Sioux Falls, SD 57117


Gorden, William
883 Gwyne Ave.
Santa Barbara, CA 93111

Gordon, James
1208 W. Palm Ave.
Redlands, CA 92373


Gordy, Paul Thomas
20680 Manzanita Ave
Yorba Linda, CA 92886


Gorecki, Donald & Janet
9697 Madrona Dr
Fontana, CA 92355


Gough, Janice
13569 Overlook Dr
Desert Hot Springs, CA 92240


Gould, Dianna
17241 Iris Ave
Riverside, CA 92504


Gould, Gail & John
6618 Dillman Street
Lakewood, CA 90713


Goulde, Carole
1 Palos
Irvine, CA 92612


Grabhorn, Jennifer
9959 Dandelion
Fountain Valley, CA 92708

Grace, Jack
1156 Alexandria Drive
San Diego, CA 92107


Grade, Diane
2021 Sherer Lane
Glendale, CA 91208


Grady , James
28109 Ella Road
Rancho Palos Verdes, CA 90275


Grady, Gerald
277 Robin Hood Court
Costa Mesa, CA 92627


Graenicher, Robert
12924 Warren Ave.
Los Angeles, CA 90066


Graft, Walter
994 N. Shaffer St.
Orange, CA 92867


Graham, Dianna
2581 Alne Dr
Hemet, CA 92545


Graham, Lawrence
2436 W. Gramercy
Anaheim, CA 92801

Grames, Jalene
140 CSM Dr
San Mateo, CA 94462


Granath, Patricia
12061 Nutwood St.
Garden Grove, CA 92840


Granillo, Ruby & Gil
12035 Chesterton St
Norwalk, CA 90650


Grantham, Kay & Dunn, Russell
6765 Rolando Knolls Dr
La Mesa, CA 91942


Grassman, Mary
9 Park Mirage Lane
Rancho Mirage, CA 92270


Grasty, Joan
345 N. Loop
Camarillo, CA 93010


Gratch, Steven
640-101 Brocton Court
Long Beach, CA 90803


Gratz, Will & Cyndee
3275 Old Post Rd
Fallbrook, CA 92028

Graves, Jim & Nancy
550 Tuttle Ln.
El Cajon, CA 92021


Gray, Alicia
2364 Canyada Ave
Alta Dena, CA 91001


Gray, Armster
3146 W. 108th St.
Inglewood, CA 90303


Gray, Clinton
5759 Marker Street
San Diego, CA 92114


Gray, Devona
5592 Temple City Blvd.
Temple City, CA 91780


Gray, Ermalee
9600 Texhoma Ave
Northridge, CA 91325


Gray, Marlane
29487 E. Trancas Dr.
Cathedral Cty, CA 92234


Graypoint Construction, Inc.
390 W Cerritos Ave
Anaheim, CA 92805

greaves, Timothy & Thelda
1860 Via Del Rey
South Pasadena, CA 91030


Green, Charles
70355 Mottle Circle
Rancho Mirage, CA 92270


Green, Charllelia
883 W. Gateway Dr
Palm Springs, CA 92262


Green, David & Sue
2461 Summerhill Lane
Fallbrook, CA 92025


Green, Frannie
1958 Paloma St.
Pasadena, CA 91104


Green, John
5341 Dressage Dr.
Bonita, CA 91902


Green, Randy
11161 Arlington Ave.
Riverside, CA 92505


Green, Randy
11161 Arlington
Riverside, CA 92505

Greenberg, Dennise
1299 Armando
Upland, CA 91786


Greenburg, Diana
9712 Hibiscus Dr.
Garden Grove, CA 92841


Greenfield, Martin
3081 Longview Ln
Santa Ynez, CA 93460


Greenhill, Cynthia
2679 Marigold St
Pomona, CA 91767


Greenhill, Cynthia
2079 Marigold St.
Pomona, CA 91767


Greensky Credit
7797 North E Expressway Ste 100
Atlanta, GA 30329


Greenwood, Roger & Carolyn
6633 Bellingham Ave.
North Hollywood, CA 91606


Gresham, Casrolyn
3716 W. 59Th St
Los Angeles, CA 90043

Greshan, Martha
1301 Blue Sky Dr.
Cardiff by the Sea, CA 92007


Grewatz, Wanda
1184 Twin Oaks Ave.
Chula Vista, CA 91911


Grez-Terrazas, Linda
9339 Guess St.
Rosemead, CA 91770


griesser, Dennis
6736 San Bruno Dr.
Buena Park, CA 90620


Griffin, Dolores
1831 Clyde Ave
Los Angeles, CA 90013


Griffin, Gary
11777 Kenworth
Yucaipa, CA 92339


Griffin, Ike & Mickey
150 Alma #312
Menlo Park, CA 94025


Griffin, Richard & Harriet
1641 E. 20th St
Oakland, CA 94606

Griffith, Craig & Glenda
2287 Via Puerta Unit O
Laguna Woods, CA 92637


Griffith, Harriette
635 S. Pine
Brea, CA 92821


Griffith, Patricia
2215 Terrace Wood Lane
Escondido, CA 92024


Grimes, Gary
900 Carson St
Barstow, CA 92311


Grimes, John
44345 Buttercup Lane
La Quinta, CA 92253


Grimes, John & Anita
44345 Buttercup Ln
La Quinta, CA 92253


Grimes, Lori & Doug
2424 Smokewood Pl
Escondido, CA 92026


Grimmet, Dixie
5322 Kenilworth Dr.
Huntington Beach, CA 92649

Grimmett, Dixie
5322 Kenilworth Dr
Huntington Beach, CA 92649


Grine, Victor
13928 Dahlia Dr
Victorville, CA 92392


Griswold, Clacy & Carol
6425 La Vanco Ct
Carlsbad, CA 92009


Gritman, Donna
14705 Libra Dr.
La Mirada, CA 90638


Groen, Case & Elizabeth
6114 Clover Court
Chino, CA 91710


Gross, Larry & Ellen
1935 W. Elm Pl
Anaheim, CA 92804


Grossberg Properties, L.T.D. Corp
20680 Manzanita Ave
Yorba Linda, CA 92886-3164


Groves, Kathryn
10229 Deveron
Whittier, CA 90601

Grube, Dave & Alicia
10728 Puebla Dr
La Mesa, CA 91941


Gruebl, Noreen Bryce
273 N. Bobwhite Way
Orange, CA 92869


Gruener, Frederick & Stella
18311 Hartlund St.
Huntington Beach, CA 92646


Grundman, Linda
167 El Camino Pequeno
El Cajon, CA 92019


Guerra, Maria
1114 Magnolia Ave.
Ontario, CA 91762


Guerra, Mario & Maldonado, Brenda
25623 Palo Cedro Dr
Moreno Valley, CA 92551


Guerra, Mary & Lopez, Cathrine
6521 Quail St.
Ventura, CA 93003


Guerra, Rick & Becky
16229 Janine Dr
Whittier, CA 90603

Guerrero
25969 Margaret Ave
Moreno Valley, CA 92551


Guerrero, Mario & Diane
3225 Mt Vernon Ave
Riverside, CA 92507


Guerrero, Vincent
220 N. Sunkist Ave.
West Covina, CA 91790


Guild, Woody & Pattie
4103 Wilson Ln.
Concord, CA 94521


Guiliani, Angela
2238 West Hedding St.
San Jose, CA 95128


Guillen, Aurora
26470 Willow Dale Ct
Moreno Valley, CA 92555


Guillen, Jose & Martha
15969 Picton St.
La Puenta, CA 91744


Guinn, Edgar & Sheila
32484 Apricot Tree Rd
Winchester, CA 92596

Guisinger, Robert
210 E. Colorado Blvd
Monrovia, CA 91016


Gundlock, John
24922 Avenida Bancal
Lake Forest, CA 92630


Gundlock, John
24922 Avenida Bancal.
Lake Forest, CA 92630


Gunnell, Dorothy & Calvin
10152 Beverly Dr.
Huntington Beach, CA 92646


GURROLA, Leo & Sandra
110 Hampden Terrace
Alhambra, CA 91801


Gushue, Helen
4818 Lehrer Dr.
San Diego, CA 92117


Gustafson, Dolores
1423 La Canada Dr
Brea, CA 92821


Gustafson, Dolores & Oley
1423 La Canada Dr
Brea, CA 92821

Guthrie, Liman
704 Windward Dr.
Rodeo, CA 94572


Guthrie, Martin
24202 Vista D'onde
Dana Point, CA 92629


Gutierrez, Heidi
9805 Bryson Ave
South Gate, CA 90280


Gutierrez, Loretta
1300 Saratoga Avenue #1310
Ventura, CA 93003


Gutierrez, Lynn
6166 Walnut Ave
Chino, CA 91710


Gutierrez, Rita
2328 Berger St
Bakersfield, CA 93305


Guzman, Jesse
73370 San Carlos Dr.
Thousand Palms, CA 92276


Guzman, Shawn & Cathy
1514 Veronica Pl.
Santa Barbara, CA 93105

Guzzardi, Susan
7260 Lubao Ave.
Winnetka, CA 91306


Gva, Elena
1658 Chestnut Street
San Francisco, CA 94123


H K G, LLP
50 E Foothill Blvd Third Floor
Arcadia, CA 91006


Haas, Diane
617 E. Erna
La Habra, CA 90631


Haetchel, Manfred
2319 Lone Oak Ln.
Vista, CA 92084


Hagar, Gary & Consuelo
1593 Ransom Pl.
Riverside, CA 92506


Hagedorn, Ryan
13722 Redhill Ave. # 74, Tustin, CA 9278
CA 92780


Hagel, Lydia
7637 Walsh Way
Sacramento, CA 95832

Hagopian, Peter
1329 23rd Street
Oceano, CA 93445


Haight, Maurice & Anabelle
898 Red Blush Rd.
Escondido, CA 92027


Hainley, Harold
4901 Twain Ave
San Diego, CA 92120


Hainley, Harold & Elizabeth
4901 Twain Ave.
San Diego, CA 92120


Hajhussein, Eyad
4730 Larwin Ave.
Cypress, CA 90630


Hake, Harryette
652 Orange Grove
Alhambra, CA 91803


Hake, Harryette
652 Orange Grove Ave.
Alhambra, CA 91803


Hald, Andrew & Rebecca
3329 Henry Dr.
Newbury Park, CA 91320

Halder, Robert
32016 Del Cielo Este
Bonsall, CA 92003


Hall, Christina
5043 Roundup Rd
Norco, CA 92860


Hall, David & Laurie
841 Gill Ave
Port Hueneme, CA 93041


Hall, Geraldine
919 Sprucelake Drive
Harbor City, CA 90710


Hall, Joseph R.
8053 Blossom Ln.
Lemon Grove, CA 91945


Hall, Roberrt & Suzanne
6115 McKinley Ave.
South Gate, CA 90280


Hall, Robert & Suzanne
6115 McKinley Ave.
South Gate, CA 90280


Hall, Tasmin
141 Rawhide Ct
Norco, CA 92860

Hallmark, Robert
10765 Valor Pl
Santee, CA 92071


Hallowell, Ted
4322 Date Avenue
La Mesa, CA 91941


Halstead, Whitfield
4260 Manuela Ave
Palo Alto, CA 94306


Hamad, Samy
7311 Colombia Dr
Buena Park, CA 90620


Hamaker, Robert & Kathline
1937 W. Cris Ave.
Anahiem, CA 92804


Hamblin, Aileen
8520 Val Vista Dr
Santee, CA 92071


Hamblin, Christine
2738 Tonto Way
San Diego, CA 92117


Hamby, Audrey
1016 W. Oak Ave
Lompoc, CA 93436

Hamby, Audry
1016 West Oak Ave
Lompoc, CA 93436


Hamel, Michael
764 Camphor Wy
Upland, CA 91786


Hamilton, Paul & Dorothea
1086 Moreno Ave
Palo Alto, CA 94303


Hamilton, Robin
9684 Doreen Dr.
Cypress, CA 90630


Hamilton, Rossana
7040 E Viewpoint
Anaheim, CA 92807


Hamlet, Cathy
414 Nova Court
Ventura, CA 93003


Hamlin, Charles
38853 Sagetree St
Palmdale, CA 93551


Hammel, Ric
16359 Stevens St.
Lake Elsinore, CA 92530

Hammernick, Josef
12433 Ironbark
Rancho Cucamonga, CA 91739


Hammill, Janice
414 S Fernhill Ln
Anaheim, CA 92807


Hammond, Art
4381 Berkeley St.
Montclair, CA 91763


Hampsten, Kenneth
3036 Kerckhoff
San Pedro, CA 90731


Hampton, Janet
3230 E. 67th St.
Long Beach, CA 90805


Hampton, Lanore
3730 Arbor Road
Lakewood, CA 90712


Hampton, Laurie
20680 Manzanita Ave
Yorba Linda, CA 92886


Hampton, Sandra
1690 Dwight Ave.
Camarillo, CA 93010

Hamson, Robert
774 Barbara Ave
Solana Beach, CA 92075


Han, Michael
27418 Elmbridge Dr.
Rancho Palos Verdes, CA 90275


Hanke, Harold
78739 Putting Green Dr.
Palm Desert, CA 92211


Hanna, Bradly
24623 Santa Clara St
Hayward, CA 94544


Hanover, Robert & Ladoma
4769 Gabriel Way
La Mesa, CA 91941


Hansen, Gordon
37825 Bankside Drive
Cathedral City, CA 92234


Hansen, John
5572 #B Luz Del Sol
Laguna Woods, CA 92637


Hansford, Theresa
19112 Goleta St
Hesperia, CA 92345

Happer, Paula
1039 S. Rice Rd
Ojai, CA 93023


Happy, Penny & Phil
3143 Via Vista #7
Laguna Woods, CA 92637


Hardesty, Luther
839 Begonia Street
Escondido, CA 92027


Hardin, Fannie
3718 Santa Rita St
Oakland, CA 94601


Hardman, Nathan & Shirley
20805 Calora St. #G8
Covina, CA 91724


Hardwick, Carolann
10450 N. Glaney Ave
Capertino, CA 95014


Harley-Davidson Credit Corp
P.O. Box 22048
Carson City, NV 89721-2048


Harms, norman & Janet
1850 W. Green Leaf Unit H
Anaheim, CA 92801

Harpenau, Sharon
6105 Henderson Dr
La Mesa, CA 91942


Harper, Marsha
2323 Joane Dr.
Santa Ana, CA 92705


Harper, Walter
7446 Santa Rosa Way
Riverside, CA 92504


Harrington, Jeannette
3093 Loramie
Riverside, CA 92506


Harris, Anthony & Charlene
1125 Armacost
San Diego, CA 92114


Harris, Charlotte
875 West Highway 246
Buelton, CA 93427


Harris, Charlotte
875 W. Hwy 246
Buelton, CA 93427


Harris, James & Patricia
1226 244th St.
Harbor City, CA 90710

Harris, Jerome
8019 S. 8th Ave
Inglewood, CA 90305

Harris, Kavin & Kelly
14853 New Foal Trail
Fontana, CA 92336

Harris, Mavis
2660 Chestnut Ave
Long Beach, CA 90806

Harris, Ronald & Martha
3530 Burritt Way
La Cresenta, CA 91214

Harris, Victor
955 Fern Ave.
Imperial Beach, CA 91932

Harrison, Emerson
69261 Vera Dr
Cathedral City, CA 92234

Harrison, Melba
957 Amarillo Ave
Palo Alto, CA 94303

Harrison, Myra
1459 Wigeon Dr.
Corona, CA 92882

Harrison, Sherman
15 E. Junipero St.
Santa Barbara, CA 93105


Harrison, Thomas
2038 Adams St.
San Bernardino, CA 92407


Harrison, Verna
21421 Mineehaha St.
Chatsworth, CA 91311


Hart, Harvey
1064 Apple Blossom
Corona, CA 92881


Hartman, Paul
2504 Coronado Pl
Vista, CA 92081


Hartman, Richard
1674 Hermosita Dr.
San Marcos, CA 92028


Haruki, Steven
3396 Calle Azul, Unit B
Laguna Woods, CA 92637


Harvey, Stanley
254 El Camino Ave
Sacramento, CA 95817

Haskin Roy & beverley
1496 La Linda Dr.
San Marcos, CA 92078


Hassit, James
435 Tennyson Ave
Palo Alto, CA 94301


Hasty, Blake & Joana
41193 Engelmann Oak
Murrieta, CA 92562


Hatch, William
2130 La Granada Dr
Thousand Oaks, CA 91362


Hatfeild, Robert
3812 Tiara St
San Diego, CA 92111


Hatfield, Don & Doug
5415 Coral Reef Ave.
La Jolla, CA 92037


Hauber, Rene & Isa
9193 La Colonia Avenue
Fountain Valley, CA 92708


Haug, Deborah & Paul
1190 Deertrail Lane
Solvang, CA 93463

Hauptman, August
4920 N. Nearglen Avenue
Covina, CA 91724


Hauptman, August
4920 Nearglen Ave.
Covina, CA 91724


Havlik, Laura
6051 Hayter Ave
Lakewood, CA 90712


Havlin, Julie & Grace
1750 Avenida Sevilla
Oceanside, CA 90256


Hawkins, Delbert
5041 Cornell St.
Westminister, CA 92683


Hawley, Jack & Linda
6438 Ridge Manor Ave.
San Diego, CA 92120


Hawley, Jack & Linda
6438 Ridgemanor Ave.
San Diego, CA 92120


Haws, Peter
65 Manzanita Dr
Solvang, CA 93463

Haws, Richard & Dawn
12520 Benson Ave.
Chino, CA 91710


Hayden, Floyd
16138 Village 16
Camarillo, CA 93012


Hayes, Helen
14 Villa Ct S
San Franciso, CA 94080


Hayes, Ken
56481 Anaconda Dr.
Yucca Valley, CA 92284


Hayes, Mollie
3 Pursuit #227
Aliso Viejo, CA 92656


Haynes, John & Ruth
1161 W. 23rd St.
Upland, CA 91784


Haynes, Viola
1634 Grove St
San Francisco, CA 94117


Hays, Maxine
935 N. Fairview St.
Anaheim, CA 92801

Hazelwood, Kenneth
2646 Klamath Ct
Riverside, CA 92503


Head, Lynne
6052 Patmos Way
Oceanside, CA 92056


Headly, Lenore
18821 Corday Avenue
Torrance, CA 90504


Heath , Joe
3629 Pine Ave
Long Beach, CA 90807


Heath, Joe
3629 Pine Ave
Long Beach, CA 90807


Hecksel, Eugene
4555 71St St Unit 2
La Mesa, CA 91942


hedy, Danny & Judy
8686 Merced Cir. # 1008-A
Huntington Beach, CA 92646


Hegbloom, Mark A.
2015 Chapperal West
Covina, CA 91791

Heitzman, Sylvia
1383 La Jolla Rancho Rd.
La Jolla, CA 92037


Helder, Cora
1414 Bella Vista Crest
Redlands, CA 92373


Heller, Paul
866 S. Eureka Ave
Big Bear, CA 92315


Helmuth, John & Camille
5240 Coruna Court
Santa Barbra, CA 93111


Hembree, Loyd & Sharon
1467 Wolverton Ave
Camarillo, CA 93010


Henderson, Lynn
16370 Shasta Ave
Fountain Valley, CA 92708


Heng, Malee
7567 Isla Street
Hemet, CA 92545


Henn, Nona Irene
163 Aspen St.
Arroyo Grande, CA 93420

Henn, Nona-Irene
163 Aspen St.
Arroyo Grande, CA 93420


Henry, Ada M.
1370 Via Escuela
Palm Springs, CA 92262


Henry, Audrey
5200 Irvine Blvd Sp 511
Irvine, CA 92620


Henry, Dwain & Regina
1427 W. 123 Rd St.
Los Angeles, CA 90047


Hensley, Julia
1589 Mesa Verde
Vista, CA 92684


Hensley, Larry
2666 Oregon
Long Beach, CA 90806


Henson, Angelina
1273 Bothwell Ave.
Colton, CA 92324


Hentzchel, Gary & Valerie
20111 West Point Dr.
Riverside, CA 92507

Hermestroff, Helen
5620 Keynote Street
Long Beach, CA 90808


Hermestroff, Helen
5620 Keynote St.
Long Beach, CA 90808


Hernandez, Alfonso
15539 Le Floss Ave
Norwalk, CA 90650


Hernandez, Bob & Arlene
21602 Linda Dr.
Torrence, CA 90503


Hernandez, Dawn
4887 W. Ramona Pl.
Ontario, CA 91762


Hernandez, Edward & Lupe
3165 Estara Ave.
Los Angeles, CA 90065


Hernandez, Elizabeth
6117 Parkside Ave
San Diego, CA 92134


Hernandez, Jose & Rosa
25201 Filaree Ave
Moreno Valley, CA 92557

Hernandez, Josefina
11128 Van Owen St. N.
Hollywood, CA 91605


Hernandez, Marie
2040 Via Veneto
Escondido, CA 92027


Hernandez, Robert & Zenaida
83305 Rosa Ave.
Thermal, CA 92274


Hernandez, Roman & Angela
818 Pioneer Avenue
Wilmington, CA 90744


Hernandez-Kruspodin, Mark
16630 Knollwood
Granada Hills, CA 91344


Hero Program
15073 Avenue of Science
San Diego, CA 92128


Herrera, Albert & Darlene
2856 N.Crescent
San Bernardino, CA 92405


Herrera, Alice
3518 Greenglade Ave
Pico Rivera, CA 90660

Herrera, David
10102 Maroon Street
El Monte, CA 91733


Herring, Kathleen
51930 Avenida Martinez
La Quinta, CA 92253


Hersh, Susan & Brian
379 Princton Ave.
Goleta, CA 93111


Hess, Linda
1165 Stovall
Hacienda Heights, CA 91745


Heyes, Darcie
31455 Lobo Canyon
Agoura Hills, CA 91301


Hicks, Curtis & Lorna
29612 Rossiter Rd
Murrieta, CA 92563


Hicks, Darrow & April
975 Shelly Street
Alta Dena, CA 91001


Highfill, Carol
5522 Encelia Dr.
Twenty-nine Palms, CA 92277

Highfill, Thomas & Carol
5522 Encelia Dr
Twentyine Palms, CA 92277


Hildebrand, Helen
10333 El Matador Ln
Santee, CA 92071


Hildebrand, Michael
3925 Via San Jose
Riverside, CA 92504


Hill, Charles & Bettymarie
9771 Devon St
Rancho Cucamonga, CA 91730


Hill, Charles & Bettymaryee
9771 Devon Street
Rancho Cucamonga, CA 91730


Hill, Cynthia
4049 Aragon Dr
San Diego, CA 92115


Hill, John & Mariam
24772 Camino Villa
Lake Forest, CA 92630


Hill, John & Miriam
24772 Camino Villa
Lake Forest, CA 92630

Hill, Kevin & Darlin
2925 Griffen Cir.
Corona, CA 92879


Hill, Marlin & Ellie
164 N. Madrid Ave.
Newbury Park, CA 91320


Hillstrom, Ann
4005 Calle Sorona Oeste
Laguna Woods, CA 92637


Hindin, Martha
40341 Pebble Beach Cir
Palm Desert, CA 92211


Hines, Dorothy
1009 Belfort Ave.
Pomona, CA 91767


Hino, Lance & Nancy
322 N. Resh St
Anaheim, CA 92805


Hinson, Bryan & Jennifer
2040 Coolcrest Ave.
Upland, CA 91784


Hipper , Audrey
11183 Caminito Vista Serena
San Diego, CA 92131

Hipper, Audrey
11183 Caminito Vista Serena
San Diego, CA 92131


Hirshberg, Sheila
5379 C. Avenida Sosiega
Laguna Woods, CA 92637


Ho, Ellen
19017 enslow dr.
Carson, CA 90746


Hocum, John & Diane
4920 Taft St.
Chino, CA 91710


Hodgson, Martha
19532 Kendall Dr
San Bernardino, CA 92407


Hoff, Sheryn
1922 Volk Ave.
Long Beach, CA 90815


Hoffer, Margo & Mr.
5624 Azure Way
Long Beach, CA 90803


Hoffman, Chad & Nicole
11902 Bexley Drive
Whittier, CA 90606

Hoffman, Nolan
31991 Paseo Amante
San Juan Capistrano, CA 92693

Hoffman, Richard & Lori
3119 Yellowstone Dr.
Costa Mesa, CA 92626

Hogue, Milton & Joan
8602 Rancho Vista
Paramount, CA 90723

Holder, Elaine
7436 Fillmore Dr.
Buena Park, CA 90620

Holdren, Randy
6682 Berry Ave.
Buena Park, CA 90620

Holguin, Gloria
2620 W. Fron Street
Alhambra, CA 91803

Hollander, Barbara
83440 Ella Ave
Thermal, CA 92274

Hollenbeck, Hans & Emilia
3210 Oatwood Dr.
Julian, CA 92036

Hollenstein, Al
2225 Famplona Way
Carlsbad, CA 92209


Holliman, Tom & Irene
720 E. Elsmere Dr
Carson, CA 90746


Hollister , Edith
4592 Via Clarice.
Santa Barbara, CA 93111


Holly, Daphne
360 N. 17th Street
San Jose, CA 95112


Holmstrom, Mark
24 Faculty Ct.
Thousand Oaks, CA 91360


Holster, Elizabeth
306 Molokai Drive
Placentia, CA 92870


Home Depot
PO Box 790328
Saint Louis, MO 63179


Home Depot
PO Box 790328
St Louis, MO 63179

Honma, Eric
170 E. 36th Street
Long Beach, CA 90807


Honsayco, Chris & Leilani
5 Lillano
Irvine, CA 92614


Hook, Sherrie
280 Parkview Dr.
Lake Elsinore, CA 92530


Hooker, Cathy
6142 Beeman Ave
N. Hollywood, CA 91606


Hopkins, Julie
17202 Golden View Ln
Huntington Beach, CA 92647


Horn, Isaac
13627 Lighthouse Ct.
Fontana, CA 92336


Horn, Megan
1494 14Th St
Imperial Beach, CA 91932


Hornbeck, Linda
29772 Preston Dr.
Laguna Niguel, CA 92677

Horta, Juan & Maria
2511 Cedar Ave
Long Beach, CA 90806


Horton, Kathleen
554 N. Mill St
Santa Paula, CA 93060


Horton, Michael & Cynthia
405 N 3Rd St
Lompoc, CA 93436


Horton, Michael & Cynthial
405 N. 3rd St
Lompoc, CA 93436


Horvath, Michael
17304 Kingsbury St.
Granada Hills, CA 91344


Hosmer, Bill & Arlene
2034 Avenue of the Tree
Carlsbad, CA 92008


House, Alan
3040 N. Victoria Dr.
Alpine, CA 91901


Householder, Kathy
804 W. Monterey Rd
Corona, CA 92882

Housh, Stella
8614 Anrol Ave.
San Diego, CA 92123


Houston, Shirley
4008 Stichman Ave
Baldwin Park, CA 91706


Houy, Leo
8122 San Miguel
Buena Park, CA 90620


Hovious, Patricia
1539 Deodora St.
Simim Valley, CA 93065


Howard, Robert & Erica
3575 Newland Rd
Oceanside, CA 92058


Howell
7032 Tiara Ave
Highland, CA 92346


Howell, Doris
3483 N Fair Oaks Ave
Altadena, CA 91001


Howell, Dorothea
14925 Binney St.
Hacienda Hieghts, CA 91745

Howell, Gerald & Dorothea
14925 Binney St.
Hacienda Heights, CA 91745

Howell, Gerald & Dorothy
14925 Binney St.
Hacienda Heights, CA 91745

Howerton, Lonnie
24232 Solonica Ave.
Mission Viejo, CA 92691

Howie, Doris
893 Spinosa
Sunnyvale, CA 94087

Hoxel, Mike
9726 Caminito Doha
San Diego, CA 92131

Hoyle, Ralph
554 E. Fairfield
Ontario, CA 91761

Hristov, Ray & Deniza
36950 Ferber
Rancho Mirage, CA 92270

Hsiung, Joy
325 S Del Loma Ave.
San Gabriel, CA 91776

Huang, Rose
2607 45th Ave
San Francisco, CA 94116


Hubbard, Terance
21351 Markham Street
Perris, CA 92570


Huber, Charlotte
366-C Avenida Castilla.
Laguna Woods, CA 92637


Huber, Hildegard
17602 Fonticello Way
San Diego, CA 92128


Huckler, Lori
705 Packsaddle Ln
Walnut, CA 91789


Hudgeons, Car & Melanson, Gloria
113 Date Ave
Imperial Beach, CA 91932


Hudgeons, Carl
113 Date Ave
Imperial Beach, CA 91932


Hudgeons, Gloria & Carl
113 Date Ave
Imperial Beach, CA 91932

Hudnall, Sharon
6373 Lambanda Dr.
San Diego, CA 92120


Huereque, Grey
5355 Zola Ave.
Pico Rivera, CA 90660


Huereque, Grey & Delores
5355 Zola Ave
Pico Rivera, CA 90660


Huff, Sally
44249 11th E. St.
Lancaster, CA 93535


Huffman, Gertrude
5727 Plumas St
San Diego, CA 92139


Huffnagle, Rich
10282 Overhill Dr
Santa Ana, CA 92705


Huggins, Harold & Clemie
27120 Stanford Ave
Madera, CA 93637


Hughes, Charles & Linda
1402 N Deerhaven Ln
Anaheim, CA 92801

Hughes, Mike
2261 Las Palomas Dr
La Habra Heights, CA 90631


Hughues/Kuwitzly, Bernice
314 Jacaranda
Fullerton, CA 92832


Huitrado, Gilbert & Anne
1142 LELAND AVE
WHITTIER, CA 90605


Humphrey, Jacqueline
2146 W. Imperial Hwy
Hawthorne, CA 90250


Hunley, Allen
10350 Escadera Drive
Lakeside, CA 92040


Hunley, Allen
10350 Escadera Dr
Lakeside, CA 92040


Hunt, Paul & Diane
10463 Caminito Banyon
San Diego, CA 92131


Hunter, Debra
5208 W. 54th Street
Los Angeles, CA 90056

Hunter, Toya
727 112Th St
Los Angeles, CA 90059


Huntley, Norman
26625 Salamanca Dr.
Santa Monica, CA 92691


Hurtado, Salvador
4074 Market Street
Piru, CA 93040


Hutchinson, Duane
14729 Loyola St
Moorpark, CA 93021


Huynh, Tung & Tong, Bachyen
7448 Mason Heights
San Diego, CA 92126


Hyman, Ken
660 Walnut Park Lane
Santa Barbara, CA 93111


I.Q. Data International, Inc, collection
PO Box 2130
Everett, WA 98213-0130


Iacometti, Jim
33681 Calle Conejo
San Juan Capistrano, CA 92675

Ibarra, Jose & Mirella
13629 S. Catalina Avenue
Gardena, CA 90247


Iglesias, Elezar
818 S Main Street
Santa Ana, CA 92701


Ilenstine, Bob & Sarah
949 W. Harding Ave.
Santa Maria, CA 93458


Imberi, Leroy & Lee
1918 N. Silverwood St.
Orange, CA 92865


IMG Coating & Painting
PO Box 39131
Downey, CA 90239


Imrich, Rudolph
11406 Lower Azusa Rd
El Monte, CA 91732


Indermill, Basil
3825 Bay Leaf Way
Oceanside, CA 92057


Infante, Johanna & Gilbert
2128 Chianti Dr
Santa Rosa, CA 95403

Infinity Contact, Inc.
4700 Tama Street Drive SE
Cedar Rapids, IA 52403


Ingram, Mike
5716 Berkeley Rd.
Goleta, CA 93117


Innocenti, Margaret
205 W. Brucker Road
Oxnard, CA 93033


Internal Revenue Service
Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101


Irby, Thonmas
6061 Montecito Dr.
Huntington Beach, CA 92647


Irogoyen, Juan
1308 Phillips
Long Beach, CA 90805


iRoof
18242 McDurmott W  Ste G
Irvine, CA 92614


Irrarragorri, Carmen
144 Cero Street
Encinitas, CA 92024

Irvine, Darold & Dianna
23835 Via Segovia
Murrieta, CA 92562


Irwin, Carol
2371 Rutgers Dr.
Costa Mesa, CA 92676


Irwin, William
28543 Via Las Flores
Murrieta, CA 92563


Isaac, Steve
1306 Morning Glory Lane
Vista, CA 92084


Isaacson, James
18629 Vanowen St.
Reseda, CA 91335


Ismail, Daniel & Dana
5806 Camber Dr.
San Diego, CA 92117


Iversen, Dolores
13275 Mountain View Rd.
Desert Hot Springs, CA 92240


Jackson
633 Ventura
Altadena, CA 91001

Jackson  , Ron
9641 Glenbrook
Cypress, CA 90630


Jackson, Albert & Riley, Nora
3868 Chelsea Dr
La Verne, CA 91750


Jackson, Darnella
11896 Meadow Wood Way
Moreno Valley, CA 92577


Jackson, Louise
17902 Oldglen Ln
Huntington Beach, CA 92649


Jackson, Marie
22872 Rockress St.
Corona, CA 92883


Jackson, Paul & Valeria
14378 Nantucket St
Hesperia, CA 92344


Jackson, Ron & Marilyn
9641 Glenbrook Street
Cypress, CA 90630


Jackson, Terrean
874 Derby Street
Corona, CA 92887

Jackson, Walter & Myra
5319 Kalmia St
San Diego, CA 92105


Jacobs, Mary
42429 52Nd St
Lancaster, CA 93536


Jacobson, Virginia & Sanford
78298 Sunrise Canyon Ave.
Palm Desert, CA 92211


Jadalla, Ahlam
4580 Larwinn Street
Cypress, CA 90630


Jaeger, Joan
2278 Vestal Ave
Castro Valley, CA 94546


Jagger, Randall & Helen
5530 E Pageantry St.
Long Beach, CA 90808


Jagger, Randy
5530 Pageantry
Long Beach, CA 90808


Jahn, Wolfgang & Elke
12606 Stanwood Pl.
Los Angeles, CA 90066

James, Arvis
1214 W. Hemlock
Oxnard, CA 93033


James, Christian
1920 Gateway Dr.
San Diego, CA 92105


James, Everett
1744 Kingston Circle
Redlands, CA 92374


James, James
7439 Blackhawk Cir
Buena Park, CA 90620


James, Morgan
37867 Birchtree Ln
Palmdale, CA 93550


James, Morgan
37867 Birch Tree Ln.
Palmdale, CA 93550


James, Rita
703 Harbor Rd
Alameda, CA 94502


Janek, Gloria
3251 Barry Ave
Los Angeles, CA 90066

Jarbo, Nicole
27852 Aberdeen
Mission Viejo, CA 92961


Jarnoski, Claudine
27355 Harlan Lane
Highland, CA 92346


Jasso's Construction
10725 Forest St
Santa Fe Springs, CA 90670


Jauregui, Adriana
11229 Mina Ave
Whittier, CA 90605


Jauregui, Ortensia & Ramon
266 Montgomery St
Chula Vista, CA 91911


Jax, Peter
1030 Fathom Ave
Seal Beach, CA 90740


JCI World Marketing
11867 Kathyann Street
Lakeview Terrace, CA 91342


Jeffers, Derek & Ester
3405 Flordia St.
San Diego, CA 92104

Jefferson, Bernard & Marijka
5452 Saint Marys Cir
Westminister, CA 92683

Jeffries, Emmaline
13114 Ballestros Ave
Chino, CA 91710

Jelesko, Myrna
872 Betlin Ave
Cupertino, CA 95014

Jenkins, Ethel
392 E. 17th St.
San Bernardino, CA 92405

Jenkins, Joan
1763 Pentuckett Ave.
San Diego, CA 92104

Jerdee  , Douglas
5526 Chateau
San Diego, CA 92117

Jerge, James
2588 Rymar Lane
San Jose, CA 95133

Jevremov, Victor & Peggy
3640 Vista De La Canada
Escondido, CA 92029

Jewell, Michael Shawn & Tamara
3485 Pine St.
Santa Ynez, CA 93460


Jimenez , Carlos & Marisela
66699 Desert View Ave.
Desert Hot Springs, CA 92240


Jimenez, Angela
290 Fox Hollow Circle
Morgan Hill, CA 95037


Jimenez, Yolanda & John
9161 Neath St.
Ventura, CA 93004


Jin, Yi & Janet
33 Colonial
Irvine, CA 92620


Johansen, Marieann
66040 Acoma
Desert Hot Springs, CA 92240


Johansen, Marieann
66040 Acoma Ave.
Desert Hot Springs, CA 92240


John Baik, Esq.
Lowe & Baik
3600 Wilshire Blvd Ste 720
Los Angeles, CA 90010

Johns, Jay
35061 Vaquero Rd.
Cathedral City, CA 92234


Johnson , Wayne & Joanne
4571 Jamboree St.
Oceanside, CA 92057


Johnson, Barbara
707 G Avenida Majorca
Laguna Woods, CA 92637


Johnson, Clif & Kendall
3628 Walnut Ave
Concord, CA 94519


Johnson, Donald & Delores
3310 Florecita Dr.
Pasadena, CA 91001


Johnson, Emmy & Marvin
6470 Thornhill Dr.
Oakland, CA 94611


Johnson, Janet
2387 Casitas Way
Palm Springs, CA 92264


Johnson, Jeanne & Jeffrey
53800 Avenida Ramirez
La Quinta, CA 92253

Johnson, Jennifer
72032 Desert Air Dr.
Rancho Mirage, CA 92270


Johnson, Joann
642 Roskilde Rd
Solvang, CA 93463


Johnson, Lawrence
1727 30th St.
San Diego, CA 92102


Johnson, Mary
627 Glendale Terrace
Glendale, CA 91206


Johnson, Mel & Barbara
319 E. Florence Ave.
La Habra, CA 90631


Johnson, Olga
1650 N. Verde Ave
Rialto, CA 92376


Johnson, Ruma
528 Hibiscus Court
Chula Vista, CA 91911


Johnson, Sam
8019 Bolton Ave
Riverside, CA 92503

Johnson, Scott & Tara
28808 Evening Passage Drive
Menifee, CA 92584


Johnson, Terry
17 Skygate
Aliso Viejo, CA 92656


Johnson, William & Ellen
1837 Miramar Street
Perris, CA 92571


Johnson-Chisolm, Alma
755 Authirium Ave.
Perris, CA 92571


Johnston, Clint & Karen
1711 Monte Vista Dr
Vista, CA 92084


Johnston, Karen & Robert
1711 Monte Vista Ave
Vista, CA 92084


Joiner, Margaret
1679 Melrose Ave Unit #B
Chula Vista, CA 91911


Jonathan Neil & Assoc.-collection agency
18321 Ventura Blvd  Ste 1000
Tarzana, CA 91356

Jones, Beverley & Dorathy
525 Brossard Dr.
Thousand Oaks, CA 91360


Jones, Chrystal
2414 W. Corydon St
Compton, CA 90220


Jones, Danny
15439 Hartsville St
La Puente, CA 91744


Jones, David & Tinelle
17720 Regency Cir
Bellflower, CA 90706


Jones, Ellen
17652 webster Ave.
Irvine, CA 92614


Jones, Judy
16201 Ballantine Ln.
Huntington Beach, CA 92647


Jones, Leona
4729 Lorelei Ave.
Long Beach, CA 90808


Jones, Lisa
8232 Santa Inez Dr.
Buena Park, CA 90620

Jones, Mary
1645 La Corta St
Lemon Grove, CA 91945


Jones, Melford
1443 W. 95Th St
Los Angeles, CA 90047


Jones, Michael
1542 S. 10Th Ave
Arcadia, CA 91006


Jones, Milo & Jeanne
5901 Price Dr.
Huntington Beach, CA 92649


Jones, Pearl
7875 Whelan Dr
San Diego, CA 92119


Jones, R.M.
72326 El Paseo Drive
29 Palms, CA 92277


Jones, Roger
1362 Bullard Lane
Tustin, CA 92780


Jones, Shawn & Rose
6459 Falcon Ave.
Long Beach, CA 90805

Jordan, Birgit
8852 Marylee Dr
Garden Grove, CA 92841


Jordan, birgit
925 Carlson Drive
Brea, CA 92821


Jordan, Dan
4626 Barrington Ct.
Bonita, CA 92002


Jordan, Gary & Rebecca
2282 Valley View Blvd
El Cajon, CA 92019


Jordan, George & Kathleen
5489 C Paseo Del Lago W
Laguna Woods, CA 92637


Jordan, Louis & Joleen
11484 Palito Ct
San Diego, CA 92127


Jordan, Percy
5489-C Paseo Del Lago W.
Laguna Woods, CA 92637


Jordan, Richard & Isabelle
7209 Farmdale St
San Diego, CA 92114

Jordan, Robert
2271 Mardivado Place
Fallbrook, CA 92028


Jost, Ryan & Jamie
7791 Pajonia Cir
Buena Park, CA 90620


Joujon-Roche, Peirre & Nancy
10710 Lugo Way
Culver City, CA 90230


Joujon-Roche, Pierre & Nancy
10710 Lugo Way
Culver City, CA 90230


Journigan, Gary & Shelly
560 Glover Ave
Chula Vista, CA 91910


Joy, Julie
28124 st Kitts
Mission Viejo, CA 92692


Juanzemis
330 Bungalow Drive
El Segundo, CA 90245


Juarez, Leo
1377 Bowen St.
Upland, CA 91786

Jucevic, Betty
648 24Th Place
Hermosa, CA 90254


Jucevic, Betty
648 24th Pl
Hermosa Beach, CA 90254


Julian, Arthur
12751 Tunstall Street
Garden Grove, CA 92845


Jun, Mark
4484 Los Serranos Blvd.
Chino Hills, CA 91709


Jures, Pam
944 14th Place
Escondido, CA 92025


Jurisich, Ryan & Sokolis, Raven
5247 Grand Ave
Yucca Valley, CA 92284


Kadley, Kamala
3048 Via Serena Street # Q
Laguna Woods, CA 92637


Kairuz, Salino
33006 Adelante
Temecula, CA 92592

Kaiser Permanente
PO Box 23219
San Diego, CA 92193-9921


Kalim, Abdullah
2351 Medlar Rd.
Tustin, CA 92780


Kaltenburn, Richard
422 Sierra Vista
Redondo Beach, CA 90277


Kama, David & Connie
32182 Fall River Road
Trabuco Canyon, CA 92679


Kameda, Tadoa
4214 Ruthelma Ave
Palo Alto, CA 94306


Kanasardas Investment, LLC
3845 E Coronado Street
Anaheim, CA 92807


Kanatzar, Ivy
618 E. Pacific St
Carson, CA 90745


Kanatzar, Ivy
618 E Pacific St
Carson, CA 90745

Kaneko, Tsuneo
620 N. Holyoke Ave
Pacific Palisades, CA 90272


Kapadia, Kirit
10627 Matinal Cir
San Diego, CA 92127


Kaplan, Dave
436 Stonehedge Pl
San Marcos, CA 92069


Kaplan, Dean
12432 Fairfield St.
Garden Grove, CA 92845


Kaplow, Harry & Elaine
363 W. Laurel Ave.
Glendora, CA 91741


Karlin, Patsy
31299 Bocaw Circle
Temecula, CA 92592


Karlin, Patsy
31299 Bocaw Cr
Temecula, CA 92592


Karlin, Patsy
31299 Bocaw Cir
Temecula, CA 92592

Kasberg, Kris & Lisa
3188 Bear Creek Dr
Newbury Park, CA 91320


Katasky, Victor & Tatiana
12 Colony Way
Aliso Viejo, CA 92656


Katz, Sylvan
4003 Calle Sonora Oeste Unit 3G
Laguna Woods, CA 92637 92637-0000


Kaur, Daljit
26682 6th St.
Highland, CA 92346


Kay, Earl
15472 Vermont
Westminster, CA 92683


Kay, Helen & Larry
6137 Chester oark Dr.
Lakewood, CA 90713


Kay, Martin & Susana
1051 Bradcliff
Santa Ana, CA 92705


Kaysarn, John
1060 W. Princeton St.
Ontario, CA 91762

Keane, Catherine
675 Diamond Way Unit #239
Vista, CA 92083


Kearney, Jeff & Laura
7340 E. Skyline Drive
Orange, CA 92867


Keeble, Robin & New, Carol
5487 Twin Lakes Dr
Cypress, CA 90630


Keech, Helen
27900 Ridgebluff Ct
Rancho Palos Verdes, CA 90275


Keenan, Yuliya
665 Languid Ln.
Simi Valley, CA 93065


Keener, Ernie & Gail
940 N. San Marcos Rd
Santa Barbara, CA 93111


Keil, Dean & Karen
3042 Paula Dr
Santa Monica, CA 90405


Keith, Dennis
7460 Margerum Ave
San Diego, CA 92120

Keith, Dennis
7460 Margerum Ave.
San Diego, CA 92120


Keivens, Tom & Linda
3621 Armitage St.
San Diego, CA 92117


Kelley, Cindy
15151 Tuba St.
Mission Hills, CA 91345


Kelley, Cynthia
15151 Tuba Street
Mission Hills, CA 91345


Kellogg, Ron & Sonya
6265 Roundhill Dr
Whittier, CA 90601


Kelly, Cameron
1932 Vista Grande Way
Porter Ranch, CA 91326


Kelly, Doris F.
74-441 Zircon Cir.
Palm Desert, CA 92260


Kelly, Jennifer
720 DeWitt Ave
Encinitas, CA 92024

Kelly, Renee
4409 Howard St.
Montclair, CA 91763


Kelly, William & Gladys
3772 Carlin Ave.
Lynwood, CA 90262


Kelsch, Ralph
2604 E. Santa Clara
Fullerton, CA 92831


Kemp, Steven
56425 Scandia Ave
Yucca Valley, CA 92284


Kennedy, Don & Kaycee
11082 Iris Dr.
Garden Grove, CA 92840


Kennedy, Roger
7 Vista Sabana
Rancho Santa Margarita, CA 92688


Kent, Beverly
19855 Vista Hermosa Dr.
Walnut, CA 91789


Kent, Gordon
1180 Rancheros Pl.
Pasadena, CA 91103

Kenworthy, James
5849 Guatemala
Buena Park, CA 90620


KenWorthy, James & Teena
5849 Guatemala way
Buena Park, CA 90620


Kerrigan, Joanna
13 Coach Rd.
Rancho Palos Verdes, CA 90275


Kessler, Betty
3 Lassin Place
Santa Barbara, CA 93111


Kessler, Joan
1409 Dorita Ct.
Upland, CA 91786


Kessler, Mariann
570 High Eagle Ct
Walnut Creek, CA 94595


Kewal, Sejay
922 Rock Canyon
San Jose, CA


Key Equipment Finance
11030 Circle Point Rd.  2nd Fl
Westminster, CO 90020

Khachukova, Galina
13092 Newland St.
Garden Grove, CA 92844


Khouri, Dorian
3556 Beverlyridge
Sherman Oaks, CA 91423


Killinger, George
2745 S. Foose Rd.
Malibu, CA 90265


Killion, Robert
5459 Candlelight Dr
La Jolla, CA 92037


Killion, Robert
5459 Candlelight Dr
La Jolla, CA 92037


Kim, Tae & Hannah
2459 W. Chanticleer Rd
Anaheim, CA 92804


King, Lee
2317 Keegan Way
Santa Ana, CA 92705


King, Simon & Kristine
15303 Ojai Rd.
Santa Paula, CA 93060

King, Toyia
15783 Patricia St
Moreno Valley, CA 92551


Kirchner, Jeanette
3868 Bass St
La Mesa, CA 91941


Kirchner, Jeanette
3868 Bass Street
La Mesa, CA 91941


Kirchner, Jeanette
3868 Bass St.
La Mesa, CA 91941


Kirkbride, Serena & Craig
2433 Jasper Glen
Escondido, CA 92029


Kirkhart, Jerry & Judie
2350 Inyo Dr.
Los Osos, CA 93402


Kirkheart, Jerry & Judy
2350 Indio Dr
Los Osos, CA 93402


Kirklen, Karen
1241 Sunflower Lane
PalmSprings, CA 92262

Kirkpatrick, James
9187 Cockatoo Ave
Fountain Valley, CA 92708


Kirwan, Janet
511 Walnut Dr
Milpitas, CA 95035


Kittrell, Jack
42236 20th St W
Lancaster, CA 93534


Kitzman, Andrew
114 Zorana Pl
San Pedro, CA 90732


Kleist, Fred & Karen
25252 Las Bolsas
Laguna Hills, CA 92653


Klejeski, Richard
3962 Spica Way
Lompoc, CA 93437


Kline, Marie
451 Walters St.
Colton, CA 92324


Klingensmith, Laura & William
77054 California Dr.
Palm Desert, CA 92211

Klinghoffer, William
3715 Avolencia Dr.
Fullerton, CA 92835


Kloessner, Maria
23676 Sorsina
Laguna Hills, CA 92653


Klose, Joan
132 Via Trieste
Newport Beach, CA 92663


Klunder, Joan
28872 Via Buena Vista
San Juan Capistrano, CA 92675


Knight, Dylan & Dara
9157 Sebastiane Way
Sacramento, CA 95829


Knight, Jeffrey
2143 Saxe Court.
Thousand Oaks, CA 91360


Knobbe, Loretta Jean
4650 Jeri Way
El Cajon, CA 92020


Knoblauch, Renate Burns
42585 Devonshire St
Palm Desert, CA 92211

Knorr, Robert & Pat
20451 School Kraft St.
Winnetka, CA 90306


Knoth, Charlie & Sallie
7112 Betty Dr
Huntington Beach, CA 92647


Knox, Brandon & Kim
29523 Hyperion Street
Murrietta, CA 92563


Kobata, Keith & Robin
24265 Park St.
Torrance, CA 90505


Koch, Horst
31371 Alta Vista
Redlands, CA 92373


Koch, Virginia
24029 Pico Ave
Sun City, CA 92585


Koch, Woody & Marti
2413 Hartford Ave.
Fullerton, CA 92835


Kochman, Thomas
777 Greenleaf Canyon Rd
Topanga, CA 90290

Koerselman. Hanriette
12527 Fallcreek Ln
Cerritos, CA 90703


Kohls
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Konkol, Bill & Cathy
560 Dalton Way
Goleta, CA 93117


Kosin, Carolyn & Beaver, Peter
1941 Lave Ave.
Long Beach, CA 90815


Kovacs, Tim
9507 E. Camino Real
Arcadia, CA 91007


Kowalski, John
2080 Alexander Dr
Escondido, CA 92025


Kowalski, John & Sandy
938 Taft Ave.
El Cajon, CA 92020


Kozonis, Lynda Harris
24820 Valecrest Drive
Moreno Valley, CA 92557

Kraus, Susan
1772 Amherst Rd.
Tustin, CA 92780


Krentz, Donald & Jan
13828 Pequot Drive
Poway, CA 92064


Krentz, Donald & Jan
13828 Peguot Dr
Poway, CA 92064


Krentz, Ryan & Tanya
143 Willow Grove Place
Escondido, CA 92027


Kress, Steve & Allison
2629 Fawn Cir
La Verne, CA 91750


Krickhahn, Herbert & Marcia
5603 Stallion Oaks
El Cajon, CA 92019


Krischen, Alice
26570 San Fransisco Crt
Highland, CA 92346


Kroeze, Scott
4358 Tulane Ave
Long Beach, CA 90808

Krogh, Auis
2241 Avenita Del Diablo
Escondido, CA 92029


Krolik, Georgia
9768 Hinsdale St.
Santee, CA 92071


Krueger, Lawrence
8845 Camphor Ave
Hesperia, CA 92345


krug, Lillian
8458 Carnation Drive
Buena Park, CA 90620


Krumm, Theodor
1020 San Bernardino Avenue
Spring Valley, CA 91977


Kruspodin, Mark
15910 Ventura Blvd. #800
Encino, CA 91344


Kryger, Robert
888 S Lemon St.
Anaheim, CA 92805


Kubiak, Marie
121 Stanford Ln.
Seal Beach, CA 90740

Kuderna, Jerome & Fleming, Marilyn
1431 Glendale Ave
Berkeley, CA 94708


Kuhlmeyer, April & Ed
6929 Mautonya Rd
29 Palms, CA 92277


Kuhlmeyer, Edward & April
6929 Mantonya Dr.
29 Palms, CA 92277


Kulpa, John
1 Bowe RD
Rolling Hills, CA 90274


Kunsman, Steve & Gloria
1111 San Pasquale Valley
Escondido, CA 92027


Kuoppamaki, Lauri & Jeri
2830 Anna Street
Riverside, CA 92506


Kurtz, Curt & Sandy
20514 Sylvanwood Ave
Lakewood, CA 90715


Kurtz, Kurt & Sandra
20514 Sylvanwood Ave
Lakewood, CA 90715

Kutansky, Tom
16725 Ivy Ave.
Fontana, CA 92335


Kuykendall, Floyd
305 Morey Ave
Sacramento, CA 95838


La Fevre, Charles
12591 Aspen Wood Ln
Garden Grove, CA 92840


La Pointe, Mark
1047 E. Grinnell
Burbank, CA 91501


La Pointe, Mark
1047 E Grinnell Dr
Burbank, CA 91501


Labbee, Eileen
1201 N Rancho Ave.
Colton, CA 92324


Labrinto, Adoracion & Francis
9031 Dunabe Ln.
San Diego, CA 92126


Ladner, Marvin
5905 Meadowbrook Ln.
Riverside, CA 92504

Lagaspi, Alicia
6114 Senda Anagosta
Bonita, CA 91902


Lagos, Benito
57 Chaparral Rd.
Oak View, CA 93022


Lagreau, Shari
633 San Felipe
Santa Barbara, CA 93111


Laguna Woods Village
PO Box 2220
Laguna Hills, CA 92654


Laird, Rand
262 Grand Ave
Monrovia, CA 92016


Lake, Diane
69765 Indio Ave.
Mountian Center, CA 92561


Lake, Merrill
812 W College Ave
Lompoc, CA 93436


Laliberte, Thomas
16 Chandra Lane
Rancho Mirage, CA 92270

Lalonde, Thomas
1625 W. Oak Ave
Fullerton, CA 92833


Lalonde, Tom
1625 W Oak
Fullerton, CA 92833


Lambert, Alice
21112 Windchild Ln.
Huntington Beach, CA 92646


lamp, Harlan & Deborah
1601 E. Arbolita
La Habra, CA 90631


Landford, Maurice
39990 Buffy Way
Murrietta, CA 92563


Landinguin, Cecilia & Douglas
2275 Farringdon Ave
Pomona, CA 91768


Landry, Robert
8636 Via Mallorca
La Jolla, CA 92037


Lane, Sondra
1565 W. Arrow Hwy. #D11
Upland, CA 91786

Lang, Marilyn
7155 Mission Grove Pkwy
Riverside, CA 92506


Lange, John
28164 Via Bonalde
Mission Viejo, CA 92692


Langford, Constrance
14544 Central Rd
Apple Valley, CA 92307


Lanterman, Betty
12570 Oaks North
San Diego, CA 92128


Lapalucci, Frances
42684 Edessa
Palm Desert, CA 92211


Lapointe, Mark
1047 E. Grinnell Dr.
Burbank, CA 91504


Lara, Javier
12445 Avenida Alta Loma
Desert Hot Springs, CA 92240


Lara, Josephine
15522 Talbot Drive
La Mirada, CA 90638

Laramie, John
1855 Bagpipe
San Jose, CA 95121

Larsen, Monte
480 Park St.
Buellton, CA 93427

Larsen, Pat
2926 Humphrey
Richmond, CA 94804

Larsen, Raymond & Mrs.
3415 Borreson St
San Diego, CA 92117

Lasaca, Ted
10817 Dakota Ranch Rd
Santee, CA 92071

Lashbrook, Art
4585 Essex Court
San Diego, CA 92010

Laszewski, Dolores
1331 N Date St.
Escondido, CA 92026

Latham, Marcus & Linda
2215 Mayfair Court
Costa Mesa, CA 92627

Latin Affair, Inc.
8351 Stewart and Gray Rd
Downey, CA 90241


Laughlin, Willis & Elsie
2868 Bayside Walk, Unit B
San Diego, CA 92109


Laurent, Craig & Patricia
6360 Eisenhower Court
Chino, CA 91710


Lautenschlager, Carole
6655 Brewster Ct.
Cypress, CA 90630


Lavere, Tom
1101 S Hilda St
Anahiem, CA 92806


Lavery, Adrian & Sarah
2266 Karendale Circle
Riverside, CA 92506


Lavery, Adrian & Sarah
2266 Karendale Cir
Riverside, CA 92506


Lawlor, Leslie & Neil
2142 Dover Way
Pittsburg, CA 94565

Lawrence, Kevin
13383 Harper Pl
Fontana, CA 92336


Lawrence, Michael
4258 West Dale Rd.
Moorpark, CA 93021


Lawrence, Mike & Linda
4258 Westdale Road
Moorpark, CA 93021


Lawson, Carol
5635 Severin Dr.
La Mesa, CA 91942


Lax, Robert
12091 Barnes Court
Moreno Valley, CA 92557


LBA Realty
3347 Michelson Dr. Ste 210
Irvine, CA 92612


Le, Hung
13426 Parkview Terr.
Chino Hills, CA 91709


Le, Jenny
12235 Pine Ave
Norwalk, CA 90650

Leaf, Dan & Delia
2280 Rolling Ridge Dr
Chula Vista, CA 91914

Leary, Fredrick & Margaret
4905 E. Brookside Ave.
Orange, CA 92867

Leavitt, Jean & Matthew
2005 W. Lumber St
Lancaster, CA 93536

Leavitt, Matthew
2005 W. Lumber St
Lancaster, CA 93536

Leavitt, Matthew
2005 W Lumber St
Lancaster, CA 93536

Leavitt-So. Calif. Insur Svcs-Agent
1820 E 1st St 500
Santa Ana, CA 92705-4069

Lebron, Yvonne
2973 Blakeman Ave.
Rowland Heights, CA 91748

Lechner, Ana
6742 Defiance Dr.
Huntington Beach, CA 92647

Lecompte, Eunice
831 S. Hampstead St.
Anaheim, CA 92802


Leday, Michael & Claudette
138 Arran Ave
San Diego, CA 91977


Ledbetter, Jan & Earl
8496 Rosewell St.
Ventura, CA 93004


Ledbetter, Mary
9507 Kessier Ave.
Chatsworth, CA 91311


Lee (Shaw), Kenneth
240 N Coronado Str
Los Angeles, CA 90026


Lee, James
19139 Live Oak St
Hesperia, CA 92345


Lee, Joan
17053 April Ln.
Santa Paula, CA 93060


Lee, Joanmae
1888 Timber Trail
Vista, CA 92081

```
Lee, Samuella
9060 65th Street
Jurupa Valley, CA 92509


Lee, Taryn
2634 La Paloma Cir.
Thousand Oaks, CA 91360


Leedy, Gordon
2447 N. Mountain Ave
Upland, CA 91784


Leedy, Gordon
2447 N Mountain Ave
Upland, CA 91784


LeFevre, Chuck & Beverly
12591 Aspenwood Ln.
Garden Grove, CA 92840


Leinen, Christine
2304 Indian Avenue
Perris, CA 92571


Lejmi, Sonia & Samir
235 Perry St.
Milpitas, CA 95035


Lenhausen, Ron & Cindy
13701 Moreno Way
Moreno Valley, CA 92553
```

Lennon, Jeffrey
2416 Grand Cana
Irvine, CA 92620


Lennon, Jeffrey
2416 Grand Canal
Irvine, CA 92620


Lennon, Nancy
4148 Marwick Ave.
Lakewood, CA 90713


Lenoci, Angelo & Barbara
4895 Sevilla Way
Carlsbad, CA 92008


Lents, James & Pamela
39978 Golfers Dr
Palmdale, CA 93551


Leon, Irene
20505 E. Covina Hills Rd
Covina, CA 91724


Leon, Tony
7360 Peach Blosson Ct
Highland, CA 92346


Leong, Mary & William
113 Donchain Circle
Montebello, CA 90640

Leovy, Patricia
10665 Caminito Cascara
San Diego, CA 92108

Lesaca, Theodore
10817 Dakota Ranch Rd.
Santee, CA 92071

Lesher, Sheila
9881 Paseo Montalban
San Diego, CA 92129

Levine II, Barry
3058 Foothill Rd.
Santa Barbara, CA 93105

Levine, Melvin & Gloria
3247 N. San Amadeo.
Laguna Woods, CA 92653

Levinson, Mimi
2119 29th St.
San Diego, CA 92104

Levitt, Esther
3500 #3D Bahia Blanca W.
Laguna Woods, CA 92637

Levshin, Oleg
5715 Baltimore Dr. #143
La Mesa, CA 91942

Lew, Susan
322 Los Higos St.
Alhambra, CA 91801


Lewellyn, Karen
1102 Aha St
Redlands, CA 92374


Lewis, Curtis
8790 Regency Rd.
San Diego, CA 92123


Lewis, Erma
77660 Delaware
Palm Desert, CA 92211


Lewis, Geraldine
76 Surry Place
Goleta, CA 93117


Lewis, Geraldine
76 Survey Pl
Goleta, CA 93117


Lewis, Geraldine
76 Surrey Pl
Goleta, CA 93117


Lewis, James
5258 Silkwood Dr.
Oceanside, CA 92056

Lewis, Joan
38822 2Nd St E
Palmdale, CA 93550


Lewis, Monika
31680 Sky Blue Water Trail
Catheral City, CA 92234


Lewis, Selma
79 Hillside Dr.
Fairfax, CA 94930


Leyner, J. Richard
17312 Dearborn St.
Northridge, CA 91325


Li, Jeffrey & Jeanne
601 London St
San Francisco, CA 94112


Liberty Mutual Insurance
PO Box 85834
San Diego, CA 92186-5834


Libuano, Tirso
3003 Via Buena Vista Unit B
Laguna Woods, CA 92637


Lihs, Inge
76821 Ascot Cir
Palm Desert, CA 92211

Liles, Douglas & Sandy
575 N. Willow
Fresno, CA 93727


Limp, Dan & Brown, Jill
4373 Dina Court
Cypress, CA 90630


Lin, Robert
6 Silver Fern
Irvine, CA 92603


Lindholm, Carrol
2820 Grandville Avenue
Los Angeles, CA 90064


Lindig, Candida
67270 Ovante Rd
Cathedral City, CA 92234


Lindow, Tom & Frances
2425 Ocean View Pl
El Cajon, CA 92021


Lindskog, Candace
34336 Godwell Cmns
Fremont, CA 94555


Linebaugh, Joneen
2012 Young Avenue
Thousand Oaks, CA 91360

Linzey, Phil & Jennifer
1253 N. Mollison Ave. #D
El Cajon Ca, CA 92021


Lipuma, Lucy
834 B N. Morgan St.
Orange, CA 92867


Lispier, Nieves
11045 Collett Ave
Riverside, CA 92505


Listberger, David & Luella
2670 Gerry Cir
Corona, CA 92879


Little, Ron & Lucille
5201 Shore Drive.
Carlsbad, CA 92008


Littler, Joyce
10529 W Zamora Ave
Los Angeles, CA 90002


Liu, Francis
123 W. Loop Drive
Camarillo, CA 93010


Livings, Steven & Jeanette
9241 Stephanie St.
Riverside, CA 92508

Livingston-Cleary, Vincent
907 Gastine St.
Torrance, CA 90502


Livingstone, Joe
2601 La Salle Way
San Jose, CA 95130


Llamas, Donny
56386 Carlyle Dr
Yucca Valley, CA 92284


Llanes, Christine & Raymond
9556 Badminton Ave
Whittier, CA 90605


Lloyd, Rene
481 S. Canyon Ridge Dr.
Anaheim, CA 92809


Lo, Long
15376 Calle De La Fuente
Hacienda Heights, CA 91745


LOBO, Armando
3837 Orchid Ave.
Highland, CA 92346


Loch, Igor
38 El Cencerro
Rancho Santa Margarita, CA 92688

Locke, Russ
7263 Camino Degrazia #31
San Diego, CA 92111


Lockee, Anne & Carlin
2445 San Marcos Ave
San Diego, CA 92104


Locken, Nieida
22348 Canyon Club Dr
Canyon Lake, CA 92587


Lockwood, Bill
109 Via Estrada Unit B
Laguna Woods, CA 92637


Lodge, Brian & Renee
23000 Pine Needle Ln.
Iydlwild, CA 92549


Lodyga, Richard & Eileen
605 Avenida Teresa
San Clemente, CA 92672


Loeb & Loeb
10100 Santa Monica Blvd Suite 2200
Los Angeles, CA 90067


Loessin, Gladys
19091 Grove Place
Bloomington, CA 92316

Loewer, Howard & Helen
8673 Harjoan Ave
San Diego, CA 92123


Logan, Virginia
5092 San Vincente
Santa Barbara, CA 93111


Logans, Joann
5748 Rosewell St.
San Diego, CA 92114


Lombardozzi, Nick & Shelly
17099 Bernardo Center Dr.
San Diego, CA 92128


Long, Anthony & Dolores
1867 N. Greengrove St.
Orange, CA 92865


Long, Joanne
38490 Orangecrest Rd
Palm Desert, CA 92211


Long, Patricia
32182 Paseo De Manuel
San Juan Capistrano, CA 92675


Long, William
1688 Oceanaire Dr
San Luis Obisbo, CA 93405

Longenett, Hiro
669 Ann St
Oceanside, CA 92057


Longobardi, Harry
3309 Sage Rd
Fallbrook, CA 92028


Loo, Christina
2003 Vine St.
Alhambra, CA 91801


Lopez , Patrick & Martha
330 W. Hwy 246 Space 178
Buellton, CA 93427


Lopez, Acasio
869 Ginger Ave.
Carlsbad, CA 92011


Lopez, Anthony & Maria
1224 Wedgewood Ct.
Rialto, CA 92376


Lopez, Anthony J.
10358 Somerset Drive
Alta Loma, CA 91737


Lopez, Carlos
15503 Studebaker Rd
Norwalk, CA 90650

Lopez, Christina
17881 Cajon St
Hesperia, CA 92345


Lopez, David
25577 Tamarisk
Madera, CA 93638


Lopez, David & Barbara
14421 Inkpa Ct
Apple Valley, CA 92307


Lopez, Guillermo & Bertha
241 E. Palomar
Chula Vista, CA 91911


Lopez, Mario & Aragon, Francine
131 E Dana
Nipomo, CA 93444


Lopez, Martin & Patricia
760 N. Foxdale Ave.
West Covina, CA 91790


Lopez, Richard
4012 E Sunny Dunes
Palm Springs, CA 92264


Lopez, Sarah
2707 Norma St.
Oceanside, CA 92056

Lopez, Tom & Lori
7005 Beal Ct.
Rancho Cucamonga, CA 91701


Lopez, Wendy Elaine
680 Vista Vallejo
Santa Barbara, CA 93105


Lore, Ruth
2636 Arabian Ranch Lane
Vista, CA 92084


Loring, Jessie & Marilyn
2477 Cannojade Ct
Perris, CA 92571


Love, Carol
35150 S. Border
Thousand Palms, CA 92276


Love, Joe & Diane
3117 Terrace Way
Bakersfield, CA 93304


Lovell, Franklin
26183 Chambers Ave.
Sun City, CA 92586


Low, Regina
21032 Valerio St.
Canoga Park, CA 91303

Lowe, Carol A.
1916 E. Oakland St.
Hemet, CA 92544


Lowe, Marian
4635 Beach Blvd
Buena Park, CA 90621


Lowell, Susan
27330 Provident Rd.
Agoura Hills, CA 91301


lublin, Tatiana
27856 Torroba
Mission Viejo, CA 92692


Lucas-Glassman, Sarah
79805 Ryan Way
Bermuda Dunes, CA 92203


Lucero, Carlos & Blanca
1334 E Monroe Ave
Orange, CA 92867


Lucero, Henry
7978 Dumond Dr
Fontana, CA 92336


Luckett, Reggie
1143 W 80th St.
Los Angeles, CA 90045

Luftenburg, Delores
10265 Saranac St.
Ventura, CA 93004


Luken, Robin
1517 Gardenia St
Lompoc, CA 93436


Lukes-Wilson, Bob & Marjorie
1105 S. Hickory St.
Santa Ana, CA 92701


Lum, Henry
5414 Mavis Ave.
Whittier, CA 90601


Luna, Alex
606 Huntley Dr.
Corona, CA 92882


Luna, Gilbert
1351 Wildflower
Rialto, CA 92377


Luna, Maria
1630 Wicklow Ct
West Lake Village, CA 91361


Lund Jensen, Elin
2445 Flintridge dr.
Glendale, CA 91206

Lundstrom, Paul & Sue
7826 Henbane St.
Rancho Cucamonga, CA 91739


Luong, David
154 Edinburgh St
San Francisco, CA 94112


Lurie, Claudia & Drew
517 Burnham Rd
Oak View, CA 93022


Lusink, Raymond
3935 Kentucky Dr.
Los Angeles, CA 90068


Luzetski, Gale
500 Holly Ave
Oxnard, CA 93036


Lykke, Lilian
1722 S. Heather Ln.
Anaheim, CA 92802


Lyman, Russell
50258 Aloma Dr
Cabazon, CA 92230


Lynch-Melton, Rosemary
43187 Nairobi Dr
Indio, CA 92201

Lyons, Richard
17438 Plaza Destacado
San Diego, CA 92128


Lytle, Charles
10923 Penney Ave.
Inglewood, CA 90303


Maalouf, Colleen
3430 Orchard Hill Rd
Bonita, CA 91902


Macias, Jorge
7273 Sonora St.
Rancho Cucamonga, CA 91701


Macini, Allen & Pauline
6288 Chino Ave
Chino, CA 91710


Macknet, Kenneth & Jamie
11616 Loma
Linda, CA 92354


Macksoud, Alex & Jan
11305 Cheddar St
Norwalk, CA 90650


Macksound, Alex & Jan
11305 Cheddar St.
Norwalk, CA 90650

Madden, Meredith & Katherine
2006 Darlington Ct.
El Cajon, CA 92019


Madrid, Maria & Gilberto
6289 Radcliffe Ave
Newark, CA 94560


Magana, Racheal
3335 Maxson Road #57
El Monte, CA 00091-7326


Magana, Racheal
3335 Maxson Road  Suite 57
El Monte, CA 00091-7326


Magee, Courtnae
611 Persimmon
Oceanside, CA 92058


Magill, Samuel & Diana
249 Montana Del Lago Dr.
Rancho Santa Margarita, CA 92688


Magno, Michell & Hector
28 Belcrest
Laguna Niguel, CA 92677


Maguire, Vivian
8 Aventine
Aliso Viejo, CA 92656

Mahoney, John & Isabel
2113 Oak Street
Los Angeles, CA 90007


Maiden, Nona
961 Orange Grove
San Fernando, CA 91340


Maiden, Nona
961 Orange Grove Ave.
San Fernando, CA 91340


Maier, Marie
410 Church Rd #25
Ojai, CA 93023


Maier, Marie
410 Church Rd. #25
Ojai, CA 93023


Main, Paul M.
1110 Hacienda Pl #206
West Hollywood, CA 90069


Majdali, Nasim
2359 249th
Lomita, CA 90717


Major, Hugh
6249 Scimitar Dr
San Diego, CA 92114

Mak, Michelle
43 Gema
San Clemente, CA 92672


Malinoff, Gayle
225 Reef Court
Santa Barbara, CA 93109


Malinsky, Michael
2869 Plumwood Cir
Corona, CA 92882


Malone, Alma
61 W. Scott St.
Long Beach, CA 90805


Malone, Helen
1518 South Orange Ave.
Los Angeles, CA 90019


Mamlouk, Albert & Nadia
241 Ferndale Ct
Redlands, CA 92374


Manatt
11355 West Olympic Blvd
Los Angeles, CA 90064-1614


Mancini, Allen & Pauline
6288 Chino Ave.
Chino, CA 91710

Manerey, Michael
2311 S. 8th Ave
Arcadia, CA 91006


Mange, Jill
1767 Attix Street
San Diego, CA 92114


Manierre, Ben
31375 Calle Helene
Thousand Palms, CA 92276


Mann, Saul
17601 Bard
Irvine, CA 92614


Manning Law Office APC
4667 MacArthur Blvd  Ste 150
Newport Beach, CA 92660


Manogue, Lloyd
3647 Chamoune
San Diego, CA 92105


Manor, Barnard
1329 W. 35th St
San Pedro, CA 90731


Manzares, Steve
19860 Grant Street
Corona, CA 92881

Manzares, Steve
19860 Grant St.
Corona, CA 92881


Mapula, Desiree
4345 Rio Lani
Norco, CA 92860


March, Hertha
21605 Indiana St
Wildomar, CA 92595


March, Kathy & Mott, Mark
6523 San Haroldo Way
Buena Park, CA 90731


Marchelos, George
13211 Berwick
Saratoga, CA 95070


Marcotte, Richard
418 S. Cooper
Santa Ana, CA 92704


Marentes, Monica & Sergio
5660 Roane Dr
Oceanside, CA 92057


Mariano, Alexies
824 Grant Ave
Glendale, CA 91202

Marin, Carlos & Martha
3506 Avenida Amorosa
Escondido, CA 92029


Marin, Jorge
2426 Ritchie Street
Oakland, CA 94605


Marinel, Llie
10655 Curtis Street
Loma Linda, CA 92354


Mark A. Kirkorsky, PC - collection atty
805 Dove St Ste 385
Newport Beach, CA


Mark Lewis Roofing
1180 North Perris Blvd
Perris, CA 92571


Markham, Jarvis
819 E. Sandpoint
Carson, CA 90746


Markworth, Rick
18689 Boulder Ave.
Riverside, CA 92508


Marlett, Paul
412 Flora Vista
Santa Barbara, CA 93109

Marquette, Steve
31622 Heather Way
Temecula, CA 92592


Marquez, Ignacio
1574 W. Webster St.
Redlands, CA 92374


Marquez, Robin
4552 W. 160th Street
Lawndale, CA 90260


Marquez, Thomas
872 Purdue St
Upland, CA 91786


Marrera, Victor
2266 Manzana Way
San Diego, CA 92139


Marruquin, Ruby
82388 Lemon Grove Ln.
Indio, CA 92201


Marshall, Edwinga
10660 Ohio Street
Loma  Linda, CA 92354


Marshall, Henry
2290 East Park Drive
Palm Springs, CA 92262

Marshall, Jack & Margie
48484 Heifitz
Indio, CA 92201


Marshall, Jack & Margie
48484 Heifitz Dr.
Indio, CA 92201


Marshall, Joyce
16470 Caminito Vecinos
San Diego, CA 92128


Marshall, Steve & Laura
2065 Barnett St.
Oxnard, CA 93033


Marshall, Winston & Merna
26340 Monte Vista Ave
Lomita, CA 90717


Martin, Bob & Pam
14012 Veracruz Dr
Bakersfield, CA 93314


Martin, Edward
749 Georgia Ave
Sunnyvale, CA 94085


Martin, Edward
749 Georgia Avenue
Sunnyvale, CA 94085

Martin, Gary
5329 Honda Ave
Atascadero, CA 93422


Martin, Joann
3122 El Rusario Dr.
Perris, CA 92521


Martin, Kevin & Debra
4493 Rainbow Vista Dr.
Fallbrook, CA 92028


Martin, Leon
1639 S. Granite
Ontario, CA 91762


Martin, Lisa
2835 Briarpatch
Simi Valley, CA 93065


Martin, Marion
50 Stanford
Lompoc, CA 93436


Martin, Nellie
13333 Cuyamaca Dr
Desert Hot Springs, CA 92240


Martin, Patsy
2766 El Monte Way
San Jose, CA 95127

Martin, Philip & Cathy
2160 Camarina Dr
Rowland Heights, CA 91748


Martin, Sam & Laura
705 Grandview Blvd
Half Moon Bay, CA 94019


Martin, Velma
7205 Sunbreeze Ln
Sacramento, CA 95828


Martin, Virginia
1748 O'Malley
Upland, CA 91784


Martin-Andrews, Sheila
16717 S. Muriel Ave
Compton, CA 90021


Martinez, Adelea
352 W. Cornell Dr
Rialto, CA 92376


Martinez, Audrey & Oscar
624 Landmark Pl.
San Marcos, CA 92069


Martinez, Cyrilo & Darlene
7037 Wilshire Ave
Twentynine Palms, CA 92277

Martinez, Elba
876 Calle Nogal
Thousand Oaks, CA 91360

Martinez, Eloisa
1405 Eboe Ave.
San Diego, CA 92027

Martinez, Francisco
1801 N. Mclay
Santa Ana, CA 92705

Martinez, Gerard
8608 Estrella Ave
Twentynine Palms, CA 92277

Martinez, Gerard & Naomi
6808 Estrella Ave.
Twenty-nine Palms, CA 92277

Martinez, Gloria & Henry
1900 Sheldrake Lane
Petaluma, CA 94954

Martinez, Gorgonio & Stacy
6802 E. Mantova.
Long Beach, CA 90815

Martinez, Jose
10233 Gunn Avenue
Whittier, CA 90605

Martinez, Manuel
717 Greenfield Ct.
Upland, CA 91786


Martinez, Maria
1580 Magpie Lane
Sunnyvale, CA 94087


Martinez, Mauricio
12069 Wing Street
Pacoima, CA 91331


Martinez, Michael
209 N. Aladdin Dr.
Anaheim, CA 92801


Martins, Bento
14420 La Crescenta Way
Atascadero, CA 93422


Martinson, Betty
1037 S Dewcrest Drive
Anaheim Hills, CA 92808


Martinson, Cynthia
12324 Carver Ln
Artesia, CA 90701


Martinson, Eric
5742 Furnace Creek
Yorba Linda, CA 92887

Martinson, Eric
5742 Furnace Creek
Yorba Linda, CA 92886


Martinson, Sharene
19791 Crestknoll Dr
Yorba Linda, CA 92886


Marzo, Efren
32659 Willowvail Cir
Temecula, CA 92592


Mason, Jason
18 Northam
Newbury Park, CA 91320


Mason, Larry & Beth
43 W. Laurel Ave
Sierra Madre, CA 91024


Mason, Stan
382 Foothill Dr
Fillmore, CA 93015


Massey, Lawrence
1509 S. Rita Ln
Anaheim, CA 92804


Massoud, Ibrahim
13023 Napa Valley
Moreno Valley, CA 92555

Mast, Sam & Sharon
2807 E. Mayfair Ave
Orange, CA 92867


Master, Christine & Caroline
67135 Ovante Rd
Cathedral City, CA 92234


Matsouka, Roy & Noreen
4080 Huron Avenue
Culver City, CA 90232


Matsukane, Melvin
28648 Mount Whitney Way
Rancho Palos Verdes, CA 90275


Matsumae, Yosh & Gloria
10425 Thrush Ave
Fountain Valley, CA 92708


Matsuzaki, Ralph
6411 W. 82nd St.
Los Angeles, CA 90045


Matta/Hayes, Sara
5512 Pembroke Ave.
Santa Barbara, CA 93111


Matthews, Charles & Gwen
2451 55th St
San Diego, CA 92105

Matthews, Judith
13744 Recuerdo Dr.
Del Mar, CA 92014


Maturo, Lois
2472 E. Commonwealth Ave
Fullerton, CA 92831


Matusov, Peter
8317 Caminito Helecho
La Jolla, CA 92037


Mauga, Steven
23502 Swallow Ln
Lake Forest, CA 92630


Maverick, Wayne
53645 Avenida Bermuda
La Quinta, CA 92253


Maxey, Stephen
6837 Bergano Pl.
Rancho Cucamonga, CA 91701


Maxwell, Eleanor
3211 Bent Twig Ln
Diamond Bar, CA 91765


Maxwell, Eleanor
3211 Bent Twig Lane
Diamond Bar, CA 91765

Maxwell, Pam & Martin, Kathy
419 Ruby Drive
Placentia, CA 92870


Mayes, David
2323 Dean Ave
Bakersfield, CA 93312


Mayfield, Diana Hope
632 Avenida Sevilla
Laguna Woods, CA 92637


Mayfield, Diane
632 Avenida Sevilla
Laguna Woods, CA 92637


Mayfield, Diane
632 Avenida Seville #N
Laguna Woods, CA 92637


Mayfield, Gaylia
4226 Terraza Dr
Los Angeles, CA 90008


Mayfield, Oliver
643 Cocapah St
Vista, CA 92083


Maynard, Marsha
300 N. La Fonda
La Habra, CA 90631

Mayoral, Art & Maria
15348 Moccasin St.
La Puente, CA 91744


Mayotte, Robert
6103 Case Ave.
North Hollywood, CA 91606


Mazzone, Catherine
14364 Lyons Valley Road
Jamul, CA 91935


Mazzone, Catherine
14364 Lyons Valley Rd.
Jamul, CA 91935


McBreen, Louise
25313 Las Palomas
Moreno Valley, CA 92557


McBride, Mike & Kathy
961 Saddlehorn Pl.
Newbury Park, CA 91320


McCabe, John & Vicky
5212 Appletree Ln.
Bakersfield, CA 93309


McCain, Janet
1551 Robbie Jean Pl.
El Cajon, CA 92019

McCann, Serena
227 N. Poplar Street
Orange, CA 92868

Mccarty, Ruth
4544 North Street
Somis, CA 93066

McCarty, Ruth
4593 North St
Somis, CA 93066

McCarty, Ruth
4593 N St
Somis, CA 93066

McClellan, Ray
14179 Roan Rd.
Victorville, CA 92394

McClintic, Tom & Elaine
4709 Elder Ave
Seal Beach, CA 90740

McCLure, Janet & Earvin
13449 Acton Ave
Poway, CA 92064

McClure, Sandra & Patrick
8234 Solana St
San Diego, CA 92114

McClure, Sandy & Mack
8234 Solana St.
San Diego, CA 92114


McComb, Kat
6011 Lenore Ave
Garden Grove, CA 92845


McComb, Kat
6011 Lenore Ave.
Garden Grove, CA 92845


McConnell, Kathy
6320 Amberwood
Rancho Cucamonga, CA 91702


McCorkle, Boyd & Garcia, Larry
9152 Orangewood Ave
Garden Grove, CA 92841


McCorkle, Mavis
1440 Pumalo St
San Bernardino, CA 92404


McCormick, Armida
9647 Camino Real Ave.
Arcadia, CA 91007


McCormick, Joseph & Carole
813 W Fir St
Lompoc, CA 93436

McCown, Anne
7 Archbay
Laguna Niguel, CA 92677


McCoy, Chris & Denise
120 John Kirk Ct
Campbell, CA 95008


McCoy, Donald & Audrey
6405 High Knoll Rd
San Diego, CA 92111


McCoy, Larry & Henry, Janette
2749 D St
Antioch, CA 94509


Mccraney, Osbourn
18171 Main St
Hesperia, CA 92345


McCray, Ishman
3718 Degnan Blvd
Los Angeles, CA 90018


McCullough, Mac & Florence
833 Kottinger Dr.
Pleasanton, CA 94566


McDaniel, Aaron
41079 Johnson Ave.
Hemet, CA 92544

McDaniel, Aaron
41079 Johnston
Hemet, CA 92544


Mcdaniels, Danny
1381 Mahogany St
Corona, CA 92882


McDiarmid, Rob & Laura
6782 Acacia
Garden Grove, CA 92845


McDonald, Anna
22810 Sunset Crossing Rd.
Diamond Bar, CA 91765


McDonald, Marjorie
6416 Lanston St
San Diego, CA 92111


McDonald, Wanda & Ron
6325 Agnes Ave.
N. Hollywood, CA 91606


Mcdougal, Brian
12117 216Th Street
Hawaiian Gardens, CA 90716


McDougal, Bruce
27911 Paseo Nicole
San Juan Capistrano, CA 92675

McDougall, Virginia
2426 Ashford Glen.
Escondido, CA 92027


McDuffie, Janelle
24686 Talbot Ct.
Moreno Valley, CA 92551


McDuffie, Janelle
24686 Talbot Ct
Moreno Valley, CA 92551


McDuffy, James & Dorothy
3539 Almendro Way
Camarillo, CA 93010


McEven, Clio & Clark
4920 Sparks Ave.
San Diego, CA 92110


McEvoy , Rex
1480 Benedict Cayon
Los Angeles, CA 90210


McFadden, Brett & Desiree
1120 E. Hazeltine Ct
Ontario, CA 91761


Mcfadden, Desiree & Brett
1120 E. Hazeltine Court
Ontario, CA 91761

McFarland, Michael & Linda
6998 Treasure Way
Sacramento, CA 95831


McGaugh, Alice
2319 Browning St.
Berkeley, CA 94702


McGinnis, Joann
26382 Estanciero Drive
Mission Viejo, CA 92691


McGinty, Catherine
21142 Sunny Ridge
Lake Forest, CA 92630


McGowan, Ilse
1510 McLoughlin Ave
Oxnard, CA 93035


McGowan, Janet
71 Norlyn Dr.
Walnut Creek, CA 94596


McGrail, William
6411 Park Ave.
Garden Grove, CA 92845


McGuire  , William
24625 Sadaba
Mission Viejo, CA 92692

McIlroy, Nancy
24012 Plant Ave.
Mission Viejo, CA 92691


McKeegan, Kevin
6363 Bay Berry St
Oak Park, CA 91377


McKenzie, George
3919 Antone Rd
Santa Barbara, CA 93110


McKenzie, George
3919 Antone Road
Santa Barbara, CA 93110


McKeon, Bruce
917 La Mirada Street
Laguna Beach, CA 92651


McKibben, Phyllis
8073 Pine Branch
Lake Naciemento, CA 93426


McKinley, Brenda
1616 Santa Clara St.
Richmond, CA 94804


McKinney, Ted
5156 Colina Way
Riverside, CA 92507

McKown, Bill
16268 Sugar Grove Dr.
Whittier, CA 90604

McLachlan, Gordon & Joyce
16142 Hartsook St
Encino, CA 91436

McLain, Tom
3920 Mount Everest Blvd.
San Diego, CA 92111

McLaughlin, Ben
124 Calla Ave
Imperial Beach, CA 91932

McMahon, Rose
6144 Monadnock Way
Oakland, CA 94605

McMasters, William & Vicky
521 Barber Dr
Hemet, CA 92543

McMillian, Jesse
850 Mission Canyon Road
Santa Barbara, CA 93105

McMullen, Mary
8610 Lambrecht Court
El Cerrito, CA 94530

McMullen, Wade
1342 N 2Nd Ave.
Upland, CA 91786


McNeil, James
5712 Golondrino Dr.
San Bernardino, CA 92404


McNeil, Robert
419 Calle Familia.
San Clemente, CA 92672


McNeil, Robert & Mary
32840 Wesley St
Winchester, CA 92596


McNutt, Jane
4474 Wilson Avenue
San Diego, CA 92116


McPherson, Jeff & Yvonne
8 Spring Hill Ln
Laguna Hills, CA 92653


McPherson, Raymond
18380 Avenida Caleta
Murrieta, CA 92562


McVay, Sharon
23509 Bell Bluff Trail
Alpine, CA 91901

Mcwhorter, Lisa
368 Creelman Lane
Ramona, CA 92065


McWilliams, Lydia
1506 Oak Ave.
Vista, CA 92084


Means, Mary & Albert
847 E Park Ave
El Cajon, CA 92019


Means, Victoria & Daniel
41825 55Th Street W
Lancaster, CA 93536


Meatty, Mary
603 Acacia Road
Santa Paula, CA 93060


Medina, Gloria
319 Mellifont Ave
Santa Barbara, CA 93101


Medina, James
1142 Manor Blvd
San Leandro, CA 94579


Medlin, Jackie
2494 45th St
San Diego, CA 92105

Mehegan, Paul & Roberta
6621 Berquist Ave
West Hills, CA 91307


Mehegan, Paul & Roberta
6621 Berquist Ave.
West Hills, CA 91307


Mehegan, Roberta
6621 Berquist Ave
West Hills, CA 91307


Mehlhop, Sandra
4145 Olive Ave
La Mesa, CA 91941


Mehta, Ashok & Priya
2319 Santa Ana Ave
Costa Mesa, CA 92627


Meinen, Ruth
201 Frances St.
Ventura, CA 93003


Meiners, Vicki & David
1762 St. Peter's Dr.
Fallbrook, CA 92028


Meires, Mike & Donna
12571 Hilton St.
Garden Grove, CA 92840

Mejia, Elizabeth
754 W. Edna Place
Covina, CA 91722


Mejia, Gloria
20623 Vejar Rd
Walnut, CA 91789


Melara, Ana
16672 Mesa Oak Ave.
Chino Hills, CA 91709


Melby, Ron
31400 Sierra Del Sol
Thousand Palms, CA 92276


Mellinger, Doris
29505 Kalina Ave
Lake Elsinore, CA 92530


Melms, Theodore
6775 Avenue De Palma
Riverside, CA 92509


Melson, Henry
395 Marti Marie Dr
Martinez, CA 94553


Melvin, Sophia & Mael
1300 Orchard Drive
Santa Barbara, CA 93111

Menchaca, Orlando
220 S. 10th Street
Santa Paula, CA 93060


Mendez, Lori
39845 Sweetwater
Palm Desert, CA 92211


Mendez, Ruben
12831 Gloria Pl
Garden Grove, CA 92843


Mendoza, Mary
6302 Gretna Ave.
Whittier, CA 90601


Meneses, Lucrecia
6174 Ocasa Dr
Mira Loma, CA 91752


Merancio, Henry
8226 Tapia Via Drive
Rancho Cucamonga, CA 91730


Mercado, Juan
13625 Dempster Ave.
Downey, CA 90242


Mericle, Kathy
12 Potomac
Irvine, CA 92620

Merlo, Bernadine
9521 Adawamis Rd
Desert Hot Springs, CA 92240


Merrida, Richard
22043 Dolores St
Carson, CA 90745


Merriman, Ruby
100 Estates
Ventura, CA 93003


Merryman, Ruby
100 Estates Avenue
Ventura, CA 93003


Merrymom, John & Dorothy
73119 Rose St.
Cerritos, CA 90703


Meth-Ford, Shirley
9430 Loren Dr
La Mesa, CA 91942


Metheny, Jimmy
2030 W. Hemlock Way
Santa Ana, CA 92704


Methmann, Marthe
1549 Lisa St
Carpenteria, CA 93013

Metzger, Christopher
14210 Monterra Dr
Fontana, CA 92337


Meuser, Dur
447 Calor Drive
Buelton, CA 93427


Meyer, Chris & Beta
1201 Central Ave
Fullerton, CA 92881


Meyer, Henry
1114 N. Nopal St.
Santa Barbara, CA 93103


Meyer, Todd & Kimberly
28581 Avenida Diosa
Cathedral City, CA 92234


Meyer/Holcomb, Barton
24480 Pantera
Murrieta, CA 92562


Meza, Alfredo & Alicia
80833 Mary Lane
Indio, CA 92201


MHC Ventures Group LLC
5730 E Santa Ana Cyn Rd G590
Anaheim, CA 92807

MHC Ventures Group, LLC
5730 E. Santa Ana Canyon Rd G590
Anaheim, CA 92807

Michael, Rebecca & Roger
68175 Peladora Rd
Cathedral City, CA 92234

Mick, Jacqui
475 Ocean View Ave.
Pismo Beach, CA 92499

Mickelson, Hans
5591 Stardust Dr
Huntington Beach, CA 92647

Mickelson, Mariane
4525 Lennox Ave.
Sherman Oaks, CA 91423

Middleton, Melvin & Christine
534 N. Lamarr St
Rialto, CA 92376

Mikkelsaar, Karl
31 Indigo Pl
Aliso Viejo, CA 92656

Milbourne, Tanya
8722 Barnwood Lane
Riverside, CA 92508

Milenkovich, Neb
402 Wintergreen
San Marcos, CA 92069


Miles, Dee
1960 Port Claridge Pl
Newport Beach, CA 92660


Millan, Javier
5120 Roundup Rd.
Norco, CA 92860


Millar, Orah
28611 Golden Meadow Dr
Rancho Palos Verdes, CA 90275


Miller, Barbara
11922 Window Peak Wy
San Diego, CA 92131


Miller, Bertha
2301 Dashwood Ave.
Oakland, CA 94605


Miller, Betty
4265 Newport Ave.
San Diego, CA 92107


Miller, Bob & Mildred
41970 Stetson Ave
Hemet, CA 92544

Miller, Bob & Mildred
41970 Stetson Avenue
Hemet, CA 92544


Miller, Carol
58854 Baron Dr
Yucca Valley, CA 92284


Miller, Carol
58854 Barron Dr.
Yucca Valley, CA 92284


Miller, Christine
9901 Via Nina
Santee, CA 92071


Miller, Chuck
323 S. Orange Street
Los Angeles, CA 90030


Miller, Clair
291 E. Fiesta Green
Port Hueneme, CA 93041


Miller, Donald
1550 P Street
Firebaugh, CA 93622


Miller, Dree
1837 Dwight Ave
Camarillo, CA 93010

Miller, Florence
15446 Horace St
Mission Hills, CA 91345


Miller, James & Judith
29300 Via Norte
Temecula, CA 92591


Miller, John
3903 Mt. Blackburn
San Diego, CA 92111


Miller, John
3903 Mt. Blackburn Ave
San Diego, CA 92111


Miller, Joseph & Melody
3034 Camino Graciosa
Thousand Oaks, CA 91360


Miller, Laura Dean
5110 E Vernon St
Long Beach, CA 90815


Miller, Laurie
11152 Bertha Pl
Cerritos, CA 90703


Miller, Laurie
11152 Bertha Pl.
Cerritos, CA 90703

Miller, Linda
582 Lorna Lane
Los Angeles, CA 90049


Miller, Mary
4847 Golden Rd
Pleasanton, CA 94566


Miller, Maurice
2011 Ayers Rd
Concord, CA 94521


Miller, Ron & Barbara
3554 Don Juan
Carlsbad, CA 92010


Miller, Ronald
2994 N. Cottonwood
Orange, CA 92865


Miller, Steve
204 N. "I" Street
Oxnard, CA 93030


Miller, Teckla
5521 Holland Ave
Garden Grove, CA 92845


Millholland, Howard & Betty
38110 Chris Dr.
Cathedral City, CA 92234

Milliken, Maren
1315 Valencia Loop.
Chula Vista, CA 91910


Mills, Christina & Robert
63381 Quail Springs Rd
Joshua Tree, CA 92252


Mills, Jan
6781 Chadbourn Ave.
Riverside, CA 92505


Mills, Jeraldine
30 Greenville Rd.
Livermore, CA 94551


Mills, John
5635 Loud Cecil St.
San Diego, CA 92122


Mills, Robert & Christina
6339 Quail Springs Rd
Joshua Tree, CA 92252


Milne, Robert
7989 Westbury
San Diego, CA 92176


Milne, Robert & Debbie
7989 Westbury Ave.
San Diego, CA 92126

Milner, Marla
4612 Hunford Terrace
Encino, CA 91436


Mincer, Tina
7099 Plasse St
Yucca Valley, CA 92284


Miner, Mae
365 Via Lido Soud
Newport Beach, CA 92663


Minnott, John
2385 Via Mariposa West, Unit 3E
Laguna Woods, CA 92637


Miramontes, Kevin
6643 Blanchard
Fontana, CA 92336


Miranda, Gilbert
9004 Thurber Lane
Bakersfield, CA 92311


Mitani, Ron
2760 W. Westhaven
Anaheim, CA 92804


Mitchell, Bill
7237 Lanai St.
Long Beach, CA 90808

Mitchell, Donald
4893 Niagra Ave
San Diego, CA 92107

Mitchell, Duane
9851 Bolsa Ave.
Westminster, CA 92683

Mitchell, Henry
522 S. Townsend St.
Santa Ana, CA 92703

Mitchell, Joan
33232 Taylor St.
Winchester, CA 92596

Mitchell, John
1676 Waverly Ave
San Jose, CA 95122

Mitchell, Randy
4440 Meadow Grove
Hemet, CA 92544

Mitsky, Peggie
125 Sunflower Pl.
Claremont, CA 91711

Mitton, Mark & Kristi
235 Virginia Place
Costa Mesa, CA 92627

Mitts, Roberta
8770 Harrinton
San Diego, CA 92126


Miyashiro, Bret
13303 Dart St.
Baldwin Park, CA 91706


Mlekowski, Gregoroy
10351 Moorpark St.
Spring Valley, CA 91978


Mlekowski, Gregory & Mary
10351 Moorpark St
Spring Valley, CA 91978


Moacanin, Jovan
348 S. Arden Blvd
Los Angeles, CA 90020


Moacanin, Jovan
348 S. Arden Blvd.
Los Angeles, CA 90020


Moffett, Harold & Vicki
26296 Spaniel Ln
Sun City, CA 92586


Moldenhauer, Gary & Patsy
14432 Fairview Ln.
Huntington Beach, CA 92647

Molkenbuhr, S.J.
37431 Pineknoll Ave
Palm Desert, CA 92211


Molochko, Kari
3439 Orchard Way
Oceanside, CA 92058


Momparler, Margaret
3683 Mount Aclare Ave
San Diego, CA 92111


Monclova, Mario
4838 Park Ave
Baldwin Park, CA 91706


Mones, Carol
413 E. 63rd St.
Long Beach, CA 90805


Monroe, Russell
10418 Gloria Ave
Granada Hills, CA 91344


Monroy, Claudia & Nehemias
8095 Trinity Dr.
Costa Mesa, CA 92626


Monroy, Jerry & Lydia
5620 Dewey Ave
Riverside, CA 92504

Montag, William
552 Mills Way
Goleta, CA 93117


Montano, Aurora
265 San Julian Ave.
San Julian, CA 93109


Montes, Enrique & Carolina
2909 Haven St
Los Angeles, CA 90032


Montgomery, Tim
12080 Crest Rd.
Poway, CA 92064


Montorsi, Jo
2217 Cardinal Dr
San Diego, CA 92123


Montorsi, Jo
2217 Cardinal Dr.
San Diego, CA 92123


Montoya, Etercinia
2866 Coleman Place
Fremont, CA 94555


Montoya, Juan
2657 Holy Vista Blvd.
Highland, CA 92346

Mooradian, Carol
24551 Jasmine Ct.
Moreno Valley, CA 92557


Moore, Aaron
41622 Mayberry Ave
Hemet, CA 92544


Moore, Andrew
3368 Nevada Ave
Costa Mesa, CA 92626


Moore, Clara
2414 W 80th St
Inglewood, CA 90305


Moore, Cletus
3714 W. 62nd St
Los Angeles, CA 90043


Moore, Hayden
3749 Rosecroft Ln.
San Diego, CA 92106


Moore, Jane
5463 Tyler Ave
Temple City, CA 91780


Moore, Joyce
71885 Magnesia Falls Dr
Rancho Mirage, CA 92270

Moore, Lois
22941 Mountain Lauren Way
Diamond Bar, CA 91765

Moore, Marilyn
4621 Suite Dr.
Huntington Beach, CA 92649

Moore, Phyllis
5843 Lomond Dr
San Diego, CA 92120

Moore, Ralph & , Mary Alan
11311 Country Club Dr
Apple Valley, CA 92308

Moore, Return
1473 Kensington Dr.
Fullerton, CA 92831

Moore, Richard
545 Nardo Ave
Solano Beach, CA 92075

Moore, Robert
408 N. Locust
Fullerton, CA 92833

Moore, Robert
24537 Filaree Ave.
Moreno Valley, CA 92551

Moore, Ronald & Judith
4152 Chasin St
Oceanside, CA 92056


Moore, Susan
422 S. Illinois St.
Anaheim, CA 92805


Moore, Thomas & Sarah
596 N. Yale St.
Hemet, CA 92544


Moore, Virginia
8522 Howard Circle
Huntington Beach, CA 92647


Moore-Segundo, Maria
5844 Cynthia Street
San Bernardino, CA 92407


Mora, Connie
10381 Calle Madero.
Fountain Valley, CA 92708


Mora, Louis & Martha
1108 S Orange Ave
West Covina, CA 91790


Mora, Mario & Gloria
75 Alberta St.
San Francisco, CA 94134

Morabito, Anne
4388 Royce St.
Riverside, CA 92503


Morales, David & Sheila
1760 W. Westwind
Colton, CA 92324


Morasky, David & Barbara
9546 Danvile Street
Pico Rivera, CA 90660


Moreno, Elva
14815 Cullen St.
Whittier, CA 90603


Moreno, Gabriel & Cindy
2741 W Tola Ave
Anaheim, CA 92804


Moreno, Maria
1455 58 St.
San Diego, CA 92114


Moreno, Rose
4821 Los Patos Ave.
Huntington Beach, CA 92649


Morgan, Donald & Geneva
4922 Maymont Dr.
Los Angeles, CA 90043

Morgan, Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921

Morgan, Mat & Pam
1203 E Mountain View Ave
Glendora, CA 91741

Moris, Rob
1612 Desert Glen
Escondido, CA 92026

Morley, David
2027 Maple Ave
Costa Mesa, CA 92627

Morneau, Sharon
2280 Golden Avenue
Long Beach, CA 90806

Morris, Elva
44 W. Carter Ave
Sierra Madre, CA 91024

Morris, Elva
44 W Carter Ave
Sierra Madre, CA 91024

Morris, Peter & Susan
5818 Rosemead Blvd.
Temple City, CA 91786

Morrison, Brenda
11553 Mammoth Peak Ct
Rancho Cucamonga, CA 91737


Morrison, Brenda
11553 Mammoth Park Ct.
Alta Loma, CA 91737


Morrison, Kenneth
40990 Paxton Dr #7
Rancho Mirage, CA 92270


Morrison, Stacy & Linda
4585 Diane Way
San Diego, CA 92177


Morrison, Tony & Alisa
42107 Quail Creek Dr
Lancaster, CA 93526


Morrow, Joyce
2120 N. Indian Canyon Dr. #A
Palm Springs, CA 92267


Morrow, Travis
1483 N. Cleveland Ave
Orange, CA 92867


Morrow-Layton, Norma
743 Bridle Trail Rd
Walnut, CA 91789

Morse, Andrew
8864 Capricorn Way
San Diego, CA 92126

Mortimer, Ray & Celina
2145 Brigham St
Oxnard, CA 93033

Morton, Olan
9872 Rimpark Way
San Diego, CA 92124

Mosell, Dana
19473 Red Hawk Rd.
Walnut, CA 91789

Moskalenko, Dimitry
17711 Margate Street #105
Encino, CA 91316

Moskowitz, David
10110 Quail Glen Way
Esondido, CA 92029

Mosley, Elizabeth
606 Persimmon Way
Oceanside, CA 92058

Moss, Ellen
5367 Algarobbo #B
Laguna Hills, CA 92637

Moss, Matilda
2447 Glen Canyon Rd.
Altadena, CA 91001


Moss, Norma
7437 Elata Ave
Yucca Valley, CA 92284


Motola, Jose
2385 Via Mariposa West, Unit 3E
Laguna Woods, CA 92637


Motola, Joseph
2385 Via Mariposa W. Unit 3E
Laguna Woods, CA 92637


Moulten-Glen, Vilma
26904 Snow Canyon Cir
Moreno Valley, CA 92555


Mountford, Charles
12691 Andretti St
Moreno Valley, CA 92553


Mountford, Charles
12691 Andretti St.
Moreno Valley, CA 92553


Mountford, Charles
12691 Andretti St
Moreno Valley, CA 92533

Movido, Jack & Sally
24318 Watt Road
Ramona, CA 92065


Moya, Virginia
11417 Michael Hunt Dr.
El Monte, CA 91733


Mraz, Robert
6248 Hedda St
Lakewood, CA 90713


Mrozek, Frank
3034 Highridge Rd.
La Cresenta, CA 91214


Muckerman, Matt & Jodie
7756 Tyrolean Rd
San Diego, CA 92126


Mueller, Charlene
13845 Cowley Ave
Bellflower, CA 90706


Muenich, Jerry & Jeanne
5559 E. Seaside Walk
Long Beach, CA 90803


Muhr, Danelle
291 Redwood Way
Goleta, CA 93117

Muldoon, Jason & Trisha
1775 Euclid Ave
Camarillo, CA 93010


Mulhearn , Catherine
11433 E. 206 St.
Lakewood, CA 90715


Mullen, Sandy
257 Rodney Ave
Encinitas, CA 92024


Muller, Susan
124 St. Charles
San Francisco, CA 94132


Mullin, William
17426 Frondoso Dr
San Diego, CA 92128


Mulloy, Yvonne
28201 Zurburan
Mission Viejo, CA 92692


Munchus, Jackie
8148 Lemon Grove Way
Lemon Grove, CA 91945


Munn, Charles
16868 Harper Blvd
Madera, CA 93638

Munoz, Mercedes & Cristobal
1070 W. Orange Grove Ave.
Pomona, CA 91768


Munoz, Mike & Cary
714 5Th St East
Sonoma, CA 95476


Munoz, Munoz
501 Marylinn Dr.
Milpitas, CA 95035


Munoz, Nestor & Carmen
1321 Montecito Pl.
Santa Barbara, CA 93103


Munsell, Jeanne
930 Dianne St
Santa Ana, CA 92701


Munson, Jill
23670 Monument Canyon
Diamond Bar, CA 91675


Murashige, Mutsuhiko
464 35th Ave.
San Francisco, CA 94121


Murchison, Dan
105 Danbury Lane
Costa Mesa, CA 92626

Murillo, Carmen
9800 Vesper
Panorama City, CA 91402


Murphy, Alice
329 C Avenida Camel
Laguna Woods, CA 92037


Murphy, Michael
680 Gatewood Lane
Sierra Madre, CA 91024


Murphy, Thomas
6912 San Pasqual Cir
Buena Park, CA 90620


Murray, Carol
6092 Pickett Ave.
Garden Grove, CA 92845


Muse, Barbara
11463 Tortuga St
Cypress, CA 90630


Music Plus Entertainment
PO Box 231
North Hollywood, CA 91603


Music, Rosalinda
1710 Micheltorena St
Los Angeles, CA 90026

Muskowitz, David
10110 Quail Glen Way
Escondido, CA 90803


Musselman, Robert & Adrianne
45103 Vine Cliff St.
Temecula, CA 92592


Myers, Darwin
172 Village Crest
Avila Beach, CA 93424


Myers, Katherine
3920 Oakwood Pl.
Riverside, CA 92506


Myers, Robert
12909 Mira De Valle
Valley Center, CA 92082


Myers-Murray, Leon
12632 Aspen Wood Lane
Garden Grove, CA 92840


Mykaela Martinson c/o Melissa Renner Rod
22102 Newbridge Dr
Lake Forest, CA 92630


Nadaraja, Krishnamenon
38 Sage Crest
Foothill Ranch, CA 92610

Nader, Denise
20760 Cottonwood Ln.
Yorba Linda, CA 92887


Nader, Denise
20760 Cottonwood Dr.
Yorba Linda, CA 92887


Nafstad, Joyce & Norman
12159 Saint Andrews
Rancho Mirage, CA 92270


Nagahashi
30 Briarwood St.
Irvine, CA 92604


Nagy, Camille
14544 Ryan St.
Sylmar, CA 91342


Nail, Martha Ann
915 Tyler Drive
Santa Maria, CA 93454


Najera
212 W. Wilson Ave.
Placentia, CA 92870


Najour, Mykle Todd
7827 Rancho Fanita Dr #E
Santee, CA 92071

Nakamoto, Suyeko
7154 Rouse Ct.
San Jose, CA 95139


Nakamoto, Suyeko
7151 Rouse Ct.
San Jose, CA 95139


Nakatani, Mr & Mrs
1795 N. San Antonia Ave
Upland, CA 91784


Nakatsui, Carol
912 Manley Drive
San Gabriel, CA 91776


Namauleg, Delores
5078 Overlook Dr.
Oceanside, CA 92057


Nappi, Angelina
27116 Comwell St.
Sun City, CA 92586


Nash, Linda
23 Heritage
Irvine, CA 92604


Nash, Rufus
2504 Grapevine Dr.
Oxnard, CA 93036

Nassman, Mohammad
1440 Queen Summit Dr.
West Covina, CA 91791


National Bank of California
575 Anton Blvd Suite 140
Costa Mesa, CA 92626


National Car Rental
600 Corporate Park Drive
Saint Louis, MO 63105


Naujock, Minna
1432 Purdue St
Upland, CA 91786


Nava, Armida
8014 Worthy Dr.
Westminster, CA 92683


Navarro, Cecilia
6402 Navajo Rd
Westminster, CA 92683


Navarro, Martha
605 S. Sadler
Los Angeles, CA 90022


Neal, F. Wayne
9547 Olive St.
Temple City, CA 91780

Neal, Kristi
3822 Crestone Place
San Diego, CA 92130


Neal, Leomia
19107 Northwood Ave
Carson, CA 90746


Neal, Leomia
19107 North Wood
Carson, CA 90746


Neary, Bill & Jan
27315 Regio
Mission Viejo, CA 92692


Neary, Bill & Janice
27315 Regio
Mission Viejo, CA 92692


Neatherly, Ed
1471 Dos Palos Dr.
Walnut Creek, CA 94597


Neely, Henry
7707 Grenesta Ave
Van Nuys, CA 91406


Negrete, Rhonda
2809 Bellflower Rd.
Long Beach, CA 90815

Neighbors, Jesse & Elaine
3300 Bronze Pl
Simi Valley, CA 93063


Neiheiser, Kim
1618 Vulcan St
El Cajon, CA 92021


Neilson, Marcie
9890 Lawlor St.
Oakland, CA 94605


Neja, Sandra
35192 Staccato St
Palm Desert, CA 92211


Nelson, Charlie
10311 Trask Avenue
Garden Grove, CA 92842


Nelson, Glenn & Mary
3786 Red Oak Way
Redwood City, CA 94061


Nelson, Helen
2505 Upland Dr.
Concord, CA 94520


Nelson, Jeanne
4443 W. Vandergrift
Fresno, CA 93722

Nelson, Jerrylynn
27472 Calaroga Ave
Hayward, CA 94545


Nelson, Keith & June
15 Lexington
Irvine, CA 92620


Nelson, Linda
1107 W. Memory Ln, Unit 8C
Santa Ana, CA 92706


Nelson, Mary Harris
67 Gladstone Drive
San Franciso, CA 94112


Nelson, Paul
2 Lassen Place
Santa Barbara, CA 93111


Nenne, Joyce
24 Walley Street
Thousand Oaks, CA 91360


Nerey, Irene & Luz
9196 Hemlock Ave
Fontana, CA 92335


Neri, Carlos & Nellie
211 Iowa Pl
Oxnard, CA 93036

Neri, Mark & Martha
962 Gillespie
Spring Valley, CA 91977


Nerio, Michael
16631 Roosevelt Ln.
Huntington Beach, CA 92649


Neubauer, John & Joann
538 San Lucas Drive
Solano Beach, CA 92075


Neubauer, John & Joanna
538 San Lucas Dr
Solana Beach, CA 92075


Neubauer, John & Joanna
538 San Lucas Dr.
Solana Beach, CA 92075


Neumann, Edna
1438 Twig Circle
Upland, CA 91786


Neumeiser, Paul
13465 Mountainside Dr.
Poway, CA 92064


Neve, Daniel & Rita
2338 Peppermint Ln.
Lemon Grove, CA 91945

New Era Synthetic Grass Systems
370 N. Park Vista Suite 55
Anaheim, CA 92806

New Life Textured Painting Co.
12130 Del Vista Drive
La Mirada, CA 90638

Newacheck, Richard
819 Mountain View Drive
Lafayette, CA 94549

Newell, Bill
1451 Sierra Dr
Arroyo Grande, CA 93420

Newman, Claudia & Amanda
18777 Atlantic St
Hesperia, CA 92345

Newman, Claudia & Amanda
18777 Atlantic St.
Hesperia, CA 92345

Newman, Gail
4531 Coolhaven Ct.
Westlake Village, CA 91361

NexGen Air
3361 W Faircrest Drive
Anaheim, CA 92804

Nguyen, Anhthu & Khanh
8791 Jennrich Ave.
Westminister, CA 92683


Nguyen, Francis & Chow, Yumei
242 Barclay Ave.
Millbrae, CA 94030


NGVOA
10600 W. Charleston
Las Vegas, NV 89135-1014


Nicasio, Josie
24372 Peacock Street
Lake Forest, CA 92630


Nickerson, Anita & Walter
822 Camelia Dr.
Port Hueneme, CA 93041


Nickerson, Barbara
11534 Valle Vista Rd
Lakeside, CA 92040


Nickerson, Robert
1207 Michael Darcy St.
Colton, CA 92324


Nield, Carole
14911 Featherhill Rd
Tustin, CA 92780

Nielsen, Shirley
65600 Ave Ladera
Desert Hot Springs, CA 92240


Nieto, Silvia
14939 San Faliciano
La Mirada, CA 90638


Nieto, Steven
83344 Ruby St.
Indio, CA 92201


Niewisch, Voltier & Jan
1448 Calle Pajaros
San Dimas, CA 91773


Nigro, Kenneth
215 Powhattan Ct.
Danville, CA 94526


Niles, Nathan & Solinda
7317 Persia Ave
Twenty Nine Palms, CA 92277


Nims, Joyce
11806 Woodbine St.
Los Angeles, CA 90066


Nissan Motor Credit
PO Box 660360
Dallas, TX 75266-0360

Nissan Motor Credit
PO Box 660680
Dallas, TX 75266-0680


Nissan Motor Credit
PO Box 660366
Dallas, TX 75266-0366


Nizami, Mobin
5232 Huntswood Cir
La Palma, CA 90623


Noack, Rose
2825 Enea Way
Antioch, CA 94509


Noble, Cheryl
1808 Oriole Street
San Diego, CA 92114


Noble, Velma
1241 W 109th Pl
Los Angeles, CA 90044


Nobles, Barbara
525 Curtin
Sonoma, CA 95476


Noda, Norika
100 Via Las Vegas
Palos Verdes Estates, CA 90274

Nolasco-Hernandez, Emo
8851 Hayvenhurst Ave.
North Hills, CA 91343


Nonzeta, Silvia
609 Woodlawn Ave.
Chula Vista, CA 91910


Noorwala, Mohammad
5066 Ducos Pl.
San Diego, CA 92124


Noriega, Michael & Linda
760 N. Belden Ave
Rialto, CA 92376


Noriega, Michael & Linda
760 N Belden Ave
Rialto, CA 92376


Norman, Grace
8419 Priscilla St.
Downey, CA 90242


Norris, Thomas
44315 Michigan Court
Indian Wells, CA 92210


Norris, Thomas
44315 Michigan Ct
Indian Wells, CA 92210

North, Charles
7803 Blackford Ave
Whittier, CA 90606


North, Charlie
7803 BLACKFORD AVE
WHITTIER, CA 90606


North,Toni
13291 Coast St
Garden Grove, CA 92844


Northcott, Christie
15963 Adams Ct.
Fountain Valley, CA 92708


Northcott, Christine
15963 Adams Ct
Fountain Valley, CA 92708


Northup, Carole
2745 Fremontia Dr.
San Bernardino, CA 92404


Norton, John & Neville
167 N. Shattuck Pl.
Orange, CA 92866


Norton, Kathleen
759 Knollwood Lane
San Dimas, CA 91773

Nosler, James
883 Russell Lane
Milpitas, CA 95055


Nosler, James
883 Russell Lane
Milpitas, CA 95035


Nourian,  Hormoz
4219 Michaelangel Ave.
Woodland Hills, CA 91364


Noyes, Stephan & Carole
19580 Avenida Castilla
Murrieta, CA 92562


Nua, Russell & Georgia
2444 E. Desert Park Ave.
Palm Springs, CA 92262


Nunez Jr., Gilbert
213 W. Bermuda Dunes St
Ontario, CA 91762


Nunez, Eric
4120 S. J St.
Oxnard, CA 93033


Nunez, Ezekiel & Carol
66155 Granada Ave.
Desert Hot Springs, CA 92240

Nunez, Julio
1710 W. Civic Ctr Dr
Santa Ana, CA 92703


Nunez, Julio & Sandra
1710 W. Civic Ctr
Santa Ana, CA 92703


Nunez, Ricardo & Leticia
861 Sacramento Ave.
Spring Valley, CA 91977


Nunn, Robert
3127 Samoa Place
Costa Mesa, CA 92626


Nusbaum, Martha
26550 Larkspur St.
Hemet, CA 92544


Nuttbrock, Rose
16410 Lake Knoll Pkwy
Riverside, CA 92503


Nye, Bill & Gladys
6437 Juanro Way
Riverside, CA 92504


Nykiel, Cathy & Peter
870 RIVERTREE DR
OCEANSIDE, CA 92058

Nyman, Lois & Bob
17150 Grand Ave
Lake Elsinore, CA 92530


O'Connell, Jennifer
8474 Borealis Rd.
San Diego, CA 92126


O'Connor, Mary
13600 E. Allegan St
Whittier, CA 90605


O'Connor, Robinson & Marissa
1718 Macero
Escondido, CA 92029


O'Hara, Kim & Terry
3945 Via Valle Verde
Rancho Santa Fe, CA 92091


O'Neill, Adrienne
21911 Normandie Ave.
Torrance, CA 90501


O'Quinn, Daniel & Mary
245 Tyler St.
Coalinga, CA 93210


Oakley, Helen
16461 Dana Circle
Westminster, CA 92683

Oard, Ronald
35810 Moorbrook Rd.
Palm Desert, CA 92211


Oatis, Johnny
701 44Th Street
Oakland, CA 94609


Oatman, Edward
36145 Coffeetree Pl.
Murrieta, CA 92562


Obannon, Kim
7037 Glade Ave.
Canoga Park, CA 91303


Obrien, Linda
807 Poinciana St.
Hayward, CA 94545


Obrien, Patrick
10414 Fernglen Ave
Tugunga, CA 91042


Ocampo, Guillermo
2115 N. Cleveland
Orange, CA 92865


OCC Construction & Consulting
7603 Quill Drive
Downey, CA 90242

Oceguda, Jack & Rosie
500 El Mercado
Monterey Park, CA 91754


Ochoa, Jesus & Martha
4857 Astor Ave
Commerce, CA 90040


Ochoa, Jody
1365 Old Janal Ranch Rd.
Chula Vista, CA 91915


Ochoa, Luis
15859 Cobra Drive
Moreno Valley, CA 92551


Ochoa, Luis
15859 Cobra Dr.
Moreno Valley, CA 92551


Ochoa, Michael
1429 J Ave
National City, CA 91950


Oconnor, Ron & Joella
2227 Canyon Drive
Colton, CA 92324


Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826

Oddie, Steve
1235 Saffron Cir
Corona, CA 92879


Oddo, Tony
810 S. Thompson
Hemet, CA 92543


Odea, John
618 Surfview Dr.
Santa Barbara, CA 93109


Odin, Barbara
15020 Ridge Top Drive
San Jose, CA 95127


Odle, Robert
6007 Ambury St.
Orange, CA 92867


Odson, Alicia
4967 Collis Ave
S. Pasadena, CA 91030


Odson, Alicia
4967 Collis Ave
South Pasadena, CA 91030


Odson, Alicia
4967 Collis Ave.
South Pasadena, CA 91030

Odweyer-Marquette, Mary
39586 Ridgecrest
Murrietta, CA 92563


Ofseyer, Jordan & Veta
34640 Mission Hill Dr
Rancho Mirage, CA 92270


Ogalla, Caro & Lang
17927 San Rafael
Fountain Valley, CA 92708


Ogawa, Ronald
6151 Point Loma Drive
Huntington Beach, CA 92647


Ogram, Jay & Marie
43110 Palamino Cir.
Temecula, CA 92590


Ohara, Terry & Kim
3945 Via Valle Verde
Rancho Santa Fe, CA 92091


Okamoto, Grace
15020 Ridge Top Drive
San Jose, CA 95127


Olah, Elsa
2633 Sunset Lane
San Bernardino, CA 92407

Old Republic Surety Company
445 S Moorland Road Suite 200
Brookfield, WI 53005


Oldham, Gordon
1109 Harding St
Escondido, CA 92027


Olds Jr., James
717 Las Reindas
Fullerton, CA 92835


Olea, Rachel
824 Feather Ave.
La Puente, CA 91746


Olerich, Stephen
943 Glencoe Heights Dr.
Glendora, CA 91741


Oliva, Miguel
13115 Sunnybrook Cir #102
Garden Grove, CA 92844


Oliver, David
441 Patterson Way
Fullerton, CA 92632


Oliver, Sharon
823 Gailen Avenue
Palo Alto, CA 94303

Oliver, Sharon
823 Gailen Ave
Palo Alto, CA 94303


Oliver, William H
3024 E. 6th Street # A
Long Beach, CA 90814


Olkiewiez, Richard & Pam
1672 Gold Dust Court
Simi Valley, CA 93063


Olney, Dewitt
8241 Sant Arminta Ave.
San Diego, CA 92126


Olsen, Tom
275 Palomares Lane
Ventura, CA 93003


Olson, Jerry
1241 Gatlin Avenue
Hacienda Heights, CA 91745


Olson, Lila
8535 El Rio Ave
Fountain Valley, CA 92708


Oman, Jim & Rita
1141 Berenice Drive
Brea, CA 92821

Onaga, Jim & Brenda
12652 Bubbling Well Rd.
Santa Ana, CA 92702


Ondrako, Stefan
862 Calle Pluma
San Clemente, CA 92673


Ontrak Garage Doors
4508 New Hope Court
Salida, CA 95368


Orduno, David
10547 E. Lindenvale
Whittier, CA 90606


Oregel, James
417 E. Adele Street
Anaheim, CA 92805


Orlowski, Edward
11366 Coriender Ave.
Fountain Valley, CA 92708


Ornedo, Sheila
1106 Arbor Dell Road
Los Angeles, CA 90041


Orona, Alexandra
7649 Loma Verde Ave.
Conoga Park, CA 91304

Oropez, Gilbert
2298 Ridgeview Terrace
Corona, CA 92882


Orozco, Diana & Sherman, Patrick
5888 Diablo Drive
Sacramento, CA 95842


Orozco, Tony & Gwen
3350 Royal Ridge Rd
Chino Hills, CA 91709


Orr, Donna
1055 Curtis Dr
Norco, CA 92860


Orr, Donna
1055 Curtis Dr.
Norco, CA 92860


Ortega, Franco & Arivia
11852 Jamacha Rd
Apple Valley, CA 92308


Ortega, Gloria
16104 Main St.
La Puente, CA 91744


Ortiz, Bertha
3419 Sandoval Ave.
Pico Rivera, CA 90660

Ortiz, Gwynne
1331 Barcelona St.
Corona, CA 92882


Ortiz, Julio
437 Karns Ave.
La Puente, CA 91746


Ortiz-Echeverria, John
481 W. Olive St.
Colton, CA 92324


Orton, Kevin
2716 Ashwood
Costa Mesa, CA 92626


Orunesajo, Akinwale
411 Garda Ave.
La Puente, CA 91744


Osargent, Deanna
826 Caminito Rosa
Carlsbad, CA 92011


Osborn, Florence
543 Beaumont Way
Goleta, CA 93117


Osborn, Phil & Marva
624 N. 6th Street
Lompoc, CA 93436

Osburn, Florence
543 Beaumont Way
Goleta, CA 93117


Oshea, Jessie
1139 Strawberry Lane
Glendora, CA 91760


Osorio, Mario
3312 Glenhurst
Los Angeles, CA 90039


Ossip, Joan
17037 Alderwood Ln
Poway, CA 92064


Ostler, Joan G.
15409 Wilmaglen Dr.
Whittier, CA 90604


Ostlund, Margaret
6456 N. Vista
San Gabriel, CA 91775


Osuna, Nancy
1604 Corte De Medea
San Jose, CA 95124


Osuna, Victor
905 N. Blanchard St
Banning, CA 92220

Ottenhoff, Leilani
7674 Cook Ave
Citrus Heights, CA 95610


Ousey, Kathleen
415 Halkirk St
Santa Barbara, CA 95110


Overlie, Travis
28392 Sunglow Run Ln
Menifee, CA 92584


Overton, Margie
1508 Calle Fidelidad
Thousand Oaks, CA 91360


Owen, Jean
9370 Twin Trails Dr #102
San Diego, CA 92129


Owen, Rosalind & Ben
2154 Haniman Dr.
San Diego, CA 92105


P&M Painting
9119 Mel Dar Ave
Downey, CA 90240


Pacheco, Alice
1933 103rd St.
Oakland, CA 94603

Pacheco, Carolyn
8629 Stanwell St
San Diego, CA 92126


Pacheco, Joyce
2012 Welder St
West Covina, CA 91790


Pachot, Carlton & Cynthia
5012 S. Verdun Ave.
Los Angeles, CA 90043


Pacific Coast Funding, LLC
390 W Cerritos Ave
Anaheim, CA 92805


Pacific Landmark Electric, Inc.
PO Box 3132
Cypress, CA 90630


Padilla, Betty Jo
6330 Orange Knoll Ave.
San Bernardino, CA 92404


Padilla, Eddie
866 Cambon Cir.
Ojai, CA 93023


Padilla, Felix
2110 W. La Palma Ave
Anaheim, CA 92801

Padua, Michael
967 Flores St.
Colton, CA 92324


Paez, Vivino & Sylvia
12291 Dervent Ave
Porter Ranch, CA 91326


Pagano, Kathy
555 Silver Oak Lane
Danville, CA 94506


Pai, Marion
20462 Alisa Lane
Huntington Beach, CA 92646


Paige, Jeanne
2635 Foreman Ave.
Long Beach, CA 90815


Painting, Marina
1552 Coriander Drive  Suite D
Costa Mesa, CA 92626


Palato, Larry
105 Mizar Place
Lompoc, CA 93436


Palencia, Walter & Dayra
6101 Camphor Ave
Westiminster, CA 92683

Pallas, Sylvia
2138 N. Orange Avenue
Rialto, CA 92377


Pallazola, Joseph
1905 Chicago St.
San Diego, CA 92110


Pallazolla, Joseph & Carol
1905 Chicago St.
San Diego, CA 92110


Palm, Donna
6366 Cibola Rd
San Diego, CA 92120


Palm, Donna
6366 Cibola Rd.
San Diego, CA 92120


Palmer, Don & Susan
1610 Bordsdale Ave
Fillmore, CA 93015


Palmgren, Zara & Michael
3962 Cameo Dr.
Oceanside, CA 92056


Palmone, Richard & Patricia
4856 Edge View Dr.
El Cajon, CA 92020

Palmore, Richard & Patricia
4856 Edgeview Dr
El Cajon, CA 92020


Panek, John
6137 E. Monlaco Rd.
Long Beach, CA 90808


Pangilinan, Grayson
4629 Cass Street Suite 26
San Diego, CA 92109


Pangle, Joan
2420 Lasphere Way
Costa Mesa, CA 92627


Pangle, Joan
2420 Lesparre
Costa Mesa, CA 92627


Panzone, William
3562 Kempton Dr.
Los Alamitos, CA 90720


Papavero, Paul
371 Pitie Dr.
Corona, CA 92879


Pape, Rosemarie
9328 Wilbur Ave.
Northridge, CA 91324

Papp, Phyllis
747 Danforth Dr.
Los Angeles, CA 90065


Parades, Dolores
6111 Glacier Dr.
Westminister, CA 92683


Paradillo, Engracio & Lolly
2714 Madrid Pl
South Gate, CA 90280


Pard, Vickilyn
6861 Almondine Dr.
Garden Grove, CA 92845


Pare, Karen & Robert
22 Pebble Beach Dr
Rancho Mirage, CA 92270


Parekh, Hema & Sachin
18501 Rosenau Dr.
Villa Park, CA 92861


Parelli, Charne
22132 Wren Way
Lake Forest, CA 92630


Parent, Al & Jeanie
554- A Avenida Seville.
Laguna Woods, CA 92637

Parfitt, David
37844 Silk Tree Lane
Palmdale, CA 93550


Paris, Estelle
1730 Spaulding Ave
Los Angeles, CA 90019


Parke, Richard & Jackie
136 Avenida Majorica Unit G
Laguna Woods, CA 92637


Parker, Anne
6363 Nantes Ave
La Puente, CA 91744


Parker, George
27557 Sutherland Drive
Highland, CA 92346


Parker, George
27557 Sutherland Dr.
Highland, CA 92346


Parker, Harry
3816 Laketree Dr.
Fallbrook, CA 92028


Parker, Jim & Irene
448 N. Calmgrove Ave
Covina, CA 91724

Parker, Mabel & Antonio
190 W. Adams St.
Long Beach, CA 90805


Parker, Stephen
8949 Corte Pellejo
Spring Valley, CA 91977


Parle, Michael & Rachel
243 Chinook Dr.
Placentia, CA 92870


Parra, Daniel & Linda
1470 Azalea Dr.
Carpenteria, CA 93013


Parris, James
7310 Percheron Ave.
Riverside, CA 92509


Parrish, Diane
13983 Victoria Street
Victorville, CA 92395


Parsa, Sam
24161 Rue de Cezanne
Laguna Niguel, CA 92677


Parsons, Ernest & Cheryl
130 Harding Ave
Ventura, CA 93003

Parsons, Mary
370 Calla
Imperial Beach, CA 91932


Pashia, Dona
416 Narcissus Avenue
Corona Del Mar, CA 92625


Pasillas, Micaela
24561 Singer St.
Moreno Valley, CA 92557


Pasquale, James & Debbie
2561 Skyline Dr
Brea, CA 92821


Patel, Champaben & Minal
7421 Darlene Circle
La Palma, CA 90623


Patel, Prafull
233 N. Palo Cedro
Diamond Bar, CA 91765


Patel, Vijay
1790 Diamond Valley Ln
Chino Hills, CA 91709


Patriot Environmental Lab Services
1041 S Placentia Ave
Fullerton, CA 92831

Patterson, Norman & Lynetta
140 W Dunton Ave.
Orange, CA 92865


Patterson, Ralph & Sarita
2830 Reed Ave
Livermore, CA 94550


Paul, Henry
4255 2nd Ave.
Los Angeles, CA 90008


Paul, Leonard
16571 Mytinger Ln.
Huntington Beach, CA 92647


Paulis, Robert
618 Rainwood Ct.
Oceanside, CA 92058


Paulk, Ismay E.
12640 Euclid St. # 203
Garden Grove, CA 92840


Paulson, Mary
4435 Utah St
San Diego, CA 92116


Paulson, Wallace & Lois
4726 Galicia Way
Oceanside, CA 92056

Pawloski, David
317 Medinah Lane
Lompoc, CA 93436


Payne, Dominga
2915 E. 19th Street
Oakland, CA 94601


Payne, Philip
1401 SAN MIGUELITO
LOMPOC, CA 93436


PCCH, Inc.
199 San Marino
Irvine, CA 92614


PCM Inc.
PO Box 2220
Laguna Hills, CA 92654


Peace, Dale
11975 W. Telegraph
Santa Paula, CA 93060


Peak, Robert & Theresa
2110 Santa Anita Rd
Norco, CA 92860


Pearson, Barbara & Walt
74711 Dillion Rd #629
Desert Hot Springs, CA 92241

Pearson, Daniel & Cheryl
9639 Whirlaway Street
Rancho Cucamonga, CA 91737


Pearson, Darlene
1296 Rue Saint Martin
San Marcos, CA 92078


Pearson, Jerry
6363 Verdi Drive
Buena Park, CA 90621


Pearson, Jerry
6363 Verdi Dr.
Buena Park, CA 90621


Pedler, William
8426 Chopin Dr.
Buena Park, CA 90621


Pedroza, Alejandro & Olga
4209 Stewart Ave
Baldwin Park, CA 91706


Peeke, Charles
4101 S. F Street
Oxnard, CA 93003


Peery, James III
29648 Pebble Beach Dr.
Murrieta, CA 92563

Pehl, Linda & Jim
6127 Estrella Ave
San Diego, CA 92120


Peloquin, Ernest & Shirley
2104 Ronda Granda Unit Q
Laguna Woods, CA 92637


Pemberton, Bill & Marylou
315 N. Michael Ave
Fullerton, CA 92833


Pemberton, David & Marilyn
575 Charwood Ct
Brea, CA 92821


Penameza, Luz & Esteban
20850 Us Hwy 18
Apple Valley, CA 92307


Penate, Manuel
4907 Downing Ave.
Baldwin Park, CA 91706


Penda, Sergio & Maria
504 S. Cypress Ave
Ontario, CA 91762


Pendleton, Hugh
38 Silver Spring Dr.
Rolling Hills Estates, CA 90274

Pendleton, Maxine
95 Church St
Los Gatos, CA 95030

Pendley, Robert & Anneli
1530 S. Center St
Redlands, CA 92373

Peralta, Carlos & Marsha
45415 G Street
Oxnard, CA 93033

Peralta, Joe
1718 Rosewood Ave.
Anaheim, CA 92805

Perera, Shirani
1239 S. Magnolia Ave
Anaheim, CA 92804

Perez
4122 Layman Ave
Pico Rivera., CA 90660

Perez Romero, Federico
6729 Rolando Knolls Drive
La Mesa, CA 91941

Perez, Alejandra Hernandez
306 W Montana St.
Pasadena, CA 91103

Perez, Angie
1515 E 7th St
National City, CA 91950


Perez, Aristeo & Alejandra
306 W. Montana St.
Pasadena, CA 91103


Perez, Daniel
416 W. Floral Drive
Montebello, CA 91754


Perez, Edward & Ellen
5990 Geremander
Rialto, CA 92377


Perez, Eric
1777 Greenleaf Ave
Anaheim, CA 92801


Perez, Jenny & Ruben
1736 W. Russel Ave.
Santa Maria, CA 93458


Perez, Monica
860 W. Grovewood Ave.
Bloomington, CA 92316


Perez, Nancy
20 Verdin
Aliso Viejo, CA 92656

Perez, Patrick & Magdalena
718 Chestnut Ave
Redlands, CA 92373


Perkins, Michael Deidre
31630 Pio Pico Rd
Temecula, CA 92592


Perkins, Susan
560 Franklin St
Mountain View, CA 94041


Perlini, Ronald
76963 Oklahoma
Palm Desert, CA 92211


Perrera, Shirani
1239 S. Magnolia Ave.
Anaheim, CA 92804


Perri, Frank
8373 Camino Sur.
Rancho Cucamonga, CA 91730


Perrizolo, Marian
5018 Via Jacinto
Santa Barbra, CA 93111


Perry, Chuck
425 E. Bay Street
Costa Mesa, CA 92627

Perry, Craig
315 Douglas Ave.
Oxnard, CA 93030


Perry, Douglas
9331 Greenwich Dr.
Huntington Beach, CA 92646


Perry, Everett
79240 Kara Ct.
La Quinta, CA 92253


Perry, Everett & Virginia
79240 Kara Ct.
La Quinta, CA 92253


Perry, Irene
663 E. Poplar St.
Oxnard, CA 93033


Perry, Marcia
481 Park Front Walk
Los Angeles, CA 90011


Perry, Maria
39714 Oak Cliff Drive
Temecula, CA 92591


Perry, Susan
6809 East Saddleback Drive
Orange, CA 92869

Pesek, Milanda
2 Warmspring Ln.
Aliso Viejo, CA 92656


Peters, James & Arden
1110 12Th Street
Ramona, CA 92065


Peters, Shelly
20071 Hansen Ave
Nuevo, CA 92567


Petersen, Ronald
12 Lincoln Crt
Buena Park, CA 90620


Peterson, Gerald & Allison
1165 Rubio St.
Alta Dena, CA 91001


Peterson, Harris
2285 Ingrid Avenue
San Diego, CA 92154


Peterson, Joann
2 New Haven
Irvine, CA 92620


Peterson, Margaret
21721 Rushford
Lake Forest, CA 92630

Peterson, Robert
2300 Byrd Dr.
Oxnard, CA 93033


Petite, Claude
4001 2Nd Ave
Los Angeles, CA 90008


Petite, Theresa
10928 Penney Ave
Inglewood, CA 90303


Peto, Ilona
29383 Honeywood Dr.
Menifee, CA 92584


Petska, Jannine & Kenneth
420 W. Redondo Dr.
Oceanside, CA 92057


Pettit, Paul & M. Cecille
28790 Ellis Ave.
Romoland, CA 92585


Pettway, Susan
1715 E. 23 St
Oakland, CA 94606


Petty, John
9461 Daytona
Huntington Beach, CA 92646

Pfaff, Roger
230 Santa Lucia
Hemet, CA 92543


Pfahler, Vivian
226 Spring Oak Way
San Diego, CA 92139


Pham, Thu
10640 Kemerton Rd.
San Diego, CA 92126


Phan-Lee, Myhanh
31007 Via Puerta Del Sol
Bonsall, CA 92003


Phelps , Linda
1026 N. 7th Street
Lompoc, CA 93436


Phillips, Elizabeth
9966 Bon Vue
El Cajon, CA 92021


Phillips, Lesler & Ruth
3262 Sol Vista
Fallbrook, CA 92028


Phillips, Robert
6683 Wrangler Rd.
Chino Hills, CA 91709

Phillips, Robin
1215 S. 9th Ave.
Arcadia, CA 91006


Phillips, Steven & Pam
1451 Sunrise
Vista, CA 92084


Phinney, Eileen
2076 Valley Rd.
Costa Mesa, CA 92627


Piche, Chris & Leah
7321 E. Villanueva Drive
Orange, CA 92867


Pichler, Helen
8617 Louis Ln.
Santee, CA 92071


Pickford, Patricia
3043 Hildreth Ct
Lancaster, CA 93535


Pickle, Michael
7726 Milton Ave
Whitter, CA 90602


Pierce, Felipe & Bunce
1760 Tamarisk Rd
Palm Springs, CA 92262

Pierce, Larry & Cecil
901 Bollenbacher Street
San Diego, CA 92114


Pierce, Tim & Diana
357 Hannalei Dr.
Vista, CA 92083


Pierlot, Luis & Helen
13127 Westport St.
Moorpark, CA 93021


Piggee, Michael
2522 N. Hanning Avenue
Alta Dena, CA 91001


Pilkington
5316 Kettler Ave
Lakewood, CA 90713


Pilkshe, George & Inez
1170 Falcon Lane
El Cajon, CA 92020


Pimentel, Luz
6126 Alamo Ave.
Maywood, CA 90270


Pinaire, Rene
5982 Meinhardt Rd.
Westminster, CA 92683

Pineda, Balmore & Diana
13729 Leffingwell Rd
Whittier, CA 90605


Pineda, Florencia
4947 Los Feliz Blvd.
Los Angeles, CA 90027


Pineda, Marion
8806 Wakefield
Panorama City, CA 91402


Pineda, Winefredo & Edna
7139 Woodshawn Drive
San Diego, CA 92114


Pirtle, Suzanne
4080 Porte La Paz, Unit 11
San Diego, CA 92122


Pittman, Adra
1034 W 19th St.
San Pedro, CA 90731


Pitts, Rosa
2121 Tern Bay Lane
Lakewood, CA 90712


Pizarro, Sylvia
801 San Juan Pl
Placentia, CA 92870

Plass, Johsua
4647 Romola Ave
La Verne, CA 91750


Pletsch, Kathryn & Ronald
42913 Cinema Ave
Lancaster, CA 93534


Plunkett, Janet
5601 Whitecliff
Rancho Palos Verdes, CA 90275


Pocock, William
49405 Lago Grande
Aguanga, CA 92536


Poggenburg, Kenneth & Sheila
1526 Linda Sue Lane
Encinitas, CA 92024


Pohlers, Carol
4351 Toyon Rd.
Riverside, CA 92504


Polanco, Maria
830 Cinnamon Lane
Duarte, CA 91010


Polanski, Althea
2083 Mesa Verde
Milpitas, CA 95035

Polly, Aaron & Tori
11458 Blackstone Court
Fontana, CA 92337


Ponce, Ruben
2411 E. 5th St.
Long Beach, CA 90814


Ponce, William & Julia
21060 Castlerock Rd
Yorba Linda, CA 92886


Ponce, William & Julia
21060 Castlerock Rd.
Yorba Linda, CA 92886


Ponder, Daniel & Lisa
1616 Heartland Way
Corona, CA 92881


Pondoff, Nick
9726 La Serna Dr.
Whittier, CA 90605


Pope, Andrew
1686 Kronen Way
Solvang, CA 93403


Popescu, Vlad
24492 Sunshine Dr.
Laguna Niguel, CA 92677

Popov, Constantin
777 San Antionio Rd. #41
Palo Alto, CA 94303


Porro, Wendela
9506 Blair Way
La Mesa, CA 91941


Port, Chester
5624 Downey Ave.
Lakewood, CA 90712


Porter, Cheryl
655 Brookwood Dr
El Cajon, CA 92091


Portillo, Catlina
542 W. Wilshire.
Fullerton, CA 92832


Potter, Pat
4045 E 6th St
Long Beach, CA 90814


Poullard, Carolyn
344 E. Palm
Altadena, CA 91001


Povirk, Frank
13782 Andele Way
Irvine, CA 92620

Povolotsky, Mark
18552 Willard St.
Reseda, CA 91335


Powell, Belle Corrine
10241 Cunningham Ave
Westiminster, CA 92683


Powell, Inez
13325 Dilbeck Dr.
Moreno Valley, CA 92553


Powell, Patricia
822 W. 144 th St
Gardena, CA 90247


Powell, Sybble
1160 Morello Ave
Martinez, CA 94553


Powers, Robert
841 E. Vine Ave.
West Covina, CA 91790


Powers, Thomas & Stimoc, noreen
665 San Andres Cir.
Thousand Oaks, CA 91360


Prasad, AJ
15726 Amar Rd
La Puente, CA 91744

Prata, Irene
185 W. 17th St.
Upland, CA 91784


Pratt, Jack
868 Valley High Ave
Thousand Oaks, CA 91362


Precision Plastics Printing Co.
3845 E Coronado Street
Anaheim, CA 92807


Prentice, Cody & Michael
13431 Khurman St
Lakeside, CA 92040


Presley, Larry
1562 Orangewood Dr
San Jose, CA 95121


Price, Bob & Eileen
15518 Dracena Ave
Moorpark, CA 93021


Price, Donald
2308 La Terrace Cir.
San Jose, CA 95123


Price, Laura
4650 W Phillips
Ontario, CA 91762

Price, Ruby
4514 Wall Ave
Richmond, CA 94801


Pride, Janet
1240 W. Ave. #J8
Lancaster, CA 93534


Prieto, Karen
30663 Las Flores Way
Thousand Palms, CA 92276


Primary Source Inc.
20680 Manzanita Ave
Yorba Linda, CA 92886


Primary Source, Inc.
20680 Manzanita Ave
Yorba Linda, CA 92886


Prock, Bruce & Jill
11120 Amarillo St.
Rancho Cucamonga, CA 91701


Prock, Carol
3930 Hill Crest Ln.
Sacramneto, CA 95821


Prodanovich  , Robin
873 Via Campobello
Santa Barbara, CA 93111

Prodanovich, Robin
873 Via Campo Bello
Santa Barbara, CA 93111


Pronin, Alexey
11512 Hadar Dr.
San Diego, CA 92126


Proper, Vernon
4914 Granada St.
Los Angeles, CA 90042


Pruiksma, Ken
173 Vista Lane
Calimesa, CA 92320


Puffer, Sandra
1315 Rockhaven Place
Manteca, CA 95336


Pugatch, David
738 Wildcat Canyon Rd
Berkeley, CA 94708


Pukahi, Alex & Megan
720 Butterfield Rd.
Oceanside, CA 92057


Purdue, Howard
13074 Basswood Ave
Chino, CA 91710

Purdy, Darren & Jane
55034 Country Club Dr
Yucca Valley, CA 92284


Purling, Michael
643 Avenida Pequena
Santa Barbara, CA 95111


Purvis, Robert
6035 La Prada
St. Los Angeles, CA 90042


Putlock, Ken & Mary
5619 Dorothy Way
San Diego, CA 92115


Qirko , Clara
133 Roosevelt St
Chula Vista, CA 91910


Quail, Debra
4172 Eileen St.
Simi Valley, CA 93063


Quality Garage Door Service
4780 Howard St
Montclair, CA 91763


Quankep, Curtis
1810 E. Sycamore St.
Anaheim, CA 92805

Quemada, Cecilia
3215 Faken Ridge
Diamond Bar, CA 91765


Quigley, Cynthia
29696 Rossiter Rd
Murrieta, CA 92563


Quillen, James
38124 Murrieta Creek
Murrieta, CA 92562


Quinney, Anne
5973 Cirrus St
San Diego, CA 92110


Quirk, Bill & Medland, Kay
39320 Juan Circle
Cathedral City, CA 92234


Quistberg, Oscar
563 25th Ave
San Francisco, CA 94121


R. Wences Roofing Co.
8303 11th Avenue
Hesperia, CA 92345


Rabina, Jimmie
27194 San Bruno Ave
Madera, CA 93637

Rabon, Robert
9104 Oakleaf Ct
Hesperia, CA 92344


Radaker, Shirley
74-730 Fairway Dr
Palm Desert, CA 92260


Rader, Dennis
5400B Via Carrizo
Laguna Woods, CA 92637


Raede, John & Jeanie
1826 Fordham Avenue
Thousand Oaks, CA 91360


Raegan Martinson c/o Kristi Cornett
8446 E. Durango Way
Anaheim Hills, CA 92808


Rahn, Sue
17475 Krameria Ave.
Riverside, CA 92504


Rainey, Dave
6471 Seavey Ct.
Highland, CA 92346


Rainey, Gwendolyn
10582 Wrangler Way
Corona, CA 92883

Rainey, William
8002 Garfield St.
Riverside, CA 92504


Ramirez, Art & Suzy
710 Citrus Way
Corona, CA 92882


Ramirez, Ed
14661 Via Point Del Sol.
Whittier, CA 90604


Ramirez, Francisco
6214 Southwind Dr.
Whittier, CA 90601


Ramirez, Maria
1214 Huntington Dr, #H
Duarte, CA 91010


Ramirez, Olga
185 N. 12th St
San Jose, CA 95112


Ramirez, Ronald
1520 Moreno Dr.
Glendale, CA 91207


Ramos, Jose & Rosa
14524 Marwood St
Hacienda Heights, CA 91745

Ramos, Lucy
6017 Tipton Way
Los Angeles, CA 90042


Ramos, Ruben & Natalie
7420 Ramona Ave
Rancho Cucamonga, CA 91730


Ramos, Sara
735 Eugene Ave.
Ventura, CA 93004


Ramos, Yolanda
151 Anita St
Chula Vista, CA 91911


Ramzy, Diane
1561 E. Hazeltine St.
Ontario, CA 91761


Randall, Lawrence
12336 223Rd Street
Hawaiian Gard, CA 90716


Randolph, Melanie
322 Woodland Dr.
San Pedro, CA 90732


Rangsikitpho, Cassandra
669 Miramonte Dr
Santa Barbara, CA 93109

Rangsikitpho, Paisan
669 Miramonte Dr
Santa Barbara, CA 93109


Rangsikitpho, Paisan
669 Miramonte Dr.
Santa Barbara, CA 93109


Rappleyea, Steven
10644 Vista Camino
Lakeside, CA 92040


Rascon, Roberto
65881 6th St
Desert Hot Springs, CA 92240


Ratcliff, Janie
14864 Mystic St.
Whittier, CA 90604


Ratke, Andy
13791 Palace Way
Tustin, CA 92780


Ratleff, Leland & Teresa
5665 W. 63rd St.
Los Angeles, CA 90056


Ratliff, Joseph
6555 Comly St.
San Diego, CA 92111

Ratliff, Tim & Marilee
325 Glancy Drive
San Ysidro, CA 92173

Ratliff, Tim & Merrilee
3250 Glancy Dr
San Ysidro, CA 92173

Ratner, John
1500 Cherry Ave
Placentia, CA 92870

Rattray, Robert & Susan
7656 Jackson Way
Buena Park, CA 90620

Rawls, Willie
1351 W. 112th St.
Los Angeles, CA 90044

Raxiotis, Jennifer & Spiro
17612 Regency Circle
Bellflower, CA 90706

Ray, Janice
114 Las Flores Terrace
San Diego, CA 92144

Ray, Karen
4170 Conner Court
San Diego, CA 92117

Rayburn, Robert & Cindy
12432 Vista Panarama
Santa Ana, CA 92705


Raygoza, Jeanette & Juan
1846 Teakwood
Santa Maria, CA 93455


Read, Paul & Cindy
1131 Pepper Drive
El Cajon, CA 92021


Reading, Richard
3391 Campbell St.
Riverside, CA 92509


Ream, Joan
1523 Nob Hill Dr.
Escondido, CA 92026


Redding, Dexter
616 Osage St
Spring Valley, CA 91977


Reddy, Rajender
2206 Swift Fox Ct
Simi Valley, CA 93065


Redoglia, Elizabeth
3639 Lockley
Pasadena, CA 91107

Redoglia, Elizabeth
3639 Lockley Dr
Pasadena, CA 91107


Reed , Charles & Fannie
7220 Mount Vernon St.
Lemon Grove, CA 91945


Reed, Blake
12311 Thistle Dr
Rancho Cucamonga, CA 91739


Reed, Dion
3551 Fairway Dr
La Mesa, CA 91941


Reed, Eric
3377 Cheyenne Ave
San Diego, CA 92117


Reed, Margaret
905 Fathom Ave.
Seal Beach, CA 90740


Reed, Marie
4212 36th St
San Diego, CA 92104


Reed, Robert & Marietta
1405 New Chatel Dr
San Diego, CA 92154

Reeves, Priscilla
3940 Cielo Place
Fullerton, CA 92835


Regional Adjustment Bureau
1900 Charles Bryan Rd Ste 110
Memphis, TN 38016


Regional Adjustment Bureau
1900 Charles Bryan Rd Ste 110
Memphis, TN 38106


Reich, Herbert & Erika
11903 Lannylyn Dr.
Whittier, CA 90604


Reider, Nancy
12690 Cuando Wy
Desert Hot Springs, CA 92240


Reider, Richard
4882 Pointtilli St.
Oceanside, CA 92057


Reif, Dick & Gayle
77891 N. Woodhaven Drive
Palm Desert, CA 92211


Reinick, Rosemary
24826 Oak Creek
Lake Forest, CA 92630

Rempen, Paul
1453 Bing Dr
San Jose, CA 95129


Renaud, Adele
14845 McVay Ave.
San Jose, CA 95127


Rendon, Roxanne
5827 Fayette Street
Los Angeles, CA 90042


Renfro, Lorita
1888 Autumn Lane
Vista, CA 92084


Renfro, Wynona
12851 Sundown Road
Victorville, CA 92392


Renne, Dwayne & Daisy
702 W. 56th Street
Los Angeles, CA 90037


Renner, Keith
8962 Glencoe
Riverside, CA 92504


Rentle, Craig & Barbara
6 Taylor Ave
Palm Dessert, CA 92260

Rentschler, Kathleen & James
913 Deerflats Drive
San Dimas, CA 91773


Repogle, Jacob
2037 Santa Anita Avenue
Placentia, CA 92870


Republic Services
12949 Telegraph Rd
Santa Fe Springs, CA 90670


Requenes, Israel
11636 Old Field Ave.
Fontana, CA 92337


Resendi, Henrietta
13628 Kamloops St
Pacoima, CA 91331


Reyes, Jose
3849 Cottonwood Dr.
San Diego, CA 92113


Reyes, Jose
3849 Cotton Wood
San Diego, CA 92113


Reyes, Martha & William
1477 Turquois Ave
Mentone, CA 92359

Reyes, Robert
621 N. 18 St.
Montebelo, CA 90640

Reynaga, Arlne & Saul
759 Ave H12
Lancaster, CA 93334

Reynolds, Marilynn
1118 E. Marshall Blvd.
San Bernardino, CA 92404

Reynolds, Marilynn & Buryl
1118 E Marshall Blvd
San Bernardino, CA 92404

Reynolds, Rick
536 Paseo De La Playa
Redondo Beach, CA 90277

Reynolds, Steve
10424 Crane Circle
Fountain Valley, CA 92708

Reza, Daniel & Roberta
6732 Omega Drive
San Diego, CA 92139

Rhodes, Asie
2610 67th Avenue
Oakland, CA 94605

Rhodes, Kimberly
297 W. Hammond St.
Pasadena, CA 91109


Rhoton, Scott & Athanasios
68295 30Th Ave
Cathedral City, CA 92234


Rhui, Eugene & Zhao, Lucy
11254 Caminito Corriente
San Diego, CA 92128


Rials, Shirley & William
731 N. Vista Ave
Rialto, CA 92376


Ribaudo, Paula
322 S CREST RD
Orange, CA 92868


Ribet, Butch & Mary
6286 Avenida Ganso
Goleta, CA 93117


Ribet, Rodalph
6286 Avenida Ganso
Goleta, CA 93117


Ricca, Nate & Elodia
24506 Chamalea
Mission Viejo, CA 92691

Riccitelli, Carol & Masten, Carl
4676 Coralwood Ave
Carlsbad, CA 92008

Rice, Angelica & Steven
1188 Academy Ln.
Vista, CA 92081

Rice, Steven
1188 Academy Lane
Vista, CA 92081

Richard, Michael
1304 E. Century Dr
Orange, CA 92886

Richards, Walter & Anna
1246 E. Diomondale Dr.
Carson, CA 90746

Richardson, Rossalyn
495 7th. St.
Perris, CA 92570

Richeson, Harold
77651 Woodhaven Dr.
Palm Desert, CA 92211

Richman, Jean
20802 Hunter Lane
Huntington Beach, CA 92646

Rickard, Sharon
16 Clover Hill Lane
Laguna Hills, CA 92653

Rickenbach, Stephanie & Bob
2001 Huntington St.
Huntington Beach, CA 92648

Ricker, Tim
5217 Revere Ave
San Bernardino, CA 92404

Ricker, Timoth & Jane
5217 Rever Ave.
San Bernardino, CA 92407

Rico, Felilx & Yvette
81797 Olea Ave
Indio, CA 92201

Riddle, William
2702 Garber Way
Bakersfield, CA 93307

Riedel, Frank & Katherine
4911 Arroyo Lindo Ave.
San Diego, CA 92117

Riedler, Christine
16709 Daza Dr
Ramona, CA 92065

Rients, John & Jan
4216 Vista Panorama #276
Oceanside, CA 92057

Rievley, Thomas & Cheri
14935 Catania Way
Fontana, CA 92336

Riggs, James
1341 N. Carol Street
La Habra, CA 90631

Riggs, Rebecca
217 N. W Street
Lompoc, CA 93436

Riggs, Rebecca
217 H. West St
Lompoc, CA 93436

Rigtrup, Dale
13455 Olive Tree Lane
Poway, CA 92064

Riley, Patrick & Janet
1050 W 186th St.
Gardena, CA 90248

Rinebolt, Marc & Rhonda
749 Sequoia St
San Bernardino, CA 92407

Ringwald, NEVA
2535 LA COSTA AVE
CHULA VISTA, CA 91915


Riordan, Mary Beth
382 Canon Rd
Santa Barbara, CA 93105


Rios, Ed
530 Quarantina St
Santa Barbara, CA 93103


Rios, Judy
832 San Marino Ave.
Montebello, CA 90640


Rios, June
3773 Torrino Dr.
Santa Barbara, CA 93105


Rios, Nellie
369 Oxford St
San Francisco, CA 94134


Rios, Soledad
1604 S. Curis Ave
Alhambra, CA 91803


Rios, Solidad & Linda
1604 S. Curtis Ave.
Alhambra, CA 91805

Ripa, Margaret
78890 Alliance Way
Palm Desert, CA 92211


Ripp, William
862 Forbes Dr.
Brea, CA 92821


Rise Up Roofing
606 Rock Vista Drive
Corona, CA 92879


Rismoen, Sandra
4309 W. Kent Ave
Santa Ana, CA 92704


Ristow, Linda
1060 Brighton Street
La Habra, CA 90631


Ritch, Debora
214 E. Kearney Ct.
Chula Vista, CA 91910


Ritchie, Virginia
7206 Stockton Ave
El Cerrito, CA 94530


Ritchie, Virginia
7206 Stockton Ave.
El Cerrito, CA 94530

Rivera, Hortencia
17565 San Jacinto ct.
Fontana, CA 92336


Rivera, Hortensia
17565 San Jacinto
Fontana, CA 92336


Rivera, Lisa
11202 Lefloss Ave
Norwalk, CA 90650


Rivera, Marie
8 Canyon Terrace
Newport Beach, CA 92657


Rivera, Marie
8 Canyon Ter
Newport Coast, CA 92657


Rivera, Roberto & Laura
13369 Athletics Dr.
Moreno Valley, CA 92555


Robarge, Bob
11227 Sharon St
Cerritos, CA 90703


Robbins Enterprises
34096 Galleron
Temecula, CA 92592

Robbins, John
1749 Skyloft Lane
Encinitas, CA 92024


Robbins, Ray
34096 Galleron Street
Temecula, CA 92592


Robbins, Stephen
291 Little Park Rd
Grand Juntion, CA 81507


Roberts, Arthur & Joan
35556 Country Line Rd
Yucaipa, CA 92399


Roberts, Karrie
6144 Pontiac St.
San Diego, CA 92115


Robertson, Yorhonda
1879 Cyrene Dr.
Carson, CA 90746


Robin, Susan
552 Amber Isle
Alameda, CA 94501


Robinson, Carolyn
795 Donatello Dr.
Corona, CA 92882

Robinson, Dane
8791 Universe
Westminster, CA 92683


Robinson, Dorothy
2577 Buena Vista Ave
Lemon Grove, CA 91945


Robinson, Eugene & Mary
29502 Hillside Ln
Silverado Canyon, CA 92676


Robinson, Gail
7928 Gretna Ave.
Whittier, CA 90606


Robinson, James
14044 Lakeview Drive
La Mirada, CA 90638


Robinson, Judith
14532 RAVEN ST
SYLMAR, CA 91347


Robinson, Katie & David
1336 Pavoreal
San Clemente, CA 92673


Robinson, Mati & Louie
23751 Via Compadres
Murrietta, CA 92562

Robinson, Michael
448 Reposo St.
San Jacinto, CA 92582

Robinson, Nancy
15224 San Ardo Dr.
La Mirada, CA 90638

Robinson, Robert & Nina
42906 W. 50th St.
Lancaster, CA 93536

Robinson, Scott
4780 Escalona Plaza
Yorba Linda, CA 92886

Robinson, Skip
1025 Cachuca Ave. #69
Ventura, CA 93004

Robles, Frank
2405 Fairmont Ave
Santa Ana, CA 92706

Robles, John & Irene
182 Brandon Dr.
Goleta, CA 93117

Robles, Jose
1797 Genevieve St
San Bernardino, CA 92405

Robles, Juana
2961 Franklin Ave
San Diego, CA 92113


Robles, Maria Elena
3330 Beswich St.
Los Angeles, CA 90023


Robson, Clifford
4055 Acacia
Riverside, CA 92503


Roccatani, Louise
11207 Bolton Ave
Ontario, CA 91762


Rocklin, Marie
5549 Butterfield St.
Camarillo, CA 93012


Roddy, Maria
3420 West Blvd.
Los Angeles, CA 90016


Rodezno, Rose & Teresa
1577 Chalgrove Dr
Corona, CA 92882


Rodgers, Darlene
4710 Mount Vernon Ave
Chino, CA 91710

Rodgers, Mike & Erin
178 N Roth Ln
Orange, CA 92869


Rodish, John & Sandra
24568 Cuyama Road
Apple Valley, CA 92307


Rodriguez, Ana
6085 Avenue Juan Diaz
Riverside, CA 92509


Rodriguez, Andrea
1416 Calumet Ave.
Los Angeles, CA 90026


Rodriguez, Andrea
1416 Calumet Avenue
Los Angeles, CA 90026


Rodriguez, Ariel
840 Patti Lane
Santa Maria, CA 93458


Rodriguez, Calistro
5246 Stratford Rd
Los Angeles, CA 90042


Rodriguez, Consuelo
817 E. 20th St.
Santa Ana, CA 92706

Rodriguez, Cordelia
1540 Wayne Ave
San Leandro CA, CA 94577


Rodriguez, Daniel & Belen
7840 Klusman Ave
Rancho Cucamonga, CA 91730


Rodriguez, Gavino & Elvira
30749 Burbank St.
Shafter, CA 93263


Rodriguez, Gilbert & Maria
12238 Shooting Star Drive
Victorville, CA 92392


Rodriguez, Idelia
84086 Corregidor Avenue
Indio, CA 92201


Rodriguez, Jesus
1145 Washington St.
Redlands, CA 92374


Rodriguez, John & Rosemarie
11812 McGirk Ave
El Monte, CA 91732


Rodriguez, Juan & Josephina
611 Boyle Ave
Escondido, CA 92027

Rodriguez, Julian & Eledia
1148 N. Gardsen Ave
Covina, CA 91724


Rodriguez, Larry & Mary
2431 Lovella Ave
Venice, CA 90291


Rodriguez, Leo & Mari
8416 Carron Dr.
Pico Rivera, CA 90660


Rodriguez, Madeline & Louie
1925 Mandarin Lane
San Jose, CA 95122


Rodriguez, Madelyn
1925 Mandarin Way
San Jose, CA 95122


Rodriguez, Marian
7061 Russian Ln.
Lemon Grove, CA 91945


Rodriguez, Mike & Romo, Veronica
8308 Poppy Way
Buena Park, CA 90620


Rodriguez, Mr & Mrs
1178 Tyndall
Santa Ynez, CA 93460

Rodriguez, Nereido & Magdalena
15732 Hartland St
Van Nuys, CA 91406


Rodriguez, Oscar & Rosemarie
13328 March Way
Corona, CA 92879


Rodriguez, Roy
13025 Lefloss
Whittier, CA 90650


Rodriguez, Salvador
10142 Hearth Ln.
Anaheim, CA 92804


Rogers, Forrest
737 Carmel Circle
Vista, CA 92084


Rogers, Gary & Norma
13560 Meyer Rd.
Whittier, CA 90605


Rogers, James
36832 Jenna Lane
Palmdale, CA 93550


Rogers, Kenneth & Sherry
17624 Owen Ct.
Fontana, CA 92335

Rogers, Mary Lou
1128 El Monte Drive
Simi Valley, CA 93065


Rogers, Russell
16630 Miller Avenue
Fontana, CA 92336


Rogers, Victor & Sue
8312 20th St.
Westminister, CA 92683


Rogerson, Katherine
875 Sunset Cliffs Blvd.
San Diego, CA 92107


Rogerson, Katherine
875 Sunset Cliff Blvd.
San Diego, CA 92109


Rohloff, Phyllis
15155 Woodruff Place
Bellflower, CA 90706


Rojas, Raymond & Claudia
8197 Sherwood Pl.
Riverside, CA 92504


Rojas, Virginia
28861 Avenida Gaviota
Canyon Lake, CA 92587

Roldan, Judith
141 S. Marion
La Habra, CA 90631


Rollins, Gwenell
6333 Division St.
San Diego, CA 92114


Romaniello, Stephanie
181 S. Ralph Rd
Lake Elsinore, CA 92530


Rombout, Arthur
8282 Kingfisher Dr.
Huntington Beach, CA 92646


Rombout, Arthur
8282 Kingfisher Dr
Huntington Beach, CA 92646


Rombout, Ken
8282 Kingfisher Dr
Huntington Beach, CA 92646


Rombout, Ken
8282 Kingfisher Dr.
Huntington Beach, CA 92646


Romero, Alicia
18000 Fonthill Ave
Torrance, CA 90504

Romero, Caroline
1935 W. Lufkin St.
West Covina, CA 91790

Romero, Ernesto & Noemi
14089 Janetdale Dr.
La Puente, CA 91746

Romero, Humberto & Myriam
17338 El Molino St.
Blommington, CA 92316

Romero, Juan
1614 Cherry Pl
Escondido, CA 92027

Romero, Paulino & Lupe
3152 South A St.
Oxnard, CA 93033

Romo, Efrain
1301 South Huron Ave
Santa Ana, CA 92704

Romo, Lupe
6170 Jacaranda Lane
Yorba Linda, CA 92887

Romo, Miguel & Ofelia
610 ShadyDale
La Puente, CA 91744

Romo, Rosa
1131 Maertzweiler Dr
Placentia, CA 92870


Romo-Franco, Guadalupe
75833 Ramon Rd.
Thousand Palms, CA 92276


Ronkowski, Shirley
1062 Miramonte Dr. #15
Santa Barbara, CA 93109


Root, Jean
65708 Estrella
Desert Hot Springs, CA 92240


Roper, Charles
6733 Cantil St.
Carlsbad, CA 92009


Rosas, Jesus & Virginia
8046 Hinds Ave.
N.Hollywood, CA 91605


Rose, Stephen
2420 Woodlyn Rd
Pasadena, CA 91104


Roseberry, Carol
3357 Dye Road
Ramona, CA 92065

Roseberry, Carol
3357 Dye Rd.
Ramona, CA 92065


Rosenberger, Annie
3521 San Pascual St.
Pasadena, CA 91107


Rosenthal Inspections
PO Box 487
Yorba Linda, CA 92885-0487


Rosenthal, Kenneth
3221 Rowena
Los Alamitos, CA 90720


Rosenthal, Scott & Taryan
252 Beegum Way
San Jose, CA 95123


Ross, Clarence
28247 Amaryliss
Murrieta, CA 92563


Ross, Clarence
28241 Amaryliss Way
Murrieta, CA 92563


Ross, Lynnda
1706 E, Granada Court
Ontario, CA 91764

Ross, Lynnda
1706 E Granada Ct
Ontario, CA 91764


Rosser, Jo Marie
22409 Marjorie
Torrance, CA 90505


Rossi, Doreen
1169 Via Argentina
Vista, CA 92081


Rossi, John & Lorena
12347 Vivienda Ave
Grand Terrace, CA 92313


Rossiter, Charles
644 W. Guava St.
Oxnard, CA 93033


Rossness, Betty
669 Larchmont Place
Goleta, CA 93117


Rostamizadeh, Suzanne
1068 Big Sur Dr.
San Jose, CA 95120


Roth Staffing Companies, L.P.
PO Box 7000
Tarzana, CA 92357

Roth, Russell & Donna
24172 Okeechobee Lane
Lake Forest, CA 92630


Roth, Russell & Donna
24172 Okeechobee Ln
Lake Forest, CA 92630


Rotramel, Virginia
3598 Chestnut Dr
Norco, CA 92860


Rotramel, Virginia
3598 Chestnut Dr.
Norco, CA 92860


Rottslok, Eleanor
226 S PACIFIC
OCEANSIDE, CA 92054


Rowcliff, Dennis
5829 Picardy Dr
Oakland, CA 94605


Rowcliffe, Ben & Tamara
6857 Coral Gum Ct.
Garden Grove, CA 92845


Ruben, Edmond
12019 Darby Ave
Porter Ranch, CA 91326

Rubi, Vivia
236 N. Michigan Ave.
Pasadena, CA 91106


Rubin, Sharon
4509 Triste Pl.
Tarzana, CA 91356


Rudd, Nicolas
11852 Garnet Circle
Garden Grove, CA 92848


Rueff, Irene
1167 S. Concord Street
Los Angeles, CA 90024


Rugel, Richard
39241 Bel Air Dr.
Cathedral City, CA 92234


Ruiz, Angela & Yolanda
2996 Green Briar Dr.
Ontario, CA 91761


Ruiz, Nellie & Enrique
477 Hoefner Ave
Los Angeles, CA 90022


Ruminer, Ed & Sue
4178 Constellation Road
Lompoc, CA 93436

Russ, Everett & Audrey
9258 Bloomdale St.
Santee, CA 92071


Russel, Estelle
545 Acacia Rd
Santa Paula, CA 93060


Russell, Ernestine
14572 Aruba Place
Moreno Valley, CA 92553


Russell, Pryscyla & John
3713 Sechrest Ave
Bakersfield, CA 93309


Russie, Barbara
30151 Via Amante
Menifee, CA 92854


Russo, Vincent & Lilian
2151 Via Aguila
San Clemente, CA 92673


Rustvold, Donna & Clarence
18195 Santa Adela Cr.
Fountain Valley, CA 92708


Rutherford, Vicki
2041 W. Random Drive
Anaheim, CA 92804

Rutherford, Vicki
2041 W. Random Dr.
Anaheim, CA 92804


Ruvalcaba, Francisco & Rosie
1328 San Andres St Unit A
Santa Barbara, CA 93101


Ryan, Kathy
3193 Evening Way B
La Jolla, CA 92037


Ryan, Marilyn
635 Ricardo Ave
Santa Barbara, CA 93105


Ryan, Marilyn
635 Ricardo Ave.
Santa Barbara, CA 93105


S & G Roofing Supplies, Inc
1101 E 6th St
Santa Ana, CA 92701


Sablan, Thomas
32070 Calle Ballentine
Temecula, CA 92592


Sachs, John
5649 Lake Parkway
La Mesa, CA 91942

Sackett, Pam
26826 Matrix Court
Menifee, CA 92585


Saenz, Gabriel
24356 Lamount Dr.
Moreno Valley, CA 92553


Saenz, Gary & Susan
950 W. 3rd St.
Azusa, CA 91702


Saenz, Monica & Lawrence
32264 Valiant Way
Union City, CA 94587


Safeguard
P.O. Box 17929
Irvine, CA 92623-7929


Safeguard
PO Box 17929
Irvine, CA 92623-7929


Sagha, Adib
6767 Treeline
Rancho Cucamonga, CA 91701


Saifan, Nadim & Nada
19345 Sawgrass Ln.
Huntington Beach, CA 92648

Sakakura, Richard & Francine
16242 Serenade Ln.
Huntington Beach, CA 92647

Sakamoto, Jane
6333 N Lemon Ave
San Gabriel, CA 91775

Salazar, Ben
1101 Cristobal Ln
Colton, CA 92324

Salcido, Cecelia
12025 Calle De Leon
El Cajon, CA 92019

Saldecke, Carolyn
22680 Valley View Dr
Crestline, CA 92325

Saleh, Frances
2626 Reservior Dr.
Simi Valley, CA 93065

Salgado, Rosemarie
6041 Lishon Court
Palmdale, CA 93552

Salinas, Robert & Barbara
1314 E.Phillips St.
Long Beach, CA 90805

Salisbury, Josephine
126 N. Lindsay St.
Anaheim, CA

Salmeron, Gloria
2600 Whitney Dr
Alhambra, CA 91803

Salmi, Ella Blanche
1940 Swallow Lane
Carlsbad, CA 92009

Salmi, Ellablanche
1948 Swallow Lane
Carlsbad, CA 92009

Salvador, Jesse
549 Arbol Verde
Carprnteria, CA 93013

Salvadori, Robert & Daniela
1221 Via Presa
San Clemente, CA 92672

Salvagno, Vonda
7949 La Castana Way
Buena Park, CA 90620

Samano, Eleanor
550 Bond St.
Redlands, CA 92373

Sampson, Neil
33221 Christine Dr
Dana Point, CA 92629


Samson, Christina
43400 Tennessee Ave.
Palm Desert, CA 92211


Samuels, Juan
1008 E. Jay Street
Carson, CA 90745


Sanchez, Adolfo
610 E. Renwick
Glendora, CA 91740


Sanchez, Catalina
10126 San Gabriel Ave
Southgate, CA 90280


Sanchez, Cecilia
748 Ida Avenue
Solana Beach, CA 92075


Sanchez, David
3226 Martin Ave
San Jose, CA 95148


Sanchez, Donald
2173 W. Viminal Rd
Palm Springs, CA 92262

Sanchez, Jesus & Linda
6764 Orange Ave.
Long Beach, CA 90805

sanchez, Jesus & Linda
6764 Orange Ave.
Long Beach, CA 70805

Sanchez, Jose
10423 Rodeo Circle
Adelanto, CA 92301

Sanchez, Jose & Juanita
1320 Lindsay Pl
Oxnard, CA 93033

Sanchez, Juan & Maria
917 Lorna Street
Corona, CA 92882

Sanchez, Miguel & Sarah
91395 4Th Street
Mecca, CA 92254

Sanchez, Paul
904 N. Damato Drive
Covina, CA 91724

Sanchez, Rafael
837 Bennett Ave.
Long Beach, CA 90804

Sanchez, Tommie
2780 Nees Avenue
Clovis, CA 93611


Sanchez, Victoria
2426 W Elder Ave
Santa Ana, CA 92704


Sanders, Larry Keith
3014 Via Buena Vista Apt. B
Laguna Woods, CA 92637


Sanders, Nelda
6672 Bell Bluff Ave Unit A
San Diego, CA 92119


Sanders, Roger & Maissa
7219 Durango Circle
Carlsbad, CA 92011


Sanderson, Jean
35276 Rosemont
Palm Desert, CA 92211


Sanderson, Jerome & Jene
35276 Rosemont Dr
Palm Desert, CA 92211


Sandin, Geralyn
5042 Corenthia
Oceanside, CA 92028

Sandin, Geralyn
5042 Corinthia Way
Oceanside, CA 92056


Sandland, Raymond & Patricia
1398 River Rd
Corona, CA 92880


Sandoval, Patricia
954 Bryant Way
Sunnyvale, CA 94087


Sandoval, Roberta
605 E. Lexington Ave.
El Cajon, CA 92020


Sanger, Jonathan & Carla
17516 Labrador St
Northridge, CA 91325


Sanicola, Linda
504 Habor Woods Place
Newport Beach, CA 92660


Sano, Manuel
3078 Waco Ave.
Simi Valley, CA 93063


Santelices, Manuel
175 Sears St.
San Francisco, CA 94112

Santos, Karina
82 Verdil Ln
Aliso Viejo, CA 92656


Santoyo, Jesse
1444 Fathom Dr.
Oxnard, CA 93035


Sapp, Dorothy
6541 Raven Cir.
Riverside, CA 92509


Saradjian, Julia
681 Corwin Ave.
Glendale, CA 91206


Sarena, John & Patti
498 Terra Way
Lompoc, CA 93456


Sarrie, craig & Judith
1082 Cajon Greens Dr.
Cajon, CA 92021


Sarti, Ron & Susan
5177 Rahlves
Castro Valley, CA 94546


Sartwell, Virginia
425 Dr La Gabriela
Quart Hill, CA 93536

Sathanala, Bob & Ammal
815 Junipero Drive
Duarte, CA 91010


Satterwhite, Saletheo
26253 Walker Pass Dr
Moreno Valley, CA 92555


Saucedo, Amelia
3279 Island Dr.
San Diego, CA 92102


Saucedo, Daniel
3228 Yearling St.
Lakewood, CA 90712


Sauder, Scott
7871 Jadeite
Rancho Cucamonga, CA 91730


Saunders, Christopher
27422 Montague St.
Menifee, CA 92584


Saunders, Mike & Mary
44335 Camino Azul
La Quinta, CA 92253


Saunders, Shirley
6394 Lake Aral Drive
San Diego, CA 92119

Saxon, Esther
1178 LOCUST ST
SAN DIEGO, CA 92106


Sayre, Allan
3605 Wren Ave
Concord, CA 94519


Scalia, Toni
67255 Medano Road
Cathedral City, CA 92234


Scammel, Margaret
1560 Homewood Rd. Apt.114 E
Seal Beach, CA 90740


Scarff, Sue Ellen
24231 Cherry Hills Pl.
Laguna Niguel, CA 92677


Schafer, Corey
1660 Hickory Wood Ln
Hemet, CA 92545


Schafer, Nancy
437 South Orange Grove Blvd
Pasadena, CA 91105


Schares, Stephen
5531 Drover Dr.
San Diego, CA 92115

Schary, Bill & Debbie
13148 Chambord Way
San Diego, CA 92130


Schellekens, Eleanore
547 Firethorne St
Brea, CA 92821


Schild, Emmy
1706 W. Pendleton Ave.
Santa Ana, CA 92704


Schiller, Linda
1156 E. Jackson St.
Long Beach, CA 90805


Schilling, Craig & Christy
1415 Idyewood Road
Glendale, CA 91202


Schindler, Ron
12692 St Mark St
Garden Grove, CA 92845


Schira, Fiavai
6377 California
Long Beach, CA 90805


Schlewning, Florence
517 Mercury Dr.
Lompoc, CA 93436

Schlicting, John & Consuelo
4955 Deeboyar Ave.
Lakewood, CA 90712


Schmeleva, Olga
14554 Killion St.
Sherman Oaks, CA 91411


Schmidling, Janet
9145 Longden Ave
Temple City, CA 91780


Schmidt, Harry
620 Balboa Dr.
Seal Beach, CA 90740


Schmidt, Mark
40858 Morning Glory
Murrieta, CA 92562


Schmitt, Jerome & Betina
8293 Mulberry Ave.
Buena Park, CA 90670


Schmitt, Randall
4740 Boston Avenue
La Crescenta, CA 91214


Schmitt, William
2690 Gemini Ct
Camarillo, CA 93010

Schneider, Joseph & Doris
2113 W. Roberta Ave.
Fullerton, CA 92833


Schoenholzer, Joan
3546 Dominica Dr
Santa Clara, CA 95051


Schofield, James
3969 Gordon Way
Riverside, CA 92509


Scholl, Steve
7354 Alta Cresta Dr
Rancho Cucamonga, CA 91730


Schonfield, Arnold
940 W. Iowa St.
Sunnyvale, CA 94086


Schremp, Lee
1812 Sunridge Dr.
Ventura, CA 93003


Schrock, Peter & Melanie
512 Jefferson Ave.
Fullerton, CA 92832


Schuller, Nancy
8257 Lake Forest Dr.
Sacramento, CA 95826

Schulte, Linda
536 Pacesetter St
Oceanside, CA 92057


Schultz, Faith
606 Elm St.
El Cerrito, CA 94536


Schultz, Myong
1616 La Mariquita
San Diego, CA 92173


Schultz, Stephen & Lisa
34119 Avenue I
Yucaipa, CA 92339


Schultz, Steve & Lisa
34119 Ave I
Yucaipa, CA 92399


Schultz, Theodore & Anna
717 Helsam
Oxnard, CA 93036


Schulz, Stefan
1169 Sheila Lane
Pacifica, CA 94044


Schump, Richard & Kathleen
948 Golden Crest Ave.
Newbury Park, CA 91320

Schupserling, Katherine
3593 Via Galla
Lompoc, CA 93436


Schwab, Richard
3820 Hiawatua
San Diego, CA 92119


Schweigert, Kirk & Alyssa
5302 Anthony Ave.
Garden Grove, CA 92845


Schwenk, Robert
29142 Murre Ln.
Laguna Niguel, CA 92677


Scott, David
1401 Paseo Alegra
San Marcos, CA 92069


Scott, Donald
3323 Belle Isle Drive
San Diego, CA 92105


Scott, Jack
77547 Michigan
Palm Desert, CA 92227


Scott, Kenneth & Tarbutton, Laura
7 Sweet Meadow
Laguna Niguel, CA 92677

Scott, Olin & Shirley
6832 Vista Del Sol
Huntington Beach, CA 92647


Scott, Roosevelt
14000 Daphney Ave
Gardena, CA 90249


Scott,Ruben
3129 Stanford Ave.
Marina Del Rey, CA 90292


Scruggs, Shannon
123 Muir Road
Martinez, CA 94553


Seary, Joseph B.
6907 Abbottswood Dr.
Rancho Palos Verdes, CA 90275


Seasongood, Laura
13017 Camden Ct.
Moorpark, CA 93021


Sechler, Shirley
532 E St.
Chula Vista, CA 91910


Seeman, John
29301 Paseo Del Terreno
Pine Valley, CA 91962

Segura, John & Nora
4902 Park Ave.
Cypress, CA 90630


Seidensticker, Luanne
5728 Bucknell Ave
Valley Village, CA 91607


Seigel, Rick
14363 Trailqwind
Poway, CA 92064


Seigman, Lynn
3650 N. Pioneer Blvd.
Long Beach, CA 90808


Semmens, Jeff & Kim
29901 Hazel Glen Rd.
Murrieta, CA 92563


Sencion, Ed & julie
1320 N. Screenland Dr.
Burbank, CA 91505


Sepulveda, Victory & Margarita
26220 Burlington Way
Menifee, CA 92586


Sereno, Sandra
68290 Santelmo Rd
Cathedral City, CA 92234

Sess, Diedre
5495 Paseo Del Largo
Laguna Woods, CA 92037


Seto, Naoko
2 Carina
Irvine, CA 92603


Sevier, Sharon
733 Wabash Street
Escondido, CA 92027


Sevilla, Clara
82231 E. Helio Ct
Indio, CA 92201


Sewell, James
7725 Tennis Ct.
Antelope, CA 95843


Shadowen, William
575 N. Milford St.
Orange, CA 92867


shah, James
14422 Verde Dr.
Garden Grove, CA 92844


Shah, Sanjiv
525 Janice Lane
Placentia, CA 92870

Shah, Vinod
1118 Lindendale Ave
Fullerton, CA 92803


Shahan, Art & Cindi
1853 Stage Coach Dr
Norco, CA 92860


Shahan, Art & Cindy
1853 Stagecoach Drive
Norco, CA 92860


Shahpraki, Jean
3201 Orangewood Ave.
Los Alamitos, CA 90720


Shakkottai, Parthasarathy
2622 Gradi Street
Duarte, CA 91010


Shandhil-Prasado, Ram & Prabha
4660 Selkirk St
Fremont, CA 94538


Shanks, Gordon
215 Surf Pl.
Seal Beach, CA 90740


Shanley, Belinda
9945 Hawthorne Ave
Hesperia, CA 92345

Shaw, Gloria
2821 Fayne Ln
Concord, CA 94518


Shaw, Margarita
1880 Chatwin Avenue
Long Beach, CA 90815


Shea, Karen
4911 Florence Cir.
Anaheim Hills, CA 92807


Sheehan, Edney
8973 Arlingdale Way
Spring Valley, CA 91977


Shelton, Daniel & Lorraine
308 N. Deerfield St
. Anaheim, CA 92807


Shelton, James
654 Romulo Street
Los Angeles, CA 90065


Shemansky, Donald
650 Alameda St
Alta Dena, CA 91001


Shepherd, Janet
390 Los Altos Ave
Long Beach, CA 90814

Sheppard, John & Donna
8342 Snowbird Drive
Huntington Beach, CA 92646


Sher, Senek
854 Gilerist Walk #2
San Jose, CA 95133


Sheridan, William & Martha
4348 Silva Court
Palo Alto, CA 94306


sherman, Cheryl
2019 Parkridge Ave.
Norco, CA 92860


Sherwood, Patricia
1500 Arriba Court
Los Altos, CA 94024


Sheynin, Eli
1356 Rosewood Ave.
San Carlos, CA 94070


Shigeshi, Hsaio
243 S. Park Victoria Dr.
Milpitas, CA 95035


Shipp, Shirley
1848 Elkwood
Concord, CA 94519

Shirley, William & Margaret
73778 Playa Vista Drive
29 Palms, CA 92277


Shively, Dennis & Carolyn
9351 Angwin Pl.
San Diego, CA 92123


Shmara, Ameer
3418 Holmes Cir
Hacienda Heights, CA 91745


Shock, Margaret
16211 Downey Ave. #100
Paramount, CA 90723


Shortt, Patricia
127 J Ave.
Coronado, CA 92118


Shortt, Patricia
127 J Ave
Coronado, CA 92118


Shull, Luis & Gloria
15656 Burwood Road
Victorville, CA 92394


Shumate, Kathleen
8525 Dallas St.
La Mesa, CA 91942

Shuttleworth, Marianne
19936 Grant St.
Corona, CA 92881


Sibner, Blanche
212 Avenida Majorca # N
Laguna Woods, CA 92637


Sicairos, Roberto & Madeleine
2470 Mill Creek Rd
Mentone, CA 92359


Siebel, Steven & Christine
24295 Dracaea Ave
Mo.Valley, CA 92553


Siegel, Charles
1807 Bonita Ave
Berkeley 94709, CA 94709


Siemenson, Jeff & Donna
10 Carrelage Ln.
Foothill Ranch, CA 92610


Sigala, Silvia
2502 S. Myrtle
Monrovia, CA 91016


Siller, Alice
2169 Evelyn Ave
San Jose, CA 95122

Silva, Frances
645 C Street
Lemoore, CA 93245


Silva, Gabriel & Angelina
751 Ada St.
Chula Vista, CA 91911


Silva, Olga & Robert
1703 W. Metzer
Sanger, CA 93657


Silveira, Edward & Joann
21132 Garden Ave
Hayward, CA 94541


Silver, Marilyn & Jarvis, Lee
3402 Salisbury Cir. Unit C
Orange, CA 92869


Simental, Hiladrio
1304 Evita Place
Oxnard, CA 93030


Simmons, Elizabeth
33014 Valence Ct.
Temecula, CA 92592


Simmons, Emma
1207 W 76th St
Los Angeles, CA 90044

Simon, Edward
3710 Howe St.
Corona, CA 92881


Simon, Edward & Nina
3710 Howe St
Corona, CA 92881


Simon, Jay & Nancy
401 Canon Dr
Santa Barbara, CA 93105


Simoni, Carlo
14991 Avenida Anita
Chino Hills, CA 91709


Simpson, Debra
31940 Corte Sagunto
Temecula, CA 92592


Simpson, Douglass
1640 N. Baker Ave
Ontario, CA 91764


Simpson, Edith
1239 Connecticut St
Imperial Beach, CA 91932


Simpson, Glen
17151 Kampon ln.
Huntington Beach, CA 92647

Simpson, Naida
13920 Thunderbird Dr. 7J
Seal Beach, CA 90740


Sims, Erika
3226 Clay Street # B
Newport Beach, CA 92663


Sims, Gary & Maria
26569 Goodrich Drive
Sun City, CA 92585


Sims, Willie & Lynda
6998 Argyle Ave.
San Bernardino, CA 92404


Sinclair, Ruth
874 Oro St
El Cajon, CA 92021


Singer, Michael
253 Jameson Ct.
Sierra Madre, CA 91024


Singer, Peter
6106 College Ave.
San Diego, CA 92120


Singh, Sant & Lalita
29395 Lassen St
Hayward, CA 94544

Singhal, Anil & Rebecca
30815 Oakrim Drive
West Lake Village, CA 91362


Singhal, Anil & Rebecca
30815 Oakrim Dr.
West Lake Village, CA 91362


Singleton, Ray & Elizabeth
5303 Camino Real
Riverside, CA 92509


Singleton, Raymond
5303 Camino Real
Riverside, CA 92509


Sirhed, Emil
1608 7th St
Delano, CA 93215


Siscoe, Dale & Deb
5885 Fontane St.
San Diego, CA 92120


Sissov, Carolyn
1727 Acacia Hill
Diamond Bar, CA 91765


Sizemore, Kenneth
4515 Toucan St
Torrance, CA 90503

Sjogren, stan
3631 Coronado Drive
Fullerton, CA 92835


Skala, Viola
1357 Kumquat Pl.
Oxnard, CA 93030


Skawienski, Theodore
1791 Farroll Road
Grover Beach, CA 93433


Skawienski, Theodore
1791 Farroll Rd.
Grover Beach, CA 93433


Slater, Sandra
7731 Bolero Drive
Riverside, CA 92509


Sledd, George
1068 Sunset Drive
Vista, CA 92081


Sliwoski, Mike
3334 Fallen Leaf
Corona, CA 92882


Sloan, Ellen
605 N. Marquette Street
Pacific Palisades, CA 90272

Sloan, Tula
78634 Falsetto Drive
Palm Desert, CA 92211

Sloan, Tula
78634 Falsetto Dr.
Palm Desert, CA 92211

Slocum, Don & Ruthann
18 Blackswan
Irvine, CA 92602

Slotkin, Steve
180 N. C Street
Tustin, CA 92780

Slotkin, Steve
180 North C Street
Tustin, CA 92780

Smallwood, Marc
8408 Orange Blossom Ave
Bakersfield, CA 93306

Smith, AJ
12472 Mesa Street
Victorville, CA 92392

Smith, Barbara
362 Serramonte Terrace
Fremont, CA 94536

Smith, Burl
5145 Miembro
Laguna Woods, CA 92637

Smith, Dan
375 Sandy Road
Lakeside, CA 92065

Smith, Darrel
2579 Amanda St
Highland, CA 92346

Smith, David
39300 Juan Circle
Cathedral City, CA 92234

Smith, David
39300 Juan Cir.
Cathedral City, CA 92234

Smith, Delores
1364 Washington Ave
Escondido, CA 92027

Smith, Delores
1364 E. Washington Ave
Escondido, CA 92027

Smith, Dennis & Barbara
4635 Central Avenue
Fremont, CA 94536

Smith, Ernest & Leslie
107 Verome Avenue
Goleta, CA 93117


Smith, Jack
343 E. Taylor
Santa Maria, CA 93454


Smith, Jackie
1030 Salem Avenue
Oxnard, CA 93036


Smith, Jackie
1030 Salem Ave.
Oxnard, CA 93036


Smith, James
1543 Turquesa Drive
San Jacinto, CA 92583


Smith, Jimmie
815 Katella Street
Laguna Beach, CA 92651


Smith, Joel
7365 Ponce Ave.
West Hills, CA 91307


Smith, Joyce
750 E. Avery St.
San Bernardino, CA 92404

Smith, Joynce
833 Rangeview St.
Spring Valley, CA 91977


Smith, Laura & Joram
14 Temecula Court
Rancho Santa Margarita, CA 92688


Smith, Lester
1214 W. 132nd Street
Gardena, CA 90247


Smith, Lester
1214 Fresno St.
Madera, CA 93638


Smith, Leta
11972 Peach Tree Rd.
Yucaipa, CA 92399


Smith, Marilene
6870 Serra Ave
Atascadero, CA 93422


Smith, Robin & Nondo
28009 Clifton Ave
Highland, CA 92346


Smith, Rose
543 Dimm St
Richmond 94805, CA 94805

Smith, Ruth
13642 Purdy Street
Garden Grove, CA 92844


Smith, Sammy
12757 Barrett Lane
Santa Ana, CA 92705


Smith, Sammy & Marsha
12757 Barrett Ln
Santa Ana, CA 92705


Smith, Shirley
28601 Pebble Beach Drive
Sun City, CA 92586


Smith, Sidney & Jill
720 S Camino Real
Palm Springs, CA 92264


Smithers, Barb & Buddy
7020 Syracuse
Stanton, CA 90680


Smythe, Bradley
835 D AVENUE
CORONADO, CA 92118


Snethen, Phillip
5006 Sunrose Ct.
Oceanside, CA 92056

Snider, Seth
24922 Calle Vecindad
Lake Forest, CA 92630


Snook, Everett
2824 Sharp Rd.
Simi Valley, CA 93065


Snow, Mr. & Mrs.
8811 Lauder Circle
Huntington Beach, CA 92646


Snowdy, Joan & Jim
722 E. Bunny Ave
Santa Maria, CA 93454


Snyder, Eileen
4671 Simone Way
Cypress, CA 90630


So Cal Customs Inc.
1040 S Mt Vernon Ave Ste G285
Colton, CA 92324


So Cal Gas
PO Box C
Monterey Park, CA 91756-5111


Soares, Edward & Joyce
1181 Onstoot Rd.
Lompoc, CA 93936

Soderman, Patricia
7052 Kermore Ln
Stanton, CA 90680


Solis, Dave
6042 Annan Way
Los Angeles, CA 90042


Solis, David
6042 Annan Way
Highland Park, CA 90042


Solis, David
6042 Annan Way.
Los Angeles, CA 90042


Solis, Edward
1016 N. Ardmore Ave
Los Angeles, CA 90029


Soller, Doug & Stacie
19211 Jasper Hill Rd
Trabuco Canyon, CA 92679


Solomon
9946 Beverly St
Bellflower, CA 90706


Solorio
10951 Terradell St.
Sante Fe Springs, CA 90670

Sommer, Lowell & Donna
1912 Heywood St. Unit C
Simi Valley, CA 93065


Sommerfield, Charlene
8522 Brodie Ln.
Santee, CA 92071


Sommerville, Hazel
522 Hant Ave.
El Cajon, CA 92021


Son, Robert & Bernie
704 E 19Th Street
National City, CA 91950


Soo, Cindy & Young, Thomas
65 Santa Barbara Ave.
San Francisco, CA 94112


Soo-Hoo, Brian
4667 MacArthur Blvd Ste 150
Newport Beach, CA 92660


Soohoo, Jeffrey
24503 Jeronimo Ln.
Lake Forrest, CA 92630


Sor, Cynthia
5861 Lewis Ave
Long Beach, CA 90805

Sorenson, Dusty
13051 13Th Street
Chino, CA 91710


Sorenson, Stanley
2001 Verdugo Pl.
Fullerton, CA 92833


Sosa, Margaret
205 E. Bencamp St.
San Gabriel, CA 91776


Sosnkowski, Alexander & Anne
1437 Ponderosa Ave.
Fullerton, CA 92835


Sosnowski, Alexander & Ann
1437 Ponderosa Ave.
Fullerton, CA 92835


Soto, Lucia
13149 Francisquito
Baldwin Park, CA 91706


Soto, Marta & Erick
11003 KANE AVE
WHITTIER, CA 90604


Soto, Norma
28585 Pebble Beach Dr
Sun City, CA 92586

Southward, Charley & Debbie
8573 Verlane Dr.
San Diego, CA 92119


Sowell, Alesia
6586 Corte La Paz
Carlsbad, CA 92007


Sowers, Sherry
631 S. Porto Pl.
Anaheim, CA 92802


Spaeth, Nancy
1289 N Mollison Ave #B
El Cajon, CA 92021


Spankle, John
4845 Rosemary Dr.
Los Angeles, CA 90041


Spann, Billy & Selena
19624 Campaign Drive
Carson, CA 90746


Spanovic, Michael
31488 Via Vista Mejor
Valley Center, CA 92082


Spata, Regina
2504 E. Morongo Trail
Palm Springs, CA 92264

Spaulding, John
1200 Peach Ave
Lompoc, CA 93436


Spaun, Marilyn
711 Myrtle Ave.
Glendora, CA 91741


Spears, Minnie
2628 Logan Street
Oakland, CA 94601


Speer, Bryan & Anabel
2112 E Eucalyptus Ln
Brea, CA 92821


Spelatz-Garcia, Jeff & Sonia
2610 W. Kearny Ln
La Habra, CA 90631


Spencer, Irene
2107 Frank Fort Street
San Diego, CA 92110


Spencer, Joyce & Baldwin, Cozzie
1423 Camellia Dr
Palo Alto, CA 94303


Spencer, Kevin & Kristy
8691 Holly Way.
Buena Park, CA 90620

Sperling, William
8029 Hemingway Ave.
San Diego, CA 92120


Spiers, Evelyn
13161 Cranston Ave
Sylmar, CA 91342


Spiers, Evelyn & Debbie
13161 Cranston Ave
Sylmar, CA 91340


Spies, Richard
4408 Verley Court
San Diego, CA 92117


Spies, Richard
4408 Verley Ct.
San Diego, CA 92117


Spies, Richard
4408 Verly Ct.
San Diego, CA 92117


Spinner, Leo
2464 Links Way
Vista, CA 92083


Spoor, Daniela
3335 Goldsmith St
San Diego, CA 92106

Spoor, Eric & Daniela
3335 Goldsmith St
San Diego, CA 92106


Spraetz, Marilyn & Ken
2414 Vista Valley Rd
Vista, CA 92084


Sprenger, Chuck & Sandy
61 Oaktree Dr.
Rancho Mirage, CA 92270


Spurlock, William
1467 N. Mountain Ave.
Claremont, CA 91711


Srinivasan, Narayana
28 Rustling Wind
Irvine, CA 92612


St George, Dennis & Debbie
889 S University Dr
Riverside, CA 92507


St. Michael, Lois
8440 Sleepy Way
El Cajon, CA 92021


Stabin, Randy & Vickie
555 Arroyo Ave.
Santa Barbara, CA 93109

Stadelman, Lynn
720 Glen Arbor
Encinitas, CA 92028


Staley, Terry
6717 Loma Ave.
San Gabriel, CA 91775


Stanchemore, Jennard
3676 Northland Dr.
Los Angeles, CA 90008


Stangl, Merilee
622 Thames Way
Costa Mesa, CA 92626


Stanley, Ignacia
39502 Long Ridge Drive
Temecula, CA 92591


Stanley, Tim & Patrice
1560 Meads
Orange, CA 92869


Stanojevich, Maria
833 Barchugh Pl
San Pedro, CA 90731


Staples
PO Box 83689
Chicago, IL 60696-3689

Stark, Ron
9900 Santa Luca Rd
Atascadero, CA 93422

Stark, Ronald
9900 Santa Lucia Rd
Atascadero, CA 93422

Stark, Ronald
9900 Santa Lucia
Atascadero, CA 93422

Starodoub, Peter & Jaquie
7004 Larkvale Dr.
Rancho Palos Verdes, CA 90275

Starodub, Peter
7004 Larkvale Dr
Rancho Palos Verdes, CA 90275

Starrett, Linda & Guss
39009 Palace Drive
Palm Desert, CA 92211

Staszak, Gina
21495 Silvertree Ln
Trabuco Canyon, CA 92679

Staszak, Gina
21495 Silvertree Lane
Trabuco Canyon, CA 92679

State Compensation Insurance Fund
PO Box 7441
San Francisco, CA 94120-7441


Stathos, Mary & Chris
4140491 Moorpark St
Spring Valley, CA 91978


Stave, Mel & Karen
4143 Lost Springs Drive
Agoura Hills, CA 91301


Stave, Mel & Karen
4143 Lost Springs Road
Calabasas, CA 91301


Steele, Con & Carrie
5641 Roane Dr.
Oceanside, CA 92057


Steele, Don & Carrie
5641 Roane Drive
Oceanside, CA 92057


Steele, Randall
23592 Karen Ann Cir
Laguna Niguel, CA 92677


Steele, Randall & Anne
23592 Karen Ann Cir
Laguna Niguel, CA 92677

Steimle, Jeremiah
1117 McKinley St
Lake Elsinore, CA 92530


Stein, Jesse
27131 Goodin Road
Hayward, CA 94544


Stein, Linda
4744 Adenmoor Ave.
Lakewood, CA 90713


Steinhoff, John
23619 White Oak Ct.
Newhall, CA 91321


Steinmeitz, Maralee & Brenda
9 Wild Lilac Ln.
Las Flores, CA 92688


Stek, Alice
237 Sherman Canal
Venice, CA 90291


Stennet, Ray
875 Camino Caballo
Nipomo, CA 93444


Stephenson, Cary & Christel
33716 Bridge Hampton
Dana Point, CA 92629

Stephenson, Gilbert & Marthalie
6232 Pepper Tree Ln.
Yorba Linda, CA 92886


Sterkin, Yvonne
2681 Dorado Ct Apt 139
Thousand Oaks, CA 91362


Sterling, Dorothie
523 Devonshire
Oxnard, CA 93030


Sterling, Dorothy
523 Devonshire Dr
Oxnard, CA 93030


Stern, Michelle
3730 Coleville Circle
Corona, CA 92881


Sterner, Colleen
10 Columbine
Irvine, CA 92604


Stetter, Danile & Jacquline
17540 Mayerling St.
Granada Hills, CA 91344


Stevens, June
13827 Light St.
Whittier, CA 90605

Stevens, Marty & Pat
27727 Conestoga Drive
Rolling Hills Estates, CA 90274


Stevens, Terry
4238 Nipomo
Lakewood, CA 90713


Stevensen, Elinor & Pamela
1202 Mear Ln.
Tustin, CA 92780


Stevenson, Mark
18381 Southern Hills
Yorba Linda, CA 92886


Stewart, Bruce & Mary
1046 W. St Andrews
Santa Ana, CA 92707


Stewart, Donald & Susie
4722 Wendell Street
San Diego, CA 92105


Stewart, Elizabeth
16118 S. Woodson Drive
Ramona, CA 92065


Stewart, Harvey
14709 Muirfield
Moreno Valley, CA 92555

Stewart, Kent
2218 N. Lewis
Santa Ana, CA 92706


Stewart, Larry
500 Hunter Drive
Fillmore, CA 93015


Stewart, Lucille
73795 Catelina Way
Palm Desert, CA 92260


Stewart, Mary A.
17582 Griffith Cir.
Huntington Beach, CA 92647


Stewart, Robert & Anne
907 Cercis Pl.
Newport Beach, CA 92660


Stice, Jim
8166 Grand Avenue
Yucca Valley, CA 92264


Stickler, David & Amanda
427 S. Citrus Ave
Escondido, CA 92027


Stiffler, Charles
4820 Kelly Drive
Carlsbad, CA 92008

Stille, Melissa
1894 Hardt St.
Loma Linda, CA 92354


Stipulkosky, Thomas
29116 Laro Dr
Agoura Hills, CA 91301


Stoll, Paul
2559 Leafwood Dr
Camarillo, CA 93010


Stout, Phillip
7415 Henrietta Dr.
Sacramento, CA 95822


Strang, Geoffrey
354 Osage Street
Spring Valley, CA 91977


Strassner, Irving
18741 Labrador St.
North Ridge, CA 91324


Straub, Gary
3781 Valley View Ave
Norco, CA 92680


Strawn, Lura
806 Poinsettia Ave.
San Marcos, CA 92078

Streator, Joyce
521 Bellmore Way
Pasadena, CA 91103


Strickel, Gerald
1830 Jason Street
San Diego, CA 92154


Strickel, Gerald
1830 Jason St.
San Diego, CA 92154


Stringfellow, George & Dori
17764 N. Bellechaise Cir.
San Diego, CA 92128


Strong, Hayne & Annette
3631 N. Plum Tree Ave
Rialto, CA 92377


Strosnider, Glenda
219 N Alverado
Ojai, CA 93023


Strosnider, Glenda
219 N. Alvarado
Ojai, CA 93023


Stuart
109 Waite St.
Ojai, CA 93623

Stuart, Diane
10800 Art St
Sunland, CA 91040


Stuart, Thomas & Virginia
739 W 141st Street
Gardena, CA 90247


Stuck, Nancy
31210 Van Eyck Ct
Winchester, CA 92596


Stucky, Phyllis
2255 W. 229Th St
Torrance, CA 90501


Stull, Becky
4032 Valeta Street
San Diego, CA 92110


Stumpf, Justin
8342 Monique Way
Cypress, CA 90630


Sturdevant, Debbie
6032 W. 85th Pl
Los Angeles, CA 90045


Sturtevant, Patricia
78359 Sterling Lane
Palm Desert, CA 92211

Suarez, Frank
6033 Eastbrook
Lakewood, CA 90713


Sudduth Construction, Inc.
1651 E 4th St Suite 239
Santa Ana, CA 92701


Suenishi, Yukio
24217 Post Mastser Ave.
Harbor City, CA 90710


Suggs, Dorothy
5309 W. 119th Pl.
Inglewood, CA 90304


Suggs, Michell
5 Potomac
Irvine, CA 92620


Suggs, Michelle
5 Potomac
Irvine, CA 92620


Suico, Larry
1012 E. Wilshire Ave
Fullerton, CA 92831


Suico, Laura
1012 E. Wilshire Ave
Fullerton, CA 92831

Sullier, Rick & Barbara
5720 Kentland Ave.
West Hills, CA 91307


Sullivan, Eugene
11192 Caterina Ln #113
San Diego, CA 92128


Sumimoto, Wallace & Marion
1840 S. Orange Ave.
Monterey Park, CA 91755


Sumino, Roy
378 San Felipe Rd
Newbury Park, CA 91320


Sumino, Roy
3783 San Filipe Ave.
Newbury Park, CA 91320


Sumra , Paramjit
15917 Community St.
North Hills, CA 91343


Sundeen, Paul
1322 Peppertree
West Covina, CA 91722


Sundquist, Charles
16283 Ceres Ave
Fontana, CA 92335

Sunil A. Brahmbhatt, Esq.
2700 N. Main Street #310
Santa Ana, CA 92705


Suntrust Mortgage/cc 5
Po Box 85526
Richmond, VA 23285


Superior Court of California
Riverside County
30755-D Auld Road
Murrieta, CA 92563


Superior Court of California
Riverside County
13800 Heacock Street, Ste D-201
Moreno Valley, CA 92553


Superior Court of California
County of Los Angeles
111 N. Hill Street
Los Angeles, CA 90071


Superior Court of California
County of Orange
700 Civic Center Drive West
Santa Ana, CA 92701


Suriaga, Dan & Elaine
3317 Methilhaven Ln.
San Jose, CA 95121


Sussman, Larry & Phyllis
11436 Holder St.
Cypress, CA 90630

Sutherland, Serena
5209 Rhoads Avenue
Santa Barbara, CA 93111


Suydam, Merrie
321 Cherry Hills Ln.
Azusa, CA 91702


Suzuki, James & June
20 Nebraska
Irvine, CA 92606


Swaim, Sandra & Floyd
4435 70th St.
La Mesa, CA 91942


Swan, Evelyn
2453 Geranium St.
San Diego, CA 92109


Swanson, Cliff
3063 Picasso Drive
Bonita, CA 91902


Sweatt, Felicitas
300 Churchill Dr
Bakersfield, CA 93307


Sweeney, Caoilfhionn
4121 Inglewood Blvd.
Los Angeles, CA 90066

Sweeney, Deborah
7363 Freeman Pl.
Goleta, CA 93117


Sweet, Dorothy
525 Brossard Drive
Thousand Oaks, CA 91360


Sweet, Janice & Doug
5396 Vista Sierra
Cypress, CA 90630


Sweet, Marguerite
259 Moreton Bay Ln.
Goleta, CA 93117


Swei, Amy
20680 Manzanita Ave
Yorba Linda, CA 92886


Sweitzer, Steve & Judy
1116 Tournament Drive
Hillsborough, CA 94010


Swenson, Eric
301 W. Brookes Ave
San Diego, CA 92103


Swenson, Eric
301 WEST BROOK AVE
SAN DIEGO, CA 92103

Swinney, Stephen & Sue
1921 S. 6th Ave.
Arcadia, CA 91006


Swinney, Stephen & Susan
1921 South 6th Ave
Arcadia, CA 91006


Syncb Chevron
Po Box 965015
Orlando, FL 32896


Synchrony Bank
Po Box 965036
Orlando, FL 32896


Synchrony Bank
170 Election Rd  Ste 125
Draper, UT 84020-6425


Szabo Associates, Inc. collection agency
3355 Lenox Road NE Ste 945
Atlanta, GA 30326


Taala, Cynthia & Andrew
1132 N. Paradise
Anaheim, CA 92806


Taggart, Doug
962 Caminito Estrella
Chula Vista, CA 91910

Taggart, Doug
962 Caminto Estrella
Chula Vista, CA 91910

Tait, Charles & Diane
10713 Artrude St
Sunland, CA 91040

Takahashi, George
2017 Merle Dr.
Montebello, CA 90640

Takohashi, George & Hikeko
2017 W. Merle Drive
Montebello, CA 90640

Talaboc, Maribel
2762 Santa Fe Ave
Long Beach, CA 90810

Talamantes, Raymundo
4646 Passanda Corind Rd
La Puente, CA 91744

Talbot, Brad
7322 Van Buren St.
Ventura, CA 93003

Talebi, Ebraheim
27551 Almendra
Mission Viejo, CA 92691

Tan, Jolene
15000 Hilldale Ave. #220
Gardena, CA 90249


Tan, Kai-Yuan
41935 Via San Luis Bay
Fremont, CA 94539


Tanaka, James
897 Metro Dr.
Monterey Park, CA 91755


Tang, Sou & Patrick
909 Rosewell Ave
Long Beach, CA 90804


Tanizaki, David & Edith
8335 Elsmore Dr.
Rosemead, CA 91770


Taoyama, Kimko
4825 White Ct.
Torrance, CA 90502


Tapai, Augustine
13257 13th St
Chino, CA 91710


Tapia, Augustine
13257 13th St.
Chino, CA 91710

Tapia, Eric
300 S. Barranca Ave.
Covina, CA 91723


Tarabini, Valeria
10656 Ave 24.
Chowchilla, CA 93610


Tashma, Pat
2363 Kenilworth Ave
Los Angeles, CA 90039


Tate, Diane
37310 Halfmoon Dr
Palmdale, CA 93550


Tatum, Lidia & Hilgard
1631 W. 66Th St
Los Angeles, CA 90047


Taylor, Barbarba
1833 Rosemont Dr.
San Jacinto, CA 92583


Taylor, Bruce
525 Alston Rd
Santa Barbara, CA 93108


Taylor, Chuck & Linda
1900 Grizzly Ct
Anitoch, CA 94509

Taylor, Eddie
29820 Via Puesta Del Sol
Temecula, CA 92591


Taylor, Harry & Virginia
1201 La Sombra
El Cajon, CA 92020


Taylor, John & Beatrice
19419 Northwood Ave
Carson, CA 90746


Taylor, John & Beatrice
19419 Northwood Ave.
Carson, CA 90746


Taylor, Kathleen
11949 Riverside Drive #139
Lakeside, CA 92040


Taylor, Madonna
1701 S. Hobart St
Los Angeles, CA 90006


Taylor, Morris & Vicky
1214 Fremontia St.
Santa Paula, CA 93060


Taylor, Ralph & Shirley
6248 Breeds Hills Ct.
Citrus Heights, CA 95621

Taylor/Young, Ann
27012 Bottlebrush Lane
Sun City, CA 92586


Teal, Shirley
1546 Traveld Wy.
Encinitas, CA 92024


Teal, Wayne
190 Jeranies Ct.
Thousand Oaks, CA 91362


Techentin, Laura
620 Mission Ridge Rd
Santa Barbara, CA 93010


Techentin, Laura
620 Mission Ridge Rd.
Santa Barbara, CA 93103


Techentin, Laura
620 Mission Ridge Road
Santa Barbara, CA 93103


Tegarden, Miles
31640 Sky Blue Water Trail
Catherdal City, CA 92234


Tejeda, Andy & Maria
8231 Shadyside
Whittier, CA 90606

TelePacific Communications
515 S. Flower St 47th Fl
Los Angeles, CA 90071


Tellis, Gary & Susan
14029 Emory St.
Whittier, CA 90602


Telo, Frank & Martha
2961 Iris Ave.
San Ysidro, CA 92173


Templeton, Joseph
849 S Yellowstone Way
Anaheim, CA 92808


Tena, Michael & Janis
370 Ebony Ave
Imperial Beach, CA 91932


Tenney, Norma
1900 S. Burnside Ave.
Los Angeles, CA 90016


Tennison, Jorene
1315 N. Riverside Ave
Rialto, CA 92376


Tenorio, Judy
13828 Royal Dornoch
San Diego, CA 92128

Tepezano, Theresa
825 Yucca St
Port Hueneme, CA 93041


Terry, John
2318 La Paz
Oceanside, CA 92054


Terry, Roland
10368 Baywood Lane
San Diego, CA 92126


Teske, Judy
8448 Lampson Ave
Garden Grove, CA 92841


Tetreault, Judith
373-A Avenida Castilla.
Laguna Woods, CA 92637


Textured Coatings of America
2422 E. 15th St
Panama City, FL 32405-6348


Thayer, John & Janet
2622 Germantown Dr
Sun City, CA 92586


Thd Cbna
Po Box 6497
Sioux Falls, SD 57117

The Cascades Apartments
PO Box 2130
Everett, WA 98213-0130


The City of Laguna Woods
24264 El Toro Rd
Laguna Woods, CA 92637


The Receivable Mgmt Services Corp
P.O. Box 15471
Mount Laurel, NJ 08054


Theiler, Judith & Bill
5815 E. La Palma Ave Space 256
Anaheim, CA 92807


Theriault, Helene
17674 Los Alamos
Fountain Valley, CA 92708


Thomas Gordy LTD Corp
20680 Manzanita Ave
Yorba Linda, CA 92886


Thomas, Clay
52 Mapache Rancho
Santa Margarita, CA 92688


Thomas, Erin & Nunn, Shirley
2044 Wildhorse Ln
Big Bear, CA 92314

Thomas, George & Murley
11733 Kent Ln
Yucaipa, CA 92399


Thomas, Joe & Joyce
280 Quarter Horse Way
Arroyo Grande, CA 93420


THOMAS, John & Tessa
15027 Sherman Way
Van Nuys, CA 91405


Thomas, Lauretta
1317 Manzana Way
San Diego, CA 92139


Thomas, Lauretta
1717 Manzana Way
San Diego, CA 92139


Thomas, Marsha
15765 Condor St
Victorville, CA 92395


Thomas, Norman & Russ
3247 S Barcelona
Spring Valley, CA 91977


Thomas, Sandra
2903 E. Winfield
Anaheim, CA 92806

Thompson, Annie
14200 Foothill Blvd. Unit 18
Sylmar, CA 91342

Thompson, Larry & Marchelle
24400 Watt Rd.
Ramona, CA 92065

Thompson, Lessie
13909 S. Wilkie Ave.
Gardena, CA 90249

Thompson, Richard
13445 Aldrin Ave
Poway, CA 92064

Thompson, Robert
27320 W. Provident Rd.
Agoura Hills, CA 91301

Thompson, Russell
1147 N. Fairview St.
Burbank, CA 91505

Thompson, Ruth & Dorothy
538 Morning Rise Lane
Arroyo Grande, CA 93420

Thompson, Thomas & Marie
348 F Street
Ramona, CA 92065

Thomson, Robert & Janice
203 Serpolia St.
Carpenteria, CA 93013


Thomson, Stuart
3 Bawley Street
Laguna Niguel, CA 92677


Thoren, Catherine Eileen
4328 N Riverside Ave
Rialto, CA 92377


Thorndal, Mary
1733 Midvale Ave
Los Angeles, CA 90024


Thornhill, Dorothy & Leri
6735 Alvern St.
Los Angeles, CA 90056


Thornton, Duane
348 Penrod
Vista, CA 92083


Thornton, Leontine
14827 Oleander St.
San Leandro, CA 94528


Thorp, Ronald
5964 Indian Ave
San Jose Ca 95123, CA 95123

Throp, Patrick
19144 Shoshanee Rd
Apple Valley, CA 92307


Thunnell, Chuck & Claudia
25260 Via Pera
Murrieta, CA 92563


Tibbs, Elba
7959 E Hernon Ave
Clovis, CA 93619


Tierney, Patrick
69130 Gerald Ford Drive #3
Cathedral City, CA 92234


Tindall, sally
15000 Halldale Ave #113
Gardena, CA 90247


Tkach, Joe & Tammy
16748 Colonel Drive
Fontana, CA 92336


Tkach, Stephanie
400 N. Acacia Ave, B30
Fullerton, CA 92831


Tocco, Victoria
1185 Upland Hills Dr
Upland, CA 91786

Todd, Carol
43120 Tennessee Ave
Palm Desert, CA 92211


Todisco, Janet
2016 Loma Vista St.
Pasadena, CA 91104


Toland, Sandra
323 Monterey Cir.
Placentia, CA 92870


Tolbert, Alberta
19323 Nestor Ave
Carson, CA 90746


Tolentino, Kristin & Brandon
1945 W. Almond Ave.
Orange, CA 92868


Toliver, Curtis & Kathi
33219 Fox Rd
Temecula, CA 92592


Tollefson, Ruth
8616 S. Westman Avenue
Whittier, CA 90606


Tomerlin, David
2439 W. Scott Ave.
Fresno, CA 93711

Toney, William & Carla
1448 Springvale St
Pomona, CA 91766


Tonnesen, Laverne
6190 Pershing Way
Buena Park, CA 90620


Tonnesen, Leverne
6190 Pershing Way
Buena Park, CA 90620


Toole, Marlene
3833 N. Blake Harbor
Westlake Village, CA 91361


Torabzdeh, Jalal
6280 E. Bridle Cir.
Long Beach, CA 90815


Torgeson, Eric & Mary
319 Coleman Avenue
Santa Barbara, CA 93109


Torres, Alejandro & Nora
12516 Elliot Ave
El Monte, CA 91732


Torres, George
748 N. Rosalinda Ave.
Rialto, CA 92376

Torres, Hermelinda
405 San Angelo Ave.
La Puente, CA 91746


Torres, Rodolfo & Maria
6514 Chanslor Ave
Bell, CA 90201


Torres, Rosa
14402 Shoemaker
Norwalk, CA 90650


toth, James
2730 De Soto Ave.
Costa Mesa, CA 92626


Toth, James & Patricia
2730 De Soto Ave.
Costa Mesa, CA 92626


Toy, Judith
1857 Iroquois Ave.
Long Beach, CA 90815


Tramonto, Christina & Tuttobene, Julie
420 Exchange Street
Irvine, CA 92601


Tran, Alice
3930 San Leandro Way
San Diego, CA 92130

Tran, Ngoc
13679 Kingsbridge St
Westiminster, CA 92683


Trans Union
PO Box 99506
Chicago, IL 60693-9506


Trans Union Corporation
P.O. Box 2000
Chester, PA 19022


Trantum, Phyllis
11769 Holmes Ave
Mira Loma, CA 91752


Trantum, Phyllis
11769 Holmes Ave.
Mira Loma, CA 91752


Traphagen, Grove & Wynette
727 Tarento Dr.
San Diego, CA 92106


Traphagen, Grover & Wynette
727 Tarento Dr.
San Diego, CA 92106


Trejo , Joe & Delia
2104 Sequdia Ave.
Simi Valley, CA 93063

Trejo, George & Roberts
22709 Island Ave.
Carson, CA 90745


Trenholm, Robert
3271 Keokuk Court.
San Diego, CA 92117


Tresvant, Donald
814 S. Sloan Ave
Compton, CA 90221


Trevena, Kathleen
932 Cobb Ave.
Placentia, CA 92870


Trevino, Gerlinde
3308 Park Bend Ct
Bakersfield, CA 93309


Trexler, Susan
43050 Texas Avenue
Palm Desert, CA 92211


Trueblood, Patsy
5360 E McKenzie
Fresno, CA 93727


Trujillo, Frank & Maciosczyk, Wayne
418 Kona Lane
Palm Springs, CA 92264

Truscott, Joan
879 Randolph Road
Santa Barbara, CA 93111


Tsai, Mark
12152 Barlett St.
Garden Grove, CA 92845


Tsai, Robert
17878 Calle San Lucas
Rowland Heights, CA 91748


Tucker, Dolores
16505 Bordeaux Ln
Huntington Beach, CA 92649


Tucker, Johnnie Mae
1822 W. 50Th Street
Los Angeles, CA 90062


Tucker, Patricia
21808 Dolores St.
Carson, CA 90745


Tuenge, Vera
1652 Peacock Blvd .
Oceanside, CA 92056


Tuk, Victor
3119 El Caminito
La Crescenta, CA 91214

Tuk, Victor & Mary
3119 El Caminito
La Crescenta, CA 91214


Tung, Tammy
1020 S El Molino Street
Alhambra, CA 91801


Tunnell, Connie & David
7964 Rancho Fanita Dr.
Santee, CA 92071


Turl, Michael
30040 Del Rey
Tumecula, CA 92591


Turner, Ada
2430 W 112th Street
Inglewood, CA 90303-2411


Turner, Eugenia
22410 Ladera St.
Grand Terrace, CA 92313


Turner, Forest & Diane
1334 Cuesta Norte
Fallbrook, CA 92028


Turner, Jim & Vivian
1 Ocean Mist
Aliso Viejo, CA 92656

Turner, Patricia
1818 Lynx Glen
Escondido, CA 92026


Turner, Renita
PO Box 231
North Hollywood, CA 91603


Tustin Hills Remodeling
1832 White Stone Terrace
Santa Ana, CA 92705


Tyler, Ella
178 Marretta Dr.
San Francisco, CA 94127


Tyner, Jerry & Martha
4902 W. Acapulco Ave
Santa Ana, CA 92704


Tyson, Joann
10336 Pangborn
Downey, CA 90241


Tyson, Lawrence
12 Sandbar Drive
Corona Del Mar, CA 92625


Ullmann, Robert
6050 Cozzens
San Diego, CA 92122

Ulloa, Jess
10640 Porter Ln.
San Jose, CA 95127


Umetech, Inc.
31805 Temecula Parkway Suite 410
Temecula, CA 92592


Umphress, Irene
6248 Ave. Juan Diaz
Riverside, CA 92509


Umphrey, Frank
3374 Via Elbo
Lompoc, CA 93432


Underwood, Charles
1073 N 7Th St
Port Hueneme, CA 93041


Underwood, Jack & Margaret
6725 Hewitt St.
San Jacinto, CA 92583


Underwood, Ronnie Sr.
1362 West Barbour St
Banning, CA 92220


Underwood, Thomas
3800 E Harding St
Long Beach, CA 90805

Unfried, David
1734 E. Midwick
Altadena, CA 91001


Unger, Paul & Jackie
5244 Gerda Dr.
Anahiem Hills, CA 92807


United Recovery Systems
PO Box 722929
Houston, TX 77272-2929


Unzueta, Robert
4144 Iroquois
Lakewood, CA 90713


Upadhyay, Ratna & Chapu
17413 Blackhawn Street
Granada Hills, CA 91344


Upchurch, Magdalena
975 W. Telegraph Rd
Santa Paula, CA 93060


Upmeyer, Randy & Sue
13582 Springdale St
Westminster, CA 92683


Urak, Leslie
10640 Colima Rd #231
Whittier, CA 90604

Urak, Leslie
10640 Colima Rd Suite 231
Whittier, CA 90604


Uresti, Mineya
1067 Garland Dr
San Diego, CA 92154


Uribe, Rachel
27027 14Th Street
Highland, CA 92346


Urquidez, Linda
14723 Corvello St.
Van Nuys, CA 91405


Us Bank
200 Gibraltar Rd Ste 200
Horsham, PA 19044


US Bank
3800 E La Palma Ave
Anaheim, CA 92807


US Bank
P.O. Box 7904808
St. Louis, MO 63179-0408


US Bank
PO Box 790408
Saint Louis, MO 63179-0408

US Bank Cr
PO Box 790408
Saint Louis, MO 63179-0408


US Bank Credit Card
PO Box 6335
Fargo, ND 58125-6335


US Bank Equipment Finance
1310 Madrid Street Suite 101
Marshall, MN 56258-4002


Us Bank Hogan Loc
Po Box 5227
Cincinnati, OH 45201


Ustick, James & Christine
1713 Colina Terrestre
San Clemente, CA 92673


Utz, Russell & Twila
56126 Onaga Trail
Yucca Valley, CA 92284


Uyemura, Kristen
17713 Falda Ave
Torrance, CA 90504


Vaiasicca, Konustantina & Guy
25446 Via Estudio
Laguna Niguel, CA 92677

Vail, Carol
7102 Apricott Dr
Irvine, CA 92618


Valdes, Richard
10324 Broadmead Dr.
South El Monte, CA 91733


Valdez, Ernest
13230 Dan Brook Dr.
Whittier, CA 90602


Valdez, Ismael
3361 W Faircrest Drive
Anaheim, CA 92804


Valdez, Josefina
11463 Perris Blvd.
Moreno Valley, CA 92557


Valdez, Paul & Rachel
761 Elm St
Arroyo Grande, CA 93420


Valdivia, Carey
69676 Pleasant Grove
Cathedral City, CA 92234


Valdivia, Esther
24537 4Th Street
San Bernardino, CA 92410

Valencia, Victor
7102 Apricott Dr
Irvine, CA 92618


Valenti, Edward
7823 Hillandale Dr.
San Diego, CA 92120


Valenzuela, Angel & Maria
2521 W. Sunflower Ave Unit U4
Santa Ana, CA 92704


Valenzuela, Humberto
5558 Cameo Road
Carpinteria, CA 93013


Valenzuela, Mario
1240 Eastbrook Drive
Lompoc, CA 93436


Valeton, William
2299 Cherry Ave
San Jose 95125, CA 95125


Van Beamont, Sheila
970 Sumerset Court #A.
Chula Vista, CA 91915


Van Dusen, Bob
5719 West View Drive
Orange, CA 92869

Van Hook, Carol
142 Algiers
Pacheco, CA 94553


Van Houten, Carolyn
10491 Nottingham
Westminister, CA 92683


Van Natta, Elexis
802 Blake St.
Santa Maria, CA 93455


Van Zandt, debra
14126 Chandler Blvd.
Sherman Oaks, CA 91401


Vandeputte, Audrey
4076 Constellation Rd.
Lompoc, CA 93456


Vanderhyde, John & Penny
4616 Karen Way
El Cajon, CA 92020


VanLoy, John
3050 W Ball Rd #203
Anaheim, CA 92804


Vanness, Dawn
31255 Oxbow Pl
Solvang, CA 93463

Vanness, Dawn
1801 Sabrina Terrace
Corona Del Mar, CA 92625


Vanness, Dawn
3125 Oxbow Pl
Solvang, CA 93463


Vanstean, Lisa
2767 N. Sierra Way
San Bernardino, CA 92405


Vantilborg, Sanford
6561 Farinella Dr.
Huntington Beach, CA 92647


VanVlimmeren, Viviana
11432 Kerwood
El Monte, CA 91732


Vanvoorhis, David & Linda
3895 Roblyn Street
Riverside, CA 92504


Vargas, Marie
3771 Lofton Place
Riverside, CA 92501


Vargas, Melvin & Barbara
207 E. L St.
Chula Vista, CA 91911

Vargas, Raul & Marsha
1214 Mustang Ct
Upland, CA 91786


Vargas, Victoria
742 W. Cypress St.
Covina, CA 09172


Varvel, Markoto
1679 Plum Street
Corona, CA 92879


Vasquez, Cindy & Hector
41110 Gretchen Way
Palmdale, CA 93551


Vasquez, Erlina
1329 W. 2Nd Street
San Bernardino, CA 92410


Vasquez, Kenneth
13306 Noble Place
Chino, CA 91710


Vasquez, Manuel & Alicia
3286 Via Tonga
San Diego, CA 92154


Vasylyeva, Alina
2386 E. Del Mar Blv #126
Pasadena, CA 91107

Vasylyeva, Alina
17711 Margate st. #101
Encino, CA 91316


Vaughan, Mary
24081 Windward Dr.
Dana Point, CA 92629


Vazquez, Guillermo
15678 Merrtill Ave
Fontana, CA 92335


Veblen, Jean
235 S.Cannon Ave.
Sierra Madre, CA 91024


Vega, Sandra
6747 Yosemite Dr.
Buena Park, CA 90620


Vejar, Don & Sally
10554 Semora St
Bellflower, CA 90706


Vela, Patricia
4425 Blanchard St.
Los Angeles Ca, CA 90022


Velasco , Rico
17 Sundown Pass
Irvine, CA 92604

Velasquez, John
2074 B Ronda Grauada
Laguna Woods, CA 92637


Velazquez, Sylvia
375 W. 3Rd Street
San Jacinto, CA 92583


Velez, Sheila
3036 Gertrude
Riverside, CA 92506


Venegas, Freddy & Sarah
115 Hartzell
Redlands, CA 92374


Venus, Laverne
2020 Ayala St
Ventura, CA 93001


Verdegaal, Pauline
201 Estuary Way
Grover Beach, CA 93433


Verduzco, Rodolpho & Angelina
32193 Corte Sabrinas
Temecula, CA 92592


Vergara, Rose
1838 Peterson Ave.
Pasadena, CA 91030

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Verizon Wireless
500 Technology Drive Ste 550
Saint Charles, MO 63304


Verlangieri, Florence & Vincent
360 Paxton Ct
Upland, CA 91784


Verma, Arlin & Sunita
1467 Onondaga Place
Fremont, CA 94539


Verne, Elizabeth
1291 Mesa Verde
San Bernardino CA 92404-1839, CA 92404


Veylupek, Robert
1094 Baseline Rd.
La Verne, CA 91750


Vieira, Susan
908 Torero Plaza
Campbell, CA 95008


Vierra, John
19424 Oriente Drive
Yorba Linda, CA 92886

Vilamar, Ruben
31942 Mil Stream
Trabuco Canyon, CA 92679


Villa, Albert & Maria
15061 Root St.
Baldwin Park, CA 91706


Villa, Irene
13302 Corak Street
Baldwin Park, CA 91706


Villa, Jose
10312 Washington Ave.
Southgate, CA 90280


Villa, Sarah
5452 B St.
Chino, CA 91710


Villanueva, Alejandro
1989 Green Briar St.
Colton, CA 92324


Villanueva, Ofelia
2530 De La Vina
Santa Barbara, CA 93105


Villanueva, Ofelia
2530 De La Vina St
Santa Barbara, CA 93105

Villanueva, Ofelia
2530 De La Vine
Santa Barbara, CA 93105


Villanueva, Sally
52444 Nelson St
Coachella, CA 92236


Villanueva, Sally
52444 Nelson Ave
Coachella, CA 92236


Vilmur, Jaime & Yancey, Phil
2155 Hofer Drive
San Diego, CA 92154


Vincent, Lerpy
2659 Garden Ave.
Concord, CA 94520


Vincent, Margaret
10103 Homeland Avenue
Whittier, CA 90603


Viola, Carmelo
16742 Huggins Ave.
Yorba Linda, CA 92886


Vitols, Valdis
122 Oak Hill Dr
Lompoc, CA 93436

Vittitoe, Janet
3210 Westwood Dr.
Carlsbad, CA 92008


Voelker, Estelle
5664 Adobe Falls Place
San Diego, CA 92170


Voelker, Estrelle
5664 Adobe Falls Place
San Diego, CA 92150


Voelzke, Paulus
1625 Franklin St #A
Santa Monica, CA 90404


VonMerta-Hartz, Diana
1867 Oldbridge Road
San Jose, CA 95131


Vrtis, Joseph
12842 Wright Ave
Chino, CA 91710


Wacholz, Jerold
903 N. Kellogg Ave.
Santa Barbara, CA 93111


Waddy, Marguerite
3537 W 85th Street
Inglewood, CA 90305

Wade, Mark & Veronica
844 Emony Street
Imperial Beach, CA 91932


Wadley, Margil & Evelyn
24100 El Toro Road
Laguna Woods, CA 92637


Wagner, Joyce
394 N. Handy
Orange, CA 92867


Wagner, Rudy & Amber
9082 Aloha Drive
Huntington Beach, CA 92646


Wahinehookae, Anna
11660 E. Colvere Pl
Covina, CA 91725


Waisanan, Alan & Judith
1300 Saratoga Ave #1212
Ventura, CA 93003


Waken, Mary Rose
533 Via Estrada Unit C
Laguna Woods, CA 92637


Walcek, Rosemary
381 W.Truscow Ave.
Fullerton, CA 92832

Wald, Jane
15319 Earlham St.
Pacific Palisades, CA 90272


Wald, Lea
1216 S MAYFLOWER AVE UNIT D
MONROVIA, CA 91016


Walder, Bryce & Nicole
24332 Deleon Drive
Dana Point, CA 92629


Walker, Cecil
20021 Cliveden Ave.
Carson, CA 90746


Walker, Janie
2548 Fairway Dr.
Costa Mesa, CA 92627


Walker, Jean
2015-2 Shannon Ct.
Diamond Bar, CA 91765


Walker, Ray & Valerie
16105 Harvest Moon St.
La Puente, CA 91744


Walker, Willie & Juanita
3481 Crestwold Ave.
Los Angeles, CA 90043

Wall, Mike
7922 Seawall Cir.
Huntington Beach, CA 92648


Wall, Tom
4408 Tulane Ave
Long Beach, CA 90808


Wallace , Albert
6569 45th Street
Riverside, CA 92509


Wallace, Albert
6569 45th Street
Riverside, CA 92509


Wallace, Dorthy
840 Lakeview Way
Redwood City, CA 94062


Wallace, June
179 Covington Street
Oakland, CA 94605


Wallace, Lura
2062 W. 234th Street
Torrance, CA 90501


Wallace, Steven
3 Edgestone
Irvine, CA 92606

Waller, Georgiana
340 Borckmont Dr.
Glendale, CA 91202


Walley , Helen
3121 BRADFORD PL
SANTA ANA, CA 92707


Wallner, Elizabeth
22152 Caminito Laureles
Laguna Hills, CA 92653


Wallner, Randy
24903 Regis Street
Murrieta, CA 92562


Wallner, Randy & Sally
24903 Regis Ct
Murrieta, CA 92562


Walmsley, Steve & Nancy
261 Rockhill Rd.
Vista, CA 92084


Walsh, Clyde & Elaine
76783 Mineret
Palm Desert, CA 92211


walsh, Dennis
925 Carlson Drive
Brea, CA 92821

Walsh, Kathleen
48501 Via Encanto
La Quinta, CA 92253


Walsh, Patricia
8373 Jackson Height
El Cajon, CA 92021


Walters, Irmgard
349 E. Hacienda Dr.
Corona, CA 92879


Walters, Joseph
2149 Ronda Granada Unit G
Laguna Woods, CA 92637


Walther, Jim
3871 Alta Loma Ct.
Jamul, CA 91935


Waltman, Susan
105 Calle Campo
San Clemente, CA 92672


Walton, Gran
3048 Rafafi Way
Hayward, CA 94541


Wan, Helen
2239 Turnball Canyon Rd.
Hacienda Heights, CA 91745

Wanamaker, Betty
3036 Q Via Vista
Laguna Woods, CA 92637


Wang, Lily
52 Los Palmos Dr.
San Francisco, CA 94127


Wang, Stephen & Mary
2107 E. Decatur
Fresno, CA 93720


Ward, Beverly
5003 Park Glen Ave
Los Angeles, CA 90043


Ward, Dean
740 W. 26Th St
Long Beach, CA 90806


Ward, Judith
27053 Pinehurst Rd
Sun City, CA 92586


Ward, William & Ellinor
2174 Via Mariposa E. Unit A
Laguna Woods, CA 92637


Ware, Jeome & Tanzania
5625 Windsor Way Unit 202
Culver City, CA 90230

Ware, Orie & Maureen
5439 Dariesa St
Carpenteria, CA 93013


Wargnier, David
35515 El Niguel Rd.
Lake Elsinore, CA 92530


Warnke, Robert
1948 E. 16th St.
National City, CA 91950


Warren, David
2657 Payson Drive
Julian, CA 92036


Warren, Jerry
68461 Corta Rd
Cathedral City, CA 92234


Washington, Melvin & Mary
130 Carey Rd
Oceanside, CA 92054


Wasley, Liena
1433 Sail Ct.
Discovery Bay, CA 92027


Wasley, Liena
4290 Colgate Wy
Livermore, CA 94550

Watkins, Alice
5730 Encino Rd. #1
Goleta, CA 93117


Watkins, Greg & Anna
18015 Live Oak Street
Hespera, CA 92345


Watkins, Helen
2402 Lima Linda Dr
Bakersfield, CA 93305


Watkins, Mary
15413 S. Frailey
Compton, CA 90221


Watkins, Paul & Mennie
33344 Barrington Dr.
Temecula, CA 92592


Watson, Betty
2737 Victoria Street
Rialto, CA 92376


Watson, Edwene
4445 Sunfield Ave.
Long Beach, CA 90808


Way, Nancy
23333 Sand Canyon Cr
Corona, CA 92883

Wear, Ernest
4264 N 3rd Ave
San Bernardino, CA 92407


WeatherTech Roofing
758 Latisha Place
El Cajon, CA 92021


Weaver, Donald
2430 Granger
National City, CA 91510


Webber, Michael & Carla
8243 Leucite Ave
R.Cucamonga, CA 91730


Weber, John & Debbie
1229 Cota
Torrance, CA 90501


Weber, Nancy
52307 Avenida Vallejo
La Quinta, CA 92253


Weber, Virgil
3886 Wawona St.
Los Angeles, CA 90065


Wedman, Leonard
22 S. Voluntario St, Unit A
Santa Barbara, CA 93103

Weed, Larry & Maria
2062 North Euclid Ave
Upland, CA 91784


Weeks, Caroline
69697 Stonewood
Cathedral City, CA 92334


Weeks, Martha
4580 Ohio St #13
San Diego, CA 92116


Weinburger, Saul & Jo
22309 Devonshire St.
Chatsworth, CA 91311


Weiner, Teresa
28061 Calle Valdes
Mission Viejo, CA 92692


Weinstein, Barry M.
524 N. Raymond Ave.
Fullerton, CA 92831


Weir, Wanda
2002 N. Refugio
Santa Ynez, CA 93469


Weismeyer, Carol
142 Browning Ave
Riverside, CA 92507

Weismeyer, Carol
142 Browning Avenue
Riverside, CA 92507


Weismeyer, Richard & Carol
143 Browning St.
Riverside, CA 92507


Weiss, Henry
1245 Peck Dr
Los Angeles, CA 90035


Weissman, Stacy
1218 Messina Ct.
Grover Beach, CA 93433


Welch, Bruce & Nina
17451 Ojai Lane
Huntington Beach, CA 92647


Welch, Claudette
3614 S. Van Ness
Los Angeles, CA 90018


Welch, Marsha
20884 Serrano Creek Rd.
Lake Forest, CA 92630


Wells Fargo
Po Box 14517
Des Moines, IA 50306

Wells Fargo Bank
17775 Santiago Blvd
Villa Park, CA 92861


Wells, Mary
3254 E. Ave Q #10
Palmdale, CA 93550


Welton, Kenneth & Doris
15956 N. Culver Rd
Victorville, CA 92394


Wensel, David
68565 Las Tunes Way
Cathedral City, CA 92234


Werner, Christopher Joseph
3041 Burnet Drive
Escondido, CA 92027


Werner, William
5204 Avenida Despacio
Laguna Woods, CA 92637


West, Jon & Marcia
2286 Crestview Circle
Brea, CA 92871


West, Michael & Dorothy
13835 Del Ray Lane
Deset Hot Springs, CA 92240

Westmyer, Deanna
9852 Swan Circle
Fountain Valley, CA 92708


Weston, Michael & Brenda
6867 Copper Mtn Rd
Twenty-nine Palms, CA 92277


Wharton, Barbara
1023 San Gorgorio
Banning, CA 92220


Wheeler, Calvin & Dianne
18635 Milmore Ave
Carson, CA 90746


Wheelock, Dawn
2623 Voorhees Ave
Redondo Beach, CA 90278


Wherry, Nancy
4502 Felton Street
San Diego, CA 92116


Wherry, Nancy & Lawrence
4502 Felton St
San Diego, CA 92116


Whitacre, James
13642 Chestnut St.
Westminister, CA 92683

Whitaker, Winifred
1336 Windsong Lane
Escondido, CA 92026


White, Betty
44627 E 26th St.
Lancaster, CA 93535


White, Carolyn
4944 Flora Street
Montclair, CA 91763


White, Carolyn
4944 Flora St.
Montclair, CA 91763


White, Donnell
13100 Creekview Dr.
Garden Grove, CA 92844


White, Harold
27975 Baroni Rd
Romoland, CA 92585


White, Karen
78135 Hunter Point Rd.
Palm Desert, CA 92211


White, Lee
783 Easy St.
Arroyo Grande, CA 93420

White, Lovelace
5668 Bella Dr.
Riverside, CA 92509


White, Neal
3958 Marlesta Drive
San Diego, CA 92111


White, Tommy
44012 N. Adlea
Lancaster, CA 92534


Whiteside Manor
2743 Orange Street
Riverside, CA 92501


Whitman , Tristan
29039 Old Carriage Ct.
Agoura Hills, CA 91301


Whitmoyer, James & Mary
967 Erin Dr.
El Cajon, CA 92020


Whitt, Wendy
911 E Payson St
Glendora, CA 91740


Whitten, Charles
4212 Ashe Ave
Fullerton, CA 92833

Whybrew, Nancy
860 Crescent Drive
Barstow, CA 92311


Wick, Curtis & Diane
28411 Aerie Road
Valley Center, CA 92082


Wick, Curtis & Diane
28411 Aerie
Valley Center, CA 92082


Widener, Mary
37207 Westridge
Palm Desert, CA 92211


Wiegman, Mary
29120 Watson Rd.
Romoland, CA 92585


Wier, Marion
14960 Oak Trail Ct.
Poway, CA 92064


Wiggins, Syreta
17595 Filbert Street
Fontana, CA 92335


Wilborn, Richard & Charlotte
124 N. Alabama St.
San Gabriel, CA 91775

Wilcox, Mary
4729 Mount La Platta Drive
San Diego, CA 92117


Wilde, Karen
2943 Burdeck Dr
Oakland, CA 94602


Wilderman, Beverly
661 Empey Way
San Jose, CA 95128


Wildman, Karen
740 Altura Court
Pomona, CA 91768


Wilkening, Paul
403 La Canada
La Jolla, CA 92037


Wilker, Norma
4958 Liverpool St.
Yorba Linda, CA 92886


Wilkerson, L. Regina
1713 Damaine Way
Oakley, CA 94561


Wilkerson, Ron
4325 Lerida Dr.
San Diego, CA 92115

Wilkinson, Robert & Charlene
5246 Rosewood Dr.
Oceanside, CA 92056


Willette, Mr. & Mrs.
4050 Colman Ave
San Diego, CA 92154


William R. Mitchell, Inc.
9160 Irvine Center Drive Suite 200
Irvine, CA 92618


Williams, Annie & Loyd
20323 Camba Ave.
Carson, CA 90746


Williams, Barbara
1703A Heritage
Anaheim, CA 92804


Williams, Ben & Elaine
31881 Ivy Lane
Laguna Beach, CA 92651


Williams, Carol
1435 Sun Valley
Solano, CA 92075


Williams, Carol
16182 Appleblossom St.
La Puente, CA 91744

```
Williams, Dale & Valarie
39088 Tiffany Circle
Palm Desert, CA 92211


Williams, Etta
2744 Pine Ave
Long Beach, CA 90807


Williams, Etta
3744 Pine Avenue
Long Beach, CA 90807


Williams, Grady & Lynn
7957 King Bee St.
Downey, CA 90242


Williams, Harold
949 Camellia Street
Escondido, CA 92027


Williams, Jack
3929 S. Harvard Blvd.
Los Angeles, CA 90062


Williams, Kasandra
26297 Leafwood Dr
Moreno Valley, CA 92555


Williams, Leonard & Charmain
3115 Larwood Dr
Lancaster, CA 93536
```

Williams, Nathaniel
8523 Innsdale Ln.
San Diego, CA 92114


Williams, Norman & Barbara
5848 S. La Brea Ave.
Los Angeles, CA 90056


Williams, Patricia
33420 Westchester
Thousand Palms, CA 92276


Williams, Paul
1023 Plymouth Ave.
San Francisco, CA 94112


Williams, Phillip & Marie
24910 Sao Paulo Way
Ramona, CA 92065


Williams, Thomas
807 E. Norman Rd.
San Bernardino, CA 92408


Williams, William
17257 Rosedale Hwy
Bakersfield, CA 93314


Williams, Yvette
230 Fermoore Street
San Fernando, CA 91340

Williamson, Arnel & Gilson, Yvonne
1385 Lettia Rd.
San Pablo, CA 94806


Williamson, Raffeal
3921 W. 187th St.
Torrance, CA 90504


Williamson, Yvonne
1385 Lettia Rd
San Pablo, CA 94806


Willis, William & Marilyn
721 Grovelake Dr.
Placentia, CA 92870


Wilson, Betty
1194 Far Valley Rd
Campo, CA 91906


Wilson, Craig & Sandy
393 Highland Lane
Escondido, CA 92027


Wilson, Daniel
103 Camino Arroyo South
Palm Desert, CA 92260


Wilson, David
12442 Ridgeton Drive
Lakeside, CA 92040

Wilson, David
12442 Ridgeton Dr
Lakeside, CA 92040


Wilson, Dennis & Pamela
12603 Fuschia Dr.
Etiwanda, CA 91739


Wilson, Donald & Zandra
36 Spicewood Way
Irvine, CA 92612


Wilson, Eris
15674 Davis Cup Ln
Ramona, CA 92065


Wilson, Fred & Mary
1272 Calle Candelero
Chula Vista, CA 91910


Wilson, John
2433 W. Summerset St
Rialto, CA 92377


Wilson, Kenneth & Karin
12442 Ridgeton Drive
Lakeside, CA 92040


Wilson, Mack & Betty
2600 N. Lamer St.
Burbank, CA 91504

Wilson, Margaret
294 Delano Ave
San Francisco, CA 94112

Wilson, R. Gene
43396 Burr St.
Indio, CA 92201

Wilt, Paul & Doris
334 Peach Grove Ln.
Santa Barbara, CA 93105

Winbury, Shannon & Patrick
2035 Los Encinos Road
Ojai, CA 93023

Winchurch, Eric
1100 Pacific St
Bakersfield, CA 93305

Wink, Belinda
5823 Adobe Falls Rd
San Diego, CA 92120

Wink, Belinda
5823 Adobe Falls Rd.
San Diego, CA 92120

Winn, Calvin & Diana
13300 February Dr.
Corona, CA 92879

Winston, Eunice
1430 Linda Rose Ave
Los Angeles, CA 90041


Winter, Gloria
3522 Penniman Ave.
Oakland, CA 94611


Winter, Kirsten
3753 Paraiso Way
La Crescenta, CA 91214


Winterhouse, John & Helen
2093 Grand View Glen
Escondido, CA 92026


Winters, Steven
13717 Stanford Court
Fontana, CA 92336


Wisco, Jonathan
10532 Gerald Avenue
Granada Hills, CA 91344


Wise, Eric & Gianna
130 Meadow Ct
Oakley, CA 94561


Wiser, Donald & Shawna
24991 Owens Lake Cir
Lake Forest, CA 92630

Wisham, Carol
17191 Grajan Lane
Ramona, CA 92065


Witcher II, Gerald
125 2nd
Buelton, CA 93427


Witt, Linda & Thomas
14410 West Kearney Blvd.
Kerman, CA 93630


Wolcott, Judith
1910 Panay Court
San Diego, CA 92105


Wolfe, Frances A.
1098 Sea Bluff Dr.
Costa Mesa, CA 92627


Wolveck, Ralph
1014 Fairview Ave.
Arcadia, CA 91007


Wong, Alice
4432 Collis Avenue
Los Angeles, CA 90032


Wong, Bill
8130 Sunflower
Rancho Cucamonga, CA 91701

Wong, Daryl & Yue
7734 Pineville Circle
Castro Valley, CA 94552


Wong, Edith
2424 Lyric Ave.
Los Angeles, CA 90027


Wong, Howard
4940 Alma Way
Sacramento, CA 95822


Wong, Ivan & Camille
2711 Loganrita Ave.
Arcadia, CA 91006


Woo, Mary
1029 White Deer
La Canada-Flintridge, CA 91011


Woo, May
1029 White Deer  Dr.
La Canada, CA 91011


Woo, Robert & Lana
2649 W. Russell Ave
Anaheim, CA 92801


Wood, Carolyn
14916 Condon Ave.
Lawndale, CA 90260

Wood, Loraine
683 Westmont Rd.
Santa Barbara, CA 93108


Wood, Mary J.
24128 Corta Madre Way
Ramona, CA 92065


Wood, Nancy
6109 Florence Ave.
South Gate, CA 90280


Wood, Paul & Marie
7786 Bobcat Ln
Highland, CA 92346


Wood, Steve & Cherie
2094 Foxtail Ct.
Perris, CA 92751


Woodall, Jim & Miriam
13926 Spring St.
Fontana, CA 92335


Woodhead , Robert & Karen
6671 Truman Ct.
Chino, CA 91710


Woodlard, Heidi
813 Ridgeside Dr.
Monrovia, CA 91016

Woods, Booker & Diane
369 E Virginia St.
Rialto, CA 92376


Woodward, Xavier
73184 Busera Way
Palm Desert, CA 92260


Wooll, Michael
6450 Klusman
Alta Loma, CA 91737


Wooll, Michael & Connie
6450 Klusman Drive
Alta Loma, CA 91737


Workman, Carmen
5202 Mount Alifan Dr.
San Diego, CA 92111


Workman, John & Diana
1621 Desert Glen
Escondido, CA 92026


Worthington, George & Cathy
666 San Elijo Street
San Diego, CA 92106


Wright, Charlotte
5237 Triple Crown Drive
Bonsall, CA 92003

Wright, Charolett
5237 Triple Crown Dr
Bonsall, CA 92003


Wright, Elizabeth
140 East St
Norco, CA 92860


Wright, Lenny
26945 Garret Dr
Agoura Hills, CA 91301


Wright, Pete & Theresa
2509 Sierra St.
Torrance, CA 90503


Wright, Sylvia
8937 Ildica St.
Spring Valley, CA 91977


Wright, William
5140 W. Ave L-12
Lancaster, CA 93536


Wyne, Julie & Aaron
408 Robinson Cir.
Placentia, CA 92870


Wynn, Merle
3843 Cherrywood
Los Angeles, CA 90008

Wynn, Merle
3843 Cherrywood Ave.
Los Angeles, CA 90008


Wyzkykowski, Dennis & Renee
325 Bagnall Ave.
Placentia, CA 92570


Xayasouk, Boun
6062 Cancita Court
San Diego, CA 92114


Xerox Corp
PO Box 650361
Dallas, TX 75265-0361


Xu, Bryan & Xiugin
2106 Highland Oaks
Arcadia, CA 91006


Yamada, Connie
9530 Benson Ave
Montclair, CA 91763


Yang, Long
1053 N. Blanchard St.
Banning, CA 92220


Yanos, Janie
201 Hill View Drive
Goleta, CA 93117

Yanos, Janie
201 Hillview Dr.
Goleta, CA 93117


Yeisley, Donna
2400 W. Valley Pkwy #149
Escondido, CA 92029


Yeisley, Donna
202 Bolerridge Pl.
Escondido, CA 92026


Yelinek, Barbara & Richard
5401 Kincheloe Drive
Los Angeles, CA 90041


Yeung, Francis Dorothy
728 Humboldt Road
Brisbane, CA 94005


Ygrene
815 Fifth Street
Santa Rosa, CA 95404


Yi, Sok Shae and Yi, Mija
9458 Danbury
Cypress, CA 90630


Yingling, Charles
1201 Lancer Glen
Escondido, CA 92029

Yoder, Joanne
2652 Rosecrans Street
San Diego, CA 92106


Yokota, Kolchi
30 Asicomar Road
Laguna Niguel, CA 92677


Yonezawa, Michael & Margarita
2840 Chisholm Rd.
Riverside, CA 92506


Yoo, Jiwon
2603 Monterey Pl.
Fullerton, CA 92883


Yoon, Yong
26422 Montecito Lane
Mission Viejo, CA 92691


Yorba Linda Water District
1717 E Miraloma Ave
Placentia, CA 92870


York, Christine
871 Arcadia Ave.
Vista, CA 92084


Yosten, Pamela
31061 Contour Ave
Nuevo, CA 92567

Young, Daniel & Caryn
13970 Stroud St.
Panorama City, CA 91402


Young, James & Betty
44120 Quiet Meadow Rd.
Temecula, CA 92575


Young, Judith
166 Road Runner Ln
Oceanside, CA 92087


Young, Nancy
7862 Greenbush Ave.
Van Nuys, CA 91402


Young, Robert
2454 Capitan Ave
San Diego, CA 92104


Young, Ron & Ronne
29 Chisholm Trail
Trabuco Cyn, CA 92679


Young, Ron & Ronne
29 Chishollm Trl.
Trabuco Canyon, CA 92679


Young, Rosemary
13970 Stroud St.
Panorama City, CA 91402

Yu, Ducksoon
20 Avenida Castilla Unit S
Laguna Woods, CA 92637


Zabaneh, Nabila
5941 Price Dr.
Huntington Beach, CA 92649


Zago, Jose Luis
2126 E. Redwood Dr.
Glendora, CA 91741


Zalamea, Hanz Jen
366 Palm Court
Carson, CA 90745


Zallar, Carolyn
219 Calle Serena
San Clemente, CA 92672


Zamarripa, Ralph & Lita
1302 Singingwood Ave
Pomona, CA 91767


Zamora, Felix & Amalia
3568 Constellation Rd
Lompoc, CA 93436


Zamorano, Josie Ruoy
2122 N. Fallen Leaf
San Gabriel, CA 91770

Zamudio, Fidel & Maria
2230 Tamy Ln.
Santa Ana, CA 92706


Zappaterreno, Lynne
11044 Ophir Drive #505
Los Angeles, CA 90024


Zavad, Robert
3202 W 155st
Gardenia, CA 90249


Zdunich, Lyle & Arlene
68168 Seven Oaks Place
Cathedral City, CA 92234


Zeeman, Troy
5441 Santa Barbara Ave
Garden Grove CA, CA 92845


Zellmer, Michael & Patricia
355 Avocado Street
Costa Mesa, CA 92627


Zepeda, Rudolph
4847 Concho Cir.
Oceanside, CA 92057


Zhao, Jimmy
7223 Willet Circle
Carlsbad, CA 92011

Zieman, Edward & Shandra
1267 Evergreen Dr.
Brea, CA 92821


Zimmerman, Gary & Wendy
1001 E Lugonia Ave
Redlands, CA 92374


Zinn, Paul
22132 Neptune Ave
Carson, CA 90745


Zizumbo, Daniel & Beatriz
238 Moultrie Pl.
Santa Paula, CA 93060


Zoletorynski, Philip
16628 Dearborn St.
North Hills, CA 91343


Zoutis, Gloria & Theodore
6103 Paseo Monona
Carlsbad, CA 92009


Zozaya, Arthur
3867 Abbeywood Ave.
Whittier, CA 90601


Zozaya, Arthur & Martha
3867 Abbeywood Ave
Whittier, CA 90601

Zuanich, Tony & Lori
335 E. Riverdale
Orange, CA 92865


Zuniga, Diana
3763 Balboa Terrace Apt B
San Diego, CA 92117


Zwolinski, Marian & Richard
1667 Mills St.
Chula Vista, CA 91913