| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Kelly Zinser, SBN 196335**<br>**Zinser Law Group, PC**<br>**18881 Von Karman, Ste 1175**<br>**Irvine, CA 92612**<br>**949-436-4981 Fax: 949-231-1449**<br>kelly@zinserlawgroup.com | |

☐ *Individual appearing without attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Casey John Simon**<br>**Korrine Ellen Simon**<br><br><br><br><br><br>Debtor(s) | CASE NO.: **8:16-bk-10849-MW**<br><br>CHAPTER: **7**<br><br>---<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B        ☐ Schedule C        ☑ Schedule D        ☐ Schedule E/F        ☐ Schedule G

☐ Schedule H          ☐ Schedule I        ☐ Schedule J         ☐ Schedule J-2       ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)               ☐ Statement of Intentions        ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:        9/29/16 _____

_____
**Casey John Simon**
Debtor 1 Signature

_____
**Korrine Ellen Simon**
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 1                          F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Casey John Simon** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Korrine Ellen Simon** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    **8:16-bk-10849**
(if known)

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

---

**2.1    Bank of America**
Creditor's Name

Describe the property that secures the claim:    **$72,161.00**    **$161,000.00**    **$6,228.00**

**7599 Farmdale Avenue Hesperia, CA 92345  San Bernardino County Rental Property**
**After costs of sale ($175,000.00 x 8% = $14,000.00), there is no equity in the property.**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**4909 Savarese Cir**
**Tampa, FL 33634**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Second Mortgage - Personal Debt**

Date debt was incurred    **2005**    Last 4 digits of account number    **1822**

---

**2.2    Bustamonte, Alfonso**
Creditor's Name

Describe the property that secures the claim:    **$339,575.00**    **$587,389.64**    **$202,603.36**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County.**
**This debt is disputed.**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**819 N Spurgeon St**
**Santa Ana, CA**
**92701-3775**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Official Form 106D    **Schedule D: Creditors Who Have Claims Secured by Property**    page 1 of 16

| | | |
|---|---|---|
| Debtor 1 **Casey John Simon** | | Case number (if know) **8:16-bk-10849** |
| First Name          Middle Name          Last Name | | |
| Debtor 2 **Korrine Ellen Simon** | | |
| First Name          Middle Name          Last Name | | |

☐ **Check if this claim relates to a community debt**          ■ Other (including a right to offset)   **Second Deed of Trust - Business Debt**

Date debt was incurred   **10/15/2013**          Last 4 digits of account number   **2066**

---

| **2.3** **Hampton, Laurie** | **Describe the property that secures the claim:** | $75,000.00 | $587,389.64 | $75,000.00 |
|---|---|---|---|---|
| Creditor's Name | | | | |

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

**20680 Manzanita Ave
Yorba Linda, CA 92886**

■ Contingent

☐ Unliquidated

Number, Street, City, State & Zip Code

■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ **Check if this claim relates to a community debt**          ■ Other (including a right to offset)   **Fourth Deed of Trust - Business Debt**

Date debt was incurred   **12/03/2013**          Last 4 digits of account number   **7127**

---

| **2.4** **Hampton, Laurie** | **Describe the property that secures the claim:** | $138,750.00 | $587,389.64 | $138,750.00 |
|---|---|---|---|---|
| Creditor's Name | | | | |

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

**20680 Manzanita Ave
Yorba Linda, CA 92886**

■ Contingent

☐ Unliquidated

Number, Street, City, State & Zip Code

■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ **Check if this claim relates to a community debt**          ■ Other (including a right to offset)   **Seventh Deed of Trust - Business Debt**

Date debt was incurred   **2/27/2014**          Last 4 digits of account number   **5946**

---

| **2.5** **Hampton, Laurie** | **Describe the property that secures the claim:** | $138,750.00 | $587,389.64 | $138,750.00 |
|---|---|---|---|---|
| Creditor's Name | | | | |

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

**20680 Manzanita Ave
Yorba Linda, CA 92886**

■ Contingent

☐ Unliquidated

Number, Street, City, State & Zip Code

■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 16

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Casey John Simon**

First Name          Middle Name          Last Name

Debtor 2  **Korrine Ellen Simon**

First Name          Middle Name          Last Name

Case number (if know)    **8:16-bk-10849**

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Eighth Deed of Trust - Business Debt**

Date debt was incurred  **3/10/2014**          Last 4 digits of account number    **9030**

---

| 2.6 | **Hampton, Laurie** | Describe the property that secures the claim: | $138,750.00 | $587,389.64 | $138,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Ninth Deed of Trust - Business Debt**

Date debt was incurred  **3/17/2014**          Last 4 digits of account number    **9530**

---

| 2.7 | **Hampton, Laurie** | Describe the property that secures the claim: | $102,500.00 | $587,389.64 | $102,500.00 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Twelfth Deed of Trust - Business Debt**

Date debt was incurred  **4/4/2014**          Last 4 digits of account number    **7658**

---

| 2.8 | **Hampton, Laurie** | Describe the property that secures the claim: | $137,750.00 | $587,389.64 | $137,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

---

Debtor 1  **Casey John Simon**
      First Name              Middle Name              Last Name

Debtor 2  **Korrine Ellen Simon**
      First Name               Middle Name              Last Name

Case number (if know)    **8:16-bk-10849**

- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Thirteenth Deed of Trust - Business Debt**

Date debt was incurred  **4/11/2014**        Last 4 digits of account number    **8483**

---

| 2.9 | **Hampton, Laurie** | | $137,750.00 | $587,389.64 | $137,750.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Fourteenth Deed of Trust - Business Debt**

Date debt was incurred  **4/18/2014**        Last 4 digits of account number    **7732**

---

| 2.10 | **Hampton, Laurie** | | $82,850.00 | $587,389.64 | $82,850.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Seventeenth Deed of Trust - Business Debt**

Date debt was incurred  **5/21/2014**        Last 4 digits of account number    **7821**

---

| 2.11 | **Hampton, Laurie** | | $75,000.00 | $587,389.64 | $75,000.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 16

| Debtor 1 | **Casey John Simon** | | | Case number (if know) | **8:16-bk-10849** |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Korrine Ellen Simon** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Eighteenth Deed of Trust - Business Debt**

Date debt was incurred    **5/21/2014**        Last 4 digits of account number    **7822**

---

| 2.12 | **Hampton, Laurie** | Describe the property that secures the claim: | $79,750.00 | $587,389.64 | $79,750.00 |

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Twenty-First Deed of Trust - Business Debt**

Date debt was incurred    **7/11/2014**        Last 4 digits of account number    **6106**

---

| 2.13 | **Hampton, Laurie** | Describe the property that secures the claim: | $83,700.00 | $587,389.64 | $83,700.00 |

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Twenty-Fifth Deed of Trust - Business Debt**

Date debt was incurred    **8/6/2014**        Last 4 digits of account number    **5616**

---

| 2.14 | **Harley-Davidson Credit Corp** | Describe the property that secures the claim: | $19,801.05 | $17,155.00 | $2,646.05 |

Creditor's Name

**2013 Harley-Davidson Street Glide FCHX 18,029 miles**

**P.O. Box 22048
Carson City, NV
89721-2048**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1 **Casey John Simon**
First Name          Middle Name          Last Name

Case number (if know)     **8:16-bk-10849**

Debtor 2 **Korrine Ellen Simon**
First Name          Middle Name          Last Name

_____
Number, Street, City, State & Zip Code

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Purchase Money Security - Personal Debt**

Date debt was incurred _____

Last 4 digits of account number    **6212**

---

| 2.15 | **MHC Ventures Group LLC** | | $137,750.00 | $587,389.64 | $137,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**5730 E Santa Ana Cyn Rd G590
Anaheim, CA 92807**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

As of the date you file, the claim is: Check all that apply.

■ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Fifth Deed of Trust - Business Debt**

Date debt was incurred    **1/28/14**

Last 4 digits of account number    **4965**

---

| 2.16 | **MHC Ventures Group, LLC** | | $137,750.00 | $587,389.64 | $137,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**5730 E. Santa Ana Canyon Rd G590
Anaheim, CA 92807**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

As of the date you file, the claim is: Check all that apply.

■ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Sixth Deed of Trust - Business Debt**

Date debt was incurred    **2/21/2014**

Last 4 digits of account number    **8455**

---

| 2.17 | **MHC Ventures Group, LLC** | | $137,750.00 | $587,389.64 | $137,750.00 |
|---|---|---|---|---|---|

Describe the property that secures the claim:

---

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 6 of 16

Debtor 1    **Casey John Simon**

        First Name           Middle Name          Last Name

Debtor 2    **Korrine Ellen Simon**

        First Name           Middle Name          Last Name

Case number (if know)    **8:16-bk-10849**

---

Creditor's Name

**5730 E. Santa Ana
Canyon Rd G590
Anaheim, CA 92807**

Number, Street, City, State & Zip Code

**2201 East Denise Avenue Orange,
CA 92867-1847  Orange County.
This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Tenth Deed of Trust - Business Debt**

Date debt was incurred    **3/24/2014**        Last 4 digits of account number    **9804**

---

| 2.1 8 | **MHC Ventures Group, LLC** | | $137,750.00 | $587,389.64 | $137,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**5730 E. Santa Ana
Canyon Rd G590
Anaheim, CA 92807**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2201 East Denise Avenue Orange,
CA 92867-1847  Orange County.
This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Sixteenth Deed of Trust - Business Debt**

Date debt was incurred    **5/12/2014**        Last 4 digits of account number    **3656**

---

| 2.1 9 | **MHC Ventures Group, LLC** | | $79,750.00 | $587,389.64 | $79,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**5730 E. Santa Ana
Canyon Rd G590
Anaheim, CA 92807**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2201 East Denise Avenue Orange,
CA 92867-1847  Orange County.
This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Nineteenth Deed of Trust - Business Debt**

Date debt was incurred    **6/9/2014**        Last 4 digits of account number    **2880**

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  7 of 16

| Debtor 1 | **Casey John Simon** | | Case number (if know) | **8:16-bk-10849** |
|---|---|---|---|---|
| | First Name        Middle Name        Last Name | | | |
| Debtor 2 | **Korrine Ellen Simon** | | | |
| | First Name        Middle Name        Last Name | | | |

---

**2.2 0** | **MHC Ventures Group, LLC**
Creditor's Name

5730 E. Santa Ana
Canyon Rd G590
Anaheim, CA 92807

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**   **$79,750.00**   **$587,389.64**   **$79,750.00**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Twenty-Second Deed of Trust - Business Debt**

Date debt was incurred   **7/11/2014**         Last 4 digits of account number   **6107**

---

**2.2 1** | **MHC Ventures Group, LLC**
Creditor's Name

5730 E. Santa Ana
Canyon Rd G590
Anaheim, CA 92807

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**   **$79,750.00**   **$587,389.64**   **$79,750.00**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Twenty-Third Deed of Trust - Business Debt**

Date debt was incurred   **7/18/2014**         Last 4 digits of account number   **7013**

---

**2.2 2** | **MHC Ventures Group, LLC**
Creditor's Name

5730 E. Santa Ana
Canyon Rd G590
Anaheim, CA 92807

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**   **$135,000.00**   **$587,389.64**   **$135,000.00**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **Casey John Simon**
_____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2  **Korrine Ellen Simon**
_____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if know)　　**8:16-bk-10849**

☐ **Check if this claim relates to a community debt**　　■ Other (including a right to offset)　　**Twenty-Sixth Deed of Trust - Business Debt**

Date debt was incurred  **8/15/2014**　　Last 4 digits of account number　　**0065**

---

| 2.2 3 | **MHC Ventures Group, LLC** | | $52,750.00 | $587,389.64 | $52,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**5730 E. Santa Ana Canyon Rd G590 Anaheim, CA 92807**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　　**Thirtieth Deed of Trust - Business Debt**

Date debt was incurred  **9/5/2014**　　Last 4 digits of account number　　**1574**

---

| 2.2 4 | **MHC Ventures Group, LLC** | | $53,750.00 | $587,389.64 | $53,750.00 |
|---|---|---|---|---|---|

Creditor's Name

**5730 E. Santa Ana Canyon Rd G590 Anaheim, CA 92807**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　　**Thirty-First Deed of Trust - Business Debt**

Date debt was incurred  **9/5/2014**　　Last 4 digits of account number　　**1575**

---

| 2.2 5 | **MHC Ventures Group, LLC** | | $65,000.00 | $587,389.64 | $65,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**5730 E. Santa Ana Canyon Rd G590 Anaheim, CA 92807**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor 1 **Casey John Simon**
      First Name          Middle Name          Last Name

Debtor 2 **Korrine Ellen Simon**
      First Name          Middle Name          Last Name

Case number (if know)    **8:16-bk-10849**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Thirty-Fourth Deed of Trust - Business Debt**

Date debt was incurred  **9/12/2014**      Last 4 digits of account number  **0960**

---

| 2.26 | **Music Plus Entertainment** | | | **Unknown** | **$587,389.64** | **Unknown** |
|------|---|---|---|---|---|---|

Creditor's Name

**PO Box 231
North Hollywood, CA 91603**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Pending Lawsuit - Business Debt**

Date debt was incurred  **2/7/2014**      Last 4 digits of account number  **0665**

---

| 2.27 | **Music Plus Entertainment** | | | **$91,700.00** | **$587,389.64** | **$91,700.00** |
|------|---|---|---|---|---|---|

Creditor's Name

**PO Box 231
North Hollywood, CA 91603**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Eleventh Deed of Trust - Business Debt**

Date debt was incurred  **3/31/2014**      Last 4 digits of account number  **9415**

---

| 2.28 | **Music Plus Entertainment** | | | **$137,750.00** | **$587,389.64** | **$137,750.00** |
|------|---|---|---|---|---|---|

Creditor's Name

**PO Box 231
North Hollywood, CA 91603**

**Describe the property that secures the claim:**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 10 of 16

Debtor 1    **Casey John Simon**
_____
First Name          Middle Name          Last Name

Case number (if know)    **8:16-bk-10849**

Debtor 2    **Korrine Ellen Simon**
_____
First Name          Middle Name          Last Name

_____
Number, Street, City, State & Zip Code

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Fifteenth Deed of Trust - Business Debt**

**Date debt was incurred**  **5/2/2014**          **Last 4 digits of account number**    **0124**

---

| 2.29 | **Music Plus Entertainment** | | | $79,750.00 | $587,389.64 | $79,750.00 |
|------|------|---|---|---|---|---|

Creditor's Name

**PO Box 231
North Hollywood, CA
91603**
_____
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Twentieth Deed of Trust - Business Debt**

**Date debt was incurred**  **6/9/2014**          **Last 4 digits of account number**    **2881**

---

| 2.30 | **Music Plus Entertainment** | | | $49,300.00 | $587,389.64 | $49,300.00 |
|------|------|---|---|---|---|---|

Creditor's Name

**PO Box 231
North Hollywood, CA
91603**
_____
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Twenty-Eighth Deed of Trust - Business Debt**

**Date debt was incurred**  **8/21/2014**          **Last 4 digits of account number**    **9523**

---

| 2.31 | **NGVOA** | | | $0.00 | $500.00 | $0.00 |
|------|------|---|---|---|---|---|

**Describe the property that secures the claim:**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor 1 | **Casey John Simon** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | **Korrine Ellen Simon** | |
| | First Name   Middle Name   Last Name | |

Case number (if know)   **8:16-bk-10849**

Creditor's Name

**10600 W. Charleston
Las Vegas, NV
89135-1014**

Number, Street, City, State & Zip Code

**Monarch Grand Vacations 23091 Millcreek Drive Laguna Hills, CA 92653-1258  Orange County
Debtors are current with HOA dues**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Homeowners Association Dues - Personal Debt**

Date debt was incurred **December 2000**       Last 4 digits of account number  **8711**

---

**2.32   Ocwen Loan Servicing L**
Creditor's Name

**12650 Ingenuity Dr
Orlando, FL 32826**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:   **$95,067.00   $161,000.00   $0.00**

**7599 Farmdale Avenue Hesperia, CA 92345  San Bernardino County
Rental Property
After costs of sale ($175,000.00 x 8% = $14,000.00), there is no equity in the property.**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **First Mortgage - Personal Debt**

Date debt was incurred **Opened 8/01/04 Last Active 12/30/15**    Last 4 digits of account number  **0556**

---

**2.33   Primary Source Inc.**
Creditor's Name

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:   **Unknown   $587,389.64   Unknown**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County.
This debt is disputed.**

As of the date you file, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.       **Nature of lien.** Check all that apply.

| Debtor 1 | **Casey John Simon** | | | Case number (if know) | **8:16-bk-10849** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Korrine Ellen Simon** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Pending Lawsuit - Business Debt**

Date debt was incurred   **7/29/2014**      Last 4 digits of account number   **0665**

---

| 2.3 4 | **Primary Source, Inc.** | | $83,700.00 | $587,389.64 | $83,700.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave
Yorba Linda, CA 92886**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Twenty-Fourth Deed of Trust - Business Debt**

Date debt was incurred   **8/6/2014**      Last 4 digits of account number   **5615**

---

| 2.3 5 | **Primary Source, Inc.** | | $89,750.00 | $587,389.64 | $89,750.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave
Yorba Linda, CA 92886**

As of the date you file, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Twenty-Seventh Deed of Trust - Business Debt**

Date debt was incurred   **8/21/2014**      Last 4 digits of account number   **8869**

---

| 2.3 6 | **Primary Source, Inc.** | | $138,750.00 | $587,389.64 | $138,750.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave
Yorba Linda, CA 92886**

As of the date you file, the claim is: Check all that apply.

■ Contingent

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 13 of 16

| Debtor 1 | **Casey John Simon** | | | Case number (if know) | **8:16-bk-10849** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Korrine Ellen Simon** | | | | |
| | First Name | Middle Name | Last Name | | |

_____
Number, Street, City, State & Zip Code

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Twenty-Ninth Deed of Trust - Business Debt**

Date debt was incurred   **8/28/2014**          Last 4 digits of account number   **9202**

---

| 2.37 | **Primary Source, Inc.** | | | $53,750.00 | $587,389.64 | $53,750.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave**
**Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Thirty-Second Deed of Trust - Business Debt**

Date debt was incurred   **9/5/2014**          Last 4 digits of account number   **1576**

---

| 2.38 | **Primary Source, Inc.** | | | $53,750.00 | $587,389.64 | $53,750.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave**
**Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Thirty-Third Deed of Trust - Business Debt**

Date debt was incurred   **9/5/2014**          Last 4 digits of account number   **1577**

---

| 2.39 | **Primary Source, Inc.** | | | $53,750.00 | $587,389.64 | $53,750.00 |
|---|---|---|---|---|---|---|

**Describe the property that secures the claim:**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 **Casey John Simon** | Case number (if know)  **8:16-bk-10849** |
| First Name    Middle Name    Last Name | |
| Debtor 2 **Korrine Ellen Simon** | |
| First Name    Middle Name    Last Name | |

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Thirty-Fifth Deed of Trust - Business Debt**

Date debt was incurred  **10/2/2014**     Last 4 digits of account number   **2401**

---

**2.40  Primary Source, Inc.**   |   $53,750.00 | $587,389.64 | $53,750.00

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**20680 Manzanita Ave
Yorba Linda, CA 92886**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Thirty-Sixth Deed of Trust - Business Debt**

Date debt was incurred  **10/2/2014**     Last 4 digits of account number   **2402**

---

**2.41  Suntrust Mortgage/cc 5**   |   $450,418.00 | $587,389.64 | $0.00

Creditor's Name

**2201 East Denise Avenue Orange, CA 92867-1847  Orange County
After costs of sale ($638,467.00 x 8% = $51,077.360), there is no equity in the property.**

**Po Box 85526
Richmond, VA 23285**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Casey John Simon** | | | Case number (if know) | **8:16-bk-10849** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Korrine Ellen Simon** | | | | |
| | First Name | Middle Name | Last Name | | |

■ **Check if this claim relates to a community debt**        ■ Other (including a right to offset)  **First Mortgage - Personal Debt**

| | | |
|---|---|---|
| | **Opened 11/01/06 Last Active** | |
| Date debt was incurred | **1/15/16** | Last 4 digits of account number  **2677** |

| 2.4 2 | **Yi, Sok Shae and Yi, Mija** | | **$149,000.00** | **$587,389.64** | **$149,000.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

Describe the property that secures the claim:

> **2201 East Denise Avenue Orange, CA 92867-1847  Orange County. This debt is disputed.**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**9458 Danbury Cypress, CA 90630**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Third Deed of Trust - Business Debt**

| Date debt was incurred | **10/25/2013** | Last 4 digits of account number | **9927** |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$4,299,022.05** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$4,299,022.05** |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy